**U.S. MIDDLE DISTRICT COURT OF ALABAMA**
**ONE CHURCH STREET**
**MONTGOMERY, ALABAMA 36104**

| | | |
|---|---|---|
| **Wanda Denise Ayers** | : | |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | Civil Action No. 3:04CV1002-T |
| | : | |
| **Wal-Mart Corporation** | : | |
| **Defendant** | : | |
| | : | |

---

## COMPLAINT

### (Jury Trial Requested)

Pursuant to 29 CFR § 1614.405, the U. S. Equal Employment Opportunity Commission (EEOC) accepted Plaintiff's complaint of Title VII Discrimination on the bases of race, sex and age when: (1) on or about March 2003 she applied for a Management Trainee position and was not selected at the Auburn Alabama Wal-Mart Store; (2) on or about July 2003 she applied for the Management Trainee position for the second time at the Auburn Alabama Wal-Mart Store; (3) on or about October 2003 she applied the third time for the Management Trainee position at the same Wal-Mart store and was subject to reprisal because of filing a EEO Complaint regarding her non-selection by her managers. The EEOC further advised plaintiff that she has the right to file a civil action in an appropriate United States District Court within (90) ninety calendar days from the date that she received the decision of Non-Discrimination. Accordingly, the Plaintiff, Wanda Denise Ayers, brings this action for relief pursuant to Title VII of the Civil Right Act of 1964 Title VII as amended, 42 U.S.C. § 2000e et seq.

1

## JURISDICTION

This Court has jurisdiction over this action pursuant to *29 USCS § 633a and 42 U.S.C.§2000e et seq.*

## VENUE

Venue is appropriate in the Middle District of Alabama under *29 USCS § 633a and 42 U.S.C.§2000e et seq.*

## PARTIES

Plaintiff Wanda Denise Ayers ("Ayers") is a citizen of the United States and the Commonwealth of Louisiana and resides in the City of New Orleans.

Wal-Mart Corporation Alabama ("Wal-Mart) is an agency within the meaning of 5 U.S.C §552a (a) (1), and is in possession and/or control of personnel records pertaining to Wanda Denise Ayers

## FACTS

1. The plaintiff, Wanda Denise Ayers, worked at the Auburn Alabama Wal-Mart Store number 356, as a third watch stock associate.  2.  The plaintiff filed an EEO complainant against the defendant on or about September 2003, after applying for the Management Trainee Program on three different occasions.   3. The plaintiff first application for the Training Program was on or about March 2003, plaintiff submitted a computer-generated application for the training program that was to start on or about April 2003. This application had to be deleted from the Wal-Mart computer system by there Human Resource employees. Because the EEOC Investigator stated that after conducting his investigation he was informed by Wal-Mart Human Resource Management that there was no application submitted by the complainant for the April training. Destroying these documents is in violation regarding the destruction of personnel data according to 5 CFR

293.107 & 293.106 managers of automated personnel records shall establish administrative, technical, physical and security safeguards for data about individuals in automated records, including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, or destruction of identifiable personal data. Also, to minimize the risk that skilled technicians or knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. These safeguards must not have been adhered to.  The information given by the Wal-Mart Management was incorrect because   in fact the complainant inquired about her application on or about April 2003 and was informed by the Assistant Co-Manager Debra accompanied by a witness a Floor Manager that her application was received for the April Training Program but that she was not selected for the training. The complainant asked the Co-Manager the reason she was not selected she was not give an answer.  Shortly after the complainant inquiry there was an announcement that a white female was selected for the Management Trainee Program. The employee selected started working at the Auburn store after the complainant, was younger then the complainant and a different race then the complainant. Management Trainee's were salary employees and they did not have to clock in and it was also announced that this employee would no longer clock in.  If these two Wal-Mart employees that informed the complainant that HR Office had received her April application for the Trainee position are welling to falsify their statements on a witness stand then telling the truth. 4. The complainant submitted her application the first time for the trainee position and did not feel the need to print a copy of the first application. Her Floor Manager, Jeff had told her about the program and recommended that she apply for the program. She felt good about working at Wal-Mart it

3

was a great place to work so taking her managers advise she applied for the program. Not

until after applying for the first time and having to inquire about the result of my

application I felt the need to print a copy of completing the computer generated

application. Is the reason I printed a copy of the last two applications that I submitted for

the Management Trainee position.  5. The complainant second application for the

Training Program was on or about July 2003, complainant submitted a computer-

generated application for the training program that was to start on or about September

2003. Because the EEOC Investigator stated that after conducting his investigation Wal-

Mart Human Resource Management informed him, that this training position was not

filled because there were no vacancies in the Auburn store to place a trainee at that time.

