IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The court has reviewed the complaint in this case and finds that certain aspects of the claims should be more clearly stated. Accordingly, it is ORDERED as follows:

1. On or before 12 November 2004, the plaintiff shall file with the Clerk of the court a copy of her charge of discrimination filed with the Equal Employment Opportunity Commission ["EEOC"], a copy of the EEOC's letter of determination (if any), and a copy of the right-to-sue letter issued by the EEOC.

2. On or before 12 November 2004, the plaintiff shall file with the Clerk of the court an Amended Complaint which shall set forth the following:

    a. The specific portion of 29 CFR §1614.405 that the defendant violated;

    b. Any other federal statutes and/or regulations that the defendant allegedly violated;

    c. The names and positions of the individual(s) whom the plaintiff claims

        violated his federal statutory rights;

d.    The basis or bases of the alleged discriminatory acts (race, gender, national origin, etc.)

e.    The actions of each of the persons named in 2-c above that violated the plaintiff's statutory rights;

f.    The specific dates or time period when the violations occurred;

g.    The specific positions for which the plaintiff applied;

h.    The names, race, and gender of all persons who were actually selected for the position or the training;

i.    The specific relief that the plaintiff seeks **against the defendant**, that is, the precise action that the plaintiff wishes for the court to take against the defendant in response to her complaint.

Unless the plaintiff provides the foregoing information, this action may not proceed. The plaintiff is advised that her failure to comply with this order could result in a Recommendation to the court that this case be dismissed.

DONE this 28th day of October, 2004.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE