FILED

**UNITED STATES DISTRICT COURT** NOV 10 2004
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

| | | |
|---|---|---|
| **Wanda Denise Ayers** | : | |
| **Complainant** | : | |
| v. | : | **Civil Action No. 3:04cv1002-T** |
| | : | |
| | : | |
| **Wal-Mart Corporation** | : | |
| **Agency.** | : | |
| | : | |

---

## AMENDED COMPLAINANT

The Complainant files this Amended Complaint to set forth the following:

a.      The specific portion of 29 CFR§ 1614.405 that the defendant violated;

Title VII of the Civil Rights Act of 1964, as amended, provides, inter alia, that it is unlawful for an employer "to fail or refuse to hire, promote or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-3. The Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 *et seq.* prohibits discrimination based on age. The defendant violated 29 CFR§ 1614.405 when complainant was not select for the Management Trainee position because of her race (Black) and age (45) (7/1958).

b.      Any other federal statues and/or regulations that the defendant allegedly violated;

Destruction of personnel data according to 5 CFR 293.107 & 293.106 managers of automated personnel records shall establish administrative, technical, physical and

security safeguards for data about individuals in automated records, including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, or destruction of identifiable personal data. Also, to minimize the risk that skilled technicians or knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. Destroying the March 2003 application that the complainant submitted is in violation of this statue.

c.    The names and positions of the individual(s) whom the plaintiff claims violated her federal statutory rights;

Debra, Assistant Store Manager, Bill, Floor Manager, Tuesday Crawford, Store 356 Store Manager, Sherman Alexander, Floor Manger, Jeff, Assistant Floor Manager, Don Boss, Regional Manager at the Opelika Store and Ingrid, Human Resource Representative.

d.    The basis or bases of the alleged discriminatory acts (race, gender, national origin, etc.)

Complainant was unlawfully discriminated against by Wal-Mart Corporation on the basis of race, and age when (1) complainant was not selected for the management trainee program on and about April 2003 when Jessica Smith a white female in her mid-twenties, younger then complainant was selected and no reason given for her non-selection as well as unlawfully destroying her computer generated application;   (2) when on or about July, 2003, she was not informed that the management trainee position she applied for was cancelled due to no vacancy but a few months later the position was re-announced, complainant applied for the management trainee position again at that time and has not been notified  to this day of her result of her application. The reason given by Wal-Mart Corporation for the second time complainant applied for the position that the position

was cancelled was pretext. (3) When on or about October, 2003, she applied a third time for the management trainee position yet again she has not been notified to this day of her result of her application.    There was no announcement that this third position was cancelled due to no vacancy and still complainant never received any notification to why she did not met the qualifications for the training.  This was a training position and it was told to the persons wanting to apply that they had to sign an agreement to relocate after training because there may not be a management vacancy at store 356 and that the person applying had to be willing to relocate.  If the Wal-Mart Store 356 had no vacancies in July 2003, why did they announce the trainee position for the third time only two months later in October 2003?

e.    The actions of each of the persons named in 2-c above that violated the plaintiff's statutory rights;

Debra, Assistant Store Manager and Bill, Floor Manager who were the two people that informed her that she was not selected for the Management Training Program in on or about the month of April 2003, when she applied for the training program the first time in March 2003.  Tuesday Crawford, Store 356 Store Manager, Sherman Alexander, Floor Manger, Jeff, Assistant Floor Manager who was aware of her applying for the training program position the first time, Don Boss, Regional Manager at the Opelika Store who is the official overseer of the Management Training Program process and procedures and Ingrid, Human Resource Representative, whom complainant spoke with about her application trying to make sure that the Human Resource office had received her paperwork the third time she applied for the Management Training Program and complainant was told that Human Resource did not need her copies.

f.    The specific dates or times period when the violations occurred;

Complainant applied for the Management Trainee Program during March 2003, July

2003, and October 2003.

g.    The specific positions for which the plaintiff applied;

The complainant applied for the Management Trainee position in March 2003 which was

her first application; the second application was submitted by complainant July 2003,

which was for the Management Trainee position; the third time complainant applied was

October 2003 for Vision Center Manager and Management Trainee positions.

h.    The names, race and gender of all persons who were actually selected for the

position or the training; Christy Fox white female, Mandy Dodd white female, Marlon

McGee male, Joey McAnally white male, Michael Voorhees white male, Shane Bowers

white male, Sherita Buford black female, whom are all younger then complainant.

    i.    The specific relief that the plaintiff seeks against the defendant, that is, the precise

    action that the plaintiff wishes for the court to take against the defendant in response

    to her complaint.

Plaintiff Wanda Denise Ayers request that the Court award her the following relief:

        (A) An opportunity to complete the Management Trainee program at another Wal-Mart
Store in a different location.

        (B) Award plaintiff reasonable costs and attorney's fees compensatory damages as well
as back pay.

        (C) Grant such other relief as the Court may deem just and proper.

                                _____
                                Wanda Denise Ayers
                                Complainant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent this _____ day of November 2004 first class United States Mail to the following addresses:

Vanzetta Peen McPherson
**United States Magistrate Judge**
United States District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104


Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
2900 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
(205) 458-9400


_____
Wanda Denise Ayers
 Complainant
1420 Pauline Street
New Orleans, Louisiana 70117
Tel: (504) 945-8781

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Wanda Ayers
c/o Carolyn Ayers Mays
3401 Robey Terrace Apt 304
Silver Spring, MD 20904

From: **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street, South**
**Birmingham, AL 35205**

|   | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR § 1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2004-00046 | **Charles A. Hullett,** **Investigator** | **(205) 212-2109** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosure(s)

**Bernice Williams-Kimbrough,**
**District Director**

8/25/04
*(Date Mailed)*

cc: **WAL MART STORES INC.**
c/o Alan D. Mathis
Johnson Barton Proctor and Powell
1901 6th Ave No.
Birmingham, AL 35203-2618

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day
period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an
attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the
date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent
that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is
signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after
talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement
of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the
charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.
Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be
brought where relevant employment records are kept, where the employment would have been, or where the
respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk
of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy
decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before
7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is
separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also
plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90
days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**U.S. MIDDLE DISTRICT COURT OF ALABAMA**
**ONE CHURCH STREET**
**MONTGOMERY, ALABAMA 36104**

| | | |
|---|---|---|
| **Wanda Denise Ayers** | : | |
| **Complainant** | : | **Date: September 24, 2004** |
| | : | |
| **v.** | : | **EEOC No.** |
| | : | |
| | : | |
| **Wal-Mart Corporation** | : | **Complainant's Response** |
| **Agency.** | : | |
| | : | |

---

### COMPLAINANT'S RESPONSE TO EEOC DECISION OF NON-DISCRIMINATION

The Complainant disputes some of the facts as stated in the Agency's Decision of Non-Discrimination.

