IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:04cv1002-T |
| WAL-MART CORPORATION, | ) |
| Defendant. | ) |

### ORDER

This court has construed the plaintiff's correspondence received on 10 November 2004 as a motion for appointment of counsel. Therefore, upon consideration of the motion for appointment of counsel filed by the plaintiff, and as the court finds that "no exceptional circumstances justifying appointment of counsel," *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987), exist in this case, it is

ORDERED that the motion be and is hereby DENIED.

Done this 12th day of November, 2004.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE