IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:04cv1002-T |
| | ) |
| WAL-MART CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On 10 November 2004, the plaintiff filed an Amended Complaint (Doc. # 4). The court has construed the Amended Complaint as one which supercedes the initial complaint. Accordingly, it is hereby

ORDERED that, on or before 24 November 2004, the defendant shall file an Answer to the Amended Complaint.

DONE this 16th day of November, 2004.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE