IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04cv1002-T |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that this court's order of 16 November 2004 is VACATED. The Clerk has indicated that the defendant has been forwarded a copy of the plaintiff's Amended Complaint. Accordingly, it is further

ORDERED that the defendant shall file an answer to the Amended Complaint within sixty (60) days from receipt of the original complaint.

DONE this 16th day of November, 2004.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE