IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 3.04CV1002-T |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wal-Mart Stores East, LP, improperly identified in the Plaintiff's Complaint as Wal-Mart Corporation, files the following corporate disclosure statement:

1. Wal-Mart Stores East, LP's parent corporation is Wal-Mart Stores, Inc.

2. Wal-Mart Stores East, LP does not issue stock and, therefore, no publicly held corporation holds 10% or more of its stock.

_____
Jennifer F. Swain
Alan D. Mathis
Attorneys for Defendant
Wal-Mart Stores East, LP

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 15th day of December, 2004:

Wanda Denies Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

                                       /s/ John D. Matthews
                                       OF COUNSEL

W0488120