**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **WANDA DENISE AYERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:  3:04cv1002-T |
| v. ) | |
| ) | |
| **WAL-MART CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

### REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 18, 2005 via telephone conference and was attended by:

   Ms. Wanda Denise Ayers, *pro se*

   and

   Alan D. Mathis, Esq.
   One of the Attorneys for Defendant Wal-Mart Stores East, LP, improperly named in the Complaint as Wal-Mart Corporation

2. **Pre-Discovery Disclosures**: The parties will exchange by *February 4, 2005* the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery plan:

   (a) **Topics:** Discovery will be needed on the following subjects: allegations of the Plaintiff's Complaint, alleged damages and Defendant's defenses

   (b) **Discovery Deadline:** All discovery commenced in time to be completed by *September 9, 2005*.

      (c)    **Interrogatories:** Maximum of 30 interrogatories, including subparts, by each party to any other party. Responses due 30 days after service.

      (d)    **Requests for Admission:** Maximum of 10 requests for admission, including subparts, by each party to any other party. Responses due 30 days after service.

      (e)    **Requests for Production:** Maximum of 25 requests for production, including subparts, by each party to any other party. Responses due 30 days after service.

      (f)    **Depositions:** Maximum of 7 depositions by the Plaintiff and 7 depositions by the Defendant. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

      (g)    **Supplementation:** Supplementation under Rule 26(e) due within 30 days of knowledge of the need to supplement but not later than 30 days before the completion of discovery.

      (h)    **Expert Testimony:** Unless modified by stipulation of the parties, the disclosure of expert witnesses including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

      From the Plaintiff by: *May 31, 2005*

      From the Defendant by: *June 30, 2005*

4.    **Other Items**:

      (a)    **Scheduling Conference:** A Scheduling Conference is scheduled for *January 25, 2005* at 2:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(b) **Pretrial Conference:** The parties request a pretrial conference on *October 24, 2005*.

(c) **Pleadings and Parties:** Plaintiff should be allowed until *February 18, 2005* to join additional parties and *February 18, 2005* to amend the pleadings.

Defendant should be allowed until *March 18, 2005* to join additional parties and *March 18, 2005* to amend the pleadings.

(d) **Dispositive Motions:** All potentially dispositive motions must be filed by *July 26, 2005*.

(e) **Settlement:** Settlement cannot be evaluated prior to the parties conducting some discovery and may be enhanced by the use of mediation at a later date.

(f) **Final Lists:** Final lists of witnesses and exhibits under Rule 26(a)(3) should be due on *November 7, 2005*. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(g) **Trial:** The case should be ready for trial on *December 5, 2005*.

 s/ Wanda Denise Ayers  
Wanda Denise Ayers  
Plaintiff  
1420 Pauline Street  
New Orleans, Louisiana  70117  
Telephone: (504) 945-8781  

 s/ Alan D. Mathis  
Alan D. Mathis (MAT052)  
Counsel for Defendant  
**JOHNSTON BARTON PROCTOR & POWELL LLP**  
2900 AmSouth/Harbert Plaza  
1901 Sixth Avenue North  
Birmingham, Alabama 35203  
Telephone: (205) 458-9400  
Facsimile: (205) 458-9500  
E-mail: adm@jbpp.com

## CERTIFICATE OF AGREEMENT OF PARTIES

      Pursuant to CM/ECF Administrative Procedure II.C.3 of the United States District Court for the Middle District of Alabama, I hereby certify that all parties have agreed to the matters contained herein.

      _s/ Alan D. Mathis_
Alan D. Mathis (MAT052)
Counsel for Defendant
**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500
E-mail: adm@jbpp.com

W0491348