IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:04cv1002-T |
| | ) |
| WAL-MART CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is ORDERED that, on or before 25 February 2005, the defendant shall file a written Notice with the Clerk of the court which shall set forth the following:

1. whether the plaintiff has been terminated;

2. whether the plaintiff's job at store 356 is still open and the plaintiff is still on the payroll;

3. whether the plaintiff is free to return to her position as a stocker; and

4. whether, at the present time, there are management trainee positions available at Wal-Mart store 356

DONE this 26th day of January, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE