RECEIVED

FEB 1 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS ) | |
|    PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 3:04CV1002-T |
| ) | |
| WAL-MART STORES EAST, LLP ) | |
|    DEFENDANT. ) | |
| ) | |

## ITEMIZATON OF BACKPAY

Plaintiff as ordered by the courts on 25 January 2005, to file an itemization of back-pay entitlement to include wages, interim earnings and any other interim monetary benefits that are required by law. Plaintiff made a request for information from defendant and no response or reply for requested information was given therefore information given is not complete.

1.) Lost of wage: Plaintiff requested defendant to furnish:
    a.) Current rate of pay for stocker
    b.) Cumulated sick hours up to this day
    c.) Time that the training program takes (months/years) and amount of pay for training mangers
    d.) Back- pay estimate is $ 6, 216.00

2.) Request payment: Vacation Pay 79hrs 45 estimated $617.33

3.) All sick payment: Include hours cumulated after last check received: If Wal-Mart Stores, LP still have plaintiff on payroll have she cumulated sick hrs above the 4 hrs 95. Sick hours as cumulated could be requested for the illness of a mother, child. (Sick hours estimated $38.46)

4.) The plaintiff was unable to return to work after her mother condition was stable and she no longer needed hospital or home care. Because of the plaintiff 's hours being cut causing her not to be able to meet her financial obligations forced to give up her home, which in fact made her homeless. Plaintiff's had to relocate to keep from becoming a statistics.

These date will be amended at a later date my mother is currently out of town living with my sister. She will be returning home for a doctor's appointment.

Date of Care:

_____

_____

_____

_____

5.) Plaintiff has reinstated the cooperation that was established by her in 1999. The plaintiff was attending college at that time of establishing the Essence of You Business Center and her grades begin to fail. This is when she made the decision to attended college way from home to fully concentrate on school.

*Wanda D. Ayers* (signature)
Wanda D. Ayers, Plaintiff
1420 Pauline Street
New Orleans, Louisiana 70117
Telephone: (504) 945-8781

Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served by United States Mail, via first-class, postage and properly addressed on this, the 17 day of February 2005:

Vanzetta Penn Mcpherson
United States Magistrate Judge
The United States District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

January 17, 2005


State of Louisiana
Secretary of State
P. O. Box 94125
Baton Rouge, La 70804-9125

Attention: Helen J. Cumbo

RE:   34852538N
      ESSENCE OF YOU FOUNDATION


Thank you for informing me of this situation, as the titleholder of this corporation I must inform you that I have been living out of state for the past three years attending college and while for the past three year the Essence of You Foundation was not in operation.

I have return to the state of Louisiana and have currently resumed my position of the corporation. If you should need more information are proof please feel free to contact me at (504) 945-8781 or you could reach me at the address that you currently have on file:

   This is an OutReach Ministry, this should fall under the R. S. 12:262.1 (H) but if not I would like to do what is required of Essence of You Foundation, to up date or bring this incorporation into good standing and me.

Whatever Forms I may need please forward then to this address:


Ms. Wanda Ayers
1420 Pauline Street
New Orleans, LA 70117

Sincerely,

*[signature]*

Evangelist Wanda Ayers

# STATE OF LOUISIANA
## SECRETARY OF STATE

**W. FOX McKEITHEN**
**SECRETARY OF STATE**

**HELEN J. CUMBO**
**ADMINISTRATOR**



**COMMERCIAL DIVISION**

**Uniform Commercial Code**
(225) 342-5542
Fax
(225) 342-7011

**Administrative Services**
(225) 925-4704
Fax
(225) 925-4726

**Corporations**
(225) 925-4704
Fax
(225) 922-0435

January 19, 2005

Wanda Ayers
1420 Pauline St.
New Orleans, LA   70117

Dear Ms. Ayers:

ESSENCE OF YOU FOUNDATION

This will acknowledge receipt of your letter which was received in this office on January 19, 2005.

Please be advised that our records indicate that the above referenced corporation did not file an annual report for the year 2004. A form is enclosed for your convenience. The fee for filing the annual report is listed on the form.

Please return the annual report, along with the filing fee, to this office for processing.

For proper identification please refer to this letter in all future correspondence in connection with this filing.

Sincerely,

*Helen J Cumbo*

Helen J. Cumbo

BFR

SS301 Rev. 09/00

Mailing Address: P. O. Box 94125, Baton Rouge, LA * 70804-9125
Office Location: 8549 United Plaza, Baton Rouge, LA * 70809
Web Site Address: www.sos.louisiana.gov

## Program Benefits

The Young Entrepreneur Internship Development Program will help in the developing and implementing entrepreneurial skills and training experience for young leaders.

The center is implementing school-to-career programs involving individual schools or churches in the district along with business support.

We have projects that yield practical results that benefit the young leader and the communities in which they live.

The intern will have access to research and educational information.

The center will rise up individual to be strong leaders in the area of business and entrepreneur skills.

The center will encourage creativity and give support to market their ability.

The center will enhance the lifestyle of many young individuals and build self-esteem.

