RECEIVED

FEB 1 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 3:04CV1002-T |
| ) | |
| WAL-MART STORES EAST, LLP ) | |
| DEFENDANT. ) | |

**Request For Trail Date**

## INTERROGATORIES

1. The Wal-Mart Stores in Auburn and Opelika are what is considered a family and friend network environment, over 85% of all employees that work at the Auburn store have more then one family member or long-term friend relationship. This is where a family or friend is willing to help a long-term friend or family member. When someone is from another state or not a long-term friend or family they are considered to be what an outsider. Now in the city which I grew up the people are family but you don't get to really know the person that live across the street from you and the people that you work with you get to know the at work.

2. Now the "Family and Friend Network" helped to get me the job at Wal-Mart the I worked hard and was considered a good worker by Jeff and Sherman, you are never good enough when it come to family and long-term friend relationship. The same Family and Friends that helped to get me the job at Wal-Mart was commissioned by top-level management of Wal-Mart Stores East, LP to get rid of me. It was stated that I did not appreciate those that helped me and I was making them look bad when I file a complaint against their store. Living in the state of Alabama in a small town I learn that is exactly how life is in where everybody knows everyone else.

    a. Issues:
        There are four associates that help me to obtain employment at Wal-Mart either work at the Auburn Store:
        Danny Dorn     Opelika Store
        Julia Hodges   Auburn Store
        Sherman Alexander   Auburn Store
        Alphonso Clark     Auburn Store

        Danny Dorn who is a member of the lost prevention team and is a relative to Sherman Alexander.

>Julia Hodges who talked to management for the possibility of obtaining employment at Wal-Mart is a long-term friend to Danny Dorn, Sherman Alexander and Alphonso Clark. Danny Dorn and Juila Hodges has a child together and all three when to the same schools and grew up in the same town Tuskegee Alabaman.
>
>Dorn Dorn supervisor is also his a family member.
>
>Danny Dorn have several relatives that work at both stores, his brother and younger sister works at the Auburn store.
>
>Julia Hodges has many relatives that work at the Auburn store, her son, sisters, and several nieces and her daughter once worked at the store as well.
>
>Sherman Alexander is Danny Dorn relative as well as a relative of he person over lost prevention, Michael Rees.
>
>Alphonso Clark also has many relatives at both stores, his sister is a floor manager at the Auburn and his cousin, and his nieces have position as manger and stocker.

My life became the primary target to open fire from every family and friend that know a friend or family member that work at the Wal-Mart in either Auburn or Opelika and that region. I lived through a living hell and if I could prevent from going back to the type of violation and harsh retaliations.

Conclusion:

Even though the complaint was not about not appreciation those friends and family member that helped me but it is established on the facts and those facts will stand up in courts.

>Reasoning:
>
>>The Facts are my life went from receiving roses: (Exhibit I)
>>
>>From going to the family gathering: (Exhibit II)
>>
>>From taking walks in the park capturing the water falls: (Exhibit III)

  From receiving a gift of $100.00 for my birthday: (Exhibit IV)
This was one month before the complaint or before management shared the information of the complaint with the "Network".

  To threat on my life: (Exhibit V)

  To being violated (Exhibit VI)
  To becoming homeless (Exhibit VII)
This is the first time after 29 years of living on my own that I was forced to become depending on someone.

To losing everything that I worked 29 years to obtain because of the lost of resident and not having income to maintain storage.

  I was not only threaten by Mr. Clark but:

After the complaint the community, which I work and lived, became very hustle.

  Now this stated off as a personal conflict and moves to Network of retaliations.

  The police closed my case before I picked up the complaint when I went to the office the next morning to obtain a copy the box was checked off closed.

  On my way home from work there is one road to my house with one intersection and when I was passed the intersection this man came rushing up to the back of my car as if he was going to ram into the back of the car and if I turn of I would ride up in the ditch.

  Some days after the work before I would go home I would stop at the local I-Hop to eat breakfast and wait for the Unemployment Office would open. Before the complaint I had no problem with service. When I went in a month after the complaint no one wanted to serve me.

My house was entered into and all my information that was on my computer that documents the types of retaliations was erased.


**Request For TRIAL STAY:**
  My life would be place in grave danger and this would be a very hostile environment if the trial were to take place in Opelika. I'm requesting that the trial take place in Montgomery.

The Regional  Manger Mr. Don Bost was named as a part of the original report and he is over the entire region from Montgomery to Georgia which will include Auburn and his Head Office in Opelika:

Smaller towns as Auburn and Opelika to family and friend are will to look over the fact to help family and friend as you could see on the police report.

Over 60% to 880% of the community in the surrounding towns are either family or friend or work at one of the stores in the region that surrounded the area where I lived. The community was fighting back and it started with-in the store level and moved to the people that live across the road and the people next door to the Post Office and to the police. I lived through some hush retaliation.

*Wanda P. Ayers*
Complainant
Wanda D. Ayers
1420 Pauline Street
New Orleans, LA 70117
(504) 945-8781

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on the Defendant, by United States Mail, via first-class, postage and properly addressed on this, the 17 day of February 2005:

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618