**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3:04cv1002-T |
| v. ) | |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF UNAVAILABILITY OF STOCKER POSITION

Pursuant to the Court's Order of January 26, 2005, Wal-Mart Stores East, LP ("Wal-Mart"), incorrectly named in the Complaint as Wal-Mart Corporation, states as follows:

1. Plaintiff's employment with Wal-Mart has not been officially terminated as of February 25, 2005.

2. Plaintiff's job at Store # 356 in Auburn, Alabama is still open and Plaintiff is listed on the payroll as "inactive."

3. Although Plaintiff's termination is not yet official, she is not free to return to her position as an overnight stocker. Plaintiff requested and was granted a leave of absence beginning April 1, 2004. Plaintiff was to return to her position as an overnight stocker on August 1, 2004. Plaintiff has neither returned to work nor has she requested an extension of her leave of absence. On October 8, 2004, Wal-Mart sent Plaintiff a letter stating that if she did not return or respond within three days, her employment would be terminated. Plaintiff, however, had not informed Wal-Mart that her permanent address had changed, so the letter was returned to Wal-Mart as undeliverable. Wal-Mart is now aware that Plaintiff resides in New Orleans, Louisiana. Given that Plaintiff is now almost six months overdue in returning from her leave of

absence and lives in another state, Wal-Mart will terminate Plaintiff's employment for job abandonment, in conformity with its written policy.

    4.    Plaintiff is not free to return to her position as an overnight stocker and is therefore not eligible to apply to Wal-Mart's Management Training Program.

    Respectfully submitted,

    s/ Jennifer F. Swain_____
    Jennifer F. Swain
    Bar Number: ASB-7761-I67-J
    Email: jfs@jbpp.com

    s/ Alan D. Mathis_____
    Alan D. Mathis
    Bar Number: ASB-8922-A59M
    Email: adm@jbpp.com
    Attorneys for Defendant
    Wal-Mart Stores East, LP

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 23rd day of February, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

                                        s/ Alan D. Mathis
                                        Of Counsel

W0497537.DOC