IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 MAR -3 A 8: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WANDA DENISE AYERS )
PLAINTIFF, )
)
)
V. ) CIVIL ACTION NO.
3:04CV1002-T
)
WAL-MART STORES EAST, LLP )
DEFENDANT )

### Amended to Request For Trail Date

Plaintiff will identify (Wal-Mart Corporation) as so preferred as stated in the Answer to Amended Complaint as Wal-Mart Stores East, LP in the following Response:

1. The Wal-Mart Stores in Auburn and Opelika are what is considered a family and friend network environment, over 85% of all employees that work at the Auburn or Opelika store have more then one family member or long-term friend relationship. This is where a family or friend is willing to help a long-term friend or family member. When someone is from another state or not a long-term friend or family they are considered to be an outsider. Now in the city which I grew up the people are family but you don't get to really know the person that live across the street from you and the people that you work with you get to know them at work.

2. Now the "Family and Friend Network" helped to get me the job at Wal-Mart. I worked hard and was considered a good worker by Jeff and Sherman, you are never good enough when it come to family and long-term friend relationship. The same Family and Friends that helped to get me the job at Wal-Mart was commissioned by top-level management of Wal-Mart Stores East, LP to get rid of me. It was stated that I did not appreciate those that helped me and I was making them look bad when I file a complaint against their store. Living in the state of Alabama in a small town I learn that is exactly how life is where everybody knows everyone else.

Issues:     There are four associates that helped me to obtain employment at Wal-Mart, which either works at the Auburn Store or the Opelika store:

| | |
|---|---|
| Danny Dorn | Opelika Store |
| Julia Hodges | Auburn Store |
| Sherman Alexander | Auburn Store |
| Alphonso Clark | Auburn Store |

**Danny Dorn** who is a member of the lost prevention team and is a relative to Sherman Alexander. HIS JOB IS TO PROTECT THE COMPANY FROM LOST. So it was stated that I did not appreciate the open door of hospitality, which he allowed me to rent a room at his resident while I attend college in Montgomery.

**Julia Hodges** who talked to management for the possibility of obtaining employment at Wal-Mart is a long-term friend to Danny Dorn, Sherman Alexander and Alphonso Clark. Danny Dorn and Juila Hodges had a child together and all three went to the same schools and grew up in the same town Tuskegee Alabaman.

**Danny Dorn** supervisor is also a family member of Danny.

Danny Dorn have several relatives that work at both stores, his brother and younger sister works are have worked at the Opelika store. This will include his supervisor who is his cousin.

Julia Hodges has many relatives that work at the Auburn store, her son, sisters, and several nieces and her daughter once worked at the store as well.

Sherman Alexander is Danny Dorn relative and both of them are relative of the person that is over lost prevention, Michael Rees.

Alphonso Clark also has many relatives at both stores, his sister is a floor manager at the Auburn store and his cousin, and his nieces have position as manger and stocker at the Opelika store.

**My life became the primary target to open fire from every family and friend that know a friend or family member that worked at the Wal-Mart in either Auburn or Opelika and that region. I lived through a living hell and if I could prevent from going back to that type of violation and harsh retaliations I'm requesting that the trial take place in Montgomery .**

**Conclusion:**

Even though the complaint was not about not appreciation those friends and family member that helped me but it is established on the facts and those facts will stand up in courts.

**Reasoning:**

This is the first time after 29 years of living on my own that I was forced to become depending on someone.

To losing everything that I worked 29 years to obtain because of the lost of resident and not having income to maintain storage.

I was not only threaten by Mr. Clark but:

After the complaint the community, which I worked and lived, became very hustle.

Now this stated off as a personal conflict and moved to the Family and Friend Network of retaliations at Wal-Mart and the community. People I never knew launch threats against me.

The police closed the case before I picked up the complaint when I went to the office the next morning to obtain a copy the box was checked off closed.

On my way home from work there is one road to my house with one intersection and when I was passed the intersection this man came rushing up to the back of my car as if he was going to ram into the back of the car and if I turn of I would ride up in the ditch. **This was a white male.**

Some days after work before I would go home I would stop at the local I-Hop to eat breakfast and wait for the Unemployment Office to open. Before the complaint I had no problem with service. When I went in a month after the complaint no one wanted to serve me.

My house was entered into illegally and all my information that was on my computer that documents the types of retaliations was erased.

**REQUEST FOR TRIAL STAY:**

My life would be place in grave danger and this would be a very hostile environment if the trial were to take place in Opelika. I'm requesting that the trial take place in Montgomery.

_Wanda D. Ayers_
Complainant
Wanda D. Ayers
1420 Pauline Street
New Orleans, LA 70117

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on the Defendant, by United States Mail, via first-class, postage and properly addressed on this, the 17 day of February 2005:


Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

*[signature]*
Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781