IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The plaintiff filed a pleading on 18 February 2005 entitled "Request For Trial Date" (Doc. # 21), and on 3 March 2005, she filed another pleading similarly labeled (Doc. # 24). Inasmuch as this is a pro se case, the district judge assigned to this case will set it for trial when all pretrial motions have been concluded. Accordingly, it is

ORDERED that the plaintiff's motions for trial date are DENIED as moot.

Notwithstanding the labels, however, the plaintiff requested that the trial of this case be conducted in Montgomery. Ordinarily, trials in cases assigned to the Eastern Division of this court are conducted in the United States Courthouse in Opelika, Alabama. Accordingly, it is

ORDERED that, on or before 6 April 2005, the defendant shall advise the court in writing whether it objects to trial in Montgomery.

DONE this 28th day of March, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE