IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No.: 3:04cv1002-T |
| v. ) | |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF CONSENT TO PLAINTIFF'S CHOICE OF VENUE

Pursuant to the Court's Order of March 28, 2005, Wal-Mart Stores East, LP, incorrectly named in the Complaint and Amended Complaint as Wal-Mart Corporation, states that it does not object to trial in Montgomery, as requested by the Plaintiff.

                                              s/ Jennifer F. Swain_____
                                              Jennifer F. Swain
                                              Bar Number: ASB-7761-I67-J
                                              Email: jfs@jbpp.com

                                              s/ Alan D. Mathis_____
                                              Alan D. Mathis
                                              Bar Number: ASB-8922-A59M
                                              Email: adm@jbpp.com
                                              Attorneys for Defendant
                                              Wal-Mart Stores East, LP

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

2

**CERTIFICATE OF SERVICE**

    I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 5th day of April, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

                                          s/ Alan D. Mathis_____
                                          Of Counsel

W0504121.DOC