IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2005 APR 22 P 3: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WANDA DENISE AYERS )
  PLAINTIFF, )
  )
V. ) CIVIL ACTION NO. 3:04CV1002
  )
WAL-MART STORES EAST, LLP )
  DEFENDANT. )
  )

### Notice of Determination Reported By Wal Mart To State of Alabama Department of Industrial Relations Unemployment Compensation Agency

Plaintiff will identify ('Wal-Mart") as so preferred as stated in the Answer to Amended Complaint as Wal-Mart Stores East, LP in the following Amended Complaint Response:

The courts ordered plaintiff on the 25 of January 2005, scheduling meeting TO SEEK EMPLOYMENT, which she agreed.

On January 25, 2005 Ms. Ayes made a statement before the Judge that she is currently living in New Orleans and she is looking for employment. She also is working to establishing a corporation that she started before she moved to Alabama.

This was noted in the courts records before both the Attorney for the Defendant Alan Mathis and the Residing Judge.

This was the notice of not returning to Wal Mart and Wal Mart followed up by terminating the Plaintiff in February 2005.

   Plaintiff has moved to another stated.

   Plaintiff stated that she is looking for work in the state that she now resides in she will reestablish the corporation initially stated in New Orleans.

   Plaintiff request that she could be transferred to a store in the state that she live.

   The courts confirmed that Plaintiff is now terminated.

   Plaintiff has currently filed for unemployment due to both the acknowledgment of

Plaintiff statement before the Attorney for the defendant and before the court.

Wal Mart did not terminated me on August 1, 2005 as stated on the requested for leave form.

Wal Mart did not terminate me as of October 2005 as stated on the letter said to be mailed out.

Wal Mart was infomed in court that Plaintiff live in another state, Louisiana is looking from employment and rebuild the company stated before she left the state.

The contract between Wal Mart and the Plaintiff is binding for both parties, which Wal Mart did not terminate the Plaintiff when the contract expired.

Wal Mart misinformation the State of Alabama Department of Industrial Relations Unemployment Compensation Agency worker in February of 2005, stating to the agency that the Plaintiff had voluntary Quit.

Wal Mart is respected as a law-abiding business that understand the penalties of reporting misleading information to a state agency. The agency accepted the information give to be true,

The Plaintiff applied for unemployment and was disqualify by the Agency because of the information reported by Wal Mart.

The Plaintiff was give the right to appeal on the letter of Notice of Determination but she had accepted that was reported to the agency was in deed true and that Wal Mart had been terminate.

The Plaintiff was still on Wal Mart payroll as of January 2005 at this time the Plaintiff was informed that she was still on payroll.

This is another form of retaliation of the employer and the employee of the employer, which are willing to keep any form of income from the Plaintiff.

> Wal Mart cut the Plaintiff hours and income
> Wal Mart did not give the Plaintiff the vacation pay
> Wal Mart is will to go to the extreme of reporting misleading information to a State Agency.

This letter was mailed out to the state agency on April.     Exhibit 1
This letter was mailed to the Plaintiff in January 2005.     Exhibit 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by United States Mail, via first-class, postage and properly addressed on this, the 15 day of April 2005:

Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

*Wanda D. Ayer*

Wanda D Ayers
1420 Pauline St
N.O. La 70117

April 11, 2005

State of Alabama Department of Industrial Relations
Unemployment Compensation Agency
Montgomery, Alabama 36131

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

Notice of Determination

In the recent conversation with several workers in the Montgomery office named Vanessa and I also spoke with her supervisor named Tanya. Neither worked stated their last name. The conversation is in reference to the letter mailed to me on 1-09-20005. After all information was carefully reviewed the statement that was made in this letter is proven not to be truthful information reported to your agency by Wal-Mart.

1. Ms. Ayers filed for unemployment compensation at the end of February and your agency findings were mailed out to her on January 9. 2005.

