RECEIVED

2005 JUN -7 A 9: 50

IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 3:04cv1002-T |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ADMEMED TO NOTICE OF DEPOSITION

Once again the defendant have shone the inconsistence in relating written request in the same manner as relating verbal information. A letter was mailed to the Plaintiff asking that Ms. Ayers choose a date in which she could meet with the Defendant's Attorneys which seem to be a fair assumption that Ms. Ayers would be able to made arrangements on the dates stated in the letter. However, this was not the case and there is no fairness in the request that not only states the date but have no reasoning in that states there may be a day-to-day stay.

The information in the letter is requesting that Ms. Ayers meet with the defendant for an unlimited amount of time. Ms. Ayers will meet with you but she must know the time and days required of her to make arrangements accordingly. This is an Unfair and partial request on your behalf. Ms. Ayers do not live in the state of Alabama and she would need to arrange travel and overnight stay if required. I have already made arrangements to meet on the __14__ of June 2005 as requested in the initial letter.

**This request is that your information be more precise:**

The number of hours in which we will meet each day
The numbers of days in which the examination will take place
Ms. Ayers is requesting that the meeting take place at the Civil District Court in Montgomery at One Church Street.

_Wanda D. Ayers_
Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

## CERTIFIED OF SERCVICE

I hereby certify that the above and foregoing has been served by the United States mail, vi first-class, postage and properly addressed on this, __2__ day of June 2005.

Alan D. Mathis
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 JUN -7  A 9: 50

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:04cv1002-T |
| v. | ) |
| | ) |
| WAL-MART CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the deposition of **Wanda Denise Ayers** will be taken upon oral examination before an officer authorized by law to administer oaths, in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure. Said deposition will be taken at the law office of Capell & Howard, P.C., 150 South Perry Street, Montgomery, Alabama 36104-4045, commencing on **Thursday, June 9, 2005 at 10:00 a.m.** The examination shall continue from day-to-day until completed.

_____
Jennifer F. Swain
Alan D. Mathis
Attorneys for Defendant
Wal-Mart Stores East, LP

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 25th day of May, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

_____
Of Counsel

cc:    Bain & Associates

W0509016.DOC

May 20, 2005

RECEIVED

2005 JUN -7 A 9: 50

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

      Re:    **Wanda Denise Ayers v. Wal-Mart East, LP**
                 **In the United States District Court, for the**
                 **Middle District of Alabama, Eastern Division**
                 **Civil Action No. 3.04CV1002-T**

Dear Mr. Mathis

      I have no complains at all just a statements that was made by Mr. Alan D. Mathis, as usual both Wal Mart the Employer and the representative of Wal Mart have stated information that is misleading and given a response to be deceptive.

      No, it is you that must be confused because as you so often stated or rather preferred to be addressed as Wal Mart East. LP and as you so preferred to be addressed the state of Louisiana is a part of that division of the company that have been served. No matter where the company is served it is the company that have to address the issues that has been mishandled in that division and whatever questions you may have it can be done over the phone as stated by you in our conversation in the meeting on January 25, 2005, if you do not agree that it can be taken in New Orleans as you stated?

      However, It has been noted that Wal Mart cannot keep their story straight and if it would keep the confusion down on your behalf I will agree to meet with you. Since you have been inconsistent in relating information so from now on all of your response to me will be by letter. I will made arrangement s from the dates listed in the letter received on May 9, 2005 and I will inform you of that date in the form of a letter.

      If you should have any question please feel free to contact me by letter.

Thank you,


Wanda D. Ayers
*This is the Address where I can be reached*
Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

# JohnstonBarton

RECEIVED

2005 JUN -7 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Fax: (205) 458-9500

Alan D. Mathis
Direct Dial (205) 458-9475
E-Mail Address: adm@jbpp.com

www.johnstonbarton.com

May 9, 2005

**Via U.S. Mail**

Ms. Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

    Re:    **Wanda Denise Ayers v. Wal-Mart Stores East, LP**
                **In the United States District Court, For the Middle**
                **District of Alabama, Eastern Division**
                **Civil Action No. 3.04CV1002-T**

Dear Ms. Ayers:

    I am in receipt of your submission to the Court dated April 11, 2005 in which you complain to the Court that I have not upheld certain statements about the location and method of your deposition. It is obvious from your allegations that there has been a miscommunication.

    As an initial matter, I was surprised to see that you are unwilling to be deposed in Montgomery since you did not express any objection to me when we discussed your availability for deposition in our telephone conversation of April 11. More importantly, however, I never told you that your deposition could be taken in New Orleans, nor did I tell you that your deposition could be taken over the phone. If you are confused by any of our future communications, please feel free to discuss your concerns with me before making misrepresentations of my statements to the Court.

    You chose to file your complaint against Wal-Mart in Alabama, not Louisiana. If you will not agree to be deposed in Montgomery (the venue of your choice), Wal-Mart will file a motion to compel your appearance for deposition in Montgomery.

Ms. Wanda Denise Ayers
May 9, 2005
Page 2 of 3

      We are available to take your deposition in Montgomery on June 7, 8, 9, 14, 15 or 16. At your earliest convenience, please let me know if you are available on any of these dates.

                Sincerely,

                Alan D. Mathis
                One of the Attorneys for
                Defendant Wal-Mart Stores East, LP

ADM/vht

W0507342.DOC