IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04cv1002-T |
| | ) | [WO] |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 30 June 2005, the defendant filed a Motion to Compel the plaintiff to appear for a deposition (Doc. # 32). In considering the motion, the court has reviewed the exhibits attached to the motion and the plaintiff's "Response to Notice of Deposition", filed on 7 June 2005 (Doc. # 31), during the parties' efforts to schedule her deposition.

Pursuant to the scheduling order entered in this case on 26 January 2005 (Doc. # 16), this case was scheduled based upon an anticipated pretrial date of 26 October 2005 and a potential trial date of 5 December 2005. The deadline for dispositive motions is 90 days before the pretrial date, or 4 August 2005. Accordingly, it is imperative that the parties engage in meaningful discovery designed to assist them in their trial preparation.

In furtherance of those vital interests, and upon consideration of the motion and the aforementioned pleading and exhibits, and for good cause, it is ORDERED as follows:

1. The motion to compel is GRANTED.

2. The court now sets the plaintiff's deposition for Thursday, 14 July 2005 at

   9:00 a.m. in the Jury Conference Room of Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. At the deposition, the plaintiff will be expected to answer questions forthrightly and fully as propounded by defendant's counsel. Defendant's counsel, on the other hand, is DIRECTED to propound only appropriate questions, since the plaintiff appears pro se.

4. If the defendant desires for the plaintiff to produce any documents at the deposition, it shall notify her of the documents to be produced on or before 11 July 2005. The plaintiff shall bring with her to the deposition all of the requested documents that are in her possession.

5. The court will not be present during the deposition; nor does the court expect to supervise the deposition. The deposition has been set at the courthouse to neutralize the venue for the parties and to assure the plaintiff's attendance.

6. The plaintiff is DIRECTED to appear promptly on that date and at that time for her deposition, and the defendant is DIRECTED to complete the deposition not later than 5:00 p.m. on 14 July 2005.

7. The plaintiff is CAUTIONED that her failure to appear for the deposition, as ordered by the court, could lead to the imposition of monetary sanctions against her, including the expenses of the deposition, and reasonable attorney fees. The plaintiff's failure to comply with orders of this court - if sufficiently severe - could also lead to a dismissal of her claims. The plaintiff

is also REMINDED that she chose this federal court in Montgomery, Alabama to litigate her claims and, as a result, she should have a reasonable expectation of appearing in this district for proceedings related to this litigation. Moreover, Wal-Mart's mere presence in New Orleans or the state of Louisiana is not a sufficient ground for her insistence that the deposition be conducted in those locations.

DONE this 6th day of July 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE