RECEIVED

IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 3:04cv1002-T |
| WAL-MART STORES EAST, LP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR SUMMARY JUDGEMNT

**I. INTRODUCTION**

The Plaintiff Wanda Denise Ayers request that the courts move to uphold all claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et set And the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq. move for summary judgment in favor of the PLAINTIFF.

**II. Mater at Issues:**

The plaintiff was decimated against on the basic of race African America and age (45), when she was not selected for the management trainee program and was subject to reprisal after filing EEO complaint.

**III. Statement of Facts**

The plaintiff was unlawfully discriminated against by Wal-Mart Store East, LP in Auburn AL, on the basic of her race and age 45 when she was not promoted or selected for the manager training program for the position of manger trainee on or about January 2003 and when she reapplied for the same training position in July 2003 and then for a third time she applied for the same position and was not selected, which the defendant denies her October of 2003 application.

Page 1

Plaintiff was never official notify that she was not qualified nor selective for any of the vacancies that she applied for as a manger trainee. The plaintiff was subject to continuous harassment and disparate treatment when employees threaten her life and the supervisor had employee to follow her as she perform her assignment and duties.

When plaintiff ask Management to assist her in applying for the management training position the plaintiff was denied assist or assistance to the program that allows the plaintiff to apply to that particular program that would pull up that application process for the management training position on the computer. The plaintiff's immediate supervisor cut her work hours, which cause a hardship on her living condition. The plaintiff was dined the vacation and sick pay that was earned.

1.) The plaintiff is an African America female age 45 DOB 7/25/58 that worked over night in a stocker position at the Wal Mart Stores East, LP in Auburn Alabaman. See **Exhibit 1** application

2.) The plaintiff put an application for the Management Training Program on or about January 2003. See **Exhibit 2**

3.) The plaintiff applied for a second time on July 21, 2003 for the Management Training Program. See **Exhibit 3**

4.) The plaintiff applied for the third time in October 23, 2003 for the Management Training Program and Vision Center Manager. See **Exhibit 4**

5.) The plaintiff life was threatened. See **Exhibit 5**

6.) The plaintiff home was broken into and violated. See **Exhibit 6**

Page 2

7.)    Cut hours and wages. See **Exhibit 7**

8.)    Cell Phone, which was the primary phone for the house that was taped,
       See **Exhibit 8**.

9.)    Lose of financial income due to cut hour and applied for unemployment.
       See **Exhibit 9**

10.)   On January 20 before the Judge which the defendant stated that the
       plaintiff is still employee and on Wal-Mart's payroll. The defendant made
       false statement to the unemployment office that the plaintiff was no longer
       employed with Wal-Mart. On See **Exhibit 10**

11.)   Vacation pay and sick leave due to plaintiff is shown on last paycheck.
       See **Exhibit 11**

12.)   Management statements of plaintiff's behavior and performance are a
       contradiction of their written statements and statements made on yearly
       evaluation. See **Exhibit 12**
       Pg. 4  Ingrid Jensen statement the plaintiff is confused
       Pg. 4 Tuesday Crawford statement of the plaintiff behavior changes.
       Pg 4 Sherman Alexander statement of plaintiff behavior changes.
       Pg. 5 Shannon Moser statement the plaintiff's behavioral changes.

13.)   Statement that will support proof of October 2003 fall application to the
       Management Training Program. See **Exhibit 13**
       Pg. 10 Tenth Defense: she did not apply October 2003

**14.)**   The plaintiff has continual her education that would allow for
       advancement. See **Exhibit 14**

Page 3

15.)    According to Wal-Mart Corporate Policy Theories of Discrimination
Interviewing Skills on page 2 Mr. Donald Bost and Ms. Tuesday Crawford has shown an
**unbalance** in the promotion practices as shown in the selection of 98% of all applicants
accepted into the Management Training Program are Caucasians; only 2 % of all the
applicants are African American. All the applicants accepted into the Management
Training Program both Caucasians and African American are under the age 40. See
**Exhibit 15**

16.)    Wal-Mart Corporate Policy. Retaliations See **Exhibit 16**
In July 2002 Retaliation was not ADDED to the Theories of Discrimination
In February 2003 Retaliation was not ADDED to the Theories of Discrimination it was
not until October 2003 that Retaliation was added. The Age Discrimination is stated that
employer may not set a **mandatory retirement**.  From July 2002 and not until October
2003 is where the company updated the Age Discrimination in Employment Act (ADEA)
to state that age should not be the primary issues in the hiring or recruiting, and
promotion. Pg. 5 of 11

17.)    Wal-Mart Corporate Policy. Statement of Ethics See **Exhibit 17**
Wal-Mart/Ayers Docs. Produced to Plaintiff 00472
The Policy states that "Wal-Mart" is liable for all actions not only for all
associates but all divisions and subsidiaries.

18.)    The plaintiff will show that she maintain her obligations up to the cut
hours lost of income and hash retaliations. See **Exhibit 18**

19.)    Wal-Mart production of document will show that management did not
follow company policy regards to Harassment/Inappropriate Conduct. See
**Exhibit 19**

Page 4

**20.)**    Application for Amada Dodd will show the plaintiff was just as qualified as all other applicants that applied in and around the time that the plaintiff applied. **See Exhibit 20**

21.)    The plaintiff will show that her complaint against Wal-Mart is not isolated but they have shown an disregard to follow established laws and up hold company policy and this has reached an all time high as shown in **Exhibit 21.**

The plaintiff filed a formal EEO complaint on September 20, 2003 against Wal Mart. The attached record will support the vital claim under Title VII of the Civil Rights Act of 1964,42 U.S.C. 2000e et seq And the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq.

## IV. APPLICABLE LAW AND REGULATIONS
### A. Legal Standards for Summary Judgment
This matter is before The United States District Court for The Middle District of Alabama Eastern Division to Section 717 of Title VII of the Civil Right Act of 1964, Amended. The regulations governing summary judgment procedure set forth at rule 54 of the Federal Rule of Civil Procedures, the commission's regulation, 29 C. F. R. 1614. 109 (g)(3), essentially provides that if some or all-material fact are not in genuine dispute, findings conclusions may be issues by the judge.   As explain in <u>Celotex Corp., 477 U. S.</u> <u>at 330n.2</u>

A court should also dismiss if, it appears beyond doubt that, in support of claims, the defense can prove no set of facts that would entitle dismissal or relief. <u>Herlihy</u> <u>v. Ply-Gem Indus., Inc.</u>, 752 F. Supp. 1282, 1285 (D. Md. 1991). This would not be the case for a dismissal due to the supported factual evidence submitted.

Similarly, under Title VII of the Civil Rights Act of 1964,42 U.S.C. 2000e et seq
And the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq., a court
must enter summary judgment to the Plaintiff if Defendant "present no genuine dispute as
to material facts to support their claims to defense" and if the "Plaintiff is entitled to
judgment as a matter of law." Specific material evidentiary facts, supported proof, must
be shown to overcome motion to dismiss. Ash v. United Parcel Service, Inc., 800 F. 2d.
409, 411-12 (4th Cir. 1986). This proof has been submitted to the Courts.

If there is no genuine dispute as to any material fact by the defendant, a court
should grant summary judgment on behalf of the Plaintiff " Stout, 651 F. Supp. At 31
(citing Bland v. Norfolk & Southern Railroad, 406 F. 2d 863, 866 (4th Cir. 1969).
Thus, the Supreme Court has held that trial courts should enter summary judgment
"against *any party* who fails to make a showing sufficient to establish the existence of
element essential to that party's argument, which that party will bear the burden of proof
at trial." Celotex Corp. v. Catrett, 477 U. S. 317, 322 (1986).

A motion to establish all claims to test the legal sufficiency of fairness and justice
that are establish by the legal system. A motion for failure to state a claim serves to test
the legal sufficiency of the defendant. See e. g., District 28, United Mine Worker of
America, Inc. V. Wellmore Coal Corp., 609 F. 2d 1083, 1085-86 (4th Cir. 1979); United
States v. Corp., 609 F. Supp. 1239, 1242 (D. Md. 1991). Thus, for purposes of a motion
to dismiss, a court takes as true the well-pleaded allegations of the plaintiff. Byrd v. Gate
Petroleum Co., 845 F. 2d 86 (4th Cir. 1998). A court, however, Ed not accepts the truth of
inferences of conclusions unsupported by allegations of specific facts. United States ex
re. Chunie v. Ringrose,  788 F. 2d 638,643 n, 2 (9th Cir), cert. Denied, 479 U. S. 1009
(1986). Nor need a court accept the truth of legal conclusions in the pretext of factual
allegations.
Wellmore Coal Corp., 609 F. 2d at 1085-86. A court should dismiss, if the claim is
unsupported by specific factual allegations sufficient to support a viable claim. Id.

Page 6

A subjective, albeit genuine, belief of discrimination in the employment discrimination context, shield a non- moving party from a grant of summary judgment. Judgment is supported in favor of the Plaintiff due to the extinctive evidence supported by factual material and the lack thereof by defendant. Defendant has not shone evidence to support their case and all information is based on biases, retaliation and speculation.

B. **Summary Judgment**

In order to survive summary judgment, plaintiff must show that Wal Mart intentionally discriminated against her on the basis of her race and her age, and intentionally retaliated against her for filling a compliant with the EEO in 2003, and suit in 2004 with **THE UNITED STATES DISTICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION**. Plaintiff may do so by direct evidence of discrimination, or under the formula enunciated in **McDonnell Douglas Corp. v. Green**. **411 U. S. 792, 802-04 (1973) and Texas Dept. of Community Affairs v. Burdine, 450 U. S. 248, 252-53 (1981)**.

In McDonnell Douglas and its progeny, the Supreme Court has provided a logical framework of shifting evidentiary burdens to determine whether an inference of discriminatory intent can be drawn in a discrimination case. This framework, function as follows:

Fist, the plaintiff has the burden of proving by the preponderance of evidence a prima facie case of discrimination. Second, if the plaintiff succeeds in proving the prima facie case, the burden shifts to the defendant "to articulate some legitimate, nondiscriminatory reason for the employee's rejection . . . ."

Third, should the defendant carry this burden, the plaintiff must then have an opportunity to prove by a preponderance of the evidence that the legitimate reasons offered by the defendant were not its true reasons, but were a pretext for discrimination. Burdine, 450 U. S. at 252-53 (citations omitted).

Page 7

Although the burden of production may shift to the defendant under this framework, the ultimate burden of persuasion "remains at all times with the plaintiff." Id. At 253.

## V. Reprisal

In cases involving reprisal, the criteria for establishing a prima facie case requires a showing that (1) the plaintiff engaged in a protected activity, (2) management was aware of the plaintiff's participation in the protected activity, (3) management effected some action which adversely impacted upon the plaintiff following the protected activity, and (4) the management action followed the protected activity within such a period of time that a retaliatory motive can be inferred, Hochstadt v. Worcester Foundation for Experimental Biology, Inc., 425 F. Supp. 318, 11 FEP Cases 1426.

The evidence shows that the plaintiff engaged in prior protected EEO activity, that management officials were aware of that activity and, giving the plaintiff the benefit of the doubt, one could make that argument that management action complained in this case raise an inference of retaliation. Arguably, this satisfies the first, second, and third, and fourth elements of a prima facie case of reprisal. The plaintiff has shown that management's action adversely affected her. Management action complained of did, and likely to have, a chilling effect on the plaintiff's right to participate in the EEO process or to oppose discriminatory practices. Therefore, the plaintiff has established a prima facie case of reprisal concerning this matter. Therefore, the plaintiff has established a prima facie case of reprisal concerning this matter. Moreover, management has not articulated a legitimate, nondiscriminatory reason for the extreme conduct. The plaintiff hours being curt and lose of pay adversely affected the plaintiff living conditions. The plaintiff being threatened and this type of behavior being allowed on Wal-Mart premises was a violation of Wal-Mart policies. Clearly adverse action exists in this circumstance. Additionally, management did not correctly informed the plaintiff, that she was not qualified and that she was not selected for the management trainee program.

Page 8

Also, management denied plaintiff ever applied for the training program in October 2003 when she indeed applied on the Wal-Mart computer and this information can be obtain from their computer back –up-files.

## VI. Constructive Discharge

The plaintiff assert that when her supervisor continually cut her hours causing her income to be affected and her obligations was not able to met was Wal-Mart way of constructively discharging her without actually firing her.

To establish a case of constructive discharge, the plaintiff must show a purposeful effort on the employer's part to force the plaintiff to leave her position or that "a reasonable person" would have felt compelled to leave under similar circumstances.

The EEOC has adopted the latter standard. Trammel v. Postmaster General, Appeal No. 01871154 (May 10, 1988) citing Young v. Southwestern Savings and Loan Association, 10 FEP Case 522 (5th cir. 1975). Plaintiff has shown evidence that support the assertion that Wal-Mart intended to force the plaintiff to leave her position as stocker with Wal-Mart.

As noted in the preceding section, the plaintiff cited management actions, which shows a cut in her hours/pay forcing her to leave her position. Plaintiff also will shown in the preceding action that her working conditions were intolerable with her life was threaten 1343, 67 FEP Case 300 (4th Cir. 1995) (constructive discharge found where female hotel employee resigned because of repeated assaults by hotel general manager); The circumstances complained of here fall outside the normal range of events which may occur in the daily activity workplace. Thus, the plaintiff proves by the requisite standard the first element of a case of constructive discharge.

In addition, the plaintiff shown that discriminatory conduct created an unreasonable intolerable working condition. The plaintiff shown that the conduct complained of was based on race and age. Thus, establish by the requisite standard the second element of a case of constructive discharge has accrue.

Page 9

To summarize the issue on constructive discharge, the working conditions described here were severe that a reasonable person would find them intolerable.

## VII. Argument

The Plaintiff can satisfy the elements of a prima facie age discrimination case. Specifically, plaintiff has shown that her age pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S. C. 621 et seq. She has shown that she as subjected to unlawful discrimination because of her age. **The Age Discrimination Act Defines:** 17.310 Rules against age discrimination. The rules stated in this section are limited by the exceptions contained in 17.311. (a) General rule. No person in the United States shall, on the basis of age, be excluded from participation in, be denied of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. (b) Specific rules. A recipient may not, in any program activity receiving Federal financial assistance, directly or through contractual, licensing, or other arrangements, use age distinctions or take any other actions which have the effect, on the basis of age, of: (1) Excluding individuals from, denying them the benefits of, or subjecting them to, discrimination under a program or activity receiving Federal financial assistance; or (2) Denying or limiting individuals in their opportunity to participate in any program or activity receiving Federal financial assistance. (c) The specific forms of age discrimination listed in paragraph (b) of this section do not necessarily constitute complete list.

Plaintiff further, shows that managers at Wal-Mart at the Auburn store credibility are unreliable. The plaintiff applied by the recommendation of Assistant Manager Jeff for the Management Training Program in January, reapplied in July and applied again in October 2003 and the Defendant statements stated that the plaintiff never applied for the position during that time frame which the Human Resource personnel verified in her statement. They violated 5 CFR 293.107 & 293. 106 Destruction of personnel data and falsifying information. Managers of automated and signed personnel records shall establish administrative, technical, and physical and security safeguards for data about Page 10

Individuals in automated records, and personnel files including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, of destruction of identifiable personal data. Also, to minimize the risk that skilled technicians of knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. See <u>Laura Zubulake v. UBS Warburg LLC and UBSAG</u> 217 F.R. D. 309; U.S. Dist. (2003)

The Plaintiff did in fact applied in October 2003 and she also applied on tow other occasions on or around January 2003 and a second time on July 21, 2003. The individuals that were accepted at the times that the plaintiff had applied are Caucasian under the age forty- (40) and females, Amada Dodd and Jessica Smith. Wherefore, Wal-Mart discriminated against the plaintiff on the basis of her racer and age **45-year-old African American female.** Management would not give the plaintiff an explanation why was she not accepted into the program. In comparison with a white female that was accepted into the program at or around the same time of the plaintiff's application. Amanda Dodd when she was hired she had a 10th grade education when the plaintiff was hired she had an associate degree and business experience and was currently attending college to obtain her bachelor degree which was completed at the time of the application. When plaintiff applied for the Management Training Program in January she had completed her bachelor degree and Amanda Dodd who applied two months later was accepted into the program. Amanda Dodd is a young Caucasian female under age 40 years of age.

Assistant Store Manager Debra informed plaintiff verbally that her application in January 2003 was denied this was on or around April 2003. Plaintiff asked Assistant Store Manager Debra why was her application denied and what is required of her to be accepted into the program she had no response. See **Exhibit 1**

Page 11

In the nightly meeting manager Stephen announced that there was once again an opening for the Management Training Program and plaintiff attempt to apply to the program but she could not get any assistance from her immediate Manger Stephen who stated that he did not know how to pull this information up on the computer. Stephen also stated that he spoke with Tuesday the Store Manager and Stephen are **Caucasians.** Plaintiff drove to the district store and applied she never received a response from Human Resource or any members of Management to the static of that application submitted on July 21. 2003. Plaintiff received the proof that she had applied to the July session on the time adjustment sheet shown in **Exhibit 3**

**Other Federal statues and/or regulations that the defendant has violated:** Destruction of personnel data and falsifying information to 5 CFR 293.107 & 293.106 managers of automated and signed personnel records shall establish administrative, technical, physical and security safeguards for data about individuals in automated records, and personnel files including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, of destruction of identifiable personal data. Also, to minimize the risk that skilled technicians of knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. See **Exhibit 4, and 13**

Racially disparate treatment by Wal Mart with respect to the granting and accumulation of promotion according to the employment discrimination case brought under the Title VII of the Civil Rights Act of 1964,42 U.S.C. 2000e et seq And the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq. Ms. Ayers applied by

When Ms. Ayers did not received an answer from any of the managers at her store that is when Ms. Ayers asked Tuesday the Store manager, and Sherman Assistant Manger and Stephen Assistant Manager about the application and none of them had a response for Ms. Ayers. That is when Ms. Ayers contact Mr. Don Bost the district Manger who is over the **interviewing of the applicants** and his secretary answered the phone call stating that no one was accepted into the July program.

Page 12

In October Ms. Ayers reapplied to the program, **which this application has been denied by Wal Mart that Ms. Ayers had applied and the documents submitted in Defendant's Interrogatories will justify the truth to uncover the false statement made by Wal Mart only to reveal once again that Wal Mart has repeatedly denied the truth that they have shone Discrimination at three different occasions.** Wal Mart has falsely fix documents to cover there misleading statements. None of the information presented by Wal Mart can be justify due to the repeated fabrication of the truth. See **Exhibit 4**

The plaintiff life was threatened repeatedly **Exhibit 5 and 6**. Mattie one of the floor mangers also verbally made threats as she walked passed. The plaintiff personal and private conversation was invaded, violated and explore throughout the work environment.

Directly relating to these retaliations Ms. Ayers was not given any space to escape but she was forced to move because of the on going and extreme retaliations added to the fact that management cut her hours at work cutting her income forcing her to become homeless. Denial of her request for vacation pay and even going to the extent to report deceit information to the State of Alabama Department of Industrial Relations Unemployment Compensation Agency keeping Ms. Ayres from receiving any income that is due to her. See **Exhibit, 7, 9, 10, and 11**

Plaintiff first notices her personal and very private conversation begin to come up at work, conversation that the plaintiff shared over the phone long distance to close family members or with the person that was helping her work on the complaint. That is when the plaintiff noticed the phone log and request copies when she would go to pay the monthly bill. The months prior to the outburst of her conversation around the store the plaintiff did not notice a change in the phone log. But there was an identifiable change following the complaint July, August and September no noticeable change but the months after the complaint to the EEO office plaintiff notice that her phone conversation would either show up at work or someone would mention something only she knew and the person on the other line. See **Exhibit 8.**

Page 13

Sherman Alexander is African American male and has been employ with Wal Mart for many years and he is one of the managers that acted to the complaint in a personal manner. Mr. Alexander verbally expresses his retaliation of the complaint by degrading Ms. Ayers as a person. Openly making statements out of charter for his position as management. Mr. Alexander used the nightly managers meeting to verbally express his biases of anyone who would not or did not cooperate with his beliefs. Mr. Alexander has made several statement of the plaintiff behavior change and mental state that are speculation and cannot be supported. However the truth have been revealed in his own words in a written statement of the performance of the plaintiff and statements made of her yearly evaluations. See **Exhibit 12**.

Ingrid Jensen attempt to make a statement that the plaintiff is confused but in turn she was an access to the plaintiff's statement of proof that she did in fact applied for the Training position at the time in question or denied October 2003**Exhibit 13.**

The statement sign by Ingrid Jensen dated 11-23-03 and due to retaliation I went to Ms. Jensen only to prove that she had applied in October and that Ms. Jensen would be a witness to the fact that plaintiff had applied. The plaintiff was and is not confused about the application procedure. "*This statement concerns a conversation I had with Wanda Ayers sometime this past summer/fall*". This was my attempt to submit the information and also obtain proof for the **fall** session, which is the October application. See **Exhibit 13**

Assistant Store Manager Shannon Moser has showed her acceptance to the discrimination on the level of age. Shannon has accepted and selected managers that are African American decent but they were all of the age under 40 years. Shannon's statements of the plaintiff behavior change have no merit and are based on speculations. See **Exhibit 13**

Page 14

Discrimination in regards to Don Bost is a **Caucasians** male that is fully responsible for the acceptance of all application to the Manger Training Program. For the past five years that Tuesday Crawford a **Caucasians** female who was the Store Manger and Don Bost district manager were in leadership there have never been an African American Accepted into the Manger Training Program until the year of and the acknowledgement of this discrimination complaint and a young African American male and female was abruptly accepted into the program. There have never been a 40 years and older African American or any other race that had been accepted into the Manger Training Program under Tuesday Crawford and Don Bost management team.  See **Exhibit 14**

## Names and positions of individuals violated the plaintiff federal statutory rights:

Discrimination is again shown in the age of the plaintiff vs. the ages of all the applicants accepted into the program at store #356 under the management team of Tuesday Crawford and Donald Bost.

Don Bost is the Regional Manager of the Auburn store # 356
Don Bost is over the process of the Management Training Program
Mr. Bost is the person that handles the interviewing process:

According to the statement in the **Interviewing Skills 00612 Mr. Bost has shown an unbalance as stated in** *Disparate Impact* can occur when an employment policy or practice that is neutral or non-discriminatory on its face has an **unbalanced** or disparate impact on a protected class. Wal-Mart believes that its Associates **should represent the diversity** of Customers and communities it serves. To be competitive, Wal Mart **must attract and retain a diverse work force.** Wal-Mart is *fully committed to complying with applicable equal employment opportunity laws.* It is Wal-Mart **policy to recruit, hire, promote and to maintain other terms and conditions of employment free from discrimination based on race, color, age gender, religion, disability, national origin, veteran status, or sexual orientation**. Wal-Mart *expects its Associates to treat their colleagues and subordinates with respect and dignity and to fully support Wal-Mart's objectives* **of providing equal opportunity employment and maintaining a work place free of harassment of any kind.** *It was not until the year of the complaint "2003" and around the time of the complaints that two African American male and female was accepted into the Program.*

### According to Wal Mart's Equal Employment Opportunity Statement

Mr. Bost has fail to follow the beliefs that had been establish by Wal-Mart, fail to represent diversity, fail to attract and retain a diverse work force. Mr. Bost fail to recruit, hire, promote and to maintain employment free from discrimination based on race, color, age gender, religion, disability, national origin, veteran status, or sexual orientation. Mr. Bost fail to reach out to the expectations of Wal-Mart that states it expects its Associates to treat their colleagues and subordinates with respect and dignity and to fully support Wal-Mart's objectives. Mr. Bost fails to provide that equal opportunity employment and maintain a work place free of harassment of any kind.

Tuesday Crawford supported and stood by every decision that Mr. Bost made and both of these individuals are at the top of the _stores leadership_ chain of command. Both of these individuals were aware or should have been representatives of Wal-Mart's believes and expectations in the area of diversity in the **recruiting, and promotion based on race, color, age gender**, religion, disability, national origin, veteran status, or sexual orientation **to maintain an equal opportunity employment and a work place free of harassment of any kind.**

Both of these individuals agree on the final decision and both ignored diversity in the area of recruiting and promotion in regards to the Management Training Program until the issues of unfairness of discrimination were in question in 2003.

No African American were recruited or promoted into the Management Training Program **until 2003** under the leadership of Mr. Bost and Ms. Crawford. African Americans were recommend and assured but no promotions of African American into the Management Training Program took placed until 2003 the year of the complaint. None of the individuals that had been promoted were at or over the age 40 years old. According to Wal-Mart statement before and not until after July 2002 the Age Discrimination and Employment Act (ADEA) general statement in regards to the age of 40 years or older is stated that employer may not set a mandatory retirement age, unless they can meet the burden of establishing that age is a bona fide occupational qualification. _The age 40 were addressed with mandatory retirement_ from July 2002 and not until October 2003 is

Page 16

where the company updated the Age Discrimination in Employment Act (ADEA) to state that age should not be the primary issues in the hiring or recruiting, and promotion.

The evidence will show merit and will support the charge of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e et seq. and the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq. which will prove that the charge of Discrimination has merit on both **race** and **age** and the facts will show that **98% of all applicants** accepted into the Management Training Program are **Caucasians; only 2 % of all the applicants are African American.**

All the applicants accepted into the Management Training Program both Caucasians are African American are under the age 40. This not only supports the charge that Wal Mart has demonstrates a racial unbalance in the promotion process for the Management Training Program but it has shown totally discrimination on the grounds of age.  See **Exhibit 15**

**Employees are trained** as videotapes that inform employees of current issues. Employee are also trained on CBL (Computer Base Learning) this is when you are made aware that the company is currently addressing any current issues or complaints somewhere in this vase company. The corporate office downloads or up dates information on issues that the company is either lacking or have been made to address. Such as the updates that relates to the current issues in this case: RETALIATION

**RRG 330-AVOIDING DISCRIMINATION**
Page 1 of 17 Wal-Mart's Equal Employment Opportunity Statement
October 2003  00612 Wal-Mart/Ayers Docs. Produced to Plaintiff
**On page 2 of 17 "ADDED" Retaliation for 00061**
**On page 3 of 17 "ADDED" Retaliation Statement**
**Interviewing Skills Discrimination**
**In July 2002** Retaliation was not ADDED to the Theories of Discrimination,
**In February 2003** Retaliation was not ADDED to the Theories of Discrimination
Issues are updated as the company is asked to address violation of such laws as
Retaliation. See **Exhibit 16**

The Employer are fully aware of the regulations and all members of management and the associates of Wal Mart have full knowledge of all the regulations pertaining to the case and this cannot and should not be addressed as an oversight. Except for the retaliation due to the fact that it had not been apart of Wal-Mart policy until October 2003 never the less the Wal-Mat is liable. The law established retaliation has been overlooked and all damages done to the plaintiff should be address in court. See **Exhibit 17**

The Plaintiff will show that she was able to maintain her monthly household obligation up to the time the retaliation started by the defendant. The plaintiff has never been placed in a such state of homelessness. The plaintiff maintain a stable living environment from the time of moving out of her parent's home at age 19 up to the time of the harsh and extreme retaliations, life threats and cut hours. *See Exhibit 18*

The information about the threats that was reported to management on the life of the plaintiff was not included in the Plaintiff personal file. The follow up on the threats made on the Plaintiff's life by employees on the store property, was reported to **Mr. Robert Clayborne 3rd** over the phone and a statement made to **Mr. Sherman Alexander.** This violation was reported to two member of management and to the local police yet it is not recorded in the Plaintiff personal file as stated in Wal-Mart policy **HARASSMENT/INAPROPRIATE CONDUCT**. This shows the approval of the retaliation of such violent behaviors. See **Exhibit 19**

Plaintiff was placed at a financial hardship by Wal-Mart cutting-off every possible financial income that is due to the plaintiff. The plaintiff requests the vacation pay and sick leave that is rightfully due under the family leave act, which was not granted. The plaintiff applied for unemployment and in an attempt to keep the Plaintiff from obtaining any means of financial income the Defendant was willing to report information that is deceptive to a state agency.

When the plaintiff notice that the conversation that she had in the privatize of her home that did not take place over the phone was coming up at work this made Ms. Ayers and her mother sick of the stomach to know that this type of thing could be taking place.

Page 18

At that time Ms. Ayers' mother was visiting with the plaintiff and Ms. Ayres' mother became extremely ill due to these hash and unreal situations that both Ms. Ayres and her mother was force to endure. **Exhibit 19.**

Yes there are many black Assistant Manager currently working at Wal Mart in Auburn Alabama but none of them applied for the program at the age of 40 years old and was accepted. All of them were accepted into their position at a young age as Amanda Dodd. The facts remands as evidence to the charge of decimation under Title VII of the Civil Rights Act of 1964,42 U.S.C. 2000e et set and the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq. See **Exhibit 20**

The plaintiff will show that her complaint against Wal-Mart is not isolated but the defendant has shown a disregard to follow established laws and up hold company policy and this has reached an all time high as shown that it is not only our Wal-Mart 356 in Auburn, Alabama which is lacking fairness and justice but a Judge approved a huge discrimination suit against Wal-Mart in San Francisco. It is true in the plaintiff case that the individual has gone before the courts but it is not just the individual that has a complaint against the most admired company but the Federal Government has found violations with our Wal Mart. Not every business magazine is for the giant's corporation and **BUSINESS 2.0** by Matthew Maier "How To BEAT WAL MART" May 2005. Mr. Matthew stated that Wal Mart is **RUTHLESS** in business practices. **See Exhibit 21**

Falsifying of Information Wal Mart has stated and reported information that did not line up with the statements made before the courts on January 25, 2005 to the state. Jessica Smith was posted on the list of employee who has entered in and around the time the plaintiff applied and who has completed the Management Training Program, she was hired the year after the plaintiff yet her name is not on the listing of employees that where accepted into the Management Training Program. Jessica Smith may in fact been accepted into the program but her name was not on the list submitted in the plaintiff response. Which shows the defendant untrustworthy to state the truth in evidence that are presented before the court.

Page 19

**Closing Statement**

This type of retaliation that has been provoke by members of managements and the associates of Wal-Mart at the Auburn store went beyond curl treatment of discriminations they have shone evidence of pure hate to provoke such vile volitions of justice. This vase company has been established under the guidelines of fairness and justices but they have not shown neither fairness nor justice but a willfulness to break the law. Even at the cost of falsifying information, destruction of documents, reporting information that is deceptive, gross violation of a person, individual, or human being in such a manner to strip this individuals of all means of personal dignity and value this goes beyond justice and the lack to enforce the law of discrimination but such actions are criminal. Some of their actions are not only harsh but extreme retaliation and they should be held strictly liable.

It is hard to even image that a company that is admired all over the world could and have conducted business in this manner.

Wal-Mart have hundreds of commercials everyday that advise the public in what they want "you" the public to see, Wal-Mart should not be allow to use of the media to advertise unfair treatment at the cost to provoke the justice system to close their eyes on the facts that have shown supported evidence of violations of law, to defile the justice system with deception, and discriminated against the individual.   Yes, Wal-Mart has painted a beautiful picture but that picture is not painted for the individual and if the individual do not speak out on such a lack of justice, justice for the individual will be silence. The request before the courts is that the justice system will uphold the laws established to provoke justice on any and all violations of Equal Employment Practices.

## Conclusion

In summary, in the extensive record in this case from which a jury could find direct evidence and actions in the plaintiff complaint that will result in the intentional discrimination and retaliation. The plaintiff has presented evidence of "a stated purpose to discriminate of sufficient probative force to reflect a genuine issues of material facts."

However, The defendant has not presented any evidence of "a stated purpose to deny the facts presented that shows genuine issues of stated and material facts to discriminate and to retaliation." **Henson v. Liggett Group, Inc.,** 61 F. 3d 270, 275 (4th Vit. 1995). In the absence of any evidence supporting the Defendant's defense, the Plaintiff is entitled to summary judgment as a matter of law. Id.

Plaintiff's Claims Should be Presented in The Courts for The Proponent of Evidence.

Accordingly, The Plaintiff' has established a foundation that have exhaust every effort that shows all administrative reason for remedies in all claims, and the Court is therefore asked Judgment to be granted for the plaintiff.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this action pursuant to Fed. R. Title VII of the Civil Rights Act of 1964,42 U.S.C. 2000e et seq And the Age Discrimination in Employment Act of 1967, 29 U. S. C. 621 et seq., entering summary judgment in the favor of the Plaintiff

Respectfully submitted,

Wanda Denise Ayers
Pro Se:  Plaintiff

By: _____

Page 21

# CERTIFICATE OF SERVICE

I hereby certify that United States Mail, has served the above and foregoing via first-class, postage, the _____ day of July 2005:

Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

Page 22

WANDA DENISE AYERS,      )
                                    )

      Plaintiff,         )
         Vs.              )     CIVIL ACTION NO.
                                    )     3:04cv1002-T

WAL-MART STORES EAST, LP )
                                    )

      Defendant.      )

## Listing and Brief Description of Exhibits 1-21

| | | | Total Page In Exhibit | |
|---|---|---|---|---|
| **Exhibit 1** | Plaintiff Application for Employment | *Line 4 ph. 3* | ( 4 ) | *pg. 11* |
| **Exhibit 2** | Plaintiff Application for Employment MTP 1 | | ( 2 ) | |
| **Exhibit 3** | Plaintiff Application for Employment MTP 2 | *Line 9 of ph. 1* | ( 2 ) | *pg. 10* |
| **Exhibit 4** | Plaintiff Application for Employment MTP 3 | *Line 9 ph 2 & Line 7 ph. 1* | ( 5 ) | pg. 9, 12 |
| **Exhibit 5/6** | Police Reports | *Line 10 ph 2* | ( 2 ) ea. | pg. 13 |
| **Exhibit 7** | Hours Cut: <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** <br> 00797 -00806 | *Line 7 ph 3* | ( 11 ) | pg. 12 |
| **Exhibit 8** | Phone Log See **Cell Phone Log** | *Line 10 ph 4* | ( 39 ) | pg. 13 |
| **Exhibit 9, 10, 11** | Cutting Off All Financial Income: | *Line 7 ph 3* | ( 10 ) , ( 8 ) , ( 4 ) | pg. 13 |
| **Exhibit 12** | Sherman Alexander Statement <br> **Answer To Amended Complaint pg. 3, 4, 5** <br> **Defendant's Response To Plaintiff's Interrogatories page 4, 5, 9, 10 Fifth-Ninth, Tenth, Eleventh and** <br> **Twelfth, Plaintiff Evaluation 00133-00140 & 00128-00129** | *Line 10 ph 1* | ( 18 ) | pg. 14 |
| **Exhibit 13** | Ingrid Jensen Statement | *Line 10 ph 2* | ( 2 ) | pg. 14 |
| **Exhibit 14** | Continual Education | *Line 10 ph 1* | ( 5 ) | pg. 15 |
| **Exhibit 15** | Wal-Mart Policy Discrimination Theories <br> **Interviewing Skills   July 2002 00629-00640** | *Line 5 ph 4* | ( 13 ) | pg. 17 |
| **Exhibit 16** | Wal-Mart Policy Retaliation Statement <br> **Interviewing Skills   Feb 2003 00641-00650 &** | *Line 16 ph 4* <br> Oct 2003 00614-00628 | ( 30 ) | pg. 17 |
| **Exhibit 17** | Wal-Mart Policy Applies to All Statement <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** <br> **Harassment/Inappropriate Conduct      00496-00500** | *Line 6 ph 1* | ( 5 ) | pg. 18 |
| **Exhibit 18** | Bills Statements and Letters | *Line 5 ph 2* | ( 13 ) | pg. 18 |
| **Exhibit 19** | Leave Request and Hospital Statement | *Line 8 ph 3* | ( 19 ) | pg. 18 |
| **Exhibit 20** | Wal-Mart/Ayers Produced to Plaintiff <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** <br> **Amanda Dodd** | *Line 6 ph 2* <br> 00081-00082 | ( 4 ) | *pg. 19* |
| **Exhibit 21** | Articles, Magazines and News Reports | *Line 10 ph 4* | ( 9 ) | *pg. 19* |

WANDA DENISE AYERS,       )
                             )
     **Plaintiff,**             )
       **Vs.**             )     **CIVIL ACTION NO.**
                             )     **3:04cv1002-T**
**WAL-MART STORES EAST, LP** )
                             )
     **Defendant.**         )

## Listing and Brief Description of Exhibits 1-21

| | | | Total Page In Exhibit | |
|---|---|---|---|---|
| **Exhibit 1** | Plaintiff Application for Employment | *Line 4 ph. 3* | ( 4 ) | *pg. 11* |
| **Exhibit 2** | Plaintiff Application for Employment MTP 1 | | ( 2 ) | |
| **Exhibit 3** | Plaintiff Application for Employment MTP 2 | *Line 9 of ph. 1* | ( 2 ) | *pg. 10* |
| **Exhibit 4** | Plaintiff Application for Employment MTP 3 | *Line 9 ph 2 & Line 7 ph. 1* | ( 5 ) | pg. 9, 12 |
| **Exhibit 5/6** | Police Reports | *Line 10 ph 2* | ( 2 ) ea. | pg. 13 |
| **Exhibit 7** | Hours Cut: <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** | *Line 7 ph 3* <br> **00797 -00806** | ( 11 ) | pg. 12 |
| **Exhibit 8** | Phone Log **See Cell Phone Log** | *Line 10 ph 4* | ( 39 ) | pg. 13 |
| **Exhibit 9, 10, 11** | Cutting Off All Financial Income: | *Line 7 ph 3* | ( 10 ), ( 8 ), ( 4 ) | pg. 13 |
| **Exhibit  12** | Sherman Alexander Statement <br> **Answer To Amended Complaint pg. 3, 4, 5** <br> **Defendant's Response To Plaintiff's Interrogatories page 4, 5, 9, 10 Fifth-Ninth, Tenth, Eleventh and** <br> **Twelfth, Plaintiff Evaluation 00133-00140 & 00128-00129** | *Line 10 ph 1* | ( 18 ) | pg. 14 |
| **Exhibit  13** | Ingrid Jensen Statement | *Line 10 ph 2* | ( 2 ) | pg. 14 |
| **Exhibit  14** | Continual Education | *Line 10 ph 1* | ( 5 ) | pg. 15 |
| **Exhibit  15** | Wal-Mart Policy Discrimination Theories <br> **Interviewing Skills   July 2002 00629-00640** | *Line 5 ph 4* | ( 13 ) | pg. 17 |
| **Exhibit  16** | Wal-Mart Policy Retaliation Statement <br> **Interviewing Skills   Feb 2003 00614-00650 &** | *Line 16 ph 4* <br> **Oct 2003 00614-00628** | ( 30 ) | pg. 17 |
| **Exhibit  17** | Wal-Mart Policy Applies to All Statement <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** <br> **Harassment/Inappropriate Conduct        00496-00500** | *Line 6 ph 1* | ( 5 ) | pg. 18 |
| **Exhibit  18** | Bills Statements and Letters | *Line 5 ph 2* | ( 13 ) | pg. 18 |
| **Exhibit  19** | Leave Request and Hospital Statement | *Line 8 ph 3* | ( 19 ) | pg. 18 |
| **Exhibit  20** | Wal-Mart/Ayers Produced to Plaintiff <br> *See* **Wal-Mart/Ayers Doc. Produced to Plaintiff** <br> **Amanda Dodd** | *Line 6 ph 2* <br> **00081-00082** | ( 4 ) | *pg. 19* |
| **Exhibit  21** | Articles, Magazines and News Reports | *Line 10 ph 4* | ( 9 ) | *pg. 19* |

**Page 1 of 1**

Exhibit 1

Wal-Mart Application

# PERSONAL

*Wanda Ayers*

# INFORMATION

- ☐ W-4 EMPLOYEE WITHHOLDING ALLOWANCE CERTIFICATE
- ☐ HOURLY ASSOCIATE INFORMATION SHEET
- ☐ PRE-SCREEN QUESTIONNAIRE
- ☐ REFERENCE CHECK
- ☐ INTERVIEW COMMENT SHEET (S)
  - ☐ **HOURLY SUPERVISOR**
  - ☐ MANAGEMENT
- ☐ EMPLOYEE MINOR CONSENT FORM
- ☐ MINOR SCHOOL INFORMATION FORM
- ☐ ASSOC. HANDBOOK ACKNOWLEDGEMENT FORM (2001 BOOK)
- ☐ ACKNOWLEDGEMENT OF ALCOHOL AND DRUG ABUSE POLICY
- ☐ NEW ASSOCIATE RISK CONTROL CHECKLIST
- ☐ NEW HIRE ORIENTATION CHECKLIST
- ☐ BENEFICIARY DESIGNATION FORM
- ☐ 401K/ PROFIT SHARING TRUST BENEFICIARY FROM (FORM A)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00020

WM/Ayers
00005

WMP-24Z REV. 6/01

# OUR PEOPLE MAKE THE
# Difference WAL★MART Stores, Inc.

EOE/M/F/D/V                          This application for employment will not be considered unless fully completed.

Please print your name as it appears on your Social Security card.

| Ayers | Wanda | Denise | 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 |
|---|---|---|---|
| Last Name | First Name | Middle Name | Social Security Number |

5791 U.S Hwy 80 E
Street Address

| Tuskegee, AL 36083 | (334)727-4142 | ( ) |
|---|---|---|
| City, State, and Zip Code | Telephone Number | Alternate Telephone |

Yes ☐   No ☑   If yes:

Have you ever been employed by Wal-Mart or any of its subsidiaries?

Location ___ Dates of Employment ___

Reason for Leaving ___ Name employed under if now different ___

List all positions for which you would like to be considered ___ Rate of pay expected ___ Date you can start work ___

List relatives employed by Wal-Mart, their relationship and where they work. (If you live in California, do not answer.)

Peak Time ☐   Full Time ☑   Temp ☐
Type of employment you are seeking.

Yes ☑   No ☐
Are you 18 years of age or older? If under 18, applicant will be required to submit a birth certificate or a work certificate as required by the state or federal laws.

Yes ☑   No ☐
Can you, after employment, submit verification of your legal right to work in the United States?

Elementary ☐ or less   8
High School ☐ 1  ☐ 2  ☐ 3  ☐ 4
College/Tech ☐ 1  ☑ 2  ☐ 3  ☐ 4
Check the highest level or equivalent completed:

Yes ☐   No ☑
Will you now, or in the future, require sponsorship for employment visa status (e.g., H-1B, visa status)?

Yes ☑   No ☐
Are you currently a student?   Faulkner Univeristy
Name of college, university or vo-tech attended

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00021

Availability - To help us consider you for a job that matches your availability, please tell us the earliest time and the latest time you can work each day.

|  | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Earliest Time | Open | School | Open | Open | Open | Open | Open |
| Latest Time |  | School |  | --- |  |  |  |

Check if you are available to work: Days ☑   Evenings ☑   Nights ☑   Saturday ☑   Sunday ☑

First Name: Wanda
Please Print Last Name: Ayers

WM/Ayers
00006

Employment History - List entire employment history, starting with your present employer. For any unemployed or self-employed periods show dates and location. (Attach additional sheets if necessary.)

If currently employed, may we contact your employer? Yes [✓] No [ ]

| Company Name: LSU Medical Center | Your Job: Computer Information | Last Pay Rate: 8.00 PH |
| Address: 1901 Perdido Ave | Supervisor's Name: FRED LUZI | Reason for Leaving: School |
| City/State/Zip: N.O. LA 70117 | Dates Employed: | |
| Phone #: (504) 568-6031 | From: 6/98 To: 1/01 | |

| Company Name: Delgado Community Col | Your Job: Computer Information | Last Pay Rate: 7.00 PH |
| Address: 615 City Park Ave | Supervisor's Name: Patrice Haydel | Reason for Leaving: New Job |
| City/State/Zip: N.O. La 70119 | Dates Employed: | |
| Phone #: (504) 488-4119 | From: 8/96 To: 5/99 | |

| Company Name: Orleans Public School | Your Job: CHILD NUTRITION | Last Pay Rate: 6.00 PH |
| Address: 3510 General Degaulle | Supervisor's Name: Betty White | Reason for Leaving: New Job |
| City/State/Zip: New Orleans La | Dates Employed: | |
| Phone #: (504) 365-8806 | From: 3/93 To: 1/96 | |

| Company Name: Mt Carmel Faith Aca | Your Job: Classroom Supervisor | Last Pay Rate: 5.15 PH |
| Address: 1115 N Roman | Supervisor's Name: Pastor Thomas | Reason for Leaving: New Job |
| City/State/Zip: N.O. La 7011? | Dates Employed: | |
| Phone #: (504) | From: 1/87 To: 12/88 | |

| Company Name: ST Mark DayCare | Your Job: CHILD CARE | Last Pay Rate: Depend on No. of c |
| Address: 3000 N Rampart | Supervisor's Name: Olga Jackson | Reason for Leaving: To Attend |
| City/State/Zip: N.O. La | Dates Employed: | School |
| Phone #: (504) | From: 6/79 To: 12/87 | |

List two (2) people (no relatives) you have worked with and whom we may contact for a reference if necessary.
Name: RON RATLIFF    Phone: (504) 588-2116
Name: Cardyy. Mays    Phone: (504) 945-8781

If you reside in:
CA- Do not disclose marijuana convictions (felony or misdemeanor) more than two years old.
CO, MA, MD, NH, OK - Do not disclose criminal records that are sealed, expunged or annulled.
HI - Do not answer the following questions.
IL - Do not disclose prior convictions that have been expunged, sealed or impounded under Section 5 of the Criminal Identification Act.
WA - Do not disclose convictions which occurred more than 7 years ago or for which you were released from prison more than 7 years ago.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00022

Have you ever been convicted of a felony? Yes [ ] No [✓]    Have you ever been convicted of any type of theft or fraud or a violent crime? Yes [ ] No [✓]

If yes, on a separate sheet, identify the crime for which you were convicted, the date of the conviction and the location of the court in which you were convicted. Please provide any details you feel are relevant. Conviction of a crime will not automatically disqualify you from consideration for employment, but will be considered as part of an overall evaluation of your qualifications.

**IMPORTANT** - We are glad you are interested in joining the Wal-Mart team. Please read the following statement carefully before you sign and return this application. Wal-Mart Stores, Inc., in considering my application for employment, may verify the information set forth on this application and obtain additional background information relating to my background. I authorize all persons, schools, companies, corporations, credit bureaus and law enforcement agencies to supply any information concerning my background. I have read, understand and agree to this statement. (Please initial here.) _WA_

I understand that Wal-Mart Stores, Inc. has a commitment to maintain an alcohol/drug-free workplace and that Wal-Mart, unless prohibited by state law, requires a drug screening test as a part of its selection and hiring process. I understand that such drug screening will consist of the testing of a urine sample or other medically recognized test designed to detect traceable amounts of a controlled substance in my body. If after a second confirmatory test approved by SAMHSA, it is determined my specimen contains a controlled substance or was adulterated or substituted, I will be disqualified from consideration for employment and any offer of employment will be withdrawn. I further understand and agree that if I am employed, I may be required to submit to alcohol/drug-testing under certain circumstances during my employment I have read, understand, and agree to this statement. (Please initial here.) _W_

I certify that the information on this application is correct and I understand that any misrepresentation or omission of any information will result in my disqualification from consideration for employment or, if employed, my dismissal. I understand that this application is not a contract, offer, or promise of employment and that if hired, I will be able to resign at any time for any reason. Likewise, the company can terminate my employment at any time with or without cause, unless otherwise required by law. I further understand that no one other than the President of Wal-Mart Stores, Inc., or Vice President of its People Division has the authority to enter into an employment contract or agreement with me, and that my at-will employment can be changed only by a written agreement signed by the President of Wal-Mart Stores, Inc. I have read, understand and agree to this statement. (Please initial here.) _W_

I understand that this application is good only for sixty (60) days from today's date. If I still desire a position with the company after this application expires, it will be my responsibility to fill out a new application and file it with the company. Otherwise, the company will not consider me for employment after this application expires.
Date of Application: 9-15-01    Signature as shown on Social Security Card: Xandia D. Ayers

WM/Ayers

Exhibit 3

July Application MTP

# You have completed your Application

Please click **Submit** to finalize your application.

Back

Submit

Wal-Mart Stores, Inc. Confidental

---

y's Date  7-21-03

SSN#:_ _ _ _-X-XXXX
Associate. I.D.#_ _ _ _

## TIME ADJUSTMENT REQUEST

: (Print) Wanda Ayers

Missed: _____    Hours Requested: _____

**quested/missed** (Place date beside the reason)

| | | | |
|---|---|---|---|
| 21-03 | Regular | _____ | Overtime |
| _____ | Holiday | _____ | Vacation |
| _____ | Sick (self) | _____ | Bereavement |
| -_____ | Sick (family) | _____ | Military |
| _____ | Jury Duty | _____ | Decision Day |
| _____ | Personal | _____ | Worker's Comp |

· Reason: _____

**ock/Badge Problems:**

gan: 06:55 AM
ded: 0730 AM

Lunch Began: _____
Lunch Ended: _____

Apply for Management Program

y: _____    Date: _____

c's Signature

Print Associate's Name  Wanda Ayers    Date 7/21/00

xpervisor Signature

Print Hourly Supervisor Name    Date

Supervisor Signature    Print Salaried Supervisor Name  Lane    Date 7/21/03

: 2/9/01

9964611

)

Exhibit 4

October Application

MTP

**OUR PEOPLE
MAKE THE
Difference
WAL★MART** Stores, Inc.

# Job Description
# Vision Center Manager

**General
Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  * Utilizing hourly Associates to execute daily tasks.
  * Managing scheduling and staffing of hourly Associates.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

---

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 2

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# Job Description
# Vision Center Manager

**Position Requirements**    Primary position requirements are listed below.

- **Experience and Qualification**
    - \* Must be enrolled or have completed the Assistant Manager Training program or have equivalent experience.
- **Counting and Math Skills**
    - \* Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
    - \* Must be able to write, read, and understand printed material and be able to communicate with both Customers and other Associates.

**Essential Functions**    Essential functions of this position are listed below.

- Continuously plan/supervise/evaluate operations, merchandise, and financial areas within the unit to:
    - \* Maximize the sales and profitability of the operating unit.
    - \* Execute Company programs.
    - \* Manage the operating units inventory and shrinkage.
- Understand, effectively follow, and enforce all Company procedures, Company policies, and applicable laws including but not limited to:
    - \* Supervision of hourly Associates.
    - \* Sales of restricted items.
    - \* Environmental codes and ordinances.
    - \* Store security.
- Accurately and efficiently maintain assigned records, Company funds, and property in accordance with Company policies or procedures.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Frequently delegate and follow up on tasks assigned to Associates.
- Frequently, accurately, and efficiently prepare/review/file/mail routine paperwork.
- Visually verify:
    - \* Small print.
    - \* Items to pricing labels, shelf labels, other store signing, and register display and handheld/SMART terminal display.
    - \* Information on records and reports.
    - \* Assembly and measurement of eyeglasses.
- Plan and coordinate sales and promotional activities.
- Accurately ensure completed order matches Customer's prescription.

I have read and understood these responsibilities and requirements for this position, and certify that (mark one):

___✓___    **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____    **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_Wanda Agnes_                    _Wanda Agnes_                    _10-23-03_
Associate/Applicant Printed Name        Associate/Applicant Signature        Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 2

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# **Management Trainee**

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - * Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - * The supervision of all Associates.
  - * The sales of restricted items.
  - * Environmental codes and ordinances.
  - * Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - * Small print.
  - * Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____   **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____   **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_Wanda Ayers_
Associate/Applicant Printed Name

_Wanda Ayers_
Associate/Applicant Signature

_10-23-03_
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

Exhibit 3

OUR PEOPLE
MAKE THE
**Difference**
WAL★MART Stores, Inc.

# *Job Description*
# Management Trainee

**General
Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  - \* Respect for the Individual.
  - \* Service to our Customers.
  - \* Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime. Maximizing sales and profitability through the execution of Company programs.

- Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
  - \* Maximize the sales and profitability of the operating unit.
  - \* Provide a high level of merchandise in-stock position.
  - \* Execute Company programs.
  - \* Manage the operating unit's inventory and shrinkage.
  - \* Manage scheduling and staffing.
  - \* Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
  - \* Utilizing hourly Associates to communicate and execute tasks.
  - \* Providing fast and friendly checkout service.
  - \* Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 5

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINT SSN | | 1 ☐ INCIDENT ☐ OFFENSE | 2 CASE # | 3 SPX |
|---|---|---|---|---|---|
| 1 3 6 - 0 4 - 8 7 9 1 | 4 OR # | 5 AGENCY NAME | ☒ SUPPLEMENT | 0 4 0 0 0 3 4 6 | |

| 6 REPORT BY | VICTIM OR | 7 DATE AND TIME OF THIS REPORT | | | |
|---|---|---|---|---|---|
| 0 4 3 0 1 0 0 | 0 1 1 2 0 4 | 13:25 ☒ AM ☐ PM ☐ MIL. | 8 AGENCY NAME | | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
| | | 9 ADDRESS (STREET, CITY, STATE, ZIP) | AUBURN POLICE DEPART | | 10 ORIGINAL OFFENSE |

**EVENT**

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | ☒ 2 B 3 S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | | 14 PHONE |
|---|---|---|---|---|
| AYERS, WANDA D | | 1945 CO RD 57   NOTASULGA, AL  36866 | | (334) 329-0036 |
| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | | 18 PHONE |
| WALMART | STOCK CLERK | 1717 S COLLEGE ST   AUBURN, AL  36830 | | (334) 821-2493 |

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE W ☒ B ☐ A ☐ | 22 SEX ☐ MALE ☒ FEMALE | 23 HGT 4 11 | 24 WGT 120 | 25 DOB 0 7 2 6 5 8 | 26 AGE 045 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | | | | | | | |

| 30 TYPE INCIDENT OR OFFENSE | ☐ FEL. ☒ MISD. | | 31 DEGREE (CIRCLE) 1  2  3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|---|---|
| HARASSMENT | | | | 1 3 1 4 | 013A-11-0022 |
| 34 TYPE INCIDENT OR OFFENSE | ☐ FEL. ☒ MISD. | | 35 DEGREE (CIRCLE) 1  2  3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURANCE | | 39 SECTOR |
|---|---|---|
| WALMART SUPERCENTER 1717 S COLLEGE ST   AUBURN, AL  36830 | | B 6 Z 3 4 |

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY |
|---|---|---|---|
| ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | ☐ FORCIBLE ☒ NO FORCE ☐ ATT. FORCIBLE | ☒ SIMPLE ☐ AGGR. | ☐ Y ☒ N |

| OCCURRED ON OR BETWEEN | 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISES | 50 CODE |
|---|---|---|---|---|---|---|
| 0 1 1 1 0 4 M D Y | 07:00 ☒ AM ☐ PM ☐ MIL. | | ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ AIR./RWY. HLD. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☒ OTHER | |
| 52 TIME ☐ AM ☐ PM ☐ MIL. M D Y | | 53 | | | | |

| 54 VERIFY FOR ☐ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE | 
|---|---|---|---|
| RAPE EXAM ☐ | RAPE INJURY ☐ N | LOCATION: RAPE | 0 1 |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | | | DESCRIBE: |
|---|---|---|---|---|
| ☐ FIREARM ☒ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN | | |

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |

**DOLLAR VALUE**

| | | | | ☐ CONTINUED IN NARRATIVE | |
|---|---|---|---|---|---|
| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |
| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | | 74 MISCELLANEOUS |
| S R D C | S R D C | S R D C | S R D C | | S R D C |

**VEHICLES**

| 75 CHECK CATEGORIES | ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECTS VEH. | ☐ VICTIMS VEH. | ☐ UNAUTH. USE | ☐ ABANDONED | |
|---|---|---|---|---|---|---|---|
| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN | | |
| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION | | |
| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | | | 90 WARRANT SIGNED ☐ Y ☐ N | # |
| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | | | | | | 92 PHONE | |
| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 34xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ WHERE? | | 94 RECOVERED IN YOUR JURISDICTION? ☐ WHERE? | | | | |

**TYPE OR PRINT IN BLACK INK**

INCHES | | 1 | 2 | 3 | 4 | 5 | 6 |

ACJIC-32 REV. 6-94

Exhibit 6

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | | ☐ 1 INCIDENT ☒ 2 OFFENSE ☐ 3 SUPPLEMENT | ☐ 2 CASE # 0 3 1 1 0 0 0 | 3 SEX |
|---|---|---|---|---|---|

| 4 CRI # 4 6 0 0 0 0 | 5 DATE AND TIME OF THIS REPORT 1 1 2 5 0 3 | 11:45 ☒ AM ☐ PM ☐ MIL | 6 AGENCY NAME Macon County Sheriff Department | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|---|

RTED BY ☒ VICTIM OR

9 ADDRESS ( STREET, CITY, STATE, ZIP)

10 PHONE ( )

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) ☒ 2B 3S Ayers, Wanda Denise | 13 ADDRESS ( STREET, CITY, STATE, ZIP) 1945 Co. Rd. 57, Notsulga, AL 36866 | 14 PHONE ( 334 ) 332-8028 |
|---|---|---|
| 15 EMPLOYER/SCHOOL Wal-Mart | 16 OCCUPATION Stock | 17 ADDRESS (STREET, CITY, STATE, ZIP) 1717 South College St., Auburn, AL | 18 PHONE ( 334 ) 821-2493 |

RESIDENT ☒ NON-RESIDENT ☐ | 19 INJURY ☐ Y ☐ N | 20 RACE ☒ W ☐ B ☐ A | 21 ☐ | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 5-0 | 24 WGT 110 | 25 DOB 0 7 2 6 5 8 | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM ? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) Friend | 29 CODE

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD Theft of Property | 31 DEGREE ( CIRCLE ) 1 2 ③ | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD | 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OFF OCCURRENCE 1945 Co. Rd. 57, Notsulga, AL 36866 | 39 SECTOR |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE | ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|---|

EVENT

| OCCURRED ON OR BETWEEN 1 1 2 0 0 3 | 45 TIME 10:00 ☐ AM ☐ PM | 46 | 47 LIGHTING 1- NATURAL 2- MOON 3- ART. DET. 4- ART. INT. 5- UNK. | 48 WEATHER ☒ 1 - CLEAR ☐ 2 - CLOUDY ☐ 3 - RAIN ☐ 4 - FOG ☐ 5 - SNOW ☐ 6 - HAIL ☐ 7 - UNK. | 49 PREMISES A - HWY.-ST.-ALLEY B - RAILROAD ☒ C - RESIDENCE D - CHURCH E - SCHOOL F - COMMERCE G - INDUSTRIAL H - SERVICE STA. | I - BANK J - DRUG STORE K - ART/TWN. HSE. L - SHOPPING CENTER M - PARKING LOT N - OTHER COMMER. O - OTHER | 50 CODE |
|---|---|---|---|---|---|---|---|
| 1 1 2 0 0 3 | 45 TIME 11:00 ☐ AM ☐ PM | | | | | | |

| 54 VERIFY FOR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | |
|---|---|---|---|

LOCATION: RAPE

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE | ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|---|

DESCRIPTION PROPERTY VALUE

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 1 | White vase – with top | $100 | | | |

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD $100 | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

VEHICLES

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH.USE ☐ ABANDONED |
|---|

| 76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO. | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| | | | | TOP: BOTTOM: | |

| STOLEN MTRL. VEH ONLY ☐ | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER ☐ | 90 WARRANT SIGNED YES ☐ NO ☐ # |
|---|---|---|---|---|

| 21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH.RECOVERY ONLY,REQUIRED FOR XXX UCR CODE | 93 STOLEN IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94

Exhibit 7 Line 21 Ph 2 Page 5

Cut Hours Stated as

Sick - unapproveD

Exhibit (7)

Exhibit F

RUN ON: 10/05/2003 AT 17:26:28

WAL * MART STORES, INC.
Associate Attendance Report

Supervisor:    ROBERT III CLAYBORNE

Associate:     WANDA AYERS
SSN:           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

From:          04/05/2003
To:            10/04/2003

## Unapproved Attendance Exceptions

### Unapproved Absences

| DATE | DESCRIPTION | REASON CODE | | TOTAL ACTIVE ABSENCES(6 Mont |
|---|---|---|---|---|
| 05/03/2003 | Sick-Unapproved | 70 | | 1 |
| 05/13/2003 | Sick-Unapproved | 70 | | 2 |
| 09/04/2003 | Sick-Unapproved | 70 | | 3 |
| 09/05/2003 | Sick-Unapproved | 70 | | 4 |

### Unapproved Tardies

| DATE | DESCRIPTION | REASON CODE | | APPLIES TOWARD TARDY ABSENCE |
|---|---|---|---|---|
| 05/08/2003 | Unapproved Tardy | 77 | RECURRING | 3 |

### Unapproved Left Earlys

| DATE | DESCRIPTION | REASON CODE | ACCRUED ABSENCE |
|---|---|---|---|
| 05/07/2003 | Unapproved Left Early | 78 | |

## Unapproved Attendance Exceptions Summary:

TimeFrame:     04/05/2003 to 10/04/2003

Active Attendance Exceptions (6 Month Rolling)

| | |
|---|---|
| Total Active Unapproved Absences | 4 |
| Total Active Unapproved Tardies | 1 |
| Total Active Unapproved Left Earlys | 1 |
| Total Active Unapproved Worked Shifts | 0 |

TimeFrame:     04/05/2003 to 10/04/2003

| | |
|---|---|
| Total Unapproved Absences | 4 |
| Total Unapproved Tardies | 1 |
| Total Unapproved Left Earlys | 1 |
| Total Unapproved Worked Shifts | 0 |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00797

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00798

| ASSOC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON | REC |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, RHONDA D | 12/02/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence -01 | 1 |
| 1958 | AYERS, RHONDA D | 12/29/2001 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence -01 | 1 |
| 1958 | AYERS, RHONDA D | 12/25/2001 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (76) Other-Unapproved Absence -01 | 1 |
| 1958 | AYERS, RHONDA D | 12/27/2001 | 931 | 469 | 00:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | 1 |
| 1958 | AYERS, RHONDA D | 12/26/2001 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 12/24/2001 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 12/30/2001 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 01/01/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 01/05/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 01/09/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 02/23/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (74) Other-Unapproved Absence -02 | |
| 1958 | AYERS, RHONDA D | 03/05/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 03/05/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (58) Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 03/25/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (77) Other-Unapproved Absence -02 | |
| 1958 | AYERS, RHONDA D | 04/06/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (78) Other-Unapproved Absence -02 | |
| 1958 | AYERS, RHONDA D | 04/07/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (76) Other-Unapproved Absence -02 | |
| 1958 | AYERS, RHONDA D | 04/12/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | (76) Other-Unapproved Absence -02 | |
| 1958 | AYERS, RHONDA D | 04/12/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 05/09/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 05/27/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 05/29/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 05/30/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 06/11/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 06/05/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 04/09/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 09/21/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |
| 1958 | AYERS, RHONDA D | 08/02/2002 | 931 | 469 | 22:00 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence | |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00799

| ASSC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | START | END | START | EXCEPTION TYPE | ......... |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS: WANDA D | 08/23/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 08/24/2002 | 931 | 469 | 22:00 | 07:00 | | 48 - Absence caused by 3 Unapproved Tardies | 48 - Absence caused by 3 Unapproved Tardies |
| 1958 | AYERS: WANDA D | 08/29/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 09/23/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 09/24/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 09/28/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 10/06/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 10/21/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 40 - Absence caused by 3 Unapproved Tardies -02 |
| 1958 | AYERS: WANDA D | 11/01/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 11/03/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 11/06/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 11/20/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 12/19/2002 | 931 | 469 | 22:00 | 07:00 | | 15 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 12/24/2002 | 931 | 469 | 22:00 | 07:00 | | 15 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 12/27/2002 | 931 | 469 | 22:00 | 07:00 | | 15 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 12/28/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 12/31/2002 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 01/02/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 01/25/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 02/04/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 03/15/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 04/02/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 04/09/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 04/29/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 05/09/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 05/23/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 70 - Sick-Unapproved -03 |
| 1958 | AYERS: WANDA D | 07/06/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS: WANDA D | 07/27/2003 | 931 | 469 | 22:00 | 07:00 | | 14 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |

V9.2

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00800

| ASC.ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACT START END | EXCEPTION TYPE | REASON | REC |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, WANDA D | 08/28/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 09/09/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 09/05/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Stk-Unapproved -03 | * |
| 1958 | AYERS, WANDA D | 10/24/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 10/30/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 10/31/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 11/21/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 11/22/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 11/23/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 11/25/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 11/30/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 12/02/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 12/05/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 12/06/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 12/05/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 12/02/2003 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 01/07/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 01/07/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 01/11/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 38 - Other-Mgr. Approved Absence | * |
| 1958 | AYERS, WANDA D | 03/08/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 34 - Other-Unapproved Absence | * |
| 1958 | AYERS, WANDA D | 03/22/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 34 - LOA (FMLA ADA) | * |
| 1958 | AYERS, WANDA D | 03/24/2004 | 931 | 469 | 22:00 07:00 | | 15 - Scheduled did NOT work | 34 - LOA (FMLA ADA) | * |
| 1958 | AYERS, WANDA D | 12/15/2003 | 931 | 469 | | 17:00 19:39 | 14 - Scheduled did NOT work | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | 11/26/2003 | 931 | 469 | | 09:55 14:53 | 14 - Worked NOT scheduled | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | 12/17/2003 | 931 | 469 | | 21:57 07:10 | 14 - Worked NOT scheduled | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | 11/20/2003 | 931 | 469 | | 21:58 07:06 | 14 - Worked NOT scheduled | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | 11/21/2001 | 931 | 469 | | 22:00 07:06 | 14 - Worked NOT scheduled | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | | 931 | 469 | | 21:59 07:06 | 15 - Worked NOT scheduled | 34 - Manager Approved Non-Sched | * |
| 1958 | AYERS, WANDA D | 11/23/2001 | 931 | 469 | | 21:59 07:06 | 14 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | * |

10800
Docs. Produced to Plaintiff
Wal-Mart/Ayers

| JB_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACT START | EXCEPTION TYPE | REASON | REC |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, RHONDA D | 11/24/2001 | 931 | 469 | 21:55 2:00 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 11/27/2001 | 931 | 469 | 21:55 07:04 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 11/28/2001 | 931 | 469 | 21:50 07:04 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 11/29/2001 | 931 | 469 | 21:56 07:08 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 11/30/2001 | 931 | 469 | 22:00 07:08 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 12/05/2001 | 931 | 469 | 21:57 07:00 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/29/2002 | 931 | 469 | 22:00 06:46 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 02/28/2002 | 931 | 469 | 21:57 07:07 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 03/01/2002 | 931 | 469 | 21:58 07:07 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 04/09/2002 | 931 | 469 | 21:57 06:17 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 04/23/2002 | 931 | 469 | 22:00 03:20 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 04/25/2002 | 931 | 469 | 21:59 06:14 | | 25 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 04/29/2002 | 931 | 469 | 22:00 06:57 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 06/24/2002 | 931 | 469 | 21:58 07:07 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 06/26/2002 | 931 | 469 | 21:59 06:50 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 06/27/2002 | 931 | 469 | 21:56 06:28 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 06/28/2002 | 931 | 469 | 21:56 06:15 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 08/27/2002 | 931 | 469 | 21:55 07:04 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 10/25/2002 | 931 | 469 | 22:00 06:41 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 10/25/2002 | 931 | 469 | 22:07 07:08 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 11/26/2002 | 931 | 469 | 22:08 07:08 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 12/17/2002 | 931 | 469 | 22:40 06:35 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/10/2003 | 931 | 469 | 22:57 07:09 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/11/2003 | 931 | 469 | 22:02 06:15 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/24/2003 | 931 | 469 | 21:57 06:29 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/25/2003 | 931 | 469 | 22:10 06:12 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 01/31/2003 | 931 | 469 | 22:01 2:00 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |
| 1958 | AYERS, RHONDA D | 02/11/2003 | 931 | 469 | 21:55 06:54 | | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | M |

RUN ON: 02/1    J5 AT 14:29:27

WAL * MART ...ES INC.
ATTENDANCE TRACKING MAINTENANCE REPORT

STORE NO: 356

REPORT NO: sas390b...
PAGE NO: 5

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00802

| ASC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON | RECUR. |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, MAMDA O | 04/25/2003 | 931 | 469 | 22:00 | 22:03 06:50 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 04/17/2003 | 931 | 469 | 22:00 | 21:56 06:31 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 04/10/2003 | 931 | 469 | 22:00 | 21:55 06:25 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 02/24/2003 | 931 | 469 | 22:00 | 22:03 06:12 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 07/12/2003 | 931 | 469 | 22:00 | 22:00 07:00 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 07/21/2003 | 931 | 469 | 22:00 | 21:53 06:59 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 09/09/2003 | 931 | 469 | 22:01 | 22:01 07:06 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 08/25/2003 | 931 | 469 | 22:54 | 22:51 06:51 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 08/26/2003 | 931 | 469 | 22:57 | 22:57 07:12 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 08/31/2003 | 931 | 469 | 22:30 | 21:30 07:17 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 10/04/2003 | 931 | 469 | 21:58 | 21:43 07:03 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 10/20/2003 | 931 | 469 | 21:56 | 21:54 07:02 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 10/22/2003 | 931 | 469 | 21:56 | 21:50 06:58 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | H |
| 1958 | AYERS, MAMDA O | 10/27/2003 | 931 | 469 | 21:56 | 21:56 06:54 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 11/01/2003 | 931 | 469 | 21:52 | 21:52 07:02 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 11/02/2006 | 931 | 469 | 21:59 | 22:00 07:00 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 11/03/2003 | 931 | 469 | 22:00 | 22:02 06:51 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 11/12/2003 | 931 | 469 | 22:00 | 22:02 07:02 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 11/27/2003 | 931 | 469 | 22:00 | 21:57 06:57 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 01/22/2004 | 931 | 469 | 22:00 | 22:00 07:00 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 01/25/2004 | 931 | 469 | 22:05 | 22:05 07:06 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 02/10/2004 | 931 | 469 | 22:02 | 22:02 07:06 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 02/22/2004 | 931 | 469 | 22:00 | 22:03 06:57 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | N |
| 1958 | AYERS, MAMDA O | 12/01/2001 | 931 | 469 | 22:01 | 22:01 06:59 | 15 - Worked NOT scheduled | 41 - Unapproved Tardy | N |
| 1958 | AYERS, MAMDA O | 12/07/2001 | 931 | 469 | 22:00 | 22:00 06:46 | 15 - Worked NOT scheduled | 42 - Unapproved Non-Sched Worked — 04 | N |
| 1958 | AYERS, MAMDA O | 12/09/2001 | 931 | 469 | 22:00 | 22:00 06:06 | 15 - Worked NOT scheduled | 42 - Unapproved Non-Sched Worked — 04 | N |
| 1958 | AYERS, MAMDA O | 12/20/2001 | 931 | 469 | 22:00 | 22:19 06:44 | 15 - ...Associate Left Early | 42 - Manager Approved Left Early — 01 | N |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00803

| ASC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON | REC |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, WANDA D | 03/04/2002 | 931 | 469 | 22:00 07:00 | 22:04 02:04 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 03/16/2002 | 931 | 469 | 22:00 07:00 | 22:48 03:10 | 6 - Associate was tardy | V1 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 03/31/2002 | 931 | 469 | 22:00 07:00 | 20:00 04:17 | 6 - Associate was tardy | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 04/05/2002 | 931 | 469 | 22:00 07:00 | 21:50 02:20 | 6 - Associate was tardy | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 04/30/2002 | 931 | 469 | 22:00 07:00 | 21:50 04:28 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 04/14/2002 | 931 | 469 | 22:00 07:00 | 21:50 04:22 | 5 - Associate Left early | V2 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 05/10/2002 | 931 | 469 | 22:00 07:00 | 23:50 07:26 | 6 - Associate was tardy | V1 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 05/17/2002 | 931 | 469 | 22:00 07:00 | 22:02 24:00 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 06/07/2002 | 931 | 469 | 22:00 07:00 | 21:51 02:03 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 06/08/2002 | 931 | 469 | 22:00 07:00 | 21:55 04:29 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 06/14/2002 | 931 | 469 | 22:00 07:00 | 21:51 04:27 | 5 - Associate Left early | V1 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 06/20/2002 | 931 | 469 | 22:00 07:00 | 22:02 04:25 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 06/22/2002 | 931 | 469 | 22:00 07:00 | 22:57 06:29 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/10/2002 | 931 | 469 | 22:00 07:00 | 22:46 07:00 | 6 - Associate was tardy | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/11/2002 | 931 | 469 | 22:00 07:00 | 22:40 04:37 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/12/2002 | 931 | 469 | 22:00 07:00 | 22:51 06:25 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/16/2002 | 931 | 469 | 22:00 07:00 | 21:53 06:22 | 5 - Associate Left early | V2 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/23/2002 | 931 | 469 | 22:00 07:00 | 22:07 07:08 | 5 - Associate Left early | V1 - Manager Approved Left Early | |
| 1958 | AYERS, WANDA D | 07/24/2002 | 931 | 469 | 22:00 07:00 | 21:57 06:24 | 5 - Associate Left early | V2 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 07/25/2002 | 931 | 469 | 22:00 07:00 | 21:50 04:47 | 5 - Associate Left early | V1 - Manager Approved Tardy | |
| 1959 | AYERS, WANDA D | 08/01/2002 | 931 | 469 | 22:00 07:00 | 23:20 04:57 | 6 - Associate was tardy | V1 - Manager Approved Tardy —02 | |
| 1958 | AYERS, WANDA D | 08/02/2002 | 931 | 469 | 22:00 07:00 | 23:58 07:14 | 6 - Associate was tardy | V1 - Manager Approved Tardy | |
| 1958 | AYERS, WANDA D | 08/24/2002 | 931 | 469 | 22:00 07:00 | 23:20 07:00 | 6 - Associate was tardy | V2 - Unapproved Tardy —02 | |
| 1958 | AYERS, WANDA D | 08/29/2002 | 931 | 469 | 22:00 07:00 | 23:20 07:00 | 6 - Associate was tardy | V1 - Manager Approved Tardy —02 | |
| 1958 | AYERS, WANDA D | 07/17/2002 | 931 | 469 | 22:00 07:00 | 22:11 07:00 | 6 - Associate was tardy | V2 - Unapproved Tardy —02 | |

00804
Docs. Produced to Plaintiff
Wal-Mart/Ayers

ASSOCIATE ATTENDANCE EXCEPTION MAINTENANCE REPORT

| | ASSOC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START | SHIFT END | ACTUAL START | ACTUAL END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS+ MANDA D | | 07/12/2002 | 931 | 469 | 22:00 | 07:00 | 21:55 | 06:12 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 09/01/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 24:00 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 09/24/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 04:16 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 09/24/2002 | 931 | 469 | 22:00 | 07:00 | 21:59 | 04:16 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 09/27/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 07:00 | 6 - Associate was tardy | 43 - Manager Approved Tardy |
| 1958 | AYERS+ MANDA D | | 10/02/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 03:17 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 10/02/2002 | 931 | 469 | 22:00 | 07:00 | 21:55 | 01:43 | 5 - Associate Left Early | 78 - Unapproved Left Early |
| 1958 | AYERS+ MANDA D | | 10/07/2002 | 931 | 469 | 22:00 | 07:00 | 21:57 | 06:24 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 10/11/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:18 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 10/17/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 05:52 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 10/22/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 04:15 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 10/31/2002 | 931 | 469 | 22:00 | 07:00 | 22:17 | 04:08 | 6 - Associate was tardy | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 11/12/2002 | 931 | 469 | 22:00 | 07:00 | 22:56 | 06:17 | 6 - Associate was tardy | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 11/19/2002 | 931 | 469 | 22:00 | 07:00 | 21:56 | 06:24 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 11/29/2002 | 931 | 469 | 22:00 | 07:00 | 23:52 | 06:57 | 6 - Associate was tardy | 41 - Manager Approved Tardy |
| 1958 | AYERS+ MANDA D | | 12/05/2002 | 931 | 469 | 22:00 | 07:00 | 22:50 | 01:30 | 5 - Associate was tardy | 43 - Manager Approved Tardy |
| 1958 | AYERS+ MANDA D | | 12/10/2002 | 931 | 469 | 22:00 | 07:00 | 21:57 | 05:51 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 12/13/2002 | 931 | 469 | 22:00 | 07:00 | 21:59 | 06:11 | 5 - Associate Lef | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 12/19/2002 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:00 | 5 - Associate Left | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 12/22/2002 | 931 | 469 | 22:00 | 07:00 | 21:57 | 03:49 | 5 - Associate Left | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 01/03/2003 | 931 | 469 | 22:00 | 07:00 | 21:50 | 06:24 | 5 - Associate Lef | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 01/21/2003 | 931 | 469 | 22:00 | 07:00 | 21:57 | 05:09 | 5 - Associate Left | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 01/24/2003 | 931 | 469 | 22:00 | 07:00 | 08:20 | 07:00 | 5 - Associate was | 43 - Manager Approved Tardy |
| 1958 | AYERS+ MANDA D | | 02/01/2003 | 931 | 469 | 22:00 | 07:00 | 22:32 | 04:47 | 6 - Associate was | 43 - Manager Approved Tardy |
| 1958 | AYERS+ MANDA D | | 02/15/2003 | 931 | 469 | 22:00 | 07:00 | 22:32 | 04:25 | 6 - Associate Left | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 02/19/2003 | 931 | 469 | 22:00 | 07:00 | 21:59 | 04:25 | 5 - Associate Left | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 02/20/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 24:00 | 5 - Associate Lef | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 02/24/2003 | 931 | 469 | 22:00 | 07:00 | 22:01 | 24:00 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS+ MANDA D | | 02/27/2003 | 931 | 469 | 22:00 | 07:00 | 21:57 | 06:18 | 5 - Associate Left Early | 42 - Manager Approved Left E |
| 1958 | AYERS+ MANDA D | | 03/05/2003 | 931 | 469 | 22:00 | 07:00 | 21:59 | 06:18 | 6 - Associate was tardy | 41 - Unapproved Tardy - 02 |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00800
00805

ATTENDANCE TRACKING MAINTENANCE REPORT

| ASSOC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START | SHIFT END | ACTUAL START | ACTUAL END | EXCEPTION TYPE | REASON | REC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, NWNDA D | 03/22/2003 | 931 | 469 | 22:00 | 07:00 | 22:01 | 05:28 | 5 - Associate Left | 42 - Manager Approved Left Early | 1 |
| 1958 | AYERS, NWNDA D | 03/27/2003 | 931 | 469 | 22:00 | 07:00 | 22:01 | 03:22 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 04/27/2003 | 931 | 469 | 22:00 | 07:00 | 21:50 | 06:33 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 04/23/2003 | 931 | 469 | 22:00 | 07:00 | 21:56 | 06:33 | 6 - Associate was Tardy | 41 - Manager Approved Tardy | |
| 1958 | AYERS, NWNDA D | 04/23/2003 | 931 | 469 | 22:00 | 07:00 | 22:31 | 06:29 | 6 - Associate was Tardy | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 04/25/2003 | 931 | 469 | 22:00 | 07:00 | 22:31 | 06:29 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 04/30/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:24 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 05/01/2003 | 931 | 469 | 22:00 | 07:00 | 21:50 | 06:37 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 05/07/2003 | 931 | 469 | 22:00 | 07:00 | 22:47 | 01:02 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 05/06/2003 | 931 | 469 | 22:00 | 07:00 | 22:42 | 04:34 | 6 - Associate was Tardy | 42 - Manager Approved Left Early — 03 | |
| 1958 | AYERS, NWNDA D | 05/24/2003 | 931 | 469 | 22:00 | 07:00 | 21:52 | 24:00 | 5 - Associate Lef | 77 - Unapproved Tardy | 76 - Unapproved Left Early — 03 |
| 1958 | AYERS, NWNDA D | 05/15/2003 | 931 | 469 | 22:00 | 07:00 | 21:55 | 24:00 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 06/08/2003 | 931 | 469 | 22:00 | 07:00 | 21:52 | 06:23 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 06/17/2003 | 931 | 469 | 22:00 | 07:00 | 21:54 | | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 06/19/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 02:47 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 07/05/2003 | 931 | 469 | 22:00 | 07:00 | 21:50 | 02:02 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 07/19/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:06 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 07/26/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:01 | 6 - Associate was Tardy | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 08/29/2003 | 931 | 469 | 22:00 | 07:00 | 22:57 | 06:22 | 6 - Associate was Tardy | 41 - Manager Approved Tardy | |
| 1958 | AYERS, NWNDA D | 09/06/2003 | 931 | 469 | 22:00 | 07:00 | 22:46 | 07:00 | 6 - Associate was Tardy | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 09/28/2003 | 931 | 469 | 22:00 | 07:00 | 04:41 | | 6 - Associate was Tardy | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 10/25/2003 | 931 | 469 | 22:00 | 07:00 | 21:50 | 06:07 | 5 - Associate Left | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 11/16/2003 | 931 | 469 | 22:00 | 07:00 | 21:51 | 06:27 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 12/19/2003 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:30 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 01/18/2004 | 931 | 469 | 22:00 | 07:00 | 22:00 | 06:25 | 5 - Associate Lef | 42 - Manager Approved Left Early | |
| 1958 | AYERS, NWNDA D | 02/17/2004 | 931 | 469 | 22:00 | 07:00 | 22:11 | 07:01 | 6 - Associate was Tardy | 41 - Manager Approved Tardy — 04 |
| 1458 | AYERS, NWNDA D | 02/18/2004 | 931 | 469 | 22:00 | 07:00 | 22:11 | 07:06 | 6 - Associate was Tardy | 76 - Unapproved Left Early — 04 |
| 958 | AYERS, NWNDA D | 02/28/2004 | 931 | 469 | 22:00 | 07:00 | 22:04 | 06:29 | 5 - Associate Left | 76 - Unapproved Left Early | |

90800
Docs. Produced to Plaintiff
Wal-Mart/Ayers

RUN ON: 02/14/2005 AT 14:29:27

WAL * MART STORES INC.
ATTENDANCE TRACKING MAINTENANCE REPORT

STORE NO: 356

REPORT: sas3390r
PAGE

Codes and descriptions for ABSENCES are:

APPROVED
30 - Sick-Approved (Canada Only)
31 - Military
32 - Bereavement
33 - Jury Duty
34 - LOA (FMLA, ADA)
35 - Workmans Comp
36 - Decision Day
37 - Hospital/Med. Emergency
38 - Other-Mgr. Approved Absence
39 - Time Clock Issues
40 - Emergency Volunteer

UNAPPROVED
70 - Sick-Unapproved
74 - Doctor/Dentist Unapproved
75 - Other-Unapproved Absence
76 - No Show

Codes and descriptions for WORKED BUT NOT SCHEDULED are:

APPROVED
43 - Manager Approved Non-Sched Worked

UNAPPROVED
79 - Unapproved Non-Sched Worked

Codes and descriptions for TARDY & LEFT EARLY are:

APPROVED
41 - Manager Approved Tardy
42 - Manager Approved Left Early

UNAPPROVED
77 - Unapproved Tardy
78 - Unapproved Left Early

REPORT: sas3390r RUN ON: 02/14/2005 AT 14:29:27
** END OF JOB **
ATTENDANCE TRACKING MAINTENANCE REPORT

USER ID: KFCOOK

****** WAL-MART STORES, INC. CONFIDENTIAL ******

Exhibit 8

July – Aug 2003

No Noticeable Change

SMS DETAILS FOR MOBILE NUMBER (334) 332-8028

| Item | Date | Time | Category | MO/MT | No. Called | Description | Usage | Charge |
|------|------|------|----------|-------|------------|-------------|-------|--------|
| 1 | 08/03 | 01:59PM | 00 | 2 | 504 931-0746 | OTHER MOBILE TO MOBILE | 5kb | 0.10 |
| Total | | | | | | | 5kb | 0.10 |

Category: 01=Text Message; 02=Numeric Paging
MO/MT: 1=Terminated; 2=Originated

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028     ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|------|------|------|----|------------|-------------|---|---|---------|----------|-----------|-------|
| 1 | 07/21 | 07:47AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 2 | 07/21 | 07:55AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 3 | 07/21 | 09:05AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 4 | 07/21 | 10:32AM | | 202 530-9427 | WASHINGTON | | P | 1:00 | | | |
| 5 | 07/21 | 10:33AM | | 202 530-9427 | WASHINGTON | | 4 | 1:00 | | | |
| 6 | 07/21 | 10:55AM | | 504 715-5694 | INCOMING | | P | 3:00 | | | |
| 7 | 07/21 | 11:21AM | | 302 744-9237 | DOVER | | P | 6:00 | | | |
| 8 | 07/21 | 11:21AM | | 302 744-9237 | DOVER | | 4 | 6:00 | | | |
| 9 | 07/21 | 01:17PM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 10 | 07/21 | 01:17PM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 11 | 07/21 | 06:12PM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 12 | 07/21 | 06:12PM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 13 | 07/21 | 06:38PM | | 504 715-5694 | NEWORLEANS | | P | 2:00 | | | |
| 14 | 07/21 | 06:39PM | | 504 715-5694 | NEWORLEANS | | 4 | 1:00 | | | |
| 15 | 07/21 | 08:15PM | | 301 847-0998 | LAYHILL | | P | 18:00 | | | |
| 16 | 07/21 | 08:15PM | | 301 847-0998 | LAYHILL | | 4 | 18:00 | | | |
| 17 | 07/21 | 09:19PM | | 800 966-8369 | 800 SERV. | W | O | 2:00 | | | |
| 18 | 07/22 | 07:11AM | | 334 821-2493 | AUBURN | | P | 1:00 | | | |
| 19 | 07/22 | 09:10PM | | 504 715-5694 | NEWORLEANS | W | O | 1:00 | | | |
| 20 | 07/22 | 09:10PM | | 504 715-5694 | NEWORLEANS | | 4 | 1:00 | | | |
| 21 | 07/23 | 07:45AM | | 504 715-5694 | INCOMING | | P | 1:00 | | | |
| 22 | 07/23 | 10:12AM | | 334 745-6447 | OPELIKA | | P | 1:00 | | | |
| 23 | 07/23 | 10:29AM | | 334 745-6949 | INCOMING | | P | 4:00 | | | |
| 24 | 07/23 | 11:16AM | | 334 821-2493 | AUBURN | | P | 2:00 | | | |
| 25 | 07/24 | 01:56AM | | 334 502-8032 | AUBURN | W | O | 4:00 | | | |
| 26 | 07/24 | 04:52PM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 27 | 07/24 | 05:36PM | | 334 745-6949 | OPELIKA | R | P | 1:00 | | | |
| 28 | 07/24 | 11:29PM | | 334 328-8028 | MONTGOMERY | W | O | 1:00 | | | |
| 29 | 07/24 | 11:29PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 30 | 07/24 | 11:30PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 31 | 07/25 | 00:19AM | | 334 740-0032 | INCOMING | W | O | 2:00 | | | |
| 32 | 07/25 | 00:19AM | | 504 214-9153 | CL DELVRY | | 4 | 2:00 | | | |
| 33 | 07/25 | 00:42AM | | 334 750-0857 | AUBURN | W | O | 1:00 | | | |
| 34 | 07/25 | 11:37AM | | 504 715-5694 | NEWORLEANS | R | P | 1:00 | | | |
| 35 | 07/25 | 11:39AM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 36 | 07/25 | 01:18PM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 37 | 07/25 | 07:13PM | | 504 945-8030 | NEWORLEANS | R | P | 1:00 | | | |
| 38 | 07/25 | 07:59PM | | 334 727-7807 | INCOMING | R | P | 3:00 | | | |
| 39 | 07/25 | 07:59PM | | 504 214-9119 | CL DELVRY | | 4 | 2:00 | | | |
| 40 | 07/25 | 08:41PM | | 504 715-5694 | NEWORLEANS | R | P | 1:00 | | | |
| 41 | 07/25 | 08:44PM | | 504 715-5694 | INCOMING | R | P | 1:00 | | | |
| 42 | 07/25 | 08:45PM | | 504 214-9165 | CL DELVRY | | 4 | 1:00 | | | |
| 43 | 07/25 | 10:58PM | | 202 530-9427 | WASHINGTON | W | 2 | 1:00 | | | |
| 44 | 07/26 | 11:51AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 45 | 07/26 | 11:52AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 46 | 07/26 | 11:58AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 47 | 07/26 | 12:00PM | | 334 332-8028 | AUBURN | W | 2 | 2:00 | | | |
| 48 | 07/26 | 12:02PM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 49 | 07/26 | 12:09PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 50 | 07/26 | 12:09PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 51 | 07/26 | 12:09PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 52 | 07/26 | 12:10PM | | 504 261-1388 | NEWORLEANS | W | 2 | 1:00 | | | |
| 53 | 07/26 | 12:11PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | 07/26 | 12:15PM | | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 55 | 07/26 | 12:16PM | | 678 | 642-5846 | ATLANTA | W 2 | 2:00 |
| 56 | 07/26 | 12:18PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 57 | 07/26 | 12:18PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 58 | 07/26 | 12:19PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 59 | 07/26 | 12:19PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 60 | 07/26 | 12:19PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 61 | 07/26 | 12:20PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 62 | 07/26 | 12:25PM | | 301 | 847-0998 | LAYHILL | W 2 | 3:00 |
| 63 | 07/26 | 12:27PM | | 301 | 233-5395 | SILVER SPG | W 2 | 9:00 |
| 64 | 07/26 | 12:38PM | | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 65 | 07/26 | 12:39PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 66 | 07/26 | 12:53PM | MB | 504 | 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 67 | 07/26 | 12:54PM | MB | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 68 | 07/26 | 04:47PM | | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 69 | 07/26 | 04:49PM | | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 70 | 07/26 | 04:54PM | | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 71 | 07/26 | 04:55PM | | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 72 | 07/26 | 04:55PM | | 504 | 253-5098 | NEWORLEANS | W 2 | 1:00 |
| 73 | 07/26 | 04:55PM | | 504 | 253-5098 | NEWORLEANS | 4 | 1:00 |
| 74 | 07/26 | 04:57PM | | 504 | 715-5694 | INCOMING | W 2 | 1:00 |
| 75 | 07/26 | 05:13PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 76 | 07/26 | 05:13PM | | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 77 | 07/26 | 05:14PM | | 504 | 581-1000 | NEWORLEANS | W 2 | 5:00 |
| 78 | 07/26 | 05:15PM | | 504 | 581-1000 | NEWORLEANS | 4 | 4:00 |
| 79 | 07/26 | 05:18PM | | 504 | 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 80 | 07/26 | 05:19PM | | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 81 | 07/26 | 05:58PM | | 504 | 473-9014 | KENNER | W 2 | 5:00 |
| 82 | 07/26 | 05:58PM | | 504 | 473-9014 | KENNER | 4 | 4:00 |
| 83 | 07/26 | 06:01PM | | 985 | 215-7707 | INCOMING | W 2 | 2:00 |
| 84 | 07/26 | 06:03PM | | 504 | 473-9014 | KENNER | W 2 | 2:00 |
| 85 | 07/26 | 06:04PM | | 504 | 473-9014 | KENNER | 4 | 2:00 |
| 86 | 07/26 | 06:06PM | | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 87 | 07/26 | 06:57PM | | 334 | 750-0857 | INCOMING | W 2 | 4:00 |
| 88 | 07/26 | 07:00PM | | 678 | 642-5846 | ATLANTA | W 2 | 2:00 |
| 89 | 07/26 | 07:01PM | | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 90 | 07/26 | 07:01PM | | 504 | 581-1000 | NEWORLEANS | W 2 | 1:00 |
| 91 | 07/26 | 07:02PM | | 504 | 581-1000 | NEWORLEANS | 4 | 1:00 |
| 92 | 07/26 | 07:02PM | | 504 | 581-1000 | NEWORLEANS | W 2 | 2:00 |
| 93 | 07/26 | 07:02PM | | 504 | 581-1000 | NEWORLEANS | 4 | 2:00 |
| 94 | 07/26 | 07:27PM | | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 95 | 07/26 | 07:27PM | | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 96 | 07/26 | 08:03PM | | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 97 | 07/26 | 08:04PM | | 504 | 899-0704 | NEWORLEANS | 4 | 1:00 |
| 98 | 07/26 | 09:01PM | | 504 | 899-0404 | NEWORLEANS | W 2 | 22:00 |
| 99 | 07/26 | 09:01PM | | 504 | 899-0404 | NEWORLEANS | 4 | 22:00 |
| 100 | 07/26 | 09:02PM | | 985 | 215-7707 | INCOMING | W 2 | 1:00 |
| 101 | 07/26 | 09:38PM | | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 102 | 07/26 | 09:38PM | | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 103 | 07/26 | 10:06PM | | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 104 | 07/26 | 10:07PM | | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 105 | 07/26 | 10:07PM | | 504 | 701-7465 | KENNER | W 2 | 3:00 |
| 106 | 07/26 | 10:07PM | | 504 | 701-7465 | KENNER | 4 | 3:00 |
| 107 | 07/26 | 10:11PM | | 504 | 822-2141 | NEWORLEANS | W 2 | 1:00 |
| 108 | 07/26 | 10:11PM | | 504 | 822-2141 | NEWORLEANS | 4 | 1:00 |
| 109 | 07/26 | 10:11PM | | 504 | 296-9315 | KENNER | W 2 | 1:00 |
| 110 | 07/26 | 10:11PM | | 504 | 296-9315 | KENNER | 4 | 1:00 |
| 111 | 07/26 | 10:14PM | | 504 | 948-8821 | NEWORLEANS | W 2 | 8:00 |
| 112 | 07/26 | 10:15PM | | 504 | 948-8821 | NEWORLEANS | 4 | 7:00 |
| 113 | 07/26 | 10:28PM | | 504 | 246-3835 | NEWORLEANS | W 2 | 33:00 |
| 114 | 07/26 | 10:28PM | | 504 | 246-3835 | NEWORLEANS | 4 | 33:00 |
| 115 | 07/26 | 11:37PM | | 504 | 296-9315 | KENNER | W 2 | 1:00 |
| 116 | 07/26 | 11:37PM | | 504 | 296-9315 | KENNER | 4 | 1:00 |
| 117 | 07/26 | 11:38PM | | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 118 | 07/26 | 11:38PM | | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 119 | 07/26 | 11:40PM | | 504 | 896-4700 | NEWORLEANS | W 2 | 1:00 |
| 120 | 07/26 | 11:41PM | | 504 | 896-4700 | NEWORLEANS | 4 | 1:00 |
| 121 | 07/26 | 11:41PM | | 985 | 215-7707 | HAMMOND | W 2 | 2:00 |
| 122 | 07/26 | 11:42PM | | 985 | 215-7707 | HAMMOND | 4 | 2:00 |
| 123 | 07/26 | 11:44PM | | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 124 | 07/26 | 11:44PM | | 985 | 634-7927 | HAMMOND | 4 | 1:00 |

```
125 07/26 11:44PM   504 296-9315 KENNER      W 2    1:00
126 07/26 11:45PM   504 261-1388 NEWORLEANS  W 2    1:00
127 07/26 11:46PM   504 261-1388 NEWORLEANS    4    1:00
128 07/26 11:48PM   504 948-8821 NEWORLEANS  W 2    2:00
129 07/26 11:48PM   504 948-8821 NEWORLEANS    4    2:00
130 07/27 03:40AM   985 215-7707 INCOMING    W 2    1:00
131 07/27 03:43AM   504 896-4700 NEWORLEANS  W 2    1:00
132 07/27 03:43AM   504 896-4700 NEWORLEANS    4    1:00
133 07/27 08:31AM   334 750-0857 AUBURN      W 2    7:00
134 07/27 09:38AM   504 899-0704 NEWORLEANS  W 2    1:00
135 07/27 09:39AM   678 642-5846 ATLANTA     W 2    1:00
136 07/27 09:40AM   678 642-5846 ATLANTA       4    1:00
137 07/27 09:43AM   706 687-8327 COLUMBUS    W 2    3:00
138 07/27 09:43AM   706 687-8327 COLUMBUS      4    3:00
139 07/27 09:45AM   504 253-5098 NEWORLEANS  W 2    1:00
140 07/27 09:45AM   504 253-5098 NEWORLEANS    4    1:00
141 07/27 10:08AM   504 581-1000 NEWORLEANS  W 2    1:00
142 07/27 10:09AM   504 581-1000 NEWORLEANS    4    1:00
143 07/27 10:17AM   504 524-0010 NEWORLEANS  W 2    1:00
144 07/27 10:17AM   504 524-0010 NEWORLEANS    4    1:00
145 07/27 10:32AM   504 473-9014 KENNER      W 2    1:00
146 07/27 10:32AM   504 473-9014 KENNER        4    1:00
147 07/27 10:46AM   678 642-5846 ATLANTA     W 2    1:00
148 07/27 10:46AM   678 642-5846 ATLANTA       4    1:00
149 07/27 10:46AM   678 642-5846 ATLANTA     W 2    1:00
150 07/27 10:47AM   678 642-5846 ATLANTA       4    1:00
151 07/27 10:47AM   678 642-5846 ATLANTA     W 2    1:00
152 07/27 10:47AM   678 642-5846 ATLANTA       4    1:00
153 07/27 02:03PM   678 642-5846 ATLANTA     W 2    1:00
154 07/27 02:03PM   678 642-5846 ATLANTA       4    1:00
155 07/27 02:03PM   985 215-7707 HAMMOND     W 2    1:00
156 07/27 02:04PM   985 215-7707 HAMMOND       4    1:00
157 07/27 02:04PM   504 473-9014 KENNER      W 2    1:00
158 07/27 02:05PM   504 473-9014 KENNER        4    1:00
159 07/27 02:48PM   334 745-5298 OPELIKA     W 2    1:00
160 07/27 02:49PM   334 821-7274 AUBURN      W 2    1:00
161 07/27 03:39PM   985 215-7707 INCOMING    W 2    3:00
162 07/27 04:25PM   504 945-8781 NEWORLEANS  W 2   46:00
163 07/27 04:25PM   504 945-8781 NEWORLEANS    4   45:00
164 07/27 05:21PM   985 215-7707 HAMMOND     W 2   13:00
165 07/27 05:21PM   985 215-7707 HAMMOND       4   13:00
166 07/27 05:41PM   985 634-7927 HAMMOND     W 2    1:00
167 07/27 05:41PM   985 634-7927 HAMMOND       4    1:00
168 07/27 05:44PM   985 634-7927 HAMMOND     W 2    1:00
169 07/27 05:44PM   985 634-7927 HAMMOND       4    1:00
170 07/27 05:45PM   504 296-9315 KENNER      W 2    8:00
171 07/27 05:45PM   504 296-9315 KENNER        4    8:00
172 07/27 05:54PM   225 939-2828 BATONROUGE  W 2    1:00
173 07/27 05:54PM   225 939-2828 BATONROUGE    4    1:00
174 07/27 06:40PM   985 634-7927 HAMMOND     W 2    1:00
175 07/27 06:41PM   985 634-7927 HAMMOND       4    1:00
176 07/27 06:51PM   504 473-9014 KENNER      W 2    1:00
177 07/27 06:51PM   504 473-9014 KENNER        4    1:00
178 07/27 06:55PM   678 642-5846 ATLANTA     W 2    1:00
179 07/27 06:55PM   678 642-5846 ATLANTA       4    1:00
180 07/27 07:05PM   504 949-8272 NEWORLEANS  W 2    2:00
181 07/27 07:05PM   504 949-8272 NEWORLEANS    4    2:00
182 07/27 07:10PM   504 427-3809 NEWORLEANS  W 2   63:00
183 07/27 07:10PM   504 427-3809 NEWORLEANS    4   63:00
184 07/27 08:09PM   334 750-0857 INCOMING    W 2    1:00
185 07/27 08:12PM   334 750-0857 AUBURN      W 2    1:00
186 07/27 08:15PM   985 215-7707 HAMMOND     W 2   45:00
187 07/27 08:15PM   985 215-7707 HAMMOND       4   45:00
188 07/27 08:48PM   504 715-5694 INCOMING    W 2    2:00
189 07/27 09:00PM   334 750-0857 AUBURN      W 2    1:00
190 07/27 09:00PM   334 750-0857 INCOMING    W 2    1:00
191 07/27 09:02PM   985 215-7707 HAMMOND     W 2    5:00
192 07/27 09:02PM   985 215-7707 HAMMOND       4    5:00
193 07/27 09:06PM   678 642-5846 ATLANTA     W 2    1:00
194 07/27 09:07PM   678 642-5846 ATLANTA       4    1:00
195 07/27 09:53PM   334 257-1158 NOTASULGA   W      3:00
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 196 | 07/27 | 09:58PM | 985 | 215-7707 | HAMMOND | W | 2 | 4:00 |
| 197 | 07/27 | 09:58PM | 985 | 215-7707 | HAMMOND | | 4 | 4:00 |
| 198 | 07/27 | 10:07PM | 334 | 750-0857 | INCOMING | W | 2 | 2:00 |
| 199 | 07/27 | 10:48PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 200 | 07/27 | 10:48PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 201 | 07/27 | 10:48PM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 202 | 07/27 | 10:49PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 203 | 07/27 | 10:49PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 204 | 07/27 | 10:50PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 205 | 07/27 | 10:51PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 206 | 07/27 | 11:03PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 |
| 207 | 07/27 | 11:39PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 208 | 07/27 | 11:39PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 209 | 07/27 | 11:39PM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 210 | 07/27 | 11:40PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 211 | 07/27 | 11:40PM | 504 | 896-4700 | NEWORLEANS | W | 2 | 1:00 |
| 212 | 07/27 | 11:40PM | 504 | 896-4700 | NEWORLEANS | | 4 | 1:00 |
| 213 | 07/27 | 11:42PM | 504 | 473-9014 | KENNER | W | 2 | 1:00 |
| 214 | 07/27 | 11:42PM | 504 | 473-9014 | KENNER | | 4 | 1:00 |
| 215 | 07/27 | 11:44PM | 504 | 948-8821 | NEWORLEANS | W | 2 | 2:00 |
| 216 | 07/27 | 11:44PM | 504 | 948-8821 | NEWORLEANS | | 4 | 2:00 |
| 217 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 218 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 219 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 220 | 07/27 | 11:47PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 221 | 07/27 | 11:47PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 222 | 07/27 | 11:48PM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 223 | 07/27 | 11:48PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 224 | 07/27 | 11:54PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 225 | 07/27 | 11:54PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 226 | 07/28 | 00:02AM | 504 | 948-8821 | NEWORLEANS | W | 2 | 1:00 |
| 227 | 07/28 | 00:03AM | 504 | 948-8821 | NEWORLEANS | | 4 | 1:00 |
| 228 | 07/28 | 00:05AM | 504 | 329-7753 | NEWORLEANS | W | 2 | 3:00 |
| 229 | 07/28 | 00:05AM | 504 | 329-7753 | NEWORLEANS | | 4 | 3:00 |
| 230 | 07/28 | 00:09AM | 504 | 439-4312 | NEWORLEANS | W | 2 | 1:00 |
| 231 | 07/28 | 00:09AM | 504 | 439-4312 | NEWORLEANS | | 4 | 1:00 |
| 232 | 07/28 | 00:10AM | 504 | 261-1388 | NEWORLEANS | W | 2 | 1:00 |
| 233 | 07/28 | 00:10AM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 234 | 07/28 | 00:11AM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 235 | 07/28 | 00:33AM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 236 | 07/28 | 00:33AM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 237 | 07/28 | 00:35AM | 504 | 896-4700 | NEWORLEANS | W | 2 | 2:00 |
| 238 | 07/28 | 00:35AM | 504 | 896-4700 | NEWORLEANS | | 4 | 2:00 |
| 239 | 07/28 | 00:37AM | 504 | 896-4700 | NEWORLEANS | W | 2 | 25:00 |
| 240 | 07/28 | 00:37AM | 504 | 896-4700 | NEWORLEANS | | 4 | 25:00 |
| 241 | 07/28 | 06:11AM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 242 | 07/28 | 12:56PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 243 | 07/28 | 12:58PM | 334 | 727-7215 | TUSKEGEE | | | 14:00 |
| 244 | 07/28 | 01:18PM | 985 | 215-7707 | INCOMING | | P | 1:00 |
| 245 | 07/28 | 03:02PM | 334 | 750-0857 | INCOMING | | P | 3:00 |
| 246 | 07/28 | 03:25PM | 334 | 750-0857 | AUBURN | | P | 2:00 |
| 247 | 07/28 | 03:27PM | 334 | 745-3021 | OPELIKA | | P | 2:00 |
| 248 | 07/28 | 03:39PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 249 | 07/28 | 03:40PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 250 | 07/28 | 03:40PM | 334 | 750-0857 | INCOMING | | P | 1:00 |
| 251 | 07/28 | 03:43PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 252 | 07/28 | 03:44PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 253 | 07/28 | 03:45PM | 334 | 821-7274 | AUBURN | | P | 2:00 |
| 254 | 07/28 | 03:48PM | 334 | 745-5298 | OPELIKA | | P | 1:00 |
| 255 | 07/28 | 06:17PM | 504 | 701-7465 | INCOMING | | P | 1:00 |
| 256 | 07/28 | 10:49PM | 504 | 261-1388 | NEWORLEANS | W | O | 1:00 |
| 257 | 07/28 | 10:49PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 258 | 07/28 | 10:49PM | 504 | 581-1000 | NEWORLEANS | W | O | 1:00 |
| 259 | 07/28 | 10:49PM | 504 | 581-1000 | NEWORLEANS | | 4 | 1:00 |
| 260 | 07/28 | 10:51PM | 504 | 473-9014 | KENNER | W | O | 1:00 |
| 261 | 07/28 | 10:52PM | 504 | 473-9014 | KENNER | | 4 | 1:00 |
| 262 | 07/28 | 10:59PM | 504 | 253-5098 | NEWORLEANS | W | O | 46:00 |
| 263 | 07/28 | 11:00PM | 504 | 253-5098 | NEWORLEANS | | 4 | 46:00 |
| 264 | 07/28 | 11:02PM | 706 | 687-8327 | COLUMBUS | W | O | 45:00 |
| 265 | 07/28 | 11:02PM | 706 | 687-8327 | COLUMBUS | T | 4 | 45:00 |
| 266 | 07/29 | 08:45AM | 334 | 750-0857 | AUBURN | | P | 2:00 |

**Billed Airtime**
Account: 41072662

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 267 | 07/29 | 12:37PM | 334 | 821-2493 | AUBURN | | P | 3:00 |
| 268 | 07/29 | 12:40PM | 334 | 745-3021 | OPELIKA | | P | 1:00 |
| 269 | 07/29 | 01:14PM | 334 | 257-1158 | NOTASULGA | | | 3:00 |
| 270 | 07/29 | 01:52PM | 334 | 332-8028 | INCOMING | | P | 1:00 |
| 271 | 07/29 | 03:41PM | 334 | 745-6949 | INCOMING | | P | 4:00 |
| 272 | 07/29 | 08:36PM | 504 | 701-7465 | KENNER | | P | 3:00 |
| 273 | 07/29 | 08:36PM | 504 | 701-7465 | KENNER | | 4 | 3:00 |
| 274 | 07/29 | 09:02PM | 678 | 642-5846 | ATLANTA | W | O | 1:00 |
| 275 | 07/29 | 09:03PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 276 | 07/29 | 09:03PM | 504 | 427-3809 | NEWORLEANS | W | O | 1:00 |
| 277 | 07/29 | 09:03PM | 504 | 427-3809 | NEWORLEANS | | 4 | 1:00 |
| 278 | 07/29 | 09:04PM | 504 | 246-3835 | NEWORLEANS | W | O | 3:00 |
| 279 | 07/29 | 09:04PM | 504 | 246-3835 | NEWORLEANS | | 4 | 3:00 |
| 280 | 07/29 | 09:06PM | 504 | 253-5098 | NEWORLEANS | W | O | 1:00 |
| 281 | 07/29 | 09:07PM | 504 | 253-5098 | NEWORLEANS | | 4 | 1:00 |
| 282 | 07/29 | 09:07PM | 504 | 261-1388 | NEWORLEANS | W | O | 1:00 |
| 283 | 07/29 | 09:08PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 284 | 07/29 | 09:09PM | 985 | 320-4474 | HAMMOND | W | O | 2:00 |
| 285 | 07/29 | 09:09PM | 985 | 320-4474 | HAMMOND | | 4 | 1:00 |
| 286 | 07/29 | 09:10PM | 985 | 320-4474 | INCOMING | W | O | 1:00 |
| 287 | 07/29 | 09:13PM | 985 | 320-4474 | HAMMOND | W | O | 4:00 |
| 288 | 07/29 | 09:13PM | 985 | 320-4474 | HAMMOND | | 4 | 4:00 |
| 289 | 07/29 | 09:13PM | 678 | 642-5846 | INCOMING | W | O | 12:00 |
| 290 | 07/29 | 09:25PM | 985 | 320-4474 | HAMMOND | W | O | 1:00 |
| 291 | 07/29 | 09:25PM | 985 | 320-4474 | HAMMOND | | 4 | 1:00 |
| 292 | 07/29 | 09:31PM | 225 | 939-2828 | BATONROUGE | W | O | 3:00 |
| 293 | 07/29 | 09:31PM | 225 | 939-2828 | BATONROUGE | | 4 | 3:00 |
| 294 | 07/29 | 09:33PM | 985 | 634-7927 | HAMMOND | W | O | 1:00 |
| 295 | 07/29 | 09:34PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 296 | 07/29 | 09:35PM | 504 | 261-1388 | NEWORLEANS | W | O | 1:00 |
| 297 | 07/29 | 09:36PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 298 | 07/29 | 10:08PM | 985 | 320-4474 | INCOMING | W | O | 35:00 |
| 299 | 07/29 | 11:21PM | 334 | 821-2493 | AUBURN | W | O | 2:00 |
| 300 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | W | O | 1:00 |
| 301 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 302 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | W | O | 1:00 |
| 303 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 304 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | W | O | 1:00 |
| 305 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | | 4 | 1:00 |
| 306 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | W | O | 6:00 |
| 307 | 07/29 | 11:34PM | 504 | 581-1000 | NEWORLEANS | | 4 | 6:00 |
| 308 | 07/29 | 11:59PM | 985 | 215-7707 | HAMMOND | W | O | 1:00 |
| 309 | 07/29 | 11:59PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 310 | 07/30 | 09:09AM | 334 | 727-7215 | TUSKEGEE | | P | 1:00 |
| 311 | 07/30 | 09:13AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 312 | 07/30 | 09:14AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 313 | 07/30 | 09:17AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 314 | 07/30 | 09:21AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 315 | 07/30 | 09:27AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 316 | 07/30 | 09:28AM | 334 | 727-7215 | TUSKEGEE | | | 2:00 |
| 317 | 07/30 | 09:32AM | 985 | 549-2863 | INCOMING | | P | 1:00 |
| 318 | 07/30 | 10:38AM | 334 | 745-3021 | OPELIKA | | P | 1:00 |
| 319 | 07/30 | 12:10PM | 334 | 727-7215 | TUSKEGEE | | | 10:00 |
| 320 | 07/30 | 12:20PM | 334 | 727-7215 | TUSKEGEE | | | 6:00 |
| 321 | 07/30 | 12:26PM | 334 | 750-0857 | INCOMING | | P | 1:00 |
| 322 | 07/30 | 12:26PM | 334 | 727-7215 | TUSKEGEE | | | 4:00 |
| 323 | 07/30 | 12:31PM | 334 | 727-7215 | INCOMING | | P | 3:00 |
| 324 | 07/30 | 01:07PM | 202 | 530-9427 | WASHINGTON | | P | 1:00 |
| 325 | 07/30 | 01:08PM | 202 | 530-9427 | WASHINGTON | | 4 | 1:00 |
| 326 | 07/30 | 01:08PM | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 327 | 07/30 | 01:08PM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 328 | 07/30 | 01:08PM | 301 | 233-5395 | SILVER SPG | | P | 1:00 |
| 329 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 330 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | | P | 1:00 |
| 331 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 332 | 07/30 | 01:09PM | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 333 | 07/30 | 01:10PM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 334 | 07/30 | 01:22PM | 301 | 233-5395 | SILVER SPG | | P | 1:00 |
| 335 | 07/30 | 01:22PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 336 | 07/30 | 01:37PM | 301 | 233-5395 | SILVER SPG | | P | 1:00 |
| 337 | 07/30 | 01:38PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |

```
338 07/30 01:39PM   504 945-8781 INCOMING       P   1:00
339 07/30 01:59PM   301 233-5395 SILVER SPG     P   1:00
340 07/30 01:59PM   301 233-5395 SILVER SPG     4   1:00
341 07/30 01:59PM   301 233-5395 SILVER SPG     P   1:00
342 07/30 01:59PM   301 233-5395 SILVER SPG     4   1:00
343 07/30 02:04PM   301 233-5395 SILVER SPG     P   1:00
344 07/30 02:04PM   301 233-5395 SILVER SPG     4   1:00
345 07/30 02:25PM   202 530-9429 WASHINGTON     P   1:00
346 07/30 02:25PM   202 530-9429 WASHINGTON     4   1:00
347 07/30 02:26PM   301 847-0998 LAYHILL        P   1:00
348 07/30 02:26PM   301 847-0998 LAYHILL        4   1:00
349 07/30 02:27PM   202 530-9429 WASHINGTON     P   1:00
350 07/30 02:27PM   202 530-9429 WASHINGTON     4   1:00
351 07/30 03:02PM   504 715-5694 NEWORLEANS     P   1:00
352 07/30 03:02PM   504 715-5694 NEWORLEANS     4   1:00
353 07/30 03:34PM   334 727-7215 TUSKEGEE       P   1:00
354 07/30 03:37PM   334 750-0857 INCOMING       P   8:00
355 07/30 10:38PM   985 215-7707 HAMMOND      W O   1:00
356 07/30 10:39PM   985 215-7707 HAMMOND        4   1:00
357 07/30 10:43PM   504 896-4700 NEWORLEANS   W O   2:00
358 07/30 10:44PM   504 899-0704 NEWORLEANS   W O   1:00
359 07/30 10:45PM   504 896-4700 NEWORLEANS   W O   2:00
360 07/30 10:45PM   504 896-4700 NEWORLEANS     4   1:00
361 07/30 11:01PM   504 822-2141 NEWORLEANS   W O   2:00
362 07/30 11:01PM   504 822-2141 NEWORLEANS     4   1:00
363 07/30 11:03PM   504 949-7336 NEWORLEANS   W O   1:00
364 07/30 11:03PM   504 949-7336 NEWORLEANS     4   1:00
365 07/30 11:05PM   504 246-3835 NEWORLEANS   W O   1:00
366 07/30 11:05PM   504 246-3835 NEWORLEANS     4   1:00
367 07/31 00:21AM   504 780-4992 NEWORLEANS   W O   1:00
368 07/31 00:21AM   504 780-4992 NEWORLEANS     4   1:00
369 07/31 00:22AM   504 246-3835 NEWORLEANS   W O  13:00
370 07/31 00:22AM   504 246-3835 NEWORLEANS     4  13:00
371 07/31 00:34AM   334 821-2493 AUBURN       W O   5:00
372 07/31 00:39AM   334 821-2493 AUBURN       W O   2:00
373 07/31 00:41AM   985 215-7707 HAMMOND      W O   1:00
374 07/31 00:41AM   985 215-7707 HAMMOND        4   1:00
375 07/31 09:13AM   334 750-0857 AUBURN         P   5:00
376 07/31 11:36AM   504 715-5694 NEWORLEANS     P   1:00
377 07/31 11:36AM   504 715-5694 NEWORLEANS     4   1:00
378 07/31 03:23PM   334 750-0857 AUBURN         P   3:00
379 07/31 06:45PM   301 847-0998 INCOMING       P   8:00
380 07/31 09:33PM   334 257-1158 INCOMING     W O   1:00
381 07/31 09:43PM   504 899-0704 NEWORLEANS   W O  14:00
382 07/31 09:43PM   504 899-0704 NEWORLEANS     4  14:00
383 07/31 09:57PM   985 215-7707 HAMMOND      W O   1:00
384 07/31 09:57PM   985 215-7707 HAMMOND        4   1:00
385 07/31 10:15PM   504 822-2141 NEWORLEANS   W O   1:00
386 07/31 10:17PM   504 253-5098 NEWORLEANS   W O   1:00
387 07/31 10:17PM   504 253-5098 NEWORLEANS     4   1:00
388 07/31 10:17PM   706 366-6788 COLUMBUS     W O   3:00
389 07/31 10:18PM   706 366-6788 COLUMBUS       4   3:00
390 07/31 10:21PM   504 427-3809 NEWORLEANS   W O   2:00
391 07/31 10:22PM   504 427-3809 NEWORLEANS     4   1:00
392 07/31 10:52PM   504 473-9014 KENNER       W O   1:00
393 07/31 10:52PM   504 473-9014 KENNER         4   1:00
394 07/31 11:45PM   985 215-7707 HAMMOND      W O   2:00
395 07/31 11:46PM   985 215-7707 HAMMOND        4   2:00
396 07/31 11:47PM   504 899-0704 NEWORLEANS   W O   1:00
397 07/31 11:49PM   504 261-1388 NEWORLEANS   W O   1:00
398 07/31 11:50PM   504 581-1000 NEWORLEANS   W O   2:00
399 07/31 11:50PM   504 581-1000 NEWORLEANS     4   2:00
400 07/31 11:52PM   504 261-1388 NEWORLEANS   W O   1:00
401 07/31 11:52PM   504 261-1388 NEWORLEANS     4   1:00
402 08/01 10:08AM   334 727-7215 TUSKEGEE           2:00
403 08/01 10:30AM   334 750-0857 INCOMING       P   2:00
404 08/01 05:38PM   334 257-1158 NOTASULGA      P   1:00
405 08/01 06:00PM   334 727-7215 INCOMING       P   1:00
406 08/01 06:16PM   334 750-0857 INCOMING       P   1:00
407 08/01 09:19PM   334 750-0857 AUBURN       W 2   1:00
408 08/01 09:19PM   334 750-0857 INCOMING     W 2   1:00
```

**Billed Airtime**
Account: 41072662

```
409  08/02  02:59AM   334 332-8028  AUBURN       W 2    1:00
410  08/02  03:00AM   334 257-1158  NOTASULGA    W 2    2:00
411  08/02  03:36PM   301 847-0998  LAYHILL      W 2    9:00
412  08/02  03:36PM   301 847-0998  LAYHILL        4    9:00
413  08/02  03:45PM   504 813-6381  KENNER       W 2    1:00
414  08/02  03:45PM   504 813-6381  KENNER         4    1:00
415  08/02  03:46PM   504 473-9014  KENNER       W 2    1:00
416  08/02  03:46PM   504 473-9014  KENNER         4    1:00
417  08/02  03:55PM   504 473-9014  INCOMING     W 2    1:00
418  08/02  03:56PM   504 473-9014  KENNER       W 2    1:00
419  08/02  03:56PM   504 473-9014  KENNER         4    1:00
420  08/02  03:56PM   504 473-9014  KENNER       W 2    1:00
421  08/02  03:58PM   504 473-9014  KENNER       W 2    1:00
422  08/02  03:58PM   504 473-9014  KENNER         4    1:00
423  08/02  04:12PM   678 642-5846  ATLANTA      W 2    1:00
424  08/02  04:13PM   678 642-5846  ATLANTA        4    1:00
425  08/02  04:14PM   302 744-9237  DOVER        W 2   10:00
426  08/02  04:15PM   302 744-9237  DOVER          4   10:00
427  08/02  04:24PM   504 899-0704  NEWORLEANS   W 2    1:00
428  08/02  04:25PM   504 899-0704  NEWORLEANS     4    1:00
429  08/02  04:40PM   504 261-1388  NEWORLEANS   W 2    1:00
430  08/02  04:41PM   504 261-1388  NEWORLEANS     4    1:00
431  08/02  04:42PM   504 253-5098  NEWORLEANS   W 2    3:00
432  08/02  04:42PM   504 253-5098  NEWORLEANS     4    3:00
433  08/02  04:46PM   504 701-7465  KENNER       W 2    1:00
434  08/02  04:46PM   504 701-7465  KENNER         4    1:00
435  08/02  04:48PM   504 427-3809  NEWORLEANS   W 2    1:00
436  08/02  04:49PM   504 427-3809  NEWORLEANS     4    1:00
437  08/02  04:50PM   504 899-0704  NEWORLEANS   W 2    1:00
438  08/02  04:50PM   504 899-0704  NEWORLEANS     4    1:00
439  08/02  04:52PM   504 231-2481  KENNER       W 2   40:00
440  08/02  04:52PM   504 231-2481  KENNER         4   40:00
441  08/02  05:33PM   504 905-2013  KENNER       W 2    9:00
442  08/02  05:34PM   504 905-2013  KENNER         4    9:00
443  08/02  05:42PM   985 634-7927  HAMMOND      W 2    1:00
444  08/02  05:43PM   985 634-7927  HAMMOND        4    1:00
445  08/02  05:44PM   504 261-1388  NEWORLEANS   W 2    1:00
446  08/02  05:45PM   504 261-1388  NEWORLEANS     4    1:00
447  08/02  05:45PM   504 581-1000  NEWORLEANS   W 2    3:00
448  08/02  05:46PM   504 581-1000  NEWORLEANS     4    2:00
449  08/02  05:48PM   504 241-4708  NEWORLEANS   W 2   16:00
450  08/02  05:48PM   504 241-4708  NEWORLEANS     4   16:00
451  08/02  06:07PM   504 253-5098  NEWORLEANS   W 2    2:00
452  08/02  06:07PM   504 253-5098  NEWORLEANS     4    2:00
453  08/02  06:08PM   504 253-5098  NEWORLEANS   W 2    3:00
454  08/02  06:09PM   504 253-5098  NEWORLEANS     4    2:00
455  08/02  06:09PM   706 687-8327  COLUMBUS     W 2    2:00
456  08/02  06:09PM   706 687-8327  COLUMBUS     T 4    2:00
457  08/02  06:11PM   504 253-5098  NEWORLEANS   W 2    1:00
458  08/02  06:11PM   504 253-5098  NEWORLEANS     4    1:00
459  08/02  06:34PM   334 750-0857  AUBURN       W 2    1:00
460  08/02  06:36PM   334 750-0857  INCOMING     W 2    1:00
461  08/02  07:01PM   334 257-1158  INCOMING     W 2    1:00
462  08/02  07:02PM   334 750-0857  AUBURN       W 2    1:00
463  08/02  07:22PM   504 949-8272  NEWORLEANS   W 2    1:00
464  08/02  07:22PM   504 949-8272  NEWORLEANS     4    1:00
465  08/02  07:23PM   504 473-9014  KENNER       W 2    1:00
466  08/02  07:23PM   504 473-9014  KENNER         4    1:00
467  08/02  07:23PM   678 642-5846  ATLANTA      W 2    3:00
468  08/02  07:24PM   678 642-5846  ATLANTA        4    3:00
469  08/02  07:29PM   985 215-7707  HAMMOND      W 2    2:00
470  08/02  07:29PM   985 215-7707  HAMMOND        4    1:00
471  08/02  07:56PM   504 715-5694  NEWORLEANS   W 2    2:00
472  08/02  07:57PM   504 715-5694  NEWORLEANS     4    2:00
473  08/02  08:57PM   334 257-1158  NOTASULGA    W      2:00
474  08/02  09:46PM   504 822-2141  NEWORLEANS   W 2    1:00
475  08/02  09:46PM   504 822-2141  NEWORLEANS     4    1:00
476  08/02  09:46PM   504 899-0704  NEWORLEANS   W 2    1:00
477  08/02  09:46PM   504 899-0704  NEWORLEANS     4    1:00
478  08/02  09:51PM   334 332-8028  AUBURN       W 2    1:00
479  08/02  09:52PM   504 581-1000  NEWORLEANS   W 2    2:00
```

```
480 08/02 09:52PM   504 581-1000 NEWORLEANS    4   2:00
481 08/02 10:05PM   504 253-5098 NEWORLEANS  W 2   1:00
482 08/02 10:05PM   504 253-5098 NEWORLEANS    4   1:00
483 08/02 10:12PM   334 727-0849 TUSKEGEE     W     7:00
484 08/02 10:18PM   985 634-7927 HAMMOND      W 2   1:00
485 08/02 10:19PM   985 634-7927 HAMMOND        4   1:00
486 08/02 10:20PM   504 237-8204 KENNER       W 2   1:00
487 08/02 10:20PM   504 237-8204 KENNER         4   1:00
488 08/02 10:21PM   678 642-5846 ATLANTA      W 2   1:00
489 08/02 10:21PM   678 642-5846 ATLANTA        4   1:00
490 08/03 00:00AM 00 000 000-0000                        0.10        0.10
491 08/03 09:46PM   504 949-8272 NEWORLEANS  W 2   2:00
492 08/03 09:47PM   504 949-8272 NEWORLEANS    4   1:00
493 08/03 03:18PM   301 847-0998 LAYHILL      W 2   1:00
494 08/03 03:19PM   301 847-0998 LAYHILL        4   1:00
495 08/03 03:19PM   301 233-5395 SILVER SPG  W 2  14:00
496 08/03 03:19PM   301 233-5395 SILVER SPG    4  13:00
497 08/03 03:32PM   504 715-5694 INCOMING    W 2   2:00
498 08/03 03:35PM   504 945-8781 INCOMING    W 2   1:00
499 08/03 03:36PM   334 821-2493 AUBURN      W 2   3:00
500 08/03 03:39PM   334 750-0857 AUBURN      W 2   1:00
501 08/03 03:39PM   334 821-2493 AUBURN      W 2   4:00
502 08/03 03:40PM   504 715-5694 INCOMING    W 2   1:00
503 08/03 03:43PM   334 821-2493 AUBURN      W 2   1:00
504 08/03 03:47PM   504 715-5694 NEWORLEANS  W 2   1:00
505 08/03 03:47PM   504 715-5694 NEWORLEANS    4   1:00
506 08/03 03:51PM   504 715-5694 NEWORLEANS  W 2   1:00
507 08/03 03:51PM   504 715-5694 NEWORLEANS    4   1:00
508 08/03 04:05PM   334 821-2493 AUBURN      W 2   2:00
509 08/03 04:41PM   334 750-0857 INCOMING    W 2   8:00
510 08/03 05:11PM   334 264-5106 MONTGOMERY  W 2   6:00
511 08/03 05:17PM   504 715-5694 NEWORLEANS  W 2   1:00
512 08/03 05:18PM   504 715-5694 NEWORLEANS    4   1:00
513 08/03 05:18PM   334 727-9696 INCOMING    W 2   4:00
514 08/03 05:21PM   504 715-5694 NEWORLEANS  W 2   2:00
515 08/03 05:22PM   504 715-5694 NEWORLEANS    4   2:00
516 08/03 05:41PM   985 215-7707 HAMMOND     W 2   1:00
517 08/03 05:41PM   985 215-7707 HAMMOND       4   1:00
518 08/03 06:52PM   302 744-9237 INCOMING    W 2   2:00
519 08/03 07:24PM   301 847-0998 LAYHILL     W 2  21:00
520 08/03 07:24PM   301 847-0998 LAYHILL       4  21:00
521 08/03 07:55PM   985 215-7707 HAMMOND     W 2   8:00
522 08/03 07:55PM   985 215-7707 HAMMOND       4   8:00
523 08/03 08:15PM   334 750-0857 AUBURN      W 2   1:00
524 08/03 08:16PM   334 821-2493 AUBURN      W 2   2:00
525 08/03 08:18PM   334 750-0857 AUBURN      W 2   1:00
526 08/03 08:23PM   334 750-0857 AUBURN      W 2   1:00
527 08/03 09:24PM   301 847-0998 LAYHILL     W 2   7:00
528 08/03 09:24PM   301 847-0998 LAYHILL       4   7:00
529 08/03 10:10PM   334 332-8028 AUBURN      W 2   1:00
530 08/03 10:10PM   334 257-1158 NOTASULGA   W     4:00
531 08/03 10:23PM   334 257-1158 NOTASULGA   W     2:00
532 08/03 10:53PM   985 215-7707 HAMMOND     W 2   1:00
533 08/03 10:53PM   985 215-7707 HAMMOND       4   1:00
534 08/03 10:53PM   504 896-4700 NEWORLEANS  W 2   2:00
535 08/03 11:01PM   504 896-4700 NEWORLEANS  W 2   1:00
536 08/03 11:01PM   504 899-0704 NEWORLEANS  W 2   1:00
537 08/03 11:02PM   504 899-0704 NEWORLEANS    4   1:00
538 08/03 11:02PM   504 896-4701 NEWORLEANS  W 2   1:00
539 08/03 11:07PM   504 253-5098 NEWORLEANS  W 2   1:00
540 08/03 11:07PM   504 253-5098 NEWORLEANS    4   1:00
541 08/03 11:33PM   504 896-4700 NEWORLEANS  W 2   1:00
542 08/03 11:34PM   504 231-2481 KENNER      W 2   2:00
543 08/03 11:34PM   504 231-2481 KENNER        4   2:00
544 08/03 11:36PM   504 949-8272 NEWORLEANS  W 2   1:00
545 08/03 11:37PM   504 949-8272 NEWORLEANS    4   1:00
546 08/04 00:03AM   334 257-1158 NOTASULGA   W     2:00
547 08/04 00:50AM   985 215-7707 HAMMOND     W 2   1:00
548 08/04 00:50AM   985 215-7707 HAMMOND       4   1:00
549 08/04 08:38AM   334 750-0857 INCOMING    P     5:00
550 08/04 09:22AM   504 261-0353 NEWORLEANS  P     2:00
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 551 | 08/04 | 09:22AM | 504 | 261-0353 | NEWORLEANS | 4 | 2:00 |
| 552 | 08/04 | 10:02AM | 334 | 257-1158 | INCOMING | P | 1:00 |
| 553 | 08/04 | 10:11AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 554 | 08/04 | 10:13AM | 334 | 257-1158 | NOTASULGA | | 2:00 |
| 555 | 08/04 | 12:18PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 556 | 08/04 | 12:18PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 557 | 08/04 | 12:29PM | 334 | 257-1158 | INCOMING | P | 1:00 |
| 558 | 08/04 | 08:24PM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 559 | 08/04 | 08:24PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 560 | 08/05 | 10:34AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 561 | 08/05 | 10:35AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 562 | 08/05 | 10:36AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 563 | 08/05 | 11:32AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 564 | 08/05 | 11:45AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 565 | 08/05 | 01:09PM | 334 | 727-1107 | TUSKEGEE | | 2:00 |
| 566 | 08/05 | 01:11PM | 334 | 727-1107 | TUSKEGEE | | 2:00 |
| 567 | 08/05 | 08:19PM | 334 | 821-2493 | AUBURN | P | 1:00 |
| 568 | 08/05 | 08:20PM | 334 | 821-2493 | AUBURN | P | 2:00 |
| 569 | 08/05 | 09:32PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 570 | 08/05 | 09:37PM | 334 | 750-0857 | INCOMING | W O | 2:00 |
| 571 | 08/05 | 09:48PM | 334 | 821-2493 | AUBURN | W O | 4:00 |
| 572 | 08/05 | 09:52PM | 334 | 821-2493 | AUBURN | W O | 2:00 |
| 573 | 08/06 | 09:24PM | 504 | 945-8781 | NEWORLEANS | W O | 8:00 |
| 574 | 08/06 | 09:24PM | 504 | 945-8781 | NEWORLEANS | 4 | 8:00 |
| 575 | 08/06 | 10:24PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 576 | 08/07 | 00:13AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 577 | 08/07 | 00:14AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 578 | 08/07 | 00:16AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 579 | 08/07 | 00:16AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 580 | 08/07 | 00:18AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 581 | 08/07 | 00:19AM | 334 | 727-7215 | TUSKEGEE | W | 14:00 |
| 582 | 08/07 | 10:42AM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 583 | 08/07 | 10:42AM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 584 | 08/07 | 10:52AM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 585 | 08/07 | 10:52AM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 586 | 08/07 | 11:18AM | 334 | 727-7215 | TUSKEGEE | P | 1:00 |
| 587 | 08/07 | 11:18AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 588 | 08/07 | 11:23AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 589 | 08/07 | 11:24AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 590 | 08/07 | 11:51AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 591 | 08/07 | 11:52AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 592 | 08/07 | 01:24PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 593 | 08/07 | 01:24PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 594 | 08/07 | 01:26PM | 334 | 703-5244 | AUBURN | P | 4:00 |
| 595 | 08/07 | 03:36PM | 334 | 750-0857 | AUBURN | P | 4:00 |
| 596 | 08/07 | 05:08PM | 334 | 750-0857 | AUBURN | P | 4:00 |
| 597 | 08/07 | 05:48PM | 334 | 750-0857 | INCOMING | P | 1:00 |
| 598 | 08/07 | 09:30PM | 334 | 750-0857 | AUBURN | W O | 7:00 |
| 599 | 08/07 | 09:38PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 600 | 08/07 | 09:41PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 601 | 08/08 | 00:30AM | 334 | 740-0032 | INCOMING | W O | 4:00 |
| 602 | 08/08 | 01:35AM | 720 | 587-9978 | INCOMING | W O | 3:00 |
| 603 | 08/08 | 10:48AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 604 | 08/08 | 10:49AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 605 | 08/08 | 11:25AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 606 | 08/08 | 11:34AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 607 | 08/08 | 11:34AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 608 | 08/08 | 04:21PM | 334 | 727-3180 | TUSKEGEE | | 6:00 |
| 609 | 08/08 | 09:24PM | 301 | 847-0998 | LAYHILL | W 2 | 12:00 |
| 610 | 08/08 | 09:24PM | 301 | 847-0998 | LAYHILL | 4 | 12:00 |
| 611 | 08/09 | 02:23AM | 334 | 502-8032 | AUBURN | W 2 | 13:00 |
| 612 | 08/09 | 02:44AM | 334 | 740-0032 | INCOMING | W 2 | 4:00 |
| 613 | 08/09 | 10:16AM | 301 | 847-0998 | LAYHILL | W 2 | 24:00 |
| 614 | 08/09 | 10:16AM | 301 | 847-0998 | LAYHILL | 4 | 24:00 |
| 615 | 08/09 | 10:42AM | 301 | 847-0998 | LAYHILL | W 2 | 2:00 |
| 616 | 08/09 | 10:42AM | 301 | 847-0998 | LAYHILL | 4 | 2:00 |
| 617 | 08/10 | 01:39PM | 334 | 750-0857 | AUBURN | W 2 | 3:00 |
| 618 | 08/10 | 01:40PM | 504 | 945-8781 | INCOMING | W 2 | 1:00 |
| 619 | 08/10 | 01:42PM | 504 | 945-8781 | NEWORLEANS | W 2 | 29:00 |
| 620 | 08/10 | 01:42PM | 504 | 945-8781 | NEWORLEANS | 4 | 29:00 |
| 621 | 08/10 | 03:40PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |

```
622  08/10  03:40PM    301 847-0998  LAYHILL        4    1:00
623  08/10  08:43PM    301 847-0998  LAYHILL      W 2   42:00
624  08/10  08:43PM    301 847-0998  LAYHILL        4   42:00
625  08/10  09:44PM    504 945-8781  NEWORLEANS   W 2    1:00
626  08/10  09:44PM    504 945-8781  NEWORLEANS     4    1:00
627  08/10  09:48PM    504 945-8781  NEWORLEANS   W 2    1:00
628  08/10  09:48PM    504 945-8781  NEWORLEANS     4    1:00
629  08/10  10:02PM    504 715-5694  NEWORLEANS   W 2    3:00
630  08/10  10:02PM    504 715-5694  NEWORLEANS     4    3:00
631  08/11  09:39AM    504 945-8781  NEWORLEANS     P    1:00
632  08/11  09:41AM    504 945-8781  NEWORLEANS     P    2:00
633  08/11  09:42AM    504 945-8781  NEWORLEANS     4    2:00
634  08/11  10:59AM    202 530-0684  WASHINGTON     P    1:00
635  08/11  11:02AM    504 945-8781  NEWORLEANS     P    2:00
636  08/11  11:02AM    504 945-8781  NEWORLEANS     4    1:00
637  08/11  11:03AM    202 530-9427  WASHINGTON     P    1:00
638  08/11  11:03AM    202 530-9427  WASHINGTON     4    1:00
639  08/11  11:20AM    202 530-9429  WASHINGTON     P    9:00
640  08/11  11:20AM    202 530-9429  WASHINGTON     4    9:00
641  08/11  11:56AM    504 945-8781  INCOMING       P    1:00
642  08/11  10:08PM    504 945-8781  NEWORLEANS   W O    2:00
643  08/11  10:08PM    504 945-8781  NEWORLEANS     4    2:00
644  08/12  00:39AM    504 945-8781  INCOMING     W O    1:00
645  08/12  09:59AM    504 945-8781  NEWORLEANS     P    3:00
646  08/12  10:00AM    504 945-8781  NEWORLEANS     4    3:00
647  08/12  11:36AM    504 945-8781  NEWORLEANS     P    3:00
648  08/12  11:36AM    504 945-8781  NEWORLEANS     4    2:00
649  08/12  12:54PM    720 587-9978  INCOMING       P    1:00
650  08/12  02:27PM    334 821-4660  INCOMING       P    1:00
651  08/12  02:35PM    334 745-6949  INCOMING       P   22:00
652  08/15  12:12PM    504 715-5694  NEWORLEANS     P    2:00
653  08/15  12:12PM    504 715-5694  NEWORLEANS     4    2:00
654  08/15  12:14PM    504 945-8781  NEWORLEANS     P    4:00
655  08/15  12:14PM    504 945-8781  NEWORLEANS     4    4:00
656  08/16  11:58AM    504 945-8781  INCOMING     W 2    2:00
657  08/16  12:06PM    334 821-4660  AUBURN       W 2    7:00
658  08/16  05:54PM    504 715-5694  NEWORLEANS   W 2    1:00
659  08/16  05:54PM    504 715-5694  NEWORLEANS     4    1:00
660  08/16  07:16PM    504 945-8781  NEWORLEANS   W 2    3:00
661  08/16  07:16PM    504 945-8781  NEWORLEANS     4    3:00
662  08/17  12:12PM    334 332-8028  AUBURN       W 2    1:00
663  08/17  12:30PM    334 727-4142  TUSKEGEE     W 2    1:00
664  08/17  01:28PM    504 945-8781  INCOMING     W 2    2:00
665  08/17  02:12PM    334 727-4142  TUSKEGEE     W      3:00
666  08/17  02:18PM    334 703-5244  INCOMING     W 2    2:00
667  08/17  02:26PM    334 332-8028  AUBURN       W 2    2:00
668  08/17  02:48PM    504 945-8781  NEWORLEANS   W 2   28:00
669  08/17  02:48PM    504 945-8781  NEWORLEANS     4   28:00
670  08/18  08:45AM    334 332-8028  INCOMING       P    1:00
671  08/18  12:37PM    301 847-0998  LAYHILL        P    1:00
672  08/18  01:29PM    301 847-0998  LAYHILL        P    6:00
673  08/18  01:29PM    301 847-0998  LAYHILL        4    6:00
674  08/18  05:18PM    334 332-8028  AUBURN         P    1:00
675  08/18  05:19PM    334 332-8028  AUBURN         P    1:00
676  08/18  05:20PM    334 332-8028  AUBURN         P    1:00
677  08/18  05:22PM    334 332-8028  AUBURN         P    1:00
678  08/18  05:27PM    334 332-8028  AUBURN         P    3:00
679  08/18  05:42PM    504 715-5694  NEWORLEANS     P    1:00
680  08/18  05:43PM    504 715-5694  NEWORLEANS     4    1:00
681  08/18  09:31PM    334 703-5244  AUBURN       W O    2:00
682  08/19  08:11AM    334 332-8028  AUBURN         P    1:00
683  08/19  02:58PM    334 703-5244  AUBURN         P    3:00
684  08/19  03:04PM    301 847-0998  LAYHILL        P    4:00
685  08/19  03:04PM    301 847-0998  LAYHILL        4    4:00
686  08/19  06:50PM    404 983-9623  CL DELVRY      4    2:00
687  08/19  11:31PM    704 490-9492  CL DELVRY      4    1:00
```

Exhibit 8

Aug - Sept 2003

No Noticeable Change

*Exhibit 8*

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028   ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/19 | 07:50PM | | 301 847-0998 | INCOMING | R | P | 2:00 | | | |
| 2 | 08/20 | 00:31AM | | 334 332-8028 | INCOMING | W | O | 1:00 | | | |
| 3 | 08/20 | 04:55AM | | 301 847-0998 | LAYHILL | W | O | 2:00 | | | |
| 4 | 08/20 | 07:19AM | | 301 847-0998 | LAYHILL | R | P | 1:00 | | | |
| 5 | 08/20 | 07:20AM | | 301 233-5395 | SILVER SPG | R | P | 8:00 | | | |
| 6 | 08/20 | 10:02AM | | 504 887-2711 | NEWORLEANS | R | P | 1:00 | | | |
| 7 | 08/20 | 10:02AM | | 504 887-2711 | NEWORLEANS | R | P | 1:00 | | | |
| 8 | 08/20 | 10:03AM | | 504 366-5198 | /*WASH/BAL | R | P | 1:00 | | | |
| 9 | 08/20 | 10:04AM | | 504 949-8272 | NEWORLEANS | R | P | 1:00 | | | |
| 10 | 08/20 | 02:12PM | | 504 949-8272 | NEWORLEANS | R | P | 4:00 | | | |
| 11 | 08/20 | 05:28PM | | 334 703-5244 | AUBURN | R | P | 1:00 | | | |
| 12 | 08/20 | 06:53PM | | 334 332-8028 | MAILBOX | R | P | 2:00 | | | |
| 13 | 08/20 | 06:55PM | | 334 332-8028 | MAILBOX | R | P | 1:00 | | | |
| 14 | 08/20 | 09:11PM | | 504 366-5198 | /*WASH/BAL | W | O | 1:00 | | | |
| 15 | 08/21 | 03:26PM | | 301 233-5395 | SILVER SPG | R | P | 1:00 | | | |
| 16 | 08/21 | 03:30PM | | 504 887-2711 | NEWORLEANS | W | O | 1:00 | | | |
| 17 | 08/21 | 09:43PM | | 504 949-8272 | NEWORLEANS | W | O | 1:00 | | | |
| 18 | 08/21 | 09:52PM | | 504 473-9014 | KENNER | W | O | 1:00 | | | |
| 19 | 08/21 | 09:54PM | | 678 642-5846 | ATLANTA | W | O | 1:00 | | | |
| 20 | 08/21 | 10:11PM | | 678 642-5846 | ATLANTA | W | O | 1:00 | | | |
| 21 | 08/21 | 10:12PM | | 985 215-7707 | HAMMOND | W | O | 2:00 | | | |
| 22 | 08/22 | 09:17PM | | 985 215-7707 | /*KENT COU | W | 2 | 1:00 | | | |
| 23 | 08/24 | 06:18AM | | 301 233-5402 | SILVER SPG | W | 2 | 3:00 | | | |
| 24 | 08/24 | 06:23AM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 25 | 08/24 | 03:48PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 26 | 08/24 | 03:57PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 27 | 08/24 | 03:58PM | | 404 752-0918 | /ATHENS, | W | 2 | 1:00 | | | |
| 28 | 08/24 | 03:59PM | | 985 215-7707 | /ATHENS, | W | 2 | 1:00 | | | |
| 29 | 08/24 | 04:13PM | | 504 473-9014 | /ATLANTA, | W | 2 | 1:00 | | | |
| 30 | 08/24 | 04:14PM | | 504 473-9014 | KENNER | W | 2 | 4:00 | | | |
| 31 | 08/24 | 04:17PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 32 | 08/24 | 04:31PM | | 504 473-9014 | /ATLANTA, | W | 2 | 1:00 | | | |
| 33 | 08/24 | 04:31PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 34 | 08/24 | 04:50PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 35 | 08/24 | 05:21PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 36 | 08/24 | 05:22PM | | 504 473-9014 | KENNER | | 4 | 1:00 | | | |
| 37 | 08/24 | 05:23PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 38 | 08/24 | 05:23PM | | 678 642-5846 | ATLANTA | | 4 | 1:00 | | | |
| 39 | 08/24 | 05:31PM | | 301 847-0998 | INCOMING | W | 2 | 1:00 | | | |
| 40 | 08/24 | 05:52PM | | 301 847-0998 | LAYHILL | W | 2 | 2:00 | | | |
| 41 | 08/24 | 05:52PM | | 301 847-0998 | LAYHILL | | 4 | 2:00 | | | |
| 42 | 08/24 | 05:53PM | | 334 703-5244 | AUBURN | W | 2 | 2:00 | | | |
| 43 | 08/24 | 05:55PM | | 334 703-5244 | INCOMING | W | 2 | 6:00 | | | |
| 44 | 08/24 | 06:02PM | | 706 687-8327 | COLUMBUS | W | 2 | 1:00 | | | |
| 45 | 08/24 | 06:03PM | | 706 687-8327 | COLUMBUS | | 4 | 1:00 | | | |
| 46 | 08/24 | 06:05PM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 47 | 08/24 | 06:53PM | | 504 943-6997 | NEWORLEANS | W | 2 | 1:00 | | | |
| 48 | 08/24 | 06:53PM | | 504 943-6997 | NEWORLEANS | | 4 | 1:00 | | | |
| 49 | 08/24 | 07:49PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 50 | 08/24 | 07:49PM | | 678 642-5846 | ATLANTA | | 4 | 1:00 | | | |
| 51 | 08/24 | 07:49PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 52 | 08/24 | 07:50PM | | 504 473-9014 | KENNER | | 4 | 1:00 | | | |
| 53 | 08/24 | 07:50PM | | 404 752-0918 | ATLANTA | W | 2 | 1:00 | | | |
| 54 | 08/25 | 02:08AM | | 504 945-8781 | INCOMING | W | 2 | 1:00 | | | |
| 55 | 08/25 | 01:24PM | | 334 703-5244 | INCOMING | | P | 1:00 | | | |
| 56 | 08/25 | 09:10PM | | 334 821-2493 | AUBURN | W | O | 1:00 | | | |
| 57 | 08/25 | 09:40PM | | 334 821-2493 | AUBURN | W | O | 2:00 | | | |
| 58 | 08/26 | 07:43AM | | 301 847-0998 | INCOMING | | P | 3:00 | | | |
| 59 | 08/26 | 11:54AM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 60 | 08/26 | 12:13PM | | 504 945-8781 | NEWORLEANS | | P | 2:00 | | | |
| 61 | 08/26 | 12:14PM | | 504 945-8781 | NEWORLEANS | | 4 | 1:00 | | | |
| 62 | 08/26 | 12:15PM | | 301 847-0998 | LAYHILL | | P | 13:00 | | | |
| 63 | 08/26 | 12:15PM | | 301 847-0998 | LAYHILL | | 4 | 13:00 | | | |
| 64 | 08/26 | 01:52PM | | 504 529-1000 | NEWORLEANS | | P | 2:00 | | | |
| 65 | 08/26 | 01:52PM | | 504 529-1000 | NEWORLEANS | | 4 | 2:00 | | | |
| 66 | 08/26 | 01:55PM | | 504 715-5694 | NEWORLEANS | | P | 1:00 | | | |

```
 67 08/26 01:55PM   504 715-5694 NEWORLEANS     4    1:00
 68 08/26 01:59PM   334 745-9333 OPELIKA        P    6:00
 69 08/26 02:06PM   202 530-9429 WASHINGTON     P    1:00
 70 08/26 02:06PM   202 530-9429 WASHINGTON     4    1:00
 71 08/26 03:31PM   301 847-0998 LAYHILL        P    1:00
 72 08/26 03:31PM   301 847-0998 LAYHILL        4    1:00
 73 08/26 04:43PM   301 847-0998 LAYHILL        P    1:00
 74 08/26 04:44PM   301 847-0998 LAYHILL        4    1:00
 75 08/26 05:53PM   301 847-0998 INCOMING       P   20:00
 76 08/26 09:25PM   504 945-8781 NEWORLEANS W O      1:00
 77 08/26 09:27PM   504 945-8781 NEWORLEANS W O      1:00
 78 08/27 07:14AM   504 945-8781 NEWORLEANS     P    2:00
 79 08/27 07:14AM   504 945-8781 NEWORLEANS     4    1:00
 80 08/27 08:14AM   334 740-0032 INCOMING       P   13:00
 81 08/27 09:18AM   202 530-9429 WASHINGTON     P   12:00
 82 08/27 09:18AM   202 530-9429 WASHINGTON     4   12:00
 83 08/27 09:43AM   202 530-0684 INCOMING       P   20:00
 84 08/27 10:21AM   202 530-0684 INCOMING       P    5:00
 85 08/27 10:34AM   334 745-6949 OPELIKA        P    2:00
 86 08/27 10:38AM   334 740-0032 AUBURN         P    2:00
 87 08/27 09:12PM   504 945-8781 NEWORLEANS W O      8:00
 88 08/27 09:12PM   504 945-8781 NEWORLEANS     4    8:00
 89 08/28 07:45AM   301 847-0998 LAYHILL        P   16:00
 90 08/28 07:45AM   301 847-0998 LAYHILL        4   16:00
 91 08/28 10:32AM   334 502-8032 AUBURN         P    1:00
 92 08/28 10:47AM   334 750-0857 INCOMING       P   10:00
 93 08/28 11:36AM   334 750-0857 AUBURN         P    2:00
 94 08/28 02:56PM   202 530-0684 INCOMING       P    2:00
 95 08/28 04:40PM   301 847-0998 LAYHILL        P    8:00
 96 08/28 04:40PM   301 847-0998 LAYHILL        4    8:00
 97 08/28 04:55PM   301 847-0998 LAYHILL        P    1:00
 98 08/28 04:56PM   301 847-0998 LAYHILL        4    1:00
 99 08/29 02:05AM   800 789-4385 800 SERV.  W O      2:00
100 08/29 08:01AM   301 847-0998 LAYHILL        P    2:00
101 08/29 08:01AM   301 847-0998 LAYHILL        4    2:00
102 08/29 08:03AM   504 945-8781 NEWORLEANS     P    1:00
103 08/29 08:03AM   504 945-8781 NEWORLEANS     4    1:00
104 08/29 12:57PM   334 717-5397 PRATTVILLE     P    1:00
105 08/29 02:29PM   334 750-0857 INCOMING       P    4:00
106 08/29 07:15PM   334 750-0857 INCOMING       P    3:00
107 08/29 08:43PM   301 847-0998 INCOMING       P    4:00
108 08/29 09:08PM   334 750-0857 AUBURN     W 2      4:00
109 08/29 09:59PM   301 847-0998 LAYHILL    W 2      1:00
110 08/29 09:59PM   301 847-0998 LAYHILL        4    1:00
111 08/30 00:29AM   504 945-8781 NEWORLEANS W 2      1:00
112 08/30 05:17AM   334 750-0857 INCOMING   W 2      1:00
113 08/30 05:00PM   334 717-5397 PRATTVILLE W 2      1:00
114 08/30 05:02PM   334 332-8028 AUBURN     W 2      1:00
115 08/30 06:14PM   404 906-9744 CL DELVRY      4    2:00
116 08/30 07:13PM   504 715-5694 INCOMING   W 2      2:00
117 08/30 07:16PM   504 715-5694 NEWORLEANS W 2      2:00
118 08/30 07:16PM   504 715-5694 NEWORLEANS     4    1:00
119 08/30 07:44PM   334 750-0857 AUBURN     W 2      1:00
120 08/30 08:05PM   334 750-0857 INCOMING   W 2      1:00
121 08/30 08:07PM   334 727-7215 INCOMING   W 2      3:00
122 08/30 08:19PM   334 725-2600 TUSKEGEE   W        2:00
123 08/30 10:00PM   334 821-2493 AUBURN     W 2      1:00
124 08/31 02:06AM   334 740-0032 AUBURN     W 2      1:00
125 08/31 11:45AM   504 945-8781 NEWORLEANS W 2      1:00
126 08/31 11:55AM   504 715-5694 INCOMING   W 2      1:00
127 08/31 11:56AM   504 945-8781 NEWORLEANS W 2      4:00
128 08/31 11:56AM   504 945-8781 NEWORLEANS     4    4:00
129 08/31 12:00PM   504 943-6997 NEWORLEANS W 2      1:00
130 08/31 12:01PM   504 943-6997 NEWORLEANS     4    1:00
131 08/31 12:18PM   504 309-0979 NEWORLEANS W 2      3:00
132 08/31 12:19PM   504 309-0979 NEWORLEANS     4    2:00
133 08/31 12:33PM   504 945-8781 NEWORLEANS W 2      5:00
134 08/31 12:34PM   504 945-8781 NEWORLEANS     4    5:00
135 08/31 12:40PM   504 945-8781 NEWORLEANS W 2      1:00
136 08/31 12:40PM   504 945-8781 NEWORLEANS     4    1:00
137 08/31 12:43PM   504 309-0979 NEWORLEANS W 2      5:00
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 138 | 08/31 | 12:43PM | 504 | 309-0979 | NEWORLEANS | | 4 | 5:00 |
| 139 | 08/31 | 12:47PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 140 | 08/31 | 12:48PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 141 | 08/31 | 02:58PM | 504 | 945-8781 | NEWORLEANS | W 2 | 2:00 |
| 142 | 08/31 | 02:58PM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 143 | 08/31 | 02:59PM | 504 | 943-6997 | NEWORLEANS | W 2 | 9:00 |
| 144 | 08/31 | 03:00PM | 504 | 943-6997 | NEWORLEANS | 4 | 9:00 |
| 145 | 08/31 | 04:53PM | 301 | 847-0998 | LAYHILL | W 2 | 79:00 |
| 146 | 08/31 | 04:54PM | 301 | 847-0998 | LAYHILL | 4 | 79:00 |
| 147 | 08/31 | 06:14PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 148 | 08/31 | 06:15PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 149 | 08/31 | 06:17PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 150 | 08/31 | 06:20PM | 334 | 332-8028 | AUBURN | W 2 | 3:00 |
| 151 | 08/31 | 06:27PM | 504 | 715-5694 | NEWORLEANS | W 2 | 1:00 |
| 152 | 08/31 | 06:27PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 153 | 08/31 | 06:34PM | 800 | 789-4385 | 800 SERV. | W 2 | 2:00 |
| 154 | 09/01 | 10:35AM | 301 | 847-0998 | INCOMING | P | 33:00 |
| 155 | 09/01 | 11:08AM | 334 | 703-5244 | AUBURN | P | 1:00 |
| 156 | 09/01 | 11:09AM | 334 | 703-5244 | AUBURN | P | 1:00 |
| 157 | 09/01 | 11:23AM | 334 | 703-5244 | AUBURN | P | 4:00 |
| 158 | 09/01 | 12:38PM | 334 | 740-0032 | AUBURN | P | 7:00 |
| 159 | 09/01 | 04:19PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 160 | 09/01 | 04:25PM | 334 | 332-8028 | AUBURN | P | 2:00 |
| 161 | 09/01 | 04:27PM | 334 | 703-5244 | AUBURN | P | 1:00 |
| 162 | 09/01 | 04:38PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 163 | 09/01 | 05:11PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 164 | 09/02 | 01:55PM | 334 | 727-1107 | TUSKEGEE | | 2:00 |
| 165 | 09/02 | 05:11PM | 334 | 750-0857 | INCOMING | P | 3:00 |
| 166 | 09/02 | 09:01PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 167 | 09/02 | 09:02PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 168 | 09/02 | 09:04PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 169 | 09/02 | 09:05PM | 334 | 727-7215 | TUSKEGEE | W O | 1:00 |
| 170 | 09/02 | 09:06PM | 334 | 750-0857 | INCOMING | W O | 5:00 |
| 171 | 09/02 | 09:11PM | 334 | 750-0857 | INCOMING | W O | 19:00 |
| 172 | 09/02 | 09:33PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 173 | 09/02 | 09:33PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 174 | 09/02 | 09:34PM | 301 | 233-5395 | SILVER SPG | W O | 1:00 |
| 175 | 09/02 | 09:34PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 176 | 09/02 | 09:35PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 177 | 09/02 | 09:35PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 178 | 09/02 | 09:49PM | 301 | 847-0998 | LAYHILL | W O | 2:00 |
| 179 | 09/02 | 09:50PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 180 | 09/02 | 10:20PM | 301 | 847-0998 | INCOMING | W O | 8:00 |
| 181 | 09/03 | 08:58AM | 301 | 847-0998 | INCOMING | P | 8:00 |
| 182 | 09/03 | 09:26AM | 202 | 530-0684 | WASHINGTON | P | 1:00 |
| 183 | 09/03 | 10:06AM | 334 | 727-7807 | INCOMING | P | 1:00 |
| 184 | 09/03 | 10:25AM | 334 | 727-7807 | TUSKEGEE | | 10:00 |
| 185 | 09/03 | 05:09PM | 334 | 750-0857 | INCOMING | P | 4:00 |
| 186 | 09/03 | 09:22PM | 504 | 943-6997 | NEWORLEANS | W O | 5:00 |
| 187 | 09/03 | 09:22PM | 504 | 943-6997 | NEWORLEANS | 4 | 5:00 |
| 188 | 09/04 | 12:26PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 189 | 09/04 | 12:28PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 190 | 09/04 | 12:29PM | 334 | 727-7215 | TUSKEGEE | P | 1:00 |
| 191 | 09/04 | 12:55PM | 504 | 945-8781 | NEWORLEANS | P | 1:00 |
| 192 | 09/04 | 01:08PM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 193 | 09/04 | 01:09PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 194 | 09/04 | 01:20PM | 504 | 309-0979 | NEWORLEANS | P | 1:00 |
| 195 | 09/04 | 01:20PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 196 | 09/04 | 01:33PM | 800 | 966-8369 | 800 SERV. | P | 2:00 |
| 197 | 09/04 | 01:35PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 198 | 09/04 | 01:36PM | 334 | 750-0857 | AUBURN | P | 2:00 |
| 199 | 09/04 | 01:38PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 200 | 09/04 | 01:40PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 201 | 09/04 | 01:43PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 202 | 09/04 | 01:47PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 203 | 09/04 | 01:52PM | 334 | 750-0857 | INCOMING | P | 3:00 |
| 204 | 09/04 | 02:06PM | 504 | 715-5694 | NEWORLEANS | P | 2:00 |
| 205 | 09/04 | 02:06PM | 504 | 715-5694 | NEWORLEANS | 4 | 2:00 |
| 206 | 09/04 | 05:43PM | 504 | 813-6381 | INCOMING | P | 2:00 |
| 207 | 09/04 | 09:40PM | 334 | 821-2493 | AUBURN | W O | 1:00 |
| 208 | 09/05 | 02:16AM | 334 | 740-0032 | INCOMING | W O | 25:00 |

```
209 09/05 02:10PM   301 847-0998 LAYHILL       P   5:00
210 09/05 02:11PM   301 847-0998 LAYHILL       4   4:00
211 09/05 02:15PM   202 530-0684 WASHINGTON    P   1:00
212 09/05 02:38PM   334 745-6949 INCOMING      P   4:00
213 09/05 04:07PM   334 887-7448 INCOMING      P   2:00
214 09/05 05:13PM   334 727-7215 INCOMING      P  22:00
215 09/05 09:37PM   504 945-8781 NEWORLEANS W  2   1:00
216 09/05 09:39PM   334 821-2493 AUBURN      W  2   1:00
217 09/05 09:54PM   301 847-0998 LAYHILL     W  2   6:00
218 09/05 09:54PM   301 847-0998 LAYHILL        4   6:00
219 09/05 10:22PM   504 309-0979 NEWORLEANS W  2   2:00
220 09/05 10:22PM   504 309-0979 NEWORLEANS    4   2:00
221 09/05 10:24PM   504 715-5694 NEWORLEANS W  2   1:00
222 09/05 10:24PM   504 715-5694 NEWORLEANS    4   1:00
223 09/05 10:24PM   504 945-8781 NEWORLEANS W  2   1:00
224 09/05 10:24PM   504 945-8781 NEWORLEANS    4   1:00
225 09/05 10:25PM   504 945-8781 NEWORLEANS W  2   9:00
226 09/05 10:25PM   504 945-8781 NEWORLEANS    4   9:00
227 09/05 10:36PM   334 703-5244 AUBURN      W  2  22:00
228 09/05 10:59PM   334 703-5244 INCOMING    W  2   6:00
229 09/06 00:17AM   504 945-8781 INCOMING    W  2   4:00
230 09/06 05:44AM   800 789-4385 800 SERV.   W  2   5:00
231 09/06 06:10AM   800 900-4111 800 SERV.   W  2   3:00
232 09/06 08:52AM   301 847-0998 LAYHILL     W  2   1:00
233 09/06 08:54AM   504 309-0979 NEWORLEANS W  2  24:00
234 09/06 08:54AM   504 309-0979 NEWORLEANS    4  24:00
235 09/06 09:23AM   504 309-0979 NEWORLEANS W  2  12:00
236 09/06 09:23AM   504 309-0979 NEWORLEANS    4  12:00
237 09/06 09:34AM   301 847-0998 INCOMING    W  2  45:00
238 09/06 10:19AM   504 945-8781 NEWORLEANS W  2   2:00
239 09/06 10:19AM   504 945-8781 NEWORLEANS    4   1:00
240 09/06 10:54AM   334 745-6949 OPELIKA     W  2  34:00
241 09/06 11:28AM   334 332-8028 AUBURN      W  2   2:00
242 09/06 11:30AM   334 502-8032 AUBURN      W  2  22:00
243 09/06 11:52AM   334 502-8032 AUBURN      W  2   1:00
244 09/06 11:53AM   334 502-8032 AUBURN      W  2   6:00
245 09/06 01:27PM   800 903-3637 800 SERV.   W  2   4:00
246 09/06 02:17PM   301 847-0998 LAYHILL     W  2   1:00
247 09/06 02:17PM   301 847-0998 LAYHILL        4   1:00
248 09/06 02:18PM   301 847-0998 LAYHILL     W  2   2:00
249 09/06 02:18PM   301 847-0998 LAYHILL        4   2:00
250 09/06 02:25PM   334 750-0857 INCOMING    W  2   6:00
251 09/06 08:58PM   334 750-0857 AUBURN      W  2   3:00
252 09/07 08:55AM   504 715-5694 INCOMING    W  2   2:00
253 09/07 08:56AM   504 945-8781 NEWORLEANS W  2   4:00
254 09/07 08:56AM   504 945-8781 NEWORLEANS    4   4:00
255 09/07 09:00AM   301 847-0998 LAYHILL     W  2   1:00
256 09/07 09:01AM   301 233-5395 SILVER SPG  W  2   1:00
257 09/07 09:02AM   301 233-5395 SILVER SPG     4   1:00
258 09/07 09:06AM   301 233-5395 SILVER SPG  W  2   1:00
259 09/07 09:06AM   301 233-5395 SILVER SPG     4   1:00
260 09/07 09:06AM   301 233-5395 SILVER SPG  W  2   1:00
261 09/07 09:06AM   301 233-5395 SILVER SPG     4   1:00
262 09/07 09:07AM   504 945-8781 NEWORLEANS W  2   2:00
263 09/07 09:08AM   504 945-8781 NEWORLEANS    4   2:00
264 09/07 01:30PM   334 750-0857 AUBURN      W  2   5:00
265 09/07 01:36PM   334 821-2493 AUBURN      W  2   5:00
266 09/07 01:40PM   301 847-0998 LAYHILL     W  2   1:00
267 09/07 01:41PM   301 233-5395 SILVER SPG  W  2   1:00
268 09/07 01:41PM   301 233-5395 SILVER SPG     4   1:00
269 09/07 01:42PM   301 233-5402 SILVER SPG  W  2   1:00
270 09/07 01:42PM   301 233-5402 SILVER SPG     4   1:00
271 09/07 01:42PM   301 847-0998 LAYHILL     W  2   1:00
272 09/07 01:43PM   301 847-0998 LAYHILL        4   1:00
273 09/07 01:46PM   504 715-5694 NEWORLEANS W  2   2:00
274 09/07 01:46PM   504 715-5694 NEWORLEANS    4   2:00
275 09/07 04:03PM   334 750-0857 INCOMING    W  2   3:00
276 09/07 04:25PM   334 750-0857 AUBURN      W  2   1:00
277 09/07 04:40PM   504 945-8781 INCOMING    W  2   2:00
278 09/07 04:42PM   504 945-8781 INCOMING    W  2   1:00
279 09/07 11:59PM   334 740-0032 INCOMING    W  2   2:00
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 280 | 09/08 | 06:40AM | | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 281 | 09/08 | 06:41AM | | 334 | 750-0857 | AUBURN | W | 2 | 5:00 |
| 282 | 09/08 | 06:47AM | | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 283 | 09/08 | 06:47AM | | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 284 | 09/08 | 06:51AM | | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 285 | 09/08 | 06:51AM | | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 286 | 09/08 | 06:53AM | | 504 | 309-0979 | NEWORLEANS | W | 2 | 7:00 |
| 287 | 09/08 | 06:53AM | | 504 | 309-0979 | NEWORLEANS | | 4 | 6:00 |
| 288 | 09/08 | 09:17AM | | 334 | 750-0857 | AUBURN | | P | 2:00 |
| 289 | 09/08 | 09:18AM | | 301 | 847-0998 | INCOMING | C | P | 1:00 |
| 290 | 09/08 | 09:20AM | | 334 | 750-0857 | AUBURN | | P | 7:00 |
| 291 | 09/08 | 10:12AM | | 334 | 745-6949 | OPELIKA | | P | 1:00 |
| 292 | 09/08 | 10:16AM | TG | 334 | 332-8028 | INCOMING | R | P | 1:00 |
| 293 | 09/08 | 10:44AM | | 334 | 745-6949 | OPELIKA | | P | 2:00 |
| 294 | 09/08 | 12:15PM | | 202 | 530-0684 | WASHINGTON | | P | 1:00 |
| 295 | 09/08 | 12:21PM | | 334 | 332-8028 | AUBURN | | P | 1:00 |
| 296 | 09/08 | 12:26PM | | 301 | 847-0998 | INCOMING | | P | 3:00 |
| 297 | 09/08 | 01:44PM | | 202 | 530-0684 | WASHINGTON | | P | 1:00 |
| 298 | 09/08 | 04:23PM | | 301 | 847-0998 | LAYHILL | | P | 1:00 |
| 299 | 09/08 | 04:23PM | | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 300 | 09/08 | 10:23PM | | 504 | 309-0979 | INCOMING | W | O | 12:00 |
| 301 | 09/08 | 10:35PM | | 504 | 309-0979 | NEWORLEANS | W | O | 58:00 |
| 302 | 09/08 | 10:36PM | | 504 | 309-0979 | NEWORLEANS | | 4 | 58:00 |
| 303 | 09/09 | 09:40AM | | 334 | 502-3207 | AUBURN | | P | 1:00 |
| 304 | 09/09 | 10:05AM | | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 305 | 09/09 | 10:06AM | | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 306 | 09/09 | 10:09AM | | 504 | 945-8781 | NEWORLEANS | | P | 3:00 |
| 307 | 09/09 | 10:09AM | | 504 | 945-8781 | NEWORLEANS | | 4 | 3:00 |
| 308 | 09/09 | 10:18AM | | 301 | 233-5395 | INCOMING | | P | 1:00 |
| 309 | 09/09 | 10:19AM | | 301 | 233-5395 | INCOMING | | P | 10:00 |
| 310 | 09/09 | 10:28AM | | 301 | 233-5395 | INCOMING | | P | 1:00 |
| 311 | 09/09 | 11:51AM | | 504 | 715-5694 | NEWORLEANS | | P | 4:00 |
| 312 | 09/09 | 11:51AM | | 504 | 715-5694 | NEWORLEANS | | 4 | 4:00 |
| 313 | 09/09 | 01:26PM | | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 314 | 09/09 | 02:37PM | | 202 | 530-9429 | WASHINGTON | | P | 17:00 |
| 315 | 09/09 | 02:38PM | | 202 | 530-9429 | WASHINGTON | | 4 | 16:00 |
| 316 | 09/09 | 09:04PM | | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 317 | 09/09 | 09:04PM | | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 318 | 09/09 | 09:16PM | | 504 | 309-0979 | INCOMING | W | O | 4:00 |
| 319 | 09/10 | 10:06AM | | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 320 | 09/10 | 10:06AM | | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 321 | 09/10 | 10:06AM | | 202 | 530-9429 | WASHINGTON | | P | 7:00 |
| 322 | 09/10 | 10:06AM | | 202 | 530-9429 | WASHINGTON | | 4 | 7:00 |
| 323 | 09/10 | 10:25AM | | 202 | 530-9429 | WASHINGTON | | P | 6:00 |
| 324 | 09/10 | 10:25AM | | 202 | 530-9429 | WASHINGTON | | 4 | 6:00 |
| 325 | 09/10 | 10:33AM | | 202 | 530-9429 | WASHINGTON | | P | 6:00 |
| 326 | 09/10 | 10:33AM | | 202 | 530-9429 | WASHINGTON | | 4 | 6:00 |
| 327 | 09/10 | 10:49AM | | 504 | 568-6031 | NEWORLEANS | | P | 2:00 |
| 328 | 09/10 | 10:49AM | | 504 | 568-6031 | NEWORLEANS | | 4 | 2:00 |
| 329 | 09/10 | 11:23AM | | 800 | 967-8777 | 800 SERV. | | P | 5:00 |
| 330 | 09/10 | 11:40AM | | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 331 | 09/10 | 11:40AM | | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 332 | 09/10 | 11:45AM | | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 333 | 09/10 | 11:45AM | | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 334 | 09/10 | 01:03PM | | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 335 | 09/10 | 02:52PM | | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 336 | 09/10 | 02:52PM | | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 337 | 09/10 | 03:11PM | | 202 | 530-0684 | INCOMING | | P | 4:00 |
| 338 | 09/10 | 04:30PM | | 334 | 821-2493 | AUBURN | | P | 1:00 |
| 339 | 09/10 | 04:31PM | | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 340 | 09/10 | 04:46PM | | 334 | 750-0857 | AUBURN | | P | 5:00 |
| 341 | 09/10 | 05:04PM | | 334 | 703-5244 | AUBURN | | P | 5:00 |
| 342 | 09/10 | 05:31PM | | 334 | 750-0857 | INCOMING | | P | 9:00 |
| 343 | 09/10 | 09:03PM | | 504 | 309-0979 | NEWORLEANS | W | O | 11:00 |
| 344 | 09/10 | 09:03PM | | 504 | 309-0979 | NEWORLEANS | | 4 | 11:00 |
| 345 | 09/11 | 01:42PM | | 334 | 727-4142 | INCOMING | | P | 1:00 |
| 346 | 09/11 | 02:05PM | | 334 | 745-6949 | INCOMING | | P | 20:00 |
| 347 | 09/11 | 02:29PM | | 334 | 745-6949 | INCOMING | | P | 5:00 | 2.25 | 2.25 |
| 348 | 09/11 | 09:18PM | | 504 | 309-0979 | INCOMING | W | O | 1:00 |
| 349 | 09/11 | 09:19PM | | 504 | 309-0979 | NEWORLEANS | W | O | 16:00 |
| 350 | 09/11 | 09:19PM | | 504 | 309-0979 | NEWORLEANS | | 4 | 16:00 |

```
351 09/12 07:45AM   334 332-8028 AUBURN        P   1:00   0.45        0.45
352 09/12 03:32PM   301 233-5395 INCOMING      P   3:00   1.35        1.35
353 09/12 09:21PM   504 309-0979 NEWORLEANS W 2   2:00
354 09/12 09:21PM   504 309-0979 NEWORLEANS   4   2:00
355 09/12 09:24PM   334 332-8028 AUBURN      W 2   1:00
356 09/13 07:40AM   504 945-8781 NEWORLEANS W 2   1:00
357 09/13 07:55AM   504 945-8781 NEWORLEANS W 2   1:00
358 09/13 07:55AM   504 945-8781 NEWORLEANS   4   1:00
359 09/13 11:31AM   301 847-0998 LAYHILL     W 2   1:00
360 09/13 11:32AM   301 233-5395 SILVER SPG W 2  54:00
361 09/13 11:32AM   301 233-5395 SILVER SPG   4  53:00
362 09/13 12:26PM   504 945-8781 NEWORLEANS W 2   2:00
363 09/13 12:26PM   504 945-8781 NEWORLEANS   4   2:00
364 09/13 12:28PM   504 715-5694 NEWORLEANS W 2   2:00
365 09/13 12:28PM   504 715-5694 NEWORLEANS   4   2:00
366 09/13 02:59PM   800 789-4385 800 SERV.  W 2   7:00
367 09/13 03:07PM   334 725-2600 TUSKEGEE    W     2:00
368 09/13 03:08PM   334 725-2600 TUSKEGEE    W     2:00
369 09/13 03:34PM   504 945-8781 NEWORLEANS W 2   4:00
370 09/13 03:35PM   504 945-8781 NEWORLEANS   4   3:00
371 09/13 03:38PM   504 712-0907 KENNER     W 2   4:00
372 09/13 03:38PM   504 712-0907 KENNER       4   4:00
373 09/13 03:42PM   504 943-6997 NEWORLEANS W 2  18:00
374 09/13 03:43PM   504 943-6997 NEWORLEANS   4  18:00
375 09/13 06:39PM   504 945-8781 INCOMING   W 2   3:00
376 09/13 09:26PM   334 332-8028 AUBURN     W 2   1:00
377 09/14 01:54AM   334 332-8028 AUBURN     W 2   1:00
378 09/14 01:55AM   504 309-0979 NEWORLEANS W 2  10:00
379 09/14 01:56AM   504 309-0979 NEWORLEANS   4  10:00
380 09/14 09:52AM   301 847-0998 INCOMING   W 2   7:00
381 09/14 10:11AM   504 945-8781 NEWORLEANS W 2   1:00
382 09/14 10:11AM   504 945-8781 NEWORLEANS   4   1:00
383 09/14 11:06AM   334 725-2600 TUSKEGEE    W     2:00
384 09/14 11:24AM   334 703-5244 INCOMING    W     1:00
385 09/14 12:34PM   334 332-8028 AUBURN     W 2   1:00
386 09/14 06:55PM   504 309-0979 NEWORLEANS W 2   3:00
387 09/14 06:55PM   504 309-0979 NEWORLEANS   4   3:00
388 09/14 07:13PM   334 727-7807 TUSKEGEE    W     4:00
389 09/14 09:30PM   334 725-2600 TUSKEGEE    W     2:00
390 09/14 09:51PM   504 945-8781 NEWORLEANS W 2   7:00
391 09/14 09:51PM   504 945-8781 NEWORLEANS   4   7:00
392 09/15 10:27AM   301 847-0998 INCOMING    P  10:00   4.50        4.50
393 09/15 12:00PM   301 847-0998 INCOMING    P   2:00   0.90        0.90
394 09/15 01:36PM   334 332-8028 AUBURN      P   1:00   0.45        0.45
395 09/15 02:11PM   202 530-9429 WASHINGTON  P   1:00   0.45        0.45
396 09/15 02:11PM   202 530-9429 WASHINGTON   4   1:00
397 09/15 10:03PM   504 945-8781 NEWORLEANS W O   4:00
398 09/15 10:03PM   504 945-8781 NEWORLEANS   4   4:00
399 09/16 01:47AM   334 740-0032 INCOMING   W O   3:00
400 09/16 11:29AM   334 332-8028 AUBURN      P   1:00   0.45        0.45
401 09/16 12:46PM   334 332-8028 AUBURN      P   1:00   0.45        0.45
402 09/16 12:48PM   301 847-0998 LAYHILL     P   1:00   0.45        0.45
403 09/16 12:48PM   301 847-0998 LAYHILL      4   1:00
404 09/16 09:17PM   334 332-8028 AUBURN     W O   1:00
405 09/16 09:30PM   334 725-2600 TUSKEGEE    W     2:00
406 09/16 09:31PM   334 725-2600 TUSKEGEE    W     2:00
407 09/16 09:53PM   334 332-8028 AUBURN     W O   1:00
408 09/17 01:14PM   334 332-8028 AUBURN     W O   1:00   0.45        0.45
409 09/18 06:09AM   504 945-8781 NEWORLEANS W O   2:00
410 09/18 06:11AM   301 847-0998 LAYHILL    W O   1:00
411 09/18 06:11AM   301 847-0998 LAYHILL      4   1:00
412 09/18 06:38AM   504 945-8781 NEWORLEANS W O   1:00
413 09/18 09:03PM   301 847-0998 LAYHILL    W O   4:00
414 09/18 09:03PM   301 847-0998 LAYHILL      4   3:00
415 09/18 09:06PM   504 945-8781 NEWORLEANS W O   1:00
416 09/18 09:07PM   504 715-5694 NEWORLEANS W O   2:00
417 09/18 09:07PM   504 715-5694 NEWORLEANS   4   2:00
418 09/19 03:14AM   334 332-8028 AUBURN     W O   2:00
419 09/19 03:17AM   504 309-0979 NEWORLEANS W O   1:00
420 09/19 03:18AM   504 309-0979 NEWORLEANS   4   1:00
421 09/19 03:18AM   504 309-0979 NEWORLEANS W O   1:00
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 422 | 09/19 | 03:19AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | |
| 423 | 09/19 | 03:22AM | 504 | 945-8781 | NEWORLEANS W | O | | 1:00 | | |
| 424 | 09/19 | 08:13AM | 334 | 332-8028 | AUBURN | | P | 2:00 | 0.90 | 0.90 |
| 425 | 09/19 | 10:45AM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 426 | 09/19 | 12:36PM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 427 | 09/20 | 08:17AM | 301 | 847-0998 | LAYHILL | | 2 | 1:00 | 0.45 | 0.45 |
| 428 | 09/20 | 08:17AM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | |
| 429 | 09/20 | 12:31PM | 301 | 847-0998 | LAYHILL | | 2 | 1:00 | 0.45 | 0.45 |
| 430 | 09/20 | 12:31PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | |
| 431 | 09/20 | 12:32PM | 504 | 309-0979 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 432 | 09/20 | 12:33PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | |
| 433 | 09/20 | 12:34PM | 334 | 332-8028 | AUBURN | | 2 | 2:00 | 0.90 | 0.90 |
| 434 | 09/20 | 12:36PM | 504 | 261-3404 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 435 | 09/20 | 12:36PM | 504 | 261-3404 | NEWORLEANS | | 4 | 1:00 | | |
| 436 | 09/20 | 12:37PM | 504 | 261-3404 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 437 | 09/20 | 12:37PM | 504 | 261-3404 | NEWORLEANS | | 4 | 1:00 | | |
| 438 | 09/20 | 12:38PM | 504 | 309-0979 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 439 | 09/20 | 12:38PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | |
| 440 | 09/20 | 12:38PM | 301 | 847-0998 | LAYHILL | | 2 | 7:00 | 3.15 | 3.15 |
| 441 | 09/20 | 12:38PM | 301 | 847-0998 | LAYHILL | | 4 | 7:00 | | |
| 442 | 09/20 | 03:10PM | 301 | 847-0998 | LAYHILL | | 2 | 10:00 | 4.50 | 4.50 |
| 443 | 09/20 | 03:11PM | 301 | 847-0998 | LAYHILL | | 4 | 10:00 | | |
| 444 | 09/20 | 03:19PM | 504 | 309-0979 | INCOMING | C | 2 | 3:00 | 1.35 | 1.35 |
| 445 | 09/20 | 03:39PM | 334 | 750-0857 | AUBURN | | 2 | 1:00 | 0.45 | 0.45 |
| 446 | 09/20 | 05:07PM | 504 | 945-8781 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 447 | 09/20 | 05:09PM | 334 | 725-2600 | TUSKEGEE | | | 4:00 | 0.90 | 0.90 |
| 448 | 09/20 | 05:12PM | 334 | 750-0857 | AUBURN | | 2 | 1:00 | 0.45 | 0.45 |
| 449 | 09/20 | 05:13PM | 334 | 750-0857 | AUBURN | | 2 | 1:00 | 0.45 | 0.45 |
| 450 | 09/20 | 05:16PM | 334 | 750-0857 | AUBURN | | 2 | 3:00 | 1.35 | 1.35 |
| 451 | 09/20 | 06:12PM | 301 | 847-0998 | LAYHILL | | 2 | 1:00 | 0.45 | 0.45 |
| 452 | 09/20 | 06:13PM | 301 | 847-0998 | LAYHILL | | 2 | 3:00 | 1.35 | 1.35 |
| 453 | 09/20 | 06:13PM | 301 | 847-0998 | LAYHILL | | 4 | 3:00 | | |
| 454 | 09/20 | 06:16PM | 504 | 715-5694 | NEWORLEANS | | 2 | 3:00 | 1.35 | 1.35 |
| 455 | 09/20 | 06:16PM | 504 | 715-5694 | NEWORLEANS | | 4 | 3:00 | | |
| 456 | 09/20 | 09:41PM | 800 | 789-4385 | 800 SERV. | | 2 | 3:00 | 1.35 | 1.35 |
| 457 | 09/20 | 09:45PM | 504 | 945-8781 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 458 | 09/20 | 09:47PM | 504 | 715-5694 | NEWORLEANS | | 2 | 1:00 | 0.45 | 0.45 |
| 459 | 09/20 | 09:47PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 | | |
| 460 | 09/20 | 09:48PM | 504 | 309-0979 | NEWORLEANS | | 2 | 2:00 | 0.90 | 0.90 |
| 461 | 09/20 | 09:48PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | |
| 462 | 09/20 | 09:50PM | 334 | 740-0032 | AUBURN | | 2 | 5:00 | 2.25 | 2.25 |

Exhibit 8

Oct - Nov 2003

Noticeable Change

on pg. 1

**Billed Airtime**
**Account: 41072662**

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028    ---- CHARGES ----

| Item | Date | Time | CL | No. | Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/21 | 02:05PM | | 334 | 502-8032 | AUBURN | | P | 17:00 | | | |
| 2 | 10/22 | 07:03AM | | 334 | 502-8032 | AUBURN | | P | 3:00 | | | |
| 3 | 10/22 | 07:36AM | | 301 | 233-5395 | SILVER SPG | | P | 4:00 | | | |
| 4 | 10/22 | 07:36AM | | 301 | 233-5395 | SILVER SPG | 4 | | 3:00 | | | |
| 5 | 10/22 | 07:00PM | | 504 | 309-0979 | NEWORLEANS | W | O | 4:00 | | | |
| 6 | 10/22 | 07:01PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 4:00 | | | |
| 7 | 10/22 | 07:05PM | | 205 | 731-0083 | BIRMINGHAM | W | O | 2:00 | | | |
| 8 | 10/22 | 07:07PM | | 301 | 847-0998 | LAYHILL | W | O | 39:00 | | | |
| 9 | 10/22 | 07:07PM | | 301 | 847-0998 | LAYHILL | 4 | | 38:00 | | | |
| 10 | 10/22 | 07:46PM | | 205 | 731-0083 | BIRMINGHAM | W | O | 5:00 | | | |
| 11 | 10/22 | 07:51PM | | 301 | 847-0998 | LAYHILL | W | O | 3:00 | | | |
| 12 | 10/22 | 07:51PM | | 301 | 847-0998 | LAYHILL | 4 | | 3:00 | | | |
| 13 | 10/22 | 07:54PM | | 205 | 731-1070 | BIRMINGHAM | W | O | 2:00 | | | |
| 14 | 10/22 | 07:54PM | | 205 | 731-1070 | BIRMINGHAM | 4 | | 2:00 | | | |
| 15 | 10/22 | 07:56PM | | 301 | 847-0998 | LAYHILL | W | O | 9:00 | | | |
| 16 | 10/22 | 07:56PM | | 301 | 847-0998 | LAYHILL | 4 | | 8:00 | | | |
| 17 | 10/22 | 08:04PM | | 504 | 309-0979 | NEWORLEANS | W | O | 10:00 | | | |
| 18 | 10/22 | 08:05PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 10:00 | | | |
| 19 | 10/22 | 08:14PM | | 301 | 847-0998 | LAYHILL | W | O | 12:00 | | | |
| 20 | 10/22 | 08:14PM | | 301 | 847-0998 | LAYHILL | 4 | | 12:00 | | | |
| 21 | 10/22 | 08:34PM | | 301 | 847-0998 | LAYHILL | W | O | 8:00 | | | |
| 22 | 10/22 | 08:34PM | | 301 | 847-0998 | LAYHILL | 4 | | 7:00 | | | |
| 23 | 10/23 | 07:31AM | | 202 | 53?-9429 | WASHINGTON | | P | 5:00 | | | |
| 24 | 10/23 | 07:31AM | | 202 | 530-9429 | WASHINGTON | 4 | | 5:00 | | | |
| 25 | 10/23 | 11:37AM | TG | 202 | 530-0684 | /TUSKEGEE, | R | P | 1:00 | | | |
| 26 | 10/23 | 11:44AM | | 202 | 530-9429 | WASHINGTON | | P | 7:00 | | | |
| 27 | 10/23 | 11:44AM | | 202 | 530-9429 | WASHINGTON | 4 | | 7:00 | | | |
| 28 | 10/23 | 06:09PM | | 504 | 813-6381 | INCOMING | | P | 1:00 | | | |
| 29 | 10/23 | 07:08PM | | 334 | 332-8028 | AUBURN | W | O | 1:00 | | | |
| 30 | 10/23 | 07:09PM | | 301 | 233-5395 | SILVER SPG | W | O | 1:00 | | | |
| 31 | 10/23 | 07:09PM | | 301 | 233-5395 | SILVER SPG | 4 | | 1:00 | | | |
| 32 | 10/23 | 07:09PM | | 334 | 332-8028 | AUBURN | W | O | 2:00 | | | |
| 33 | 10/23 | 07:10PM | | 301 | 847-0998 | INCOMING | W | O | 8:00 | | | |
| 34 | 10/23 | 07:18PM | | 504 | 309-0979 | NEWORLEANS | W | O | 13:00 | | | |
| 35 | 10/23 | 07:18PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 13:00 | | | |
| 36 | 10/23 | 07:31PM | | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 | | | |
| 37 | 10/23 | 07:37PM | | 301 | 847-0998 | LAYHILL | W | O | 5:00 | | | |
| 38 | 10/23 | 07:38PM | | 301 | 847-0998 | LAYHILL | 4 | | 5:00 | | | |
| 39 | 10/23 | 08:02PM | | 504 | 309-0979 | NEWORLEANS | W | O | 2:00 | | | |
| 40 | 10/23 | 08:02PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 2:00 | | | |
| 41 | 10/23 | 08:05PM | | 504 | 715-5694 | NEWORLEANS | W | O | 1:00 | | | |
| 42 | 10/23 | 08:05PM | | 504 | 715-5694 | NEWORLEANS | 4 | | 1:00 | | | |
| 43 | 10/23 | 08:05PM | | 504 | 309-0979 | NEWORLEANS | W | O | 10:00 | | | |
| 44 | 10/23 | 08:06PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 10:00 | | | |
| 45 | 10/23 | 08:17PM | | 504 | 309-0979 | NEWORLEANS | W | O | 8:00 | | | |
| 46 | 10/23 | 08:17PM | | 504 | 309-0979 | NEWORLEANS | 4 | | 8:00 | | | |
| 47 | 10/23 | 08:25PM | | 504 | 945-8781 | INCOMING | W | O | 1:00 | | | |
| 48 | 10/23 | 08:25PM | | 504 | 94?-8781 | NEWORLEANS | W | O | 22:00 | | | |
| 49 | 10/23 | 08:25PM | | 504 | 9?5-8781 | NEWORLEANS | 4 | | 22:00 | | | |
| 50 | 10/23 | 10:11PM | | 334 | 740-0032 | AUBURN | W | O | 2:00 | | | |
| 51 | 10/23 | 11:04PM | | 504 | 309-0979 | INCOMING | W | O | 2:00 | | | |
| 52 | 10/24 | 05:16AM | | 205 | 731-1070 | BIRMINGHAM | W | O | 2:00 | | | |
| 53 | 10/24 | 05:17AM | | 205 | 731-1070 | BIRMINGHAM | 4 | | 1:00 | | | |
| 54 | 10/24 | 09:21AM | | 301 | 847-0998 | INCOMING | | P | 13:00 | | | |
| 55 | 10/24 | 09:53AM | | 334 | 740-0032 | INCOMING | | P | 3:00 | | | |
| 56 | 10/24 | 07:44PM | | 301 | 847-0998 | LAYHILL | W | 2 | 10:00 | | | |
| 57 | 10/24 | 07:44PM | | 301 | 847-0998 | LAYHILL | 4 | | 10:00 | | | |
| 58 | 10/24 | 07:54PM | | 504 | 945-8781 | NEWORLEANS | W | 2 | 8:00 | | | |
| 59 | 10/24 | 07:54PM | | 504 | 945-8781 | NEWORLEANS | 4 | | 8:00 | | | |
| 60 | 10/24 | 11:39PM | | 800 | 789-4385 | 800 SERV. | W | 2 | 2:00 | | | |
| 61 | 10/25 | 09:48AM | | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 | | | |
| 62 | 10/25 | 09:49AM | | 504 | 309-0979 | NEWORLEANS | W | 2 | 4:00 | | | |
| 63 | 10/25 | 09:49AM | | 504 | 309-0979 | NEWORLEANS | 4 | | 4:00 | | | |
| 64 | 10/25 | 09:52AM | | 301 | 847-0998 | LAYHILL | W | 2 | 38:00 | | | |
| 65 | 10/25 | 09:53AM | | 301 | 847-0998 | LAYHILL | 4 | | 38:00 | | | |
| 66 | 10/25 | 11:38AM | | 301 | 847-0998 | LAYHILL | W | 2 | 9:00 | | | |

*[handwritten annotation: "phone was in roam status"]*

```
 67 10/25 11:38AM   301 847-0998  LAYHILL         4    9:00
 68 10/25 11:58AM   301 847-0998  LAYHILL      W  2   20:00
 69 10/25 11:59AM   301 847-0998  LAYHILL      W  2   20:00
 70 10/25 12:57PM   334 332-8028  AUBURN       W  2    1:00
 71 10/25 04:27PM   504 715-5694  INCOMING     W  2    4:00
 72 10/25 04:32PM   504 943-6997  NEWORLEANS   W  2    8:00
 73 10/25 04:32PM   504 943-6997  NEWORLEANS      4    8:00
 74 10/25 04:44PM   504 309-0979  NEWORLEANS   W  2    4:00
 75 10/25 04:44PM   504 309-0979  NEWORLEANS      4    4:00
 76 10/25 04:48PM   334 332-8028  AUBURN       W  2    1:00
 77 10/25 08:59PM   504 309-0979  NEWORLEANS   W  2    2:00
 78 10/25 08:59PM   504 309-0979  NEWORLEANS      4    2:00
 79 10/25 09:35PM   504 309-0979  INCOMING     W  2    1:00
 80 10/26 02:11AM   334 745-6949  OPELIKA      W  2    2:00
 81 10/26 01:27PM   334 332-8028  AUBURN       W  2    1:00
 82 10/26 01:48PM   334 745-6949  OPELIKA      W  2    8:00
 83 10/26 02:03PM   334 264-5106  INCOMING     W  2   18:00
 84 10/26 08:00PM   301 847-0998  LAYHILL      W  2    1:00
 85 10/26 08:01PM   301 847-0998  LAYHILL         4    1:00
 86 10/26 08:03PM   301 847-0998  INCOMING     W  2    3:00
 87 10/26 08:23PM   334 332-8028  AUBURN       W  2    2:00
 88 10/26 08:50PM   301 847-0998  LAYHILL      W  2    9:00
 89 10/26 08:51PM   301 847-0998  LAYHILL         4    8:00
 90 10/26 09:47PM   504 945-8781  NEWORLEANS   W  2    2:00
 91 10/26 09:48PM   504 945-8781  NEWORLEANS      4    2:00
 92 10/27 06:57AM   202 530-9429  WASHINGTON   W  2    6:00
 93 10/27 06:57AM   202 530-9429  WASHINGTON      4    6:00
 94 10/27 07:22AM   202 530-9429  WASHINGTON      P    2:00
 95 10/27 07:22AM   202 530-9429  WASHINGTON      4    2:00
 96 10/27 07:27AM   334 745-6949  OPELIKA         P    2:00
 97 10/27 07:37AM   202 530-0684  INCOMING        P    7:00
 98 10/27 09:58AM   334 502-8032  INCOMING        P   13:00
 99 10/27 10:53AM   301 847-0998  INCOMING        P    8:00
100 10/27 08:08PM   334 332-8028  AUBURN       W  O    2:00
101 10/27 08:13PM   202 589-1500  WASHINGTON   W  O    6:00
102 10/27 08:13PM   202 589-1500  WASHINGTON      4    6:00
103 10/27 08:38PM   202 589-1500  WASHINGTON   W  O    1:00
104 10/27 08:38PM   202 589-1500  WASHINGTON      4    1:00
105 10/27 08:52PM   301 233-5402  SILVER SPG   W  O    1:00
106 10/27 08:52PM   301 233-5402  SILVER SPG      4    1:00
107 10/27 08:53PM   504 945-8781  NEWORLEANS   W  O    1:00
108 10/27 08:57PM   334 727-5529  TUSKEGEE     W  O    1:00
109 10/27 09:01PM   301 233-5395  SILVER SPG   W  O    1:00
110 10/27 09:02PM   301 233-5395  SILVER SPG      4    1:00
111 10/27 09:02PM   301 847-0998  LAYHILL      W  O   18:00
112 10/27 09:02PM   301 847-0998  LAYHILL         4   18:00
113 10/27 09:28PM   334 727-5529  INCOMING     W  O    2:00
114 10/28 03:28PM   202 530-9429  WASHINGTON      P    1:00
115 10/28 03:28PM   202 530-9429  WASHINGTON      4    1:00
116 10/28 03:30PM   202 530-9429  WASHINGTON      P    1:00
117 10/28 03:30PM   202 530-9429  WASHINGTON      4    1:00
118 10/28 03:37PM   202 530-9429  WASHINGTON      P    1:00
119 10/28 03:37PM   202 530-9429  WASHINGTON      4    1:00
120 10/28 03:37PM   202 530-9429  WASHINGTON      P    1:00
121 10/28 03:37PM   202 530-9429  WASHINGTON      4    1:00
122 10/28 03:40PM   202 530-9429  WASHINGTON      P    1:00
123 10/28 03:40PM   202 530-9429  WASHINGTON      4    1:00
124 10/28 03:40PM   301 233-5395  SILVER SPG      P    1:00
125 10/28 03:40PM   301 233-5395  SILVER SPG      4    1:00
126 10/28 03:43PM   504 945-8781  NEWORLEANS      P    1:00
127 10/28 03:49PM   202 530-9429  WASHINGTON      P    1:00
128 10/28 03:49PM   202 530-9429  WASHINGTON      4    1:00
129 10/28 03:52PM   334 745-6949  OPELIKA         P    2:00
130 10/28 03:54PM   202 530-9429  WASHINGTON      P    1:00
131 10/28 03:54PM   202 530-9429  WASHINGTON      4    1:00
132 10/28 03:55PM   301 233-5402  SILVER SPG      P    1:00
133 10/28 03:55PM   301 233-5402  SILVER SPG      4    1:00
134 10/28 03:55PM   301 847-0998  LAYHILL         P    2:00
135 10/28 03:55PM   301 847-0998  LAYHILL         4    1:00
136 10/28 04:11PM   202 530-9429  WASHINGTON      P    1:00
137 10/28 04:11PM   202 530-9429  WASHINGTON      4    1:00
```

| 138 | 10/28 | 04:17PM | 202 530-9429 | WASHINGTON | P | 1:00 |
|---|---|---|---|---|---|---|
| 139 | 10/28 | 04:17PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 140 | 10/28 | 04:29PM | 334 750-0857 | AUBURN | P | 1:00 |
| 141 | 10/28 | 06:24PM | 301 847-0998 | LAYHILL | P | 15:00 |
| 142 | 10/28 | 06:24PM | 301 847-0998 | LAYHILL | 4 | 15:00 |
| 143 | 10/28 | 07:00PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 144 | 10/28 | 07:00PM | 504 945-8781 | NEWORLEANS | W O | 2:00 |
| 145 | 10/28 | 07:00PM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 146 | 10/28 | 07:14PM | 334 750-0857 | INCOMING | W O | 45:00 |
| 147 | 10/28 | 08:02PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 148 | 10/28 | 08:03PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 149 | 10/28 | 08:06PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 150 | 10/28 | 08:06PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 151 | 10/28 | 08:08PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 152 | 10/28 | 08:09PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 153 | 10/28 | 08:14PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 154 | 10/28 | 08:19PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 155 | 10/28 | 08:20PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 156 | 10/28 | 08:21PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 157 | 10/28 | 08:29PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 158 | 10/28 | 08:30PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 159 | 10/28 | 08:36PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 160 | 10/28 | 08:38PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 161 | 10/28 | 08:38PM | 334 745-6949 | INCOMING | W O | 2:00 |
| 162 | 10/28 | 08:39PM | 334 745-6949 | INCOMING | W O | 8:00 |
| 163 | 10/28 | 08:47PM | 334 750-0857 | AUBURN | W O | 2:00 |
| 164 | 10/28 | 08:51PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 165 | 10/28 | 08:52PM | 256 339-1136 | INCOMING | W O | 1:00 |
| 166 | 10/28 | 08:53PM | 334 750-0857 | AUBURN | W O | 12:00 |
| 167 | 10/28 | 09:07PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 168 | 10/28 | 09:25PM | 504 309-0979 | NEWORLEANS | W O | 3:00 |
| 169 | 10/28 | 09:25PM | 504 309-0979 | NEWORLEANS | 4 | 2:00 |
| 170 | 10/28 | 09:28PM | 301 847-0998 | LAYHILL | W O | 1:00 |
| 171 | 10/28 | 09:28PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 172 | 10/28 | 09:32PM | 504 309-0979 | INCOMING | W O | 1:00 |
| 173 | 10/29 | 00:06AM | 504 309-0979 | NEWORLEANS | W O | 1:00 |
| 174 | 10/29 | 00:06AM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 175 | 10/29 | 07:43AM | 504 309-0979 | INCOMING | P | 4:00 |
| 176 | 10/29 | 07:05PM | 301 847-0998 | LAYHILL | W O | 10:00 |
| 177 | 10/29 | 07:05PM | 301 847-0998 | LAYHILL | 4 | 9:00 |
| 178 | 10/29 | 07:24PM | 334 332-8028 | AUBURN | W O | 2:00 |
| 179 | 10/29 | 08:08PM | 504 945-8781 | NEWORLEANS | W O | 2:00 |
| 180 | 10/29 | 08:08PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 181 | 10/29 | 09:44PM | 504 715-5694 | NEWORLEANS | W O | 3:00 |
| 182 | 10/29 | 09:44PM | 504 71.-5694 | NEWORLEANS | 4 | 2:00 |
| 183 | 10/29 | 09:47PM | 504 309-0979 | NEWORLEANS | W O | 7:00 |
| 184 | 10/29 | 09:48PM | 504 309-0979 | NEWORLEANS | 4 | 6:00 |
| 185 | 10/30 | 00:25AM | 334 502-8032 | AUBURN | W O | 5:00 |
| 186 | 10/30 | 07:43AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 187 | 10/30 | 08:41AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 188 | 10/30 | 08:41AM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 189 | 10/30 | 08:42AM | 202 530-9429 | WASHINGTON | P | 4:00 |
| 190 | 10/30 | 08:42AM | 202 530-9429 | WASHINGTON | 4 | 4:00 |
| 191 | 10/30 | 09:16AM | 301 847-0998 | LAYHILL | P | 9:00 |
| 192 | 10/30 | 09:16AM | 301 847-0998 | LAYHILL | 4 | 9:00 |
| 193 | 10/30 | 12:40PM | 334 745-6949 | INCOMING | P | 46:00 |
| 194 | 10/30 | 06:04PM | 504 722-7303 | INCOMING | P | 1:00 |
| 195 | 10/30 | 06:06PM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 196 | 10/30 | 06:06PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 197 | 10/30 | 07:09PM | 504 945-8781 | NEWORLEANS | W O | 14:00 |
| 198 | 10/30 | 07:09PM | 504 945-8781 | NEWORLEANS | 4 | 14:00 |
| 199 | 10/30 | 07:56PM | 504 722-3644 | NEWORLEANS | W O | 1:00 |
| 200 | 10/30 | 07:56PM | 504 722-3644 | NEWORLEANS | 4 | 1:00 |
| 201 | 10/30 | 07:57PM | 504 722-3644 | INCOMING | W O | 11:00 |
| 202 | 10/30 | 08:08PM | 301 847-0998 | LAYHILL | W O | 28:00 |
| 203 | 10/30 | 08:09PM | 301 847-0998 | LAYHILL | 4 | 27:00 |
| 204 | 10/30 | 08:46PM | 504 309-0979 | INCOMING | W O | 1:00 |
| 205 | 10/30 | 08:47PM | 504 309-0979 | NEWORLEANS | W O | 105:00 |
| 206 | 10/30 | 08:47PM | 504 309-0979 | NEWORLEANS | 4 | 105:00 |
| 207 | 10/30 | 11:53PM | 205 7..-1070 | BIRMINGHAM | W O | 4:00 |
| 208 | 10/30 | 11:54PM | 205 731-1070 | BIRMINGHAM | 4 | 3:00 |

**Billed Airtime**
Account: 41072662

```
209  10/31  00:11AM   334 332-8028  AUBURN         W O   1:00
210  10/31  04:56AM   301 847-0998  LAYHILL        W O  65:00
211  10/31  04:56AM   301 847-0998  LAYHILL          4  65:00
212  10/31  06:00AM   504 309-0979  NEWORLEANS     W O   4:00
213  10/31  06:00AM   504 309-0979  NEWORLEANS       4   4:00
214  10/31  06:04AM   202 530-9429  WASHINGTON     W O  16:00
215  10/31  06:04AM   202 530-9429  WASHINGTON       4  16:00
216  10/31  06:25AM   504 945-8781  INCOMING       W O   2:00
217  10/31  07:52AM   202 530-9429  WASHINGTON       P  24:00
218  10/31  07:52AM   202 530-9429  WASHINGTON       4  24:00
219  10/31  12:41PM   504 722-7303  INCOMING         P   1:00
220  10/31  12:50PM   504 722-7303  INCOMING         P   2:00
221  10/31  01:54PM   504 722-7303  NEWORLEANS       P   1:00
222  10/31  01:54PM   504 722-7303  NEWORLEANS       4   1:00
223  10/31  07:33PM   301 847-0998  INCOMING       W 2  27:00
224  10/31  08:21PM   334 725-2600  TUSKEGEE       W     4:00
225  10/31  08:47PM   504 945-8781  NEWORLEANS     W 2   1:00
226  10/31  09:27PM   504 309-0979  NEWORLEANS     W 2  55:00
227  10/31  09:27PM   504 309-0979  NEWORLEANS       4  55:00
228  10/31  11:11PM   334 740-0032  INCOMING       W 2   9:00
229  10/31  11:47PM   504 309-0979  NEWORLEANS     W 2  47:00
230  10/31  11:47PM   504 309-0979  NEWORLEANS       4  47:00
231  11/01  00:47AM   504 309-0979  NEWORLEANS     W 2   1:00
232  11/01  00:47AM   504 309-0979  NEWORLEANS       4   1:00
233  11/01  00:47AM   504 309-0979  NEWORLEANS     W 2   1:00
234  11/01  00:47AM   504 309-0979  NEWORLEANS       4   1:00
235  11/01  01:44AM   504 309-0979  NEWORLEANS     W 2  30:00
236  11/01  01:44AM   504 309-0979  NEWORLEANS       4  30:00
237  11/01  02:14AM   334 332-8028  AUBURN         W 2   1:00
238  11/01  05:03AM   800 789-4385  800 SERV.      W 2   5:00
239  11/01  05:47AM   205 731-0082  BIRMINGHAM     W 2   2:00
240  11/01  05:49AM   205 731-1070  BIRMINGHAM     W 2   3:00
241  11/01  05:49AM   205 731-1070  BIRMINGHAM       4   3:00
242  11/01  05:51AM   205 731-1070  BIRMINGHAM     W 2   3:00
243  11/01  05:52AM   205 731-1070  BIRMINGHAM       4   2:00
244  11/01  06:41AM   205 731-1070  BIRMINGHAM     W 2   2:00
245  11/01  06:41AM   205 731-1070  BIRMINGHAM       4   1:00
246  11/01  07:12AM   334 332-9701  INCOMING       W 2   5:00
247  11/01  07:39AM   504 722-7303  INCOMING       W 2   7:00
248  11/01  09:00AM   334 725-5833  TUSKEGEE       W     2:00
249  11/01  09:24AM   334 332-8028  AUBURN         W 2   1:00
250  11/01  09:25AM   334 332-8028  AUBURN         W 2   2:00
251  11/01  09:40AM   334 725-2600  TUSKEGEE       W     1:00
252  11/01  01:09PM   504 945-8781  NEWORLEANS     W 2   1:00
253  11/01  01:10PM   301 847-0998  LAYHILL        W 2   1:00
254  11/01  01:11PM   301 847-0998  LAYHILL          4   1:00
255  11/01  01:16PM   301 233-5395  SILVER SPG     W 2   1:00
256  11/01  01:16PM   301 233-5395  SILVER SPG       4   1:00
257  11/01  01:17PM   301 233-5402  SILVER SPG     W 2   3:00
258  11/01  01:17PM   301 233-5402  SILVER SPG       4   3:00
259  11/01  01:19PM   301 847-0998  LAYHILL        W 2   1:00
260  11/01  01:20PM   301 847-0998  LAYHILL          4   1:00
261  11/01  01:25PM   301 847-0998  LAYHILL        W 2   1:00
262  11/01  01:26PM   202 530-9429  WASHINGTON     W 2   1:00
263  11/01  01:26PM   202 530-9429  WASHINGTON       4   1:00
264  11/01  01:33PM   301 233-5395  SILVER SPG     W 2   1:00
265  11/01  01:34PM   301 233-5395  SILVER SPG       4   1:00
266  11/01  01:56PM   301 847-0998  LAYHILL        W 2   1:00
267  11/01  01:57PM   301 847-0998  LAYHILL          4   1:00
268  11/01  02:07PM   504 242-5880  NEWORLEANS     W 2   1:00
269  11/01  02:07PM   504 242-5880  NEWORLEANS       4   1:00
270  11/01  02:23PM   301 233-5395  SILVER SPG     W 2  14:00
271  11/01  02:23PM   301 233-5395  SILVER SPG       4  14:00
272  11/01  02:43PM   504 309-0979  NEWORLEANS     W 2  26:00
273  11/01  02:43PM   504 309-0979  NEWORLEANS       4  26:00
274  11/01  03:08PM   301 233-5395  INCOMING       W 2   5:00
275  11/01  04:55PM   301 847-0998  INCOMING       W 2   1:00
276  11/01  08:31PM   334 332-8028  AUBURN         W 2   2:00
277  11/01  08:33PM   334 332-8028  AUBURN         W 2   1:00
278  11/01  08:35PM   504 309-0979  NEWORLEANS     W 2   3:00
279  11/01  08:35PM   504 309-0979  NEWORLEANS       4   3:00
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 280 | 11/01 | 09:12PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 281 | 11/01 | 09:49PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 282 | 11/01 | 09:49PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 283 | 11/01 | 09:51PM | 301 | 847-0998 | LAYHILL | W 2 | 2:00 |
| 284 | 11/01 | 09:51PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 285 | 11/01 | 08:33AM | 504 | 722-7303 | INCOMING | W 2 | 1:00 |
| 286 | 11/02 | 08:46AM | 504 | 722-7303 | NEWORLEANS | W 2 | 2:00 |
| 287 | 11/02 | 08:46AM | 504 | 722-7303 | NEWORLEANS | 4 | 2:00 |
| 288 | 11/02 | 05:37PM | 334 | 727-1107 | TUSKEGEE | W | 2:00 |
| 289 | 11/02 | 05:41PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 290 | 11/02 | 06:01PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 291 | 11/02 | 06:02PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 292 | 11/02 | 06:03PM | 504 | 309-0979 | NEWORLEANS | W 2 | 7:00 |
| 293 | 11/02 | 06:56PM | 301 | 847-0998 | INCOMING | 4 | 6:00 |
| 294 | 11/02 | 08:20PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 295 | 11/02 | 08:22PM | 504 | 309-0979 | INCOMING | W 2 | 2:00 |
| 296 | 11/02 | 09:03PM | 334 | 332-8028 | AUBURN | W 2 | 8:00 |
| 297 | 11/02 | 09:04PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 298 | 11/02 | 09:05PM | 301 | 847-0998 | LAYHILL | 4 | 3:00 |
| 299 | 11/02 | 09:23PM | 504 | 309-0979 | INCOMING | W 2 | 3:00 |
| 300 | 11/03 | 00:24AM | 504 | 309-0979 | NEWORLEANS | W 2 | 2:00 |
| 301 | 11/03 | 00:24AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 302 | 11/03 | 09:24AM | 504 | 309-0979 | INCOMING | P | 1:00 |
| 303 | 11/03 | 09:51AM | 504 | 309-0979 | NEWORLEANS | P | 2:00 |
| 304 | 11/03 | 09:51AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 305 | 11/03 | 10:03AM | 504 | 309-0979 | NEWORLEANS | P | 1:00 |
| 306 | 11/03 | 10:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 307 | 11/03 | 10:04AM | 504 | 309-0979 | INCOMING | P | 2:00 |
| 308 | 11/03 | 07:00PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 309 | 11/03 | 07:00PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 310 | 11/03 | 07:01PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 311 | 11/03 | 07:02PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 312 | 11/03 | 07:03PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 313 | 11/03 | 07:03PM | 301 | 233-5395 | SILVER SPG | W O | 5:00 |
| 314 | 11/03 | 07:03PM | 301 | 233-5395 | SILVER SPG | 4 | 4:00 |
| 315 | 11/03 | 07:09PM | 334 | 721-2600 | TUSKEGEE | W | 4:00 |
| 316 | 11/03 | 07:19PM | 334 | 727-5833 | TUSKEGEE | W | 5:00 |
| 317 | 11/03 | 07:26PM | 504 | 309-0979 | INCOMING | W O | 8:00 |
| 318 | 11/03 | 07:33PM | 504 | 309-0979 | NEWORLEANS | W O | 25:00 |
| 319 | 11/03 | 07:33PM | 504 | 309-0979 | NEWORLEANS | 4 | 24:00 |
| 320 | 11/03 | 09:09PM | 301 | 847-0998 | INCOMING | W O | 1:00 |
| 321 | 11/04 | 00:23AM | 504 | 309-0979 | NEWORLEANS | W O | 6:00 |
| 322 | 11/04 | 00:23AM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 323 | 11/04 | 04:02PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 324 | 11/04 | 04:04PM | 334 | 727-1107 | TUSKEGEE | | 4:00 |
| 325 | 11/04 | 07:24PM | 301 | 847-0998 | INCOMING | W O | 2:00 |
| 326 | 11/04 | 08:02PM | 301 | 847-0998 | LAYHILL | W O | 41:00 |
| 327 | 11/04 | 08:02PM | 301 | 847-0998 | LAYHILL | 4 | 41:00 |
| 328 | 11/04 | 08:52PM | 504 | 309-0979 | INCOMING | W O | 3:00 |
| 329 | 11/04 | 08:56PM | 504 | 309-0979 | NEWORLEANS | W O | 7:00 |
| 330 | 11/04 | 08:56PM | 504 | 309-0979 | NEWORLEANS | 4 | 7:00 |
| 331 | 11/04 | 09:47PM | 504 | 722-7303 | INCOMING | W O | 3:00 |
| 332 | 11/04 | 09:48PM | 504 | 945-8781 | NEWORLEANS | W O | 3:00 |
| 333 | 11/04 | 09:48PM | 504 | 945-8781 | NEWORLEANS | 4 | 3:00 |
| 334 | 11/05 | 00:16AM | 504 | 309-0979 | NEWORLEANS | W O | 18:00 |
| 335 | 11/05 | 00:16AM | 504 | 309-0979 | NEWORLEANS | 4 | 17:00 |
| 336 | 11/05 | 08:15AM | 301 | 847-0998 | INCOMING | P | 2:00 |
| 337 | 11/05 | 08:25AM | 301 | 847-0998 | INCOMING | P | 3:00 |
| 338 | 11/05 | 09:47AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 339 | 11/05 | 09:47AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 340 | 11/05 | 09:47AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 341 | 11/05 | 09:48AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 342 | 11/05 | 09:54AM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 343 | 11/05 | 09:54AM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 344 | 11/05 | 10:00AM | 202 | 530-0684 | INCOMING | P | 8:00 |
| 345 | 11/05 | 10:08AM | 205 | 731-1070 | BIRMINGHAM | P | 1:00 |
| 346 | 11/05 | 10:08AM | 205 | 731-1070 | BIRMINGHAM | 4 | 1:00 |
| 347 | 11/05 | 10:09AM | 205 | 731-1070 | BIRMINGHAM | P | 2:00 |
| 348 | 11/05 | 10:09AM | 205 | 731-1070 | BIRMINGHAM | 4 | 2:00 |
| 349 | 11/05 | 10:10AM | 202 | 530-9429 | WASHINGTON | P | 10:00 |
| 350 | 11/05 | 10:10AM | 202 | 530-9429 | WASHINGTON | 4 | 10:00 |

| # | Date | Time | Number | Location | | Min |
|---|------|------|--------|----------|--|-----|
| 351 | 11/05 | 10:20AM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 352 | 11/05 | 10:21AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 353 | 11/05 | 10:31AM | 202 530-0684 | INCOMING | P | 5:00 |
| 354 | 11/05 | 10:36AM | 205 731-0788 | BIRMINGHAM | P | 4:00 |
| 355 | 11/05 | 10:37AM | 205 731-0788 | BIRMINGHAM | 4 | 4:00 |
| 356 | 11/05 | 10:40AM | 301 233-5395 | SILVER SPG | P | 1:00 |
| 357 | 11/05 | 10:41AM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 358 | 11/05 | 10:41AM | 202 530-9429 | WASHINGTON | P | 8:00 |
| 359 | 11/05 | 10:41AM | 202 530-9429 | WASHINGTON | 4 | 8:00 |
| 360 | 11/05 | 11:04AM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 361 | 11/05 | 11:04AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 362 | 11/05 | 07:08PM | 301 847-0998 | INCOMING | W O | 18:00 |
| 363 | 11/05 | 07:25PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 364 | 11/05 | 07:26PM | 504 309-0979 | NEWORLEANS | W O | 3:00 |
| 365 | 11/05 | 07:26PM | 504 309-0979 | NEWORLEANS | 4 | 3:00 |
| 366 | 11/05 | 07:28PM | 504 722-7303 | INCOMING | W O | 1:00 |
| 367 | 11/05 | 07:29PM | 504 722-7303 | NEWORLEANS | W O | 1:00 |
| 368 | 11/05 | 07:29PM | 504 722-7303 | NEWORLEANS | 4 | 1:00 |
| 369 | 11/05 | 07:30PM | 504 722-7303 | NEWORLEANS | W O | 6:00 |
| 370 | 11/05 | 07:30PM | 504 722-7303 | NEWORLEANS | 4 | 5:00 |
| 371 | 11/05 | 07:35PM | 504 309-0979 | NEWORLEANS | W O | 1:00 |
| 372 | 11/05 | 07:35PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 373 | 11/05 | 07:35PM | 504 309-0979 | NEWORLEANS | W O | 1:00 |
| 374 | 11/05 | 07:35PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 375 | 11/05 | 07:35PM | 504 309-0979 | NEWORLEANS | W O | 1:00 |
| 376 | 11/05 | 07:36PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 377 | 11/05 | 07:37PM | 504 309-0979 | NEWORLEANS | W O | 5:00 |
| 378 | 11/05 | 07:37PM | 504 309-0979 | NEWORLEANS | 4 | 5:00 |
| 379 | 11/05 | 07:41PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 380 | 11/05 | 07:42PM | 504 309-0979 | NEWORLEANS | W O | 6:00 |
| 381 | 11/05 | 07:43PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 382 | 11/05 | 08:03PM | 301 847-0998 | LAYHILL | W O | 1:00 |
| 383 | 11/05 | 08:03PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 384 | 11/05 | 08:03PM | 301 847-0998 | LAYHILL | W O | 1:00 |
| 385 | 11/05 | 08:03PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 386 | 11/05 | 08:03PM | 504 945-8781 | NEWORLEANS | W O | 1:00 |
| 387 | 11/05 | 08:04PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 388 | 11/05 | 08:04PM | 301 233-5395 | SILVER SPG | W O | 1:00 |
| 389 | 11/05 | 08:04PM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 390 | 11/05 | 08:04PM | 301 847-0998 | INCOMING | W O | 1:00 |
| 391 | 11/05 | 08:06PM | 301 847-0998 | LAYHILL | W O | 1:00 |
| 392 | 11/05 | 08:06PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 393 | 11/05 | 08:07PM | 301 233-5395 | SILVER SPG | W O | 1:00 |
| 394 | 11/05 | 08:07PM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 395 | 11/05 | 08:08PM | 301 847-0998 | LAYHILL | W O | 1:00 |
| 396 | 11/05 | 08:08PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 397 | 11/05 | 08:08PM | 301 847-0998 | LAYHILL | W O | 3:00 |
| 398 | 11/05 | 08:08PM | 301 847-0998 | LAYHILL | 4 | 2:00 |
| 399 | 11/05 | 08:14PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 400 | 11/05 | 08:21PM | 504 945-8781 | NEWORLEANS | W O | 5:00 |
| 401 | 11/05 | 08:21PM | 504 945-8781 | NEWORLEANS | 4 | 5:00 |
| 402 | 11/05 | 09:12PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 403 | 11/05 | 09:23PM | 678 309-9999 | INCOMING | W O | 1:00 |
| 404 | 11/06 | 02:11AM | 334 332-8028 | AUBURN | W O | 1:00 |
| 405 | 11/06 | 06:47AM | 334 332-8028 | AUBURN | W O | 1:00 |
| 406 | 11/06 | 12:53PM | 504 722-7303 | NEWORLEANS | P | 1:00 |
| 407 | 11/06 | 12:54PM | 504 722-7303 | NEWORLEANS | 4 | 1:00 |
| 408 | 11/06 | 01:05PM | 334 745-6949 | OPELIKA | P | 14:00 |
| 409 | 11/06 | 10:36PM | 301 847-0998 | INCOMING | W O | 12:00 |
| 410 | 11/06 | 11:58PM | 334 332-8028 | AUBURN | W O | 1:00 |
| 411 | 11/07 | 04:08PM | 301 847-0998 | INCOMING | P | 1:00 |
| 412 | 11/07 | 07:03PM | 301 847-0998 | LAYHILL | W 2 | 26:00 |
| 413 | 11/07 | 07:03PM | 301 847-0998 | LAYHILL | 4 | 26:00 |
| 414 | 11/07 | 09:15PM | 800 231-2222 | 800 SERV. | W 2 | 4:00 |
| 415 | 11/08 | 02:53AM | 800 789-4385 | 800 SERV. | W 2 | 4:00 |
| 416 | 11/08 | 09:33AM | 301 847-0998 | LAYHILL | W 2 | 7:00 |
| 417 | 11/08 | 09:33AM | 301 847-0998 | LAYHILL | 4 | 7:00 |
| 418 | 11/08 | 03:40PM | 504 481-5508 | NEWORLEANS | W 2 | 2:00 |
| 419 | 11/08 | 03:40PM | 504 481-5508 | NEWORLEANS | 4 | 2:00 |
| 420 | 11/08 | 08:41PM | 301 847-0998 | LAYHILL | W 2 | 16:00 |
| 421 | 11/08 | 08:42PM | 301 847-0998 | LAYHILL | 4 | 16:00 |

**Billed Airtime**
**Account: 41072662**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 422 | 11/08 | 08:57PM | 504 945-8781 | NEWORLEANS | W | 2 | 4:00 |
| 423 | 11/08 | 08:57PM | 504 945-8781 | NEWORLEANS | | 4 | 4:00 |
| 424 | 11/09 | 07:09AM | 504 309-0979 | NEWORLEANS | W | 2 | 9:00 |
| 425 | 11/09 | 07:09AM | 504 309-0979 | NEWORLEANS | | 4 | 9:00 |
| 426 | 11/09 | 07:40AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 427 | 11/09 | 07:40AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 428 | 11/09 | 07:48AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 429 | 11/09 | 07:48AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 430 | 11/09 | 07:48AM | 334 332-8028 | INCOMING | W | 2 | 13:00 |
| 431 | 11/09 | 09:19AM | 504 309-0979 | INCOMING | W | 2 | 11:00 |
| 432 | 11/09 | 09:04PM | 504 309-0979 | INCOMING | W | 2 | 17:00 |
| 433 | 11/09 | 09:43PM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 434 | 11/09 | 09:45PM | 301 847-0998 | LAYHILL | W | 2 | 1:00 |
| 435 | 11/09 | 09:46PM | 301 847-0998 | LAYHILL | | 4 | 1:00 |
| 436 | 11/09 | 09:46PM | 301 847-0998 | LAYHILL | W | 2 | 2:00 |
| 437 | 11/09 | 09:46PM | 301 847-0998 | LAYHILL | | 4 | 2:00 |
| 438 | 11/10 | 08:19PM | 504 309-0979 | NEWORLEANS | W | O | 3:00 |
| 439 | 11/10 | 08:19PM | 504 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 440 | 11/10 | 08:23PM | 334 332-8028 | AUBURN | W | O | 2:00 |
| 441 | 11/10 | 08:25PM | 504 948-0818 | NEWORLEANS | W | O | 3:00 |
| 442 | 11/10 | 08:25PM | 504 948-0818 | NEWORLEANS | | 4 | 3:00 |
| 443 | 11/10 | 09:08PM | 504 309-0979 | INCOMING | W | O | 8:00 |
| 444 | 11/10 | 09:45PM | 301 847-0998 | LAYHILL | W | O | 11:00 |
| 445 | 11/10 | 09:45PM | 301 847-0998 | LAYHILL | | 4 | 11:00 |
| 446 | 11/11 | 03:35AM | 301 847-0998 | LAYHILL | W | O | 14:00 |
| 447 | 11/11 | 03:36AM | 301 847-0998 | LAYHILL | | 4 | 14:00 |
| 448 | 11/11 | 07:09PM | 504 309-0979 | NEWORLEANS | W | O | 1:00 |
| 449 | 11/11 | 07:09PM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 450 | 11/11 | 07:10PM | 334 332-8028 | AUBURN | W | O | 1:00 |
| 451 | 11/11 | 07:11PM | 301 847-0998 | LAYHILL | W | O | 5:00 |
| 452 | 11/11 | 07:11PM | 301 847-0998 | LAYHILL | | 4 | 5:00 |
| 453 | 11/11 | 07:16PM | 334 332-8028 | AUBURN | W | O | 1:00 |
| 454 | 11/11 | 07:17PM | 504 309-0979 | NEWORLEANS | W | O | 29:00 |
| 455 | 11/11 | 07:17PM | 504 309-0979 | NEWORLEANS | | 4 | 29:00 |
| 456 | 11/11 | 07:46PM | 334 725-2600 | TUSKEGEE | W | | 4:00 |
| 457 | 11/11 | 07:47PM | 301 847-0998 | LAYHILL | W | O | 3:00 |
| 458 | 11/11 | 07:47PM | 301 847-0998 | LAYHILL | | 4 | 3:00 |
| 459 | 11/11 | 09:55PM | 504 945-8781 | NEWORLEANS | W | O | 1:00 |
| 460 | 11/11 | 09:55PM | 504 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 461 | 11/12 | 09:20AM | 202 530-9429 | WASHINGTON | | P | 13:00 |
| 462 | 11/12 | 09:20AM | 202 530-9429 | WASHINGTON | | 4 | 13:00 |
| 463 | 11/12 | 07:00PM | 301 847-0998 | LAYHILL | W | O | 41:00 |
| 464 | 11/12 | 07:00PM | 301 847-0998 | LAYHILL | | 4 | 40:00 |
| 465 | 11/12 | 07:25PM | 334 332-8028 | INCOMING | W | O | 8:00 |
| 466 | 11/12 | 09:41PM | 504 945-8781 | NEWORLEANS | W | O | 5:00 |
| 467 | 11/12 | 09:42PM | 504 945-8781 | NEWORLEANS | | 4 | 5:00 |
| 468 | 11/12 | 09:50PM | 800 789-4385 | 800 SERV. | W | O | 2:00 |
| 469 | 11/12 | 09:52PM | 800 789-4385 | 800 SERV. | W | O | 3:00 |
| 470 | 11/13 | 00:16AM | 504 722-7303 | NEWORLEANS | W | O | 1:00 |
| 471 | 11/13 | 00:17AM | 504 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 472 | 11/13 | 03:12AM | 334 740-0032 | AUBURN | W | O | 9:00 |
| 473 | 11/13 | 03:35PM | 334 750-0857 | AUBURN | | P | 1:00 |
| 474 | 11/13 | 03:37PM | 334 750-0857 | AUBURN | | P | 4:00 |
| 475 | 11/13 | 07:46PM | 334 750-0857 | INCOMING | W | O | 1:00 |
| 476 | 11/13 | 07:47PM | 334 727-7215 | INCOMING | W | O | 3:00 |
| 477 | 11/13 | 09:36PM | 334 740-0032 | INCOMING | W | O | 6:00 |
| 478 | 11/14 | 06:46AM | 504 813-6381 | INCOMING | W | O | 3:00 |
| 479 | 11/14 | 10:30AM | 504 813-6381 | INCOMING | | P | 1:00 |
| 480 | 11/14 | 07:16PM | 334 750-0857 | INCOMING | W | 2 | 5:00 |
| 481 | 11/14 | 07:39PM | 800 789-4385 | 800 SERV. | W | 2 | 3:00 |
| 482 | 11/14 | 07:44PM | 504 722-7303 | NEWORLEANS | W | 2 | 1:00 |
| 483 | 11/14 | 07:45PM | 504 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 484 | 11/14 | 07:45PM | 334 332-8028 | INCOMING | W | 2 | 1:00 |
| 485 | 11/14 | 07:46PM | 504 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 486 | 11/14 | 07:46PM | 504 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 487 | 11/14 | 08:17PM | 301 847-0998 | INCOMING | W | 2 | 7:00 |
| 488 | 11/14 | 08:24PM | 504 309-0979 | NEWORLEANS | W | 2 | 9:00 |
| 489 | 11/14 | 08:24PM | 504 309-0979 | NEWORLEANS | | 4 | 9:00 |
| 490 | 11/14 | 08:32PM | 334 332-8028 | INCOMING | W | 2 | 2:00 |
| 491 | 11/14 | 08:33PM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 492 | 11/14 | 08:37PM | 334 750-0857 | AUBURN | W | 2 | 14:00 |

**Billed Airtime**
Account: **41072662**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 493 | 11/14 | 08:55PM | 334 | 750-0857 | AUBURN | W | 2 | 2:00 |
| 494 | 11/14 | 08:58PM | 334 | 750-0857 | INCOMING | W | 2 | 7:00 |
| 495 | 11/14 | 09:24PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 496 | 11/14 | 09:24PM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 497 | 11/14 | 09:31PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 15:00 |
| 498 | 11/14 | 09:31PM | 504 | 309-0979 | NEWORLEANS | | 4 | 15:00 |
| 499 | 11/15 | 04:12AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 500 | 11/15 | 04:12AM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 501 | 11/15 | 04:22AM | 334 | 727-2600 | TUSKEGEE | W | | 2:00 |
| 502 | 11/15 | 04:23AM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 |
| 503 | 11/15 | 08:02AM | 334 | 750-0857 | AUBURN | W | 2 | 2:00 |
| 504 | 11/15 | 08:16AM | 334 | 727-5833 | TUSKEGEE | W | | 2:00 |
| 505 | 11/15 | 09:32AM | 334 | 750-0857 | AUBURN | W | 2 | 2:00 |
| 506 | 11/15 | 01:15PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 13:00 |
| 507 | 11/15 | 01:15PM | 504 | 309-0979 | NEWORLEANS | | 4 | 13:00 |
| 508 | 11/15 | 01:28PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 509 | 11/15 | 01:29PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 510 | 11/15 | 01:29PM | 334 | 745-6949 | OPELIKA | W | 2 | 9:00 |
| 511 | 11/15 | 01:38PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 512 | 11/15 | 08:06PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 513 | 11/15 | 08:08PM | 301 | 847-0998 | LAYHILL | W | 2 | 3:00 |
| 514 | 11/15 | 08:08PM | 301 | 847-0998 | LAYHILL | | 4 | 3:00 |
| 515 | 11/15 | 08:10PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 3:00 |
| 516 | 11/15 | 08:10PM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 517 | 11/15 | 09:27PM | 504 | 309-0979 | INCOMING | W | 2 | 4:00 |
| 518 | 11/15 | 09:48PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 519 | 11/15 | 09:48PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 520 | 11/15 | 09:51PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 521 | 11/15 | 09:55PM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 522 | 11/16 | 00:17AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 523 | 11/16 | 00:17AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 524 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 525 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 526 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 527 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 528 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 529 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 530 | 11/16 | 03:52AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 531 | 11/16 | 03:52AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 532 | 11/16 | 05:02AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 533 | 11/16 | 05:02AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 534 | 11/16 | 05:03AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 535 | 11/16 | 05:03AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 536 | 11/16 | 07:07AM | 334 | 332-9701 | AUBURN | W | 2 | 1:00 |
| 537 | 11/16 | 07:17AM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 538 | 11/16 | 07:24AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 539 | 11/16 | 07:24AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 540 | 11/16 | 07:45AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 541 | 11/16 | 07:45AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 542 | 11/16 | 07:51AM | 334 | 745-6949 | OPELIKA | W | 2 | 6:00 |
| 543 | 11/16 | 07:57AM | 334 | 750-0857 | AUBURN | W | 2 | 5:00 |
| 544 | 11/16 | 08:11AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 545 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 546 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 5:00 |
| 547 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | | 4 | 5:00 |
| 548 | 11/16 | 08:19AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 9:00 |
| 549 | 11/16 | 08:19AM | 504 | 309-0979 | NEWORLEANS | | 4 | 9:00 |
| 550 | 11/16 | 08:43AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 11:00 |
| 551 | 11/16 | 08:43AM | 504 | 309-0979 | NEWORLEANS | | 4 | 11:00 |
| 552 | 11/16 | 08:53AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 2:00 |
| 553 | 11/16 | 08:53AM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 554 | 11/16 | 08:55AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 555 | 11/16 | 08:55AM | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 556 | 11/16 | 09:03AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 557 | 11/16 | 09:03AM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 558 | 11/16 | 09:14AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 5:00 |
| 559 | 11/16 | 09:14AM | 504 | 309-0979 | NEWORLEANS | | 4 | 4:00 |
| 560 | 11/16 | 09:25AM | 504 | 309-0979 | INCOMING | W | 2 | 1:00 |
| 561 | 11/16 | 09:25AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 2:00 |
| 562 | 11/16 | 09:25AM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 563 | 11/16 | 10:19AM | 334 | 821-4660 | AUBURN | W | 2 | 1:00 |

**Billed Airtime**
Account: 41072662

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 564 | 11/16 | 11:10AM | 334 | 745-6949 | OPELIKA | W | 2 | 1:00 |
| 565 | 11/16 | 03:30PM | 334 | 821-4660 | AUBURN | W | 2 | 1:00 |
| 566 | 11/16 | 09:39PM | 504 | 722-7303 | INCOMING | W | 2 | 1:00 |
| 567 | 11/16 | 09:45PM | 334 | 332-8028 | AUBURN | W | 2 | 2:00 |
| 568 | 11/16 | 09:50PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 5:00 |
| 569 | 11/16 | 09:50PM | 504 | 945-8781 | NEWORLEANS | | 4 | 5:00 |
| 570 | 11/16 | 09:55PM | 301 | 233-5395 | SILVER SPG | W | 2 | 1:00 |
| 571 | 11/16 | 09:55PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 572 | 11/16 | 09:56PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 573 | 11/16 | 09:57PM | 301 | 847-0998 | LAYHILL | · | 4 | 1:00 |
| 574 | 11/16 | 09:57PM | 301 | 847-0998 | LAYHILL | W | 2 | 2:00 |
| 575 | 11/16 | 09:58PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 576 | 11/16 | 09:59PM | 334 | 332-8028 | AUBURN | W | 2 | 3:00 |
| 577 | 11/17 | 05:45AM | 334 | 745-6949 | INCOMING | W | 2 | 2:00 |
| 578 | 11/17 | 06:31AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 2:00 |
| 579 | 11/17 | 06:31AM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 580 | 11/17 | 10:28AM | 504 | 722-7303 | NEWORLEANS | | P | 1:00 |
| 581 | 11/17 | 10:29AM | 504 | 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 582 | 11/17 | 10:40AM | 504 | 722-7303 | NEWORLEANS | | P | 1:00 |
| 583 | 11/17 | 10:41AM | 504 | 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 584 | 11/17 | 12:47PM | 703 | 748-9702 | INCOMING | | P | 1:00 |
| 585 | 11/17 | 03:52PM | 334 | 750-0857 | AUBURN | | P | 3:00 |
| 586 | 11/17 | 05:59PM | 334 | 332-8028 | AUBURN | | P | 2:00 |
| 587 | 11/17 | 07:00PM | 334 | 750-0857 | AUBURN | W | O | 4:00 |
| 588 | 11/17 | 07:07PM | 334 | 750-0857 | INCOMING | W | O | 6:00 |
| 589 | 11/18 | 05:08AM | 301 | 847-0998 | INCOMING | W | O | 5:00 |
| 590 | 11/18 | 08:48AM | 334 | 332-8028 | AUBURN | | P | 1:00 |
| 591 | 11/18 | 07:07PM | 334 | 750-0857 | AUBURN | W | O | 19:00 |
| 592 | 11/18 | 07:34PM | 800 | 231-2222 | 800 SERV. | W | O | 8:00 |
| 593 | 11/18 | 07:47PM | 800 | 231-2222 | 800 SERV. | W | O | 5:00 |
| 594 | 11/19 | 00:01AM | 504 | 722-7303 | NEWORLEANS | W | O | 2:00 |
| 595 | 11/19 | 00:01AM | 504 | 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 596 | 11/19 | 07:13AM | 301 | 847-0998 | INCOMING | | P | 2:00 |
| 597 | 11/19 | 07:35AM | 504 | 261-3404 | NEWORLEANS | | P | 1:00 |
| 598 | 11/19 | 07:35AM | 504 | 261-3404 | NEWORLEANS | | 4 | 1:00 |
| 599 | 11/19 | 07:36AM | 504 | 261-3404 | INCOMING | | P | 1:00 |
| 600 | 11/19 | 09:23AM | 202 | 530-9429 | WASHINGTON | | P | 59:00 |
| 601 | 11/19 | 09:23AM | 202 | 530-9429 | WASHINGTON | | 4 | 59:00 |
| 602 | 11/19 | 12:43PM | 504 | 309-6151 | NEWORLEANS | | P | 1:00 |
| 603 | 11/19 | 12:43PM | 504 | 309-6151 | NEWORLEANS | | 4 | 1:00 |
| 604 | 11/19 | 12:44PM | 504 | 261-3404 | INCOMING | | P | 1:00 |
| 605 | 11/19 | 07:00PM | 334 | 750-0857 | INCOMING | W | O | 2:00 |
| 606 | 11/19 | 07:03PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 607 | 11/19 | 07:04PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 608 | 11/19 | 07:41PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 609 | 11/19 | 07:41PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 610 | 11/19 | 09:22PM | 800 | 789-4385 | 800 SERV. | W | O | 5:00 |
| 611 | 11/19 | 10:13PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 612 | 11/19 | 10:13PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 613 | 11/20 | 00:15AM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 614 | 11/20 | 07:16AM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 615 | 11/20 | 07:16AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 616 | 11/20 | 02:44PM | 504 | 214-9159 | CL DELVRY | | 4 | 2:00 |
| 617 | 11/20 | 02:48PM | 504 | 214-9199 | CL DELVRY | | 4 | 1:00 |

Exhibit 8

Sept – Oct 2003

Noticeable Change
ON PG 5

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028     ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/21 | 03:14AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 2 | 09/21 | 10:54AM | 301 | 847-0998 | INCOMING | W | 2 | 6:00 | | | |
| 3 | 09/21 | 11:01AM | 301 | 847-0998 | INCOMING | W | 2 | 5:00 | | | |
| 4 | 09/21 | 12:48PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | | | |
| 5 | 09/21 | 12:49PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | | |
| 6 | 09/21 | 12:49PM | 301 | 847-0998 | LAYHILL | W | 2 | 39:00 | | | |
| 7 | 09/21 | 12:49PM | 301 | 847-0998 | LAYHILL | | 4 | 39:00 | | | |
| 8 | 09/21 | 04:55PM | 334 | 727-4142 | INCOMING | W | 2 | 2:00 | | | |
| 9 | 09/21 | 05:08PM | 334 | 750-0857 | AUBURN | W | 2 | 2:00 | | | |
| 10 | 09/21 | 05:11PM | 334 | 727-7215 | INCOMING | W | 2 | 3:00 | | | |
| 11 | 09/21 | 05:24PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 | | | |
| 12 | 09/21 | 07:13PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 | | | |
| 13 | 09/21 | 07:17PM | 334 | 727-7215 | INCOMING | W | 2 | 24:00 | | | |
| 14 | 09/21 | 07:41PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 2:00 | | | |
| 15 | 09/21 | 07:41PM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 | | | |
| 16 | 09/21 | 07:47PM | 504 | 945-8781 | INCOMING | W | 2 | 2:00 | | | |
| 17 | 09/21 | 07:49PM | 504 | 715-5694 | INCOMING | W | 2 | 6:00 | | | |
| 18 | 09/21 | 08:42PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 2:00 | | | |
| 19 | 09/21 | 08:42PM | 504 | 715-5694 | NEWORLEANS | | 4 | 2:00 | | | |
| 20 | 09/22 | 01:51AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 21 | 09/22 | 01:52AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 6:00 | | | |
| 22 | 09/22 | 01:52AM | 504 | 309-0979 | NEWORLEANS | | 4 | 6:00 | | | |
| 23 | 09/22 | 09:16AM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 24 | 09/22 | 09:17AM | 334 | 750-0857 | AUBURN | | P | 8:00 | | | |
| 25 | 09/22 | 09:45AM | 334 | 332-8028 | AUBURN | | P | 2:00 | | | |
| 26 | 09/22 | 11:59AM | 334 | 821-2493 | AUBURN | | P | 2:00 | | | |
| 27 | 09/22 | 12:02PM | 301 | 847-0998 | LAYHILL | | P | 20:00 | | | |
| 28 | 09/22 | 12:02PM | 301 | 847-0998 | LAYHILL | | 4 | 19:00 | | | |
| 29 | 09/22 | 12:21PM | 504 | 945-8781 | INCOMING | C | P | 4:00 | | | |
| 30 | 09/22 | 12:25PM | 301 | 847-0998 | LAYHILL | | P | 1:00 | | | |
| 31 | 09/22 | 12:25PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 32 | 09/22 | 03:39PM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 33 | 09/22 | 03:44PM | 800 | 966-8369 | 800 SERV. | | P | 1:00 | | | |
| 34 | 09/22 | 03:45PM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 35 | 09/22 | 03:46PM | 334 | 821-2493 | AUBURN | | P | 2:00 | | | |
| 36 | 09/22 | 03:48PM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 37 | 09/22 | 03:50PM | 334 | 821-2493 | AUBURN | | P | 1:00 | | | |
| 38 | 09/22 | 03:51PM | 334 | 821-2493 | AUBURN | | P | 1:00 | | | |
| 39 | 09/22 | 03:53PM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 40 | 09/22 | 03:56PM | 334 | 821-2493 | AUBURN | | P | 1:00 | | | |
| 41 | 09/22 | 03:57PM | 334 | 821-2493 | AUBURN | | P | 5:00 | | | |
| 42 | 09/22 | 04:41PM | 334 | 750-0857 | AUBURN | | P | 3:00 | | | |
| 43 | 09/23 | 09:15AM | 334 | 332-8028 | AUBURN | | P | 1:00 | | | |
| 44 | 09/23 | 05:23PM | 334 | 750-0857 | INCOMING | | P | 5:00 | | | |
| 45 | 09/23 | 08:53PM | 334 | 332-8028 | AUBURN | W | O | 2:00 | | | |
| 46 | 09/23 | 09:20PM | 334 | 332-8028 | AUBURN | W | O | 1:00 | | | |
| 47 | 09/24 | 09:57AM | 301 | 847-0998 | LAYHILL | | P | 2:00 | | | |
| 48 | 09/24 | 09:57AM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 49 | 09/24 | 10:14AM | 301 | 847-0998 | INCOMING | | P | 24:00 | | | |
| 50 | 09/24 | 12:44PM | 334 | 821-2493 | AUBURN | | P | 5:00 | | | |
| 51 | 09/24 | 01:22PM | 334 | 821-2493 | AUBURN | | P | 3:00 | | | |
| 52 | 09/24 | 01:48PM | 504 | 945-8781 | INCOMING | | P | 2:00 | | | |
| 53 | 09/24 | 03:08PM | 504 | 945-8781 | INCOMING | | P | 1:00 | | | |
| 54 | 09/24 | 03:28PM | 334 | 750-0857 | INCOMING | | P | 1:00 | | | |
| 55 | 09/24 | 04:11PM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 | | | |
| 56 | 09/24 | 04:11PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | | | |
| 57 | 09/24 | 04:56PM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 | | | |
| 58 | 09/24 | 04:57PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | | | |
| 59 | 09/24 | 05:02PM | 334 | 750-0857 | AUBURN | | P | 1:00 | | | |
| 60 | 09/24 | 07:32PM | 301 | 847-0998 | INCOMING | W | O | 6:00 | | | |
| 61 | 09/24 | 07:40PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | | | |
| 62 | 09/24 | 08:02PM | 334 | 750-0857 | AUBURN | W | O | 19:00 | | | |
| 63 | 09/24 | 08:26PM | 800 | 789-4385 | 800 SERV. | W | O | 6:00 | | | |
| 64 | 09/24 | 08:34PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | | |
| 65 | 09/25 | 07:21AM | 334 | 332-8028 | AUBURN | | P | 1:00 | | | |
| 66 | 09/25 | 07:48AM | 334 | 750-0857 | AUBURN | | P | 2:00 | | | |

United Airlines
Account 4072662

| # | Date | Time | Area | Number | Location | | |
|---|---|---|---|---|---|---|---|
| 67 | 09/25 | 08:02AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 68 | 09/25 | 08:42AM | 334 | 727-7215 | INCOMING | P | 7:00 |
| 69 | 09/25 | 09:53AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 70 | 09/25 | 10:32AM | 301 | 847-0998 | INCOMING | P | 7:00 |
| 71 | 09/25 | 11:31AM | 702 | 804-8484 | INCOMING | P | 2:00 |
| 72 | 09/25 | 12:42PM | 334 | 750-0857 | AUBURN | P | 7:00 |
| 73 | 09/25 | 01:06PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 74 | 09/25 | 01:17PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 75 | 09/25 | 01:21PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 76 | 09/25 | 01:23PM | 334 | 750-0857 | AUBURN | P | 2:00 |
| 77 | 09/25 | 01:50PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 78 | 09/25 | 02:00PM | 504 | 529-1000 | NEWORLEANS | P | 3:00 |
| 79 | 09/25 | 02:00PM | 504 | 529-1000 | NEWORLEANS | 4 | 3:00 |
| 80 | 09/25 | 08:30PM | 702 | 804-8484 | INCOMING | W O | 1:00 |
| 81 | 09/26 | 06:52PM | 504 | 715-5694 | INCOMING | P | 5:00 |
| 82 | 09/26 | 08:31PM | 504 | 945-8781 | NEWORLEANS | W 2 | 5:00 |
| 83 | 09/26 | 08:31PM | 504 | 945-8781 | NEWORLEANS | 4 | 5:00 |
| 84 | 09/26 | 08:39PM | 504 | 309-0979 | NEWORLEANS | W 2 | 6:00 |
| 85 | 09/26 | 08:39PM | 504 | 309-0979 | NEWORLEANS | 4 | 6:00 |
| 86 | 09/27 | 07:27AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 87 | 09/27 | 07:27AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 88 | 09/27 | 11:53AM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 89 | 09/27 | 11:53AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 90 | 09/27 | 01:15PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 91 | 09/27 | 01:27PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 92 | 09/27 | 01:27PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 93 | 09/27 | 03:44PM | 301 | 233-5402 | INCOMING | W 2 | 14:00 |
| 94 | 09/27 | 03:57PM | 504 | 945-8781 | NEWORLEANS | W 2 | 6:00 |
| 95 | 09/27 | 03:58PM | 504 | 945-8781 | NEWORLEANS | 4 | 6:00 |
| 96 | 09/27 | 04:03PM | 301 | 233-5402 | SILVER SPG | W 2 | 1:00 |
| 97 | 09/27 | 04:03PM | 301 | 233-5402 | SILVER SPG | 4 | 1:00 |
| 98 | 09/27 | 04:20PM | 800 | 758-3844 | 800 SERV. | W 2 | 2:00 |
| 99 | 09/27 | 05:49PM | 504 | 309-0979 | INCOMING | W 2 | 6:00 |
| 100 | 09/27 | 07:23PM | 504 | 309-0979 | INCOMING | W 2 | 2:00 |
| 101 | 09/27 | 08:23PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 102 | 09/27 | 08:23PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 103 | 09/27 | 08:25PM | 800 | 789-4385 | 800 SERV. | W 2 | 2:00 |
| 104 | 09/27 | 08:28PM | 800 | 356-0011 | 800 SERV. | W 2 | 1:00 |
| 105 | 09/27 | 08:29PM | 800 | 356-0011 | 800 SERV. | W 2 | 4:00 |
| 106 | 09/27 | 08:33PM | 800 | 356-0011 | 800 SERV. | W 2 | 1:00 |
| 107 | 09/27 | 08:34PM | 800 | 356-0011 | 800 SERV. | W 2 | 12:00 |
| 108 | 09/27 | 09:00PM | 504 | 309-0979 | NEWORLEANS | W 2 | 7:00 |
| 109 | 09/27 | 09:00PM | 504 | 309-0979 | NEWORLEANS | 4 | 7:00 |
| 110 | 09/28 | 11:44AM | 301 | 233-5395 | SILVER SPG | W 2 | 1:00 |
| 111 | 09/28 | 11:44AM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 112 | 09/28 | 02:56PM | 334 | 745-6949 | INCOMING | W 2 | 19:00 |
| 113 | 09/28 | 03:29PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 114 | 09/28 | 03:29PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 115 | 09/28 | 03:48PM | 504 | 309-0979 | INCOMING | W 2 | 6:00 |
| 116 | 09/28 | 05:27PM | 504 | 715-5694 | INCOMING | W 2 | 2:00 |
| 117 | 09/28 | 05:30PM | 504 | 943-6997 | NEWORLEANS | W 2 | 1:00 |
| 118 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | 4 | 1:00 |
| 119 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | W 2 | 1:00 |
| 120 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | 4 | 1:00 |
| 121 | 09/28 | 05:32PM | 504 | 715-5694 | NEWORLEANS | W 2 | 1:00 |
| 122 | 09/28 | 05:32PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 123 | 09/28 | 05:33PM | 504 | 943-6997 | NEWORLEANS | W 2 | 9:00 |
| 124 | 09/28 | 05:33PM | 504 | 943-6997 | NEWORLEANS | 4 | 9:00 |
| 125 | 09/28 | 05:56PM | 334 | 727-7807 | INCOMING | W 2 | 2:00 |
| 126 | 09/28 | 08:32PM | 504 | 309-0979 | INCOMING | W 2 | 1:00 |
| 127 | 09/29 | 00:03AM | 504 | 309-0979 | NEWORLEANS | W 2 | 11:00 |
| 128 | 09/29 | 00:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 11:00 |
| 129 | 09/29 | 05:28AM | 202 | 530-9429 | WASHINGTON | W 2 | 1:00 |
| 130 | 09/29 | 05:29AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 131 | 09/29 | 06:43AM | 202 | 530-9429 | WASHINGTON | W 2 | 8:00 |
| 132 | 09/29 | 06:43AM | 202 | 530-9429 | WASHINGTON | 4 | 8:00 |
| 133 | 09/29 | 08:52AM | 202 | 530-0684 | INCOMING | P | 2:00 |
| 134 | 09/29 | 08:54AM | 202 | 530-0684 | INCOMING | P | 7:00 |
| 135 | 09/29 | 09:06AM | 202 | 530-0684 | INCOMING | P | 5:00 |
| 136 | 09/29 | 09:11AM | 202 | 234-3062 | WASHINGTON | P | 1:00 |
| 137 | 09/29 | 09:11AM | 202 | 234-3062 | WASHINGTON | 4 | 1:00 |

| # | Date | Time | Number | Location | | Duration |
|---|------|------|--------|----------|---|----------|
| 138 | 09/29 | 09:14AM | 202 530-9429 | WASHINGTON | P | 2:00 |
| 139 | 09/29 | 09:14AM | 202 530-9429 | WASHINGTON | 4 | 2:00 |
| 140 | 09/29 | 09:16AM | 202 234-3062 | WASHINGTON | P | 4:00 |
| 141 | 09/29 | 09:16AM | 202 234-3062 | WASHINGTON | 4 | 3:00 |
| 142 | 09/29 | 09:19AM | 205 324-0111 | BIRMINGHAM | P | 1:00 |
| 143 | 09/29 | 09:19AM | 205 324-0111 | BIRMINGHAM | 4 | 1:00 |
| 144 | 09/29 | 09:20AM | 202 530-9429 | WASHINGTON | P | 2:00 |
| 145 | 09/29 | 09:20AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 146 | 09/29 | 09:23AM | 205 731-1359 | BIRMINGHAM | P | 1:00 |
| 147 | 09/29 | 09:24AM | 205 731-1359 | BIRMINGHAM | 4 | 1:00 |
| 148 | 09/29 | 09:25AM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 149 | 09/29 | 09:25AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 150 | 09/29 | 09:26AM | 334 749-5065 | OPELIKA | P | 2:00 |
| 151 | 09/29 | 09:28AM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 152 | 09/29 | 09:28AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 153 | 09/29 | 09:34AM | 800 669-4000 | 800 SERV. | P | 4:00 |
| 154 | 09/29 | 09:38AM | 202 530-9429 | WASHINGTON | P | 3:00 |
| 155 | 09/29 | 09:38AM | 202 530-9429 | WASHINGTON | 4 | 3:00 |
| 156 | 09/29 | 10:08AM | 202 530-9429 | WASHINGTON | P | 2:00 |
| 157 | 09/29 | 10:09AM | 202 530-9429 | WASHINGTON | 4 | 2:00 |
| 158 | 09/29 | 10:49AM | 334 821-2493 | AUBURN | P | 1:00 |
| 159 | 09/29 | 11:00AM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 160 | 09/29 | 11:00AM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 161 | 09/29 | 11:16AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 162 | 09/29 | 11:16AM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 163 | 09/29 | 11:17AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 164 | 09/29 | 11:18AM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 165 | 09/29 | 11:39AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 166 | 09/29 | 11:39AM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 167 | 09/29 | 11:43AM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 168 | 09/29 | 11:43AM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 169 | 09/29 | 11:44AM | 504 945-8781 | INCOMING | P | 1:00 |
| 170 | 09/29 | 01:46PM | 202 530-9429 | WASHINGTON | P | 3:00 |
| 171 | 09/29 | 01:46PM | 202 530-9429 | WASHINGTON | 4 | 3:00 |
| 172 | 09/29 | 02:33PM | 202 530-9429 | WASHINGTON | P | 2:00 |
| 173 | 09/29 | 02:33PM | 202 530-9429 | WASHINGTON | 4 | 2:00 |
| 174 | 09/30 | 07:50AM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 175 | 09/30 | 07:50AM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 176 | 09/30 | 07:51AM | 504 309-0979 | NEWORLEANS | P | 6:00 |
| 177 | 09/30 | 07:51AM | 504 309-0979 | NEWORLEANS | 4 | 5:00 |
| 178 | 09/30 | 08:20AM | 301 847-0998 | LAYHILL | P | 1:00 |
| 179 | 09/30 | 08:22AM | 202 530-9429 | WASHINGTON | P | 9:00 |
| 180 | 09/30 | 08:22AM | 202 530-9429 | WASHINGTON | 4 | 9:00 |
| 181 | 09/30 | 09:14AM | 301 847-0998 | INCOMING | P | 5:00 |
| 182 | 09/30 | 09:19AM | 504 945-8781 | NEWORLEANS | P | 2:00 |
| 183 | 09/30 | 09:19AM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 184 | 09/30 | 09:53AM | 301 847-0998 | INCOMING | P | 19:00 |
| 185 | 09/30 | 07:02PM | 504 309-0979 | INCOMING | W O | 1:00 |
| 186 | 09/30 | 07:04PM | 504 309-0979 | INCOMING | W O | 2:00 |
| 187 | 09/30 | 09:14PM | 504 309-0979 | NEWORLEANS | W O | 25:00 |
| 188 | 09/30 | 09:14PM | 504 309-0979 | NEWORLEANS | 4 | 24:00 |
| 189 | 09/30 | 09:39PM | 504 309-0979 | NEWORLEANS | W O | 23:00 |
| 190 | 09/30 | 09:39PM | 504 309-0979 | NEWORLEANS | 4 | 23:00 |
| 191 | 09/30 | 10:03PM | 504 715-5694 | NEWORLEANS | W O | 2:00 |
| 192 | 09/30 | 10:03PM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 193 | 09/30 | 10:04PM | 504 945-8781 | NEWORLEANS | W O | 4:00 |
| 194 | 09/30 | 10:04PM | 504 945-8781 | NEWORLEANS | 4 | 4:00 |
| 195 | 09/30 | 10:10PM | 504 945-8781 | NEWORLEANS | W O | 13:00 |
| 196 | 09/30 | 10:10PM | 504 945-8781 | NEWORLEANS | 4 | 13:00 |
| 197 | 09/30 | 10:35PM | 504 945-8781 | NEWORLEANS | W O | 1:00 |
| 198 | 09/30 | 10:36PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 199 | 10/01 | 10:18AM | 800 222-1811 | 800 SERV. | P | 2:00 |
| 200 | 10/01 | 11:20AM | 000 000-0411 | DIR ASST | | 2:00 | 1.29 1.29 |
| 201 | 10/01 | 11:20AM | 301 847-0998 | LAYHILL | P | 4:00 |
| 202 | 10/01 | 11:20AM | 301 847-0998 | LAYHILL | 4 | 4:00 |
| 203 | 10/01 | 11:29AM | 301 847-0998 | INCOMING | P | 7:00 |
| 204 | 10/01 | 11:58AM | 504 945-8781 | NEWORLEANS | P | 2:00 |
| 205 | 10/01 | 11:58AM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 206 | 10/01 | 07:58PM | 301 847-0998 | LAYHILL | W O | 26:00 |
| 207 | 10/01 | 07:59PM | 301 847-0998 | LAYHILL | 4 | 26:00 |
| 208 | 10/01 | 08:30PM | 301 847-0998 | LAYHILL | W O | 3:00 |

Billed Airtime
Account 11072662

| | | | | | | |
|---|---|---|---|---|---|---|
| 209 | 10/01 | 08:30PM | 301 847-0998 | LAYHILL | 4 | 3:00 |
| 210 | 10/02 | 07:07AM | 334 740-0032 | INCOMING | P | 3:00 |
| 211 | 10/02 | 12:19PM | 301 847-0998 | INCOMING | P | 12:00 |
| 212 | 10/02 | 04:05PM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 213 | 10/02 | 04:18PM | 504 715-5694 | NEWORLEANS | P | 2:00 |
| 214 | 10/02 | 04:19PM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 215 | 10/02 | 07:25PM | 504 945-8781 | NEWORLEANS | W O | 2:00 |
| 216 | 10/02 | 07:26PM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 217 | 10/02 | 07:29PM | 301 847-0998 | LAYHILL | W O | 3:00 |
| 218 | 10/02 | 07:29PM | 301 847-0998 | LAYHILL | 4 | 3:00 |
| 219 | 10/02 | 07:31PM | 504 945-8781 | NEWORLEANS | W O | 1:00 |
| 220 | 10/02 | 07:32PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 221 | 10/02 | 07:35PM | 504 309-0979 | NEWORLEANS | W O | 8:00 |
| 222 | 10/02 | 07:35PM | 504 309-0979 | NEWORLEANS | 4 | 7:00 |
| 223 | 10/02 | 07:41PM | 301 847-0998 | INCOMING | W O | 2:00 |
| 224 | 10/02 | 07:46PM | 301 847-0998 | LAYHILL | W O | 14:00 |
| 225 | 10/02 | 07:46PM | 301 847-0998 | LAYHILL | 4 | 14:00 |
| 226 | 10/02 | 08:10PM | 334 725-2600 | TUSKEGEE | W | 4:00 |
| 227 | 10/02 | 08:26PM | 301 847-0998 | LAYHILL | W O | 2:00 |
| 228 | 10/02 | 08:26PM | 301 847-0998 | LAYHILL | 4 | 2:00 |
| 229 | 10/02 | 02:13AM | 334 740-0032 | AUBURN | W O | 2:00 |
| 230 | 10/03 | 08:03AM | 334 727-1107 | TUSKEGEE | | 2:00 |
| 231 | 10/03 | 10:20AM | 301 847-0998 | LAYHILL | P | 4:00 |
| 232 | 10/03 | 10:21AM | 301 847-0998 | LAYHILL | 4 | 4:00 |
| 233 | 10/03 | 10:24AM | 202 530-9429 | WASHINGTON | P | 9:00 |
| 234 | 10/03 | 10:24AM | 202 530-9429 | WASHINGTON | 4 | 8:00 |
| 235 | 10/03 | 10:42AM | 334 740-0032 | AUBURN | P | 1:00 |
| 236 | 10/03 | 11:01AM | 334 727-5833 | TUSKEGEE | | 3:00 |
| 237 | 10/03 | 11:10AM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 238 | 10/03 | 11:11AM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 239 | 10/03 | 01:01PM | 301 847-0998 | LAYHILL | P | 1:00 |
| 240 | 10/03 | 01:01PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 241 | 10/03 | 01:03PM | 301 847-0998 | INCOMING | P | 3:00 |
| 242 | 10/03 | 07:33PM | 504 945-8781 | NEWORLEANS | W 2 | 2:00 |
| 243 | 10/03 | 07:33PM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 244 | 10/03 | 07:35PM | 301 847-0998 | LAYHILL | W 2 | 16:00 |
| 245 | 10/03 | 07:35PM | 301 847-0998 | LAYHILL | 4 | 15:00 |
| 246 | 10/04 | 03:13AM | 504 309-0979 | INCOMING | W 2 | 1:00 |
| 247 | 10/04 | 03:14AM | 504 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 248 | 10/04 | 03:14AM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 249 | 10/04 | 03:27AM | 504 309-0979 | NEWORLEANS | W 2 | 16:00 |
| 250 | 10/04 | 03:27AM | 504 309-0979 | NEWORLEANS | 4 | 16:00 |
| 251 | 10/04 | 07:46AM | 334 745-6949 | OPELIKA | W 2 | 4:00 |
| 252 | 10/04 | 12:15PM | 334 332-8028 | AUBURN | W 2 | 2:00 |
| 253 | 10/04 | 12:17PM | 334 727-7807 | TUSKEGEE | W | 2:00 |
| 254 | 10/04 | 01:14PM | 301 847-0998 | LAYHILL | W 2 | 31:00 |
| 255 | 10/04 | 01:14PM | 301 847-0998 | LAYHILL | 4 | 31:00 |
| 256 | 10/04 | 02:09PM | 301 233-5402 | SILVER SPG | W 2 | 1:00 |
| 257 | 10/04 | 02:09PM | 301 233-5402 | SILVER SPG | 4 | 1:00 |
| 258 | 10/04 | 02:11PM | 301 233-5402 | INCOMING | W 2 | 1:00 |
| 259 | 10/04 | 02:21PM | 301 233-5402 | INCOMING | W 2 | 2:00 |
| 260 | 10/04 | 03:09PM | 301 233-5402 | SILVER SPG | W 2 | 2:00 |
| 261 | 10/04 | 03:10PM | 301 233-5402 | SILVER SPG | 4 | 1:00 |
| 262 | 10/04 | 05:48PM | 334 727-7807 | INCOMING | W 2 | 4:00 |
| 263 | 10/05 | 10:52AM | 301 847-0998 | LAYHILL | W 2 | 6:00 |
| 264 | 10/05 | 10:52AM | 301 847-0998 | LAYHILL | 4 | 6:00 |
| 265 | 10/05 | 10:59AM | 301 233-5395 | SILVER SPG | W 2 | 1:00 |
| 266 | 10/05 | 10:59AM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 267 | 10/05 | 01:16PM | 504 945-8781 | INCOMING | W 2 | 6:00 |
| 268 | 10/05 | 01:22PM | 334 332-8028 | AUBURN | W 2 | 2:00 |
| 269 | 10/05 | 01:30PM | 334 725-2600 | TUSKEGEE | W | 2:00 |
| 270 | 10/05 | 01:31PM | 504 715-5694 | NEWORLEANS | W 2 | 2:00 |
| 271 | 10/05 | 01:31PM | 504 715-5694 | NEWORLEANS | 4 | 2:00 |
| 272 | 10/05 | 01:40PM | 504 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 273 | 10/05 | 01:40PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 274 | 10/05 | 02:04AM | 334 740-0032 | INCOMING | W 2 | 20:00 |
| 275 | 10/06 | 09:36AM | 504 261-3404 | INCOMING | P | 7:00 |
| 276 | 10/06 | 04:15PM | 334 750-0857 | INCOMING | P | 15:00 |
| 277 | 10/06 | 04:45PM | 301 847-0998 | INCOMING | P | 2:00 |
| 278 | 10/06 | 07:10PM | 301 847-0998 | LAYHILL | W O | 3:00 |
| 279 | 10/06 | 07:10PM | 301 847-0998 | LAYHILL | 4 | 3:00 |

**Billed Airtime**
**Account: 41072662**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 280 | 10/06 | 07:13PM | 301 847-0998 | INCOMING | W | O | 23:00 |
| 281 | 10/06 | 09:48PM | 334 750-0857 | AUBURN | W | O | 7:00 |
| 282 | 10/06 | 09:55PM | 334 750-0857 | INCOMING | W | O | 2:00 |
| 283 | 10/07 | 03:05AM | 800 789-4385 | 800 SERV. | W | O | 1:00 |
| 284 | 10/07 | 06:11AM | 800 789-4385 | 800 SERV. | W | O | 2:00 |
| 285 | 10/07 | 06:14AM | 504 715-5694 | NEWORLEANS | W | O | 1:00 |
| 286 | 10/07 | 06:15AM | 504 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 287 | 10/07 | 09:12AM | 334 750-0857 | AUBURN | | P | 1:00 |
| 288 | 10/07 | 09:14AM | 334 750-0857 | INCOMING | | P | 3:00 |
| 289 | 10/07 | 09:34AM | 334 750-0857 | INCOMING | | P | 17:00 |
| 290 | 10/07 | 03:43PM | 334 750-0857 | AUBURN | | P | 1:00 |
| 291 | 10/07 | 03:43PM | 334 821-2493 | AUBURN | | P | 1:00 |
| 292 | 10/07 | 04:14PM | 334 745-6949 | INCOMING | | P | 7:00 |
| 293 | 10/07 | 04:22PM | 504 715-5694 | NEWORLEANS | | P | 1:00 |
| 294 | 10/07 | 04:22PM | 504 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 295 | 10/07 | 04:23PM | 504 522-8271 | INCOMING | | P | 3:00 |
| 296 | 10/07 | 07:28PM | 334 750-0857 | INCOMING | W | O | 2:00 |
| 297 | 10/07 | 09:54PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 298 | 10/08 | 07:53AM | 504 309-0979 | INCOMING | | P | 7:00 |
| 299 | 10/08 | 08:53AM | 334 750-0857 | INCOMING | | P | 1:00 |
| 300 | 10/08 | 11:43AM | 334 750-0857 | AUBURN | | P | 1:00 |
| 301 | 10/08 | 11:46AM | 334 750-0857 | AUBURN | | P | 2:00 |
| 302 | 10/08 | 12:40PM | 334 750-0857 | AUBURN | | P | 1:00 |
| 303 | 10/08 | 12:41PM | 334 750-0857 | AUBURN | | P | 1:00 |
| 304 | 10/08 | 12:48PM | 334 727-7215 | TUSKEGEE | | | 31:00 |
| 305 | 10/08 | 07:05PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 306 | 10/08 | 07:06PM | 334 821-2493 | AUBURN | W | O | 3:00 |
| 307 | 10/08 | 07:11PM | 301 847-0998 | LAYHILL | W | O | 24:00 |
| 308 | 10/08 | 07:11PM | 301 847-0998 | LAYHILL | | 4 | 24:00 |
| 309 | 10/08 | 08:00PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 310 | 10/08 | 08:07PM | 334 750-0857 | INCOMING | W | O | 14:00 |
| 311 | 10/08 | 08:23PM | 504 309-0979 | NEWORLEANS | W | O | 1:00 |
| 312 | 10/08 | 08:23PM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 313 | 10/08 | 08:25PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 314 | 10/08 | 08:28PM | 504 945-8781 | NEWORLEANS | W | O | 3:00 |
| 315 | 10/08 | 08:28PM | 504 945-8781 | NEWORLEANS | | 4 | 3:00 |
| 316 | 10/08 | 08:43PM | 504 309-0979 | NEWORLEANS | W | O | 7:00 |
| 317 | 10/08 | 08:44PM | 504 309-0979 | NEWORLEANS | | 4 | 7:00 |
| 318 | 10/08 | 08:50PM | 334 750-0857 | AUBURN | W | O | 2:00 |
| 319 | 10/08 | 09:12PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 320 | 10/08 | 09:23PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 321 | 10/08 | 09:30PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 322 | 10/08 | 09:31PM | 334 821-2493 | AUBURN | W | O | 3:00 |
| 323 | 10/08 | 09:57PM | 504 715-5694 | NEWORLEANS | W | O | 2:00 |
| 324 | 10/08 | 09:57PM | 504 715-5694 | NEWORLEANS | | 4 | 2:00 |
| 325 | 10/09 | 07:13AM | 334 750-0857 | AUBURN | | P | 1:00 |
| 326 | 10/09 | 07:19AM | 334 727-7215 | TUSKEGEE | | | 4:00 |
| 327 | 10/09 | 07:33AM | 334 750-0857 | AUBURN | | P | 1:00 |
| 328 | 10/09 | 07:42AM TG | 504 945-8781 | /TUSKEGEE, | R | P | 1:00 |
| 329 | 10/09 | 09:02AM | 301 847-0998 | INCOMING | | P | 10:00 |
| 330 | 10/09 | 09:12AM | 504 945-8781 | NEWORLEANS | | P | 1:00 |
| 331 | 10/09 | 09:12AM | 504 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 332 | 10/09 | 12:17PM | 334 727-7215 | TUSKEGEE | | | 10:00 |
| 333 | 10/09 | 12:43PM | 504 715-5694 | INCOMING | | P | 1:00 |
| 334 | 10/09 | 12:44PM | 504 813-6381 | KENNER | | P | 1:00 |
| 335 | 10/09 | 12:44PM | 504 813-6381 | KENNER | | 4 | 1:00 |
| 336 | 10/09 | 12:45PM | 504 948-0818 | NEWORLEANS | | P | 1:00 |
| 337 | 10/09 | 12:45PM | 504 948-0818 | NEWORLEANS | | 4 | 1:00 |
| 338 | 10/09 | 03:52PM | 334 727-7807 | INCOMING | | P | 1:00 |
| 339 | 10/09 | 09:14PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 340 | 10/09 | 09:17PM | 334 727-7215 | TUSKEGEE | W | | 2:00 |
| 341 | 10/09 | 09:17PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 342 | 10/09 | 09:31PM | 334 750-0857 | AUBURN | W | O | 2:00 |
| 343 | 10/09 | 09:41PM | 334 750-0857 | AUBURN | W | O | 2:00 |
| 344 | 10/09 | 10:03PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 345 | 10/10 | 00:07AM | 334 750-0857 | AUBURN | W | O | 4:00 |
| 346 | 10/10 | 00:11AM | 334 740-0032 | AUBURN | W | O | 4:00 |
| 347 | 10/10 | 00:15AM | 334 740-0032 | INCOMING | W | O | 2:00 |
| 348 | 10/10 | 02:27AM | 800 789-4385 | 800 SERV. | W | O | 1:00 |
| 349 | 10/10 | 02:43AM | 334 821-2493 | AUBURN | W | O | 3:00 |
| 350 | 10/10 | 08:42AM | 334 727-1790 | TUSKEGEE | | | 2:00 |

Billed Airtime
Account 11072862

| | | | | | | |
|---|---|---|---|---|---|---|
| 351 | 10/10 | 09:30AM | 334 750-0857 | AUBURN | P | 13:00 |
| 352 | 10/10 | 12:50PM | 504 715-5694 | NEWORLEANS | P | 2:00 |
| 353 | 10/10 | 12:50PM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 354 | 10/10 | 12:53PM | 504 715-5694 | INCOMING | P | 2:00 |
| 355 | 10/10 | 12:55PM | 504 715-5694 | NEWORLEANS | P | 1:00 |
| 356 | 10/10 | 12:55PM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 357 | 10/10 | 01:08PM | 504 715-5694 | NEWORLEANS | P | 4:00 |
| 358 | 10/10 | 01:08PM | 504 715-5694 | NEWORLEANS | 4 | 4:00 |
| 359 | 10/10 | 01:42PM | 334 727-1790 | TUSKEGEE | | 2:00 |
| 360 | 10/10 | 02:06PM | 301 847-0998 | INCOMING | P | 2:00 |
| 361 | 10/10 | 05:13PM | 334 727-7807 | INCOMING | P | 1:00 |
| 362 | 10/10 | 09:49PM | 504 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 363 | 10/10 | 09:49PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 364 | 10/10 | 09:50PM | 301 847-0998 | LAYHILL | W 2 | 3:00 |
| 365 | 10/10 | 09:50PM | 301 847-0998 | LAYHILL | 4 | 3:00 |
| 366 | 10/11 | 03:30AM | 504 309-0979 | INCOMING | W 2 | 22:00 |
| 367 | 10/11 | 07:04AM | 504 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 368 | 10/11 | 07:04AM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 369 | 10/11 | 08:19AM | 301 847-0998 | INCOMING | W 2 | 1:00 |
| 370 | 10/11 | 10:09AM | 504 309-0979 | INCOMING | W 2 | 2:00 |
| 371 | 10/11 | 10:42AM | 504 261-3404 | INCOMING | W 2 | 6:00 |
| 372 | 10/11 | 10:50AM | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 373 | 10/11 | 11:08AM | 504 261-3404 | NEWORLEANS | W 2 | 4:00 |
| 374 | 10/11 | 11:08AM | 504 261-3404 | NEWORLEANS | 4 | 4:00 |
| 375 | 10/11 | 11:13AM | 301 847-0998 | LAYHILL | W 2 | 22:00 |
| 376 | 10/11 | 11:13AM | 301 847-0998 | LAYHILL | 4 | 22:00 |
| 377 | 10/11 | 01:39PM | 504 309-0979 | INCOMING | W 2 | 1:00 |
| 378 | 10/11 | 03:34PM | 334 821-2493 | AUBURN | W 2 | 3:00 |
| 379 | 10/11 | 03:44PM | 334 727-7807 | TUSKEGEE | W | 6:00 |
| 380 | 10/11 | 03:49PM | 334 750-0857 | AUBURN | W 2 | 15:00 |
| 381 | 10/11 | 04:07PM | 334 750-0857 | AUBURN | W 2 | 2:00 |
| 382 | 10/11 | 04:24PM | 504 261-3404 | NEWORLEANS | W 2 | 1:00 |
| 383 | 10/11 | 04:24PM | 504 261-3404 | NEWORLEANS | 4 | 1:00 |
| 384 | 10/11 | 07:05PM | 334 750-0857 | AUBURN | W 2 | 3:00 |
| 385 | 10/11 | 07:07PM | 334 727-7215 | TUSKEGEE | W | 13:00 |
| 386 | 10/11 | 07:14PM | 504 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 387 | 10/11 | 07:14PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 388 | 10/11 | 07:23PM | 504 945-8781 | INCOMING | W 2 | 1:00 |
| 389 | 10/11 | 07:24PM | 504 945-8781 | NEWORLEANS | W 2 | 3:00 |
| 390 | 10/11 | 07:24PM | 504 945-8781 | NEWORLEANS | 4 | 3:00 |
| 391 | 10/11 | 08:00PM | 334 332-8028 | AUBURN | W 2 | 2:00 |
| 392 | 10/11 | 09:48PM | 504 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 393 | 10/11 | 09:48PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 394 | 10/11 | 09:49PM | 800 789-4385 | 800 SERV. | W 2 | 4:00 |
| 395 | 10/12 | 08:50AM | 334 725-2600 | TUSKEGEE | W | 4:00 |
| 396 | 10/12 | 04:04PM | 301 847-0998 | LAYHILL | W 2 | 1:00 |
| 397 | 10/12 | 04:04PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 398 | 10/12 | 04:05PM | 504 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 399 | 10/12 | 04:05PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 400 | 10/12 | 04:43PM | 301 847-0998 | LAYHILL | W 2 | 5:00 |
| 401 | 10/12 | 04:43PM | 301 847-0998 | LAYHILL | 4 | 4:00 |
| 402 | 10/12 | 04:55PM | 334 750-0857 | AUBURN | W 2 | 38:00 |
| 403 | 10/12 | 06:18PM | 504 309-0979 | NEWORLEANS | W 2 | 6:00 |
| 404 | 10/12 | 06:18PM | 504 309-0979 | NEWORLEANS | 4 | 6:00 |
| 405 | 10/12 | 07:31PM | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 406 | 10/12 | 07:32PM | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 407 | 10/12 | 07:39PM | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 408 | 10/12 | 07:47PM | 334 750-0857 | AUBURN | W 2 | 3:00 |
| 409 | 10/12 | 08:13PM | 334 821-2493 | AUBURN | W 2 | 2:00 |
| 410 | 10/12 | 08:16PM | 334 502-8032 | AUBURN | W 2 | 24:00 |
| 411 | 10/12 | 09:10PM | 334 740-0032 | AUBURN | W 2 | 2:00 |
| 412 | 10/12 | 09:53PM | 334 725-2600 | TUSKEGEE | W | 2:00 |
| 413 | 10/12 | 09:54PM | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 414 | 10/13 | 07:05PM | 334 750-0857 | AUBURN | W O | 2:00 |
| 415 | 10/13 | 07:07PM | 301 847-0998 | LAYHILL | W O | 18:00 |
| 416 | 10/13 | 07:07PM | 301 847-0998 | LAYHILL | 4 | 18:00 |
| 417 | 10/13 | 07:31PM | 504 945-8781 | NEWORLEANS | W O | 1:00 |
| 418 | 10/13 | 07:31PM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 419 | 10/13 | 07:31PM | 504 309-0979 | NEWORLEANS | W O | 3:00 |
| 420 | 10/13 | 07:32PM | 504 309-0979 | NEWORLEANS | 4 | 2:00 |
| 421 | 10/13 | 07:35PM | 504 943-6997 | NEWORLEANS | W O | 1:00 |

```
422 10/13 07:37PM   504 715-5694 NEWORLEANS W O    3:00
423 10/13 07:37PM   504 715-5694 NEWORLEANS   4    3:00
424 10/13 07:41PM   334 750-0857 INCOMING    W O   31:00
425 10/13 08:13PM   334 727-7807 TUSKEGEE    W      5:00
426 10/13 08:16PM   334 750-0857 AUBURN      W O    1:00
427 10/13 08:17PM   334 750-0857 INCOMING    W O    8:00
428 10/14 10:21AM   334 727-7807 TUSKEGEE            2:00
429 10/14 12:08PM   301 847-0998 INCOMING      P    2:00
430 10/14 03:47PM   334 821-4660 INCOMING      P    1:00
431 10/14 07:10PM   334 332-8028 AUBURN      W O    1:00
432 10/14 07:11PM   334 332-8028 AUBURN      W O    1:00
433 10/14 07:12PM   334 332-8028 AUBURN      W O    2:00
434 10/14 07:14PM   334 750-0857 AUBURN      W O   14:00
435 10/14 07:28PM   301 847-0998 LAYHILL     W O   17:00
436 10/14 07:28PM   301 847-0998 LAYHILL       4   17:00
437 10/14 07:44PM   504 945-8781 NEWORLEANS W O     1:00
438 10/15 03:28AM   800 789-4385 800 SERV.   W O    1:00
439 10/15 05:08AM   800 789-4385 800 SERV.   W O    3:00
440 10/15 11:53AM   334 750-0857 AUBURN        P    1:00
441 10/15 11:58AM   334 750-0857 AUBURN        P    1:00
442 10/15 12:01PM   334 750-0857 AUBURN        P    1:00
443 10/15 12:16PM   334 750-0857 AUBURN        P    1:00
444 10/15 09:55PM   504 309-0979 NEWORLEANS W O     2:00
445 10/15 09:55PM   504 309-0979 NEWORLEANS   4     2:00
446 10/15 09:57PM   301 847-0998 LAYHILL     W O   25:00
447 10/15 09:57PM   301 847-0998 LAYHILL       4   25:00
448 10/16 04:52AM   504 309-0979 NEWORLEANS W O    46:00
449 10/16 04:52AM   504 309-0979 NEWORLEANS   4    46:00
450 10/16 06:20AM   504 945-8781 NEWORLEANS W O     1:00
451 10/16 06:21AM   504 945-8781 NEWORLEANS   4     1:00
452 10/16 07:41AM   202 530-9429 WASHINGTON    P    6:00
453 10/16 07:41AM   202 530-9429 WASHINGTON    4    5:00
454 10/16 07:55AM   202 530-9429 WASHINGTON    P    1:00
455 10/16 07:55AM   202 530-9429 WASHINGTON    4    1:00
456 10/16 07:55AM   202 530-9429 WASHINGTON    P    2:00
457 10/16 07:55AM   202 530-9429 WASHINGTON    4    1:00
458 10/16 09:44AM   202 530-0684 INCOMING      P    2:00
459 10/16 09:53AM   202 530-0684 INCOMING      P    5:00
460 10/16 10:01AM   202 530-0684 INCOMING      P    4:00
461 10/16 07:00PM   301 847-0998 LAYHILL     W O    1:00
462 10/16 07:01PM   301 847-0998 LAYHILL       4    1:00
463 10/16 07:01PM   334 332-8028 AUBURN      W O    3:00
464 10/16 07:04PM   301 847-0998 LAYHILL     W O    1:00
465 10/16 07:04PM   301 847-0998 LAYHILL       4    1:00
466 10/16 07:16PM   504 722-7303 INCOMING    W O    2:00
467 10/16 08:21PM   504 945-8781 NEWORLEANS W O     1:00
468 10/16 08:21PM   504 945-8781 NEWORLEANS   4     1:00
469 10/16 08:21PM   301 233-5395 SILVER SPG W O     1:00
470 10/16 08:22PM   301 233-5395 SILVER SPG   4     1:00
471 10/16 09:38PM   334 332-8028 AUBURN      W O    1:00
472 10/16 09:50PM   504 715-5694 INCOMING    W O    5:00
473 10/17 00:19AM   301 847-0998 LAYHILL     W O    1:00
474 10/17 00:21AM   504 309-0979 NEWORLEANS W O     3:00
475 10/17 00:21AM   504 309-0979 NEWORLEANS   4     2:00
476 10/17 00:23AM   504 945-8781 NEWORLEANS W O     1:00
477 10/17 00:23AM   504 945-8781 NEWORLEANS   4     1:00
478 10/17 03:26AM   301 847-0998 LAYHILL     W O    3:00
479 10/17 03:26AM   301 847-0998 LAYHILL       4    2:00
480 10/17 07:30AM   334 332-9701 INCOMING      P    2:00
481 10/17 07:33AM   334 332-9701 INCOMING      P    3:00
482 10/17 09:28AM   334 332-9701 INCOMING      P    1:00
483 10/17 09:45PM   334 332-8028 AUBURN      W 2    3:00
484 10/17 09:48PM   256 282-8554 ANNISTON    W 2    1:00
485 10/17 09:48PM   256 282-8554 ANNISTON      4    1:00
486 10/17 09:49PM   301 847-0998 LAYHILL     W 2    2:00
487 10/17 09:49PM   301 847-0998 LAYHILL       4    2:00
488 10/18 02:34AM   334 332-8028 AUBURN      W 2    2:00
489 10/18 02:36AM   504 309-0979 NEWORLEANS W 2     1:00
490 10/18 02:37AM   504 309-0979 NEWORLEANS   4     1:00
491 10/18 05:03AM   334 332-8028 AUBURN      W 2    1:00
492 10/18 08:52AM   334 332-8028 AUBURN      W 2    2:00
```

**Billed Airtime**
Account: 41072662

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 493 | 10/18 | 01:47PM | 504 | 309-0979 | INCOMING | W | 2 | 9:00 | |
| 494 | 10/18 | 01:56PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 59:00 | |
| 495 | 10/18 | 01:56PM | 504 | 309-0979 | NEWORLEANS | | 4 | 59:00 | |
| 496 | 10/18 | 02:55PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | |
| 497 | 10/18 | 02:56PM | 301 | 847-0998 | LAYHILL | W | 2 | 60:00 | |
| 498 | 10/18 | 02:56PM | 301 | 847-0998 | LAYHILL | | 4 | 60:00 | |
| 499 | 10/18 | 04:08PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | |
| 500 | 10/18 | 04:52PM | 334 | 725-2600 | TUSKEGEE | W | | 4:00 | |
| 501 | 10/18 | 04:54PM | 800 | 789-4385 | 800 SERV. | W | 2 | 5:00 | |
| 502 | 10/18 | 05:09PM | 800 | 356-0011 | 800 SERV. | W | 2 | 15:00 | |
| 503 | 10/18 | 08:58PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 504 | 10/18 | 08:58PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | |
| 505 | 10/18 | 08:59PM | 504 | 722-7303 | INCOMING | W | 2 | 4:00 | |
| 506 | 10/18 | 09:32PM | 504 | 309-0979 | INCOMING | W | 2 | 3:00 | |
| 507 | 10/18 | 09:46PM | 504 | 309-0979 | INCOMING | W | 2 | 1:00 | |
| 508 | 10/19 | 03:14AM | 334 | 740-0032 | AUBURN | W | 2 | 1:00 | |
| 509 | 10/19 | 03:15AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | |
| 510 | 10/19 | 11:15AM | 334 | 703-5244 | INCOMING | W | 2 | 2:00 | |
| 511 | 10/19 | 11:19AM | 334 | 727-4142 | INCOMING | W | 2 | 7:00 | |
| 512 | 10/19 | 04:09PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 | |
| 513 | 10/19 | 04:11PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 | |
| 514 | 10/19 | 04:16PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 | |
| 515 | 10/19 | 04:34PM | 504 | 309-0979 | INCOMING | W | 2 | 2:00 | |
| 516 | 10/19 | 04:47PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 24:00 | |
| 517 | 10/19 | 04:47PM | 504 | 309-0979 | NEWORLEANS | | 4 | 23:00 | |
| 518 | 10/19 | 05:10PM | 301 | 847-0998 | LAYHILL | W | 2 | 6:00 | |
| 519 | 10/19 | 05:10PM | 301 | 847-0998 | LAYHILL | | 4 | 6:00 | |
| 520 | 10/19 | 05:15PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 | |
| 521 | 10/19 | 05:16PM | 301 | 847-0998 | LAYHILL | W | 2 | 27:00 | |
| 522 | 10/19 | 05:16PM | 301 | 847-0998 | LAYHILL | | 4 | 27:00 | |
| 523 | 10/19 | 05:43PM | 334 | 725-2600 | TUSKEGEE | W | | 4:00 | |
| 524 | 10/19 | 05:44PM | 334 | 332-8028 | AUBURN | W | 2 | 2:00 | |
| 525 | 10/19 | 07:55PM | 334 | 703-5244 | AUBURN | W | 2 | 3:00 | |
| 526 | 10/20 | 00:17AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | |
| 527 | 10/20 | 00:20AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 528 | 10/20 | 00:21AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | |
| 529 | 10/20 | 00:22AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 530 | 10/20 | 00:22AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | |
| 531 | 10/20 | 00:22AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 532 | 10/20 | 00:23AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | |
| 533 | 10/20 | 00:23AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 534 | 10/20 | 00:23AM | 504 | 309-0979 | NEWORLEANS | | 4 | 6:00 | |
| 535 | 10/20 | 09:35AM | 202 | 530-9429 | WASHINGTON | P | | 6:00 | |
| 536 | 10/20 | 09:35AM | 202 | 530-9429 | WASHINGTON | | 4 | 4:00 | |
| 537 | 10/20 | 10:12AM | 202 | 530-0684 | INCOMING | P | | 2:00 | |
| 538 | 10/20 | 10:13AM | 334 | 332-8028 | AUBURN | P | | 2:00 | |
| 539 | 10/20 | 10:15AM | 202 | 530-9429 | WASHINGTON | P | | 1:00 | |
| 540 | 10/20 | 10:15AM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 | |
| 541 | 10/20 | 10:19AM | 202 | 530-0684 | INCOMING | P | | 3:00 | |
| 542 | 10/20 | 12:27PM | 301 | 847-0998 | LAYHILL | P | | 3:00 | |
| 543 | 10/20 | 12:28PM | 301 | 847-0998 | LAYHILL | | 4 | 2:00 | |
| 544 | 10/20 | 12:56PM | 334 | 332-8028 | AUBURN | P | | 2:00 | |
| 545 | 10/20 | 12:57PM | 205 | 731-1070 | BIRMINGHAM | P | | 1:00 | |
| 546 | 10/20 | 12:58PM | 205 | 731-1070 | BIRMINGHAM | | 4 | 1:00 | |
| 547 | 10/20 | 01:11PM | 205 | 731-1070 | BIRMINGHAM | P | | 2:00 | |
| 548 | 10/20 | 01:11PM | 205 | 731-1070 | BIRMINGHAM | | 4 | 1:00 | |
| 549 | 10/20 | 01:14PM | 205 | 731-1070 | INCOMING | P | | 8:00 | |
| 550 | 10/20 | 01:21PM | 202 | 530-9429 | WASHINGTON | P | | 6:00 | 0.78 | 0.78 |
| 551 | 10/20 | 01:21PM | 202 | 530-9429 | WASHINGTON | | 4 | 6:00 | |
| 552 | 10/20 | 03:15PM | 205 | 731-0082 | INCOMING | P | | 1:00 | 0.39 | 0.39 |
| 553 | 10/20 | 08:00PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 | |
| 554 | 10/20 | 08:01PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | |
| 555 | 10/20 | 08:13PM | 334 | 750-0857 | AUBURN | W | O | 2:00 | |
| 556 | 10/20 | 08:18PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 557 | 10/20 | 08:20PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 558 | 10/20 | 08:23PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 559 | 10/20 | 08:40PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 560 | 10/20 | 08:42PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 561 | 10/20 | 08:43PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 562 | 10/20 | 08:44PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |
| 563 | 10/20 | 08:45PM | 334 | 750-0857 | AUBURN | W | O | 1:00 | |

# Exhibit 9

# Unemployment Compensation

# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
### HEARINGS AND APPEALS DIVISION
### MONTGOMERY, ALABAMA   36130



## DECISION ON UNEMPLOYMENT COMPENSATION CLAIM

**CLAIMANT**

WANDA D AYERS
1420 PAULINE ST
NEW ORLEANS LA 70117-5646

**EMPLOYER**

NONE INTERESTED

| | |
|---|---|
| **APPELLANT** : CLAIMANT | |
| **LOCATION** : MONTGOMERY (TELEPHONE) | |
| **OC NO.** : MS-22 | |

**DATE MAILED** : 05/10/05
**CASE  NO.** : 04479-AT-05
**S. S. NO.** : 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
**HEARING DATE** : 04/29/05

**APPEARANCES AT THE HEARING:** Claimant

**ISSUE(S):** Finality of determination. Section 25-4-91(d)(1) Code of Alabama 1975

**FINDINGS:** The claimant filed a claim effective January 9, 2005. The notice of determination was mailed to the claimant's last known address on January 27, 2005, which denied benefits due to voluntarily leaving work for a reason which was not good cause connected with work under Section 25-4-78(2) of the Law. The claimant filed a letter of appeal that was received by the Agency April 15, 2005.

**CONCLUSIONS:** Section 25-4-91(d)(1) of the Law provides that unless any party to whom notice of determination is required to be given shall, within seven calendar days after delivery of such notice or within 15 calendar days after such notice was mailed to her last known address, file an appeal from such decision, such decision shall be deemed final. The claimant did not file an appeal within the specified time period. Therefore, the determination is deemed final, and the appeal is denied under the provisions of this section of the Law.

**DECISION:** The Examiner's determination is final. The Administrative Hearing Officer is without jurisdiction to decide the case on its merits.

**APPEAL RIGHTS:** This decision becomes final unless an application for leave to appeal to the Board of Appeals is received in writing at the Department address above or by fax at 334-242-2084 on or before the  **FINAL DATE OF May 25, 2005**.

Beth C. Moore   dma
Beth C. Moore
Administrative Hearing Officer

BCM/dma

## ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS
### UNEMPLOYMENT COMPENSATION DIVISION

### NOTICE TO CLAIMANT

AYERS/WANDA D
1420 PAULINE ST
NEW ORLEANS LA  70117-5646

*SSN:* 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
*CALL-CENTER:* MULTISTATE

---

Your Unemployment Compensation Handbook, "Benefit Rights and Responsibilities" is enclosed. This booklet contains important information that will assist you by explaining the unemployment program and answering many questions.

*Please read and keep the booklet for future reference.*

If you have additional questions, or require clarification of any information regarding the Alabama Compensation program, please call the telephone inquiry number for assistance. The toll free inquiry number for the call center is 800-361-4524.

NOTE: If you are an Alabama claimant filing in another state and require assistance, please call (334) 242-8625.

Case 2:04-cv-01002-MHT-WC   Document 35-9   Filed 07/12/2005   Page 4 of 10

DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

(

### MONETARY DETERMINATION

WANDA D AYERS
1420 PAULINE ST
NEW ORLEANS            LA 70117 5646

DATE    01/12/05   PAGE 1
SSN XXX-XX-9791
CLAIM DATE  01/09/05
0900

BASE PERIOD WAGES

| EMPLOYER | OCT-DEC 03 | JAN-MAR 04 | APR-JUN 04 | JUL-SEP 04 | EMP-TOT |
|---|---|---|---|---|---|
| WAL MART ASS | | | | | |
| 00-289615-29 | AYE | AYE | AYE | | |
| SIC5311 | 4,375.34 | 3,870.68 | 64.33 | .00 | 8,310.35 |

| QUARTER TOTALS | 4,375.34 | 3,870.68 | 64.33 | .00 | 8,310.35 |
|---|---|---|---|---|---|

==============
TOTAL WAGES

WEEKLY BENEFIT AMOUNT - 172.00      MAXIMUM BENEFIT AMOUNT - 2,770.00

MESSAGE

AVERAGE OF TWO HIGH QUARTERS = $   4,123.01        MAILED   01/12/05
REDET DATE   00/00/00   REDET CODE O
****************************************************************************

FOR EXPLANATION OF THIS DETERMINATION AND APPEAL RIGHTS SEE 'YOUR BENEFIT
RIGHTS AND RESPONSIBILITIES' BOOKLET.

Form ADP-Ben-11
(10-96)

# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
### UNEMPLOYMENT COMPENSATION AGENCY
### MONTGOMERY, ALABAMA  36131

## NOTICE OF DETERMINATION

WANDA D AYERS
1420 PAULINE ST
NEW ORLEANS        LA  70117-5646

SSN: 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          C.D.: 01/09/05
O-C: 0900                 PROG: 01
DATE MAILED: 01/27/05
CLAIMS INQUIRY LINE:
                        334-242-8625

**You have been disqualified or determined ineligible for benefits as indicated below:**
FROM: 01/09/05      TO: INDEFINITE
SECTION OF LAW: 25-4-78(2)
ISSUE: Voluntary Quit

> You obtained a leave of absence from WAL MART ASSOCIATES INC,
> your last bona fide work, but failed to return and offer yourself
> for work at the expiration of this leave of absence. You
> therefore left your work without good cause connected with work.
> You will not be entitled to benefits until you have worked in
> insured or other acceptable employment and earned wages of at
> least ten times the weekly benefit amount established on your
> benefit year effective 01/09/05 since leaving this job, and be
> separated for a nondisqualifying reason. The maximum amount of
> benefits to which you may then become entitled is reduced by 10
> times the weekly benefit amount for that benefit year.

**RIGHT TO APPEAL:** You have the right to appeal this determination; however, your appeal rights end 15 calendar days from the date of this notice if mailed, or 7 days if delivered (see DATE MAILED or DELIVERED above.) You may obtain information about your claim by telephoning the claims inquiry line shown above, however, all appeals MUST be filed by a letter addressed to the Hearing and Appeals Division, 649 Monroe Street, Montgomery, AL. 36131, or by fax to 334-242-2084. The appeal must be received within the prescribed time whether filed by mail or fax. Should the last calendar day for filing an appeal fall on a Saturday, Sunday or state holiday or other office closing, the period is extended to the next business day. If you do appeal, and remain unemployed, you should continue to file weekly claims on time pending the outcome of the appeal. Payments can be made only for eligible weeks for which timely claims have been filed. If you are unemployed when the period of disqualification or ineligibility ends and wish to reopen your claim, telephone 1-866-234-5382 during the week after the disqualification has ended. If payments have been made to you for weeks during the period(s) of disqualification or ineligibility indicated above, you will receive a Notice of Determination of Overpayment advising you of the amount to be repaid.

Mongsty,        TONYA

RETURN call on 11/of April 2005 at 8:43 spoke TO Vensia

**STATE OF ALABAMA**
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA  36131

NOTICE OF LATE APPEAL AND
GRANTING OF APPEAL HEARING
ON ISSUE OF TIMELINESS OF APPEAL

WANDA D AYERS
1420 PAULINE ST
NEW ORLEANS, LA   70117-5646

|  |  |
|---|---|
| CLAIMANT: | AYERS WANDA D |
| SSN: | 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 |
| CLAIM DATE: | 01/09/05 |
| DATE MAILED: | 04/16/05 |

---

You are hereby notified that your appeal to an Administrative Hearing Officer from the Claims Examiner's determination is denied because your appeal was not filed within the period specified by law for filing such appeal.

The notice of determination which you are attempting to appeal was mailed to you   01/27/05 . Your appeal to this determination was received by this Agency on   04/15/05

However, we are granting you an appeal on the issue of timeliness of your original appeal. You will be notified of the date and time of the hearing concerning the timeliness of your appeal.

INFORMATION: If you have questions about your appeal you may telephone  1-800-321-9323.

CLAIMANT APPEALS:  If you do remain unemployed, you should continue to file weekly claims on time pending the outcome of the appeal. Payments can be made only for weeks for which timely claims have been filed. If you are unemployed when the period of disqualification or ineligibility ends and wish to reopen your claim, call 1-866-234-5382 during the week after the disqualification has ended. If you need assistance in filing an appeal, call the Hearings and Appeals Division at 1-800-321-9323. If payments have been made to you for weeks during the period(s) of disqualification or ineligibility indicated above, you will receive a Notice of Determination of Overpayment advising you of the amount to be repaid.

DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA 36131

## NOTICE OF UNEMPLOYMENT COMPENSATION TELEPHONE HEARING

AYERS/WANDA D
1420 PAULINE ST
NEW ORLEANS          LA 70117 5646

|  |  |
|---|---|
| | CLAIM DATE : **01/09/05** |
| | DATE MAILED: **04/21/2005** |
| CLAIMANT: **WANDA D AYERS** | CLAIMANT'S SSN: **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** |
| EMPLOYER: | APPELLANT: **CLAIMANT** |
| ADM HEARING OFR: **LESLIE H. MORRIS** | CASE NO: **04479AT05** |
| HEARING WILL BE HELD ON   **APRIL 29, 2005** | AT: **10:00 AM CDT** |

### PLEASE READ THE IMPORTANT INFORMATION ON THE BACK OF THIS NOTICE

*INSTRUCTIONS FOR TELEPHONE HEARINGS:*

You have been granted a <u>telephone</u> hearing. You must immediately contact the Hearings and Appeals Division and provide a telephone number where you may be reached prior to the hearing. Call 1-800-321-9323. If you do not provide a telephone number prior to the hearing <u>the Hearing Officer will not call you.</u> The use of a cell phone is not suitable for a teleconference hearing.

*ISSUES:*

SECTION 25-4-91(d)(1) CODE OF ALABAMA 1975:
FINALITY OF DETERMINATION.
–
–
–
/PS



May 20, 2005

State of Alabama Department of Industrial Relations
Unemployment Compensation Agency
Montgomery, Alabama 36130

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

## APPEAL RIGHTS: THE STATE OF ALABAMA

**ISSUE (S):**   In the recent of the letter mailed on May 10, 2005 it was stated that an application for leave is needed to obtain an appeal. If the Finality of determination were determined on the misleading information that was reported to the State of Alabama by Wal Mart this would make the state just as liable as the company that has reported information that is misleading.

## FINDINGS:

1. Is the state of Alabama accepts the information from Wal Mart that was in fact misleading and the final decision is based on that information and the State of Alabama desire not to address the factual issues then the state has not fairly resolved the TRUE matter of the statements involved.

2. Have the state of Alabama dined benefit to Miss Ayers based on the information that was related to their office to be true and therefore the state is upholding the company misused of state policy that states if anyone reporting false information will be prosecuted.

3. If the state of Alabama were willing to let a company that has openly report information that is misleading and overlook the facts by putting Miss Ayers on trial this would show biases.

4. The state of Alabama should take another look at the facts that have been stated and is in written on file as well as stated in the courts before the final decision is made, then the state has shown biases.

5. However to address the matter requested by you to obtain the appeal rights regarding to the leave this is the facts:

6. Wall Mart have a policy that states if a parent, child or spouse become ill a employee can request a leave of absent to assist in their care.

7.  Miss Ayers' mother became extremely ill while visiting her home and needed to return home to see the doctor. Her mother was later placed into the hospital.

8.  The leave was approved until August and the employee spoke directly with the store manger at that time.

9.  Wal Mart has an alternative contact person in which they could use to get in contact with me.

10. Wal Mart had my current address or should have had my current address on file because Miss Ayers personal furnish that information to the store manager. The store manager addressed an envelope and mailed a check to Miss Ayers at the address where she currently resides.

11. This statement should not be based on my leave (after seven calendar days after delivery of such notice or such decision, such decision shall be deemed final) it should be based on the facts.

12. Wal Mart stated that Miss Ayers voluntary Quit which was reported to that State of Alabaman from the company. This is what Miss Ayers received from the State of Alabama to be truthful information.

13. When a person quits their employer that person will no longer be on that company's payroll seven months later. When a person quits on that day that person is no longer an employee. If that person is still an employee on payroll then the facts will show that person have not quit as stated.

14. If a person has quit they are taken off the payroll and out of the system so that they will have access to any of the company services.

15. If a person is terminated they will no longer be on the company payroll seven months later. FACT

## CONCLUSIONS:

16. The claimant did not file an appeal because an appeal was not warranted because the information related to the State of Alabama was based on information that was misleading and therefore the facts should be **reconsidered**.

17. Again, if the State of Alabama will accept information that was given to them By Wal Mart and not address the fact and if this is what the State of Alabama has deemed the decision to be final the State of Alabama should be held liable for the use of the misinformation that can not be justify by

Wal Mart because the fact do not agree with what has been determined by the State of Alabama. The final determination should be based on the facts and not biases.

18.  **The State of Alabama cannot deny an appeal if one was not requested.**

19.  If the State of Alabama does not desire to reconsider the facts and address the misinformation that was related to the State this matter will need to be handle in extensive detail at a further date.

20.  My request is not to handle the State of Alabama but that the State will correctly address this matter.

## DECISION:

21.  Wal Mart was addressed by the courts to make a decision to decide if the employer wanted Miss Ayers to return to work. The request was made in court on January 25, 2005 and they determined that there was **UAILABILITY OF STOCKER POSITION AND Miss Ayers was TERMINATED the next month and this was confirmed by the courts AFTER THEY MADE THAT DECISION.**

## APPEAL RIGHTS:

22.  If the decision became final based on the information that was reported to the State of Alabama and the facts in the matter is not consider then I must address the final decision accordingly.

23.  Thank you for your reconsideration.

Wanda D. Ayers
**CLAIMANT CASE NO. 04449-AT-05**

Ms. Ayers is requesting that your agency carefully reconsider the facts that are stated in this letter.

_____

Wanda Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

Exhibit 10

The Falsifying of Information

IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS          )
PLAINTIFF,               )
                            )
        V.                  )
                            )          CIVIL ACTION NO. 3:04CV1002-T
                            )
WAL-MART STORES EAST, LLP   )
DEFENDANT.              )
                            )
                            )

## Notice of Determination Reported By Wal Mart To State of Alabama Department of Industrial Relations Unemployment Compensation Agency

Plaintiff will identify ('Wal-Mart") as so preferred as stated in the Answer to Amended
Complaint as Wal-Mart Stores East, LP in the following Amended Complaint Response:

The courts ordered plaintiff on the 25 of January 2005, scheduling meeting TO
SEEK EMPLOYMENT, which she agreed.

On January 25, 2005 Ms. Ayes made a statement before the Judge that she is currently
living in New Orleans and she is looking for employment. She also is working to
establishing a corporation that she started before she moved to Alabama.

This was noted in the courts records before both the Attorney for the Defendant Alan
Mathis and the Residing Judge.

This was the notice of not returning to Wal Mart and Wal Mart followed up by
terminating the Plaintiff in February 2005.

Plaintiff has moved to another stated.

Plaintiff stated that she is looking for work in the state that she now resides in she
will reestablish the corporation initially stated in New Orleans.

Plaintiff request that she could be transferred to a store in the state that she live.

The courts confirmed that Plaintiff is now terminated.

Plaintiff has currently filed for unemployment due to both the acknowledgment of

Plaintiff statement before the Attorney for the defendant and before the court.

Wal Mart did not terminated me on August 1, 2005 as stated on the requested for leave form.

Wal Mart did not terminate me as of October 2005 as stated on the letter said to be mailed out.

Wal Mart was infomed in court that Plaintiff live in another state, Louisiana is looking from employment and rebuild the company stated before she left the state.

The contract between Wal Mart and the Plaintiff is binding for both parties, which Wal Mart did not terminate the Plaintiff when the contract expired.

Wal Mart misinformation the State of Alabama Department of Industrial Relations Unemployment Compensation Agency worker in February of 2005, stating to the agency that the Plaintiff had voluntary Quit.

Wal Mart is respected as a law-abiding business that understand the penalties of reporting misleading information to a state agency. The agency accepted the information give to be true,

The Plaintiff applied for unemployment and was disqualify by the Agency because of the information reported by Wal Mart.

The Plaintiff was give the right to appeal on the letter of Notice of Determination but she had accepted that was reported to the agency was in deed true and that Wal Mart had been terminate.

The Plaintiff was still on Wal Mart payroll as of January 2005 at this time the Plaintiff was informed that she was still on payroll.

This is another form of retaliation of the employer and the employee of the employer, which are willing to keep any form of income from the Plaintiff.

Wal Mart cut the Plaintiff hours and income
Wal Mart did not give the Plaintiff the vacation pay
Wal Mart is will to go to the extreme of reporting misleading information to a State Agency.

This letter was mailed out to the state agency on April.      Exhibit 1
This letter was mailed to the Plaintiff in January 2005.      Exhibit 2
The State of Alabama refuse to response      Exhibit 3

**Page 2**

9.    Ms. Ayers gave the Store Manager the address where she could be reached if they should need to contact her.

10.    As stated in no.# 7 Ms. Ayers did not find out that she was still employed by Wal-Mart until January 25 this would be 16 days and the rights to appeal will no longer be accessible to Ms. Ayers.

11.    If Ms. Ayers had voluntary quit as stated in the letter dated 1/9/2005 the date of that termination would be 8/1/2004 because Ms. Ayers did not return to work on 8/1/2004 as stated in the letter.

12.    It was also stated that Ms. Ayers was still employed and on the payroll as of February 2005.

13.    Ms. Ayers' employer stated that in October they mailed a letter to Ms. Ayers stating that if she did not return or response with in 3 days that she would be terminated.

14.    Ms. Ayers in fact spoke to her employer in August 2004, which the store manager wrote her address down, and mail her a check. She did not state to Ms. Ayers that she had been terminated. This will be confirm on 25 of January 2005.

15.    Ms. Ayers was not terminated as of October as stated by the employer and the statement of your agency that was reported by Wal-Mart is not true.

16.    Ms. Ayers is not requesting an appeal because the letter that was mail out to Ms. Ayers was not based on the truth.

17.    Ms. Ayers is requesting that she reapply for the Unemployment Compensation with your agency and that you carefully consider the facts.

18.    The fact are that Ms. Ayers was not terminated because she did not return to work on 8/1/2004 as stated in the 1/9/2005 letter because she voluntary quit but that her employers terminated her as of February 2005. This would be seven months later.

19.    If Ms. Ayers had voluntary quit she would not still be on Wal-Mart's payroll as of February 2005.

20.    Ms. Ayers have retuned to New Orleans, which she has applied for employment and she has looked for employment. Ms. Ayers is also working on establish a corporation.

21.    Currently Ms. Ayers is not employed and seeking Unemployment Compensation.

Ms. Ayers is requesting that your agency carefully reconsider the facts that are stated in this letter.

Wanda Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

Exhibit

April 11, 2005

State of Alabama Department of Industrial Relations
Unemployment Compensation Agency
Montgomery, Alabama 36131

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

Notice of Determination

In the recent conversation with several workers in the Montgomery office named Vanessa and I also spoke with her supervisor named Tanya. Neither worked stated their last name. The conversation is in reference to the letter mailed to me on 1-09-2000S. After all information was carefully reviewed the statement that was made in this letter is proven not to be truthful information reported to your agency by Wal-Mart.

1.  Ms. Ayers filed field for unemployment compensation at the end of February and your agency finds was mailed out to me on January 9, 2005.

2.  Ms. Ayers was not terminated as stated in the letter as Voluntary Quit.

3.  Ms. Ayers accepted that she had been terminated as of August as reported to your agency by her employer stated that Ms. Ayers had in deed Quit so at the time of this letter Ms. Ayers was not an employee by Wal-Mat.

4.  Ms. Ayers could not and did not appeal this statement at that time because she did not receive a letter of termination.

5.  Ms. Ayers did not receive such a letter because Ms. Ayers was in deed still employed by Wal-Mart at the time of this letter.

6.  Ms. Ayers was told that she was still employed by her employer Wal-mart on January 25, 2005 in front of a Judge.

7.  The appeal statement said that Ms. Ayers has the right to appeal the determination and that the rights ends in 15 calendar day from the date of the notice.

8.  Ms. Ayers spoke to her employer Store Manager Shannon in August and she did not state that Ms. Ayers was terminated at that time.

9.  Ms. Ayers gave the Store Manager the address where she could be reached if they should need to contact her.

10. As stated in no.# 7 Ms. Ayers did not find out that she was still employed by Wal-Mart until January 25 this would be 16 days and the rights to appeal will no longer be accessible to Ms. Ayers.

11. If Ms. Ayers had voluntary quit as stated in the letter dated 1/9/2005 the date of that termination would be 8/1/2004 because Ms. Ayers did not return to work on 8/1/2004 as stated in the letter.

12. It was also stated that Ms. Ayers was still employed and on the payroll as of February 2005.

13. Ms. Ayers' employer stated that in October they mailed a letter to Ms. Ayers stating that if she did not return or response with in 3 days that she would be terminated.

14. Ms. Ayers in fact spoke to her employer in August 2004, which the store manager wrote her address down, and mail her a check. She did not state to Ms. Ayers that she had been terminated. This will be confirm on 25 of January 2005.

15. Ms. Ayers was not terminated as of October as stated by the employer and the statement of your agency that was reported by Wal-Mart in not true.

16. Ms. Ayers is not requesting an appeal because the letter that was mail out to Ms. Ayers was not based on the truth.

17. Ms. Ayers is requesting that she reapply for the Unemployment Compensation with your agency and that you carefully consider the facts.

18. The fact are that Ms. Ayers was not terminated because she did not return to work on 8/1/2004 as stated in the 1/9/2005 letter because she voluntary quit but that her employers terminated her as of February 2005. This would be seven months later.

19. If Ms. Ayers had voluntary quit she would not still be on Wal-Mart's payroll as of February 2005.

20. Ms. Ayers have retuned to New Orleans, which she has applied for employment and she has looked for employment. Ms. Ayers is also working on establish a corporation.

21. Currently Ms. Ayers is not employed and seeking Unemployment Compensation.

Ms. Ayers is requesting that your agency carefully reconsider the facts that are stated in this letter.

_____

Wanda Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

Exhibit 11

Hours due from Vacation pay
sick leave

Line 11 ph 2         pg. 12

## VACATION SCHEDULE RETURN SHEET

Please fill out this return sheet indicating the number of weeks of vacation due and also indicating your first and second choices of dates you desire to take your vacation. If there is a change to be made in approving your vacation date, your supervisor will notify you.

### VACATION HOURS NOT USED BEFORE YOUR ANNIVERSARY DATE WILL BE FORFEITED.

NAME:_____

DIVISION:_____

NUMBER OF WEEKS VACATION DUE:_____

DATE OF HIRE:_____

List below the dates you prefer:

<u>FIRST CHOICE</u>        <u>SECOND CHOICE</u>

1ST WEEK_____      _____
2ND WEEK_____      _____
3RD WEEK_____      _____

ASSOCIATE'S SIGNATURE_____
DATE_____

_____APPROVED
_____DISAPPROVED
SUPERVISOR_____
DATE_____

Exhibit 91

WAL★MART
702 SW 8th St, BENTONVILLE, ARKANSAS 72716

BANK OF BENTONVILLE
BENTONVILLE, ARKANSAS

81-701
829

PAY TO
THE ORDER OF WANDA D AYERS

DATE 04-08-2006
PAY THIS AMOUNT
*****075

CHECK VOID IF NOT CASHED
90 DAYS FROM DATE OF CHECK

SEVENTY-FIVE CENTS

CHECK NUMBER
013711036

01 WS 0356  01    0911   H0356
WANDA D AYERS
1945 CO RD 57
NOTASULGA                AL 36866



Senior Vice President, Finance and Treasurer

⑈013711036⑈ ⑆082907011⑈:

THIS DOCUMENT CONTAINS A COLORED BACKGROUND ON FACE AND ARTIFICIAL WATERMARK ON BACK - HOLD AT ANGLE TO VIEW

⑈193418857⑈

MONTGOMERY, AL 361
PM
11 AUG

Wanda Ayers
1420 Pauline St
New Orleans, LA 70117

70117+5806

SEQ:M524214

WANDA D AYERS

WAL * MART
702 S.W. 8th St.
Bentonville AR 72716

SOCIAL SECURITY #

| DESCRIPTION | RATE | HOURS | EARNINGS | 01WS |
|---|---|---|---|---|
| REGULAR EARNING | 7.7700 | 799 | 6208 | |
| OVERTIME EARN | | | 00 | |
| SICK PAY | | | 00 | |
| HOLIDAY PAY | | | 00 | |
| CO STK CONT | | | 225 | |
| PERSONAL TIME | | | 00 | |
| SUNDAY PREMIUM | | | 00 | |
| STAKEHOLDER | | | 00 | |
| VAC HRS AVAIL | | 79.45 | | |
| SICK HRS AVAIL | | 49.5 | | |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| EARNINGS | 6433 | 593501 |
| TAXES | 279 | 66714 |
| DEDUCTIONS | 6029 | 106886 |
| NET PAY | 2218 | 221869 |

FEDERAL TAX
SOCIAL SECURITY

DEDUCTIONS START OVER THIS CHECK

PAY PERIOD

| DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 00 | 23561 |
| SOCIAL SECURITY | 215 | 28172 |
| INS LIFE | 64 | 3935 |
| INS MEDICAL C * | 345 | 2615 |
| INS DENTAL C * | 3325 | 23142 |
| CRED GARN CGPN | 300 | 2100 |
| CO STK CONT | 00 | 62476 |
| STOCK PURCH | 225 | 225 |
| SAMS ADVAN CRD | 1500 | 1500 |
| ALABAMA | 384 | 2688 |
| | 00 | 11068 |

043504979.1
AUBURN
3D5672INS LIFE
8D0INS MEDICAL C*
9340INS DENTAL C *
6185CRED GARN CGPN
225CO STK CONT
6123STOCK PURCH
7285SAMS ADVAN CRD
56521ALABAMA

03-20-2004
04-02-2004

0137110361

25

STATEMENT OF EARNINGS AND DEDUCTIONS  •  DETACH AND RETAIN FOR YOUR RECORDS



Wanda Ayers
1420 Pauline St
New Orleans, LA 70117

MONTGOMERY AL 361
11 AUG
PM
2004

70117+3606



**COMMUNICATIONS**

Account Number: **501 7410 016085401**
JOSEPHINE AYERS
Page 3 of 5

## Payments

| Date | Type | Amount |
|---|---|---|
| 09/13/04 | PAYMENT - THANK YOU | -50.00 |
| 09/20/04 | PAYMENT - THANK YOU | -241.00 |
| **Total Payments Received** | | **$-291.00** |

## Adjustments

| Date | Type | Amount |
|---|---|---|
| 10/03/04 | PROCESS FEE-NO PAY BY PREV DUE DATE | 1.25 |
| **Total Adjustments** | | **$1.25** |

## Cox Digital Telephone Service

Telephone Service for
504-945-8781

| Monthly Telephone Service from Oct 7 to Nov 6 | Quantity | Amount |
|---|---|---|
| CONTROL PLUS | 1 | 9.95 |
| FCC ACCESS CHARGE | 1 | 6.50 |
| BASIC MONTHLY SERVICE | 1 | 11.37 |
| NUMBER PORTABILITY FEE | 1 | 0.35 |
| **Total Monthly Telephone Service** | | **$28.17** |

| Telephone Usage Charges | | |
|---|---|---|
| Cox Long Distance | 2 | -0.30 |
| **Total Telephone Usage Charges** | | **$-0.30** |

| **Total Telephone Service for 504-945-8781** | | **$27.87** |
|---|---|---|

| **Total Cox Digital Telephone Service** | | **$27.87** |
|---|---|---|

## Call Detail for 504-945-8781

**Cox Long Distance**

| Date | Time | Place | Number | Rate/Time | Min:Sec | Amount |
|---|---|---|---|---|---|---|
| August 10 | 03:45P | AUBURN, AL | 334-821-2493 | DD/D | 2:00 | -$0.20 |
| August 10 | 03:47P | AUBURN, AL | 334-821-2493 | DD/D | 1:00 | -$0.10 |
| **Total Cox Long Distance** | | | | | 3:00 | -$0.30 |

**Rate Codes**

| | | | |
|---|---|---|---|
| DD = Direct Dialed | CP = Calling Card Person/Person | CC = Calling Card | WC = WebConferencing |
| OS = Operator Station/Station | OP = Operator Person/Person | OC = Operator Collect | |

**Time Codes**

| | | | |
|---|---|---|---|
| Domestic: D = Day | E = Evening | N = Night/Weekend | |
| International:R = Standard | T = Discount | Y = Economy | M = Mobile |

*Indicates an Unregulated Telephony Charge

Exhibit 12

Exhibit 12

# WAL★MART

WAL-MART STORE 0356
1717 S. COLLEGE ST.
AUBURN, AL. 36830

To whom it may concern:

Ms. Wanda Ayers has been employed by Wal-Mart Stores, Inc. for approximately two years.
Since the beginning of her employment, she has been dependable and a hard worker. She
performs her daily duties with very little supervision.

Sherman Alexander

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,    )
                       )
        Plaintiff,     )
                       )
vs.                    )        CIVIL ACTION NO.
                       )        3.04CV1002-T
WAL-MART STORES EAST, LP,    )
                       )
        Defendant.     )

## ANSWER TO AMENDED COMPLAINT

Defendant Wal-Mart Stores East, LP ("Wal-Mart"), improperly identified in the Plaintiff's Amended Complaint as Wal-Mart Corporation, answers the Plaintiff's Amended Complaint as follows:

a.    Wal-Mart denies that it violated the statutes and regulations cited in Paragraph (a) or any other laws. Wal-Mart further denies that 29 C.F.R. § 1614.405 is applicable to Wal-Mart.

b.    Wal-Mart denies that 5 C.F.R. 293.106 or 293.107 is applicable to Wal-Mart and denies that it violated or any other law with respect to document destruction.

c.    Wal-Mart denies that any of the individuals named in Paragraph (c) violated the Plaintiff's federal statutory rights or any other law.

d.    Wal-Mart denies the allegations of Paragraph (d).

e.    Wal-Mart denies that any of the individuals named or actions described in Paragraph (e) violated the Plaintiff's statutory rights.

## SECOND DEFENSE

The Plaintiff's claims are barred to the extent that she failed to fulfill all requisite administrative conditions precedent to filing suit under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act.

## THIRD DEFENSE

The Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation.

## FOURTH DEFENSE

The Plaintiff's claims are barred to the extent that she failed to mitigate her alleged damages, if any.

## FIFTH DEFENSE

All employment decisions made and actions taken by Wal-Mart were made or taken for legitimate, non-discriminatory reasons that were not pretextual.

## SIXTH DEFENSE

Pullman Power's conduct toward the plaintiff was at all times in good faith and not willful.

## SEVENTH DEFENSE

All decisions made and actions taken concerning the plaintiff were based on reasonable factors other than age and race.

## EIGHTH DEFENSE

All decisions made and actions taken toward the plaintiff were taken for good cause.

3

## NINTH DEFENSE

Assuming, arguendo, that Wal-Mart acted with an unlawful motive, though it did not, it would have taken or made the same actions or decisions with regard to the Plaintiff in the absence of said alleged unlawful motive.

## TENTH DEFENSE

The Plaintiff's claims are barred by the doctrine of estoppel.

## ELEVENTH DEFENSE

The Plaintiff's claims are barred by her "unclean hands."

## TWELFTH DEFENSE

Assuming, arguendo, any unlawful acts occurred, though they did not, the Plaintiff's alleged damages, if any, were caused by the acts of third persons, for whom Wal-Mart is not responsible.

## THIRTEENTH DEFENSE

Assuming arguendo, any unlawful acts occurred, though they did not, the Plaintiff's claim for punitive damages, if any, is barred by Wal-Mart's good faith efforts to comply with Title VII, the Age Discrimination in Employment Act, and other anti-discrimination statutes.

## FOURTEENTH DEFENSE

Assuming, arguendo, any unlawful acts occurred, though they did not, the Plaintiff's claim for punitive damages, if any, is barred because any discriminatory acts were committed by individuals who were not acting in a managerial capacity for Wal-Mart.

4

## FIFTEENTH DEFENSE

Assuming, arguendo, any unlawful acts occurred, though they did not, Wal-Mart is not liable for punitive damages, if any are sought by the Plaintiff, because it did not authorize or ratify any allegedly discriminatory acts.

## SIXTEENTH DEFENSE

Assuming, arguendo, any unlawful acts occurred, though they did not, the Plaintiff's claim for punitive damages, if any, is barred because Wal-Mart was not reckless in hiring anyone who allegedly committed discriminatory acts.

## SEVENTEENTH DEFENSE

Wal-Mart has at all times been in compliance with all equal employment opportunity laws.

## EIGHTEENTH DEFENSE

Wal-Mart reserves the right to assert any and all defenses available to it under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, or any other statute upon which the Plaintiff seeks to premise her claims.

Jennifer F. Swain

Alan D. Mathis
Attorneys for Defendant
Wal-Mart Stores East, LP

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **WANDA DENISE AYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 3:04cv1002-T** |
| **v.** | ) | |
| | ) | |
| **WAL-MART CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S INTERROGATORIES

Defendant Wal-Mart Stores East, LP ("Wal-Mart"), improperly named in the Complaint and Amended Complaint as Wal-Mart Corporation, responds to the Plaintiff's interrogatories as follows:

## GENERAL OBJECTIONS

1.      Wal-Mart objects to the Plaintiff's interrogatories to the extent that they seek documents and/or information protected by the attorney-client privilege, the work product doctrine and/or the mental impressions of Wal-Mart's attorneys and to the extent that they seek documents or information prepared in anticipation of litigation or trial. All responses herein are subject to these objections irrespective of whether they are restated or referenced in any particular response.

2.      Wal-Mart objects to the Plaintiff's interrogatories to the extent that they contain interrogatories in excess of 30, the maximum amount agreed upon by the parties in their Report of Parties' Planning Meeting. Many of the interrogatories are compound, with multiple interrogatories within each numbered request for information, resulting in more than 30 total interrogatories.

Court's Scheduling Order and the Federal Rules of Civil Procedure.  In further response to this interrogatory, see Wal-Mart's Initial Disclosures dated February 3, 2005, which lists the following potential witnesses:

- Don Bost (District Manager, District # 74): Wal-Mart believes Mr. Bost has knowledge regarding the Management Training Program ("MTP") selection process, the Plaintiff's failure to sign up for the MTP during the April 2003 and October 2003 application periods, and the fact that no applicants were selected to the MTP from District # 74 for either the July 2003 or October 2003 application periods.



- Tuesday Crawford (former Store Manager, Store # 356): Wal-Mart believes Ms. Crawford has knowledge regarding the Plaintiff's employment with Wal-Mart, the Plaintiff's qualifications or lack thereof with respect to the MTP, the Plaintiff's behavioral changes, and the Plaintiff's applications or lack thereof to the MTP.

- Sherman Alexander (Assistant Manager, Store # 356): Wal-Mart believes Mr. Alexander has knowledge regarding statements the Plaintiff attributes to him in the complaint and amended complaint, the Plaintiff's employment with Wal-Mart, and the Plaintiff's behavioral changes. See also, pursuant to Fed. R. Civ. P. 33(d), Mr. Alexander's statement, dated 11/24/03 (Bates # 00173).

- Ingrid Jensen (Training Coordinator, Store # 356): Wal-Mart believes Ms. Jensen has knowledge regarding the Plaintiff's apparent confusion over the MTP application process.  See also, pursuant to Fed. R. Civ. P. 33(d), Ms. Jensen's statement, dated 11/23/03 (Bates # 00174).

4

defenses to the complaint, especially at this stage of discovery. However, Wal-Mart believes that the following facts support the following defenses:

First Defense: The statutes and regulations cited by the Plaintiff in her Complaint and Amended Complaint, including but not limited to 5 C.F.R. §§ 293.107 and 293.106, do not provide the Plaintiff with a cause of action against Wal-Mart.

Second Defense: To the extent that the Plaintiff's claim is based on her application to the Management Training Program during the January 2003 application period, this claim is barred because the successful applicants from this application period were selected more than 180 days before the Plaintiff filed her charge of discrimination with the EEOC on October 27, 2003. Additionally, to the extent that the Plaintiff seeks to state a claim for gender discrimination, such a claim is barred because the Plaintiff did not include a claim for gender discrimination in her EEOC charge. Finally, to the extent that any other claims by the Plaintiff are based on alleged conduct or events that occurred more than 180 days prior to the filing of her EEOC charge, or are based on matters outside the scope of the Plaintiff's EEOC charge, those claims are barred.

Third Defense: The Plaintiff's claims are barred to the extent they were filed outside of the applicable statute of limitations.

Fourth Defense: The Plaintiff failed to take advantage of internal opportunities to remedy alleged discrimination. Additionally, the Plaintiff should have returned from her leave of absence and/or obtained other comparable employment after failing to return from her leave of absence.

Fifth - Ninth Defenses: The Plaintiff was not selected for the Management Training Program during the actionable time period because Wal-Mart did not receive an application from Plaintiff during the April 2003 Management Training Program application period, and

applications from District # 74 received during the July and October 2003 Management Training Program application periods were not considered due to the lack of available positions.

Tenth Defense: The Plaintiff is estopped from complaining that she was not selected to the MTP during the April 2003 and October 2003 application periods because she did not apply. The Plaintiff is also estopped from complaining that she was not selected to the MTP during the July 2003 and October 2003 application periods because no one was selected from District # 74.

Eleventh Defense: The Plaintiff's claims are barred to the extent she presented false information in her applications to the MTP, including but not limited to her educational background and foreign language skills.

Twelfth Defense: Any harm suffered by the Plaintiff was not caused by Wal-Mart, but rather was caused by external factors, including but not limited to the Plaintiff's own mental and emotional state, and/or her alleged homelessness.

Thirteenth Defense: Wal-Mart made a good faith effort to comply with Title VII, the ADEA and other anti-discrimination laws by prohibiting, among other things, race and age discrimination and retaliation and by providing an internal mechanism for remedying any alleged race or age discrimination or retaliation. Wal-Mart has adopted numerous policies prohibiting both race and age discrimination, as well as retaliation, and provides extensive training for its hourly and management associates through computer-based learning modules and other anti-discrimination training.

Fourteenth Defense: The Plaintiff was not discriminated against on the basis of her race or age by any member of Wal-Mart management and the Plaintiff has never complained about discriminatory conduct on the part of any hourly associate.

Wanda Ayers

| Performance Appraisal **Stocker** | E X C E E D S | M E E T S | B E L O W |
|---|---|---|---|

| Customer Service | | | |
|---|---|---|---|
| Practices the 10-Foot Rule. | | ✓ | |
| Follows Dress Code Policy. | | ✓ | |
| Responds to Customer requests for information and service. | | ✓ | |
| Assists Customers in finding merchandise. | | ✓ | |

| Productivity | | | |
|---|---|---|---|
| Places merchandise on the correct counter in modular home. | | ✓ | |
| Works with the Department Managers to process overstock. | | ✓ | |
| Assists Department Managers with modular changes. | | ✓ | |
| Secures display items. | | ✓ | |

| Safe Work Practices | | | |
|---|---|---|---|
| Follows all safety/emergency policies and procedures. | | ✓ | |
| Follows proper lifting techniques. | | ✓ | |
| Cleans all spills promptly. | | ✓ | |
| Keeps floor clear of all objects. | | ✓ | |
| Stretches/warms-up prior to shift. | | ✓ | |
| Properly uses ladders and ensures they are not left on the salesfloor. | | ✓ | |
| Does not climb on bins or shelves. | | ✓ | |
| Ensures OSHA guidelines are followed. | | ✓ | |
| Is knowledgeable about lockout/tagout procedures. | | ✓ | |
| Disposes of trash/boxes quickly. | ✓ | | |
| Keeps work area clean and hazard free. | ✓ | | |
| Keeps modulars clean. | ✓ | | |
| Zones the department. | | ✓ | |

| Initiative | | | |
|---|---|---|---|
| Works well on own and requires very little supervision and follow-up. | ✓ | | |
| Is flexible depending upon freight flow/demand. | ✓ | | |

| Dependability | | | |
|---|---|---|---|
| Attendance and punctuality is within acceptable Company guidelines. Days Absent: 4    Days Tardy: 1 | | ✓ | |

| Training | | | |
|---|---|---|---|
| Current on CBLs    Company Goal: 100%    Associate Current % 100 | ✓ | | |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00128

| Name: WANDA AYERS | | Store# 356 | Position: STOCKER |
|---|---|---|---|
| SS# 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 | | | Current Pay Rate: 7.40 |
| Review Period: ANNUAL | | | Increase Amount: .37 |
| From: 11/15/02 | To: 11/15/03 | | New Pay Rate: 7.77 |

☐ 90 Day          ☑ Annual          ☐ Follow Up

**STRENGTHS**

WANDA DOES AN EXCELLENT JOB IN DEPT.14 & 15 AND HAS A GOOD KNOWLEDGE OF HER FREIGHT AND THE MERCHANDICE IN THE BINS. SHE IS RELIABLE AND KEEPS THE FEATURES FILLED OR CHANGED. SHE GETS ALONG WITH THE OTHER ASSOCIATES AND HELPS THE CUSTOMERS.

**AREAS FOR IMPROVEMENT**

WANDA IS AN EXCELLENT ASSOCIATE BUT TO MOVE UP IN THE COMPANY SHE SHOULD STEP-UP TO BE NOTICED. SHE NEEDS TO BECOME A LEADER TO DEVELOPE HER OWN STYLE OF LEADERSHIP. SHE SHOULD LEARN AS MUCH AS POSSIBLE FROM THOSE AROUND HER AND THE USE OF THE TELXON.

**ASSOCIATES COMMENTS / GOAL SETTINGS**

*I'm working and looking forward to moving ahead in the company. I also hope to receive a merit for my performance.*

☑ EXCEEDS EXPECTATIONS   ☐ MEETS EXPECTATIONS   ☐ BELOW EXPECTATIONS

**SIGNATURES:**

| *Wanda Ayers* | *Wanda Ayers* | 10-7-03 |
|---|---|---|
| Associate's Signature | Print Associate's Name | Date |
| Hourly Supervisor Signature | Print Hourly Supervisor Name | Date |
| *Sherri* | *Sherri* | 10-7-03 |
| Salaried Manager's Signature | Print Salaried Manager's Name | Date |
| Facility Manager's Signature | Print Facility Manager's Name | Date |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00129

*already mc*

# ASSOCIATE'S COMMENDATION FORM

| NAME | SS# | FACILITY# |
|---|---|---|
| Wanda Ayers | 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 | 356 |

| DATE HIRED: | POSITION |
|---|---|
| 11/15/01 | o/n stocker |

**This form is to be used to recognize any action for which an Associate should be commended.  Please give all the details, including dates.**

Wanda consistantly performs above standard.  Wanda does a good job of keeping the housewares freight to a minimum always trying to get all of the freight out, doing what is necessary taking ownership in the area.  Wanda is very dependable, Wanda also takes time to help and advise other assoc. in all aspects of their job.

**If a change in position occurs, please fill out the following:**

| POSITION: | FROM: | | | | TO: | | | |
|---|---|---|---|---|---|---|---|---|
| DEPARTMENT: | FROM: | | | | TO: | | | |
| SALARY: | FROM: | 7.10 | | | TO: | 7.40 | | |
| STATUS: | FROM: | F | P | T | TO: | F | P | T |

**\*\* F = FULL TIME \*\*   \*\* P = PART TIME \*\*   \*\* T = TEMPORARY \*\***

| | | DATE: |
|---|---|---|
| ASSOCIATE SIGNATURE | *Wanda Ayers* | |
| HOURLY SUPERVISOR  *SALARIED MEMBER MGMT.* | | DATE: 2/9/03 |
| SALARIED MEMBER OF MANAGEMENT | | DATE: |
| FACILITY MANAGER'S APPROVAL | *Alexy Clark* | DATE: 2/9/03 |
| EFFECTIVE DATE | | |

**COPIES TO ASSOCIATE'S PERSONNEL FILE**

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00133

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: WANDA AYERS | Store # 0356 | Position: O/N STOCKER |
| SS#: 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 | | Current Pay Rate: 6.50 |
| Review Period: | | Increase Amount: 4% |
| From: | To: | New Pay Rate: 6.76 |

☑ 90 Day          ☐ Annual          ☐ Follow Up

## STRENGTHS

WANDA WORKS WELL ON HER OWN. WANDA ASKS QUESTIONS IF SOMETHING IS NOT CLEAR. SHE IS KNOWLEDGEABLE ABOUT HOUSEWARE AND SMALL APPLANICES. SHE PROCESSES FREIGHT IN A TIMELY MANNER AND ALSO HELPS WITH TRASH IN OTHER DEPARTMENTS. ASSIST CUSTOMER IN FINDING MERCHANDISE.

## AREAS FOR IMPROVEMENT

WANDA NEEDS TO LEARN THE TELZON. LEARN HOW TO OPERATE A REGISTER FOR BACK-UP. NEEDS TO PRACTICES THE 10 - RULE TO PROVIDE GREAT CUSTOMER SERVICE AND DETER SHOPLIFTING. PLACES MERCHANDISE ON THE CORRECT COUNTER IN MODULAR HOME.

## ASSOCIATES COMMENTS/ GOAL SETTINGS

Opening and willing to Learn

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS     ☑ MEETS EXPECTATIONS     ☐ BELOW EXPECTATIONS

**SIGNATURES:**

| Signature | Print Name | Date |
|---|---|---|
| *Wanda D. Ayers* — Associate's Signature | WANDA AYERS — Print Associate's Name | 1/19/02 |
| *Jimmy Jackson* — Hourly Supervisor's Signature | JIMMY JACKSON — Print Hourly Supervisor's Name | 01-19-02 |
| *signature* — Salaried Manager's Signature | JERROLD LOVEJOY — Print Salaried Manager's Name | 1/19/02 |
| *signature* — Facility Manager's Signature | Tuesd Crawford — Print Facility Manager's Name | 1/19/02 |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00134

## Performance Appraisal
# Overnight Salesfloor Associate

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|

### Customer Service

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Practices 10 Foot Attitude. | ☐ | ☑ | ☐ |
| Assists Customers in finding merchandise. | ☐ | ☑ | ☐ |
| Answers register calls promptly. | ☐ | ☑ | ☐ |
| Operates register when needed. | ☐ | ☑ | ☐ |
| Shows a sense of urgency with all assignments. | ☐ | ☑ | ☐ |
| Follows proper procedures for handling claims merchandise. | ☐ | ☑ | ☐ |
| Softlines/Apparel -- Is knowledgeable about: | | | |
|     Sizing and colorizing. | ☐ | ☑ | ☐ |
|     Hanging softlines. | ☐ | ☑ | ☐ |
|     Rack rules. | ☐ | ☑ | ☐ |
|     Fitting room procedures. | ☐ | ☑ | ☐ |
| Hardlines -- Is knowledgeable about: | | | |
|     Cutting keys. | ☐ | ☑ | ☐ |
|     Cutting chain. | ☐ | ☑ | ☐ |
|     Cutting fabric. | ☐ | ☑ | ☐ |
|     Mixing paint. | ☐ | ☑ | ☐ |
|     Live pet department. | ☐ | ☑ | ☐ |

### Productivity

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Zones the department. | ☑ | ☐ | ☐ |
| Maintains features. | ☐ | ☑ | ☐ |
| Follows proper procedures for: | | | |
|     Ordering. | ☐ | ☑ | ☐ |
|     Markups/markdowns. | ☐ | ☑ | ☐ |
|     Signing/flagging/pricing/labels. | ☐ | ☑ | ☐ |
| Maintains all risers properly. | ☐ | ☑ | ☐ |

### Safe Work Practices

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Follows all safety and emergency policies and procedures. | | | |
|     Cleans all spills quickly. | ☑ | ☐ | ☐ |
|     Properly uses ladders and ensures they are not left on the salesfloor. | ☐ | ☑ | ☐ |
|     Ensures stable stacking of merchandise. | ☐ | ☑ | ☐ |
|     Uses back support belt when necessary. | ☐ | ☑ | ☐ |
|     Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Ensures all displays are secured in a safe and proper manner. | ☐ | ☑ | ☐ |
| Ensures OSHA guidelines are being followed properly. | ☐ | ☑ | ☐ |

### Dependability

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Attendance and punctuality is within acceptable Company guidelines. | ☐ | ☑ | ☐ |

Days Absent: _2_    Days Tardy: _1_

### Training

| | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Current on CBLs    Company Goal: 100 % Associate Current % _100_ | ☐ | ☑ | ☐ |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00135

# ASSOCIATE'S COMMENDATION FORM

NAME Wanda Ayers    SS# 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    FACILITY# 0356

DATE HIRED: 11-15-01    POSITION 469

This form is to be used to recognize any action for which an Associate should be commended. Please give all the details, including dates.

Associate is being moved from Temporary Status to Permanent Status.

If a change in position occurs, please fill out the following:

POSITION:    FROM: 469    TO: 469
DEPARTMENT:  FROM: 931    TO: 931
SALARY:      FROM: 6.50   TO: 6.50
STATUS:      FROM:  F    P    XT    TO: X F    P    T
             ** F = FULL TIME **   ** P = PART TIME **   ** T = TEMPORARY **

ASSOCIATE SIGNATURE   Wanda Ayers           DATE: 12-4-01
HOURLY SUPERVISOR     _____       DATE: 12-05-01
SALARIED MEMBER OF
MANAGEMENT            Shanda Strickland      DATE: 12/3/01
FACILITY MANAGER'S
( ROVAL               _____       DATE: 12/3/0
EFFECTIVE DATE        _____

COPIES TO ASSOCIATE'S PERSONNEL FILE

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00137

# ASSOCIATE'S COMMENDATION FORM

NAME                         SS#                          FACILITY# *0356*

*WANDA AYERS*

DATE HIRED:                  POSITION

*11-15-01*                   *OVERNIGHT STOCKER*

This form is to be used to recognize any action for which an Associate should be commended. Please give all the details, including dates.

THIS COMMENDATION DOCUMENTS THE FIFTY CENT (.50) DIFFERENTIAL WAGE ADJUSTMENT FOR WORKING AN OVERNIGHT SHIFT. THIS DIFFERENTIAL WAGE ADJUSTMENT WILL BE REMOVED IF THE ASSOCIATE NO LONGER WORKS AN OVERNIGHT SHIFT.

*AUDIT 2003*

If a change in position occurs, please fill out the following:

POSITION:          FROM:                              TO:
DEPARTMENT:        FROM:                              TO:
SALARY:            FROM: 6.00                         TO: 6.50
STATUS:            FROM:        F        P        T    TO:        F        P        T

** F = FULL TIME **    ** P = PART TIME **    ** T = TEMPORARY **

ASSOCIATE SIGNATURE    _____    DATE: _____

HOURLY SUPERVISOR      _____    DATE: _____

SALARIED MEMBER OF     _____    DATE: _____
MANAGEMENT

FACILITY MANAGER'S     _____    DATE: _____
APPROVAL

EFFECTIVE DATE         _____

COPIES TO ASSOCIATE'S PERSONNEL FILE

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00138

| *Performance Appraisal* *Stocker* | E X C E E D S | M E E T S | B E L O W |
|---|---|---|---|

| *Customer Service* | | | |
|---|---|---|---|
| Practices 10 Foot Attitude. | ☑ | ☐ | ☐ |
| Wears appropriate work attire. | ☑ | ☐ | ☐ |
| Responds to Customer requests for information and service. | ☑ | ☐ | ☐ |
| Assists Customers in finding merchandise. | ☑ | ☐ | ☐ |

| *Productivity* | | | |
|---|---|---|---|
| Places merchandise on the correct counter in modular home. | ☑ | ☐ | ☐ |
| Works with the Department Managers to process overstock. | ☑ | ☐ | ☐ |
| Assists Department Manager with modular changes.   N/A | ☐ | ☐ | ☐ |
| Secures display items.   N/A | ☐ | ☐ | ☐ |

| *Safe Work Practices* | | | |
|---|---|---|---|
| Follows safety/emergency procedures. | | | |
| Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Cleans all spills promptly. | ☐ | ☑ | ☐ |
| Keeps floor clear of all objects. | ☑ | ☐ | ☐ |
| Stretches/warms-up prior to shift. | ☐ | ☑ | ☐ |
| Wears back support belt at all times when lifting. | ☐ | ☑ | ☐ |
| Uses proper ladders. | ☐ | ☑ | ☐ |
| Does not climb on bins or shelves. | ☐ | ☑ | ☐ |
| Ensures OSHA guidelines are followed. | ☐ | ☑ | ☐ |
| Is knowledgeable about lockout/tagout procedures. | ☐ | ☑ | ☐ |
| Disposes of trash/boxes quickly. | ☐ | ☑ | ☐ |
| Keeps work area clean and hazard free. | ☑ | ☐ | ☐ |
| Keeps modulars clean. | ☑ | ☐ | ☐ |
| Zones the department. | ☐ | ☑ | ☐ |

| *Initiative* | | | |
|---|---|---|---|
| Works well on his/her own and requires very little supervision and follow-up. | ☑ | ☐ | ☐ |
| Is flexible depending upon freight flow/demand. | ☑ | ☐ | ☐ |

| *Dependability* | | | |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines.    Days Absent: 3    Days Tardy: 6 | ☐ | ☑ | ☐ |

| *Training* | | |
|---|---|---|
| Current on CBLs    Company Goal: 100% Associate Current % 100 | ☑ | ☐ |

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00139**

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: Wanda D. Ayers | Store # 0356 | Position: O/N Stocker |
| SS#: 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 | | Current Pay Rate: $ 6.76 |
| Review Period: | | Increase Amount: .34 |
| From: 11/15/01 | To: 11/15/02 | New Pay Rate: 7.10 |

☐ 90 Day        ☑ Annual        ☐ Follow Up

## STRENGTHS

Wanda has been a very productive associate throughout the year. Wanda is always flexible concerning work areas and adjustments. Wanda requires little supervision or direction regardless of the area she is working. Wanda is always dressed appropriately for doing her job.

## AREAS FOR IMPROVEMENT

Wanda needs to improve on her tardiness. Wanda needs to adapt to the newly implemented productivity program, so that she meets her production goals.

## ASSOCIATES COMMENTS/ GOAL SETTINGS

*I'm looking to improve in the areas that I'm lacking. I enjoy working with the staff.*

*This is an evaluation of the Associate's Overall Job Performance.*

☑ EXCEEDS EXPECTATIONS    ☐ MEETS EXPECTATIONS    ☐ BELOW EXPECTATIONS

**SIGNATURES:**

| Associate's Signature | Wanda Ayers | 10/8/02 |
|---|---|---|
| | Print Associate's Name | Date |
| Hourly Supervisor's Signature | Jimmy Jackson | 10/8/02 |
| | Print Hourly Supervisor's Name | Date |
| Salaried Manager's Signature | Gene J. Austin, Jr. | 10/8/02 |
| | Print Salaried Manager's Name | Date |
| Facility Manager's Signature | Tuesday Crawford | 10/14/02 |
| | Print Facility Manager's Name | Date |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00140

Exhibit 13

Statement To Support
    Plaintiff Oct Application
      for MTP

11-23-03

This statement concerns a conversation I had with Wanda Ayers sometime this past summer/fall. Ms. Ayers had been using one of the CBL terminals in the Personnel Office. After using the CBL terminal, Ms. Ayers brought me a Management Trainee Job Description which she had printed from the CBL terminal and which she had signed and dated. When she attempted to turn the completed Management Trainee Job Description in to me, I explained that this document was not to be turned in to our office at that time. I further clarified this by explaining the purpose of the job description with respect to the sign–up procedure as follows: the Management Trainee Job Description is given to an associate who has signed up for the management trainee position AFTER that individual has been interviewed by the District Manager and has already been offered the position. I explained to Ms. Ayers that the appearance of the Management Trainee Job Description on the CBL Terminal during the sign-up process is for the benefit of the applicant so that said applicant may view and become aware of the job expectations for that particular position prior to applying for the position of Management Trainee. I believe that was the end of our conversation.

Ingrid Jensen
Training Coordinator
Store #0356
Auburn, Alabama

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00174

Exhibit 14

# Faulkner University

Montgomery          Alabama

By authority of the Board of Trustees and on recommendation of the Faculty, Faulkner University hereby confers on

## Wanda Denise Ayers

the degree of

## Bachelor of Science

### Management of Human Resources

with all the honors, rights and privileges thereto pertaining.

In Witness Whereof, the Seal of the College and the signatures of the duly authorized officers are hereunto affixed.

Given at Faulkner University, in the State of Alabama, this month of December, two thousand two

_Billy O. Adeyan_
**President**

_John L. Exley, Jr_
**Vice President, Academic Affairs**

_____
**Chairman, Board of Trustees**

_J Wiley Cutts_
**Registrar**

**Wanda Denise Ayers**                                    **Telephone:**    (334) 332-8028
1945 County Road 57
Notasulga, Alabama 36866

**OBJECTIVE:**    A position in the areas of Customer Service Representative, which will utilize leadership,
responsibility, and organizational skills for improving the efficiency of operations.

2001-current            **Wal Mart Super Center**, Auburn Alabama,
                        Customer Assistance walk customer to desired merchandise
                        Assist with any questions
                        Stock showroom shelves with incoming merchandise
                        Organize and clean showroom area daily

1999-2001               **L. S. U. Medical Center**, New Orleans, Louisiana
                        Computer Information,
                        Input patient's data and enter doctor's billing information
                        Journalizes magazines, newspaper articles, and published booklet and pamphlet of staff
                        and file all documents

1996-1999               **Delgado Community College**, New Orleans, Louisiana
                        Office assistant, clerical and computer entry
                        Assist student with the proper use of computer and software application

1993-1996               **Orleans Parish School Board**, New Orleans, Louisiana
                        Child Nutrition, responsible for daily food preparation for over 200 students, staff and
                        faculty

1990-1994               **James Ratliff, Contractor**, New Orleans, Louisiana
                        Secretary and clerical duties, typing contracts
                        Talking with potential clients
                        Maintaining and ordering all needed supplies and equipment

1998-1995               **Crystal Nursery School**, New Orleans, Louisiana
                        Owner and Operator
                        Handled the daily operation of the business
                        Supervised three employees

1997-1998               **Mt. Carmel Christian Faith Academy**, New Orleans, Louisiana
                        Classroom Supervisor
                        Supervise the daily progress of students

1997-1987               **St. Mark Family Day Care**, New Orleans, Louisiana
                        Supervisor and Pre-school Instructor
                        Implementing schedules, money management and daily lesson plans
**Education:**

2001-2002               Faulkner University, Montgomery, Alabama
                        Bachelor of Science Degree, Human Resource Management
1999-2001               Southern University of New Orleans,
                        Major Studies, Business Administration
1996-1999               Delgado Community College, New Orleans, Louisiana
                        Associate Degree Computer Information System

**Special Skills:**    Working knowledge of computers, proper use of office equipment
                        Computer skills: WordPerfect, Microsoft Word, Works, Lotus, Excel, Assess, PowerPoint,
                        Reference Manager and Computer Based System, C++, Visual Base,
                        **Medical Knowledge**: Medical Terminology and First Aid

**Reference:**         Available upon request



*Education that Works!*

**HUMAN RESOURCES**
501 City Park Avenue
New Orleans, LA 70119-4399
(504) 483-4214  FAX (504) 483-4386
www.dcc.edu


May 5, 2003


To Whom It May Concern:


Ms. Wanda Ayers was a student worker at Delgado Community College during the year of 06/01/96 – 05/12/99.  Ms. Ayers became a seasonal worker 06/03/99 – 07/30/99.  She worked in the Communication Division as an Office Assistant in the Reading Lab.

If you need any further assistance, please contact the Human Resources Department at (504) 483-4214.


Sincerely,

Debra A. Gilbert
Human Resources Tech.

 Health Sciences Center

**Department of Pathology**
**1901 Perdido Street**
**New Orleans, La 70112**

RE: Wanda Ayers
To whom It May Concern:

Wanda D. Ayers worked with the Department of Pathology at the LSU
School of Medicine in New Orleans, Louisiana between October 12, 1989
and March 12, 2001. During this period she was a student worker charged
with critical charge entry information required to bill for clinical services.
Her work was consistently accurate. In addition she helped with various
clerical duties in our administrative office.
Ms. Ayers work habits are displayed by a quiet and calm demeanor. My
only concerns were her attempts to over achieve as it related to her
educational pursuits.

Sincerely

Fred Lutz
Business Manager
Department of Pathology
(504) 568- 6031
(504) 568-6037 (FAX)

Exhibit 15

# Interviewing Skills

**RRG 303**
**Discrimination**

| | |
|---|---|
| **What is Discrimination?** | *Illegal Discrimination* is treating a person less favorably than another because of a protected characteristic such as race, color, religion, gender, age, national origin, or disability. |

**Employment Discrimination**

All employers who screen, select, and hire Associates "discriminate" against particular candidates. In this regard, it is important to remember that such discrimination is lawful when an employer takes into account only an individual's performance, skill, training, education, or their ability to do a particular job. Discrimination is unlawful when an employment decision is affected by an Associate's or applicant's protected status (e.g. gender, race, age, religion, disability, national origin, etc.).

Every employment decision you make is subject to a charge of illegal discrimination regardless of whether it involves terminating, hiring, coaching, promoting, demoting, or other condition of employment. It is helpful to understand the theories and laws governing employment discrimination. The following pages list laws, which create categories or "protected classes," on which employment decisions can not be based.

**Theories of Discrimination**

There are three basic theories of employment discrimination:

- Disparate Treatment
- Disparate Impact
- Failure to make reasonable accommodations for an employee's religious beliefs or disability

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00629

# RRG 303
## Discrimination
## Interviewing Skills

**Theories of Discrimination (Cont'd)**

**Disparate Treatment**

Different treatment of individuals who have status in one or more protected classes (e.g. color, gender, disabled, etc.). This is the most common type of discrimination alleged.



The law does not necessarily require intent be proven, but could be inferred from the circumstances.

**Disparate Impact**

An employment policy or practice that may be neutral or non-discriminatory on its face, but which has an unbalanced or disparate impact on a protected class. Here, the focus is on the consequences that employment decisions or criteria have on protected classes.



The law does not necessarily require intent be proven, but could be inferred from the circumstances.

July 2002 (tcr)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00630

## Interviewing Skills

**RRG 303**
**Discrimination**

**Theories of Discrimination (Cont'd)**

**Reasonable Accommodations**

An employer must reasonably accommodate Associates' or prospective Associates' religious beliefs, and any disability, unless doing so would impose an undue hardship on the employer's business.

- <u>Religion Cases</u> - Reasonable accommodation is required when an individual requests accommodation because of his or her religion. Reasonable accommodation include:
  * Allowing Associates to wear forms of religious dress.
  * Switching Associates on religious holidays.
  * Allowing flexible schedules (arrival/departure).
  * Making up time lost due to religious observances.
  * Effecting job transfers or reassignments if an accommodation can not be made in a particular job.

The key is for the employer to show that they immediately made an effort to make accommodations for the Associate and that they made a concentrated effort to accommodate the Associate.

<u>Disability Cases</u> - Laws require employers to make reasonable accommodations for Associates or applicants based on their disability. Reasonable accommodations may include:

- Providing alternative means of communication, such as ASL interpreters for deaf or hearing impaired individuals.
- Altering the work site.
- Restructuring the job by reassigning non-essential chores.

An employer is not required to prefer applicants with disabilities over other equally qualified applicants. In accommodating an Associate, the employer is not required to create a new job or to assign essential job functions to other Associates.

Please see ADA Policy (PD-58) for detailed guidance.

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00631**

## RRG 303                                  Interviewing Skills
**Discrimination**

**Federal Laws**    Following are five Federal laws governing employment decisions for Associates or prospective Associates.

**Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. Section 2000(e)**

An employer can not discriminate against an individual on the basis of race, color, gender, religion, or national origin in:

- Hiring, firing, and recruitment
- Compensation, assignment, or classification of employees
- Transfer, promotion, layoff, or recall
- Job advertisements
- Use of company facilities
- Training, apprenticeship programs, and testing
- Pay, retirement plans, disability leave, and fringe benefits
- Pregnancy discrimination is a form of gender discrimination. It is illegal to refuse to hire or to fire an individual because she is pregnant.



To not violate laws governing religious discrimination, a facility must accommodate an individual's religious beliefs unless it becomes an "undue burden" on the facility.



July 2002  (tcr)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00632

# Interviewing Skills

**RRG 303**
**Discrimination**

**Federal Laws (Cont'd)**

Title VII prohibits retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice. Available relief for the Associate if this happens includes reinstatement, recovery of lost compensation, and punitive damages.

### Immigration Reform and Control Act

Requires employers to be able to prove that all employees hired after November 6, 1986, are legally authorized to work in the United States. However, an employer who requests employment verification only from individuals of a particular national origin, or individuals who appear to be or sound foreign, may have violated both the Immigration Act and Title VII. (Refer to I-9 verification procedures in the Personnel Guide.

### Americans with Disabilities Act (ADA)

Prohibits employers from discriminating against four categories of individuals:
- A qualified individual with a disability
- An individual with a record of such impairment
- An individual who is regarded as disabled
- An individual who has a known close relationship with someone with a qualifying disability

The ADA defines a disability as a condition or impairment that substantially limits a major life activity.

As noted earlier, the ADA requires employers to make reasonable accommodations for qualified Associates and applicants. Upon request, we will provide reasonable accommodations during the hiring process.

The ADA also provides retaliation against a person who protests disability discrimination, or participates in an investigation of a charge of discrimination, or files a charge of discrimination.

Refer to ADA Policy (PD-58) for more information on reasonable accommodations.

July 2002 (tcr)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00633

**RRG 303**
**Discrimination**                                    **Interviewing Skills**

| | |
|---|---|
| **Federal Laws**<br>**(Cont'd)** | **Age Discrimination and Employment Act (ADEA)**<br>An employer can not discriminate against an individual on the basis of their age (if the applicant is age 40 or over). |

In general, employers may not set a mandatory retirement age, unless they can meet the burden of establishing that age is a bona fide occupational qualification. This requires proof that all, or substantially all, individuals who are older than a given age have performed a given job unsatisfactorily, or that individual competency testing is impracticable. In most cases however, employees may continue working as long as they are qualified to perform their jobs.

**Equal Pay Act (EPA)**
Prohibits employers from discriminating between men and women on the basis of gender in the payment of wages where they perform essentially equal work under similar working conditions in the same establishment. Retaliation against a person who files a charge of equal pay discrimination, participates in an investigation, or opposes an unlawful employment practice is also illegal.

The law does not apply to pay differences based on factors other than gender (e.g. seniority, merit, or systems that determine wages based upon the quantity or quality of items produced or processed).

**State Laws**

Many states have enacted their own statutes to create other protected classes in addition to those protected by federal laws such as:

**Sexual Orientation**
Although homosexuality is not included as a protected class under federal law, several state and local laws cover it.

The discharge of an employee because of homosexuality or trans-sexuality is not prohibited by Title VII, because discrimination on the basis of sexuality is not discrimination on the basis of gender. Additionally, the Americans with Disabilities Act (ADA) specifically excludes homosexuality and bisexuality from its definition of disability. At least six states protect individuals from employment discrimination on the basis of their sexual orientation. There are many more local governments that also make sexual preference a protected class.

July 2002  (tcr)

Wal-Mart/Ayers<br>Docs. Produced to Plaintiff<br>00634

## Interviewing Skills

### RRG 303
### Discrimination

| | |
|---|---|
| **State Laws (Cont'd)** | **Marital status**<br>Federal employment law does not protect marital status. Many states have laws that prohibit discrimination on the basis of marital status. Additionally, certain forms of marital status discrimination may constitute gender discrimination, in violation of Title VII.<br><br>Asking certain questions about martial status may by treated as evidence of gender discrimination. Even though these questions may not be illegal in themselves, a court may use them as evidence of an employer's intent to treat married women, or those who have dependents, differently than men. Any such treatment would violate Title VII. At least 27 states prohibit marital status discrimination.<br><br>**Age**<br>Many states have laws that prohibit discrimination on the basis of age, for people that are over 18 years old. |
| **Other Laws** | **Workers' Compensation**<br>It is illegal to treat an Associate or prospective Associate differently because they have filed a workers' compensation claim.<br><br>**Union Activity**<br>It is illegal to refuse to hire an individual because they were formerly in a union. It is also illegal to treat an Associate differently because they are engaged in union activity, even if they are attempting to unionize a store. |

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00635**

**RRG 303**                                    **Interviewing Skills**
**Discrimination**

| | |
|---|---|
| **Other Laws**<br>**(Cont'd)** | **Sexual Harassment**<br>Since 1977, courts have held that sexual harassment in the workplace is unlawful sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as well as many state anti-discrimination statutes. Courts reason that sexual harassment occurs because of the affected Associates' gender. In 1986, the Supreme Court declared sexual harassment to be illegal. |

According to the guidelines of the United States EEOC, sexual harassment includes any unwelcome sexual conduct that is either:

- Made a term or condition of an individual's employment.
- Any unwelcome verbal or physical conduct of a sexual nature that interferes with job performance or creates an intimidating, hostile, or offensive working environment.

The Courts have recognized the following two theories of sexual harassment:

- **Quid Pro Quo** - Associate contends that he or she had to submit to unwelcome sexual conduct in order to obtain job benefits, or that he or she received unfavorable treatment due to their refusal of the sexual request. Quid Pro Quo cases include the claims of the worker who agrees to have sexual relations with their supervisor to receive a promotion, or to keep their job, or to receive a wage increase.
- **Hostile Work Environment** - This type of sexual harassment is a relatively new concept. It includes the use of sexually related language, demonstrations, displays, or physical contact in such a frequent, invasive, and offensive way that creates an oppressive or intolerable work environment. Even rude or offensive behavior such as telling an off-color joke, profanity, or posting a nude picture may constitute sexual harassment under a hostile environment theory.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00636

## Interviewing Skills

### RRG 303
### Discrimination

**Sexual Harassment (Cont'd)**

In a nutshell, the law requires that Wal-Mart keep its Associates free from sexual harassment, regardless of whether sexual harassment is from a salaried manager, another Associate, a Customer, or a supplier. When a manager or a supervisor discovers there is sexual harassment potentially happening in the workplace, that manager or supervisor is required to conduct an immediate, thorough, and well-documented investigation. Once the investigation has been completed, assuming the allegations are substantiated, the law requires an employer take disciplinary action sufficient to ensure the actions will never occur again.

Please remember that while this section primarily focuses on sexual harassment, other forms of harassment are just as illegal. Racial, religious, and age harassment are all very similar. The use of racist names or terms, or derogatory comments about someone's religion or age, are strictly prohibited in the workplace.

**Additional Information**

For more information or specific questions you may contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4504 at the Home Office.



**Religious Discrimination**

Ordinarily, the key to not violating discrimination laws is to be consistent with how you treat all Associates and prospective Associates. However, there are some laws that require an employer to treat some individuals "differently" or to make an "accommodation" for those individuals. The Americans with Disabilities Act (ADA) is one such example. ADA requires an employer to make accommodations for qualified individuals with disabilities both during the application process and during employment. Title VII requires similar accommodations based on an Associate's religious beliefs.

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00637**

# RRG 303
## Discrimination

# Interviewing Skills

**Religious Discrimination (Cont'd)**

Remember that not everyone worships on Sunday. Many religions worship on other days and thus an Associate requesting an accommodation must be accommodated on their particular worship day. Also, not every Associate will ask to be off on the day they worship. An Associate may ask that their schedule be arranged so they may attend worship services or other religious functions either before they come to or after they leave work.

### Hiring

You can not refuse to hire an applicant because they indicate that they can not work on a particular day because of their religion.



Practically speaking, it will be very difficult for most of our stores to prove undue burden because of the number of Associates we employ at a particular location. Of course if the applicant is not the most qualified, you do not have to hire them.

July 2002  (tcr)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00638

# Interviewing Skills

### RRG 303
### Discrimination

**Religious**
**Discrimination**
**(Cont'd)**

It does not matter that an Associate indicated on the application that they can work on Sundays. The Associate can later come in and request to be off every Sunday due to religious reasons and the store must accommodate them.

**Hours**

In order to accommodate an Associate's request to be off on their worship day, you can not just give their hours to another Associate and thus reduce their hours per week. An Associate requesting an accommodation must receive the same hours, benefits, etc.





Wal-Mart/Ayers
Docs. Produced to Plaintiff
00639

## RRG 303
## Discrimination

# Interviewing Skills

**Religious
Discrimination
(Cont'd)**

**Undue Burden**

It is not an undue burden on a facility simply because other Associates may get upset that we are letting another Associate off every Sunday because of their religious beliefs. To claim undue burden we must be able to show that there was no other qualified Associate to work.



An employer must accommodate requests by Associates if it is related to their religious convictions or beliefs. If you are unclear what our obligations are when a particular situation arises, contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4505 for assistance.

July 2002 (tcr)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00640

Exhibit 16

## Interviewing Skills

**RRG 303**
**Discrimination**

| | |
|---|---|
| **What is Discrimination?** | *Illegal Discrimination* is treating a person less favorably than another because of a protected characteristic such as race, color, religion, gender, age, national origin, or disability. |

**Employment Discrimination**

All employers who screen, select, and hire Associates "discriminate" against particular candidates. In this regard, it is important to remember that such discrimination is lawful when an employer takes into account only an individual's performance, skill, training, education, or their ability to do a particular job. Discrimination is unlawful when an employment decision is affected by an Associate's or applicant's protected status (e.g. gender, race, age, religion, disability, national origin, etc.).

Every employment decision you make is subject to a charge of illegal discrimination regardless of whether it involves terminating, hiring, coaching, promoting, demoting, or other condition of employment. It is helpful to understand the theories and laws governing employment discrimination. The following pages list laws, which create categories or "protected classes," on which employment decisions can not be based.

**Theories of Discrimination**

There are three basic theories of employment discrimination:

- Disparate Treatment
- Disparate Impact
- Failure to make reasonable accommodations for an employee's religious beliefs or disability

**Disparate Treatment**

Different treatment of individuals who have status in one or more protected classes (e.g. color, gender, disabled, etc.). This is the most common type of discrimination alleged.



Examples: An Associate may state the employer failed to hire or failed to promote an individual because of that person's race or gender.
A black Associate is terminated for offenses for which a white Associate only receives coachings.
A female Associate is paid a lower wage than a male for the same work.

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00641**

February 2003 (mjb)

**RRG 303**
**Discrimination**                                    **Interviewing Skills**

---

**Theories of**
**Discrimination**
**(Cont'd)**

The law does not necessarily require intent be proven, but could be inferred from the circumstances.

**Disparate Impact**
An employment policy or practice that may be neutral or non-discriminatory on its face, but which has an unbalanced or disparate impact on a protected class. Here, the focus is on the consequences that employment decisions or criteria have on protected classes.



The law does not necessarily require intent be proven, but could be inferred from the circumstances.

**Reasonable Accommodations**
An employer must reasonably accommodate Associates' or prospective Associates' religious beliefs, and any disability, unless doing so would impose an undue hardship on the employer's business.

- Religion Cases - Reasonable accommodation is required when an individual requests accommodation because of his or her religion. Reasonable accommodation include:
  * Allowing Associates to wear forms of religious dress.
  * Switching Associates on religious holidays.
  * Allowing flexible schedules (arrival/departure).
  * Making up time lost due to religious observances.
  * Effecting job transfers or reassignments if an accommodation can not be made in a particular job.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00642

February 2003  (mjb)

# Interviewing Skills

**RRG 303**
**Discrimination**

| | |
|---|---|
| **Theories of Discrimination (Cont'd)** | The key is for the employer to show that they immediately made an effort to make accommodations for the Associate and that they made a concentrated effort to accommodate the Associate. |
| | <u>Disability Cases</u> - Laws require employers to make reasonable accommodations for Associates or applicants based on their disability. Reasonable accommodations may include: |

- Providing alternative means of communication, such as ASL interpreters for deaf or hearing impaired individuals.
- Altering the work site.
- Restructuring the job by reassigning non-essential chores.

An employer is not required to prefer applicants with disabilities to other equally qualified applicants. In accommodating an Associate, the employer is not required to create a new job or to assign essential job functions to other Associates.

Refer to ADA Policy (PD-58) for detailed guidance.

**Federal Laws**

Following are five Federal laws governing employment decisions for Associates or prospective Associates.

**Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. Section 2000(e)**

An employer can not discriminate against an individual on the basis of race, color, gender, religion, or national origin in:

- Hiring, firing, and recruitment
- Compensation, assignment, or classification of employees
- Transfer, promotion, layoff, or recall
- Job advertisements
- Use of company facilities
- Training, apprenticeship programs, and testing
- Pay, retirement plans, disability leave, and fringe benefits
- Pregnancy discrimination is a form of gender discrimination. It is illegal to refuse to hire or to fire an individual because she is pregnant.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00643

# RRG 303
# Discrimination

## Interviewing Skills

**Federal Laws**
**(Cont'd)**



To not violate laws governing religious discrimination, a facility must accommodate an individual's religious beliefs unless it becomes an "undue burden" on the facility.



Title VII prohibits retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice. Available relief for the Associate if this happens includes reinstatement, recovery of lost compensation, and punitive damages.

**Immigration Reform and Control Act**

Requires employers to be able to prove that all employees hired after November 6, 1986, are legally authorized to work in the United States. However, an employer who requests employment verification only from individuals of a particular national origin, or individuals who appear to be or sound foreign, may have violated both the Immigration Act and Title VII. (Refer to I-9 verification procedures in the Personnel Guide).

**Americans with Disabilities Act (ADA)**

Prohibits employers from discriminating against four categories of individuals:

- A qualified individual with a disability
- An individual with a record of such impairment
- An individual who is regarded as disabled
- An individual who has a known close relationship with someone with a qualifying disability

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00644

## Interviewing Skills

**RRG 303**
**Discrimination**

**Federal Laws
(Cont'd)**

The ADA defines a disability as a condition or impairment that substantially limits a major life activity.

As noted earlier, the ADA requires employers to make reasonable accommodations for qualified Associates and applicants. Upon request, we will provide reasonable accommodations during the hiring process.

The ADA also provides protection against retaliation for a person who claims disability discrimination, or participates in an investigation of a charge of discrimination, or files a charge of discrimination.

Refer to ADA Policy (PD-58) for more information on reasonable accommodations.

### Age Discrimination and Employment Act (ADEA)

An employer can not discriminate against an individual on the basis of their age (if the applicant is age 40 or over).

In general, employers may not set a mandatory retirement age, unless they can meet the burden of establishing that age is a bona fide occupational qualification. This requires proof that all, or substantially all, individuals who are older than a given age have performed a given job unsatisfactorily, or that individual competency testing is impracticable. In most cases however, employees may continue working as long as they are qualified to perform their jobs.

### Equal Pay Act (EPA)

Prohibits employers from discriminating between men and women on the basis of gender in the payment of wages where they perform essentially equal work under similar working conditions in the same establishment. Retaliation against a person who files a charge of equal pay discrimination, participates in an investigation, or opposes an unlawful employment practice is also illegal.

The law does not apply to pay differences based on factors other than gender (e.g. seniority, merit, or systems that determine wages based upon the quantity or quality of items produced or processed).

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00645

**RRG 303**                                              **Interviewing Skills**
**Discrimination**

State Laws

Many states have enacted their own statutes to create other protected classes in addition to those protected by federal laws such as:

**Sexual Orientation**
Although homosexuality is not included as a protected class under federal law, several state and local laws cover it.

The discharge of an employee because of homosexuality or trans-sexuality is not prohibited by Title VII, because discrimination on the basis of sexuality is not discrimination on the basis of gender. Additionally, the Americans with Disabilities Act (ADA) specifically excludes homosexuality and bisexuality from its definition of disability. At least six states protect individuals from employment discrimination on the basis of their sexual orientation. There are many more local governments that also make sexual preference a protected class.

**Marital status**
Federal employment law does not protect marital status. Many states have laws that prohibit discrimination on the basis of marital status. Additionally, certain forms of marital status discrimination may constitute gender discrimination, in violation of Title VII.

Asking certain questions about martial status may by treated as evidence of gender discrimination. Even though these questions may not be illegal in themselves, a court may use them as evidence of an employer's intent to treat married women, or those who have dependents, differently than men. Any such treatment would violate Title VII. At least 27 states prohibit marital status discrimination.

**Age**
Many states have laws that prohibit discrimination on the basis of age, for people that are over 18 years old.

Other Laws

**Workers' Compensation**
It is illegal to treat an Associate or prospective Associate differently because they have filed a workers' compensation claim.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00646

February 2003 (mjb)

## Interviewing Skills

### RRG 303
### Discrimination

| Other Laws (Cont'd) | **Union Activity** |

**Union Activity**

It is illegal to refuse to hire an individual because they were formerly in a union. It is also illegal to treat an Associate differently because they are engaged in union activity, even if they are attempting to unionize a store.

**Sexual Harassment**

**Sexual Harassment**

Since 1977, courts have held that sexual harassment in the workplace is unlawful sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as well as many state anti-discrimination statutes. Courts reason that sexual harassment occurs because of the affected Associates' gender. In 1986, the Supreme Court declared sexual harassment to be illegal.

According to the guidelines of the United States EEOC, sexual harassment includes any unwelcome sexual conduct that is either:

- Made a term or condition of an individual's employment.
- Any unwelcome verbal or physical conduct of a sexual nature that interferes with job performance or creates an intimidating, hostile, or offensive working environment.

The Courts have recognized the following two theories of sexual harassment:

- **Quid Pro Quo** - Associate contends that he or she had to submit to unwelcome sexual conduct in order to obtain job benefits, or that he or she received unfavorable treatment due to their refusal of the sexual request. Quid Pro Quo cases include the claims of the worker who agrees to have sexual relations with their supervisor to receive a promotion, or to keep their job, or to receive a wage increase.
- **Hostile Work Environment** - This type of sexual harassment is a relatively new concept. It includes the use of sexually related language, demonstrations, displays, or physical contact in such a frequent, invasive, and offensive way that creates an oppressive or intolerable work environment. Even rude or offensive behavior such as telling an off-color joke, profanity, or posting a nude picture may constitute sexual harassment under a hostile environment theory.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00647

**RRG 303**                                                 **Interviewing Skills**
**Discrimination**

| | |
|---|---|
| **Sexual Harassment (Cont'd)** | In a nutshell, the law requires that Wal-Mart keep its Associates free from sexual harassment, regardless of whether sexual harassment is from a salaried manager, another Associate, a Customer, or a supplier. When a manager or a supervisor discovers there is sexual harassment potentially happening in the workplace, that manager or supervisor is required to conduct an immediate, thorough, and well-documented investigation. Once the investigation has been completed, assuming the allegations are substantiated, the law requires an employer take disciplinary action sufficient to ensure the actions will never occur again.

Please remember that while this section primarily focuses on sexual harassment, other forms of harassment are just as illegal. Racial, religious, and age harassment are all very similar. The use of racist names or terms, or derogatory comments about someone's religion or age, are strictly prohibited in the workplace. |
| **Additional Information** | For more information or specific questions you may contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4504 at the Home Office. |



| | |
|---|---|
| **Religious Discrimination** | Ordinarily, the key to not violating discrimination laws is to be consistent with how you treat all Associates and prospective Associates. However, there are some laws that require an employer to treat some individuals "differently" or to make an "accommodation" for those individuals. The Americans with Disabilities Act (ADA) is one such example. ADA requires an employer to make accommodations for qualified individuals with disabilities both during the application process and during employment. Title VII requires similar accommodations based on an Associate's religious beliefs. |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00648

February 2003 (mjb)

## Interviewing Skills

### RRG 303
### Discrimination

**Religious Discrimination (Cont'd)**

Remember that not everyone worships on Sunday. Many religions worship on other days and thus an Associate requesting an accommodation must be accommodated on their particular worship day. Also, not every Associate will ask to be off on the day they worship. An Associate may ask that their schedule be arranged so they may attend worship services or other religious functions either before they come to or after they leave work.

**Hiring**

You can not refuse to hire an applicant because they indicate that they can not work on a particular day because of their religion.



Practically speaking, it will be very difficult for most of our stores to prove undue burden because of the number of Associates we employ at a particular location. Of course if the applicant is not the most qualified, you do not have to hire them.

It does not matter that an Associate indicated on the application that they could work on Sundays. The Associate can later come in and request to be off every Sunday due to religious reasons and the store must accommodate them.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00649

**RRG 303**
**Discrimination**

**Interviewing Skills**

**Religious Discrimination (Cont'd)**

**Hours**

In order to accommodate an Associate's request to be off on their worship day, you can not just give their hours to another Associate and thus reduce their hours per week.   An Associate requesting an accommodation must receive the same hours, benefits, etc.





Wal-Mart/Ayers
Docs. Produced to Plaintiff
00650

February 2003  (mjb)

## Interviewing Skills

**RRG 303**
**Discrimination**

**Religious**
**Discrimination**
**(Cont'd)**

**Undue Burden**

It is not an undue burden on a facility simply because other Associates may get upset that we are letting another Associate off every Sunday because of their religious beliefs. To claim undue burden we must be able to show that there was no other qualified Associate to work.



An employer must accommodate requests by Associates if it is related to their religious convictions or beliefs. If you are unclear what our obligations are when a particular situation arises, contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4505 for assistance.

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00651**

Exhibit 16
Interviewing Skills
October



**Interviewing Skills**                                    **RRG 303**
                                              **Avoiding Discrimination**

**Theories of
Discrimination
(Cont'd)**

**Disparate Impact**

Disparate impact can occur when an employment policy or practice that is neutral or non-discriminatory on its face has an unbalanced or disparate impact on a protected class. Here, the focus is on the consequences that employment decisions or criteria have on protected classes.



The law does not necessarily require that there be evidence of an intent to discriminate, but allows discrimination to be inferred from the circumstances.



**Retaliation**

Federal laws prohibit retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice. Available relief for the Associate if this happens includes reinstatement, recovery of lost compensation, and punitive damages.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00614

**RRG 303**                                                            **Interviewing Skills**
**Avoiding Discrimination**

**Theories of**              **Reasonable Accommodations**
**Discrimination**           An employer must reasonably accommodate Associates' or prospective
**(Cont'd)**                 Associates' religious beliefs, and any disability, unless doing so would
                             impose an undue burden on the employer's business.

                             Religion Cases - Reasonable accommodation is required when an
                             individual requests accommodation because of his or her religion.
                             Reasonable accommodations include:

                             • Allowing Associates to wear forms of religious dress.
                             • Allowing Associates to switch schedules on religious holidays.
                             • Allowing flexible schedules (arrival/departure).
                             • Making up time lost due to religious observances.
                             • Effecting job transfers or reassignments if an accommodation can not
                               be made in a particular job.

                             The key is for the employer to show that they immediately made an
                             effort to make accommodations for the Associate and that they made a
                             concentrated effort to accommodate the Associate.

                             Disability Cases - Laws require employers to make reasonable
                             accommodations for Associates or applicants based on their disability.
                             Reasonable accommodations may include:

                             • Providing alternative means of communication, such as American
                               Sign Language (ASL) interpreters for deaf or hearing impaired
                               individuals.
                             • Altering the work site.
                             • Restructuring the job by reassigning non-essential chores.

                             An employer is not required to prefer applicants with disabilities to other
                             equally qualified applicants. In accommodating an Associate, the
                             employer is not required to create a new job or to assign essential job
                             functions to other Associates.

                             Refer to ADA Policy (PD-58) for detailed guidance.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00615

## Interviewing Skills

## RRG 303
### Avoiding Discrimination

**Federal Laws**

Following are five Federal laws governing employment decisions for Associates or prospective Associates.

- Title VII
- Americans with Disabilities Act (ADA)
- Equal Pay Act (EPA)
- Age Discrimination and Employment Act (ADEA)
- Immigration Reform and Control Act (IRCA)

**Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. Section 2000(e)**

An employer can not discriminate against an individual on the basis of race, color, gender, religion, or national origin in:

- Hiring, firing, and recruitment
- Compensation, assignment, or classification of employees
- Transfer, promotion, layoff, or recall
- Job advertisements
- Use of company facilities
- Training, apprenticeship programs, and testing
- Pay, retirement plans, disability leave, and fringe benefits
- Pregnancy discrimination is a form of gender discrimination. It is illegal to discriminate based on pregnancy, childbirth or related medical conditions.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00616

**RRG 303**
**Avoiding Discrimination**

**Interviewing Skills**

**Federal Laws (Cont'd)**

To comply with the laws governing religious discrimination, a facility must accommodate an individual's religious beliefs unless it becomes an undue burden on the facility.



The following are questions NOT to ask during the selection process, as they may elicit information protected under Title VII.

- Do not ask the applicant what church he / she attends or the name of his / her priest, rabbi, or minister.
- Do not ask the applicant what his / her father's surname is.
- Do not ask the female applicant what her maiden name was.
- Do not ask if he / she is a citizen of the United States.
- Do not ask the applicant how many children he / she has.
- Do not ask the age(s) of any of the applicant's children.
- Do not ask about child-care arrangements or whether the applicant's spouse has any objections to any work arrangements.
- Do not discuss where the spouse or parents work or reside.

October 2003 (jmd)

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00617

**Interviewing Skills**                                           **RRG 303**
                                                        **Avoiding Discrimination**

**Federal Laws**          **Unlawful Harassment**
**(Cont'd)**              Since 1977, courts have held that sexual harassment in the workplace is
                         unlawful sex discrimination in violation of Title VII of the Civil Rights Act
                         of 1964, as well as many state anti-discrimination statutes.  Courts
                         reason that sexual harassment occurs because of the affected
                         Associates' gender. In 1986, the Supreme Court declared sexual
                         harassment to be illegal.

                         According to the guidelines of the United States EEOC, sexual
                         harassment includes any unwelcome sexual conduct that is either:

                         • Made a term or condition of an individual's employment.
                         • Any unwelcome verbal or physical conduct of a sexual nature that
                           interferes with job performance or creates an intimidating, hostile, or
                           offensive working environment.

                         The Courts have recognized the following two theories of sexual
                         harassment:

                         • **Quid Pro Quo** - Associate contends that he or she had to submit to
                           unwelcome sexual conduct in order to obtain job benefits, or that he
                           or she received unfavorable treatment due to their refusal of the
                           sexual request.  Quid Pro Quo cases include the claims of the
                           worker who agrees to have sexual relations with their supervisor to
                           receive a promotion, or to keep their job, or to receive a wage
                           increase.
                         • **Hostile Work Environment** - This type of sexual harassment
                           includes the use of sexually related language, demonstrations,
                           displays, or physical contact in such a frequent, invasive, and
                           offensive way that creates an oppressive or intolerable work
                           environment. Even rude or offensive behavior such as telling an off-
                           color joke, profanity, or posting a nude picture may constitute sexual
                           harassment under a hostile environment theory.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00618

**RRG 303**                                          **Interviewing Skills**
**Avoiding Discrimination**

**Federal Laws**
**(Cont'd)**

While the previous discussion focused primarily on sexual harassment, other forms of harassment are just as illegal. The laws prohibiting sexual harassment also prohibit harassment based on other protected categories such as race, national origin, religion, age, and disability. For example, the use of racist names or derogatory comments about someone's religion or age could create a hostile environment based on race or religion and are therefore strictly prohibited in the workplace.

In a nutshell, the law requires that Wal-Mart keep its Associates free from unlawful harassment, regardless of whether the harassment is from a salaried manager, another Associate, a Customer, or a supplier. When a manager or a supervisor discovers there is unlawful harassment potentially happening in the workplace, that manager or supervisor is required to conduct an immediate, thorough, and well-documented investigation. Once the investigation has been completed, assuming the allegations are substantiated, the law requires an employer take disciplinary action sufficient to ensure the actions will never occur again.

For more information or specific questions you may contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4505 at the Home Office.



---

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00619

## Interviewing Skills

### RRG 303
### Avoiding Discrimination

**Federal Laws
(Cont'd)**

### Religious Discrimination

Ordinarily, the key to not violating discrimination laws is to be consistent with how you treat all Associates and prospective Associates. However, there are some laws that require an employer to treat some individuals "differently" or to make an "accommodation" for those individuals. The Americans with Disabilities Act (ADA) is one such example. The ADA requires an employer to make accommodations for qualified individuals with disabilities both during the application process and during employment. Title VII requires similar accommodations based on an Associate's religious beliefs.

Remember that not everyone worships on Sunday. Many religions worship on other days and thus an Associate requesting an accommodation must be accommodated on their particular worship day, unless it causes an undue burden. Also, not every Associate will ask to be off on the day they worship. An Associate may ask that their schedule be arranged so they may attend worship services or other religious functions either before they come to or after they leave work.

### Hiring

You can not refuse to hire an applicant because they indicate that they can not work on a particular day because of their religion. Of course if the applicant is not the most qualified, you do not have to hire them.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00620

**RRG 303**                                                      **Interviewing Skills**
**Avoiding Discrimination**

**Federal Laws**        It does not matter that an Associate indicated on the application that they
**(Cont'd)**            could work on Sundays. The Associate can later come in and request to
                        be off every Sunday due to religious reasons and the store must
                        accommodate them, unless it causes undue burden.

                        **Hours**
                        In order to accommodate an Associate's request to be off on their
                        worship day, you can not just give their hours to another Associate and
                        thus reduce their hours per week.    An Associate requesting an
                        accommodation must receive the same hours, benefits, etc.



**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00621**

## Interviewing Skills

### RRG 303
### Avoiding Discrimination

**Federal Laws
(Cont'd)**

**Undue Burden**

It is not an undue burden on a facility simply because other Associates may get upset that we are letting another Associate off every Sunday because of their religious beliefs.  To claim undue burden we must be able to show that there was no other qualified Associate to work.



An employer must accommodate requests by Associates if it is related to their religious convictions or beliefs.  If you are unclear what our obligations are when a particular situation arises, contact your Regional Personnel Manager (RPM) or the Legal Department (479) 273-4505 for assistance.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00622

**RRG 303**                                        **Interviewing Skills**
**Avoiding Discrimination**

**Federal Laws**          **Americans with Disabilities Act (ADA)**
**(Cont'd)**              The ADA prohibits employers from discriminating against four categories
                         of individuals:

- A qualified individual with a disability
- An individual with a record of such an impairment
- An individual who is regarded as disabled
- An individual who has a known close relationship with someone with
  a qualifying disability

The ADA defines a disability as a condition or impairment that
substantially limits a major life activity.

As noted earlier, the ADA requires employers to make reasonable
accommodations for qualified Associates and applicants. This also
requires Wal-Mart to accommodate disabled individuals during the
hiring, interview, and selection process.

The ADA also provides protection against retaliation for a person who
claims disability discrimination, or participates in an investigation of a
charge of discrimination, or files a charge of discrimination.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00623

**Interviewing Skills**                                    **RRG 303**
                                              **Avoiding Discrimination**

**Federal Laws**          **Interactive Process**
**(Cont'd)**              An applicant may request a reasonable accommodation orally or in
                          writing from any Wal-Mart Associate with whom the applicant has
                          contact in connection with the application process. Facility Managers
                          should ensure that all Associates having contact with applicants know
                          how to recognize and handle requests for reasonable accommodation.
                          Refer to ADA Policy (PD-58) for more information on reasonable
                          accommodations.



**You Can Not Ask Any Question That is "Likely" to Elicit**
**Medical or Health Related Information.**

The following are examples of questions not to ask during the selection
process:

- If an applicant has had back problems.
- If an applicant has had any serious illness.
- If an applicant has any physical or mental condition that may limit
  their ability to perform the job.
- If an applicant has been hospitalized.
- If an applicant has ever filed a Workers' Compensation claim.
- Do not ask questions regarding pregnancy, child bearing, or birth
  control.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00624

**RRG 303**
**Avoiding Discrimination**
                                                    **Interviewing Skills**

**Federal Laws**
**(Cont'd)**

If an applicant has a disability that is obvious, (e.g., uses a wheelchair, has a missing limb, is hearing impaired) or has any other type of disability, or if the applicant voluntarily revealed that they have a disability or other health condition, **do not**:

- Ask about the nature or severity of the disability.
- Ask how the individual became disabled.
- Ask about the prognosis of the disability.
- Ask whether the applicant will need treatment or require leave because of the disability.

If an applicant attempts to make you aware of the need for an accommodation, advise them that the accommodation will be discussed later. These same restrictions apply when asking questions during reference checking.



**Equal Pay Act (EPA)**

The EPA prohibits employers from discriminating between men and women on the basis of gender in the payment of wages where they perform essentially equal work under similar working conditions in the same establishment. Retaliation against a person who files a charge of equal pay discrimination, participates in an investigation, or opposes an unlawful employment practice is also illegal.

The law does not apply to pay differences based on factors other than gender (e.g. seniority, merit, or systems that determine wages based upon the quantity or quality of items produced or processed).

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00625

## Interviewing Skills

## RRG 303
## Avoiding Discrimination

**Federal Laws
(Cont'd)**

**Age Discrimination in Employment Act (ADEA)**
An employer can not discriminate against an individual on the basis of their age (if the applicant is age 40 or over).

The following are questions **not** to ask during the selection process, as they may elicit information protected under ADEA.

- Do not ask the applicant's age, date of graduation, or other questions that might reveal an applicant's age.
- Do not ask the applicant's date of birth.

It is appropriate; however, to ask if an applicant is 18 years of age or older.

**Immigration Reform and Control Act**
Requires employers to be able to prove that all employees hired after November 6, 1986, are legally authorized to work in the United States. However, an employer who requests employment verification only from individuals of a particular national origin, or individuals who appear to be or sound foreign, may have violated both the Immigration Act and Title VII. (Refer to I-9 verification procedures in the Personnel Guide).

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00626

## RRG 303
### Avoiding Discrimination

**Interviewing Skills**

**State Laws**

Many states have enacted their own statutes to create other protected classes in addition to those protected by federal laws such as:

**Sexual Orientation**
Although homosexuality is not included as a protected class under federal law, several state and local laws protect individuals from employment discrimination on the basis of their sexual orientation.

**Marital status**
Federal employment law does not protect marital status. Many states have laws that prohibit discrimination on the basis of marital status.

Asking certain questions about martial status may by treated as evidence of gender discrimination. Even though these questions may not be illegal in themselves, a court may use them as evidence of an employer's intent to treat married women, or those who have dependents, differently than men. Any such treatment would violate Title VII.

**Age**
Many states have laws that prohibit discrimination on the basis of age, for people that are over 18 years old.

The following are questions **not** to ask during the selection process, as they may elicit information protected under state laws.

- Do not ask questions about the applicant's sexual orientation.
- Do not ask "With whom do you reside?"
- Do not question the applicant on marital status (i.e. married, single, divorced, separated, or widowed).

October 2003 (jmd)

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00627**

## Interviewing Skills

**RRG 303**
**Avoiding Discrimination**

**Other Laws**

**Workers' Compensation**
It is illegal to treat an Associate or prospective Associate differently because they have filed a workers' compensation claim.

**Union Activity**
It is illegal to refuse to hire an individual because they were formerly in a union. It is also illegal to treat an Associate differently because they are engaged in union activity, even if they are attempting to unionize a store.

Do not ask the applicant if he / she is currently, or has been, a member of a union.

**Miscellaneous Questions Not to Ask**

The following are other questions **not** to ask during the selection process:

- Do not discuss whether the applicant owns or rents his/her place of residence.
- Do not ask the applicant if his / her wages have ever been garnished or any questions relating to their personal finances.
- Do not ask the applicant if he / she has ever been arrested. If the applicant checked that they have been convicted of a felony or theft offense, we can inquire about circumstances when appropriate.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00628

Exhibit 17

Harassment/Inapproprate
Conduct #00496

Line 5  ph 2            Pg. 17

**Wal-Mart®**
**Corporate**
**Policy**

# Harassment/Inappropriate Conduct

Number: PD-19

Revised: 02/01/00

## Applies To

All Associates, regular, temporary, full time, peak time, Hourly and Salaried.

## Policy

Wal-Mart is committed to maintaining a work environment that is free of unlawful harassment as well as other inappropriate conduct, whether or not the conduct rises to the level of unlawful sexual harassment, as defined below. In keeping with this commitment, harassment of any Associate by anyone, be it another Associate, Supervisor, Manager, Supplier, or Customer/Member will not be tolerated.

Any negative or stereotypical comment or action, whether welcome or unwelcome, aimed at an individual's gender, race, religion, physical or mental disability, physical appearance, age, marital status, national origin, color or sexual orientation is inappropriate at Wal-Mart. Associates who engage in any type of harassment/inappropriate conduct on Wal-Mart property, at Wal-Mart sponsored functions or while traveling on behalf of the Company, whether "on the clock" or not, will be subject to disciplinary action up to and including termination.

Associates who are subjected to conduct prohibited under this policy are encouraged to report their complaint to any salaried member of management. Prompt action will be taken and no retaliation will occur against the Associate.

All allegations of harassment/inappropriate conduct will be investigated. Appropriate action will be taken to eliminate such conduct and to ensure there will be no recurrence of the conduct.

## Definitions

Harassment/inappropriate conduct is defined broadly and includes but is not limited to: welcome or unwelcome conduct which causes fear or intimidation, creates an offensive or hostile work environment, or interferes with an Associate's work performance.

Sexual harassment is legally defined as: sexual advances, requests for sexual favors, and verbal or physical conduct of a sexual nature when:

- Submission to or rejection of such advances, requests or conduct is made either explicitly or implicitly a term or condition of employment or as a basis for employment decisions (i.e. offer of employment, promotion, job transfer, pay increase, etc.);

    --OR--

- Such advances, requests or conduct have the purpose or effect of unreasonably interfering with an individual's work performance by creating an intimidating, hostile, humiliating or sexually offensive work environment.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00496

- Examples of conduct which may, depending on the totality of the circumstances, constitute sexual harassment, include:

  - Explicit sexual propositions.
  - Sexual innuendoes.
  - Suggestive comments or questions about sexual activities.
  - Sexually oriented "kidding", "teasing" or, "practical jokes".
  - Jokes about gender-specific traits.
  - Foul or obscene language or gestures.
  - Display of foul, obscene or sexually suggestive printed or visual material.
  - Physical contact such as patting, pinching, or brushing against another's body suggestively or offensively.

- Conduct so severe or frequent that an offensive atmosphere is created for one or more Associates, adversely affecting the Associate's attendance, conduct, job performance or any combination of the three.

- **Disparaging comments that are gender-specific.** Jokes regarding characteristics that are exclusively male or exclusively female are a violation of Wal-Mart policy and are not tolerated.

- Any stereotypical or disparaging comments about race, ancestry, disability, national origin or color. Stereotyping people with regard to religion or age is inappropriate and will not be tolerated.

- Derogatory comments regarding an individual's physical or mental disability, physical appearance, marital status or sexual orientation.

- **Use of foul language.** Foul language is **never** appropriate in the workplace. T-shirts, buttons, calendars, or pictures that contain or refer to questionable subject matters are inappropriate.

- Letters, telephone calls, or materials of a sexual, threatening, or intimidating nature.

- Visual harassment, including display of offensive posters, cards, cartoons, graffiti, drawings, gestures, or offensive computer pictures or graphics. It is a violation of Wal-Mart policy to bring such inappropriate material on Wal-Mart property.

- Attempted or actual physical contact, including assault, sexual assault or rape.

- Gossiping or spreading rumors or lies about other Associates can also create a hostile environment by interfering with an individual's job performance.

## Confidentiality

Every effort will be made to maintain the confidentiality of all parties. Every complaint will be investigated. Information will be revealed to **only** those individuals having a need to know in order to facilitate the investigation or resolution.

All written statements, documents or other materials pertaining to the complaint will be maintained in a separate file, and are not part of any Associate's personnel file. Such

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00497

materials will not be released or disclosed to third party representatives or those not able to demonstrate a compelling need to obtain.

A breach of confidentiality, except as stated above, may be viewed as gross misconduct and will result in appropriate disciplinary action up to and including termination.

## Complaint Notification

Any Associate who believes they have been the victim of harassment/inappropriate conduct by another Associate, Supervisor, Manager, Supplier, or Customer/Member, should immediately report the offensive conduct to a salaried member of management.

### 🐾 *EXCEPTION:*

All Division 07 Associates should report offensive conduct to their Personnel Manager. If the Personnel Manager is the source of the conduct, Associates should report the information to the General Manager or another salaried member of management with whom they are comfortable.

A third party who has either witnessed conduct or has information or knowledge of conduct which may constitute harassment/inappropriate conduct should immediately inform a salaried member of management.

It is recommended, but not required, that all complaints be in writing, describing in as much detail as possible, the following:

- Alleged harassment/inappropriate conduct,
- Date(s) on which the conduct occurred,
- Identity of those involved, including any witnesses to the conduct, and,
- The complainant's (or witness') perception of the conduct.

Additional statements from witnesses should be obtained, and include the same information as listed above.

## Investigating Complaints

All complaints must be investigated thoroughly and promptly. Every complaint will be taken seriously. Procedures for conducting an investigation are discussed below:

- All supervisors have an obligation to report cases or suspected cases of harassment.

- Complaints reported to Hourly Supervisors must be reported to a salaried member of management.

- All complaints of sexual harassment must be reported to the Facility Manager and the District Manager/Director of Operations.

- Complaints should be investigated by the facility Manager, District Manager/Director of Operations or Regional Personnel Manager. All Division 07 complaints will be investigated by the facility's Personnel Manager. If the complaint involves one of those Managers, a higher level of salaried Management should conduct the inquiry. If the facility Manager is out of the

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00498**

facility for an extended period of time (i.e. vacation, leave of absence) or if the facility Manager is unable to conduct the investigation, an Assistant Manager must contact the Regional Personnel Manager or District Manager/Director of Operations to ensure the investigation begins immediately. Home Office investigations will be conducted by the Divisional People Director or the Corporate Associate Relations Department.

- The investigation should be designed to:
    - determine whether the allegations are true;
    - determine whether the allegations, if true, constitute harassment/inappropriate conduct;
    - determine whether remedial action is needed to deter the conduct; and
    - to maintain confidentiality.

- Interview all necessary parties, including the person alleged to have engaged in the conduct, to determine what occurred, when, where, and who was involved and obtain a written statement from all parties interviewed. Conduct all interviews privately, and involve only as many people as are needed to accurately obtain factual information.

- Evaluate all relevant information. Consider interviews, written statements, documents or other materials carefully to determine whether harassment/inappropriate conduct occurred as alleged.

- Copies of all written statements should be forwarded to the Regional Personnel Manager or People Director. The original statements should be maintained at the facility in a locked filing cabinet. They are not to be placed in a personnel file.

## Appropriate Action

Every instance of harassment/inappropriate conduct will be addressed through Coaching for Improvement guidelines (PD-30) to ensure the conduct will not occur again.

If the conduct complained of was harassment/inappropriate conduct, appropriate disciplinary action will be taken. Such action may range from coaching to immediate termination. An Associate terminated for a violation of this policy will not be eligible for rehire.

If the facts **do not** support a conclusion that harassment/inappropriate conduct occurred, no disciplinary action will be taken.

Following the investigation, the complainant should be told the investigation is concluded, and appropriate action has been taken to ensure the conduct will not reoccur. They should also be advised that if something happens again in the future, it should again be immediately reported.

## Retaliation

It is unlawful to retaliate against an Associate for either reporting an incident of

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00499

harassment/inappropriate conduct or cooperating with an investigation.

All allegations of retaliation will be investigated, and taken seriously.

Associate conduct determined to be retaliatory may be deemed gross misconduct and will result in disciplinary action up to and including termination.

## Resources

| Related Policies: | Statement of Ethics PD-10<br>Open Door Policy PD-27<br>Coaching Policy PD-30 |
|---|---|
| Printed Materials: | Associate Handbook<br>Personnel Guide<br>Investigating Sexual Harassment - An Outline |
| Posters: | Sexual Harassment Poster (00-00382) |
| Personal Contacts: | Facility Manager<br>District Manager/Director of Operations<br>Regional Personnel Manager<br>Corporate Associate Relations |
| Additional Contacts: | Training and Communications Department<br>for related training documentation |

All Material Wal-Mart Stores Inc. Confidential.    2000.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00500

Exhibit 18


**Dixie**
ELECTRIC COOPERATIVE
A Touchstone Energy® Partner

**ELECTRIC STATEMENT**

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

3243
4867

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 727-4142 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/24/03 | 04/22/03 | 29 | 38.9 | 11588 | 11720 | 1 | 132 | 24.64 |

(FUEL COST ADJUSTMENT FACTOR 0.018000)

| | | |
|---|---|---|
| 1 175 WATT MV | | 7.00 |
| TAX | | 1.24 |
| TOTAL CURRENT ELECTRIC BILL DUE  05/12/03 | | 32.88 |
| PREVIOUS AMOUNT DUE | | 25.73 |
| THANK YOU FOR YOUR PAYMENT  04/09/03 | | 25.73 |
| TOTAL  AMOUNT DUE | | 32.88 |

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 29 | 132 | 4 | 0.83 |
| PREVIOUS BILLING PERIOD | 17 | 74 | 4 | 0.95 |
| SAME PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 32.88 |
|---|---|---|
| DUE DATE  05/12/03 | BILL IS DELINQUENT AFTER DUE DATE | |
| AFTER DUE DATE PAY | $ | 37.88 |

Your Usage Over The Last 13 Months
132
88
44
A M J J A S O N D J F M A

Springtime thunderstorms got you worried?
Ask about our SurgeGuard program today.

IMPORTANT MEMBER INFORMATION

ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT.
...CEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

**ASK ABOUT THESE MEMBER SERVICES**
- BILL PAYMENT BY BANK DRAFT
- LEVELIZED BILLING
- ENERGY EFFICIENT HOME PROGRAM
- ENERGY AUDITS

KEEP THIS STATEMENT FOR YOUR RECORDS

3248
4827



# Dixie
### ELECTRIC COOPERATIVE
A Touchstone Energy® Partner

**ELECTRIC STATEMENT**

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 727-4142 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 04/22/03 | 05/21/03 | 29 | 38.9 | 11720 | 11910 | 1 | 190 | 29.32 |

(FUEL COST ADJUSTMENT FACTOR 0.020120)

| | | |
|---|---|---|
| 1 175 WATT MV | | 7.00 |
| TAX | | 1.42 |
| TOTAL CURRENT ELECTRIC BILL DUE  06/12/03 | | 37.74 |
| PREVIOUS AMOUNT DUE | | 32.88 |
| THANK YOU FOR YOUR PAYMENT 05/07/03 | | -32.88 |
| TOTAL AMOUNT DUE | | 37.74 |

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 29 | 190 | 6 | 0.98 |
| PREVIOUS BILLING PERIOD | 29 | 132 | 4 | 0.83 |
| SAME PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 37.74 |
|---|---|---|
| DUE DATE 06/12/03 | BILL IS DELINQUENT AFTER DUE DATE | |
| AFTER DUE DATE PAY | $ | 42.74 |

**Your Usage Over the Last 13 Months**

192
128
64
0
M  J  J  A  S  O  N  D  J  F  M  A  M

Springtime thunderstorms got you worried?
Ask about our SurgeGuard program today.

## ASK ABOUT THESE MEMBER SERVICES
- BILL PAYMENT BY BANK DRAFT
- LEVELIZED BILLING
- ENERGY EFFICIENT HOME PROGRAM
- ENERGY AUDITS

## IMPORTANT MEMBER INFORMATION

PLEASE ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT.
FAILURE TO RECEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

KEEP THIS STATEMENT FOR YOUR RECORDS

3285
4765

# ELECTRIC STATEMENT



## Dixie
### ELECTRIC COOPERATIVE

A Touchstone Energy™ Cooperative

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 727-4142 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/20/03 | 07/23/03 | 33 | 36.8 | 12358 | 13374 | 1 | 1016 | 93.13 |

(FUEL COST ADJUSTMENT FACTOR 0.022240)

| | |
|---|---|
| 1 175 WATT MV | 7.00 |
| TAX | 3.92 |
| TOTAL CURRENT ELECTRIC BILL DUE  08/12/03 | 104.05 |
| PREVIOUS AMOUNT DUE | 58.81 |
| THANK YOU FOR YOUR PAYMENT  07/08/03 | -59.00 |
| PREVIOUS CREDIT BALANCE | -0.19 |
| TOTAL AMOUNT DUE | 103.86 |

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 33 | 1016 | 30 | 2.76 |
| PREVIOUS BILLING PERIOD | 30 | 448 | 14 | 1.61 |
| E PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 103.86 |
|---|---|---|
| DUE DATE  08/12/03 | BILL IS DELINQUENT AFTER DUE DATE | |
| AFTER DUE DATE PAY | $ | 108.86 |

Your Usage Over The Last 13 Months

1017
678
339

J A S O N D J F M A M J J

DID YOU KNOW THAT CORDLESS PHONES DO NOT WORK WHEN THE POWER IS OUT? BE SURE TO HAVE A STANDARD PHONE IN YOUR HOME FOR EMERGENCIES.

## IMPORTANT MEMBER INFORMATION

PLEASE ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT.
FAILURE TO RECEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

## ASK ABOUT THESE MEMBER SERVICES
- BILL PAYMENT BY BANK DRAFT
- LEVELIZED BILLING
- TOUCHSTONE ENERGY HOME PROGRAM
- ENERGY AUDITS

KEEP THIS STATEMENT FOR YOUR RECORDS



**ELECTRIC STATEMENT**

3270
4691

# Dixie
### ELECTRIC COOPERATIVE

A Touchstone Energy™ Cooperative

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 727-4142 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07/23/03 | 08/21/03 | 29 | 0.0 | 13374 | 14320 | 1 | 946 | 87.76 |

(FUEL COST ADJUSTMENT FACTOR 0.022240)

| | |
|---|---|
| 1 175 WATT MV | 7.00 |
| TAX | 3.71 |
| TOTAL CURRENT ELECTRIC BILL DUE 09/12/03 | 98.47 |
| PREVIOUS AMOUNT DUE | 103.86 |
| THANK YOU FOR YOUR PAYMENT 08/11/03 | -103.86 |
| TOTAL AMOUNT DUE | 98.47 |

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 29 | 946 | 32 | 2.96 |
| PREVIOUS BILLING PERIOD | 33 | 1016 | 30 | 2.76 |
| SAME PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 98.47 |
|---|---|---|
| DUE DATE  09/12/03 | BILL IS DELINQUENT AFTER DUE DATE | |
| AFTER DUE DATE PAY | $ | 103.47 |

**Your Usage Over The Last 13 Months**

1017
678
339
0
A S O N D J F M A M J J A

DID YOU KNOW THAT CORDLESS PHONES DO NOT WORK WHEN THE
POWER IS OUT? BE SURE TO HAVE A STANDARD PHONE IN YOUR
HOME FOR EMERGENCIES.

IMPORTANT MEMBER INFORMATION

PLEASE ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT
FAILURE TO RECEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

ASK ABOUT THESE MEMBER SERVICES
- BILL PAYMENT BY BANK DRAFT
- LEVELIZED BILLING
- TOUCHSTONE ENERGY HOME PROGRAM
- ENERGY AUDITS

KEEP THIS STATEMENT FOR YOUR RECORDS



**ELECTRIC STATEMENT**

3341
4720

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

A Touchstone Energy™ Cooperative

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 332-8028 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/21/03 | 09/22/03 | 32 | 0.0 | 14320 | 15008 | 1 | 688 | 67.98 |

(FUEL COST ADJUSTMENT FACTOR 0.022240)

```
  1 175 WATT MV                                                      7.00
      TAX                                                            2.94
  TOTAL CURRENT ELECTRIC BILL DUE   10/12/03                        77.92
  PREVIOUS AMOUNT DUE                                               98.47
  THANK YOU FOR YOUR PAYMENT  09/10/03                             -98.47
  TOTAL AMOUNT DUE                                                  77.92
```

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 32 | 688 | 21 | 2.08 |
| PREVIOUS BILLING PERIOD | 29 | 946 | 32 | 2.96 |
| SAME PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 77.92 |
|---|---|---|
| DUE DATE | 10/12/03 | BILL IS DELINQUENT AFTER DUE DATE |
| AFTER DUE DATE PAY | $ | 82.92 |

**Your Usage Over The Last 13 Months**

S O N D J F M A M J J A S

DID YOU KNOW THAT YOU CAN PAY YOUR BILL ONLINE USING
A CREDIT OR DEBIT CARD? REGISTER TO USE THIS NEW SERVICE
AT WWW.DIXIEEC.COM.

IMPORTANT MEMBER INFORMATION

PLEASE ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT.
FAILURE TO RECEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

ASK ABOUT THESE MEMBER SERVICES
• BILL PAYMENT BY BANK DRAFT
• LEVELIZED BILLING
• TOUCHSTONE ENERGY HOME PROGRAM
• ENERGY AUDITS

KEEP THIS STATEMENT FOR YOUR RECORDS



**ELECTRIC COOPERATIVE**

A Touchstone Energy™ Cooperative

P.O. Box 30 • Union Springs, Alabama 36089
Union Springs 334.738.2500 • Montgomery 334.288.1163
Other Areas 1.888.349.4332

| ACCOUNT NUMBER | ACCOUNT NAME | RATE | CYCLE | TELEPHONE NUMBER | SERVICE ADDRESS |
|---|---|---|---|---|---|
| 10788701 | AYERS WANDA | 1 | 115 | (334) 332-8028 | 02-074-041-2 |

| SERVICE PERIOD FROM | TO | DAYS OF SERVICE | DEGREE DAYS | METER READING PREVIOUS | PRESENT | MULTIPLIER | USAGE | DOLLAR ($) AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/22/03 | 10/22/03 | 30 | 0.0 | 15008 | 15189 | 1 | 181 | 28.88 |

(FUEL COST ADJUSTMENT FACTOR 0.021180)
1 175 WATT MV
  TAX                                       7.00
  TOTAL CURRENT ELECTRIC BILL DUE  11/12/03     1.41
PREVIOUS AMOUNT DUE                      37.29
THANK YOU FOR YOUR PAYMENT  10/10/03     77.92
TOTAL AMOUNT DUE                       -77.92
                                  37.29

| COMPARISONS | DAYS SERVICE | USAGE | AVG. USAGE/DAY | COST PER DAY |
|---|---|---|---|---|
| CURRENT BILLING PERIOD | 30 | 181 | 6 | 0.94 |
| PREVIOUS BILLING PERIOD | 32 | 688 | 21 | 2.08 |
| SAME PERIOD LAST YEAR | 0 | 0 | 0 | 0 |

| TOTAL DUE | $ | 37.29 |
|---|---|---|
| DUE DATE 11/12/03 | BILL IS DELINQUENT AFTER DUE DATE | |
| AFTER DUE DATE PAY | $ | 42.29 |

**Your Usage Over The Last 13 Months**

1017
678
339
0
O N D J F M A M J J A S O

DID YOU KNOW THAT YOU CAN PAY YOUR BILL ONLINE USING
A CREDIT OR DEBIT CARD? REGISTER TO USE THIS NEW SERVICE
AT WWW.DIXIEEC.COM.

IMPORTANT MEMBER INFORMATION

PLEASE ALLOW ADEQUATE TIME FOR DELIVERY BY THE DUE DATE WHEN MAILING YOUR PAYMENT.
FAILURE TO RECEIVE YOUR BILL DOES NOT VOID CHARGES FOR LATE PAYMENT AND CUT-OFF.

ASK ABOUT THESE MEMBER SERVICES
• BILL PAYMENT BY BANK DRAFT
• LEVELIZED BILLING
• TOUCHSTONE ENERGY HOME PROGRAM
• ENERGY AUDITS

KEEP THIS STATEMENT FOR YOUR RECORDS









January 30, 2004

Wanda Denise Ayers
1947 County Road 57
Notasulga, Alabama 36066

Tuskegee Realty
P. O. Box 830704
Tuskegee, Al 36083

Dear Tuskegee Realty,

Due to the several types of retaliation from my employer Auburn Super Walmart in Auburn, Alabama that not only cut my hours for several months, and did not include the normal hours that I worked the next couple of weeks. They have discredited my personal character throughout the community leaving my life in danger.

I also purchased propane to warm the house and to have hot water from. The purchase was from the local office in Notasulga which I was not given the proper amount that was stated when I moved there in 2003. I paid $160.00 for 100 lbs. the service person told me to go in the house to check everything out he replace the cover to the tank and drove off before I was able to come out and see if he had put the proper amount. When I remove the lid the tank gage read 20 lbs. and should have read at less 50 lbs. he also had a $40.00 service fee already written up before he got out the truck. When I called the office I was unable to get an answer I no longer desire to do business with this company.

Because of these cuts my check was not sufficient to fully pay this month's rent on the first of February and because of the fact of lost wages and the outstanding cost to service the house I will pay February rent on the thirteen of February. I have no choose but to let you know that I will be moving and that I have until March the thirteen to remove my personal belongings from the house. I'm requesting the return of the deposit that was placed on the house on the thirteen of April 13, 2003.

I would like to thank you for the opportunity to do business with you and I will appreciate your corporation. May God continual to bless you.

Sincerely Yours

Wanda D Ayers
Wanda Denise Ayers

January 30, 2004

Wanda Denise Ayers
1947 County Road 57
Notasulga, Alabama 36066

Dear Town of Notasulga,

I have no choose but to let you know that I will be moving on or before March 13, 2004 and I'm requesting the return of the deposit that was placed for the water service with the Town of Notasulga.

I would like to thank you for the opportunity to do business with you and I will appreciate your corporation. May God continual to bless you. If the deposit does not reach the house before I move, you can mail this deposit to Wanda Ayers, 1420 Pauline Street, New Orleans, Louisiana 70117.

Sincerely Yours

Wanda Denise Ayers

January 30, 2004

Wanda Denise Ayers
1947 County Road 57
Notasulga, Alabama 36066

Dear Dixie Electric,

I have no choose but to let you know that I will be moving on or before March 13, 2004 and I'm requesting the return of the deposit that was placed for the electric service with your company.

I would like to thank you for the opportunity to do business with you and I will appreciate your corporation. May God continual to bless you. If the deposit does not reach the house before I move, you can mail this deposit to Wanda Ayers, 1420 Pauline Street, New Orleans, Louisiana 70117.

Sincerely Yours

Wanda Denise Ayers

Exhibit 19

Exhibit M

# REQUEST FOR LEAVE OF ABSENCE

When you need time away from work, complete and submit this form for approval. Advance notice is requested, but notice of your need to be gone must be provided within 3 days and this form must be completed no later than 15 days from the first scheduled workday missed. Submit completed form for approval/disapproval as follows:
- Hourly field associates ➔ Facility Manager.
- Home Office hourly associates ➔ Manager ➔ People Division.
- Management associates ➔ your Division's People/Personnel area at the Home Office.

Request Date: 3/22/04    Work Location #: _____ 356 _____    ☑ Hourly  ☐ Salaried

Name: Wanda Ayers    SSN: 435 04 9791

Current Mailing Address: None / mother 1420 Pauline    Phone: None Available

**DATES REQUESTED:**
- Continuous Leave Beginning: ASD da 2017    Return Date: _____
- Intermittent/Reduced Hours (available only when medically necessary; the Health Care Provider's Certification Section, below, must be completed)

Beginning: 4/1/04    Ending Date: 8-1-04

Describe: _____

**TYPE OF LEAVE:**

☐ **MEDICAL LEAVE\*** To be used when the associate has a medical condition (including pregnancy and childbirth, and on-the-job Workers' Comp. injuries) requiring time away from work. The Health Care Provider's Section, below, must be completed and signed. Before returning, associate must submit a return-to-work statement/release from a Health Care Provider detailing restrictions, if any. If eligible to receive short- or long-term disability benefits, the associate must file a claim by calling 1-800-492-5678.

☑ **PERSONAL**
- Is request due to birth, adoption or placement of foster child?  ☐ Yes\*  ☐ No
- Is request to provide care for a seriously ill or injured family member?  ☑ Yes\*  ☐ No
(If yes, the Health Care Provider's Section, below, must be completed and signed.)
Relationship: Mother is currently ill in the hospital once she comes
- Other personal reason, explain: Home she will need someone to care for her

☐ **MILITARY** (Attach copy of military orders.)
- Is request to fulfill 2 week summer camp duty?
- If yes, complete the "Military Pay for Summer Camp" worksheet **prior** to start of leave.  ☐ Yes  ☐ No

**HEALTH CARE PROVIDER'S CERTIFICATION:** The above  ☐ Wal-Mart associate  ☐ family member is under my care for: _____

If associate, Worker's Comp?  ☐ Yes  ☐ No   Dates: Begin Leave: _____   Return Date: _____
☐ Continuous Leave required    ☐ Intermittent or Reduced Hours Leave required, describe: _____

(Stamp/Print Name, Address, Phone Number:)
Health Care Provider's Signature: _____
Date: _____

**INSURANCE:** Unless you submit a Status Change to reduce or discontinue coverage, your present insurance coverage will continue for up to 1 year while on LOA. If you choose to keep any Medical, Dental or Life Insurance, **you must send the premium amount** normally deducted from your paycheck to: Wal-Mart Benefits, Department 3001, P.O. Box 1039, Lowell, AR 72745. Write your name, social security number and work location on your check or money order. (Payments for short and long term disability are not required while on LOA.) **The premium is due each pay period (every two weeks)** in which you do not receive a Wal-Mart payroll check and **failure to pay premiums within 30 days of the due date will result in cancellation of your coverage.** While on a leave of absence, you may want to pay your premiums 2 weeks ahead to avoid a delay of your Special Pharmacy Benefits. If you did a status change to reduce or discontinue coverages when you went on LOA, you may do another status change to resume your coverages when you return to work. If coverage is cancelled for non-payment of premiums, you may be eligible for a reinstatement of coverage once a required number of hours are worked (see "Eligibility" section of Benefit book). If leave extends beyond 1 year, you may be eligible to elect continued coverage under COBRA.

I have read and understand the "Insurance" section above. Likewise, I understand that if I fail to return to work or request an extension of leave by the return date stated above, my associate benefits shall be subject to forfeiture and the company will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Wal-Mart's Leave of Absence policy.

Date: 3/22/04    Associate Signature: Wanda J. ____

Manager's Signature: _____    Date: _____   ☐ Approved  ☐ Denied

\*Leave for these reasons is designated and counted as leave pursuant to the FMLA.

Separate copies after approval    • White ➔ Facility's LOA file    • Pink ➔ Associate's Copy

# CONSENT FOR TREATMENT



0000

### 1.    Consent to Medical and Surgical Procedures

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

### 2.    Consent to Photograph

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

### 3.    Nursing Care

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

_____
Date

_____
Patient/Patient's Authorized Signature

_____
If other than patient, indicate relationship

_____
Witness

_____
Witness

---

## CONSENT FOR TREATMENT

Patient Identification

TCE0000E2   (Rev. 12/02)

**PATIENT**



**Memorial**
**Medical Center**
Tenet HealthSystem



*93266MMC*

## RELEASE OF PATIENT INFORMATION FOR ADMISSION

Dates of Service to be released are only of this admission.

I understand that the entities listed below are part of an integrated health care delivery system involved in my patient care. I understand that the information documented must be available to those involved in my care. Access to my medical record information within the organization is restricted and only available on a Need-to-Know basis.

I understand that each of the entities listed below maintain medical records and other information pertaining to the patient's health care and payment for such care in electronic and other forms. I authorize each of the health care providers listed below to maintain some or all of such information and records of patient's health care in an electronic data repository that may be accessed by each health care provider of the entities listed below, for purposes of:

(1) providing health care to the patient or coordinating such care with another of the health care providers listed below;
(2) billing or filing claims or performing other function, such as release of information, necessary to obtain reimbursement for care delivered to the patient;
(3) conducting scientific or statistical research, management or financial audits or administering, auditing, or monitoring a computer system or network on which information concerning me is maintained or communicated;
(4) conducting activities for the purpose of assuring or improving patient care. However, I understand that the patient will not be identified in any report of such research, audit, evaluation or quality activity released other than to entity listed below that provides health care to the patient.

**Doctors Hospital of Jefferson**          **Memorial Mercy Campus**
**NorthShore Regional Medical Center**     **NorthShore Psychiatric Hospital**
**Kenner Regional Medical Center**         **Memorial Baptist Campus**
**Meadowcrest Hospital**                   **St. Charles General Hospital**

In accordance with state and federal statutes and regulations, this authorization authorizes the release of the patient's complete health records, including any and all information and records in the possession of this and other health care providers listed above pertaining to:
1.  Diagnosis, prognosis, treatment and/or education related to drug and/or alcohol abuse;
2.  Communicable and/or sexually transmitted disease, including Acquired Immunodeficiency Syndrome (AIDS) and results of tests for Human Immunodeficiency Virus (HIV) or HTLV-III antibody, antigen or nonantigenic products;
3.  Psychiatric and other mental health services, diagnosis, prognosis, and/or treatment, whether rendered prior to this authorization or hereafter; and
4.  Genetic information and test results.
I have read and understand this authorization. I understand that I have the right to inspect any written information to be disclosed and the right to revoke this authorization at any time by giving signed written notice [that is witnessed if it applies to information concerning mental health or psychiatric services] to the entities listed above, except to the extent that action has been taken in reliance on this authorization. I understand that I have the right to receive a copy of this authorization. A copy of this authorization shall be deemed an original.

X _____        _____
Signature of Patient or Legally Authorized Representative        Date

_____        _____
Relationship of Legally Authorized Representative to Patient        Date

_____        _____
Witness (may be required for release of mental health information)        Date

_____        _____
Physician / Psychologist / Social Worker / Staff Person (may be required for release of mental health information)        Date

FORM NO.93266MMC (8590) 5/01

**5.    Medicare Patient's Assignment of Benefits and Release of Information**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6.    Legal Relationship Between Hospital and Physician**
All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7.    Authorization to Appeal**
I hereby authorize the hospital to appeal on my behalf my claim(s) with _____ , if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8.    Personal Valuables**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9.    I have Received the Additional Facility Specific Addendum:**

_____ Patient Rights and Responsibilities;
_____ Important Message from Champus;
_____ Important Message from Medicare;
_____ Authorization to Disclose
_____ Other Specific Items as listed here: _____
_____
_____

_____ Information regarding Advance Directives
        _____ Not Applicable
        _____ Patient has executed Advance Directives: _____ Yes _____ No  Did you bring a copy? _____ Yes _____ No
        If no, whom to contact to receive a copy? _____

**10.    Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**
I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

_____      _____      _____
Date                       Financially Responsible Party          Witness

**The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

_____      _____      _____
Date                       Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

_____      _____      _____
If other than patient, indicate relationship   Witness                                Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

# CONDITIONS OF SERVICES

**Memorial**
Medical Center

000MMC

# YOUR RIGHTS AS A HOSPITAL PATIENT

- You have the right to receive necessary hospital services covered by Medicare, or covered by your Medicare Health Plan ("your Plan") if you are a Plan enrollee.

- You have the right to know about any decisions that the hospital, your doctor, your Plan, or anyone else makes about your hospital stay and who will pay for it.

- Your doctor, your Plan, or the hospital should arrange for services you will need after you leave the hospital. Medicare or your Plan may cover some care in your home (home health care) and other kinds of care, if ordered by your doctor or by your Plan. You have a right to know about these services, who will pay for them, and where you can get them. If you have any questions, talk to your doctor or Plan, or talk to other hospital personnel.

# YOUR HOSPITAL DISCHARGE & MEDICARE APPEAL RIGHTS

**Date of Discharge:** When your doctor or Plan determines that you can be discharged from the hospital, you will be advised of your planned date of discharge. You may appeal if you think that you are being asked to leave the hospital too soon. If you stay in the hospital after your planned date of discharge, it is likely that your charges for additional days in the hospital will not be covered by Medicare or your Plan.

**Your Right to an Immediate Appeal without Financial Risk:** When you are advised of your planned date of discharge, if you think you are being asked to leave the hospital too soon, you have the right to appeal to your Quality Improvement Organization (also known as a QIO). The QIO is authorized by Medicare to provide a second opinion about your readiness to leave. You may call Medicare toll-free, 24 hours a day, at 1-800-MEDICARE (1-800-633-4227), or TTY/TTD: 1-877-486-2048, for more information on asking your QIO for a second opinion. If you appeal to the QIO by noon of the day after you receive a noncoverage notice, you are not responsible for paying for the days you stay in the hospital during the QIO review, even if the QIO disagrees with you. The QIO will decide within one day after it receives the necessary information.

**Other Appeal Rights:** If you miss the deadline for filing an immediate appeal, you may still request a review by the QIO (or by your Plan, if you are a Plan enrollee) before you leave the hospital. However, you will have to pay for the costs of your additional days in the hospital if the QIO (or your Plan) denies your appeal. You may file for this review at the address or telephone number of the QIO (or of your Plan).

# ACKNOWLEDGEMENT OF RECEIPT

My signature only acknowledges my receipt of this Message from Memorial Medical Center on (date) _3/(4/ rl_ and does not waive any of my rights to request a review or make me liable for any payment.

_____
Signature of beneficiary or person acting on behalf of beneficiary

_3/(6/xl_
Date of Receipt

**IMPORTANT MESSAGE FROM MEDICARE**

7395710

MR# 000375082    03/19/2004    DOB: 08/23/1930
AYERS, JOSEPHINE G
CRUZ, CARLOS A   RT. 50   F 73

# Memorial
## Medical Center



TCE0000E2

**1.     Consent to Medical and Surgical Procedures**

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

**2.     Consent to Photograph**

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

**3.     Nursing Care**

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

Date 3/19/04

Patient/Patient's Authorized Signature

If other than patient, indicate relationship

Witness

Witness

**CONSENT FOR TREATMENT**

7395710

MR# 000375082   03/19/2004   DOB: 08/23/1930
AYERS, JOSEPHINE G
CRUZ CARLOS A RT 50 F 73

# **Memorial**
Medical Center

0000

## NOTICE REGARDING FACILITY DIRECTORY

Dear Patient/Patient's Personal Representative:

We maintain a list of information on our patients. This list is referred to in our *Notice of Privacy Practices* (NPP) as the Directory of Individuals. This Directory includes a patient's name, location in the hospital, general condition and religious affiliation. However, a patient's religious affiliation will only be disclosed to clergy.

We may use this information in the following ways:

**The Patient Information Desk** - uses the Directory to forward calls from friends or loved ones to a patient. They may use it to accept flowers or balloons sent to the patient. They use it to direct visitors to a patient's room.

**The Security Department** - uses the Directory to know at all times who is in the hospital, so they can prepare for any emergency and account for all patients.

**Telephone Operators** - use the Directory to forward calls to patients.

**Clergy** - use the Directory to make visits to patients and their families.

Every patient has a right to ask that their name, location in the hospital, general condition and/or religious affiliation be omitted from the Directory.

If you wish to be removed from this list, complete the Directory Opt Out form below.

---

## DIRECTORY OPT OUT FORM

Every patient has a right to ask that their name, location in the hospital, general condition or religious affiliation be omitted from the Directory. If you wish to remove all or part of your information from the Directory, please check those items that you do not want included:

☐ Name - If you select this box, we will not be able to share any information about you with anyone who asks for you by name, including family or friends. We will have to state that we can not confirm or deny that you are a patient. If you select this box, no additional selections are required.

☐ Location - If you select this box, you cannot receive flowers, mail, phone messages, etc.

☐ General Health Condition - If you select this box, we cannot share information about your general condition with anyone who asks for you by name, including family or friends.

☐ Religious Affiliation - If you select this box, we cannot share information about you with clergy.

The undersigned certifies that he/she has read the foregoing, received a copy of the Notice of Privacy Practices (NPP), and is the patient, or the patient's personal representative.

| | | |
|---|---|---|
| 3/9/04 | | X _Josephine Cru_ |
| Date | Time | Signature of Patient or Patient's Personal Representative |

| | |
|---|---|
| Relationship of Personal Representative to Patient (if applicable) | Print Name of Patient or Patient's Personal Representative |

## DIRECTORY OPT OUT FORM

Acct# 7395710 MR# 000375082
AYERS, JOSEPHINE G
DOB: 08/23/1930 73 F
CRUZ, CARLOS A 03/19/2004

93119MMC

You have the right to receive, within the capabilities of this hospital's staff and facilities, the following:

- an appropriate medical screening examination to determine whether you are suffering from an emergency medical condition
- necessary stabilizing treatment of the condition (including treatment of an unborn child)
- and, if necessary, an appropriate transfer to another facility to treat the emergency medical condition

These medical services will be provided to you even if you cannot pay or do not have medical insurance or you are not entitled to Medicare or Medicaid program.

This hospital DOES participate in the state Medicaid program.

Signature: _Josephine Ayers_    Date: _3/19/04_

Witness: _D Silono_    Date: _3/19/04_

7395710

MR# 000375082   03/19/2004   DOB: 08/23/1930
AYERS, JOSEPHINE G

# Memorial
## Medical Center

TS1089E

**A Notice of Privacy Practices (NPP)** is provided to all patients. This Notice of Privacy Practices identifies: 1) how medical information about you may be used or disclosed; 2) your rights to access your medical information, amend your medical information, request an accounting of disclosures of your medical information, and request additional restrictions on our uses and disclosures of that information; 3) your rights to complain if you believe your privacy rights have been violated; and 4) our responsibilities for maintaining the privacy of your medical information.

*The undersigned certifies that he/she has read the foregoing, received a copy of the Notice of Privacy Practices and is the patient, or the patient's personal representative.*

_____
Name of Patient

X _Josephine A_____
Signature of Patient

__3, 19, 04__
Date Signed

_____
Name of Patient's Personal Representative

_____
Signature of Patient's Personal Representative

____/_____/_____
Date Signed

## FOR INTERNAL USE ONLY

_DSNexxx_
Name of Employee

_D_
Signature of Employee

If applicable, reason patient's written acknowledgement could not be obtained

☐ Patient was unable to sign.
☐ Patient refused to sign
☐ Other

_____

_____

Notice Version: <u>2.0</u>                    Notice Dated: <u>December 8, 2003</u>

## NOTICE OF PRIVACY PRACTICES (NPP) ACKNOWLEDGEMENT

Acct# 7395710 MR# 000375082
AYERS, JOSEPHINE G
DOB: 08/23/1930 73 F
CRUZ, CARLOS A 03/19/2004

**10. Assignment of Insurance or Health Plan Benefits to Hospital-Based Physicians**

The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to any hospital-based physician of any insurance or health plan benefits otherwise payable to or on behalf of the patient for professional services rendered during this hospitalization or for outpatient services, including emergency services if rendered, at a rate not to exceed such physician's regular charges. It is agreed that payment to such physician pursuant to this authorization by an insurance company or health plan shall discharge said insurance company or health plan of any and all obligations under the policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not covered by this assignment.

**11. Medicare Patient's Release of Information**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made in my behalf. I assign payment for the unpaid charges of the physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by other insurance.

**12. I Have Received the Additional Facility Specific Addendums:**

____ ✓ Patient Rights and Responsibilities      ____ Texas Disclosure Form
____ Important Message from Champus      ____ Florida Hospital Rates Disclosure, if desired.
____ Important Message from Medicare      ____ Other Specific Items as listed here: _____
____ Information regarding Advance Directives      _____
     ____ Not Applicable      _____
     ____ Patient has executed Advance Directives - Copy obtained ❏ Yes ❏ No

**13. Release of Information**

The hospital will obtain the patient's consent and authorization to release medical information, other than basic information, concerning the patient, except in those circumstances when the hospital is permitted or required by law to release information.

The undersigned has consented to the release of medical information to entities that provide care in post-acute settings

In accordance with the Safe Medical Device Act of 1990, the undersigned agrees that in the event a permanent medical device is implanted, the hospital is hereby authorized to notify the manufacturer of patient's name, address, telephone number, and social security number (if available) as well as other information about the implantation.

Would you like a copy of your record sent to your family physician or physician of referral at time of discharge? ❏ Yes ❏ No Initial_____

The hospital is authorized, without further action by or on behalf of the patient, to disclose all or any part of the patient's record to any entity which is or may be liable to the hospital, patient or any entity affiliated with patient for all or part of the hospital's or hospital-based physicians' charges for the patient's services (including, without limitation, hospital or medical service companies, insurance companies, workers' compensation carriers, welfare funds, patient's employer, or medical utilization review organization designated by of the foregoing.)

**14. Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Obligations (Paragraph 8) and Assignment of Insurance or Health Plan Benefits (Paragraph 9 and 10) set forth above.

_____    _____    _____
Date                    Financially Responsible Party             Witness

Translator: I have accurately and completely read the foregoing document to _____ (name of patient/person legally authorized to give consent) in _____, the patient's or patients representative's primary language. He/she understood all the terms and conditions and acknowledged his/her agreement thereto by signing this document in my presence.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**The undersigned certifies that he/she has read the foregoing, received a copy thereof, and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**



_____    _____    _____
Date/Time          Patient/Parent/Guardian/Conservator/Responsible Party          Translator

_____    _____    _____
If other than patient, indicate relationship          Witness          Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

**TENET**    **CONDITIONS OF SERVICES**
TS1240E (3/00)

```
07540710                        -
AYERS,JOSEPHINE G          F  OP
MR# 000375082     MO      60
    09/23/30 73Y   04/02/04
RUSSO,COURTNEY L
```

Exhibit 14



Peoples Health Network

Phones (504) 461-9800 or (800) 631-8443

# NOTIFICATION

### REQUEST FORM



TENET
CHOICES
65

This form is intended for the purpose of determining the correct level of benefits to insure correct co-pays and proper reimbursement to the provider.

## ALL NOTIFICATION FORMS MUST BE FAXED TO (504) 461-4101.

## This form is to be used for level 1 Consult and Treatment
## PCP-IPA Coordinated Care

**Date:** 2/10/04

**Member ID #:** _____

**Name:** Ayers Leytha      **IPA:** _____

### *FROM*

**PCP/Referring Physician:** Dr. Denham

**Office Contact:** N.Kli       **Phone#:** 897420  **Fax#:** _____

### *TO*

**Physician Referred to**
**(provide full name):** ____ Abbott · 897.5544

**Specialty:** _____      **IPA:** _____

**Diagnosis:** Knee pain      **ICD9 Code:** 729.5
weakness

**Provider Signature:** _____

## NOTIFICATIONS

**Notifications** are required for the following services, within IPA:

1.   PCP to Specialist

2.   Specialist to Sub-Specialist (Within Same Specialty)

**DISCLAIMER: This certification is based upon medical necessity and eligibility and is not a guarantee of payment. Eligibility and benefits will be determined when the claim has been submitted. Please contact MEMBER SERVICES for eligibility and benefits at (504) 461-4161.**

This facsimile is privileged and confidential. It is transmitted for the exclusive use of the addressee.

Sheet 1 - White (Provider Copy)
Sheet 2 - Yellow (Member Copy)

## NOTICE OF PRIVACY PRACTICES (NPP) ACKNOWLEDGEMENT



1113

A **Notice of Privacy Practices(NPP)** is provided to all patients. This Notice of Privacy Practices identifies: 1) how medical information about you may be used or disclosed; 2) your rights to access your medical information, amend your medical information, request an accounting of disclosures of your medical information, and request additional restrictions on our uses and disclosures of that information; 3) your rights to complain if you believe your privacy rights have been violated; and 4) our responsibilities for maintaining the privacy of your medical information.

The undersigned certifies that he/she has read the foregoing, received a copy of the Notice of Privacy Practices and is the patient, or the patient's personal representative.

_Josephine G Ayers_
Name of Patient

_JOSEPHIN G AYERS_
Signature of Patient

_04, 02, 04_
Date Signed

_____
Name Patient's Personal Representative

_____
Signature of Patient's Personal Representative

_____/_____/_____
Date Signed

---

### FOR INTERNAL USE ONLY

_Raynessa Davis_
Name of Employee

_Raynessa Davis_
Signature of Employee

If applicable, reason patient's written acknowledgement could not be obtained:
☐ Patient was unable to sign.
☐ Patient refused to sign.
☐ Other _____

---

_2 - 2_ (Version: As noted on NPP)

_0754071_ (Date: As noted on NPP)

```
A  AYERS, JOSEPHINE G        F   OP
M  MR  003375.82      MO      60
I  E                  73Y   04/02/
R  RUSSO, COURTNEY L
   RUSSO, COURTNEY L
I
D
```

### NOTICE OF PRIVACY PRACTICES (NPP) ACKNOWLEDGEMENT

TCE1113-2  (11/03)

WHITE - MEDICAL RECORD    CANARY - PATIENT

APPT. TIME: 2.00   CHECK-IN TIME: 1.35

25824

. M B MCDONALD MD
2020 NAPOLEON AVE
5049961240, LA 70115

TIME  2:01 PM   DATE 08-06-04
TERM# 80221904   MERH 09P30721S762993
TRAN TYPE SALE
#5455348215272768
CARD TYPE MASTERCARD
EXP DATE 02/07   SEQ # 002
TICKET # 001221
AUTH CODE 638561

TOTAL           $30.00

Josephine G Ayers
JOSEPHINE G AYER:

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

$30.00 copay

first correct

| | | | | INS. | ASSC. | | DATE |
|---|---|---|---|---|---|---|---|
| ENT NAME | | | | MED  MCD  PVT | A  N  G | | 8-6-04 |
| Josephine Ayers | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|

### DIAGNOSTIC TESTS, CONT.

| | |
|---|---|
| 92286 | Spec. Endo. Microscopy |
| 92499 | Corneal Topography |
| 92250 | Fundus Photography |
| 92285 | External Ocular Photos |
| 92225 | Ophthalmoscopy, Initial |
| 92226 | Ophthalmoscopy, Subsequent |

### INJECTIONS AND PROCEDURES, CONT.

| | |
|---|---|
| 68801 | Punctum/Dilation |
| 68761 | Punctum/Plug |
| A4263 | Punctum Plug Supply |
| 68810 | Lacrimal Probing |

### CONTACT LENSES

| | |
|---|---|
| 92070 | Bandage C.L. Fitting |
| 92310 | C.L. Fitting Cosmetic |
| 92311 | C.L. Fitting Aphakic 1 Eye |
| 92312 | C.L. Fitting Aphakic OU |
| HG003 | C.L. Follow-Up |
| 92326 | C.L. Replacement |
| V2520 | C.L. Replacement/Aphakic |
| HG005 | C.L. Lab Work |
| TAXXX | Tax |
| 92070-01 | Collagen Shield |

| 99203 | Level 3/Low Complexity |
|---|---|
| 99204 | Level 4/Mod. Complexity |

### OFFICE VISIT - ESTABLISHED PATIENT

| 92012 | Ophth./Intermediate | |
|---|---|---|
| 92014 | Ophth./Comprehensive | 96°° |
| 99211 | Tech. Evaluation | |
| 99212 | Level 2/Brief | |
| 99213 | Level 3/Low Complexity | |
| 99214 | Level 4/Mod. Complexity | |

### CONSULTATIONS

| 99241 | Level 1/Problem Focused |
|---|---|
| 99242 | Level 2/Straightforward |
| 99243 | Level 3/Low Complexity |
| 99244 | Level 4/Mod. Complexity |
| 99274 | Confirmatory Consult |

### DIAGNOSTIC TESTS

| 92020 | Gonioscopy |
|---|---|
| 76512 | B-Scan, Ultrasound |
| 76519 | A-Scan, Ultrasound |
| 92083 | Visual Field, Comprehensive |
| 92283 | Color Vision Exam |

### INJECTIONS AND PROCEDURES

| 67345 | Therapeutic Injection |
|---|---|
| 67505 | Alcohol, Retrobulbar Inj. |
| 67515 | Steroid, Retrobulbar Inj. |
| 68200 | Subconjunctival Injection |
| 65210 | Foreign Body Removal, Conj. |
| 65222 | Foreign Body Removal, Cornea |
| 65430 | Corneal Scraping |
| 65772 | Corneal Relaxing Incision |
| HGLAS | LASIK |
| HG002 | LASIK Facility Fee |
| HGPRK | PRK |
| HG001 | PRK Facility Fee |
| 67800 | Chalazion Removal |
| 67801 | Chalazion Removal/Multiple |
| 67820 | Epilation with Forceps |
| 67875 | Tarsorrhaphy/Suture Only |
| 68100 | Conjunctival Biopsy |
| 68760 | Punctum/Cautery |

### MISCELLANEOUS

| 99002 | Service/Mailing Fee |
|---|---|
| 99075 | Medical Testimony |
| 99080 | Special Reports |
| HG004 | Glasses Check |
| HGPRE | Pre-Operative Exam |
| 99024 | Post-Operative Exam |
| 92015 | Refraction  20°° |

| After Cataract Obscuring Vision | 366.53 | Corneal Opacity, Peripheral | 371.02 | Keratitis Punctate | 370.21 |
|---|---|---|---|---|---|
| Amblyopia | 368.03 | Corneal Transplant (P.O.) | V42.5 | Keratitis Superficial | 370.20 |
| Aphakia | 379.31 | Corneal Ulcer, Central | 370.03 | Keratoconjunctivitis Sicca | 370.33 |
| Astigmatism, Regular | 367.21 | Corneal Ulcer, Marginal | 370.01 | Keratoconus, Stable | 371.43 |
| Astigmatism, Irregular | 367.22 | Corneal Ulcer, Perforated | 370.06 | Keratoconus, Unspecified | 371.60 |
| Astigmatism, Unspecified | 367.20 | Corneal Ulcer, Unspecified | 370.00 | Keratoplasty, Band-Shaped | 371.43 |
| Blepharitis, Unspecified | 373.00 | Cystoid Macular Degeneration | 362.53 | Lagophthalmus, Cicatricial | 374.23 |
| Blepharitis, Ulcerative | 373.01 | Dermatochalasia | 374.87 | Lagophthalmus, Mechanical | 374.22 |
| Blepharitis, Squamous | 373.02 | Diabetic Retinopathy, Background | 362.01 | Lagophthalmus, Paralytic | 374.21 |
| Blurred Vision, Unspecified | 368.8 | Diabetic Retinopathy, Proliferative | 362.02 | Lagophthalmus, Unspecified | 374.20 |
| Bullous Keratopathy | 371.23 | Dry Eyes | 375.15 | Lid Edema | 374.82 |
| Cataract, Cortical | 366.15 | Endophthalmitis | 360.01 | Macular Degeneration, | |
| Cataract, Nuclear | 366.16 | Episcleritis | 379.01 | Age Related | 362.50 |
| Cataract, Senile | 366.10 | Foreign Body, Conjunctiva | 930.1 | Myopia | 367.1 |
| Cataract, Unspecified | 366.9 | Foreign Body, Cornea | 930.0 | Neoplasm, Benign | 216.1 |
| Chalazion | 373.2 | Glaucoma, Chronic Angle Closure | 365.23 | Pinguecula | 372.51 |
| Conjunctivitis, Allergic | 372.14 | Glaucoma, Open Angle Suspect | 365.01 | Presbyopia | 367.4 |
| Conjunctival Hemorrhage | 372.72 | Glaucoma, Primary Open Angle | 365.11 | Pterygium Progressive | 372.42 |
| Corneal Abrasion | 918.1 | Glaucoma, Suspect, Unspecified | 365.00 | Pterygium, Stationary | 372.41 |
| Corneal Abscess | 370.55 | Herpes Simplex Dendritic Keratitis | 054.42 | Retinal Detachment | 361.00 |
| Corneal Degeneration | 371.48 | Herpes Simplex Disciform Keratitis | 054.43 | Sicca Syndrome | 710.2 |
| Corneal Dystrophy, Endothelial | 371.57 | Herpes Zoster Dermatitis | 053.20 | Stenosis Lacrimal Punctum | 375.52 |
| Corneal Dystrophy, Unspecified | 371.50 | Herpes Zoster Keratoconjunctivitis | 053.21 | Trichiasis | 374.05 |
| Corneal Edema | 371.20 | Hypermetropia | 367.0 | Vitreous Degeneration | 379.21 |
| Corneal Erosion, Recurrent | 371.42 | Hyphema | 364.41 | | |

| | |
|---|---|
| Total Charges | |
| PAYMENT | |
| CASH | |
| CHECK | |
| CREDIT | 30.°°/copay |

DIAGNOSIS ___ ②___ ③___ ④___

RETURN ___

REORDER # 98-11669-30     W ___ M ___ YR.

**5.     Medicare Patient's Assignment of Benefits and Release of Information**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made on my behalf. I assign payment for unpaid charges of the hospital and physician(s) for whom the hospital is authorized to bill in connection with its services. I understand I am responsible for any remaining balance not covered by Medicare or other insurance.

**6.     Legal Relationship Between Hospital and Physician**
All physicians and surgeons furnishing services to the patient, including the Emergency Department physicians, radiologists, pathologists, anesthesiologists and the like, are independent contractors with the patient and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for the patient under the general and special instructions of the physician.

**7.     Authorization to Appeal**
I hereby authorize the hospital to appeal on my behalf my claim(s) with _____, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I further authorize that the payors, listed herein and any other payors, release any and all information requested and/or related to my claim(s) to the hospital and/or its attorneys. Unless prohibited by applicable law or regulation, this authorization is irrevocable upon execution by me hereinbelow and any appeal brought by the hospital shall be as if it was brought by me personally.

**8.     Personal Valuables**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The maximum liability of the hospital for loss of any personal property which is deposited with the hospital for safekeeping is limited to five hundred dollars ($500.00) unless a written report for a greater amount has been obtained from the hospital by the patient.

**9.  ✓   I have Received the Additional Facility Specific Addendum:**
_____ Patient Rights and Responsibilities;
_____ Important Message from Champus;
_____ Important Message from Medicare;
_____ Authorization to Disclose
_____ Other Specific Items as listed here:
_____
_____
_____

_____ Information regarding Advance Directives
        _____ Not Applicable
        _____ Patient has executed Advance Directives: _____ Yes _____ No Did you bring a copy? _____ Yes _____ No
If no, whom to contact to receive a copy? _____

**10.     Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**
I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 1) and Assignment of Benefits to Hospital and Hospital-Based Physicians (Paragraph 2) set forth above.

_____     _____     _____
Date                          Financially Responsible Party                Witness

The undersigned certifies that he/she has read and verbalized/demonstrated understanding of the foregoing, received a copy thereof, and is the patient, the patient's legal representative or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

_10/28/04_____     _Josephine G Ayers_____
Date                   Patient/Parent/Guardian/Conservator/Responsible Party - The above conditions of services have been explained to me and I understand.

_____     _____     _____
If other than patient, indicate relationship        Witness                              Witness

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT**

|||||| 9129219

MR# 000375082   10/28/2004   DOB: 08/23/1930
AYERS, JOSEPHINE G

## 1.    Consent to Medical and Surgical Procedures

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

## 2.    Consent to Photograph

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

## 3.    Nursing Care

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

___10/28/04___                    ___Josephine G Ayers___
Date                                          Patient/Patient's Authorized Signature


_____          _____          ___S.C.___
If other than patient, indicate relationship          Witness                              Witness


**CONSENT FOR TREATMENT**

9129219

MR# 000375082   10/28/2004   DOB: 08/23/1930
AYERS, JOSEPHINE G
MEYER, RICHARD L   PT: CY   F 74

Tenet HealthSystem

**CONSENT FOR TREATMENT**



0000

**1.    Consent to Medical and Surgical Procedures**

I, the patient identified below or the patient's legally authorized representative, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include, but are not limited to, laboratory procedures, including testing of blood or other bodily fluid to determine the presence of any communicable disease such as, to the extent allowed by law, Hepatitis and Human Immunodeficiency Virus (the causative agent of AIDS), x-ray examination, medical and surgical treatment or procedures, anesthesia, or hospital services rendered for the patient under the general and special instructions of my/the patient's physician or surgeon. I further consent to my/the patient's physician or surgeon or his/her designees including other practitioners and hospital personnel, which may include health care professionals in training, performing or administering all tests, services or treatments indicated as previously described.

**2.    Consent to Photograph**

I permit the hospital to photograph as a part of the documentation of my/the patient's medical/surgical condition. These photographs will be maintained as part of my/the patient's permanent medical record. I understand and acknowledge that the hospital is permitted to use cameras to monitor all patients.

**3.    Nursing Care**

I understand and acknowledge that this hospital will provide nursing care to meet my/the patient's needs in accordance with accepted standards of nursing practices. If I/the patient desire sitter services or the services of a private duty nurse to provide personal care needs, I understand that such retention of such services is my responsibility and I agree to notify the hospital if I intend to arrange for additional or private duty nursing. I also understand and acknowledge that the hospital may use cameras or other devices for patient monitoring.

**The undersigned certifies that I have read the foregoing, received a copy thereof, and I am the patient, the patient's legal representative, or I am duly authorized by the patient as the patient's general agent to execute the above and accept its terms.**

_____
Date

_____
Patient/Patient's Authorized Signature

_____
If other than patient, indicate relationship

_____
Witness

_____
Witness

**CONSENT FOR TREATMENT**

Tenet HealthSystem

Patient Identification

TCE0000E2  (Rev. 07/02)

**PATIENT**

 **Memorial**
**Medical Center**
Tenet HealthSystem

**RELEASE OF PATIENT INFORMATION FOR ADMISSION**


*93266MMC*

Dates of Service to be released are only of this admission.

I understand that the entities listed below are part of an integrated health care delivery system involved in my patient care. I understand that the information documented must be available to those involved in my care. Access to my medical record information within the organization is restricted and only available on a Need-to-Know basis.

I understand that each of the entities listed below maintain medical records and other information pertaining to the patient's health care and payment for such care in electronic and other forms. I authorize each of the health care providers listed below to maintain some or all of such information and records of patient's health care in an electronic data repository that may be accessed by each health care provider of the entities listed below, for purposes of:

(1) providing health care to the patient or coordinating such care with another of the health care providers listed below;
(2) billing or filing claims or performing other function, such as release of information, necessary to obtain reimbursement for care delivered to the patient;
(3) conducting scientific or statistical research, management or financial audits or administering, auditing, or monitoring a computer system or network on which information concerning me is maintained or communicated;
(4) conducting activities for the purpose of assuring or improving patient care. However, I understand that the patient will not be identified in any report of such research, audit, evaluation or quality activity released other than to entity listed below that provides health care to the patient.

**Doctors Hospital of Jefferson**
**NorthShore Regional Medical Center**
**Kenner Regional Medical Center**
**Meadowcrest Hospital**

**Memorial Mercy Campus**
**NorthShore Psychiatric Hospital**
**Memorial Baptist Campus**
**St. Charles General Hospital**

In accordance with state and federal statutes and regulations, this authorization authorizes the release of the patient's complete health records, including any and all information and records in the possession of this and other health care providers listed above pertaining to:

1. Diagnosis, prognosis, treatment and/or education related to drug and/or alcohol abuse;
2. Communicable and/or sexually transmitted disease, including Acquired Immunodeficiency Syndrome (AIDS) and results of tests for Human Immunodeficiency Virus (HIV) or HTLV-III antibody, antigen or nonantigenic products;
3. Psychiatric and other mental health services, diagnosis, prognosis, and/or treatment, whether rendered prior to this authorization or hereafter; and
4. Genetic information and test results.

I have read and understand this authorization. I understand that I have the right to inspect any written information to be disclosed and the right to revoke this authorization at any time by giving signed written notice [that is witnessed if it applies to information concerning mental health or psychiatric services] to the entities listed above, except to the extent that action has been taken in reliance on this authorization. I understand that I have the right to receive a copy of this authorization. A copy of this authorization shall be deemed an original.

_____
Signature of Patient or Legally Authorized Representative
                                                           _____
                                                           Date

_____
Relationship of Legally Authorized Representative to Patient
                                                           _____
                                                           Date

_____
Witness (may be required for release of mental health information)
                                                           _____
                                                           Date

_____
Physician / Psychologist / Social Worker / Staff Person (may be required for release of mental health information)
                                                           _____
                                                           Date

FORM NO. 93266MMC (8560) 5/01



# Memorial
## Medical Center

A **Notice of Privacy Practices (NPP)** is provided to all patients. This Notice of Privacy Practices identifies: 1) how medical information about you may be used or disclosed; 2) your rights to access your medical information, amend your medical information, request an accounting of disclosures of your medical information, and request additional restrictions on our uses and disclosures of that information; 3) your rights to complain if you believe your privacy rights have been violated; and 4) our responsibilities for maintaining the privacy of your medical information.

*The undersigned certifies that he/she has read the foregoing, received a copy of the* Notice of Privacy Practices *and is the patient, or the patient's personal representative.*

_Ayers, Josephine G_
Name of Patient

X _Josephine G Ayers_
Signature of Patient

_12 / 29 / 04_
Date Signed

_____
Name of Patient's Personal Representative

_____
Signature of Patient's Personal Representative

_____ / _____ / _____
Date Signed

**FOR INTERNAL USE ONLY**

_Shawn Wilson_
Name of Employee

_SW_
Signature of Employee

If applicable, reason patient's written acknowledgement could not be obtained

☐ Patient was unable to sign.
☐ Patient refused to sign
☐ Other

_____

Notice Version: <u>2.0</u>

Notice Dated: <u>December 8, 2003</u>

**NOTICE OF PRIVACY PRACTICES (NPP)
ACKNOWLEDGEMENT**

Exhibit 20

WMP-24 (Revised 10/90)
APPLICATION FOR EMPLOYMENT

Equal Opportunity Employer

THIS APPLICATION WILL NOT BE CONSIDERED
UNLESS FULLY COMPLETED

# WAL-MART® | SAM'S CLUB® | WAL-MART'S HYPERMART★USA | WAL-MART SUPERCENTER®

PLEASE PRINT USING BLACK BALL POINT PEN

**Last Name:** Dodd  
**First Name:** Amanda  
**Middle Name:** Bernice

**Street Address (Include City, State and Zip Code):**

**Social Security No.:**

**Telephone No. (Incl. Area Code):**

**Alternate Phone No.:**

**Have you ever been employed by Wal-Mart or any of its subsidiaries?** ( ) Yes ( ) No (Please indicate if under a different name).
**Location:**
**Dates of Employment:**
**Why did you Leave?**

**Position/type work for which you are applying:** Cashier

**Rate of pay expected:** ?

**Date you can start work:** 10/31/91

**Type of employment you are seeking:** ( ) Full Time ( ) Peak Time
Wal-Mart's peak time is less than 28 hours per week.

**Have you ever been convicted of a felony?** ( ) Yes ( ) No
If yes, please identify the crime for which you were convicted, the date of the conviction and the location of the court which you were convicted.

**Please indicate hours available to work:**

| Day | Hours |
|---|---|
| Monday | 5 - 9 |
| Tuesday | 5 - 9 |
| Wednesday | 5 - 9 |
| Thursday | 5 - 9 |
| Friday | 5 - 9 |
| Saturday | 9 - 9 |
| Sunday | 1 - 9 |

**List relatives employed by Wal-Mart, how related and where they work.**
Susan Aldridge - Decatur Alabama

## EMPLOYMENT HISTORY

Give employment as complete as possible, starting with your present employer. For any unemployed or self-employed periods - show dates and location (insert an additional sheet (if necessary).

| COMPANY NAME | ADDRESS & PHONE | Dates Employed Month Year | | Last Rate Of Pay | Your Job Name of Supervisor | Reason For Leaving |
|---|---|---|---|---|---|---|
| | | From | | | | |
| | | To | | | | |
| | | From | | | | |
| | | To | | | | |
| | | From | | | | |
| | | To | | | | |
| | | From | | | | |
| | | To | | | | |
| | | From | | | | |
| | | To | | | | |

WMP-24 (Revised 10/00)

Currently employed, may we contact your employer for a reference at this time? ( ) Yes ( ) No

Do you smoke? (If you live in Tennessee, Kentucky, Michigan, North Carolina or Minnesota do not answer this question) ( ) Yes ( ) No

Can you, after employment submit verification of your legal right to work in the United States? ( ) Yes ( X) No

Are you 18 years of age or older? ( ) Yes ( X) No. If under 18, applicant will be required to submit a birth certificate or a work certificate as required by the state or federal laws.

Circle Highest Level or Equivalent Completed:
ELEMENTARY SCHOOL 1 2 3 4 5 6 7 8  HIGH SCHOOL 9 (10) 11 12  COLLEGE 1 2 3 4

Name of College, University or Vo-Tech attended: ____

Do you have any physical conditions or handicaps which may limit your ability to perform the job applied for? ( ) Yes ( X) No
If yes, what can be done to accommodate your limitations? ____

Give the names and addresses of two (2) people (no relatives) you have worked with and whom we may contact for a reference if necessary.

Name: ____ PHONE NUMBER ____ Street: ____ City: ____ State: ____
Occupation: ____
Name: ____ PHONE NUMBER ____ Street: ____ City: ____ State: ____
Occupation: ____

I have read and understand the statement above, please initial here Q.B.D.

**PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY BEFORE YOU SIGN & RETURN APPLICATION**

**STATEMENT & AUTHORITY TO RELEASE INFORMATION**

The Company, in considering my application for employment, may verify the information set forth on this application and obtain additional background information relating to my background. I authorize all persons, schools, companies, corporations, credit bureaus, law enforcement agencies and doctors to supply any information concerning my background.

I have read and understand the statement above, please initial here Q.B.D.

**DRUG SCREENING POLICY & STATEMENT**

Provided state law allows such testing, I understand that Wal-Mart Stores, Inc. requires a drug screening test as a part of its selection and hiring process. I also understand that such drug screening will consist of the taking of urine, or other medically recognized test designed to detect traceable amounts of a controlled substance in my body. If any detectable amounts are found, a second (GCMS) Nida approved test will be done on the same specimen. If the results of the second test are also positive, I will be disqualified from further consideration for a period of (1) year. I hereby give my consent to Wal-Mart Stores, Inc. to administer any drug screening procedures to me, and to use the results thereof in further determining my employment with this company. If employed, I further agree to submit to "Reasonable Cause" drug screening if requested of me at any time during my employment.

If you have read and understand the statement above, please initial here A.B.D

**CONDITIONS OF EMPLOYMENT**

I understand that if I am employed, any misrepresentation or omission of material facts on this application is sufficient cause for dismissal. I agree to conform to the rules and regulations of the company, and understand that if hired I will be a "terminable-at-will" employee, and that my employment and compensation can be terminated with or without cause and with or without notice, at any time, at the option of either the company or myself. I further understand that no personnel recruiter or interviewer or other representative of the company, other than the President of Wal-Mart Stores, Inc. or Vice President of its People Division has any authority to enter into any agreement for employment for any specified period of time. I further understand that my at-will relationship with the company cannot be modified or changed during my employment except through a specified written agreement between me and the company, signed by me and the President of Wal-Mart Stores, Inc.

If you have read and understand the statement above, please initial here A.B.D

I understand that this application is good only for sixty (60) days from today's date. If I still desire a position with the company after this application expires, it will be my duty to fill out a new application and file it with the company. Otherwise, the company will not consider me for employment after this application expires.

October 30, 1991
Date of Application

Amanda B. Dodd
Signature as shown on Social Security Card

McAyers 00082
Docs. Produced to Plaintiff
Wal-Mart/Ayers 000046

| Performance Appraisal<br>**Support Manager** | E X C E E D S | M E E T S | B E L O W |
|---|---|---|---|

| *Customer Service and Productivity* | | | |
|---|---|---|---|
| Assists management with the following procedures: | | | |
| Answers Customer's complaints or inquiries. | ☑ | ☐ | ☐ |
| Locks and secures store.  *N A* | ☐ | ☐ | ☐ |
| Attracts, retains, and motivates all Associates. | ☑ | ☐ | ☐ |
| Coaches and guides Associates engaged in sales work, taking of inventories, keeping accurate records or performing work of subordinates, as needed. | ☐ | ☑ | ☐ |
| Coordinates sales promotion activities and directs Associates in preparing merchandise Displays. | ☑ | ☐ | ☐ |
| Ensures compliance of Associates with established security, sales, and record keeping procedures and Practices. | ☑ | ☐ | ☐ |
| Formulates pricing policies on merchandise according to requirements for profitability of store Operations and in compliance with the law. | ☑ | ☐ | ☐ |
| Recognizes good performance. | ☑ | ☐ | ☐ |
| Provides "Commitment to Success." | ☑ | ☐ | ☐ |
| Teaches others how to do a task by demonstrating and explaining how to do it and then observing the person performing the task. | ☑ | ☐ | ☐ |
| Reviews operational records and reports for the store to project sales and to determine store Profitability. | ☑ | ☐ | ☐ |
| Moves around the store to assess the overall presentation of merchandise and appearance of the store noting deficiencies for corrective action. | ☑ | ☐ | ☐ |
| Makes the operating unit successful by maximizing sales and profitability. | ☑ | ☐ | ☐ |
| Protects the Company's assets. | ☑ | ☐ | ☐ |

| *Safety and Loss Prevention* | | | |
|---|---|---|---|
| Knows Company policy concerning shoplifting. | ☐ | ☑ | ☐ |
| Takes care of safety hazards as soon as they become apparent. | ☑ | ☐ | ☐ |
| Knows procedures and proper work practices. | ☐ | ☐ | ☐ |
| Ensures markdowns are properly recorded for damaged merchandise. | ☐ | ☑ | ☐ |
| Knows proper product handling methods. | ☑ | ☐ | ☐ |
| Follows proper lifting techniques. | ☐ | ☑ | ☐ |
| Ensures proper use of supplies and facilities. | ☑ | ☐ | ☐ |
| Ensures lockout/tagout procedures are followed. | ☑ | ☐ | ☐ |

| *Dependability* | | | |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines.<br>Days Absent:_____ Days Tardy:_____ | ☑ | ☐ | ☐ |

| *Training* | | |
|---|---|---|
| Current on CBLs    Company Goal: 100% Associate Current %___100%___ | ☐ | ☐ |

**Wal-Mart/Ayers**<br>**Docs. Produced to Plaintiff**<br>**00098**

WM/Ayers

Exhibit 21

# TheNewOrleansChannel.com

## Judge Approves Huge Discrimination Suit Against Wal-Mart

### *Suit Could Represent 1.6 Million Female Workers*

POSTED: 11:19 AM EDT June 22, 2004
UPDATED: 11:30 AM EDT June 22, 2004

**SAN FRANCISCO --** A San Francisco federal judge has granted class-action status to a sex-discrimination case against Wal-Mart.

AP
ImageWalmart/2004/0622/3446582.jpg/2004/0622/3446582_40X30.jpg/2004/06:

The suit could represent as many as 1.6 million current and former female workers, in what has become the largest private civil rights case in U.S. history.

The suit alleges Wal-Mart set up a system that frequently pays female workers less than their male counterparts for comparable jobs and bypasses women for key promotions.

Wal-Mart had hoped to limit the scope of the lawsuit filed in San Francisco three years ago.

Anticipating Tuesday's announcement, Wal-Mart said it planned to appeal.

**Previous Stories:**

- May 27, 2004: Chicago Says Yes To Wal-Mart
- May 25, 2004: Report: Vermont On Endangered List Because Of Wal-Mart
- May 12, 2004: Wal-Mart Pays Fine To Settle Violation

*Copyright 2004 by The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*



| Hide Trailer | URL Checker | Filtering Policy |

⌐○ **FILTERING ON**

Powered by
**N J H J**



# BEAT WAL★

**BY MATTHEW MAIER**

**T**HEY CAME ONE PALE MORNING LAST FALL to the ancient and holy grounds of Teotihuacán, outside Mexico City. There were hundreds of them—men, women, children—many wearing the feathered headdresses of their ancient Aztec forebears. They gathered at the steps of the 2,000-year-old Pyramid of the Sun, beating drums and brandishing amulets. They prayed to the great gods and to the spirits of their warrior ancestors for deliverance from a dread intruder.

But the gods did not hear. Wal-Mart came anyway.

In November, just weeks after the demonstration at the pyramid, Wal-Mart, the world's biggest company, opened a massive superstore on 7.5 acres just over a mile from Teotihuacán. The site had been in the heart of the Aztec empire until the coming of the conquistadores, and many in Mexico equated one with the other: Wal-Mart endured years of protests and not-infrequent comparisons to Cortés. But it prevailed, and in so doing added further to its aura of being a company that no one, in this world or the next, can stop.

Wal-Mart's ascent from a single store in Rogers, Ark., in 1962 to a global powerhouse with 5,310 locations has already placed it in the exclusive club of companies whose raw power makes them the most feared corporate animals of their time. Wal-Mart has killed or wounded competitor after competitor: Bradlees, Circuit City, Toys R Us, and grocery chain Winn-Dixie, not to mention thousands of small Main Street merchants. The company's $285 billion in 2004 revenue tops the combined sales of its five next-largest competitors. Some analysts think that within a decade Wal-Mart could be a half-trillion-dollar company, dominant in thousands of product categories in dozens of

ILLUSTRATIONS BY JOE ZEFF



countries. Even today, if Wal-Mart were a country, it would have the world's 30th-largest economy, right behind Saudi Arabia's.

The Wal-Mart modus operandi is renowned: Cut prices to the bone, squeeze suppliers to the point of asphyxiation for cost concessions, and masterfully deploy technology to control supply chains, monitor inventory, and track buying trends. Critics—and even a few of the company's own partners—rail about some of its tactics. Wal-Mart recently shelled out $11 million to settle federal charges that it used illegal workers, and paid $135,000 to the Department of Labor for allegedly violating child labor laws. The company also faces a massive class-action lawsuit brought by women who say they were discriminated against while working there. The complaints have been loud enough lately that CEO Lee Scott has launched a multimillion-dollar ad campaign defending the company as, among other things, a job-creation machine that helps local economies. Still, there's little doubt that Wal-Mart is among history's premier practitioners of Darwinian capitalism, red of tooth and claw. It is at the top of the food chain, and it is always hungry.

But it can be had.

As with all great powers, Wal-Mart has its imperfections, frailties that wily competitors have learned to exploit. The survivors have found ways to change the game on Wal-Mart to suit their own strengths, to zig when the giant zags, and, in some cases, to come straight at Wal-Mart and simply out-do it. Costco, for instance, has for years been clobbering Wal-Mart's Sam's Club division in the warehouse-club business. Dollar Tree has peeled off many Wal-Mart customers by offering even lower prices. Others, like grocer Save-a-Lot and sporting goods retailer Dick's, likewise have managed to thrive. Their experiences provide rules of engagement that can be helpful to almost any business, not just those currently in Wal-Mart's sights. Because the truth is, if your company isn't competing in some fashion with the Beast of Bentonville today, there's a pretty good chance that it will be soon.

## Hit 'em where they ain't.

**COSTCO** is whipping Wal-Mart by targeting different customers: people who have cash and want cachet on the cheap.
**VITAL SIGN:** Costco sales per store, 2004: $115 million. Sam's Club: $67 million.

**As chairman of Seattle-based Costco Warehouses,** the nation's fifth-largest retailer, Jeff Brotman has battled Wal-Mart for two decades. He knows as well as anyone what havoc his archrival can wreak. "When they come to town," he says, "it usually means death and destruction."

But Costco has vexed Wal-Mart for years. In the world of warehouse clubs—150,000-square-foot shells filled with everything from Bianchi bicycles to precooked pork chops—Costco has consistently pounded Sam's Club, named for fabled Wal-Mart founder Sam Walton. Despite having 218 fewer U.S. locations, Costco generated $47 billion in sales and $882.4 million in profit during 2004, while Sam's Club pulled in $37 billion in sales and estimated profit of $200 million.

What's this giant slayer's secret? In 1982, Brotman, a former venture capitalist, co-founded Costco to be the U.S. version of European hypermarts like Carrefour, which sells fresh produce alongside office supplies. Brotman envisioned a chain that would offer high-end products such as Dom Perignon champagne and J.A. Henckels International cutlery at rock-bottom prices. The target customer? "We're focused solely on the small-business owner," Brotman says.

But he's not really interested in selling that customer office supplies. The Costco founders realized that small-business owners are often among the wealthiest people in a community. Their struggles in building their companies often imbue



**FROM HUNTED TO HUNTER** Costco CEO Jim Sinegal, left, and chairman Jeff Brotman survived Wal-Mart's attacks and are now pounding Sam's Club.

ANDY REYNOLDS



them with a certain, shall we say, frugality. "They want high-quality merchandise that reflects their status—but they'd prefer it cheap," Brotman says.

Costco delivers for them. "The Costco proposition attracts small-business owners like a magnet drawing iron out of sawdust," says Darrell Rigby, head of Bain & Co.'s global retail practice. While the typical Costco warehouse carries just 4,000 different products, about 50 percent fewer than a typical Sam's Club, each item, from Godiva chocolate to Waterford crystal, is chosen to "wow" shoppers with a brand name at a bargain-bin price. For instance, a Cartier watch that costs $2,000 at a department store costs just $1,300 at Costco. That kind of deal explains why the average Costco customer has a household income of $74,000; Sam's Club doesn't provide that metric, but analysts say the figure is nowhere close to Costco's level. (The typical U.S. household brings in $43,500.) "Anyone can sell Cheerios on pallets," says Jim Sinegal, Costco's CEO. "Once you get past commodity, it's all about the merchandise."

Costco's supply-chain systems don't get the ink that Wal-Mart's do, but they're still considered among the best in retail. Equally important, Costco has some of retail's most loyal and productive employees and uses them to take advantage of what's y seen as another of Wal-Mart's weaknesses: the sense that it is not a very good place to work. Costco pays more than anyone else in its industry. A cashier with four years of experience makes more than $41,000 a year, while a similar Sam's Club employee generally makes 25 percent less.

This generosity pays off. While Wal-Mart's annual turnover hovers around 44 percent—the company spends an estimated $1.5 billion each year ensuring that its stores are staffed—a paltry 6 percent of Costco employees leave after the first year, the industry low. And Costco's motivated and well-treated workers also sell more. Costco employees each accounted for $16,550 in operating income in 2004, compared with $12,800 at Sam's Clubs.

Playing catch-up doesn't sit well with Wal-Mart brass, and they've run six different CEOs through Sam's Club since 1990, trying to find a way to clip Costco's wings. The latest, Kevin Turner, says that in the long run the Wal-Mart formula will win out and Costco will wilt under pricing pressure. But Costco does seem to have gotten under Turner's skin. He recently dismissed his rivals in an angry letter to an industry trade magazine.

Brotman shrugs off the rhetoric from Bentonville. After seeing Costco grow from a single warehouse into a $47 billion retail powerhouse in just two decades, he chooses to take the view. "We want to be a great retailer in 50 years," Brotman says. "And this business is a game of inches, so we'll get a little better every year." Wall Street may share that view: For the past 18 months, Costco shares are up 59 percent. Wal-Mart's stock during that period? Down 14 percent.

## Outdiscount the discounter.

**DOLLAR TREE** attacks Wal-Mart's strength with simple pricing and a less painful shopping experience.

**VITAL SIGN:** Dollar Tree operating margin, 2004: 9.7 percent. Wal-Mart: 5.9 percent.

**It might seem crazy to compete on price with the company** whose founding precept was "Always the lowest prices. Always." But Dollar Tree, based in Chesapeake, Va., has developed an ingenious way to attack Wal-Mart's greatest strength—and live to tell the tale.

Dollar Tree is the nation's largest single-price vendor, meaning it doesn't carry anything priced at more than $1. From picture frames and pet supplies to frozen food and fine china, Dollar Tree has sold every item on its shelves for a buck for the past 19 years. Since its inception in 1986, Dollar Tree has



**BUCKING THE TREND** By pricing every item on the shelves at $1 or less, Dollar Tree chief Bob Sasser has the chain thriving.



**BUY MORE** Save-a-Lot CEO Bill Moran's Wal-Mart killers include limiting store size and naming products after his mother-in-law.

grown from a single 3,000-square-foot store in a Virginia mall into a nationwide retailer with 2,735 locations and annual revenue of $3.2 billion. Net sales have surged nearly 191 percent since 1998. In 2004 the company earned $186 million.

Bob Sasser, Dollar Tree's CEO, attributes the company's success largely to the ways it acquires merchandise—frequently the same stuff offered by Wal-Mart—cheaply enough to sell it for a buck and still make money. Because of Dollar Tree's rapid growth, and because of a desire to counter Wal-Mart's buying clout, consumer-products giants like Clorox, Dial, and Procter & Gamble have begun to develop items especially for Dollar Tree. For instance, when Dollar Tree wanted a new line of cleaning supplies early last year, Sasser and his team worked closely with P&G designers to produce 18-ounce bottles of Dawn dish soap to sell at $1. The bottles were smaller than Dawn's standard 20-ounce size—and they were so popular that P&G plans to double production next year.

A lot of what's on Dollar Tree's shelves, however, comes from the industrious sleuthing of the company's hundreds of buyers, who scour their territories for odd lots, remainders, and discards. Last fall, when a rival canceled an order for Pringles potato chips, Dollar Tree bought 2 tons of the product at pennies

on the dollar and sold it all in a few weeks. "We take things off manufacturers' hands, and everyone's happy," Sasser says.

He believes that his other advantage over Wal-Mart is simple convenience. Dollar Tree's biggest stores are 17,000 square feet, about the size of a high school gym. Wal-Mart's cavernous supercenters can be 20 times as big. "You can wear out a pair of shoes just trying to find the gardening section," Sasser says, while at Dollar Tree, the average store visit is 15 minutes. He tries to make it easy for frazzled Wal-Mart shoppers to sample that convenience by locating Dollar Tree's stores as close to Wal-Mart's as possible; about half of all Dollar Trees are within 2 miles of a Wal-Mart. Sasser figures that's where the shoppers are.

Like Wal-Mart itself, Dollar Tree also runs an incredibly efficient (and profitable) ship. Dollar Tree's 9.7 percent operating margin is nearly double Wal-Mart's. Bentonville has taken notice: In March 2003, Wal-Mart began testing a dollar-store format at 20 of its locations, and it has discussed launching a chain of dollar stores, reportedly to be called Pennies-n-Cents. Still, Sasser's not convinced it's a market that Wal-Mart truly intends to invade. "Their efforts really don't trump what we do," he says.



## Re-create what Wal-Mart has swept away.

**SAVE-A-LOT** grocery stores bring back the bygone Main Street feel and focus on underserved neighborhoods.

**VITAL SIGN:** Save-a-Lot profit margin, 2004: 3.5 percent. Wal-Mart (groceries only): 2.6 percent.

**Few industries have suffered more at the hands of Wal-Mart** than the grocery business. Since Wal-Mart introduced its wildly popular supercenter format in 1988, adding groceries to the list of 116,000 items offered in a typical store, it has become the industry's biggest player, grabbing 10 percent

FROM LEFT: DAVID STUART; JEFF SCIORTINO
JEFF SCIORTINO

of the $775 billion market. Which makes Save-a-Lot's success all the more impressive. Wal-Mart's advance has forced national chains like Winn-Dixie to close hundreds of locations and doomed scores of neighborhood markets. But St. Louis-based Save-a-Lot has doubled its store base since 1998. It now has 1,250 outlets in 39 states. Sales—an estimated $4.2 billion last year—are growing about 7 percent annually, a rarity in an industry where 1 percent revenue gains bring cheers. And Save-a-Lot's 3.5 percent profit margin is the best in the business.

This is all the fruit of a shrewd strategy. Recognizing the important role played in communities by the traditional neighborhood grocer, Save-a-Lot keeps its stores small—only 20 to 25 employees—and its selection limited. Save-a-Lot sells no more than 1,250 grocery items at each location. (A Wal-Mart supercenter can have 40,000.) There is just one type of each product, whether canned corn or head of lettuce. The company also relies heavily on private-label brands, which account for 75 percent of its inventory and enable Save-a-Lot to offer steep discounts.

Changing demographics also shape the chain's strategy. The company focuses on neighborhoods where incomes are fixed or below $35,000 a year—which now encompasses 42 percent of the nation's households. It reaches those neighborhoods with a network of 16 distribution centers that can deliver a store's full order on a single truck, avoiding the jumble of vehicles from multiple vendors that most grocers contend

with. To avoid trademark costs, brand names are taken from employees: For instance, McDaniel's Gourmet Blend coffee ($3.99 for a 34.5-ounce can) carries a vice president's name. "I have my mother-in-law's name on quite a few products," says CEO Bill Moran.

Thanks to its unique format, Save-a-Lot consistently sells its grocery staples at prices nearly 40 percent below those of supermarkets like Albertsons and Safeway and, most impressive, as much as 15 percent below Wal-Mart's. The chain is now the nation's fifth-largest grocer. "Save-a-Lot is one of the most powerful concepts in the food retail industry," says Edouard Aubin of Deutsche Bank. "It could easily triple its market share over the next few years."

# Win the service game.

**DICK'S SPORTING GOODS** has created a sales team with true expertise that coddles customers.
**VITAL SIGN:** Dick's revenue growth, 2004: 34 percent. Wal-Mart (sporting goods only): 16 percent.

**In a corner of a Dick's Sporting Goods on the outskirts of** Pittsburgh, Christine Helt stands in her blue sweatsuit amid a forest of exercise machines. Helt, a Dick's employee for about a year, has recently been certified as a personal fitness trainer, and she presides over the store's fitness section as if it were a real gym. At a moment's notice, she stands ready to do anything from demonstrating a leg press machine to offering tips on how to start an aerobic workout. Part of a new program to put trainers in all 240 Dick's stores, Helt's three-week certification course was paid for by her employer.

It's an ongoing attempt by Dick's Sporting Goods to employ people who actually know what they're talking about—and attack another perceived Wal-Mart weakness: lackluster care and feeding of the consumer. "Customers today want information," says Dick's CEO Edward W. Stack, whose father, Dick, started the business in 1948. "They're not going to go somewhere where they're ignored." Indeed, while Helt patrolled her fitness section, the six sporting goods aisles at the nearby Wal-Mart were barren, lacking both shoppers and anyone with a name tag.

Wal-Mart sells far more sporting goods than anyone else ($6 billion worth per year), but Dick's is steadily expanding its customer base of loyal sports enthusiasts. With stores primarily in the eastern half of the country, the company is now the nation's second-largest sporting



**LOVE MATCH** Dick's Sporting Goods CEO Ed Stack serves up customer-friendly policies and pro athletes who demo gear.

**Wal-Mart has claimed many victims—but some went down in part because of their own mistakes. Here's how *not* to compete with Wal-Mart.**



### KMART

Cluttered stores and unfortunate merchandising choices dimmed the lights on Kmart's iconic "blue-light specials." But the writing was on the wall as early as mid-2001, when, in a move aimed directly at Wal-Mart, Kmart tripled its "everyday low price" items from 10,000 to 30,000. In the rush to stock that merchandise, the chain's inventory swelled by $400 million in three months. Higher sales never materialized, leading to a disastrous holiday season. In January 2002, Kmart declared bankruptcy and closed 600 stores. Two years later, out of bankruptcy but struggling still, Kmart merged with Sears.



### TOYS R US

The "category killer" strategy popularized by Toys R Us turned against it when Wal-Mart began expanding its toy selection and slashing prices in the mid-1990s—in part to draw more customers into stores so they would buy other items. Toys R Us was slow to recognize the threat and then found that it didn't have the scale to match the price drops. The company also lost focus and tried to expand its brand with the Imaginarium and Kids R Us lines; both were eventually shuttered. In March, Toys R Us was sold to a group of private investors for $6.6 billion. Wal-Mart now commands an industry-leading 30 percent of the toy market.



### WINN-DIXIE

In one of the great invite-the-fox-into-the-henhouse moments, Winn-Dixie brought Sam Walton onto its board, where he served from 1981 to 1986—and drew inspiration for his own supercenter format. Launched two years after Walton left Winn-Dixie, Wal-Mart's supercenters offer cut-rate groceries. To counter, Winn-Dixie tried to reinvent itself as an upscale grocer. Customers never bought into the concept. In February, after years of falling same-store sales, and shortly after closing nearly 150 supermarkets, the chain declared bankruptcy. Analysts think it may soon be forced to sell itself off.

goods retailer, with 2004 sales of $2.1 billion.

In addition to the personal trainers, Dick's outlets also have experienced golfers working in the in-store golf shop—200 PGA pros work at Dick's—and hunting and fishing enthusiasts in the lodge shop. Golfers can try out clubs in a driving cage that, in some cases, tracks their shots on a computer-simulated golf course. Sneaker shoppers can test new shoes on a 60-yard rubber track, bike owners can have their cycles repaired, and tennis players can get their rackets restrung.

Analysts say the additional costs of creating this almost theme-park-like atmosphere are minimal compared with the returns. For the past four years, Dick's sales have been growing 16 to 23 percent annually, and earnings are advancing even faster. In the past two years, the stock price has more than quadrupled from a split-adjusted $8 to a recent $34. And the company, headquartered in Pittsburgh, has ambitious plans for coast-to-coast expansion. But perhaps the most revealing indication that Dick's is onto something is that for the past year and a half, Sports Authority, another sporting goods power player, has been remodeling many of its stores to include high-concept displays and a large golf shop. "Dick's is definitely leading the industry in innovation," says Piper Jaffray analyst Mitchell Kaiser.

Dick's has a wider selection of goods than Wal-Mart, especially on the high end. But Dick's is also exceptionally cost-efficient. Its inventory "turn"—how many times per year a store cycles through its entire inventory—is 3.7, compared with the industry average of 2.7, Kaiser says. Dick's quick turn is partly accomplished by an automatic replenishment system that the company requires many vendors to use—shades of Wal-Mart—so that carefully calibrated orders are sent to Dick's warehouse exactly when they're needed. And to keep closer tabs on how his growing enterprise is faring, Stack is taking another page out of Sam Walton's playbook. He spends two days a week visiting his stores to find out what works and what doesn't. "I'm not out there to pontificate," he says. "I'm there to listen."

Stack may be onto something that anyone facing Wal-Mart should keep in mind. Walton himself was for many years the scrappy underdog; the seemingly overpowering behemoth when he started out was Sears. You could do worse than to use some of Walton's own precepts to battle the giant he created. One of his rules was to never allow himself to think his powerful competitors were invincible. "Most retailers," he once said, "could still be around today but for missing opportunities." The trick is to find those opportunities, and make sure it's Wal-Mart—not you—that misses them. ✦

*Matthew Maier (mmaier@business2.com) is a writer-reporter at Business 2.0.*