IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04cv1002-T |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On 6 July 2005, the court entered an order granting the defendant's motion to compel and setting the plaintiff's deposition for Thursday, 14 July 2005 at 9:00 a.m. in the Jury Conference Room of Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.   On 12 July 2005, the plaintiff, Wanda Ayers ["Ayers"] filed a Motion To Compel Due To Deficient to Show (Doc. # 34). For good cause, it is

ORDERED that the plaintiff's motion is DENIED.

The court reiterates its directive to Ayers to appear for her deposition at the Federal Courthouse in Montgomery on 14 July 2005 at 9:00 a.m.  Ayers filed this lawsuit approximately nine (9) months ago, and she is obligated to prosecute her claims.  Her obligation includes, but is not limited to, appearance for her deposition by the defendant. The defendant is fully entitled to examine Ayers in person regarding the identity of her claims and the details of her claims, including every alleged act of wrongdoing that she

asserts against the defendant or its agents and representatives. The defendant is also fully entitled to examine Ayers in person regarding the nature and extent of her damages, including every alleged act committed by the defendant's agents and representatives which caused injury.

The court is mindful that, inasmuch as Ayers lives in another state, it may be inconvenient for her to appear for deposition in Montgomery. However, the plaintiff filed this lawsuit, and she chose this venue. Therefore, the court - and the defendant - expect her to be available to litigate her claims in this venue, including appearing for discovery and court proceedings.

DONE this 12th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE