IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties' dispositive motions are due on or before 28 July 2005 (See Scheduling Order, Doc. # 16).  On 12 July 2005, the plaintiff, Wanda Ayers ["Ayers"], filed a Motion For Summary Judgment (Doc. # 35), and based upon its prior representations to the court, the court anticipates the filing of a summary judgment motion by the defendant, Wal-Mart.

Although the court entered an order scheduling responses and replies to dispositive motions on 26 January 2005 (Doc. # 17), the parties are hereby ADVISED as follows: Since it appears that there will be cross-motions in this case, is ORDERED as follow:

1. Wal-Mart may deem its motion for summary judgment jointly as a response to Ayers' motion for summary judgment as well, thereby avoiding the necessity of filing two separate pleadings.

2. In the alternative, if Wal-Mart does not file a timely motion for summary judgment, it should file a response in accordance with the directives in Document # 17.

3. Ayers may deem her motion for summary judgment jointly as a response to Wal-Mart's motion for summary judgment as well, thereby avoiding the necessity of filing two separate pleadings.

4. In the alternative, if she desires to do so, Ayers may file a response to Wal-Mart's motion for summary judgment in accordance with the directives of Document # 17).

DONE this 13th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE