**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **WANDA DENISE AYERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No.: 3:04cv1002-T |
| **v.** ) | |
| ) | |
| **WAL-MART CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION FOR CLARIFICATION
OF DEADLINE TO FILE DISPOSITIVE MOTION**

Defendant Wal-Mart Stores East, LP ("Wal-Mart"), improperly identified in the Plaintiff's complaint as Wal-Mart Corporation, respectfully moves the Court to set the dispositive motion deadline for August 4, 2005. As grounds for this motion, Wal-Mart states as follows:

1.   On January 26, 2005, the Court entered a scheduling order based on an anticipated pretrial date of October 26, 2005, and a potential trial date of December 5, 2005. (Doc. # 16). The scheduling order also set the dispositive motion deadline for 90 days prior to the anticipated pretrial date. Accordingly, the dispositive motion deadline would be July 28, 2005.

2.   On June 30, 2005, Wal-Mart submitted a Motion to Compel the Plaintiff to appear for deposition. In its motion Wal-Mart requested that the Court compel the Plaintiff to appear for deposition "at least twenty-one days prior to the dispositive motion of July 28, 2005, or, in the alternative, delay the dispositive motion deadline until a reasonable time after the Plaintiff makes herself available for deposition . . . ." (Doc. # 32, p. 4).

3.     On July 6, 2005, the Court granted Wal-Mart's Motion to Compel and set the Plaintiff's deposition for July 14, 2005. In that order the Court also stated that "[t]he deadline for dispositive motions is 90 days before the pretrial date, or August 4, 2005." (Doc. # 33, p. 1). An August 4, 2005 deadline would put the dispositive motion deadline twenty-one days after the Plaintiff's deposition, as requested by Wal-Mart in its Motion to Compel.

4.     On July 12, 2005, the Plaintiff filed a Motion for Summary Judgment. On July 13, 2005, the Court entered an order that Wal-Mart's Motion for Summary Judgment would be treated as a response to the Plaintiff's motion. In that order, the Court stated that "the parties' dispositive motions are due on or before July 28, 2005. (Doc. # 37, p. 1).

5.     In order to clarify the date of the dispositive motion deadline, to give the parties sufficient time to confer and agree upon the facts that are uncontested (*see* Doc. # 17), and to provide Wal-Mart with sufficient time to prepare a complete and proper Motion for Summary Judgment and response to the Plaintiff's Motion for Summary Judgment filed on July 12, incorporating the Plaintiff's deposition testimony given on July 14, Wal-Mart respectfully requests that the dispositive motion deadline be set for August 4, 2005.

WHEREFORE, Defendant Wal-Mart Stores East, LP respectfully moves this Court to set the dispositive motion deadline for August 4, 2005.

Respectfully submitted,

s/ Jennifer F. Swain_____
Jennifer F. Swain
Bar Number: ASB-7761-I67-J
Email: jfs@jbpp.com

s/ Alan D. Mathis_____
Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Wal-Mart Stores East, LP

OF COUNSEL:

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 18th day of July, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

s/ Jennifer F. Swain_____
Of Counsel

W0518385.DOC

3