IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WANDA DENISE AYERS,            )
                               )
              Plaintiff,       )
                               )
v.                             )        CIVIL ACTION NO.  3:04cv1002-T
                               )        [WO]
WAL-MART CORPORATION,          )
                               )
              Defendant.       )

## ORDER ON MOTION

For good cause, it is

ORDERED that the defendant's Motion For Clarification, filed on 18 July 2005 (Doc.

# 38), is GRANTED.  It is further

ORDERED that the deadline for filing dispositive motions in this case is hereby

RESET for 4 August 2005.

DONE this 19th day of July. 2005.


                               /s/ Vanzetta Penn McPherson
                               VANZETTA PENN MCPHERSON
                               UNITED STATES MAGISTRATE JUDGE