**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **WANDA DENISE AYERS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Civil Action No.: 3:04cv1002-T |
| **v.** ) | |
| ) | |
| **WAL-MART CORPORATION,** ) | |
| ) | |
|     **Defendant.** ) | |

**DEFENDANT WAL-MART STORES EAST, LP'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, defendant Wal-Mart Stores East, LP ("Wal-Mart") moves for summary judgment as to each of the Plaintiff's claims against it on the grounds that there is no genuine issue of material fact and Wal-Mart is entitled to judgment as a matter of law. In support of this motion, Wal-Mart relies on the following:

1. The pleadings in this case.

2. The deposition of the plaintiff, including exhibits, attached as Exhibit A.

3. The declaration of Don Bost, attached as Exhibit B.

4. The declaration of Shannon Moser, including exhibits, attached as Exhibit C.

5. The declaration of Debra Davidson, attached as Exhibit D.

6. The declaration of Alphonzo Clark, attached as Exhibit E.

7. The declaration of Mattie Echols, attached as Exhibit F.

8. The declaration of Sherman Alexander, attached as Exhibit G.

9. A brief in support of Wal-Mart's position, filed contemporaneously with this motion.

2

As the foregoing matters affirmatively and without dispute demonstrate, Wal-Mart is entitled to summary judgment as a matter of law.

Respectfully submitted,

s/ Jennifer F. Swain
Jennifer F. Swain
Bar Number: ASB-7761-I67-J
Email: jfs@jbpp.com

s/ Alan D. Mathis
Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Wal-Mart Stores East, LP

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

    I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 4th day of August, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117

                                                s/ Alan D. Mathis
                                                Of Counsel

W0518385.DOC