The store did not post that the program was being cancelled at that time nor did the

Human Resource office notified applicants that the vacancy announcement for the

Management Trainee was cancelled.  The complainant was not notified that the HR office

was in receipt of her application are that the position was cancelled. [1]  6.  If in fact this

was correct why in September the Floor Manager, Sherman Alexander on the third watch

announced that there was a need for management trainees because Wal-Mart Corporation

would be opening new stores and these trainees could be placed in other store locations.

During this announcement there was a vacancy announcement posted at the Auburn

store, recruiting applicants for a Management Trainee position. Complainant submitted

yet another computer generated application for a Management Trainee for the third time.

The application was submitted on or about October 2003, too this day the complainant

have not been notified of receipt of her application by the HR Office nor have she been

---

[1] Plaintiff Exhibit 1

2 Plaintiff Exhibit 2

3 Plaintiff Exhibit 3

informed that she was not selected for the Management Trainee Program. 2   The only

acknowledgement complainant have every received from HR Office regarding any of her

applications is when she contacted their office the first time she applied for the trainee

position and was informed by the Co-Manager Debra that she was not selected. Also, I

asked the Store Manager about my first application, the reason I was not selected and

what I needed to do in order to meet the qualifications for the program she give me no

explanation.   7.  After making inquiries about my first application for the Management

Trainee position to the Assistant Co-Manager and the Store Manager my Associate

Discount Card was declined when I made a purchase. My hours were cut and I was not

allowed to work over-time. When my co-workers were allow too work over-time. Due to

my hours being cut it caused me hardship not being able to meet my obligations, my rent,

gas, water, electricity and food, forcing me to move with family.  8. I worked up until I

was destructively forced to ask for a leave of absent. I was not paid my last vacation

check that was owed to me. This unfortunate event has caused me emotional stress and

undue hardship. 9.  I feel that the EEO Administration at the Birmingham field office was

not acting as an unbiased party namely Mr. Hullett the investigator on the case. I was not

informed on the status of my case, verbally or in writing but once by Mr. Hullett.  Only

letting me know that he was going to be the investigator on the case.  When I tried to

contact Mr. Hullett he never returned any of my telephone calls. The information that I

reported in my complaint was shared with the Wal-Mart Corporation Management

Officials but none of the information that was reported by the agency was shared with me

on the responses to my complaint.  Mr. Hullett stated that an investigation had been

completed but I have not been given the opportunity to review the information regarding

his findings to make an appropriate rebuttal. Mr. Hullett position as an investigator should be as a neutral party to gather facts to determine the certainty of the case. Instead it seems that he has sided with the agency. 3 10. Plaintiff was unlawfully discriminated against by the Agency on the basis of race and age when (1) Plaintiff was not selected for the management trainee program on and about April 2003 when a white female, younger then plaintiff was selected and no reason given for plaintiff's non-selection as well as unlawfully destroying her computer generated application;   (2) when on or about July, 2003, she was not informed that the management trainee position she applied for was cancelled due to no vacancy but a month later the position was re-announced; (3) of which complainant applied for the vision center manager position and management trainee position again for the third time and has not been notified  to this day of the result of her applications.

**WHEREFORE,**

Plaintiff Wanda Denise Ayers request that the Court award her the following relief:

(A) An opportunity to complete the Management Trainee program at another Wal-Mart in another location.

(B) Award plaintiff reasonable costs and attorney's fees and compensatory damages as well as back pay.

(C) Grant such other relief as the Court may deem just and proper.

Wanda Denise Ayers

Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent this _____ day of September 2004 first class United States Mail to the following addresses:

**U.S. Middle District Court of Alabama**
Clerk of the Court Office
One Church Street
Montgomery, Alabama 36104
Tel: (334) 954-3600

**U.S. Equal Employment Opportunity Commission**
Alabama Field Office
1130 22nd Street South
Suite 200
Birmingham, Alabama 35205
Tel: (205) 731-0175
Fax: (205) 731-2101

_____
Wanda Denise Ayers
 Plaintiff
1420 Pauline Street
New Orleans, Louisiana 70117
Tel: (504) 945-8781

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# Job Description
# Vision Center Manager

**General
Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  * Utilizing hourly Associates to execute daily tasks.
  * Managing scheduling and staffing of hourly Associates.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 3

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# Job Description
# Vision Center Manager

**Position Requirements**    Primary position requirements are listed below.

- **Experience and Qualification**
  - * Must be enrolled or have completed the Assistant Manager Training program or have equivalent experience.
- **Counting and Math Skills**
  - * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  - * Must be able to write, read, and understand printed material and be able to communicate with both Customers and other Associates.