## STATEMENT OF FACTS

1. The complainant, Wanda Denise Ayers, worked at the Auburn Alabama Wal-Mart Store number 356, as a third watch stock associate.

2. The complainant filed an EEO complainant against the agency on or about September 2003, after applying for the Management Trainee Program on three different occasions.

3. The complainant first application for the Training Program was on or about March 2003, complainant submitted a computer-generated application for the training program that was to start on or about April 2003. This application had to be deleted from the Wal-Mart computer system by there Human Resource employees. Because the EEOC Investigator stated that after conducting his investigation he was informed by Wal-Mart Human Resource Management that there was no application submitted by the complainant for the April training. Destroying these documents is in violation regarding the destruction of personnel data according to 5 CFR 293.107 & 293.106 managers of automated personnel records shall establish administrative, technical, physical and security safeguards for data about individuals in automated records, including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, or destruction of identifiable personal data. Also, to minimize the risk that skilled technicians or knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. These safeguards must not have been

1

adhered to. The information given by the Wal-Mart Management was incorrect because in fact the complainant inquired about her application on or about April 2003 and was informed by the Assistant Co-Manager Debra accompanied by a witness a Floor Manager that her application was received for the April Training Program but that she was not selected for the training. The complainant asked the Co-Manager the reason she was not selected she was not give an answer. Shortly after the complainant inquiry there was an announcement that a white female was selected for the Management Trainee Program. The employee selected started working at the Auburn store after the complainant, was younger then the complainant and a different race then the complainant. Management Trainee's were salary employees and they did not have to clock in and it was also announced that this employee would no longer clock in. If these two Wal-Mart employees that informed the complainant that HR Office had received her April application for the Trainee position are welling to falsify their statements on a witness stand then telling the truth.

4. The complainant submitted her application the first time for the trainee position and did not feel the need to print a copy of the first application. Her Floor Manager, Jeff had told her about the program and recommended that she apply for the program. She felt good about working at Wal-Mart it was a great place to work so taking her managers advise she applied for the program. Not until after applying for the first time and having to inquire about the result of my application I felt the need to print a copy of completing the computer generated application. Is the reason I printed a copy of the last two applications that I submitted for the Management Trainee position.

5. The complainant second application for the Training Program was on or about July 2003, complainant submitted a computer-generated application for the training program that was to start on or about September 2003. Because the EEOC Investigator stated that after conducting his investigation Wal-Mart Human Resource Management informed him, that this training position was not filled because there were no vacancies in the Auburn store to place a trainee at that time. The store did not post that the program was being cancelled at that time nor did the Human Resource office notified applicants that the vacancy announcement for the Management Trainee was cancelled. The complainant was not notified that the HR office was in receipt of her application are that the position was cancelled. **See Exhibit 1**

5. If in fact this was correct why in September the Floor Manager, Sherman Alexander on the third watch announced that there was a need for management trainees because Wal-Mart Corporation would be opening new stores and these trainees could be placed in other store locations. During this announcement there was a vacancy announcement posted at the Auburn store, recruiting applicants for a Management Trainee position. Complainant submitted yet another computer generated application for a Management Trainee for the third time. The application was submitted on or about October 2003, too this day the complainant have not been notified of receipt of her application by the HR Office nor have she been informed that she was not selected for the Management Trainee

2

Program. The only acknowledgement complainant have every received from HR Office regarding any of her applications is when she contacted their office the first time she applied for the trainee position and was informed by the Co-Manager Debra that she was not selected. Also, I asked the Store Manager about my first application, the reason I was not selected and what I needed to do in order to meet the qualifications for the program she give me no explanation. **See Exhibit 2**

6.    After making inquiries about my first application for the Management Trainee position to the Assistant Co-Manager and the Store Manager my Associate Discount Card was declined when I made a purchase. My hours were cut and I was not allowed to work over-time. When my co-workers were allow too work over-time. Due to my hours being cut it caused me hardship not being able to meet my obligations, my rent, gas, water, electricity and food forcing me to move with family.

7. I worked up until I was destructively forced to ask for a leave of absent. I was not paid my last vacation check that was owed to me. This unfortunate event has caused me emotional stress and undue hardship.

8. I feel that the EEO Administration at the Birmingham field office was not acting as an unbiased party namely Mr. Hullett the investigator on the case. I was not informed on the status of my case, verbally or in writing but once by Mr. Hullett. Only letting me know that he was going to be the investigator on the case. When I tried to contact Mr. Hullett he never returned any of my telephone calls. The information that I reported in my complaint was shared with the Wal-Mart Corporation Management Officials but none of the information that was reported by the agency was shared with me on the responses to my complaint. Mr. Hullett stated that an investigation has been completed but I have not been given the opportunity to review the information regarding his findings to make an appropriate rebuttal. Mr. Hullett position as an investigator should be as a neutral party to gather facts to determine the certainty of the case. Instead it seems that he has sided with the agency. **See Exhibit 3**

## I. FACTUAL CONTENTIONS

Complainant was unlawfully discriminated against by the Agency on the basis of race and age when (1) complainant was not selected for the management trainee program on and about April 2003 when a white female, younger then complainant was selected and no reason given for her non-selection as well as unlawfully destroying her computer generated application;   (2) when on or about July, 2003, she was not informed that the management trainee position she applied for was cancelled due to no vacancy but a month later the position was re-announced; (3) of which complainant applied for the management trainee position again at that time and has not been notified  to this day of her result of her application.

3

## II.  APPLICABLE LAW AND REGULATIONS

### A.  Legal Standards for Discrimination

This matter is before the Equal Employment Opportunity Commission pursuant to Section 717 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. S. § 2000e.  The plaintiff first must establish a prima facie case of unlawful discrimination.  This may be done by showing (i) that she belongs to a protected class; (ii) that she was qualified for a job for which the employer was seeking applicants; (iii) that, despite her qualifications, she was rejected, and (iv) that, after her rejection, the position remained open and the employer continued to seek applicants from persons of complainant's qualification.  As explained in *Graham v. F.B. Leopold Company, Inc.*, No. 85-3166 (December 20,1985):

### B.  Substantive Burdens of Proof

Title VII of the Civil Rights Act of 1964, as amended, provides, inter alia, that it is unlawful for an employer "to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-3.  The Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 *et seq.* prohibits discrimination based on age.