The center will open fresh new doors to young minds and allow the world of entrepreneur and business will enter in that doorway.

The center will educate the young entrepreneur with hand on resource and opportunity.

Networking within the center to obtain necessary supplies and show respect for one another and gain personal respect as well.



http://community.gophi.com/bearessence

## Seminar and Workshop

We offer several seminars and classes along with workshops based on topics related to business, leadership, entrepreneurial and various fields.

## Criteria and Focus

1. Must complete an application. You should include application fee, which is not refundable.
2. You must include two letters of reference from school or church counselors.
3. You also will include two letters of reference from family or friends.
4. All interested individuals must have an application on file.

***Essence of You Foundation, Inc.***
2433 St. Claude Ave.
New Orleans, Louisiana 70117
(504) 949-7301



### Introduction

Essence of You Foundation is a non-profit support center founded in 1999 for the purpose of improving the essence of life in the surrounding New Orleans area.

### Mission Statement

Our Mission at Essence of You Foundation is to build, encourage promote, and support. To build young leaders, To encourage leadership. To promote creativity. The center will be an on going support to business for young entrepreneur. The center will establish employment, and help create an economic independence in and throughout the community and surrounding New Orleans area.

### *Young Entrepreneur Internship Development Program*

The Young Entrepreneur Internship Development Program is set up to capture the talents and creativity of young leaders. The program is located in New Orleans. The center is called the Detail Classic Business Center that is set up as a miniature mall in different young business and leadership areas such as: Administrative business center for business leaders. Activity center, beauty and barber center, bakery and café, car wash, Jr. janitor service, lawn and landscape, snack area, T-shirt and accessory, little sitter service and art studio. We also will be working with the local businesses that will help with the development of the young business leaders. Detail Classic Business Center. It's Not Just Business. It's a Classic.

The types of business to be explored are unlimited the center is set up with an art studio, barber and beauty salon, bakery, gift shop, design studio car wash etc.



### *Detail Classic Business Center*

The business center will provide on-sit access to facilities such as fax machine, copying machine, plus the office area will provide administrative secretarial and technical support.

### *The Target Market*

The target market for the center is the youth and young adult that need support and encouragement. This is a support center for young entrepreneur such as those identified in our booklet that are willing to operate in the city of New Orleans.

# Essence of You Foundation, Inc
## Entrepreneurial Internship Development Program

| LAST NAME | FIRST NAME | MI. |
|---|---|---|
| SOCIAL SECURITY NUMBER<br>- - | TELEPHONE<br>( ) | DATE OF BIRTH<br>MONTH    DAY    YEAR |
| PERMNENT STREET ADDRESS | CITY | STATE    ZIP |
| Name School/ Church Attend | School / Church Address | Students Or Individual<br>Identification No List State Abbreviation First |
| School/ Church district | City    State    Zip code | |
| School/ Church code if Known | | |

Reference: You must provide four separated reference with different U.S. address and phone no. The first reference should be a parent or legal guardian (if living). All reference must be completed full. The second reference could be a family member of friend the third could be school or church consolers.

| Name | Name | Name |
|---|---|---|
| Permanet Address | Permanent Address | Permanent Address |
| City    State    Zip code | City    State    Zip code | City    State    Zip code |
| Area code   Telephone<br>( ) | Area code   Telephone<br>( ) | Area code   Telephone<br>( ) |
| Relationship to Student | Relationship to Student | Relationship to Student |
| Name | City    State    Zip code | Relationship to Student |
| Permanent address | Area code   Telephone | |

| Internship Assistance Information | Area of Interests | Internship period<br>1 year ☐<br>2 years ☐<br>3 years ☐<br>4 years ☐ |
|---|---|---|
| Give a brief description Why you want to enter the Internship | | If accepted in the Internship program I agree to follow the guidelines and rules of the Detail Classic Business Center.<br>1. I agree to open a saving account.<br>2. I agree to attend classes, seminars and workshops<br>3 I agree to set goal and work at achieving them<br>4. I agree to complete the program successfully |
| School/ Church Information<br>This section should be completed by an authorized school or church official | Street Address | Enrollment status<br>Junior ☐    Sr. ☐    Other ☐ |
| School /Church name | Mailing Address if different | Internship Period check one:<br>1 year ☐    2 years ☐<br>3 years ☐    4 years ☐<br>Date entering |
| Name of Official (counselor ) | City    State    Zip code | |
| Name of referring agent | Code branch | Month    Day    Year |

Application Process:  Please Type or Print All Information:

You can review our web-site at http://community.gopbi.com/bearessence

1. There will be a application fee of $10.00 (*the application fee is not refundable*)
2. There will be an entrance fee of $70.00. This is a processing fee that will hold your position at the center, Bear Essence Tee shirt and a nametag and photo section for web page.
3. A yearly fee to hold position is $40.00 for continual interns.
4. You must include two letters of reference from school or church counselors.
5. You also must include two letters of reference from family or friends.
6. You should include a picture or copy of a picture ID.
7. You also should include a letter of why you would like to enter the program.

All interested individuals must have an application on file.

Signature:_____ Date : _____