2. Ms. Ayers was not terminated as stated in the letter as Voluntary Quit.

3. Ms. Ayers accepted that she had been terminated as of August as reported to your agency by her employer stated that Ms. Ayers had in deed Quit so at the time of this letter Ms. Ayers was not an employee by Wal-Mat.

4. Ms. Ayers could not and did not appeal this statement at that time because she did not receive a letter of termination.

5. Ms. Ayers did not receive such a letter because Ms. Ayers was in deed still employed by Wal-Mart at the time of the letter.

6. Ms. Ayers was told that she was still employed by her employer Wal-mart on January 25, 2005 in front of a Judge.

7. The appeal statement said that Ms. Ayers has the right to appeal the determination and that the rights ends in 15 calendar day from the date of the notice.

8. Ms. Ayers spoke to her employer Store Manager Shannon in August and she did not state that Ms. Ayers was terminated at that time.

9. Ms. Ayers gave the Store Manager the address where she could be reached if they should need to contact her.

10. As stated in no.# 7 Ms. Ayers did not find out that she was still employed by Wal-Mart until January 25 this would be 16 days and the rights to appeal will no longer be accessible to Ms. Ayers.

11. If Ms. Ayers had voluntary quit as stated in the letter dated 1/9/2005 the date of that termination would be 8/1/2004 because Ms. Ayers did not return to work on 8/1/2004 as stated in the letter.

12. It was also stated that Ms. Ayers was still employed and on the payroll as of February 2005.

13. Ms. Ayers' employer stated that in October they mailed a letter to Ms. Ayers stating that if she did not return or response with in 3 days that she would be terminated.

14. Ms. Ayers in fact spoke to her employer in August 2004, which the store manager wrote her address down, and mail her a check. She did not state to Ms. Ayers that she had been terminated. This will be confirm on 25 of January 2005.

15. Ms. Ayers was not terminated as of October as stated by the employer and the statement of your agency that was reported by Wal-Mart is not true.

16. Ms. Ayers is not requesting an appeal because the letter that was mail out to Ms. Ayers was not based on the truth.

17. Ms. Ayers is requesting that she reapply for the Unemployment Compensation with your agency and that you carefully consider the facts.

18. The fact are that Ms. Ayers was not terminated because she did not return to work on 8/1/2004 as stated in the 1/9/2005 letter because she voluntary quit but that her employers terminated her as of February 2005. This would be seven months later.

19. If Ms. Ayers had voluntary quit she would not still be on Wal-Mart's payroll as of February 2005.•

20. Ms. Ayers have retuned to New Orleans, which she has applied for employment and she has looked for employment. Ms. Ayers is also working on establish a corporation.

21. Currently Ms. Ayers is not employed and seeking Unemployment Compensation.

Ms. Ayers is requesting that your agency carefully reconsider the facts that are stated in this letter.

*Wanda Ayers* (signature)

Wanda Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION DIVISION

NOTICE TO CLAIMANT

AYERS/WANDA D
1420 PAULINE ST
NEW ORLEANS LA   70117-5646

SSN: 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
CALL-CENTER: MULTISTATE

Your Unemployment Compensation Handbook, "Benefit Rights and Responsibilities" is enclosed. This booklet contains important information that will assist you by explaining the unemployment program and answering many questions.

Please read and keep the booklet for future reference.

If you have additional questions, or require clarification of any information regarding the Alabama Compensation program, please call the telephone inquiry number for assistance. The toll free inquiry number for the call center is 800-361-4524.

NOTE: If you are an Alabama claimant filing in another state and require assistance, please call (334) 242-8625.

```
FORM BEN-7
REV. 5-90
```

```
                    STATE OF ALABAMA
              DEPARTMENT OF INDUSTRIAL RELATIONS
              UNEMPLOYMENT COMPENSATION AGENCY
                  MONTGOMERY, ALABAMA 36131
```

## MONETARY DETERMINATION

```
WANDA D AYERS                                    DATE    01/12/05   PAGE 1
1420 PAULINE ST                                  SSN XXX-XX-9791
NEW ORLEANS           LA 70117 5646              CLAIM DATE  01/09/05
                                                 0900
```