**Essential Functions**    Essential functions of this position are listed below.

- Continuously plan/supervise/evaluate operations, merchandise, and financial areas within the unit to:
  - * Maximize the sales and profitability of the operating unit.
  - * Execute Company programs.
  - * Manage the operating units inventory and shrinkage.
- Understand, effectively follow, and enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - * Supervision of hourly Associates.
  - * Sales of restricted items.
  - * Environmental codes and ordinances.
  - * Store security.
- Accurately and efficiently maintain assigned records, Company funds, and property in accordance with Company policies or procedures.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Frequently delegate and follow up on tasks assigned to Associates.
- Frequently, accurately, and efficiently prepare/review/file/mail routine paperwork.
- Visually verify:
  - * Small print.
  - * Items to pricing labels, shelf labels, other store signing, and register display and handheld/SMART terminal display.
  - * Information on records and reports.
  - * Assembly and measurement of eyeglasses.
- Plan and coordinate sales and promotional activities.
- Accurately ensure completed order matches Customer's prescription.

I have read and understood these responsibilities and requirements for this position, and certify that (mark one):
_____✓_____ **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____ **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayers
_____
Associate/Applicant Printed Name

Wanda Ayers
_____
Associate/Applicant Signature

10-23-03
_____
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 3



# *Job Description*
# Management Trainee

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - \* Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - \* Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - \* Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - \* The supervision of all Associates.
  - \* The sales of restricted items.
  - \* Environmental codes and ordinances.
  - \* Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - \* Small print.
  - \* Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____ **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____ **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

*Wanda Ayers* _____
Associate/Applicant Printed Name

*Wanda Ayers* _____
Associate/Applicant Signature

*10-23-03*
Date

*Exhibit 3*

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**General
Responsibilities**

You assist your Customers and support the store by:
- Practicing the Three Basic Beliefs:
    * Respect for the Individual.
    * Service to our Customers.
    * Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below.  At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime.
Maximizing sales and profitability through the execution of Company programs.
- Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
    * Maximize the sales and profitability of the operating unit.
    * Provide a high level of merchandise in-stock position.
    * Execute Company programs.
    * Manage the operating unit's inventory and shrinkage.
    * Manage scheduling and staffing.
    * Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
    * Utilizing hourly Associates to communicate and execute tasks.
    * Providing fast and friendly checkout service.
    * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

# You have completed your Application

## Please click Submit to finalize your application.

Back

Submit

Wal-Mart Stores, Inc. Confidential

---

y's Date _7-21-03_

SSN#:_ _ _ - _ -X-XXXX

Associate. I.D.#_ _ _ _

### TIME ADJUSTMENT REQUEST

: (Print)_Wanda Ayers_

Missed: _____    Hours Requested: _____

**quested/missed** (Place date beside the reason)

_21-03_    Regular
_____    Holiday                    _____    Overtime
_____    Sick (self)                _____    Vacation
_____    Sick (family)              _____    Bereavement
_____    Jury Duty                  _____    Military
_____    Personal                   _____    Decision Day
                                       _____    Worker's Comp

· Reason: _____

**ock/Badge Problems:**

gan: _6:55 am_                Lunch Began: _____
ded: _2:30 am_               Lunch Ended: _____

_Apply for Management Program_

y: _____        Date: _____

_____        Date: _____
c's Signature

_Wanda Ayers_        _7/31/00_
Print Associate's Name        Date

upervisor Signature        Print Hourly Supervisor Name        Date

_____        _W Lane_        _7/31/03_
Supervisor Signature        Print Salaried Supervisor Name        Date

: 2/9/01                    9964611

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**Position
Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  * Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  * The supervision of all Associates.
  * The sales of restricted items.
  * Environmental codes and ordinances.
  * Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  * Small print.
  * Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____    **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____    **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayers
Associate/Applicant Printed Name

Wanda Ayers
Associate/Applicant Signature

10-23-03
Date

Closing Date 28



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Pla
1130 22nd Street, Sou
Birmingham, AL 352
(205) 731-00
TTY (205) 731-01
FAX (205) 731-21(
1-800-669-40(

Respondent: WAL MART STORES INC.
EEOC Charge No.: 130-2004-00046
FEPA Charge No.:

Oct 20, 2003

Wanda Ayers
1945 County Road 57
Notasulga, AL 36866

Dear Ms. Ayers:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

    [ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

    [ X ]   The Age Discrimination in Employment Act (ADEA)

    [ ]   The Americans with Disabilities Act (ADA)

    [ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

    (1)   Review the enclosed charge form and make corrections.