In the absence of direct evidence of discrimination, a complainant may establish discrimination through an indirect method of proof.  In order for the complainant to prevail, the evidence of record must initially establish at least a prima facie case of discrimination.  *Texas Dept. of Community Affairs v. Burdine*, 450 U.S. 248, 252-53 (1981); *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802 (1973).  If a prima facie case is established, the burden shifts to the Agency to articulate a legitimate nondiscriminatory reason for the challenged action.  *Burdine*, 450 U.S. at 253-54; *McDonnell Douglas*, 411 U.S. at 802.  The complainant may then show that the reason articulated by the Agency is a mere pretext for discrimination.  *Burdine*, 450 U.S. at 256; *McDonnell Douglas*, 411 U.S. at 804.  It is not enough, however, to disbelieve the employer's articulated reason.  In addition, the fact finder must believe the complainant's explanation of intentional discrimination.  *St. Mary's Honor Center v. Hicks*, 509 U.S. 502, (1993).  *See also Reeves v. Sanderson Plumbing Products, Inc.*, 120 S. Ct. 2097, 2108-09 (2000) (finding proof of *prima facie* case and pretext alone usually sufficient to support trier of fact's

belief that discrimination occurred).    Complainant always retains the ultimate burden of persuading the trier of fact that the Agency unlawfully discriminated against him. *Hicks*, 509 U.S. at 511; *United States Postal Serv. Bd. Of Governors v. Aikens*, 460 U.S. 711, 715 (1983).

## III.  ANALYSIS AND DISCUSSION

This matter should be reconsidered for the following reasons:

(1)     Complainant can establish a prima facie case of discrimination on the basis of race, sex and age; the Agency has not offered a legitimate nondiscriminatory reason for its action; and

(2)     Complainant has established that no legitimate nondiscriminatory reason was given and if given it would be in reality a pretext for discrimination based on race, sex and age.

## PRIMA FACIE CASE

### A. Discrimination based on Age

To establish a prima facie case the plaintiff first must establish a prima facie case of unlawful discrimination. This may be done by showing (i) that he belongs to a protected class; (ii) that he was qualified for a job for which the employer was seeking applicants; (iii) that, despite his qualifications, he was rejected, and (iv) that, after his rejection, the position remained open and the employer continued to seek applicants from persons of complainant's qualification. Compare *Equal Employment Opportunity Commission v. University of Oklahoma*, 84-1475 (October 1, 1985); *Frances Flanders v. Enron Corporation*, 97-2652-GTV (May 19, 1999); *Zeit v. Defense Logistics Agency*, 86 Civ.2480 (PKL) (July 8,1987);

### B. Discrimination based on Race

To establish a prima facie case the plaintiff first must be a member in a protected class, an employment situation comparable to that of other employee's not of the same protected class, and treatment that is different than that experienced by those other employees. Compare *Carney v. American University*, No. 95-1054 (JHG)(November 22,

5

*1995); Pleasants v. Allbaugh,* No. 00-3094(JMF)(February 1, 2002); *Bowie v. Janet Reno,* No. 94-0447(GK)(March 15, 1996);

Applying the foregoing principles to the complainant's allegation of discriminatory conduct, we must first determine whether the alleged discriminatory conduct occurred. We must then determine whether the conduct that occurred constitutes discrimination within the meaning of Title VII. If discrimination is found, we must then determine whether management is liable for the discriminatory conduct. There is no dispute that the conduct complained of took place essentially as alleged. Management did not give any justification to the non-selection for the management trainee program or any acknowledgment of the complainant's application, on any of the three occasions that she applied. The complainant did apply for the position of management trainee three times and meet the qualification for the position. The complainant's allegations of discriminatory conduct constitute discrimination under EEO law.

## C. Reprisal

In cases involving reprisal, the criteria for establish a prima facie case requires a showing that (1) the complainant engaged in a protected activity, (2) management was aware of the complainant's participation in the protected activity, (3) management effected some action which adversely impacted upon the complainant following the protected activity, and (4) the management action followed the protected activity within such a period of time that a retaliatory motive can be inferred, *Hochstadt v. Worcester Foundation for Experimental Biology, Inc.,* 425 F. Supp. 318, 11 FEP Cases 1426.

With respect to the allegation of reprisal, the evidence shows that the complainant engaged in protected EEO activity, that management officials were aware of that activity and, giving the complainant the benefit of the doubt, one could make the argument that the management action complained of in this case was close enough in time to the protected activity to raise an inference of retaliation. Arguably, this satisfies the first, second, third and fourth elements of a prima facie case of reprisal. The complainant

6

With respect to the allegation of reprisal, the evidence shows that the complainant engaged in protected EEO activity, that management officials were aware of that activity and, giving the complainant the benefit of the doubt, one could make the argument that the management action complained of in this case was close enough in time to the protected activity to raise an inference of retaliation.    Arguably, this satisfies the first, second, third and fourth elements of a prima facie case of reprisal. The complainant shows that management's action adversely affected her.    The management action complained of did, and had, a chilling effect on the complainant's right to participate in the EEO process. The effect, of management's action in the case at bar, is significant and reasonably deemed as having a chilling effect on the complainant's right to participate in the EEO process or to oppose discriminatory practices.    Therefore, the complainant has established a prima facie case of reprisal concerning this matter.    Moreover, management articulated no legitimate, nondiscriminatory reason for the challenged conduct.    The complainant was not allow over time as her other co-workers, her discount card declined on several occasions, she was not paid her vacation pay and she was emotional traumatize by the action of her managers.    Additionally, management never correctly or properly informed the complainant, about her applications or the status of her applications according to personnel regulations.

## Conclusion

The evidence in the record shows that there is genuine issue of material fact as to Complainant's claim of discrimination based on race, sex and age. A reasonable and fair-minded trier of fact could return a verdict for Complainant on the evidence presented.    Complainant offers genuine issue of material facts and the Agency's never gave a legitimate, nondiscriminatory reason. See *Zeit v. Defense Logistics Agency, No. 86 Civ 2480(PKL) (July 8, 1987)*. The Title VII Reconsideration procedure in § 1601.21 (d) is applicable to dismissals for reasons other than no cause (*See* 29 CFR § 1601.18(f).    Therefore, based upon the above discussion, the Complainant respectfully respects that reconsideration would be given to the decision in this case.