                                BASE PERIOD WAGES

| EMPLOYER | OCT-DEC 03 | JAN-MAR 04 | APR-JUN 04 | JUL-SEP 04 | EMP-TOT |
|---|---|---|---|---|---|
| WAL MART ASS 00-289615-29 SIC5311 | AYE 4,375.34 | AYE 3,870.68 | AYE 64.33 | .00 | 8,310.3! |
| QUARTER TOTALS | 4,375.34 | 3,870.68 | 64.33 | .00 | 8,310.3! |

                                                              ==============
                                                               TOTAL WAGES

WEEKLY BENEFIT AMOUNT - 172.00     MAXIMUM BENEFIT AMOUNT - 2,770.00

MESSAGE

AVERAGE OF TWO HIGH QUARTERS = $   4,123.01         MAILED    01/12/05
REDET DATE  00/00/00  REDET CODE 0
*************************************************************************

FOR EXPLANATION OF THIS DETERMINATION AND APPEAL RIGHTS SEE 'YOUR BENEFIT
RIGHTS AND RESPONSIBILITIES' BOOKLET.

Form ADP-Ben-11
(10-96)

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

## NOTICE OF DETERMINATION

WANDA D AYERS
1420 PAULINE ST
NEW ORLEANS         LA    70117-5646

SSN: 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            C.D.: 01/09/05
O-C: 0900                   PROG: 01
DATE MAILED: 01/27/05
CLAIMS INQUIRY LINE:
                            334-242-8625

You have been disqualified or determined ineligible for benefits as indicated below:
FROM: 01/09/05      TO: INDEFINITE
SECTION OF LAW: 25-4-78(2)
ISSUE: Voluntary Quit

You obtained a leave of absence from WAL MART ASSOCIATES INC, your last bona fide work, but failed to return and offer yourself for work at the expiration of this leave of absence. You therefore left your work without good cause connected with work. You will not be entitled to benefits until you have worked in insured or other acceptable employment and earned wages of at least ten times the weekly benefit amount established on your benefit year effective 01/09/05 since leaving this job, and be separated for a nondisqualifying reason. The maximum amount of benefits to which you may then become entitled is reduced by 10 times the weekly benefit amount for that benefit year.

**RIGHT TO APPEAL:** You have the right to appeal this determination; however, your appeal rights end 15 calendar days from the date of this notice if mailed, or 7 days if delivered (see DATE MAILED or DELIVERED above.) You may obtain information about your claim by telephoning the claims inquiry line shown above, however, all appeals MUST be filed by a letter addressed to the Hearing and Appeals Division, 649 Monroe Street, Montgomery, AL. 36131, or by fax to 334-242-2084. The appeal must be received within the prescribed time whether filed by mail or fax. Should the last calendar day for filing an appeal fall on a Saturday, Sunday or state holiday or other office closing, the period is extended to the next business day. If you do appeal, and remain unemployed, you should continue to file weekly claims on time pending the outcome of the appeal. Payments can be made only for eligible weeks for which timely claims have been filed. If you are unemployed when the period of disqualification or ineligibility ends and wish to reopen your claim, telephone 1-866-234-5382 during the week after the disqualification has ended. If payments have been made to you for weeks during the period(s) of disqualification or ineligibility indicated above, you will receive a Notice of Determination of Overpayment advising you of the amount to be repaid.

*Mongomty    TONYA*

*Return call on 11/of April 2005 at 8:43 spoke to Vensia*

April 11. 2005

Alabama Department of Revenue
Individual and Corporate Tax Division
P. O. Box 154
Montgomery, Al 36135

    I Wanda Ayers mailed my Alabama income tax return in January 2005 and would like to obtain some information on the refund. The income tax return is for the prior year 2003, which was mailed in the envelope that was pre addressed. This is the third attempt to get a response.

Wanda Ayers
1420 Pauline Street
New Orleans,, Louisiana 70117
(504) 945-8781