    (2)   Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

    (3)   Return the signed charge to this office in the enclosed postage paid envelope.

Since charges should be processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[ ]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the

Exhibit 3

agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Linda S. Ross
Investigator Support Asst
(205) 731-1070

Office Hours: Monday - Friday,
TDD: 1-800-669-6820
www.eeoc.gov

Enclosure(s)
      Copy of EEOC Form 5, Charge of Discrimination



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Pla
1130 22ⁿᵈ Street South, Suite 20(
Birmingham, AL 352(
(205) 731-00£
TTY (205) 731-017
FAX (205) 731-210

December 8, 2003

In reply refer to :
Charge No. 130-2004-00046
Wanda Ayers v.
Wal-Mart Stores, Inc.

Ms. Wanda Ayers
1945 County Road 57
Notasulga, AL 36866

Dear Ms. Ayers:

The charge of employment discrimination you filed against the above-named employer has been assigned to me for investigation.

If you need to contact me, please call me at (205) 731-1320. If I am not in the office when you call, please leave your name, telephone number and a time when I can best reach you.

Sincerely,

Charles Hullett /Ah.k7

Charles Hullett
Investigator

April 6, 2004

Equal Employment Opportunity Commission
Birmingham Field Office
1130 22 Street, South
Birmingham, AL 35205
Attn: Charles Hullett

Dear Sir:

I would like a complete update on the complaint filed by Ms. Wanda D. Ayers. I have enclosed a designation of representative.

Your assistance regarding the status of this case is very much appreciated.

Thank you,

*Carolyn Ayers Mays*
Carolyn Ayers Mays
Complainant's Representative

April 29, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904


Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205


**Subj:  Wanda Denise Ayers v. Wal-Mart Corporation**

Dear Mr. Hullett:

Ms. Ayers in formed me that you contacted her at her place of residency regarding the above reference case.

Please advise me on the discussion that you had with Ms. Ayers and the nature of this discussion. I'm representing Ms. Ayers in the above-referenced matter and all calls and correspondence in this case should be directed to my attention at the above address are you may reach me by phone at (301) 847-0998.

Please contact me at the above number at your convenience to discuss this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays



April 30, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904


Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205


Subj:  **Wanda Denise Ayers v. Wal-Mart Corporation**

Dear Mr. Hullett:

This letter is the second request for the status on the above reference case. During the initiation of this matter I was not involved.  I would like at this time to be brought up to date on the stage in the complaint process timeline the case has reached.

Please be advised that I will be representing Ms. Ayers in the above-referenced matter.  All correspondence in this case should be directed to my attention at the above address.  You may reach me by phone at (301) 847-0998.

I forwarded a copy of the Designation of Representative to your office.  I have enclosed a copy of the letter and receipt with a signature from your office.

Please contact me at the above number or through written correspondence at your convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Carolyn Ayers Mays
Pro Se

Enclosure



May 4, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904

Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205

## Subj: Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. Hullett:

This letter is to inquire if the above reference case has reached/or passed the 180 days from the date the complainant filed her complaint pursuant to Ala.§ 25-1-29, if the investigative proceeding have terminate was the complainant given notice of her rights in the process.

Please advise on the status of the above-referenced matter.   You may reach me by phone at (301) 847-0998 are the above mailing address.

Please contact me at the above number or through written correspondence at your convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Pro Se

June 1, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904

Arthur McGee
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205

### Subj: Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. McGee:

I would like to thank you for responding to my inquiry on May 11th, 2004 after having to contact the EEOC Headquarters, here in Washington, DC, about the status on the above reference case. In your message you were kind enough to inform me that your office is working on the case and is awaiting additional information from Wal-Mart.

You also, informed me that Mr. Hullett was out of the office on sick leave and when he return he would call me, with an complete update on the case. It has been several weeks and I still have not heard from Mr. Hullett. You stated that Mr. Hullett office telephone number has changed and he has a new number that my client has not been privy to in case she needs to contact Mr. Hullett for any reason.

Please advise on the status of the above-referenced matter.   You may reach me by phone at (301) 847-0998 are the above mailing address.

Please contact me at the above number or through writ... convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Pro Se