Wanda Denise Ayers
Complainant

7

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent this _____ day of September 2004 first class United States Mail to the following addresses:

Equal Employment Opportunity Commission
**Office of Federal Operations**
P.O. Box 19848
Washington, D.C. 20036

**U.S. Equal Employment Opportunity Commission**
Alabama Field Office
1130 22nd Street South
Suite 200
Birmingham, Alabama 35205
Tel: (205) 731-0175
Fax: (205) 731-2101

_Wanda E. Ayers_
Wanda Denise Ayers
Complainant
1420 Pauline Street
New Orleans, Louisiana 70117
Tel: (504) 945-8781

8

September 20, 2003

Ms. Wanda D. Ayers
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
1945 County Road 57
Notasulga, AL 36866
(334) 332-8028

To: EEO (334)
Complaint On Three Counts: Age, Race and Gender
645 Marrow Street
Auburn, AL 36131

My name is Wanda Ayers and I'm a associate at Wal Mart Super Store in the Auburn, store no. 356, 1717 S. College Street, Auburn Al 36830. I've been with Wal Mart now for two years and I enjoy working for Wal Mart as a company. I relies this complaint will affect the company but it is the management that has miss handled the authority that has been invested in them by Wal Mart Incorporation. Having authority can be overwhelming and easily miss used. It is easy sometime to take advantage of authority when you are placed in a position to pull a person livelihood right from under them. Yet the fact is that a person will look over being treated unfairly when they need to eat and have a place to sleep. Fear has been a big factory why people have not spoken up about the growing problem at this store. Yes, it has been express among the associates and it is very obvious that most black folk were not given a fair fight for the leading position. Especially if you have the age over 35 or in your 40ies, race is also a factor most white individual will apply for a position for the first time without experience and get the position, when a black person with experience have to continual to apply until they are frustrated and either leave the company or get fired. Some continual to apply and receive a manager's position. What about equal opportunity for all? The

Management express Wal Mart company believes and they are great written believes but are they in affect No! The Three Basic Believe "Respect, Respect, Respect!

It was stated that Wal Mart Company is looking for women and monitory, which I'm both but I'm over 40. My supervisor at the time encourage me and asked that I apply for the management program which I did and was turn down with no explanation from top level management. I asked what is it that I need to do. I have work experience with in the time that is required, I have some education, and I have been a leader in my department for the passed two years.

It was announced again that the management-training program is taking application and I try to apply at our store. When I could not pull it up on the system I asked for help from management "Steven" who was our 3rd shift manager at the time. Steven stated that he did not know how to get me into the system and that he would as "Tuesday store manager" "top level management" well for almost two weeks I asked "Steven" about applying he related that it was not on the system and Tuesday is looking to get someone to download it.

It was getting close to the cut off date so after work I drove over to the Opelika store on July 21, 2003 I asked the manager there could I apply at their store because the managers at our store could not pull it up on the system and the deadline was coming up soon. The lady in the personal office allowed me to apply and gave me copies of the information to bring back to my store, which I did. I watch the lady pull up the login information for the training program. When I went to work the next day I pull it up the same way. Yet, management was still looking for it to be downloaded into the system.

The training program was going to start in September. I was going on vacation on August 17-23 so I keep asking another 3rd shift manager "Sherman" had they receive any information, Sherman said that he would speak to Tuesday and let me know, This also went on for several weeks. I ask to find out if I needed to be back in town early from my vacation. I asked once again right before I left on vacation starting on August 17 but I still did not get a reply. When I return to work and I did not get a answer I called on my cell phone and spoke with the district manager's secretary she did not state her name on August 26, 2003 and asked to speak with Don Bost she inquired what was it about and I told her that I had an application in for the management training program and I have not receive any information and I wanted to speak with Don Bost because I did not receive a reply from any of my managers on the application. I waited until I could receive a

copy of my cell phone statement of call log showing that I had call and spoke to the secretary before I contact the EEO office the secretary stated that at the time no application was accepted and no one was put into the program. She said that if this is not the case she would call me back, she never did.

So I spoke with Sherman one of our managers on 3rd shift. I talked to him about me being put in the program and I insured him that I know that I could handle the position once the training was completed. Sherman then stated that Don Bost asked him to minter some associate. Now if that is a true statement what Sherman said to us then Don Bost secretary must not had given me the right information.

The reason why I know I have reason to complaint on several counts is that I have apply for the program, and was turn down without any reason. Yet a young white women was placed in the program her hire date was after the date that I was hired, if they should use first hired. She has just as much education as I have. But she is white and she is much younger then I'm and she was placed into the training program. I believe she should have the opportunity but so should I.

The second count is that Sherman stated, now this was after we had talk several times about my interest in the manager training program, he said that he was mitering a young white male. Sherman made this announcement on September 19, 2003. He said that Tuesday the store top level manager would not allow him to take in anyone else.

Now two young white males applied for the CSM position, which is a Customer Service Manager. One of the men received the job name Greg. When Greg gave his two-week notice the other white male was offered the job that young man name is Heath. Heath is the support manager that Sherman is mitering, the same young man that turns down a Manager position "CSM" with less then a month. Now this young male is not out spoken, if they would use that as an excuse plus, he took a leadership position and then he turn it down, plus he also was hired after me, and I have some education I really don't know how much education this young man has and he is much younger then I'm. I also believe he should have the opportunity but so should I.

Sherman made this statement "that there are lots of opportunity for young men and women to grow in the company, then he looked over my way and relies that I was not included and then he correct himself and said older folks as well.

If you look at the training program not any older individuals over 40 are placed, not many blacks are placed before whites. A few young black are placed to keep a balance. I believe whites, black and minority everyone should be given an equal opportunity, age, race or gender should not me a limitation.

I went throughout the steps of command, I have talked to "Tuesday" about my desire of entering the manager-training program, and I asked if a person experience or a little education have any preference. She said it don't take education. She said that they recommend that she apply. She said that she had a degree in Computer Information and she was looking for something in that field. She agree to take the training, she said that first she wanted to prove that she could handle a department that was hard to manage to see how well she could handle that department.

I enjoy working at Wal Mart and have no plans on quitting. The job in it self is not the problem it is the management system and the unfair way people are treated. The company has good benefits; I enjoy working with the 3rd shift employees who are very hard working individuals. If given the opportunity to grow with in the company I'm looking on being at Wal Mart.

When I first stated to work at the store I had the opportunity to talk with Mr. Willie that works on grocery side of the store, When Mr. Willie stated working he thought that he would get a manager position because he had the experience, from his previous job but a younger white male was placed over him and before he left he trained another young white male. I know that no one over forty has been place into the Management Training Program with in the two years that I have work here. Not one black has been placed over a white only if they have transferred in or management have a dire need to fill that position. A black male was placed on grocery side after the two white mangers quit. Before this black male moved to days he trained another young white male with only the experience that was past on by the black manager's mitering. Mr. Willie still works grocery he no longer want the position because his pay is comfortable without all the extra heads. Yet, when no manager is at work who get the manager responsibility "Mr. Willie".

When I first spoke with Jimmy Jackson he said that he had no plans of quitting Wal Mart. Jimmy Jackson was placed as support manager and was promised to be placed in the training program this went on over a year, yet, many whites and younger associate was place in the program. He got so discourage that his performance changed after that year he move to the day shift and was soon fired. Jimmy Jackson was one of the best support managers that kept the GM side of the store organized. (334) 740-0032

At this store people are picked and placed into position even over individuals that have applied. This young man was about to leave the store and take a job at Wal Mart Distribution Center. He was then asked to take a position as one of Receiving Managers. This young man feels because he was among the chosen few that he could get away with just about anything on the clock. As a manager this young man removes his shirt and walk around the store with just his under shirt on. It goes in our evaluation if we don't wear Wal Mart smock. At an equal lever of management a woman can't remove her top and walk around with a bra top or women's tee shirt. I look at it as unprofessional, and it all have to do with top-level management. I think he should wait to be sexy after work. I think it is offensive for this young man to remove his clothes on the job.

This is another example of picking and choosing. The most current unfair treatment of a young black woman that apply for a position on the morning shift which her name was the only one on the list for the position, her name is Shnika yet when a white woman heard of the day time position she went to talk to the person and was given the job. This white woman was on the job longer then the black woman but the young black woman was the only one that had apply. If they should us her time working at Wal Mart as a factory for getting the job over this young black woman then I feel I should be placed in the training program because I was working at Wal Mart longer than the female and the male that have been placed into the manager program or looking to be placed into the program. I'm not sure but the male have not even applied for the program and is given the chance from top management picking and choosing.

Then there is Marquis who works in sporting goods he applied for the manger position over the garden center. Yet, Marquis was working with the company longer He is a black male, yet a white female was place over the garden center.

I included this as an example of how top management operate, unfairly.

Now, in ~~August~~ June management asked the associate to choose the person that they think should be employee of the month. Almost everyone was willing to vote in the person that they think should be employee of the month. When the manger announce the person that "we wanted" that "we voted for" we asked how could this be and we wanted to know who voted for a White female her name is Mrs. Diana that only works part time and don't want to do the simple task that she have to do when she is at work. She is always complaining that she is tired and sleepy. *after being off of work* So we started to *for three days* ask everyone who did they voted for. Now to my surprise 5 individual said that they voted for me, Mildred, Mrs. Carolyn, Shnika , Latonya, and Jeremiah now if five people voted for one individual

and maybe more, what was the names of the six individuals that voted for Mrs. Diana and no one that we asked said that they voted for Ms. Diana so where did her votes add up from.

So Latonya asked Steven how did they come up with the votes and Steven said that "Top Management" handles the votes. The next month a whit male "Heath was given employee of the month the person that is now the support manager. Yes, he is a hard worked just like all the rest of us on 3rd shift. But the question remains, who voted for him when no one wanted to vote because the associate saw that their vote did not get counted. To make management look good and help cool the associates down a Black female was voted in the month after that.

This is another example of unfair treatment at this store. I worked at Shoney's restaurant for a short while and the employee was schedule to work but when they came in on the scheduled time they were told to set off the clock until the restaurant service pick up. Shoney's was sued and all the employee's that were on the list got paid. I was no longer working there but one of the girls that still worked at Shoney's restaurant told me about then getting paid.

At Shoney's these employees had not clocked in I was among them so I know. Wal Mart Top Management at store 356 is asking individuals to give their time back. This is time that these individuals have worked for. They have stayed late took away from their schedule, families and life and perform work at Wal Mart store 356. At the end of the week these individuals are asked not to come in at their scheduled time to give back the time they have worked for. Yet, the employees on the grocery side of the store work over the time they are scheduled and receive pay. This is a double standard; I know that the grocery side work hard but everyone is due the same treatment

I need my job and I have no plains on quitting. I' m from the big city where we believe in voicing our rights especially when we feel that we have at less one leg to stand on. I do my job what is required of me. I come to work on time

# You have completed your Application

## Please click Submit to finalize your application.

Back

Submit

Wal-Mart Stores, Inc. Confidential

's Date 7-21-03

SSN#:_ _ _ -X-XXXX
Associate. I.D.#_ _ _ _

**TIME ADJUSTMENT REQUEST**

(Print) Wanda Ayers

Missed: _____ Hours Requested: _____

quested/missed (Place date beside the reason)

| 21-03 | Regular | | Overtime |
| | Holiday | | Vacation |
| | Sick (self) | | Bereavement |
| | Sick (family) | | Military |
| | Jury Duty | | Decision Day |
| | Personal | | Worker's Comp |

Reason: _____

ck/Badge Problems:

gan: 06:55 am
led: 07:30 Am

Lunch Began: _____
Lunch Ended: _____

Apply for Management Program

Date: _____

's Signature                    Wanda Ayers          7/21/00
                                Print Associate's Name    Date

pervisor Signature              Print Hourly Supervisor Name    Date

Supervisor Signature            W Lane                7/21/03
                                Print Salaried Supervisor Name   Date

2/9/01

9964611

# WAL★MART

WAL-MART STORE 0356
1717 S. COLLEGE ST.
AUBURN, AL. 36830

To whom it may concern:

Ms. Wanda Ayers has been employed by Wal-Mart Stores, Inc. for approximately two years. Since the beginning of her employment, she has been dependable and a hard worker. She performs her daily duties with very little supervision.

Sherman Alexander

**OUR PEOPLE MAKE THE**
# Difference
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  - ＊ Respect for the Individual.
  - ＊ Service to our Customers.
  - ＊ Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime. Maximizing sales and profitability through the execution of Company programs.

- Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
  - ＊ Maximize the sales and profitability of the operating unit.
  - ＊ Provide a high level of merchandise in-stock position.
  - ＊ Execute Company programs.
  - ＊ Manage the operating unit's inventory and shrinkage.
  - ＊ Manage scheduling and staffing.
  - ＊ Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
  - ＊ Utilizing hourly Associates to communicate and execute tasks.
  - ＊ Providing fast and friendly checkout service.
  - ＊ Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

**OUR PEOPLE
MAKE THE
Difference**
WAL★MART Stores, Inc.

# *Job Description*
# Management Trainee

**Position
Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - * Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - * The supervision of all Associates.
  - * The sales of restricted items.
  - * Environmental codes and ordinances.
  - * Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - * Small print.
  - * Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

___✓___    **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____    **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_Wanda D. Ayers_
Associate/Applicant Printed Name

_Wanda Ayers_
Associate/Applicant Signature

7-21-03
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

# Management Trainee and Assistant Manager Position Requirements

**The items below are job requirements that you should consider when applying for a Management Trainee/Assistant Manager position.**

**Answering "decline" to any of these requirements will cause your application to not be submitted.**

| | I accept these job requirements | I do not accept these job requirements |
|---|---|---|
| **Schedule** | | |
| • **Management Trainee** | | |
|    o 48 hours per week | ⦿ accept | ○ decline |
|    o Varied schedule to include all shifts (days, evenings, overnight, weekends, holidays) | ⦿ accept | ○ decline |
|    o Scheduled days off are typically not consecutive and will rotate weekly | ⦿ accept | ○ decline |
| • **Assistant Manager** | | |
|    o Scheduled 48 - 52 hours per week - During seasonal times and during inventory preparation, scheduled hours may increase depending on the business needs | ⦿ accept | ○ decline |
|    o Scheduled days off are typically not consecutive and will rotate weekly | ⦿ accept | ○ decline |
|    o Assistant Managers may be asked to work on days off depending on business needs | ⦿ accept | ○ decline |
|    o Schedule will include required days,evenings,weekends and holidays.Working overnight is required on a rotating periodic basis | ⦿ accept | ○ decline |
|    o Scheduled hours subject to change without notice | ⦿ accept | ○ decline |
|    o Assistant Managers will rotate areas of responsibility at the direction of the Facility Manager | ⦿ accept | ○ decline |

**Travel and Relocation**

- **Travel**

  - Travel is required - this may range from one-day off-
    site meetings to six-week store set-ups          ⦿ accept          ○ decline

- **Relocation**

  - You will be required to accept an assignment as a
    Trainee or Assistant Manager to a Facility that does
    not require relocation of your residence (e.g., a          ⦿ accept          ○ decline
    Facility that requires no more than a one-hour
    commute from ones residence each way)

| Back |          | Exit |          | Next |

Wal-Mart Stores, Inc. Confidental

# General Information

Back    Exit    Next

- **What is your highest level of education?**

  ○ Middle school and below    ○ High School/GED    ○ 2-year college degree    ⦿ 4-year college degree    ○ Advanced college degree

- **Do you have previous retail experience?**

  ⦿ yes    ○ no

- **Do you have previous retail management experience?**

  ○ yes    ⦿ no

- **Do you have previous grocery experience?**

  ○ yes    ⦿ no

- **Do you have previous grocery management experience?**

  ○ yes    ⦿ no

- **Do you have the ability to speak any of the following languages?**

  ☐ Spanish    ☐ French    ☐ Chinese    ☐ German    ☐ Italian

- **Are you willing to relocate to accept a position that is more than a one-hour commute (each way) from your current residence?**

  ⦿ yes    ○ no

Back    Exit    Next

Wal-Mart Stores, Inc. Confidental

## Minimum Criteria to Apply

**The following is the minimum requirements to apply for the Management Trainee Position:**

1. You must have 1 year retail experience with the Company and/or a prior employer.

2. You must be in your current position a minimum of 6 months.

3. You must have a minimum evaluation rating of meets expectations.

4. You must NOT have an active written coaching in your personnel file.

5. You must be 100% current on your training.

| Back | Exit | Next |

Wal-Mart Stores, Inc. Confidential

## Career Information

**The following items are the minimum criteria necessary for a Management Trainee position.**

If you do not meet the minimum criteria, your application will not be submitted.

- **Do you have 1 year retail experience with the Company and/or a prior employer?**

    ⦿ yes   ◯ no

- **Have you been in your current position for at least 6 months?**

    ⦿ yes   ◯ no

- **What was your most recent evaluation score?**

    ◯ Below Expections   ⦿ Meets Expections   ◯ Exceeds Expections

- **Do you have an active written coaching or decision-making day?**

    ◯ yes   ⦿ no

- **Are you 100% current on your training?**

    ⦿ yes   ◯ no

[Back]        [Exit]        [Next]

Wal-Mart Stores, Inc. Confidental

# Career Information

**The following items are the minimum criteria necessary for a Management Trainee position.**

If you do not meet the minimum criteria, your application will not be submitted.

---

- **Do you have 1 year retail experience with the Company and/or a prior employer?**

  ⦿ yes   ◯ no

- **Have you been in your current position for at least 6 months?**

  ⦿ yes   ◯ no

- **What was your most recent evaluation score?**

  ◯ Below Expections   ⦿ Meets Expections   ◯ Exceeds Expections

- **Do you have an active written coaching or decision-making day?**

  ◯ yes   ⦿ no

- **Are you 100% current on your training?**

  ⦿ yes   ◯ no

---

[Back]        [Exit]        [Next]

Wal-Mart Stores, Inc. Confidential

OUR PEOPLE
MAKE THE
**Difference**
WAL★MART Stores, Inc.

# Job Description
# Vision Center Manager

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  * Utilizing hourly Associates to execute daily tasks.
  * Managing scheduling and staffing of hourly Associates.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

**OUR PEOPLE
MAKE THE
Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

| | |
|---|---|
| **Position Requirements** | Primary position requirements are listed below. |

- **Experience and Qualification**
  - \* Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - \* Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - \* Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**          Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - \* The supervision of all Associates.
  - \* The sales of restricted items.
  - \* Environmental codes and ordinances.
  - \* Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - \* Small print.
  - \* Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____     **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____     **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayers
Associate/Applicant Printed Name

Wanda Ayers
Associate/Applicant Signature

10-23-03
Date

---

Revised: June 2002; Notice: This description supercedes all prior descriptions.          Page 2 of 2

**Wanda Denise Ayers**                              **Telephone:**    (334) 332-8028
1945 County Road 57
Notasulga, Alabama 36866

**OBJECTIVE:**  A position in the areas of Customer Service Representative, which will utilize leadership, responsibility, and organizational skills for improving the efficiency of operations.

2001-current      **Wal Mart Super Center**, Auburn Alabama,
                  Customer Assistance walk customer to desired merchandise
                  Assist with any questions
                  Stock showroom shelves with incoming merchandise
                  Organize and clean showroom area daily

1999-2001         **L. S. U. Medical Center**, New Orleans, Louisiana
                  Computer Information,
                  Input patient's data and enter doctor's billing information
                  Journalizes magazines, newspaper articles, and published booklet and pamphlet of staff
                  and file all documents

1996-1999         **Delgado Community College**, New Orleans, Louisiana
                  Office assistant, clerical and computer entry
                  Assist student with the proper use of computer and software application

1993-1996         **Orleans Parish School Board**, New Orleans, Louisiana
                  Child Nutrition, responsible for daily food preparation for over 200 students, staff and
                  faculty

1990-1994         **James Ratliff, Contractor**, New Orleans, Louisiana
                  Secretary and clerical duties, typing contracts
                  Talking with potential clients
                  Maintaining and ordering all needed supplies and equipment

1998-1995         **Crystal Nursery School**, New Orleans, Louisiana
                  Owner and Operator
                  Handled the daily operation of the business
                  Supervised three employees

1997-1998         **Mt. Carmel Christian Faith Academy**, New Orleans, Louisiana
                  Classroom Supervisor
                  Supervise the daily progress of students

1997-1987         **St. Mark Family Day Care**, New Orleans, Louisiana
                  Supervisor and Pre-school Instructor
                  Implementing schedules, money management and daily lesson plans

**Education:**

2001-2002         Faulkner University, Montgomery, Alabama
                  Bachelor of Science Degree, Human Resource Management
1999-2001         Southern University of New Orleans,
                  Major Studies, Business Administration
1996-1999         Delgado Community College, New Orleans, Louisiana
                  Associate Degree Computer Information System

**Special Skills:**  Working knowledge of computers, proper use of office equipment
                  Computer skills: WordPerfect, Microsoft Word, Works, Lotus, Excel, Assess, PowerPoint,
                  Reference Manager and Computer Based System, C++, Visual Base,
                  **Medical Knowledge**: Medical Terminology and First Aid

**Reference:**     Available upon request

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2004-00046 |

_____ and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Wanda  Ayers** | **(334) 332-8028** | **07-25-1958** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1945 County Road 57,  Notasulga, AL 36866** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **WAL MART STORES INC.** | **Unknown** | **(205) 821-2493** |

| Street Address | City, State and ZIP Code |
|---|---|
| ~~645 Marrow Street,~~ Auburn, AL 36131   *171 S. College, Auburn, AL 36830* | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **07-21-2003** | **07-21-2003** |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**On July 21, 2003, I went to another location of the above named employer in order to submit my application to be accepted into the Management Training Program.  I had initially requested assistant from my Store Manager, Steve, LNU in accessing the computer in order that I might apply before the deadline but was informed that he did not know how to get into the computer in order to assist me. On August 26, 2003, I called the Regional Manager and spoke with his secretary.  I was informed at that time that no one was accepted into the program.  On September 19, 2003, Sherman Alexander, Store Manager, stated that Don Bost, Regional Manager told him to start to minter some associates. Sherman choose a White, Male employee named Heath, LNU who is much younger than I am and who also was hired after I was hired.   Prior to this I was turned down before in lieu of a Younger White Female who was also hired after me.  Sherman made the statement that there was lots of opportunity for young men and women to grow in the company, then he looked over my way and realized that I was not included and then he corrected himself and said for older folks as well.**

**I have not been afforded a reason why I am being denied the same opportunity as the younger white employees are.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X *10-25-03*          X *Wanda D Ayers*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year )* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2004-00046C |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(Continued from previous page):*

**I believe I am being denied the same privileges as the younger white employees because of my Race, Black, in violation of Title VII of the 1964, Civil Rights Act, as amended and because of my Age, 45, in violation of the Age Discrimination in Employment act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X *10-25-03*      x *[signature]*<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year )* |

# REQUEST FOR LEAVE OF ABSENCE

When you need time away from work, complete and submit this form for approval. Advance notice is requested, but notice of your need to be gone must be provided within 3 days and this form must be completed no later than 15 days from the first scheduled workday missed. Submit completed form for approval/disapproval as follows:
- Hourly field associates → Facility Manager.
- Home Office hourly associates → Manager → People Division.
- Management associates → your Division's People/Personnel area at the Home Office.

Request Date: 3/22/04   Work Location #: 356

Name: Wanda Ayers   SSN: 436049na1   ☑ Hourly  ☐ Salaried

Current Mailing Address: None / Mother 1420 Pauline   Phone: None Available

**DATES REQUESTED:**
- Continuous Leave Beginning: No date not? _____ Return Date: _____
- Intermittent/Reduced Hours (available only when medically necessary; the Health Care Provider's Certification Section, below, must be completed)

Beginning: 4/1/04   Ending Date: 8-1-04

Describe: _____

**TYPE OF LEAVE:**

☐ **MEDICAL LEAVE\*** To be used when the associate has a medical condition (including pregnancy and childbirth, and on-the-job Workers' Comp. injuries) requiring time away from work. The Health Care Provider's Section, below, must be completed and signed. Before returning, associate must submit a Health Care return-to-work statement/release from a Health Care Provider detailing restrictions, if any. If eligible to receive short- or long-term disability benefits, the associate must file a claim by calling 1-800-492-5678.

☑ **PERSONAL**
- Is request due to birth, adoption or placement of foster child?   ☐ Yes\*  ☐ No
- Is request to provide care for a seriously ill or injured family member?   ☑ Yes\*  ☐ No
  (If yes, the Health Care Provider's Section, below, must be completed and signed.)
  Relationship: Mother is currently ill in the hospital once she comes
- Other personal reason, explain: Home she will need someone to care for her

☐ **MILITARY** (Attach copy of military orders.)
- Is request to fulfill 2 week summer camp duty?
- If yes, complete the "Military Pay for Summer Camp" worksheet **prior** to start of leave.   ☐ Yes  ☐ No

---

**HEALTH CARE PROVIDER'S CERTIFICATION:** The above ☐ Wal-Mart associate ☐ family member is under my care for: _____

If associate, Worker's Comp? ☐ Yes ☐ No  Dates: Begin Leave: _____ Return Date: _____
☐ Continuous Leave required  ☐ Intermittent or Reduced Hours Leave required, describe: _____

(Stamp/Print Name, Address, Phone Number:) _____

Health Care Provider's Signature: _____

Date: _____

---

**INSURANCE:** Unless you submit a Status Change to reduce or discontinue coverage, your present insurance coverage will continue for up to 1 year while on LOA. If you choose to keep any Medical, Dental or Life Insurance, **you must send the premium amount** normally deducted from your paycheck to: Wal-Mart Benefits, Department 3001, P.O. Box 1039, Lowell, AR 72745. Write your name, social security number and work location on your check or money order. (Payments for short and long term disability are not required while on LOA.) **The premium is due each pay period (every two weeks)** in which you do not receive a Wal-Mart payroll check and **failure to pay premiums within 30 days of the due date will result in cancellation of your coverage.** While on a leave of absence, you may want to pay your premiums 2 weeks ahead to avoid a delay of your Special Pharmacy Benefits. If you did a status change to reduce or discontinue coverages when you went on LOA, you may do another status change to resume your coverages when you return to work. If coverage is cancelled for non-payment of premiums, you may be eligible for a reinstatement of coverage once a required number of hours are worked (see "Eligibility" section of Benefit book). If leave extends beyond 1 year, you may be eligible to elect continued coverage under COBRA.

I have read and understand the "Insurance" section above. Likewise, I understand that if I fail to return to work or request an extension of leave by the return date stated above, my associate benefits shall be subject to forfeiture and the company will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Wal-Mart's Leave of Absence policy.

Date: 3/22/04   Associate Signature: Wanda D. Ayers

Manager's Signature: _____   Date: _____

\*Leave for these reasons is designated and counted as leave pursuant to the FMLA.   ☐ Approved  ☐ Denied

Separate copies after approval   • White → Facility's LOA file



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 731-0082
TTY (205) 731-0175
FAX (205) 731-2101
1-800-669-4000

Respondent: WAL MART STORES INC.
EEOC Charge No.: 130-2004-00046
FEPA Charge No.:

Oct 20, 2003

Wanda  Ayers
1945 County Road 57
Notasulga, AL 36866

Dear Ms. Ayers:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

     [ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

     [ X ]    The Age Discrimination in Employment Act (ADEA)

     [  ]     The Americans with Disabilities Act (ADA)

     [  ]     The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided.  To enable proper handling of this action by the Commission you should:

    (1)    Review the enclosed charge form and make corrections.

    (2)    Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

    (3)    Return the signed charge to this office in the enclosed postage paid envelope.

Since charges should be processed within the time limits imposed by law, please complete these steps as soon as possible.  Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[  ]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures.  If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official.  Then the agency will investigate and resolve the charge under their statute.  If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the

agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

*Linda Ross*

Linda S. Ross
Investigator Support Asst
(205) 731-1070

Office Hours: Monday - Friday,
TDD: 1-800-669-6820
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination

LAW OFFICES

## JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AMSOUTH/HARBERT PLAZA
1901 SIXTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2618
TELEPHONE (205) 458-9400
TELECOPIER (205) 458-9500

WWW.JOHNSTONBARTON.COM

Jennifer F. Swain
Direct Dial: (205) 458-9491
E-Mail Address: jfs@jbpp.com

October 27, 2004

VIA FEDERAL EXPRESS
Ms. Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana  70117

Re:    <u>Wanda Denise Ayers v. Wal-Mart Corporation</u>
       <u>United States District Court for the Middle District of Alabama</u>

Dear Ms. Ayers:

This firm represents Wal-Mart with respect to the Complaint you recently filed in the United States District Court for the Middle District of Alabama.

Pursuant to the Order of the United States District Court for the Northern District of California, I am informing you that you are a member of a class of women that has been certified by that Court in the case of *Dukes, et al. v. Wal-Mart Stores, Inc.*, United States District Court for the Northern District of California, Case No. C-01-2252 MJJ.  The class covers claims of gender discrimination in pay and promotion with respect to women who worked at Wal-Mart retail stores in the United States at any time since December 26, 1998.  You may contact counsel for the *Dukes* class at 1-800-308-1878 or http://www.walmartclass.com.  And, you may seek a stay of or hold on your claim, until the *Dukes* class action is completed, from the agency or court with which you have filed your claim.  If you make a request to stay your claim of sex discrimination in pay or promotion while the *Dukes* case is pending, Wal-Mart will not oppose that request.

Please note, however, that a request to stay your claim of sex discrimination does not stay your race and age discrimination claims, and Wal-Mart will move forward with respect to those claims.

Yours very truly,

Jennifer F. Swain

Jennifer F. Swain

JFS/shm



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22ⁿᵈ Street, South, Suite 2000
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

October 6, 2004

Wanda Denise Ayers
1420 Pauline Street
New Orleans, LA 70117

Dear Ms. Ayers:

This is in response to your correspondence dated September 24, 2004, addressed to the Birmingham District Office and the Headquarters Office of the Equal Employment Opportunity Commission concerning the investigation and finding rendered for your charge of discrimination filed against Wal-Mart Stores, Inc. (130-2004-00046).

In your letter you requested that the finding be reconsidered because you have stated a prima facie case and suggests that Respondent has not offered a legitimate non-discriminatory reason for its action. You alleged that you have been denied selection for the Management Trainee Program because of your race, Black, and because of your age, 45.

The evidence indicates you were employed at Wal-Mart Store #356 as a Stock Associate. You stated in your letter that you applied for the Management Trainee Program during March 2003, July 2003 and October 2003.

Respondent contends that there is no record of your application for the Management Trainee Program for March 2003. The evidence obtained during the investigation indicates that there were 29 applicants for the Management Trainee Program during July 2003 from District # 74, which includes your home store in Auburn, Alabama. Respondent contends that there were no applicants interviewed or selected because there were no job openings in the district for the Management Trainee Program. The evidence also indicates you have not applied for any posted hourly supervisor positions. The evidence shows that Respondent employs nine (45%) Blacks in their 20 management positions at Store #356. There was no evidence to suggest that you were not selected for any positions because of your race or age.

While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws enforced. Your request that the charge be reconsidered is denied.

You are reminded that you may file a lawsuit against the respondent under federal law based on this charge in federal court. This lawsuit must be filed within 90 days of your receipt of the dismissal and Notice of Right to Sue, or your right to sue will be lost.

Sincerely,

Bernice Williams-Kimbrough
District Director

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

United States District Court
Middle District of Alabama
One Church Street
Montgomery, Alabama 36104


Dear Clerk of Court:


I have a Civil case filed in your court, Civil Action No. 3:04cv1002-T and I would like to
know if the court could assist me with a court appointed attorney.

I'm not sure if my request for an attorney is proper in this type of case please advise.

Your assistance in this matter is very much appreciated.


Sincerely,

*Wanda D. Ayers*

Wanda Denise Ayers


RECEIVED

NOV 1 0 2004

UNITED STATES MAGISTRATE JUDGE
MONTGOMERY, ALABAMA