**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **WANDA DENISE AYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.:  3:04cv1002-T** |
| **v.** | ) | |
| | ) | |
| **WAL-MART CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S EVIDENTIARY SUBMISSION IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Wal-Mart Stores East, LP, hereby files the attached Evidentiary Submission in Support of its Motion for Summary Judgment.

**INDEX**

Deposition of the Plaintiff, including exhibits...........................................................Exhibit A

Declaration of Don Bost ............................................................................................Exhibit B

Declaration of Shannon Moser, including exhibits....................................................Exhibit C

Declaration of Debra Davidson .................................................................................Exhibit D

Declaration of Alphonzo Clark...................................................................................Exhibit E

Declaration of Mattie Echols .....................................................................................Exhibit F

Declaration of Sherman Alexander.............................................................................Exhibit G

Respectfully submitted,

s/ Jennifer F. Swain
Jennifer F. Swain
Bar Number: ASB-7761-I67-J
Email: jfs@jbpp.com

s/ Alan D. Mathis
Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for Defendant
Wal-Mart Stores East, LP


**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify the above and foregoing has been served on the Plaintiff, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 4th day of August, 2005:

Wanda Denise Ayers
1420 Pauline Street
New Orleans, Louisiana 70117


s/Jennifer F. Swain
Of Counsel


W0520482.1

1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3                 EASTERN DIVISION

4

5    WANDA DENISE AYERS,        )

             Plaintiff,         ) CIVIL ACTION NO.

6                               ) 3:04CV1002-T

     VS.                        )

7                               ) DEPOSITION OF:

     WAL-MART CORPORATION,      ) WANDA AYERS

8            Defendant.         )

9

10            S T I P U L A T I O N S

11

12         IT IS STIPULATED AND AGREED, by

13    and between the parties, through their

14    respective counsel, that the deposition

15    of:

16                   WANDA AYERS

17    may be taken before Dana Paige Stewart,

18    Notary Public, State at Large, at the

19    office of The Federal Courthouse, Middle

20    District, Jury Conference Room 5A,

21    Montgomery, Alabama, on the 14th day of

22    July, 2005, commencing at approximately

23    9:00 a.m.

Page 2

```
 1        IT IS FURTHER STIPULATED AND
 2   AGREED that the signature to and reading
 3   of the deposition by the witness is
 4   waived, the deposition to have the same
 5   force and effect as if full compliance
 6   had been had with all laws and rules of
 7   Court relating to the taking of
 8   depositions;
 9        IT IS FURTHER STIPULATED AND
10   AGREED that it shall not be necessary for
11   any objections to be made by counsel to
12   any questions, except as to form or
13   leading questions, and that counsel for
14   the parties may make objections and
15   assign grounds at the time of trial, or
16   at the time said deposition is offered in
17   evidence, or prior thereto.
18        IT IS FURTHER STIPULATED AND
19   AGREED that the notice of filing of the
20   deposition by the Commissioner is waived.
21
22
23
```

Page 4

```
 1            I N D E X
 2
 3   EXAMINATION BY:
 4   Ms. Swain                    5
 5
 6           E X H I B I T S
 7
 8   Defendant's 1               7
 9             2         15
10             3         23
11             4         41
12             5         62
13             6         76
14             7         81
15             8        153
16             9        197
17            10        210
18            11        229
19            12        290
20            13        291
21            14        293
22            15        298
23            16        304
```

Page 3

```
 1         A P P E A R A N C E S
 2
 3
 4   FOR THE DEFENDANT:
 5      JENNIFER SWAIN
 6      Attorney at Law
 7      Johnston, Barton, Proctor & Powell
 8      2900 AmSouth/Harbert Plaza
 9      1901 Sixth Avenue North
10      Birmingham, Alabama 35203
11
12   OTHERS PRESENT:
13      SHERMAN ALEXANDER
14
15
16
17
18
19
20
21
22
23
```

Page 5

```
 1        I, Dana Paige Stewart, a Court
 2   Reporter of Birmingham, Alabama, and a
 3   Notary Public for the State of Alabama at
 4   Large, acting as Commissioner, certify
 5   that on this date, pursuant to Rule 30 of
 6   the Alabama State Rules of Civil
 7   Procedure and the foregoing stipulations
 8   of counsel, there came before me at 1
 9   Church Street, Montgomery, Alabama, on
10   the 14th day of July, 2005, commencing at
11   9:00 a.m., WANDA AYERS, witness in the
12   above cause, for oral examination,
13   whereupon the following proceedings were
14   had:
15
16            WANDA AYERS,
17   first having been duly sworn, was
18   examined and testified as follows:
19   EXAMINATION BY MS. SWAIN:
20   Q        Would you state your name,
21   please?
22   A        Wanda Ayers.
23   Q        Ms. Ayers, as I told you
```

**Page 6**

1   earlier, my name is Jennifer Swain. I
2   represent Wal-Mart in the lawsuit that
3   you have filed against it. I'm going to
4   be asking you a series of questions. If
5   I ask you a question that you don't
6   understand, can you tell me that?
7   A      Yes.
8   Q      If you answer the question,
9   I'm going to assume that you were
10  answering the question I asked. So let
11  me know if it doesn't make sense to you
12  for some reason.
13  A      Okay.
14  Q      If you also could answer "yes"
15  or "no" as opposed to "uh-huh" or
16  "uh-uh," that would make it easier for
17  her to get us a clear transcript, because
18  "uh-huh" and "uh-uh" look the same when
19  you write it down.
20      If you need to take a break during
21  the deposition, just let me know that.
22  You and I both will take a break to feed
23  the meter at some point as well.

**Page 7**

1       I'm going to show you a copy of what
2   I'm going to mark as Defendant's Exhibit
3   1 and ask you if that is a copy of your
4   responses to Wal-Mart's interrogatories?
5           (Defendant's Exhibit No. 1
            was marked for
6           identification.)
7   A      Yes.
8   Q      Is that your correct Social
9   Security number there?
10  A      Yes.
11  Q      And are you still living at
12  1420 Panline Street, New Orleans?
13  A      That's where my residence is.
14  Q      And you graduated from
15  Faulkner University; is that right?
16  A      Yes.
17  Q      What year was that?
18  A      2002.
19  Q      What was your degree in?
20  A      Human Resource Management.
21  Q      So you received that degree
22  after you began working at Wal-Mart?
23  A      Yes.

**Page 8**

1   Q      Do you consider yourself to be
2   an emotionally stable person?
3   A      Yes, ma'am.
4   Q      Do you have any psychological
5   problems?
6   A      None at all.
7   Q      Have you ever been diagnosed
8   with any mental illness?
9   A      None at all.
10  Q      Have you ever been treated by
11  any kind of mental health provider?
12  A      No.
13  Q      Have you ever gone to any kind
14  of counselor or mental health provider
15  because of emotional problems?
16  A      No.
17  Q      Are you taking any medications
18  today that might affect your ability to
19  tell the truth?
20  A      No.
21  Q      Anything that might affect
22  your ability to remember things?
23  A      No.

**Page 9**

1   Q      When was the last time you
2   visited a doctor?
3   A      When I left here -- my leave
4   of absence. I had a lot of stress, chest
5   pains, and I went to the doctor then.
6   Q      That was in New Orleans?
7   A      Yes.
8   Q      Did you go to the emergency?
9   A      Yes.
10  Q      Did you receive any diagnosis
11  at that time?
12  A      I had prescription and a
13  follow-up.
14  Q      What was the prescription for?
15  A      Probably pain pills. I don't
16  know.
17  Q      Were you diagnosed with any
18  particular condition?
19  A      I think they were just
20  testing, trying to figure out what was
21  causing all the pain.
22  Q      Do you know whether they ever
23  figured it out?

(Pages 10 to 13)                                                                    4

Page 10

1   A      I really don't know.  I didn't
2   have any money to go back because of the
3   bills that were sent.
4   Q      So you went on one occasion
5   and did not return; is that correct?
6   A      Uh-huh.
7   Q      Is that a yes?
8   A      Yes.
9   Q      And that's the last time
10  you've been to a doctor?
11  A      Yes.
12  Q      Was that in 2004?
13  A      No.  Immediately after I left.
14  That was in 2002.
15  Q      Didn't your leave of absence
16  begin in March 2004?
17  A      2004 — well, yes.
18  Q      A little over a year ago?
19  A      Yeah.  This is 2005 -- yeah,
20  2004.
21  Q      So it was sometime after March
22  2004?
23  A      Right.

Page 11

1   Q      When you were living in
2   Auburn, did you have a regular doctor in
3   this area?
4   A      No.
5   Q      Did you visit any doctors in
6   this area?
7   A      Yes.
8   Q      What doctor did you see?
9   A      I went to the dentist, and I
10  visited a clinic.
11  Q      What clinic was that?
12  A      I'm not sure.
13  Q      Where was the clinic?
14  A      It was across from IHOP is all
15  I know.
16  Q      Across from what?
17  A      IHOP.  It may be Atlanta
18  Highway.  I'm not sure.
19  Q      It was in Opelika?
20  A      It was in Auburn.  It might
21  have been Opelika.
22  Q      What was your purpose for the
23  visit to the clinic?

Page 12

1   A      A check-up.
2   Q      Were you diagnosed with any
3   kind of medical problem at that time?
4   A      No, not at all.
5   Q      Was that just one visit to
6   this clinic?
7   A      Yes.
8   Q      Do you recall the name of the
9   doctor that you saw?
10  A      No, I don't.
11  Q      You're currently not married;
12  is that correct?
13  A      Right.
14  Q      You've been married before?
15  A      Yes.
16  Q      How many times?
17  A      Once.
18  Q      And what is the name of your
19  ex-husband?
20  A      James Willis Ratliff.
21  Q      I'm sorry?
22  A      James Willis Ratliff.
23  Q      Ratliff.

Page 13

1   A      R-A-T-L-I-F-F.
2   Q      And where does he live?
3   A      In New Orleans.
4   Q      Did he ever live in this area?
5   A      No.
6   Q      When did you get divorced from
7   Mr. Ratliff?
8   A      Jesus.
9   Q      I don't need an exact date.
10  If you can give me an estimate, that will
11  work.
12  A      I'm trying to figure out the
13  ages of my children.  It has to be -- I
14  don't remember.  I really don't.
15  Q      Has it been more than five
16  years ago?
17  A      Yes.
18  Q      Are you still in contact with
19  Mr. Ratliff?
20  A      For family purposes.
21  Q      Have you discussed your
22  lawsuit against Wal-Mart with Mr.
23  Ratliff?

**Page 14**

1  A        He came down and secured my
2  house.
3  Q        Is that when you were still
4  working for Wal-Mart?
5  A        Yes.
6  Q        When you say "secured your
7  house," what do you mean?
8  A        The windows and doors.
9  Q        And how did he secure them?
10 A        He screwed the windows up,
11 sealed and made sure the locks was
12 secured where nobody can --
13        THE COURT REPORTER: Can you
14 speak up just a little bit? I'm having
15 trouble hearing you.
16 A        He screwed the windows down
17 and he secured the doors.
18 Q        And when was that? How close
19 in time was that to your leave of
20 absence?
21 A        That was like right after
22 October 2003.
23 Q        Maybe November?

**Page 15**

1  A        Huh?
2  Q        Maybe November you think?
3  A        It was right around the police
4  report. The time the police report, it
5  was right around that time.
6  Q        You actually filed two police
7  reports; is that right?
8  A        Yes.
9  Q        I'll show you what I'm going
10 to mark as Defendant's Exhibit 2, and ask
11 you if this is one of the police reports
12 that you filed?
13        (Defendant's Exhibit No. 2
                was marked for
14              identification.)
15 A        Yes.
16 Q        You filed this police report
17 on January 12th, 2004; is that correct?
18 A        If that's what is on there.
19 Q        Is that the way you read this
20 police report here on the block numbered
21 5 there on the front page, top left side?
22 A        Date, 01-12-04. Yes.
23 Q        What led you to file the

**Page 16**

1  police report was a verbal confrontation
2  you had with Alphonso Clark?
3  A        Right. Well, he was following
4  me around the store, and then I just
5  stopped because he wouldn't stop
6  following me. And it turned out to be a
7  verbal confrontation.
8  Q        Turned into what?
9  A        A threat and verbal slang --
10 Q        And Alphonso -- I'm sorry.
11 You didn't finish. Were you finished?
12 A        Yes.
13 Q        And Alphonso Clark was also an
14 associate at Wal-Mart?
15 A        Yes.
16 Q        Do you know what his position
17 was?
18 A        No.
19 Q        He was an hourly associate?
20 A        I think so.
21 Q        Did he work on your same
22 shift?
23 A        No.

**Page 17**

1  Q        What shift did he work on?
2  A        Third shift, I guess. I'm not
3  sure.
4  Q        And you dated Alphonso Clark
5  several times?
6  A        Yes.
7  Q        When did you all date?
8  A        It was from October 2003, I
9  think it was -- let's see -- (Inaudible).
10        THE COURT REPORTER: I can't
11 hear you.
12 A        I'm thinking outloud.
13 Q        If you think outloud, she's
14 going to need to write it down. So
15 either you need to talk loud enough where
16 she can hear you, or don't talk at all.
17 A        I don't know right offhand.
18 Q        But it was sometime prior to
19 January 2004 when you filed this police
20 report?
21 A        Yes.
22 Q        How many times did you go out
23 with Mr. Clark?

(Pages 18 to 21)                                                            6

**Page 18**

1   A       Out -- far as what do you
2   mean?
3   Q       Well, I'm trying to find out
4   how serious your relationship was with
5   him.
6   A       What do you mean by serious?
7   Q       How many dates did you have
8   with him?
9   A       I -- I can't count them
10  offhand, so I don't know.
11  Q       How long did the relationship
12  last?
13  A       Probably maybe a year.
14  Q       Did you ever live with Mr.
15  Clark?
16  A       No.
17  Q       Did he ever live with you?
18  A       No.
19  Q       What was the reason for the
20  relationship to end?
21  A       Well, I decided to get myself
22  back right with the lord.  So it was
23  conflict of interest, you know, trying to

**Page 19**

1   have a relationship that wasn't in
2   agreement with what I wanted to do.  So I
3   decided that -- or we decided that this
4   is not the best thing for us.
5   Q       Did you break off the
6   relationship or did he?
7   A       We both agreed to.
8   Q       And you were not married at
9   that time; correct?
10  A       No.
11  Q       Was he married at the time?
12  A       Not that I know of.
13  Q       And you told the police
14  officer that on January 12th that you
15  were involved in a verbal confrontation
16  with Mr. Clark; is that right?
17  A       Uh-huh.
18  Q       Is that a yes?
19  A       Yes.
20  Q       And you told him that while
21  you were at work Mr. Clark approached you
22  inside the store; is that right?
23  A       That's correct.

**Page 20**

1   Q       And you told the police
2   officer that initially Mr. Clark called
3   out to you and you ignored him?
4   A       Yes.
5   Q       And then he then continued to
6   follow you through the store until you
7   stopped to find out what he wanted?
8   A       Yes.
9   Q       Then you told the police
10  officer that Mr. Clark began to berate
11  you in hushed tones; is that right?
12  A       Uh-huh.
13  Q       And that throughout the
14  confrontation Mr. Clark talked down to
15  you and referred to you as stupid?
16  A       Yes.
17  Q       You told the police officer
18  that when Mr. Clark finished and was
19  turning to walk away, that he stated that
20  you either needed to leave the area or
21  have someone to come get you before
22  something happened to you; is that right?
23  A       (Nodding affirmatively.)

**Page 21**

1   Q       Did you ask him what he meant
2   by that?
3   A       What?
4   Q       Did you ask him what he meant
5   by that?
6   A       What he meant -- I asked him
7   was it a threat.
8   Q       What did he say?
9   A       He said, take it the way you
10  want it.
11  Q       Did you say anything else
12  during this confrontation?
13  A       No.
14  Q       Did you tell the police
15  officer that you did not notify Wal-Mart
16  management because of an ongoing dispute
17  you had with management?
18  A       I didn't notify Wal-Mart --
19  Q       Did you tell the police
20  officer that you did not notify Wal-Mart
21  management because of an ongoing dispute
22  you had with Wal-Mart?
23  A       I didn't notify them in the

**Page 22**

1  beginning.
2  Q      What I'm asking you is whether
3  you told the police officer that you
4  didn't notify Wal-Mart?
5  A      I did. I called them and told
6  them. So that might be -- I don't
7  remember telling him that.
8  Q      You did not tell the police
9  officer that; is that what you're saying?
10 A      That's correct.
11 Q      You did tell the police
12 officer that you were involved in a
13 domestic relationship with Mr. Clark
14 prior to this incident?
15 A      I told him that I had another
16 complaint against him.
17 Q      The other complaint you're
18 talking about is a police report you had
19 filed on November 25th, 2003; is that
20 right?
21 A      Correct.
22 Q      I'm going to show you what
23 I've marked as Defendant's Exhibit 3 and

**Page 23**

1  ask you if that is a copy of the November
2  25th, 2003 police report that you filed?
3        (Defendant's Exhibit No. 3
                was marked for
4               identification.)
5  A      Yes.
6  Q      And this police report also
7  involved Mr. Clark; is that right?
8  A      Yes.
9  Q      At the time of this police
10 report you told the police officer -- you
11 actually went down to the Sheriff's
12 Department; is that right?
13 A      Yes.
14 Q      On November 25th, 2003?
15 A      Uh-huh.
16 Q      Is that a yes?
17 A      Yes.
18 Q      You told the police officer or
19 the Sheriff's Department that after
20 returning to your home after an
21 out-of-town trip that Mr. Clark was
22 unloading your stuff out of your car
23 while you were resting?

**Page 24**

1  A      Out of his truck.
2  Q      I'm sorry?
3  A      Out of his truck.
4  Q      Had he been out of town with
5  you?
6  A      Yes.
7  Q      And that after Mr. Clark
8  unloaded your things, that he left; is
9  that right?
10 A      He left.
11 Q      And that after he left, you
12 realized that a vase was missing from
13 your living room closet; is that right?
14 A      Correct.
15 Q      And had you noticed the vase
16 when you first entered the house?
17 A      Pardon?
18 Q      You had noticed the vase, you
19 told the police officer, when you first
20 entered the house?
21 A      Yes.
22 Q      So it was your belief that Mr.
23 Clark had stolen the vase?

**Page 25**

1  A      He was the only one there.
2  Q      So your --
3  A      He was the only one there
4  while I was in the back of the house.
5  Q      My question was: Was it your
6  belief that Mr. Clark took the vase?
7  A      Yes.
8  Q      You told the police officer
9  that the vase contained a listening
10 device that is an issue with an employer;
11 is that right?
12 A      Yes.
13 Q      What listening device did you
14 have that was an issue -- I assume the
15 employer was Wal-Mart?
16 A      Correct.
17 Q      Why did you have a listening
18 device?
19 A      I didn't have it. They had it
20 in my house. But that's the reason why
21 my ex-husband came to secure the house
22 because of --
23 Q      Wal-Mart had a listening

**Page 26**

1  device in your house?
2  A     Well, either he had it in
3  there or Wal-Mart had it in there. But I
4  didn't have it in there.
5  Q     When did you first notice that
6  there was a listening device in your
7  house?
8  A     When my personal conversations
9  started coming up at Wal-Mart that I
10  didn't discuss with anyone else.
11  Q     When was that?
12  A     After the complaint.
13  Q     After your EEOC charge?
14  A     Yes.
15  Q     Your EEOC charge was filed
16  October 27th, 2003; is that right?
17  A     Well, I mailed it off
18  September. So when they received it or
19  when they acknowledged it must have been
20  October.
21  Q     And how did you come to know
22  that there was a listening device in your
23  house?

**Page 27**

1  A     Well, the employees would walk
2  up to me and state conversations that I
3  only had either over my phone or in my
4  house. Employees that does not come to
5  my house and I do not talk to over the
6  telephone.
7  Q     What kinds of conversations
8  would employees tell you about?
9  A     Personal.
10  Q     What kind of personal?
11  A     Personal.
12  Q     Well, I need to know what
13  you're talking about.
14  A     Conversations with my daughter
15  about situations that either she's having
16  or I'm having. Conversations about the
17  case that only I knew what I was going to
18  do or what I was going to say. They
19  brought it to my attention that they knew
20  it also and what I was saying. So --
21  Q     What employees do you claim
22  came to you and told you about
23  conversations you had, private

**Page 28**

1  conversations?
2  A     In Wal-Mart?
3  Q     Uh-huh.
4  A     I don't remember the
5  employees' names. I know their faces.
6  It was some young -- I didn't work on the
7  grocery side. There was some young males
8  on the grocery side or some loaders from
9  the receiving and some females that
10  worked in a different department.
11  Q     Which department was that?
12  A     Well, sometimes -- well, they
13  get shifted around the store.
14  Q     So you don't know their names
15  and you don't know what department they
16  worked in?
17  A     Well, I don't know the grocery
18  receiving person because I didn't work
19  with them often. I had only seen them in
20  meetings, and most of the time he didn't
21  come to the meetings. Let's see.
22  Q     How many associates are you
23  talking about that came up to you and

**Page 29**

1  told you about personal conversations you
2  had had?
3  A     Maybe three or four.
4  Q     Three or four. You don't know
5  the names of any of them?
6  A     I'm trying to recall the
7  conversation so I could -- so once I
8  state their name, I could tell you
9  exactly what they said but I -- if -- I
10  can't recall right now.
11  Q     You mentioned there was some
12  grocery associates. And those are males;
13  is that right?
14  A     Yes.
15  Q     Are they hourly or salaried?
16  A     Hourly.
17  Q     Are they African American,
18  Caucasian, Hispanic?
19  A     African American.
20  Q     Was it 1, 2 or more than that
21  of grocery associates that came up to
22  you?
23  A     It was about two -- I remember

**Page 30**

1  -- recall two, but it was an ongoing
2  thing. So it was just random.
3  **Q        What about the loaders and**
4  **receiving? Was that a male associate?**
5  A        Yeah.
6  **Q        Was it one or more than one?**
7  A        It was more than one.
8  **Q        How many?**
9  A        I know one was a young manager
10 and --
11 **Q        One of them was what?**
12 A        Was a manager.
13 **Q        What manager was that? Surely**
14 **you remember the managers in the store.**
15 A        I don't remember his name. I
16 didn't work directly with him.
17 **Q        Was he the grocery manager —**
18 **I'm sorry. Was he the receiving manager**
19 **that was over receiving?**
20 A        Well, he wasn't over
21 receiving. He was one of the managers
22 there.
23 **Q        Was he an assistant manager in**

**Page 31**

1  **the store?**
2  A        No.
3  **Q        What kind of manager? A**
4  **support manager?**
5  A        I don't know his title. All I
6  know is that was what they said he was.
7  **Q        What who said he was?**
8  A        When I asked what he was.
9  They said he was a manager in receiving.
10 **Q        Do you know whether he was a**
11 **salaried manager or an hourly manager?**
12 A        I really don't know about his
13 pay.
14 **Q        And you said some females, but**
15 **you don't know what department they were**
16 **in; correct?**
17 A        No.
18 **Q        Can you remember anything that**
19 **they specifically told you about private**
20 **conversations that you had had?**
21 A        One of the receivings, before
22 I reported the police report to the
23 store, was verbally telling me about the

**Page 32**

1  police report. And I never reported it
2  to the store.
3        And there was like just, you know,
4  telling me I shouldn't have done this and
5  I shouldn't have done that. You know,
6  who I think I am and whatever, you know,
7  about — you know, just discussing the
8  police report with me, and I never
9  reported it. And I don't know if the --
10 I don't think the police had got in touch
11 with Alphonso yet because I had just
12 reported it. They said that they need 24
13 hours before they can — before I even
14 can get a copy.
15 **Q        So this conversation**
16 **supposedly occurred on November 25th; is**
17 **that right? The same day you filed the**
18 **police report?**
19 A        Yeah, when I came in to work.
20 **Q        What time did you come in to**
21 **work that day?**
22 A        About 10:00.
23 **Q        At night?**

**Page 33**

1  A        Uh-huh.
2  **Q        Is that a yes?**
3  A        Yes.
4  **Q        Did you ever ask Mr. Clark**
5  **when the police contacted him regarding**
6  **this police report?**
7  A        No. Because they told me when
8  I filed it that I couldn't get a copy
9  until 24 hours.
10 **Q        You didn't ask Mr. Clark when**
11 **they talked to him?**
12 A        Well, Mr. Clark had just made
13 a threat on my life. No, I didn't.
14 **Q        Mr. Clark had made a threat on**
15 **your life — you're talking about the**
16 **second police report?**
17 A        Yeah, the one that was on the
18 store premises.
19 **Q        So that wasn't November 25th;**
20 **that was the one that you had filed in**
21 **January; right?**
22 A        Right.
23 **Q        You worked overnights; right?**

Page 34

1   A    Yes.
2   Q    When Mr. Clark and you had the
3   verbal confrontation in the store, were
4   you working there or were you shopping
5   there?
6   A    I was working. He was -- I
7   don't know if he was getting off or he
8   was coming on. I think he was coming on.
9   Q    Well, the police report — the
10  time of the police report looks like 1:25
11  in the afternoon; is that right?
12  A    No.
13  Q    Look at Exhibit 2.
14  A    That's what time I came in --
15  I mean, went to the office.
16  Q    Did you contact the police
17  from the store?
18  A    I contacted the police — they
19  told me I had to come in.
20  Q    Come in where? To the police
21  station?
22  A    Yes.
23  Q    So when you filled out the

Page 35

1   police report, you were actually at the
2   police station?
3   A    Right.
4   Q    Was that the day after the
5   incident had occurred?
6   A    That's when I got off of work.
7   Q    So it was the following day?
8   A    Uh-huh.
9   Q    Going back to my original
10  question I don't think you answered:
11  When did you notice or how did you come
12  to notice that there was a listening
13  device in your house?
14  A    Well —
15  Q    You've indicated some
16  associates made some comments to you
17  about conversations that you thought were
18  private. Did you then go back and look
19  through your house?
20  A    Yeah. I looked through the
21  outside like under the tables and under
22  the chairs, but I didn't look inside the
23  closet. I didn't assume that a listening

Page 36

1   device would be placed -- I don't know
2   where they were placed, but I did look
3   for it.
4   Q    And at some point did you find
5   it?
6   A    No, I didn't find it. But it
7   was found by Mr. Clark. He took it out
8   of the house.
9   Q    What made you think, I guess
10  is what I'm trying to find out, that
11  there was a listening device in that
12  particular vase?
13  A    Because it wasn't worth
14  anything to him, and it was no value to
15  him, and it was the only thing that he
16  took out of the house that would house
17  something or cover something because it
18  had a lid on it.
19  Q    So basically you're just
20  assuming that there was a listening
21  device in there?
22  A    Well, I'm not assuming that
23  there was a listening device by the

Page 37

1   conversation that was coming up, because
2   nobody else was at the house, you know.
3   But -- and most of my conversations was
4   long distance with family and friends.
5      So either the walls talked and
6   everybody nationwide could hear it, or
7   somebody have a listening device in the
8   house.
9   Q    Did you ever see the listening
10  device?
11  A    I looked for it.
12  Q    Did you ever see it?
13  A    I really wouldn't even know
14  how it looked. So, no, I didn't see it.
15  Q    After Mr. Clark allegedly took
16  the vase out of your house in November,
17  did associates stop coming up to you and
18  mentioning private conversations you had?
19  A    Only the ones that was over
20  the phone.
21  Q    I'm sorry?
22  A    Only the ones that was over
23  the telephone.

**Page 38**

1  Q      What do you mean only the ones
2  that were over the telephone?
3  A      They were listening to my
4  telephone conversations also.
5  Q      Who was?
6  A      Whoever tapped the phone. I
7  don't know. But it was whoever had the
8  phone tapped. The conversation winded up
9  at Wal-Mart.
10 Q      Who is it that you think put a
11 listening device in your house?
12 A      Well, I didn't have any
13 personal friends, and all my family lived
14 out of town. So the only people that I
15 associated with were people that worked
16 at Wal-Mart.
17 Q      Well, who at Wal-Mart do you
18 think would put a listening device in
19 your house?
20 A      Who had access to it. And
21 Alphonso did and Danny Doran did.
22 Q      So you think maybe Alphonso
23 did it?

**Page 39**

1  A      Either Danny Doran or
2  Alphonso.
3  Q      What was Danny Doran's
4  position?
5  A      He was over Loss Prevention.
6  A member of Loss Prevention.
7  Q      Do you know if he was hourly
8  or salaried?
9  A      No, I don't.
10 Q      Is he African American or
11 Caucasian?
12 A      He's African American.
13 Q      And Alphonso Clark is also
14 African American?
15 A      Yes.
16 Q      Do you know how old Danny
17 Doran is?
18 A      Not offhand.
19 Q      Do you know how old Alphonso
20 Clark is?
21 A      I'm not sure. I'm not sure.
22 Q      Is he older or younger than
23 you were?

**Page 40**

1  A      He's older than I am.
2  Q      And with respect to your phone
3  being tapped, is that something that you
4  again assumed because people knew about
5  conversations that you thought were
6  private?
7  A      Well, when -- okay. I only
8  had a cell phone and I went to -- and I
9  kept hearing my personal and private
10 conversations that I had over the phone
11 at the store. Somebody would bring it up
12 to me.
13      So I went to the local sheriff's
14 office inquiring about it. And he told
15 me that if I had a cell phone, it would
16 be easier to be -- you know, it could be
17 done if you had one of those devices that
18 was sold at Wal-Mart.
19      And when I started noticing that my
20 phone was -- phone conversation was
21 coming up, I started keeping a record of
22 my phone logs.
23      And I asked for the months previous

**Page 41**

1  before I had -- I noticed the
2  conversations. And the logs the three
3  months before that didn't have any
4  noticeable change in the listing. But
5  after the complaint and after I noticed
6  that my conversations was coming up, I
7  noticed a noticeable change in the phone
8  log.
9  Q      Let me ask you because you had
10 mentioned that in the motion for summary
11 judgment you had filed, hadn't you?
12 About your phone logs?
13 A      Yes.
14 Q      I'm going to show you what you
15 marked as Exhibit 8 to your summary
16 judgment submission and what I'm about to
17 mark as Defendant's Exhibit 4 to your
18 deposition. And show me, Ms. Ayers, if
19 you would, what is the change you were
20 talking about that made you think your
21 cell phone was being listened in to.
22      (Defendant's Exhibit No. 4
23      was marked for
23      identification.)

(Pages 42 to 45)                                                                    12

**Page 42**

1   A        Okay. Do you have the other
2   ones?
3   Q        Sure. All of these apparently
4   are Exhibit 8. I didn't realize that. I
5   need to put all these together then.
6        Let's do this. Let me see the one
7   I just handed you. I'm going to make all
8   of this Exhibit 4. These are all of the,
9   I guess, four sets of records that you
10  submitted; is that right?
11  A        Uh-huh.
12  Q        Is that a yes?
13  A        Yes.
14  Q        I'm going to mark all of these
15  together. These are all Exhibit 8 to
16  your summary judgment submission. I'm
17  going to mark them all together as
18  Exhibit 4 to your deposition.
19       And show me what you're talking about
20  when you say that there's an indication
21  on these records that your cell phone was
22  being listened in to.
23  A        Okay. I just moved into my

**Page 43**

1   own house. I didn't know too much around
2   that area, so I travelled the same
3   places, back to work, paying my bills and
4   whatever. So the phone log for July,
5   August and September didn't have any
6   changes whatsoever, no mixed up -- this
7   is July. If you look at all the bills.
8   I'm going to get October.
9   Q        I'm going to put this back on
10  the front of this so I don't get
11  confused.
12  A        This here (Indicating) number
13  says Tuskegee. This is my mother's phone
14  number.
15  Q        Uh-huh.
16  A        And in July, August,
17  September, my mother's phone number never
18  was noted as it was located in Tuskegee,
19  Alabama. Okay. These are the phones --
20  they tapped into the phones that I called
21  regular. When I'm most frustrated and I
22  needed someone to talk to, I called my
23  mother or the person I was discussing my

**Page 44**

1   case or my daughter because my daughter
2   calls me from another phone number. Okay
3   this also happened --
4   Q        Why don't we put this back
5   where it went in the order of things so I
6   can keep them straight.
7   A        Which never happened the three
8   months before.
9   Q        What are those there? Do
10  those go in front of this?
11  A        Yes. This is August. This is
12  the person that I discussed the case
13  with. It also was located in the same
14  place. That's in Washington. It never
15  happened before until after the
16  complaint.
17  Q        You can put that --
18  A        And the only person that I
19  knew that lives in Tuskegee -- well, I
20  know Danny Doran's address is Tuskegee,
21  and Alphonso's address is located in
22  Arvin. So that's when I noticed my phone
23  calls coming up.

**Page 45**

1   Q        So there were two calls?
2   A        Well, once -- this is what was
3   shared with me. Once they tap into your
4   phone, you know, every time your phone
5   rings if they tap into it every time your
6   phone rings, their phone or whatever the
7   listening device rings or lets them know
8   that I'm on the line.
9        So it's not just those two calls.
10  It's just once they got into it, they can
11  listen to anything that is going on in
12  any conversation at any time.
13  Q        So it's your belief that
14  because you have two phone entries that
15  showed up as being Tuskegee that were not
16  in fact to Tuskegee, that somebody was
17  listening in on your phone; is that
18  correct?
19  A        Well, the fact is that my
20  conversations that came -- that I know
21  that I didn't discuss with anyone in that
22  store, came up and was brought to my
23  attention that they know -- they heard my

Page 46

1  personal conversations.
2  Q      Other than the fact those two
3  Tuskegee entries show up on your phone
4  bill and the fact that people in the
5  store knew about private conversations,
6  is there anything else that led you to
7  believe that people were tapped into your
8  phone?
9  A      When I was on the phone -- I
10 have a cell phone. When I was on the
11 phone, and the phone hung up as though I
12 had another line. And I'm like, did you
13 hear that? And the person on the line
14 said, yeah, I heard it. I'm like, what's
15 going on.
16     And that was another indication that
17 either -- you know, I made a statement to
18 the person that I need a lawyer or
19 detective or private investigator, and
20 that's when they clicked the phone. I
21 said, did you hear that, you know. And
22 that's what made me -- I'm like, who's
23 hanging up. And the person that I was

Page 47

1  talking to only had one line. They
2  didn't have another line.
3  Q      Who was the person that you
4  were talking to?
5  A      My ex-husband. Asking him to
6  come secure my house.
7  Q      And is there anybody -- is
8  there any other reason that you think
9  that your phone was tapped?
10 A      What do you mean by that?
11 Q      Well, you just told me that
12 you heard a click one time when you were
13 talking to your ex-husband. There were
14 two entries in your phone bills between
15 July and what, November of 2003, that
16 showed Tuskegee instead of the place that
17 you were actually calling, and you told
18 me that --
19 A      It never happened before.
20 Q      And you told me that people in
21 the store knew about private
22 conversations. Is there anything else
23 that led you to believe that your phone

Page 48

1  line was tapped into?
2  A      I think that's more than
3  enough for --
4  Q      It may be enough or not
5  enough. My question is: Is there
6  anything else that led you to believe
7  that?
8  A      Well, that was enough for me.
9  That's all I can say.
10 Q      So there wasn't anything else?
11 A      Not that I can recall at this
12 time.
13 Q      This first bill that you had
14 says July to August 2002. Is that
15 actually 2003? The others are 2003.
16 A      All of them are supposed to be
17 2003 because I got --
18 Q      You just miswrote that one?
19 A      Yeah. That's probably just --
20 Q      And it's your speculation that
21 either Alphonso Clark or Danny Doran is
22 the one that had tapped into your phone?
23 A      Well, I assumed, yes.

Page 49

1  Q      And if Alphonso Clark was the
2  one doing it, would it be your suspicion
3  that his motivation was the relationship
4  that you had with him that didn't work
5  out?
6  A      I don't -- I really -- all I
7  figure it was Wal-Mart related because
8  all of the conversations came up. He
9  never brought none of the conversations
10 to my attention. It was always at
11 Wal-Mart the conversations came up.
12     So I really didn't, you know, feel
13 that Alphonso had anything to do with it
14 because he never approached me about my
15 personal conversations.
16 Q      Well, the other person you had
17 mentioned was Danny Doran. What
18 motivation do you think he would have had
19 to tap into your phone?
20 A      He's over Loss Prevention. I
21 have a suit against the company. So I
22 wouldn't --
23 Q      Any other reason why you think

Page 50

1  **Danny Doran might tap into your telephone**
2  **line?**
3  A    I don't really know.
4  **Q    Is Danny Doran friends with**
5  **Alphonso Clark?**
6  A    They grew up together.
7  **Q    They were long-time friends?**
8  A    I would assume.
9  **Q    Now, you indicated early there**
10 **at some point you told someone at**
11 **Wal-Mart about the second police report**
12 **you filed; is that right?**
13 A    I spoke to Robert Claiborne
14 over the phone, and I made a statement to
15 Sherman Alexander.
16 **Q    What did you tell Robert**
17 **Claiborne?**
18 A    I had called out that day
19 because I was going in to make a report,
20 and I told him that I had threats on my
21 life and I wasn't coming in.
22 **Q    Did you tell him who made the**
23 **threats?**

Page 51

1  A    Yes.
2  **Q    What was his response?**
3  A    He didn't respond at all.
4  **Q    Did you tell him anything else**
5  **about that incident?**
6  A    No.
7  **Q    What did you tell Sherman**
8  **Alexander?**
9  A    I told him what was on the --
10 I told him the statement that I told the
11 police, that Alphonso approached me at
12 the back of the store, followed me around
13 the store, and he wouldn't stop, so I
14 stopped to see what he wanted, and, yes,
15 he followed me, he called me names and
16 made statements out of character and made
17 a threat on me.
18 **Q    What was Mr. Alexander's**
19 **response?**
20 A    It was like, what do you want
21 me to do. And I was like -- that was his
22 response.
23 **Q    What did you want him to do?**

Page 52

1  A    What the policy said for them
2  to do. To investigate it. And it was on
3  Wal-Mart premises, and my life was
4  threatened. I feel that management
5  should look into it.
6  **Q    Do you know whether either**
7  **Sherman Alexander or Robert Claiborne**
8  **conducted any investigation?**
9  A    Well, as far as bringing
10 closure to me, no, they didn't.
11 **Q    My question is:  Do you know**
12 **whether they conducted any investigation?**
13 A    Well, as far as the policy
14 they were supposed to come to me and
15 bring me closure.
16 **Q    That's not my question, though**
17 **right now. My question is:  Do you know**
18 **whether they did any investigation?**
19 A    Could I say that they did or
20 they didn't?
21 **Q    Correct. Do you know?**
22 A    No, they didn't because they
23 didn't bring any closure to it.

Page 53

1  **Q    Was it possible they**
2  **investigated and they just didn't tell**
3  **you about it?**
4  A    Well, that wouldn't be the
5  proper way to do it.
6  **Q    I didn't ask what the policy**
7  **told them to do. I'm asking is it**
8  **possible that they investigated your**
9  **complaint and didn't tell you about it?**
10 A    Anything is possible. But if
11 he had investigated it -- and I think the
12 proper thing was to bring it my attention
13 that I didn't have to worry about those
14 threats occurring again or whatever. But
15 as far as me knowing that he did it, no,
16 he didn't.
17 **Q    And Sherman Alexander is an**
18 **assistant manager at Wal-Mart?**
19 A    Yes.
20 **Q    And he's African American?**
21 A    Yes.
22 **Q    Is Robert Claiborne also an**
23 **assistant manager?**

Page 54

1  A      Yes.
2  Q      What race is he?
3  A      African American.
4  Q      Did you tell either Sherman
5  Alexander or Robert Claiborne why you
6  thought Alphonso Clark was threatening
7  you?
8  A      I didn't have a clue.
9  Q      You didn't know why he was
10 threatening you? Is that a no?
11 A      Other than what was happening
12 at Wal-Mart.
13 Q      Did — strike that. Did you
14 know why Alphonso Clark was threatening
15 you?
16 A      All I know is that he followed
17 me around the store and he threatened me.
18 Q      Do you know what his
19 motivation was for acting that way?
20 A      I don't know.
21 Q      Prior to that date had you
22 ever had any other threats from Mr.
23 Clark?

Page 55

1  A      No.
2  Q      Was he ever physically abusive
3  to you during your relationship with him?
4  A      No.
5  Q      Was he ever verbally abusive
6  during your relationship with him?
7  A      No.
8  Q      Did Danny Doran ever threaten
9  you?
10 A      No.
11 Q      Did Sherman Alexander ever
12 threaten you?
13 A      He made slangs to —
14 statements. I wouldn't consider it a
15 direct threat, but it was offensive to
16 me.
17 Q      Well, what did he say that was
18 offensive to you?
19 A      He made a statement that those
20 Louisiana women will mess you up. And I
21 asked him what he meant, and he didn't
22 respond.
23 Q      Who was he talking to when he

Page 56

1  made that statement?
2  A      He said it open in a meeting.
3  Q      This is in a shift meeting?
4  A      Yeah. And at my knowledge I
5  was the only one there at that time from
6  Louisiana.
7  Q      When was that meeting?
8  A      Our nightly meeting.
9  Q      I mean, when was it? What was
10 the date of the meeting?
11 A      I can't recall an exact date.
12 Q      Can you give me an
13 approximation of when it was?
14 A      Not this time.
15 Q      Your leave of absence began in
16 March 2004; correct?
17 A      Yes.
18 Q      And do you know how long
19 before that the meeting occurred?
20 A      We have meetings every night.
21 And, you know, it was one of those
22 meetings that was after the complaint.
23 Q      After your EEOC charge?

Page 57

1  A      Yes.
2  Q      Sometime between October and
3  March?
4  A      (Nodding affirmatively.)
5  Q      Is that a yes?
6  A      Yes.
7  Q      How many people were in that
8  meeting?
9  A      We probably have maybe between
10 20 — I'm not quite sure.
11 Q      Where in the store did the
12 meeting take place?
13 A      In the lay-a-way section.
14 Q      Do you remember the context
15 that the comment was allegedly made in?
16 A      What are you referring?
17 Q      What did Mr. Alexander say
18 just before he made the comment that
19 you're complaining about?
20 A      I really can't recall. He was
21 into the meeting having — well, he was
22 saying people dancing on the table and
23 stuff like that. He was making a lot of

**Page 58**

1  verbal statements. And all of a sudden
2  he made that statement. And I approached
3  him and asked him what he meant, and he
4  didn't have no response.
5  Q      Did Sherman Alexander make any
6  other comments that you thought were
7  derogatory towards you?
8  A      Well, he would — I can't say
9  word by word, but he would make
10  statements and then he would address,
11  "Huh, Ms. Ayers?" Or "Huh, Wanda?" Like
12  as if he was directing it to me. You
13  know, he would make a statement and then
14  he would say -- you know, he would call
15  out my name. He wouldn't call on anyone
16  else. So it was like he was addressing
17  that statement to me when he made it.
18  Q      What was the statement that he
19  was addressing towards you?
20  A      I can't recall word by word
21  but -- because if I say out of context he
22  would say I didn't say it like that. So
23  I don't recall all the conversations that

**Page 59**

1  he had.
2  Q      Do you recall any of the
3  conversations that he had that you found
4  to be derogatory?
5  A      The ones he made where
6  Louisiana women will mess you up. He
7  made that one. And he made other
8  statements that I cannot just put in
9  words. But when he would make them he
10  would — it was like -- well, I don't
11  want to assume. So that was basically
12  the one that I could remember.
13  Q      You indicated earlier that you
14  have children?
15  A      Yes.
16  Q      How many children do you have?
17  A      Four.
18  Q      How old is your oldest child?
19  A      30.
20  Q      How old is the youngest?
21  A      24.
22  Q      And do any of those children
23  live in Alabama?

**Page 60**

1  A      No.
2  Q      Do you have any relatives
3  living in Alabama?
4  A      I have a nephew that lives in
5  Alabama.
6  Q      Does he still live here?
7  A      He lives in Montgomery.
8  Q      What is his name?
9  A      Jermale Ayers.
10  Q      Is he employed?
11  A      No. He was in the Air Force.
12     THE COURT REPORTER: Can you
13  spell that name?
14  A      Jermale, J-E-R-M-A-L-E, Ayers.
15  Q      Do you have any family members
16  that are employed by Wal-Mart?
17  A      Not that I know of. My niece
18  worked there at one time, but she doesn't
19  work there now.
20  Q      Which Wal-Mart did she work
21  at?
22  A      In Montgomery.
23  Q      Have you ever been arrested

**Page 61**

1  before?
2  A      Never.
3  Q      Have you ever been in jail or
4  prison?
5  A      Never.
6  Q      Have you ever given a
7  deposition before?
8  A      Never.
9  Q      Have you ever testified at
10  trial as a witness?
11  A      Never.
12  Q      Have you ever sued anyone
13  other than Wal-Mart?
14  A      Never.
15  Q      Have you ever filed a charge
16  of discrimination against anyone other
17  than Wal-Mart?
18  A      No.
19  Q      Have you ever been sued?
20  A      No.
21  Q      Have you ever filed for
22  bankruptcy?
23  A      No.

**Page 62**

1 Q    Let me show you what I'm going
2 to mark as Defendant's Exhibit 5 and ask
3 you if that is a copy of the application
4 you filed with Wal-Mart before you
5 started working there?
6        (Defendant's Exhibit No. 5
         was marked for
7        identification.)
8 A    Yes.
9 Q    Is that a yes?
10 A    Yes.
11 Q    Looking at the second page
12 there, you indicate that prior to coming
13 to Wal-Mart you worked at LSU Medical
14 Center; is that right?
15 A    Right.
16 Q    That was in New Orleans?
17 A    Yes.
18 Q    And you worked in the computer
19 information area?
20 A    Yes.
21 Q    Why did you leave that
22 employment?
23 A    It was -- I was going to

**Page 64**

1 Q    That was also in computer
2 information?
3 A    Yes.
4 Q    And you worked from '93 to '96
5 at Orleans Public School; is that right?
6 A    Uh-huh.  Yes.
7 Q    In child nutrition?
8 A    Yes.
9 Q    You worked at Mt. Carmel Faith
10 Academy from 1987 to 1988; right?
11 A    Yes.
12 Q    As a classroom supervisor?
13 A    Yes.
14 Q    Is that a day care?
15 A    No.  It's a Christian school.
16 Q    Elementary school?
17 A    Well, it went up to 12th
18 grade.
19 Q    And you worked at St. Mark's
20 Day Care from '79 to '87; is that right?
21 A    That's correct.
22 Q    Is there anywhere else where
23 you were employed prior to going to work

**Page 63**

1 school out of town.
2 Q    That was when you left to go
3 to -- did you leave to go to Faulkner
4 University?
5 A    Yes.
6 Q    Why did you decide to go to
7 Faulkner?
8 A    Well, my God child told me
9 about -- well, Jermale Ayers told me
10 about it.  He attend -- it was a
11 Christian university.  And he told me
12 that I probably would like the
13 environment and the type of education
14 that you can get there.
15 Q    Had you started your education
16 somewhere else?
17 A    Yes.
18 Q    Where?
19 A    In New Orleans at Delgado and
20 Southern University.
21 Q    And you worked when you were
22 at Delgado Community College?
23 A    Yes.

**Page 65**

1 at Wal-Mart?
2 A    LSU.
3 Q    We talked about LSU Medical
4 Center; right?
5 A    Oh.  In Alabama?
6 Q    Anywhere.  Was there anywhere
7 else that you were employed before you
8 went to Wal-Mart?
9 A    Before?
10 Q    Before.
11 A    LSU was it.
12 Q    LSU and the others that we
13 just discussed; right?
14 A    Right.
15 Q    So before you came to Wal-Mart
16 you didn't have any retail experience; is
17 that correct?
18 A    No.
19 Q    My question wasn't very clear,
20 so I'm going to ask it again.  I think I
21 asked you is that correct and then you
22 said no.  Did you have any retail
23 experience before you came to Wal-Mart?

Page 66

1  A       Well, I had business
2  experience. I didn't have retail
3  experience.
4  Q       Did you have any management
5  experience before you came to Wal-Mart?
6  A       Yes.
7  Q       What management experience did
8  you have?
9  A       I managed my own business.
10 Q       And this was the business you
11 have in New Orleans?
12 A       Yes.
13 Q       And remind me of the name of
14 that company.
15 A       I had a nursery school and
16 Essence of You.
17 Q       What age is that for?
18 A       The nursery? It was for –
19 well, it depends on if the parent wanted
20 the child to attend the nursery. It was
21 like zero to after school care.
22 Q       When did you start that
23 company?

Page 67

1  A       '81.
2  Q       Were you doing that while you
3  were working at these other places?
4  A       Some of them. Usually I had
5  two jobs. But I don't think so. No, I
6  think I had the nursery right before --
7  right after I went to St. Mark's.
8  Q       So that would have been 1987
9  or '88?
10 A       Yeah.
11 Q       And did you continue to --
12 A       '89 -- it was about '89.
13 Around that time. I'm not sure.
14 Q       Did you continue to operate
15 your nursery school until you left to go
16 to Alabama?
17 A       No. When I went to school, I
18 wasn't full-time at the nursery, so I
19 closed the nursery. I started school in
20 '99 -- well, it was '96, I think. '96.
21 Q       At that time you closed your
22 nursery school?
23 A       Yeah.

Page 68

1  Q       Was the nursery school run in
2  your home, or did you have a separate
3  building for it?
4  A       It was part of the house, but
5  it was separate from the house.
6  Q       Did you have any employees?
7  A       I had someone that cooked and
8  someone that helped with the children.
9  Q       How many children did you keep
10 at a time?
11 A       It was like 7 to 14.
12 Q       You did not list Essence of
13 You on your employment application with
14 Wal-Mart; is that correct?
15 A       Right. Because it was just
16 being established before I left.
17 Q       Well, you worked there for 10
18 years before you came to Wal-Mart?
19 A       That was Christian Nursing
20 School. I was saying Essence of You and
21 the nursing school.
22 Q       I'm confused. So the nursery
23 school is not Essence of You?

Page 69

1  A       No.
2  Q       What is the nursery school?
3  A       Christian Nursery School.
4  Q       You didn't list that on your
5  employment application with Wal-Mart;
6  correct?
7  A       No. They just told me the
8  ones prior to that. They didn't have
9  space for it.
10 Q       It says on the application you
11 can attach additional sheets if
12 necessary, doesn't it?
13 A       Right. But it wasn't --
14 Q       But you didn't do that?
15 A       No. I think I had give them
16 my resume. I'm not sure. I think I had
17 give my resume to them, and it was on my
18 resume.
19 Q       Now, Essence of You is a
20 different business; right?
21 A       Yes.
22 Q       What is Essence of You?
23 A       Essence of You is a business

Page 70

1 that promotes entrepreneurship in every
2 area.
3 Q    How did it promote
4 entrepreneurship?
5 A    Well, we had a business office
6 that did portfolios, business plans.
7 Whatever a business probably would need
8 before going into business, we would set
9 up.
10 Q    When did you start that
11 business?
12 A    I would have to look at my
13 files to know the exact date. But I
14 don't want to quote a date that —
15 Q    It was when you were still in
16 New Orleans; right?
17 A    Yes.
18 Q    And how long did you operate
19 that business before you left New Orleans
20 to come to Alabama?
21 A    It was right before I left.
22 Q    So you started — you opened
23 up a business and then you left?

Page 71

1 A    Well, my education -- by me
2 working and trying to start a business
3 and go to school, my education was kind
4 of getting into a problem. So I had to
5 put something as a priority, so I put my
6 education first.
7 Q    Did the business continue to
8 run while you were gone?
9 A    Well, it stayed open, and I
10 tried to get the supervisor, which was
11 one of the managers but she moved out of
12 town, and that's when they closed.
13 Q    You had someone working for
14 you at your business?
15 A    Well, we was working together.
16 Q    Is this a friend of yours?
17 A    It was a relative.
18 Q    What is that relative's name?
19 A    Carolyn.
20 Q    What's Carolyn's last name?
21 A    Mase.
22 Q    So she continued to run the
23 business for some period of time after

Page 72

1 you left, and then she left town?
2 A    Yeah.
3 Q    Where did she move to?
4 A    To Washington.
5 Q    When you returned to New
6 Orleans you reopened Essence of You; is
7 that right?
8 A    That's what I was attempting
9 to do. Re-establish Essence of You.
10 Q    And did that happen? Did you
11 re-establish your business?
12 A    I'm currently working on it,
13 you know. It's just -- yes, I filed the
14 papers and everything. But it's getting
15 there.
16 Q    Are you working with a partner
17 this time?
18 A    No.
19 Q    Just you?
20 A    (Nodding affirmatively.)
21 Q    Is that a yes?
22 A    Yes.
23 Q    Are you making any money from

Page 73

1 your business?
2 A    No. It's a non-profit
3 organization, and I haven't established
4 funds from it yet.
5 Q    So you're not drawing a salary
6 at this time from Essence of You?
7 A    Not at this time.
8 Q    During the time that you were
9 working for Wal-Mart, did you work
10 anywhere else at the same time? Did you
11 work any second jobs?
12 A    Yes.
13 Q    Where did you work?
14 A    Advance Auto.
15 Q    What were you doing for
16 Advance Auto?
17 A    Inventory.
18 Q    How long did you work there?
19 A    Maybe six months.
20 Q    And why did you leave that
21 employment?
22 A    I had needed extra expenses to
23 pay for my college fees. And I worked as

Page 74

1   long as my fees were needed.
2   Q       You worked there until you
3   paid off your college fees?
4   A       Uh-huh.
5   Q       Is that a yes?
6   A       Yes.
7   Q       Did you leave there
8   voluntarily?
9   A       What do you mean?
10  Q       Was it your choice to leave
11  your employment with Advance Auto, or did
12  they terminate your employment?
13  A       Well, I -- they -- I requested
14  leave to go home, and when I came back,
15  they told me that I was laid off or
16  something. So I guess they terminated
17  me.
18  Q       When was it that you requested
19  leave to go home? When you say go home,
20  you mean to go to New Orleans?
21  A       Right.
22  Q       When was it that you requested
23  leave to go home?

Page 75

1   A       I don't remember the date
2   but --
3   Q       Excuse me?
4   A       I don't remember the date, but
5   it was for emergency purposes.
6   Q       Did you take a leave from
7   Wal-Mart during that time when you went
8   home?
9   A       I think it was around the days
10  that I had off. I'm not sure. I had two
11  days back to back off. And I had to go
12  see about some urgent emergency
13  situations at home.
14  Q       You don't recall when it was
15  that you left Advance Auto?
16  A       No.
17      The judge stated that if you needed
18  me to bring anything, you needed to refer
19  to it before they left. And so a lot of
20  stuff you asked me I don't have the
21  dates, the exact dates, with me.
22  Q       These are documents that
23  you've already produced to us; right?

Page 76

1   We've already requested documents.
2   A       No. I didn't put Advance Auto
3   in none of my documents.
4   Q       Well, it would have been
5   requested of you in our request for
6   production of documents. Do you remember
7   responding to Wal-Mart's request for
8   production of documents?
9   A       Uh-huh.
10  Q       Is that a yes?
11  A       I'm trying to figure out what
12  you're referring to.
13  Q       Let me show you what I'm
14  referring to. Let me show you what I
15  have marked as Defendant's Exhibit 6 and
16  ask you if that is your response to
17  Wal-Mart's request for production of
18  documents?
19          (Defendant's Exhibit No. 6
            was marked for
20          identification.)
21  A       Yes.
22  Q       Look at Number 6, which is on
23  page 2 of that document.

Page 77

1   A       (Witness complies.)
2   Q       See there where it says, "All
3   documents that reflect or relate to the
4   terms, conditions or benefits of
5   employment with any person or entity that
6   employed you or with whom you sought
7   employment from 2000 to the present."
8   A       Right.
9   Q       Wouldn't that include Advance
10  Auto?
11  A       Yeah, it probably would.
12  Q       Okay. Why don't you get those
13  documents together and put them in the
14  mail to me.
15  A       Okay. Um --
16  Q       Are there any other documents
17  that you did not bring with you today
18  that you have not produced to us that are
19  related to your lawsuit?
20  A       Nothing that you didn't
21  request before the 11th. You didn't
22  request anything before the 11th.
23  Q       We sent you a request for

**Page 78**

1　production of documents that you
2　responded to.
3　A　　Yes. But I'm talking about
4　what the judge stated that if you needed
5　me to bring anything today that you would
6　have to inform me by the 11th.
7　Q　　Well, what I'm asking you is
8　—
9　A　　No. Nothing else.
10　Q　　Everything that we asked for
11　in this request for production, besides
12　your Advance Auto documents, you already
13　produced?
14　A　　Everything is there.
15　Q　　You didn't make any tape
16　recordings of anybody while you were at
17　Wal-Mart; correct?
18　A　　Pardon?
19　Q　　You didn't make any tape
20　recordings of any conversations you had
21　while you were at Wal-Mart?
22　A　　I — no.
23　Q　　Did you make notes or keep a

**Page 79**

1　diary about all of this while you were
2　working at Wal-Mart?
3　A　　I did on my computer. And
4　when they broke in my house, it was
5　erased off of there.
6　Q　　Who broke in your house?
7　A　　I don't know.
8　Q　　When was your house broken
9　into?
10　A　　Well, all I know is that
11　documents was erased off of my computer.
12　And it never happened until I moved to
13　Alabama. But I can't remember.
14　Q　　Did you have signs that your
15　house had been broken into?
16　A　　Just items that were Wal-Mart
17　related was erased off of my computer.
18　Q　　And when did that occur?
19　A　　I don't know the date.
20　Q　　Give me an approximation.
21　A　　I really don't know right
22　offhand. I would have to probably look
23　at my computer log and see if it would

**Page 80**

1　come up but --
2　Q　　What kind of computer log are
3　you talking about?
4　A　　I'm saying if it would still
5　be on my computer where, you know -- I
6　don't know if that's possible that showed
7　when the stuff was -- I don't remember
8　the exact date. But all the stuff that I
9　had typed in and made records in was
10　erased off of my computer. And I only
11　knew two people that had access to my
12　house.
13　Q　　And who were those two people?
14　A　　Alphonso Clark and Danny
15　Doran.
16　Q　　Did you file a police report
17　relating to the information that was
18　taken off of your computer?
19　A　　No, because it couldn't be
20　recovered. And I called my sister — I
21　tried to recover it, but I couldn't.
22　So --
23　Q　　Did you ever ask Alphonso

**Page 81**

1　Clark if he erased things off your
2　computer?
3　A　　I didn't approach Alphonso
4　after the threat.
5　Q　　This is sometime after the
6　January incident?
7　A　　Yeah.
8　Q　　Did you ask Danny Doran if he
9　took stuff off your computer?
10　A　　No, I didn't.
11　Q　　I want to show you what I'm
12　going to mark as Defendant's Exhibit 7
13　and ask you if that is a request for
14　leave of absence form that you filled out
15　while you were working for Wal-Mart?
16　　　　(Defendant's Exhibit No. 7
　　　　was marked for
17　　　　identification.)
18　A　　Yes.
19　Q　　You filled that out on March
20　22nd, 2004; is that right?
21　A　　Uh-huh.
22　Q　　Is that a yes?
23　A　　Yes.

Page 82

1  Q       Your request was granted on
2  March 23rd, 2004; right?
3  A       Correct.
4  Q       And you took the leave — you
5  wrote, "Mother is currently ill in the
6  hospital. Once she comes home she would
7  need someone to care for her." Is that
8  right?
9  A       Right.
10 Q       Was your mother living in New
11 Orleans at that time?
12 A       My mother was at my house, and
13 she took sick.
14 Q       So your mother was here?
15 A       Right.
16 Q       Did she go to the hospital
17 here in Alabama?
18 A       No. I had to bring her home
19 because she --
20 Q       When you wrote, "Mother is
21 currently ill in the hospital," was she
22 in the hospital here, or was she in the
23 hospital in New Orleans?

Page 83

1  A       I brought her home to the -- I
2  brought her home on my -- when she took
3  sick, I brought her home. And I came
4  back and went to work.
5  Q       I'm confused. Help me out
6  here. Your mother was in the hospital;
7  correct?
8  A       My mother was here. She took
9  sick.
10 Q       When you wrote on here, mother
11 was --
12 A       Okay.
13 Q       Let me ask the question and
14 then answer me, okay.
15 A       Okay.
16 Q       "Mother is currently ill in
17 the hospital." Was your mother in the
18 hospital at any time?
19 A       Yes.
20 Q       Where was she in the hospital?
21 Is that here or in New Orleans?
22 A       She was in New Orleans.
23 Q       You took some time off, went

Page 84

1  down to New Orleans, got your mother and
2  brought her back; right?
3  A       No.
4  Q       Well, did your mother come
5  here, or did you go there?
6  A       My mother was here with me.
7  Q       Okay.
8  A       And due to all of the
9  situation and stress and strain, you
10 know, with all the problems that I
11 started having, all of a sudden it was
12 too much for her and she just -- the
13 doctors told her don't get upset.
14 Because when she gets upset, she gets a
15 nervous stomach, and it makes her really
16 ill. So she got really ill out here and
17 I had to bring her home to go to the
18 doctor.
19 Q       So when you filled this form
20 out, was that after you came back from
21 bringing her to New Orleans?
22 A       Right.
23 Q       I got it now. So your mother

Page 85

1  is in Alabama, she becomes ill, you take
2  her to New Orleans?
3  A       Right.
4  Q       Leave her there and come back
5  and request a leave of absence so you can
6  go home to New Orleans to take care of
7  your mother?
8  A       Right.
9  Q       Got ya. March 22nd was when
10 you came back from taking your mom to New
11 Orleans?
12 A       Right.
13 Q       Okay. When you came back and
14 requested this leave, did you work for
15 any time before you took the leave?
16 A       Yes.
17 Q       How long did you work before
18 you took the leave? I guess you would
19 take maybe a day or two to take your
20 mother home? You took off, is that
21 right, before the 22nd?
22 A       Right. I don't know if I took
23 off from work. I either had a day off or

**Page 86**

1 I took her -- by me working overnight, I
2 took her during that day and just drove
3 back. But I worked -- because she
4 came -- she was staying with me -- I
5 think it was November of that previous
6 year until the time she took sick.
7 Q    So your mother had been living
8 with you from November to the time she
9 took sick? To the time of March of 2004?
10 A    Yes.
11 Q    So your mother was there
12 during all this time that people were
13 breaking into your house and wiping out
14 your computer and all that?
15 A    No. She was there -- well,
16 she came down after Christmas. But all
17 that started was like after October.
18 Q    I thought you said it was
19 after the threat, which was in January?
20 A    She wasn't -- I brought her
21 home after Christmas -- well, not after
22 Christmas. I brought her home when she
23 took sick. I have to get the dates.

**Page 87**

1 But she came down for Christmas. She
2 went home, and then my sister and them
3 brought her back because I had Christmas
4 celebration at my house. And all my
5 family was there for Christmas.
6 But she took sick at my house, and I
7 had to bring her home. But she wasn't
8 there when they broke in my house. The
9 situation started right after the EEO
10 (SIC) complaint and all of the situations
11 at Wal-Mart.
12 And I don't know the exact date but
13 she was -- she came down -- she was there
14 November. I think I had to bring her
15 home in January -- around January. I
16 think it was around -- it was around
17 January. And she went to the hospital
18 and they put her in the hospital, and
19 that's when I requested leave. So I
20 worked from January until March.
21 Q    And when you came back to fill
22 out this leave of absence request, how
23 long did you work? About a week?

**Page 88**

1 A    From January to March?
2 Q    No. I'm talking about
3 beginning March 22nd when you filled out
4 this form did you work any?
5 A    A week --
6 Q    Did you work any more days
7 between then and I guess your leave began
8 on April 1st, 2004? Did you work some
9 days between March 22nd and April 1st?
10 A    I worked up to the leave.
11 Q    Which was April 1st; right?
12 A    Right.
13 Q    So you worked some days
14 between March 22nd and April 1st; is that
15 correct?
16 A    Right.
17 Q    And then you didn't work
18 anymore after April 1st because you were
19 on a leave?
20 A    Right.
21 Q    Do you know when the last day
22 was that you worked at Wal-Mart?
23 A    The exact date?

**Page 89**

1 Q    Correct.
2 A    No.
3 Q    And your leave expired August
4 1st, 2004; is that right?
5 A    Yes.
6 Q    And you didn't return to work
7 at that time?
8 A    I called and talked to
9 Shannon.
10 Q    That's correct that you didn't
11 return to work?
12 A    No, I didn't come back.
13 Q    Did you submit another leave
14 request form?
15 A    No. I talked to Shannon over
16 the phone.
17 Q    What conversation did you have
18 -- this is Shannon Mozer, the store
19 manager?
20 A    Yes.
21 Q    When did Shannon become the
22 store manager?
23 A    I think before then. I really

**Page 90**

1  don't know.
2  Q      In any event, you say you
3  claim you talked to Shannon?
4  A      Yes.
5  Q      When was that?
6  A      I submitted a phone —
7  Q      Why don't you show me. This
8  is what you submitted for your summary
9  judgment, but it doesn't have this in it.
10  So it's everything else that you gave us.
11  Is it in there?
12  A      How many hours has it been?
13  Q      We'll take a break in about
14  five minutes to go feed the meter. What
15  time did you park your car? A little
16  before 9:00?
17  A      Yeah.
18  Q      Well, it's 10:35. If we wait
19  a few more minutes, you should be about
20  right.
21       You just handed me a paycheck.
22  A      That's the time — the date
23  that I called Ms. Mozer.

**Page 91**

1  Q      You claimed that you called
2  Shannon on August 10th; is that right?
3  A      Yes.
4  Q      There's two calls on that day?
5  A      Right. They hung up, and I
6  called back and asked for her. I didn't
7  get to speak to her until I called my
8  sister and my sister called, and that's
9  when they answered the phone. But when I
10  called personally from my number, I got
11  hung up on.
12  Q      You're not claiming you're the
13  only person that has ever gotten hung up
14  on calling to Wal-Mart, are you?
15  A      No, no, not at all. But
16  that's not what I'm saying. I'm saying
17  that every time I called it was a
18  situation like that.
19  Q      Who do you think was hanging
20  up on you?
21  A      I really don't know. And I
22  think everybody at Wal-Mart knew what was
23  going on over there. So it really didn't

**Page 92**

1  matter. It was at Wal-Mart that I
2  called, and I was calling to speak with
3  management.
4  Q      Do you know who answered the
5  phone and hung up on you?
6  A      It could have been any
7  associate.
8  Q      But you don't know?
9  A      I wasn't there.
10  Q      What number were you calling
11  from?
12  A      My mother's home.
13  Q      Would the people at Wal-Mart
14  know your mother's home phone number?
15  A      I really don't know if the
16  store has caller ID or not. But I know
17  that most of them are familiar with my
18  voice.
19  Q      What did you say when they
20  answered the phone?
21  A      I asked to speak with
22  management at first. And then I called
23  back and asked to speak with Shannon.

**Page 93**

1  Q      And both times they just hung
2  up the phone?
3  A      Yes.
4  Q      So neither of these — these
5  are the two calls that both were
6  hang-ups?
7  A      Well, yeah. I think — I know
8  when my sister called at her house -- I
9  don't have her phone log because she
10  didn't request it. But when she
11  called -- well, I spoke to Shannon on one
12  of those calls.
13  Q      I thought they hung up on you
14  twice?
15  A      They hung up on me when I
16  called -- well, there were other phone
17  calls. I just got that one because
18  that's the one that I spoke to Shannon.
19  Q      The other calls don't show up
20  on your phone bill?
21  A      That one I was using to record
22  when I called after my leave. Other
23  times I called to speak to management

Page 94

1  wasn't in regard to my leave.
2  Q     Why are those calls not on
3  your phone bill?
4  A     Pardon me?
5  Q     Why are those calls not on
6  your phone bill?
7  A     Because they were calling
8  either from my sister's house or from my
9  daughter's cell phone or something like
10 that.
11 Q     So on one of these two calls
12 on August 10th, you actually claim that
13 you talked to Shannon?
14 A     Yes.
15 Q     Was it the second call or the
16 first call that shows up on this?
17 A     I don't really recall.  It
18 probably was the second one after they
19 hung up.
20 Q     The first time you call they
21 hung up.  You called back a second time
22 and they connected you to Shannon?
23 A     Yeah.

Page 95

1  Q     You talked to Shannon for one
2  minute?
3  A     I guess so.  That's what the
4  statement said.
5  Q     And what conversation did you
6  have in that one minute?
7  A     I informed her that my mother
8  was still ill and I needed more time and
9  I would request my vacation pay and sick
10 leave.  And I asked her could they mail
11 it.  And that's when she mailed me that
12 check, which that check was already
13 there.
14 Q     What do you mean that check
15 was already there?
16 A     That was a check that -- left
17 there when I left.
18 Q     That was a check for the last
19 day that you worked; right?
20 A     Right.
21 Q     What was Shannon's response to
22 your request?
23 A     She took down the address

Page 96

1  where to mail the check to, and she hung
2  up.  There was no, you know -- no
3  response.
4  Q     Did she mail you the check?
5  A     Yes.  She wrote the -- but she
6  didn't mail me the vacation check that I
7  requested.
8  Q     She mailed you your last
9  paycheck?
10 A     Right.
11 Q     Now, did you receive -- I'm
12 not going to mark this document, but I'm
13 going to show you a document, Bates
14 Number 00153.  Did you receive a copy of
15 that document?
16 A     No, I haven't received it.
17 Q     After your conversation with
18 Shannon that you claim you had on August
19 10th, did you have any other
20 conversations with Shannon Mozer?
21 A     No.  None that I recall.
22 Q     Did you have any other
23 conversations with anyone else in

Page 97

1  management at Wal-Mart?
2  A     No.  Everything was going
3  through the attorneys.  They told me to
4  speak with the attorneys.
5  Q     What attorneys?
6  A     You all.
7  Q     You're talking about with
8  regards to your lawsuit?
9  A     Regards to anything.  They
10 just didn't want to have any conversation
11 with me.
12 Q     But you didn't have any other
13 conversation with anybody at the store?
14 A     No.
15 Q     You didn't have any
16 conversation or communication with anyone
17 regarding your leave of absence?
18 A     Not after that.
19 Q     Did you have any understanding
20 of -- strike that.  When you talked to
21 Shannon Mozer on the 10th of August, did
22 you tell her how long you thought you
23 might be out?

Page 98

1  A       I wasn't sure how ill -- I
2  wasn't sure. And, you know, I didn't
3  know because I didn't know how the
4  illness was going to --
5  Q       **What illness did your mother**
6  **have?**
7  A       She had severe -- I don't know
8  what you call it. It was like nervous
9  tension in her stomach and she kept -- it
10 was just like she was throwing up her
11 guts because her stomach was so nervous,
12 you know. The doctor told her don't get
13 upset. Don't let anything upset her
14 but --
15 Q       **Has she recovered from her**
16 **illness?**
17 A       She hasn't been having stomach
18 problems like that, no. She have her
19 other normal illness, but nothing like
20 that.
21 Q       **Not something that**
22 **necessitated a leave of absence on your**
23 **part?**

Page 99

1  A       Right.
2  Q       **At what point did your**
3  **mother's condition improve to the point**
4  **where you could return to work, or has it**
5  **improved yet to that point?**
6  A       Well, the -- she -- her
7  doctor's statement -- is when the doctors
8  released her illness -- let's see if I
9  have a date. I have a date -- but I was
10 requesting that -- you can strike that.
11 Let's see where -- here it goes right
12 here. The last one on this -- but when
13 she was released, she was very weak from
14 all the gurgitating (SIC).
15        This was in October of 2004. The
16 last one I think that was here -- no,
17 December.
18 Q       **So you think she was released**
19 **in December, 2004?**
20 A       I'm not sure that's the exact
21 date, but that's the date of this
22 doctor's statement.
23 Q       **What I'm trying to figure out**

Page 100

1  **is at what point did your need for a**
2  **leave of absence end?**
3  A       When my mother recovered at
4  home. A couple of months after December
5  and that was -- maybe you know.
6  Q       **February 2005? Does that**
7  **sound right?**
8  A       Yeah, because I request --
9  because she was still there, and I
10 requested unemployment in January and I
11 was ready to return to work and Wal-Mart
12 said that they didn't have a position
13 available.
14 Q       **When was that that you were**
15 **ready to return to work? In January**
16 **you're saying?**
17 A       Right.
18 Q       **2005?**
19 A       Wait.
20 Q       **Is that correct?**
21 A       Well, two months after my
22 mother went home, because she was still
23 weak in January, and she was, you know,

Page 101

1  better in February so.
2  Q       **You think more like February**
3  **you were ready to return to work?**
4  A       Yeah.
5  Q       **At that point you learned that**
6  **your job was no longer available at**
7  **Wal-Mart?**
8  A       Right.
9  Q       **Did you plan to return to**
10 **Alabama at that time?**
11 A       If I had no other choice
12 because I didn't have another job at the
13 time. So if I had no other choice, I
14 would have returned.
15 Q       **Have you applied for**
16 **employment anywhere since leaving**
17 **Wal-Mart?**
18 A       Yes.
19 Q       **Where have you applied?**
20 A       I applied at several Wal-Marts
21 that were newly opening in New Orleans.
22 I applied at some hotels -- well, the
23 Ritz is one of them. And I applied at --

(Pages 102 to 105)

27

Page 102

1  it's Acom Organization. I had
2  applications for which I have to submit.
3  But I went into the office at Children's
4  Hospital.
5  Q      And anywhere else that you
6  applied?
7  A      On-line, but I don't remember
8  all the applications. When I first went
9  home, I was looking on-line. I applied
10 for forensic science. I don't know if
11 the application I applied for like Suno
12 had an opening for human resource
13 management, the degree that I have, and
14 it was on-line.
15      (Brief recess was taken.)
16 Q      Other than the places you told
17 me, is there anywhere else that you
18 applied for employment after you left
19 Wal-Mart?
20 A      Not that I can recall.
21 Q      What reason did you give for
22 leaving Wal-Mart when you applied for
23 these other places?

Page 103

1  A      I still had it current.
2  Q      Okay. When did you apply at
3  the Ritz?
4  A      Um --
5  Q      Let me just ask it this way:
6  Were all of these applications after
7  February 2005 when you were able to
8  return to work?
9  A      No. It was after -- it was
10 during the leave.
11 Q      It was during the leave?
12 A      Right.
13 Q      So during that period you
14 could work, you just couldn't come back
15 to Alabama to work? You had to stay in
16 New Orleans; is that right?
17 A      I was looking and --
18 Q      But am I correct in saying
19 that while you were on the leave you were
20 able to work, you just couldn't work in
21 Alabama? You needed to be in New
22 Orleans?
23 A      No. I couldn't work -- I was

Page 104

1  looking for work.
2  Q      But you wouldn't have been
3  able to take a job until February because
4  you needed to care for your mother?
5  A      That's what we was going to
6  discuss. What would be the possibility
7  if I had to -- you know, if my mother was
8  ill, then I had to be home. I was going
9  to discuss the possibility -- what I was
10 looking for different options over the
11 net. And I'm always looking. So I was
12 looking at that time.
13 Q      I guess my question, though,
14 is am I correct that you would not have
15 been able --
16 A      I couldn't work --
17 Q      Let me finish the question,
18 because we're both talking and she can't
19 get us down.
20      Am I correct that you could not take
21 a job until February 2005?
22 A      Right.
23 Q      What Wal-Marts did you apply

Page 105

1  at?
2  A      There was a Super Wal-Mart
3  opening up in Chappitila in New Orleans,
4  and I applied for the one that's in New
5  Orleans East. I spoke to the manager. I
6  can't remember his name. I remember his
7  face. Someone told me there were
8  positions open, and I spoke to him and he
9  said there was none open. And that's the
10 two that I went to and they currently
11 have none -- and the one that I went
12 uptown kept telling me to come back, and
13 I kept going back.
14 Q      They didn't have anything
15 available?
16 A      Well, they had a new store
17 so -- but they just said that I couldn't
18 speak to the manager, that he was busy.
19 Kept going like that.
20 Q      Do you know whether any of
21 these Wal-Marts that you applied knew
22 about the EEOC charge you filed against
23 the Auburn Wal-Mart?

**Page 106**

1   A       Well, from my experience of
2   working at Wal-Mart, when situations
3   happen by me being a stockholder they
4   share what's going on with the company.
5   So I really can't say offhand that they
6   knew. But I assumed that they knew
7   because we knew a lot of things that was
8   going on with the company.
9   Q       Did you know about EEOC
10  charges that were filed by folks from
11  other stores?
12  A       We knew about the Federal --
13  the illegal -- what do you call it?
14  Illegal aliens working.
15  Q       But that was in the national
16  media; right?
17  A       No.  Before it hit the media.
18  You know, before they did the settlement
19  and all that.  When I was working at the
20  store, that's when I -- they discussed
21  it.
22  Q       Do you know how many EEOC
23  charges are filed against Wal-Mart in the

**Page 107**

1   United States every year?
2   A       No, I really don't.
3   Q       Do you know of anyone other
4   than you who filed a charge of
5   discrimination against Wal-Mart?
6   A       Well, when I went home when I
7   was searching the net, that one example
8   came up.
9   Q       The class action?
10  A       Yeah.
11  Q       Other than that, do you know
12  of any other EEOC charges or employment
13  related lawsuits against Wal-Mart?
14  A       I don't know personally.
15  Q       Did anybody at any New Orleans
16  Wal-Mart that you applied at say anything
17  to you about your EEOC charge or your
18  lawsuit?
19  A       Really, the first place I went
20  I didn't ever get to speak to the
21  manager.  The people just kept -- but the
22  one in the east, you know, the associates
23  was telling me that they had positions

**Page 108**

1   available.  When I asked the manager, he
2   was telling me they didn't have nothing.
3   I had to take his word one way or the
4   other.
5   Q       My question was --
6   A       No, they didn't say nothing
7   directly to me.
8   Q       Okay.  Are you currently
9   employed?
10  A       No, I'm not.  I'm just trying
11  to re-establish my company.
12  Q       At this point are you planning
13  on working for your own company as
14  opposed to getting employment elsewhere?
15  A       Well, no one that I applied to
16  after February has called me.  So if the
17  company comes up to be profitable where I
18  could live off of that, yes.  If an
19  applicant will call me for my application
20  and I'll -- but --
21  Q       What was the last application
22  that you filled out?
23  A       Acorn.

**Page 109**

1   Q       When was that?
2   A       Maybe a week ago.
3   Q       What position were you
4   applying for?
5   A       I think they said they had --
6   I think it was some kind of manager
7   position.  They do a lot of public
8   outreach stuff.
9   Q       Did you fill out applications
10  in any of the Wal-Marts that you talked
11  to?
12  A       No, because they either
13  wouldn't talk to me or they stated that
14  they didn't have any.
15  Q       Are you familiar with
16  Wal-Mart's leave of absence policy?
17  A       Well, I'm familiar of how they
18  handle it if you need an extension you
19  can request it.
20  Q       And when you filled out your
21  leave request form, did you read the form
22  that you filled out?
23  A       Not at the time, because I was

**Page 110**

1  more concerned about getting it and
2  getting my mother cared but --
3  Q       Do you see right there above
4  your signature where it says, "I
5  understand that if I fail to return to
6  work or request an extension of leave by
7  the return date stated above my associate
8  benefits will be subject to forfeiture
9  and the company will have no further
10 obligation to continue my employment"?
11 Do you see where it says that?
12 A       Okay. Are you saying I have
13 read and understand?
14 Q       Right. You see that sentence
15 there where it says, "I understand that
16 if I fail to return to work" and it goes
17 on from there?
18 A       Uh-huh.
19 Q       Is that a yes?
20 A       Yes. I called and I didn't
21 get a written extension, but I called in
22 and I requested my benefits before I was
23 terminated, and I didn't get those.

**Page 111**

1  Q       Well, my question is: Did you
2  understand that to be Wal-Mart's policy,
3  that if you don't either return to work
4  or request an extension of leave, that
5  your benefits are subject to forfeiture
6  and the company is not obligated to
7  continue your employment?
8  A       Right.
9  Q       Do you know how long your
10 associate benefits continued after you
11 began your leave of absence?
12 A       What was stated in the
13 courtroom is that I was still employed
14 and on payroll as of January the 25th.
15 Q       My question was: What was the
16 situation with your benefits? Were you
17 still receiving benefits from Wal-Mart
18 during that period of time?
19 A       What kind of benefits?
20 Q       Well, when you were working as
21 an associate at Wal-Mart actively at
22 work, did you participate in Wal-Mart's
23 health plan?

**Page 112**

1  A       I had discontinued that before
2  I left.
3  Q       You discontinued that before
4  you took your leave of absence?
5  A       Right.
6  Q       Just because you didn't want
7  to pay for it?
8  A       Right.
9  Q       So the time that you actually
10 took your leave of absence were you
11 receiving any benefits from Wal-Mart?
12 A       Other than what was stated on
13 my check that I had earned the vacation
14 pay and sick pay.
15 Q       Do you know the name of any of
16 the people that you talked to at any of
17 the Wal-Marts in New Orleans that you
18 applied at or talked to about applying?
19 A       I spoke with the store manager
20 in New Orleans. I don't know his name,
21 but it was the store manager.
22 Q       And he told you he didn't have
23 anything available?

**Page 113**

1  A       Right.
2  Q       What about the one on
3  Chappitlla Street?
4  A       No. He just kept giving me
5  the same statement, that the store opened
6  and the position was --
7  Q       So you didn't actually speak
8  to a manager there?
9  A       No. Associates.
10 Q       Now, you worked at Auburn
11 store 356; right?
12 A       Right.
13 Q       And you were hired November
14 15th, 2001?
15 A       Right.
16 Q       You were hired as an overnight
17 stocker?
18 A       Yes.
19 Q       Did you work as an overnight
20 stocker the entire time that you worked
21 at that store?
22 A       Yes.
23 Q       And your hours were generally

Page 114

1   what?
2   A       When I started, I was in
3   school and I needed Mondays off.  So that
4   was mandatory Mondays, and whatever day I
5   guess.
6   Q       What hours were you working?
7   A       10:00 to 7:00.
8   Q       Did you keep that same
9   schedule the whole time you were working
10  for Wal-Mart?
11  A       Yes.
12  Q       Do you know how long it was
13  that you needed Mondays off?
14  A       Until I graduated.
15  Q       In 2002?
16  A       Yes.
17  Q       Were there any other days that
18  you needed off because of your school
19  schedule?
20  A       Yes.  I needed to take exams.
21  Q       So there were other times you
22  had to ask to take some time off?
23  A       Right.

Page 115

1   Q       Did Wal-Mart generally
2   accommodate your school schedule?
3   A       The majority of the time, yes.
4   Q       Did you interview with someone
5   when you were hired at Wal-Mart?
6   A       Yes.
7   Q       Who was that?
8   A       Sherman.
9   Q       I'm sorry?
10  A       Sherman Alexander.
11  Q       And was Sherman the assistant
12  manager at that time also?
13  A       I assume so.
14  Q       Do you know what age Mr.
15  Alexander is?
16  A       Not right offhand.
17  Q       Do you know whether he's older
18  or younger than you?
19  A       He's about in the same age
20  range.
21  Q       Do you know who was
22  responsible for hiring you?
23  A       I spoke with Sherman

Page 116

1   Alexander.  I assumed the store manager
2   approved the application.
3   Q       Did you interview with anyone
4   other than Sherman?
5   A       No.
6   Q       At the time that you were
7   hired you were paid 6.50 an hour?
8   A       Yes.
9   Q       By the time you left you were
10  making 7.77 an hour?
11  A       Yes.
12  Q       So you received several raises
13  over the course of your employment?
14  A       Yes.
15  Q       At the time you were hired
16  Tuesday Crawford was the store manager?
17  A       Yes.
18  Q       What race is Tuesday?
19  A       Caucasian.
20  Q       Do you know what age she is?
21  A       I assume she may be younger
22  than me.
23  Q       Not sure?

Page 117

1   A       I'm not sure.
2   Q       Do you recall when Tuesday
3   left as store manager and Shannon Mozer
4   become the store manager?
5   A       I don't know the exact time,
6   but I was working there when it happened.
7   Q       Was it before or after your
8   EEOC charge?
9   A       It was during the time of —
10  Q       That same time frame?
11  A       Yes.
12  Q       What race is Shannon Mozer?
13  A       She's Caucasian.
14  Q       Do you know what age she is?
15  A       She's probably close range or
16  younger than me.  I'm not sure about
17  that.
18  Q       You're not certain.
19  A       No, I'm not certain.
20  Q       Other than Tuesday Crawford
21  and Shannon Mozer and Sherman Alexander,
22  what other managers were at that Wal-Mart
23  during your employment?  Salaried

(Pages 118 to 121)

31

Page 118

1  managers?
2  A      On my shift or at the store?
3  Q      Well, let's start with on your
4  shift.  Who was over your shift?
5  A      I had several.  They rotated.
6  Q      Okay.
7  A      It was Robert Claiborne,
8  Steven -- I don't know --
9          MR. ALEXANDER: Zimmer.
10  A      Zimmer.  John.  I don't know
11  his last name.  Jeff --
12          MR. ALEXANDER: Jeff?  That
13  would be Gene Austin, I think his last
14  name is.  John?  I can't recall John's
15  last name.
16  A      Josephine worked with me.
17  Norman.  The new guy that was working, I
18  don't know his name, but he started right
19  before I left.  And I don't recall his
20  name, but he was African American.  He
21  was transferred in -- I don't recall his
22  name.  He had just started right before I
23  took a leave.

Page 119

1  Q      And all these people that you
2  listed were assistant managers?
3  A      Yes.
4  Q      And it was your understanding
5  that assistant managers might work
6  overnights for some period of time and
7  then they'd rotate onto the day shift and
8  someone else would come in; is that
9  right?
10  A      Right.
11  Q      What race was Norman?
12  A      He was African American.
13  Q      Do you know what age he was or
14  is?
15  A      He might be close -- he might
16  be in his late forties.
17  Q      How old are you?
18  A      I'm 47.
19  Q      What is your date of birth?
20  A      7-25th-58.
21  Q      Tell me again.
22  A      7-25-58.  46.
23  Q      What race is Josephine?

Page 120

1  A      She's African American.
2  Q      What age is she?
3  A      She's probably in her forties.
4  Q      What about Jeff Austin, what
5  race is he?
6  A      He's Caucasian.
7  Q      Do you know what age he is?
8  A      In his early forties -- I
9  don't know.  I really don't know.
10  Q      Let me ask you this:  Do you
11  know for certain the age of any of
12  Wal-Mart's managers?
13  A      The actual age?
14  Q      Correct.
15  A      No.
16  Q      What race was John?
17  A      He was Caucasian.
18  Q      Robert Claiborne was African
19  American?
20  A      Yes.
21  Q      What about Steven Zimmer?
22  A      He was Caucasian.
23  Q      And during --

Page 121

1  A      Excuse me.  John was the
2  youngest one I noticed between John and
3  Robert Claiborne.
4  Q      And how old would you say John
5  probably was?
6  A      Probably in his late twenties.
7  Q      What about Robert?
8  A      He was in his early thirties.
9  Q      Is it fair to say that most of
10  the assistant managers in the store were
11  in their forties?
12  A      The ones that had been there
13  for some time, yes.
14  Q      The ones that were over you?
15  A      No.  The ones that had been in
16  that position for a while, you know, over
17  four or five years, they were over 40.
18  Q      There were other assistant
19  managers in the store that weren't on
20  overnights; correct?
21  A      Right.
22  Q      That aren't included in this
23  group; is that right?

Page 122

1  A    Right.
2  Q    Do you recall any of those
3  assistant managers?
4  A    Some of them.
5  Q    Which ones do you recall?
6  A    I think her name is Jessica
7  Smith. I can't think of his name. He
8  was a Caucasian, young — these are some
9  of the people that had just got the
10 position.
11 Q    People who were promoted while
12 you were there?
13 A    Yes. This young — I don't
14 know her name. She's a young black girl.
15 I probably spoke to them, or you know,
16 they might have gave me some things to
17 do, but I don't remember their names
18 right off.
19 Q    Okay. And was your direct
20 supervisor in the position that you held,
21 the overnight stocker position, would
22 that have been the assistant manager who
23 was over overnights?

Page 124

1  A    Between his early and late
2  thirties.
3  Q    What about Heath Alan?
4  A    In his early, middle twenties.
5  Q    And Don Bost was your district
6  manager?
7  A    Regional, I think. District.
8  Q    Not sure either district or
9  regional?
10 A    He was --
11 Q    He was the next step up from
12 the store?
13 A    Yes.
14 Q    Was he in that position the
15 whole time that you were working for
16 Wal-Mart?
17 A    Yes.
18 Q    He's Caucasian?
19 A    Yes.
20 Q    Do you know what age he is?
21 A    Not offhand, no.
22 Q    Now, the management training
23 program application during the period

Page 123

1  A    Yes.
2  Q    Was there a support manager on
3  overnights?
4  A    There was -- were a couple of
5  them that I can recall.
6  Q    Do you recall who they were?
7  A    Jimmy Jackson and Heath Alan.
8  And I don't know if this guy was a young
9  manager or was a support manager, but he
10 wasn't there long, so I don't remember
11 his name.
12 Q    And the support manager was an
13 hourly associate position; right?
14 A    Yes. Until they were promoted
15 or accepted into a training program.
16 Q    But not all support managers
17 were accepted into the training program?
18 A    No.
19 Q    What race was Jimmy Jackson?
20 A    He's African American.
21 Q    What race is Heath Alan?
22 A    He's Caucasian.
23 Q    What age is Jimmy Jackson?

Page 125

1  that you applied, those were done on the
2  computer; right?
3  A    Yes.
4  Q    There were certain hourly
5  positions that were posted in the store;
6  is that correct?
7  A    Yes.
8  Q    Do you recall which hourly
9  positions were posted?
10 A    No.
11 Q    Did you ever post for any —
12 and I'm not talking about your management
13 program application. I'm talking about
14 the posted positions. Did you ever sign
15 up for any of those positions while you
16 were working at Wal-Mart?
17 A    While I was looking for a
18 management position in a range where it
19 would be beneficial as far as income.
20 And no, I didn't apply for a salary -- I
21 mean, an hourly management.
22 Q    And other than the management
23 training program, did you ever ask to

Page 126

1  move into any other position than the one
2  you were in?
3  A      No. I don't think so.
4  Most --
5  Q      Do you — I'm sorry?
6  A      Most hourly supervisors made
7  almost as much as I made. I was
8  comfortable where I was at. I wanted to
9  advance into a position that would give
10  me a better pay range.
11  Q      Now, you claim that you were
12  not placed in the management training
13  program because of your race and your
14  age; is that correct?
15  A      That's correct.
16  Q      At what point in your view
17  were you qualified for the management
18  training program?
19  A      When I applied at the store.
20  Q      Early 2003?
21  A      Uh-huh.
22  Q      Is that a yes?
23  A      Yes.

Page 127

1  Q      And what is it in your opinion
2  that made you qualified for the
3  management training program?
4  A      My experience and my
5  education.
6  Q      When you say your experience,
7  you mean your experience at Wal-Mart?
8  A      No. My previous experience.
9  Work experience.
10  Q      Now, you first applied for the
11  management training program — you first
12  sat down at the computer and filled out
13  the application on February 27th, 2003;
14  does that sound accurate to you?
15  A      Around about that time.
16  Q      That was part of the January
17  sign-up period; right?
18  A      Yes.
19  Q      You were allowed to sign up
20  into February as well; is that correct?
21  A      If not in January, it was in
22  February, yes.
23  Q      Okay. Somewhere in that time

Page 128

1  frame?
2  A      Yes.
3  Q      And you applied on the
4  computer?
5  A      Yes.
6  Q      And you had to answer a number
7  of questions on the computer?
8  A      Correct.
9  Q      Do you remember what those
10  questions were?
11  A      Not offhand.
12  Q      Do you remember if they asked
13  you — strike that. Did anyone assist
14  you in filling out the management
15  training program questions on the
16  computer, or did you just do that
17  yourself?
18  A      I applied myself. Applied the
19  answers myself.
20  Q      You typed in the answers?
21  A      Right.
22  Q      Did the computer ask you what
23  your last evaluation rating was?

Page 129

1  A      I think it did. I'm sure it
2  probably did.
3  Q      Do you know what your most
4  recent evaluation had been?
5  A      At the bottom it puts 100
6  percent. I don't know if there was --
7  Q      Had you been rated in "exceeds
8  expectations" on your most recent
9  performance evaluation?
10  A      Uh-huh.
11  Q      Is that a yes?
12  A      Yes.
13  Q      Do you know what you typed
14  into the computer as to your most recent
15  evaluation rating?
16  A      I might have put good. I'm
17  not sure.
18  Q      Okay. Do you know when the
19  interviews were held for the January 2003
20  application session?
21  A      No, because I wasn't informed.
22  Q      Is it correct that selections
23  were made in early March, 2003?

(Pages 130 to 133)                                                                                34

Page 130

| | | |
|---|---|---|
| 1 | A | There was a closing date. So |
| 2 | | it might have been March. |
| 3 | Q | Do you know when they selected |
| 4 | | the people who were going to be put into |
| 5 | | the management training program? |
| 6 | A | I wasn't informed about that. |
| 7 | Q | Do you know when the training |
| 8 | | began for those people who were selected? |
| 9 | A | I inquired, but I wasn't |
| 10 | | informed. |
| 11 | Q | Was your store a training |
| 12 | | store? |
| 13 | A | I think it was because most of |
| 14 | | the young people that had applied were |
| 15 | | working at our store. |
| 16 | Q | They were training at your |
| 17 | | store? |
| 18 | A | Yes. |
| 19 | Q | Do you recall when they began |
| 20 | | doing that training? |
| 21 | A | Not the exact date. |
| 22 | Q | Can you give me an estimate of |
| 23 | | when that was? |

Page 131

| | | |
|---|---|---|
| 1 | A | Not right offhand. |
| 2 | Q | When did you learn that you |
| 3 | | had not been selected? |
| 4 | A | I kept inquiring and kept |
| 5 | | inquiring. I think it was in like April |
| 6 | | assistant store manager Debra verbally |
| 7 | | told me that my application was denied. |
| 8 | | And I asked her why was I denied and what |
| 9 | | is required of me, and she had no |
| 10 | | response. |
| 11 | Q | She just didn't say anything? |
| 12 | A | She didn't have any response. |
| 13 | Q | When you say she didn't have |
| 14 | | any response, did she tell you she didn't |
| 15 | | know or she just didn't say anything? |
| 16 | A | She said that that wasn't — |
| 17 | | her statement was like, all she was told |
| 18 | | to do is tell me that. |
| 19 | Q | That you weren't selected? |
| 20 | A | Right. |
| 21 | Q | Do you know Debra's last name? |
| 22 | A | No. |
| 23 | Q | She was the assistant manager? |

Page 132

| | | |
|---|---|---|
| 1 | A | Store manager. Assistant |
| 2 | | store manager. |
| 3 | Q | Do you know what race she is? |
| 4 | A | She's African American. |
| 5 | Q | Do you know what age she is? |
| 6 | A | I'm not sure. |
| 7 | | MR. ALEXANDER: I think her |
| 8 | | last name is Davidson. |
| 9 | Q | Does that sound right to you, |
| 10 | | or you're not sure? |
| 11 | A | We mostly approach each other |
| 12 | | by first names. |
| 13 | Q | You knew her as Debra? |
| 14 | A | Right. |
| 15 | Q | Do you recall whether it was |
| 16 | | early April, mid April, late April, when |
| 17 | | you found out that you had not been |
| 18 | | selected? |
| 19 | A | I knew it was in April. I |
| 20 | | didn't know the exact date. Just called |
| 21 | | me off the floor. So I didn't write it |
| 22 | | down at that time. I just know it was in |
| 23 | | April. |

Page 133

| | | |
|---|---|---|
| 1 | Q | Do you know who was |
| 2 | | interviewed out of those who applied from |
| 3 | | the January session? From the January |
| 4 | | application period? |
| 5 | A | Other than what was submitted |
| 6 | | into the — no. I wasn't informed other |
| 7 | | than my request for interrogatories. |
| 8 | Q | The documents that Wal-Mart |
| 9 | | produced to you? |
| 10 | A | Yes. |
| 11 | Q | Do you know the qualifications |
| 12 | | of any of those who were interviewed? |
| 13 | A | Other than the documents, no, |
| 14 | | I don't know personally what their |
| 15 | | qualifications are. |
| 16 | Q | Do you know what the length of |
| 17 | | service at Wal-Mart was for any of those |
| 18 | | who were interviewed? |
| 19 | A | No, not offhand. |
| 20 | Q | Do you know what kind of |
| 21 | | evaluations they had received? |
| 22 | A | Just the one that was |
| 23 | | submitted. |

Page 134

1  Q    The one that they typed into
2  the computer?
3  A    No. The one that was
4  submitted in the documents.
5  Q    When you say, "The one that
6  was submitted in the documents," are you
7  talking about the listing that you
8  received of the people who interviewed?
9  A    Yes. They received the
10 evaluation of Amanda Dobbs. That's the
11 only one that I received. But the other
12 ones I requested them but I didn't
13 receive them. I don't know what their
14 evaluations are.
15 Q    Do you know what positions any
16 of those people had held at Wal-Mart?
17 A    Prior to the -- being
18 accepted, I really don't know exactly.
19 Q    Do you know whether any of
20 those who interviewed spoke a foreign
21 language?
22 A    I really don't know.
23 Q    Do you know whether any of

Page 136

1  A    No, I'm not certain. I don't
2  have that in front of me to know exactly
3  what was submitted to me.
4  Q    Do you claim that you were
5  better qualified than all of those who
6  were interviewed for the January
7  application period?
8  A    No. I claim that I am equally
9  qualified or have the qualifications that
10 was listed as required.
11 Q    What qualifications are those
12 that were listed as required?
13 A    That you would have to have a
14 good evaluation; that you would have to
15 complete all your trainings on the
16 computer. And I don't know all of them,
17 but all of them were listed I --
18 Q    The questions that you had
19 answered initially on the computer?
20 A    Right.
21 Q    And you were aware the
22 questions you answered initially on the
23 computer were kind of a prescreening;

Page 135

1  those individuals received a
2  recommendation from their store managers?
3  A    I really don't know.
4  Q    Do you know what the
5  pre-Wal-Mart, before Wal-Mart, experience
6  was of any of the people who interviewed
7  for the January application period?
8  A    Repeat that.
9  Q    Do you know what experience
10 any of those who were interviewed from
11 the January application period had before
12 they came to Wal-Mart?
13 A    No, I don't know their work
14 background.
15 Q    Do you know the names of any
16 of those who were selected from the
17 January period?
18 A    From the January period?
19 Well, the ones that I can -- I would say
20 Jessica Smith and maybe Amanda Dobbs.
21 But I can't say how --
22 Q    You're not certain of any
23 others?

Page 137

1  that was a minimum qualification?
2  A    Right. That's why I asked
3  Debra what would be required before I
4  continued to apply -- I would know what
5  my requirements was. And I didn't get a
6  response, so I continued to apply.
7  Q    Do you know whether everyone
8  who met the minimum qualifications from
9  the computer questions was offered an
10 interview?
11 A    I don't -- I'm not familiar
12 totally with the interview process. I
13 know that what was stated to me that Don
14 Bost handles that process. So he will be
15 the only one that knows exactly how that
16 process is handled.
17 Q    Would it be safe to say that
18 you don't know whether you were as
19 qualified as those who were chosen for
20 interviews from the January application
21 period?
22 A    According to my experience, I
23 feel like I was equally qualified.

Page 138

1  Q       You don't know what their
2  qualifications were, do you?
3  A       As far as what was submitted
4  to me in the production of documents,
5  what I received, I'm equally qualified.
6     Now, what I requested is to know what
7  was required of me. But as far as what
8  was submitted, other than what might be
9  Don Bost's guidelines, I don't know that.
10 Q       Do you speak any foreign
11 languages?
12 A       None. Only English.
13 Q       Do you know what the criteria
14 was for who was going to be selected for
15 interviews for the management training
16 program?
17 A       Other than what that lists, no
18 because I never had the application.
19 Q       The questions that you were
20 asked on the computer --
21 A       Other than that, that's what
22 my inquiry -- I asked Debra, and I think
23 before I asked Debra I think I approached

Page 139

1  Tuesday about it. Either one could have
2  informed me. I guess it was -- because
3  none of them informed me what would be my
4  -- you know, what would be required of me
5  to get in.
6  Q       Were you told by Steven Zimmer
7  to become more visible to other
8  associates as a leader?
9  A       No.
10 Q       Were you told by Steven Zimmer
11 to learn as much as possible in your
12 current position if you wanted to be
13 considered for management?
14 A       No. But all of that was
15 happening at the time of my application.
16 And I was recommended by Jeff, but
17 because of my leadership position and my
18 area so --
19 Q       Recommended by Jeff to whom?
20 A       To -- well, he recommended
21 that I apply, because at first I wasn't
22 applying -- I was applying outside of the
23 store to jobs. And he inquired that I

Page 140

1  apply for the position of the training.
2  Q       He suggested that to you?
3  A       Yes.
4  Q       Do you recall when it was that
5  he suggested that you apply for the
6  management training program?
7  A       It was for the first
8  application.
9  Q       Did Sherman Alexander ever
10 suggest to you that you become more
11 aggressive?
12 A       Aggressive?
13 Q       Aggressive.
14 A       In what area? I don't recall
15 that.
16 Q       In any area. Did he ever
17 suggest to you that you become more
18 aggressive?
19 A       But I don't understand what --
20 aggressive how?
21 Q       Do you know what the word
22 aggressive means?
23 A       Yes.

Page 141

1  Q       Did he ever suggest that you
2  should act more aggressive; that you
3  should be more aggressive?
4  A       Towards?
5  Q       Towards anyone in any context.
6  A       I don't recall him making that
7  statement to me.
8  Q       Do you consider yourself to be
9  a soft spoken person?
10 A       Soft spoken?
11 Q       Correct.
12 A       I don't know. I really don't
13 know. Everybody I worked with understand
14 very much what I was saying when I had to
15 get something across. So as far as --
16 Q       Other than Jeff's suggestion
17 that you apply for the management
18 training program and your alleged
19 conversations with Debra and Tuesday as
20 to what you needed to do to be accepted,
21 did you have any conversations with any
22 other members of management regarding the
23 management training program?

**Page 142**

1  A      As far as asking about the
2  application or asking about the criteria?
3  Q      Either.
4  A      I asked Sherman about my
5  application. I asked -- I asked -- I
6  think -- I'm not sure, but I asked Steven
7  had they heard anything about my
8  application.
9  Q      This is — were both these
10 conversations relating to your January
11 application?
12 A      Yes.
13 Q      What did Steven — what was
14 his response?
15 A      I think he referred me to
16 Sherman, and that's when I asked Sherman.
17 Q      What did Sherman say?
18 A      Sherman said that he didn't
19 hear anything.
20 Q      Any other conversations with
21 anyone in management regarding either
22 your interest in the management training
23 program or your applications?

**Page 143**

1  A      Sherman once suggested that I
2  stay with the company. Why go outside
3  the company; stay with the company. But
4  I can't recall the date of that
5  statement.
6  Q      Any other conversations with
7  anyone in management at Wal-Mart
8  involving the management training
9  program?
10 A      Besides the ones that I just
11 said, no.
12 Q      Now, your next application for
13 the management training program was in
14 July 2003; is that correct?
15 A      That's correct.
16 Q      Do you know who made the
17 decisions as to who would be interviewed
18 for the management training program out
19 of those who applied?
20 A      What was told to me --
21 Q      Do you know who made the
22 decision over those interviews who would
23 actually get into the program?

**Page 144**

1  A      What was told to me, Don Bost.
2  Q      Now, you claim that when you
3  applied in July of 2003 that you could
4  not access the management training
5  program application on-line at your
6  store, is that right, on the computer at
7  your store?
8  A      Correct.
9  Q      Do you know why that was?
10 A      I went to the normal
11 application process, and it wasn't under
12 that process because, I guess, it's a
13 different way of accessing it. So when I
14 went into the normal application process,
15 it wasn't there.
16     So I assumed that it wasn't on the
17 computer or something like that. And I
18 went to Steven and asked him, you know,
19 to help me to get into it or whatever.
20 And he said that he couldn't access -- he
21 didn't know -- he wasn't familiar with
22 computers or something like that, or he
23 was unfamiliar with the program, and he

**Page 145**

1  would ask Tuesday about it.
2  Q      Did you have any further
3  discussion with Steven about that?
4  A      Yeah. I inquired the next day
5  and asked him did they -- because I think
6  they were saying that they had to
7  download it or whatever or something like
8  that. And I think I had asked him a
9  couple of days about it, and he still had
10 not accessed it or would be able to show
11 me how to get into it.
12 Q      So you then went to the
13 Opelika store?
14 A      Uh-huh. Yes.
15 Q      Is the Opelika store in the
16 same district as the Auburn store?
17 A      Yes.
18 Q      Is that district 74; do you
19 know?
20 A      Yes. I think so.
21 Q      Are you aware that no one was
22 selected for the management training
23 program from district 74 for the July

Page 146

1  2003 application period?
2  A        That's the statement that was
3  said to be true. I don't know.
4  Q        You don't know one way or the
5  other?
6  A        Right.
7  Q        Do you know of anybody that
8  you claim was selected for the management
9  training program from the July
10 application period?
11 A        I don't know about the
12 process. All I know is that I applied
13 and they made a statement that -- you
14 know, they made open invitation that
15 there are openings and to apply. But
16 when it was time for the selection
17 process, they stated that no one was
18 selected.
19 Q        Who was it that made
20 statements that there were openings?
21 A        Our immediate managers.
22 Q        Who was that?
23 A        Sherman and Steven.

Page 147

1  Q        When did Sherman tell you that
2  there were openings for the management
3  training program?
4  A        Right before I applied in
5  July.
6  Q        And when did Steven tell you
7  that?
8  A        Steven -- he one, announced
9  it -- they might not work the same day,
10 so they'll read over stuff when they came
11 in. So both of the them probably
12 announced the same announcement but at
13 different times.
14 Q        Well, were you there both
15 times?
16 A        Yes.
17 Q        Do you know whether Sherman
18 and Steven were just mistaken about the
19 existence of openings?
20 A        They didn't clarify that.
21 Q        Isn't what Sherman actually
22 told you that there were new stores that
23 were going to be opening in the area and

Page 148

1  there would at some time be positions?
2  A        Okay. Could you state that
3  again because --
4  Q        Sure. Isn't it true that what
5  Sherman told you was that there were
6  going to be stores opening in the area
7  and that sometime in the future there
8  would be management positions, additional
9  management positions, because of the new
10 stores opening?
11 A        That part of that was
12 additional statement to the application
13 announcement. He was clarifying that
14 Wal-Mart is expanding and is opening
15 stores worldwide and if you're seeking
16 positions in all areas, they're going to
17 be open generally. If you want to travel
18 or transfer, the positions will be
19 opening. But he was collaborating on
20 that fact that the store is growing.
21    But as far as the application, you
22 know, he made the announcement that was
23 sent down to the store. So he was

Page 149

1  announcing that there were applications.
2  Q        I don't understand what you're
3  saying. He was announcing there were
4  applications for what --
5  A        For the management program --
6  the July --
7  Q        So what you're saying is he
8  didn't tell you there were openings at
9  that time but he did tell you that there
10 were --
11 A        Taking applications.
12 Q        -- that you could apply
13 on-line for the management training
14 program?
15 A        They stated that they were
16 accepting applications for management
17 training.
18 Q        You later found out they
19 actually didn't hire anybody in that time
20 frame; correct?
21 A        After they said they were
22 accepting applications.
23 Q        When you say that, you're

Page 150

```
 1   referring to Sherman's comments and
 2   Steven's comment; right?
 3   A       Right.
 4   Q       What was Steven's alleged
 5   comment?
 6   A       He read the announcement and
 7   he said that if anybody wants to apply
 8   that they can apply on the computer.
 9   Q       Then when you went to him and
10   said, I want to apply on the computer, he
11   said, I don't know how to do it?
12   A       Right.
13   Q       Did you ever talk to Sherman
14   or Steven again after that time to ask
15   them why they had told you that there
16   were openings if there weren't any?
17   A       Well, I didn't find out that
18   there weren't any until I kept inquiring
19   about it.  And you know from my
20   acknowledgment of it there wouldn't be --
21   you know, I asked around about my
22   applications before asking why they
23   weren't -- that's what you're asking me.
```

Page 151

```
 1   Q       I'm asking you if you ever
 2   asked Sherman or Steven why they had told
 3   you there were openings if there weren't
 4   any?
 5   A       Did I ask Steven or Sherman?
 6   Q       Why they had said that there
 7   were --
 8   A       Why they made the
 9   announcement?
10   Q       Why they made that
11   announcement if there weren't any
12   openings?
13   A       I didn't assume to ask them
14   that because I applied and waited for a
15   long time to get an answer.  My
16   assumption is that my answer was going to
17   come from the district manager, not from
18   Sherman or Steven.
19   Q       Did you receive an answer at
20   some point that no one had been selected?
21   A       By me inquiring and
22   questioning and calling.  No one ever
23   approached me about it directly.
```

Page 152

```
 1   Q       When did you find out that no
 2   one had been selected?
 3   A       When I called the district
 4   manager.  After I asked my managers and
 5   they said that they didn't receive any
 6   information about it or they didn't know
 7   about my application and so forth, I
 8   called the district store and spoke to
 9   the secretary.
10   Q       She told you that no one had
11   been selected?
12   A       Right.
13   Q       When was that?
14   A       I don't know.  I'd have to
15   look on the call log.  I don't know the
16   exact date.
17   Q       Now, you're claiming that you
18   applied for the management training
19   program again in October 2003?
20   A       Yes, I did.
21   Q       Did you apply for the
22   management training or Vision Center
23   manager position?
```

Page 153

```
 1   A       I applied for both positions.
 2   Q       Two separate applications?
 3   A       Right.
 4   Q       I'm going to show you what
 5   I've marked as Defendant's Exhibit 8,
 6   which you had identified as Exhibit 4 to
 7   your motion for summary judgment.
 8           (Defendant's Exhibit No. 8
 9           was marked for
             identification.)
10   A       Uh-huh.
11   Q       Are those what you submitted
12   as your applications for Vision Center
13   manager and the management training
14   program in October?
15   A       Yes.
16   Q       Did you do anything else other
17   than sign those two documents to apply
18   for either of those positions in October
19   of 2003?
20   A       I went through the whole
21   process on the computer.
22   Q       Was there a process on the
23   computer separate for each of those
```

Page 154

1   positions?
2   A       Yes.
3   Q       You claim you went through the
4   process on the computer and printed out
5   the job description and signed it?
6   A       Yes.  After completing the
7   process, I printed out the job
8   description and brought it to Ingrid.
9   Q       Who is Ingrid?
10  A       The human resources personnel.
11  Q       Did Ingrid explain to you that
12  filling out and signing or printing out
13  and signing a job description was not an
14  application for the management training
15  program?
16  A       I told her I understood that
17  but I wanted to verify that I had applied
18  to the October position, and I wanted
19  this to be a record and asked her could
20  she take it, and she said she couldn't
21  take it.
22  Q       Did you have any other
23  conversation with her about that?

Page 155

1   A       I don't think so.
2   Q       Are you aware that no one was
3   selected for those positions from the
4   October 2003 application period?
5   A       That was stated.  I --
6   Q       Who stated that?
7   A       That's what was stated in the
8   documents that were submitted.
9   Q       Are you talking about as part
10  of your lawsuit?
11  A       Right.  Nobody didn't state it
12  to me.
13  Q       At the time?
14  A       Right.
15  Q       Do you know of anybody that
16  you claim was selected for those
17  positions, the management training
18  program or Vision Center manager in
19  October 2003?
20  A       I couldn't state other than
21  the fact that there had -- Sherman had
22  recommended a couple of people for the
23  management training program.  But other

Page 156

1   than that, I can't state that they were
2   or were not into the --
3   Q       Who did Sherman recommend?
4   A       Heath and a young lady.  I
5   don't know her name.  Well, I don't know
6   if he just recommended but -- well, he
7   did recommend it -- but by training him
8   under him or whatever.
9   Q       To whom did Sherman recommend
10  Heath and this woman whose name you don't
11  know?
12  A       He and I was -- announced it
13  in the meeting that we should acknowledge
14  this person as training support manager
15  and training to be a manager or something
16  like that and as to say we should respect
17  this person's position.
18  Q       Heath was a support manager;
19  right?  He became a support manager?
20  A       I assume.
21  Q       He told you that he announced
22  in the meeting that Heath had become a
23  support manager; right?

Page 157

1   A       And that he was -- well --
2   Q       And that he was learning that
3   role?
4   A       No.  That isn't what he said.
5   That's -- his statement was that he was
6   -- Don Bost had asked him to train people
7   to mentor.  That's what he said.  Mentor
8   people for the management training.
9   Q       You're claiming that Sherman
10  said this in a store meeting?
11  A       Yeah.
12  Q       So there's how many people in
13  here that would be able to back you up on
14  this?
15  A       I don't know how many would
16  back me up.  I don't know if any would
17  back me up, but that's what he said.
18  Q       Is there anything wrong with
19  Sherman mentoring Heath?
20  A       No.  But I asked him what's
21  the qualification for being mentored also
22  because if it was an open position, I
23  would like to be in it.

Page 158

1  Q        Being mentored is not a
2  position, is it?
3  A        No, I know.  But I want to
4  know how do you get into that mentoring
5  mentality position or whatever.
6  Q        Did you discuss that with
7  Sherman?
8  A        Yeah, I talked to him.
9  Q        What did Sherman tell you?
10  A        He -- I don't recall him
11  saying anything.  He just said that Heath
12  was -- and they was looking into doing
13  Sherry -- something like that.
14  Q        Do you recall whether he said
15  anything else?
16  A        No.  We went to work.
17  Q        If Sherman recalls that he did
18  make some additional statements, would
19  you dispute that?
20  A        If he stated them and I recall
21  hearing them, I wouldn't say -- I would
22  have said he said it or he didn't say it.
23  Q        Did it ever occur it might be

Page 159

1  helpful in your efforts to get into the
2  management training program to get
3  experience in positions besides overnight
4  stocker?
5  A        Well, I worked in management
6  position, and I had experience in working
7  with the associates and giving them
8  directions.  So far as having that
9  position as a title, I feel like, you
10  know, that I had to apply for that
11  position to have the experience.
12  Q        You don't think that would
13  have helped you to have some sort of
14  leadership role, position in the store?
15  A        Well, if you -- if it was a
16  qualification, which I asked, then I
17  would have did it, but it wasn't.  That's
18  what was stated; it wasn't a
19  qualification.
20  Q        Do you think it would have
21  helped you, made you look better to those
22  people considering who's going to get
23  into the program if you had sought out

Page 160

1  hourly management positions in the store?
2  A        That's why I asked if that
3  would be -- that's what my purpose of
4  wanting to know what would be the best
5  qualifications.
6  Q        My question to you is:  Did it
7  ever occur to you that the more
8  experience you had in the store, that
9  might have made you look better as an
10  applicant to the management training
11  program?
12  A        I think my education would
13  make me qualified as far as the
14  experience because it equals the
15  experience in most job branches.
16  Q        You didn't think there was any
17  need for you to get experience in any
18  other areas?
19  A        That ain't what I'm saying.
20  I'm saying my education should level up
21  to the qualifications.
22  Q        I'm not asking about your
23  education.

Page 161

1  A        I'm making a statement.
2  That's what I think.
3  Q        You think because you had a
4  college degree --
5  A        No, I'm saying --
6  Q        Let me finish the question.
7  You think because you had a college
8  degree that it wasn't necessary for you
9  to get experience in other levels and
10  other areas of the store?
11  A        I asked.  I asked.
12  Q        Who did you ask that to?
13  A        I asked what would be the
14  qualifications and I -- there was no
15  reply.  I wouldn't have kept applying if
16  I had a guideline to follow.
17  Q        I'm not suggesting to you that
18  it was a requirement, okay.  Do you
19  understand the difference --
20  A        I understand what you're
21  saying.
22  Q        Let me finish.  Do you
23  understand the difference between

Page 162

1  something being a requirement and
2  something being not a requirement but
3  that would make you look good to an
4  employer?
5  A      I think your job performance
6  and —
7  Q      Do you understand the
8  difference between those two things,
9  between a requirement for a job and
10 something that may not be required but it
11 makes you look good on your application?
12 A      I understand that what you're
13 saying, that if I was to apply for a
14 management position, that that may have
15 made me look a little more qualified.
16 Q      I'm asking you whether you
17 think it would have made you look better
18 qualified?
19 A      If it was a qualification, I
20 think it would have.
21 Q      Did you understand that — do
22 you have any idea how many people applied
23 for the management training program from

Page 163

1  district 74 during the January 2003
2  application period?
3  A      No, I don't have that list.
4  Q      Do you know how many people
5  met the minimum qualifications for the
6  management training program out of the
7  January 2003 group?
8  A      No. I'm not over that to know
9  just about —
10 Q      I'm sorry. Were you finished?
11 A      That's my purpose of wanting
12 to know and wanting to be sure that what
13 I was doing and how I was performing my
14 job would be a part of what was required.
15 Q      Okay. And the requirements,
16 the minimum requirements for the job was
17 that you be in your position for at least
18 six months; right?
19 A      (Nodding affirmatively.)
20 Q      Is that a yes?
21 A      Yes.
22 Q      You be employed by Wal-Mart
23 for at least a year?

Page 164

1  A      Yes.
2  Q      Have at least "meets
3  expectations" performance evaluations?
4  A      Yes.
5  Q      No active coachings?
6  A      Yes.
7  Q      Anything else that you can
8  recall was a requirement for the job?
9  A      Not that I'm — you know, they
10 had probably a couple other more things,
11 but not that I recall.
12 Q      You met those requirements;
13 right?
14 A      Yes.
15 Q      And so did a whole lot of
16 other people; correct?
17 A      Right.
18 Q      Those were pretty minimal
19 requirements?
20 A      Right.
21 Q      So the people who were
22 selected to go on to the next level were
23 going to have to stand out from the crowd

Page 165

1  in some ways; right?
2  A      Right.
3  Q      It was not required that you
4  have a college degree, was it?
5  A      No.
6  Q      There's a whole lot of
7  Wal-Mart managers that don't have college
8  degrees.
9  A      Correct.
10 Q      It might have looked good but
11 not determinative; correct?
12 A      Huh?
13 Q      It might be something that
14 would look good, but it's not a
15 requirement; is that correct?
16 A      That's correct.
17 Q      Do you know whether having
18 experience in other areas of the store
19 was something else that might make you
20 look good even though it wasn't a
21 requirement?
22 A      That's my purpose of asking if
23 I needed to -- okay. I asked if I needed

Page 166

```
 1   to apply for another position and take
 2   the position. I didn't take that
 3   position because I had management
 4   experience, business experience. I had
 5   most of the experience that would be in
 6   that position.
 7   Q      You didn't have any retail
 8   management experience before, period;
 9   right?
10   A      Well, I had business
11   management experience.
12   Q      You managed a preschool;
13   right?
14   A      I managed a preschool and I
15   handled all the business aspects of it.
16   Q      Which was not even on your
17   application with Wal-Mart?
18   A      No, it wasn't.
19   Q      You're a college graduate. Is
20   it not common sense to you that getting
21   experience in other areas or in
22   leadership roles in the store would be
23   something that might help you get into
```

Page 168

```
 1   Q      You were a good performer as a
 2   stocker; right?
 3   A      Yes.
 4   Q      You were doing a good job in
 5   that position?
 6   A      Yes.
 7   Q      And you got good performance
 8   evaluations?
 9   A      Yes.
10   Q      You were not in a management
11   or leadership role; correct?
12   A      Not by title, no.
13   Q      Other than the January, July
14   and October 2003 application periods, was
15   there any other position that you applied
16   for that you claim that you were denied
17   because of your race and age?
18   A      Not that I recall. And I want
19   to make this clear. At the January
20   application if it was stated that, well,
21   you should either take another position
22   or whatever and I wouldn't have continued
23   to apply. It wouldn't have been -- then
```

Page 167

```
 1   the management training program?
 2   A      Yes. I feel that leadership
 3   areas would be -- but I was being a
 4   leadership in my area where I was
 5   performing and if I -- that's why --
 6   because I coached and I did everything
 7   that a person that was in salary
 8   management as far as, you know, whatever
 9   most of the things they did as far as
10   inputting, outputting in the computer. I
11   did most of those things. And if it was
12   a requirement for me to just do that,
13   then I would have done that.
14   Q      Again, there's been no
15   suggestion that there was a requirement
16   that you do that, okay?
17   A      Right.
18   Q      First of all, Secondly,
19   you're not claiming you were acting as a
20   manager, were you, when you were an
21   overnight stocker?
22   A      I wasn't acting as -- I was
23   doing my job to the fullness and I was --
```

Page 169

```
 1   I would have had that experience for the
 2   next application so the next application
 3   wouldn't be any question.
 4   Q      My question was: Were there
 5   any other times that you applied for the
 6   management training program besides those
 7   three?
 8   A      No.
 9   Q      Did you ever discuss the
10   management training program with Don
11   Bost?
12   A      No, I never got that
13   opportunity. I called to speak with him,
14   but his secretary said he was
15   unavailable.
16   Q      This was after you had
17   applied?
18   A      Yes.
19   Q      Did you ever see Don Bost in
20   your store?
21   A      Probably in meetings. Not
22   meeting him personal.
23   Q      Do you know how many Caucasian
```

Page 170

1  associates were selected for the
2  management training program in your
3  district in 2003?
4  A       As far as other than what the
5  documents was submitted, no, I don't.
6  Q       Do you know how many Caucasian
7  associates applied for the management
8  training program in 2003?
9  A       I don't have that in front of
10 me other than what was submitted.
11 Q       Talking about the documents
12 that were produced by Wal-Mart?
13 A       (Nodding affirmatively.)
14 Q       Is that a yes?
15 A       Yes.
16 Q       Do you know how many African
17 Americans were selected for the
18 management training program for your
19 district in 2003?
20 A       Maybe two. I mean, all I know
21 is two that are in management training
22 position that are African American.
23 Q       Which two are those?

Page 171

1  A       What was stated in the
2  documents.
3  Q       Did you ever hear anyone in
4  management at Wal-Mart use any racially
5  derogatory terms?
6  A       Actually, you're -- I couldn't
7  direct a statement to anybody.
8  Q       I didn't hear the first --
9  actually what?
10 A       I done heard statements, but I
11 just -- I done heard all kinds of
12 statements at the store. I said that
13 just as far as towards me personally
14 other than after the complaint, I just
15 observed the situation. I don't know of
16 any statements made directly to anybody.
17 Q       Well, did you ever hear any
18 racially derogatory terms used by anyone
19 in management at Wal-Mart?
20 A       If I did, I would be directed
21 to date and time. It would be a
22 speculation of what I heard and where I
23 heard it from. I couldn't state exactly

Page 172

1  when or where.
2  Q       I'm not asking you exactly
3  when. I'm just asking you whether you
4  ever heard anyone in management at
5  Wal-Mart use any racially derogatory
6  terms?
7  A       I done heard people -- you
8  know, management approach grown men as
9  boys. As far as racial or out of context
10 or something like that, I never heard
11 those kind of statements made.
12 Q       Who did you hear refer to or
13 call or approach African American
14 associates as boys?
15 A       It was probably out of the
16 heat of a moment, but it was Jeff.
17 Q       What did Jeff say?
18 A       I don't know how he said it,
19 but he just came out and you know --
20 like, little boy do this. Just do what I
21 say, you know. It was just out of
22 probably frustration of somebody not
23 doing something exactly the way he wanted

Page 173

1  it done.
2  Q       Did you take it to be -- did
3  you think that Jeff's intent was to --
4  A       I couldn't say what his intent
5  was.
6  Q       -- was to be racially
7  derogatory?
8  A       I just heard it.
9  Q       Do you know whether anyone
10 ever complained about Jeff's use of that
11 term?
12 A       I done heard complaints about
13 Jeff. But they probably were just -- no,
14 I don't know if anybody complained about
15 him.
16 Q       Other than that occasion that
17 you just described to me, are there any
18 other times that you heard anyone at
19 Wal-Mart use any racially derogatory
20 terms?
21 A       Not that I can recall.
22 Q       Other than the fact that you
23 were African American, is there any other

**Page 174**

```
1   reason that you think you weren't
2   selected for the management training
3   program because of your race?
4   A       Well, because of the fact that
5   a lot of other African Americans were
6   rejected and said that they were going to
7   get into the program before me and they
8   never got into the program. And that
9   when I applied, I didn't get in also, so
10  it just seemed like a cycling effect.
11  Q       You're aware, aren't you, that
12  there are a lot of Caucasian associates
13  who applied for the management training
14  program who also didn't get in?
15  A       Yes, I'm aware of that.
16  Q       Do you think they didn't get
17  in because they're Caucasian?
18  A       I couldn't make that
19  adjustment because I'm not the person
20  that's -- but based on the facts -- the
21  racial imbalance -- it looks that way.
22  Q       What racial imbalance are you
23  talking about?
```

**Page 175**

```
1   A       The process of the training --
2   acceptance into the program.
3   Q       Do you even know how many
4   people of various races were even
5   accepted into the program?
6   A       At our particular store there
7   was 90 percent Caucasians accepted in and
8   2 percent white -- I mean, African
9   American.
10  Q       Where do you get that number
11  from?
12  A       From the list of all the
13  whites and all -- if you rate all the
14  whites that were accepted in as 100
15  percent in our store into that training
16  program, that's how it would be rated.
17  Q       Do you remember how many
18  people were selected into the program?
19  A       By the list.
20  Q       From your district. It's from
21  the district; right?
22  A       No, at Auburn's store.
23  Q       Do you have with you the list
```

**Page 176**

```
1   you're talking about that shows 90
2   percent Caucasian?
3   A       No. At our store as far as --
4   at our store?
5   Q       How many people were selected
6   from your store? Are you talking about
7   in 2003?
8   A       Yes. At the January
9   application. At the --
10  Q       There were only five that were
11  selected total; right?
12  A       When Don Bost had over the
13  process of interviewing and taking in
14  applications for our store under his
15  acceptance.
16  Q       Do you even know how many
17  people were -- are you talking about in
18  2003 or the entire time Don Bost was
19  district manager?
20  A       The entire time only -- in the
21  2003 year was the only year that an
22  African American was accepted in. All
23  the other years that he had been
```

**Page 177**

```
1   accepting and interviewing, only
2   Caucasians was accepted in.
3   Q       And where are you getting this
4   information?
5   A       From the list he had submitted
6   and who was accepted into our store. The
7   list that -- the productions.
8   Q       You're saying there is a list
9   that shows you --
10  A       The individuals that were --
11  Q       -- all people, all associates,
12  selected by Don Bost from your store
13  during the period that he was the
14  district manager; is that right?
15  A       That's what was requested for
16  the production of documents, and that's
17  what was submitted to me.
18  Q       But you don't have that list
19  with you?
20  A       No, because it wasn't asked
21  for me to bring it here today.
22          (Brief recess was taken.)
23  Q       Do you claim that it was race
```

Page 178

1  discrimination when other African
2  Americans were selected ahead of you for
3  the management training program?
4  A      African Americans was not
5  selected into the program until the
6  acknowledgment of the complaint or the
7  year of the complaint. And, you know,
8  they're showing racial imbalances from
9  that time. From the time that Don Bost
10 has been in that position to
11 interviewing, taking applications, until
12 the year of the January application of
13 2003.
14 Q      Well, the January 2003
15 application period there was at least one
16 African American who was selected, wasn't
17 there?
18 A      Right.
19 Q      There were only a total of
20 five people selected, and one of them was
21 African American?
22 A      Right.
23 Q      Do you think he was selected

Page 179

1  ahead of you because he was African
2  American or because you're African
3  American?
4  A      I think he was selected
5  because of his age, not over me because
6  he's African American. I'm not saying
7  that the African Americans was selected
8  because of race. I'm saying there was a
9  racial imbalance in the whole process.
10 Q      Well, what you're claiming in
11 your lawsuit is that you were not
12 selected because you're African American?
13 A      Because there was a racial
14 imbalance.
15 Q      Let me finish the question,
16 okay. What you're claiming, I think, is
17 you were not selected because you were
18 African American?
19 A      That's correct.
20 Q      My question to you then is:
21 Why, if they weren't going to select you
22 based on your race, why did they select
23 another person who was African American?

Page 180

1  A      To justify that there was a
2  claim being brought to court, that there
3  was a racial process -- an imbalance in
4  the racial process.
5  Q      There was no claim brought to
6  court at the time of the January 2003
7  application period, was there?
8  A      Well, there was acknowledgment
9  around the store. There was rumors
10 around the store about the situation, and
11 at the place where I was living at I was
12 discussing it over the phone with people
13 that how the process was being handled.
14 Q      Discussing what?
15 A      The imbalance of the racial
16 acceptance into this particular program.
17 Q      So you think Don Bost was
18 aware when you were at home you were
19 discussing the racial imbalance --
20 A      I'm not saying that.
21 Q      Let me finish before you
22 start. Do you think he was aware that
23 you were having private conversations

Page 181

1  about the racial imbalance in the
2  management training program prior to the
3  time that you even applied for it?
4  A      I was staying at someone that
5  works at Wal-Mart, and it was brought to
6  his attention. That could be an
7  assumption. But I was staying at a
8  residence that was aware of my
9  conversation at some point or another.
10 Q      That Don Bost was aware of
11 your conversation?
12 A      No. Well, Don Bost shows a
13 racial imbalance in his hiring practices
14 as far as African Americans and
15 Caucasians. There's an imbalance.
16 Q      I want you to mail me when you
17 get home today or tomorrow, whenever
18 you're going to get home, whatever you're
19 talking about that you claim is a list of
20 people who were promoted by Don Bost.
21 Because what we produced to you were the
22 specific application periods where you
23 claim that you applied, not any kind of

Page 182

1  lifelong list showing all of Don Bost's
2  selectees. That wasn't even requested.
3  We gave you the people who applied for
4  the January 2003 application period as
5  well as the others that you referred to;
6  right?
7  A       Was requested for our store.
8  Right.
9  Q       It was given to you for the
10 district, and I believe our response is
11 clear on that. You would agree with me,
12 would you not, that in the January 2003
13 time period only five people were
14 selected; right?
15 A       I don't have those stats
16 before me. That wasn't requested to be
17 brought.
18 Q       Do you know how many people
19 were selected? Do you remember?
20 A       If I had it before me, I would
21 know.
22 Q       But you don't know off the top
23 of your head?

Page 183

1  A       No, I don't know off the top
2  of my head.
3  Q       So is it your allegation, let
4  me get this straight, that Don Bost
5  selected Marlin McGee for the management
6  training program because he was aware of
7  some private conversation you had had
8  about the imbalance in the management
9  training program?
10 A       It was made aware around the
11 store that it was a —
12 Q       I'm not asking you what people
13 around the store knew. I'm asking you
14 what Don —
15 A       I can't assume one way or the
16 other. But I assumed that if management
17 know about it, they're going to bring it
18 to his attention. So I can't assume one
19 way or the other that he did or did not
20 know. But at the 2003 African American
21 was promoted into the program.
22 Q       Sure there was, and there were
23 some promoted earlier than that too,

Page 184

1  weren't there?
2  A       Not that I was aware of.
3  Q       You had African American
4  assistant managers working in your store?
5  A       They wasn't promoted under Don
6  Bost's management.
7  Q       How do you know that?
8  A       Because it wasn't on the list.
9  Q       Well, the list you have only
10 looks at the time periods when you
11 applied. These are people who were
12 already assistant managers by then. They
13 had trained much earlier.
14 A       I'm talking about the plan
15 that they gave me that I received.
16 That's what I can base my statics (SIC)
17 on and that's what was given to me.
18 Q       What was given to you starts
19 in January 2003. If that's what you're
20 talking about, you couldn't possibly have
21 been discussing the imbalance before
22 Marlin McGee was selected because you
23 don't have statistics before Marlin McGee

Page 185

1  was selected.
2  A       For our store they gave us a
3  list of the managers that were selected,
4  and they showed a racial imbalance. Now,
5  if you want to submit to me all of the
6  names and documents, that's fine.
7  Q       I think we've done that.
8  A       For everybody that was —
9  Q       Selected?
10 A       Yeah.
11 Q       We've produced those to you.
12 A       Yeah, that's what I'm saying.
13 With the ones y'all submitted to me —
14 Q       I don't have a copy. This is
15 a document that was produced to you right
16 here. This is a listing of everybody
17 from district 74 who applied for the
18 program in January 2003. That's what we
19 gave you for each of the time periods in
20 question here. I don't have a list of
21 people from your store. You can probably
22 separate them out.
23 A       This is the people y'all say

Page 186

```
 1   -- that y'all admit that was hired and
 2   was selected and that was in the program.
 3   That's the people that I'm basing my
 4   claims on.
 5   Q       Okay.  My question to you is:
 6   How would Don Bost have known some sort
 7   of racial imbalance that's reflected on
 8   those sheets when those sheets --
 9   A       Well, that's what the sheet's
10   showing.  I can only go by what y'all
11   submitted and what's showing on those
12   sheets.  I can't go by what y'all didn't
13   submit to me.
14   Q       You didn't have those sheets
15   at the time of the January 2003
16   selection; correct?
17   A       But the names was listed in
18   the store.
19   Q       My question is:  Did you have
20   the sheets at the time of the January
21   2003 selection?
22   A       No, I didn't have.  I had the
23   names of the people listed in the store
```

Page 188

```
 1   have positions for young people and older
 2   people too, you know.  That didn't have
 3   to be stressed, because if a job opens, a
 4   job opening is for whoever is available
 5   or qualified.
 6   Q       So he wasn't saying that
 7   people who were older didn't have
 8   opportunities, was he?
 9   A       No.  I didn't state that he
10   was.
11   Q       I'm just asking you.  That's
12   why we're here today so I can ask you
13   what it is that you meant.  And that's
14   why I'm asking the questions.
15   A       But I'm stating that it was
16   stressed.
17   Q       Did you ever hear anybody at
18   Wal-Mart use any derogatory language or
19   terms relating to age?
20   A       Relating to age?
21   Q       Yes.
22   A       If I can recall everything
23   that I done heard or heard everybody
```

Page 187

```
 1   as posted around the store.
 2   Q       Do you have any personal
 3   knowledge, not your assumption, but
 4   personal knowledge that Don Bost was
 5   aware of any conversation you had had
 6   with anybody about any alleged racial
 7   imbalance?
 8   A       I don't.  I assume if anything
 9   is going wrong in the store, it will be
10   brought to his attention.
11   Q       But you're assuming that?
12   A       Yes, I'm assuming.
13   Q       Good enough.  You claim that
14   Sherman Alexander once said that there
15   were lots of opportunity for young men
16   and women at Wal-Mart and for older
17   people too; is that right?
18   A       In so many words.
19   Q       Did you take that to somehow
20   be derogatory about older people?
21   A       I didn't take it as -- I took
22   it as he was addressing that, you know,
23   older people is accessory.  Like they
```

Page 189

```
 1   said, then I would be a computer myself.
 2   No, I can't dictate everything that was
 3   said or heard.
 4   Q       So you don't recall any
 5   comments derogatory about age; right?
 6   A       Not that I could directly
 7   recall right now at this time.
 8   Q       Do you have some reason to
 9   think that your memory is going to get
10   better as you get further away from the
11   events?
12   A       I might have it written down
13   or read over the papers that I've written
14   and I may can remember, but right now I
15   can't.
16   Q       Are there any particular
17   papers you need to look at to be able to
18   answer my question, because we need to
19   get your answers while we're here today
20   and not some later time.
21   A       As far as directly relating to
22   me, other than the acknowledgment that
23   all the applicants was younger than me, I
```

Page 190

1  can't recall at this time.
2  Q      What are you talking about the
3  acknowledgment that all applicants were
4  younger than you?
5  A      Applicants that had applied
6  and that was submitted to me in the
7  documents, they were all younger than I
8  was.
9  Q      That was not a derogatory
10 comment someone made about age, is it?
11 A      No.
12 Q      My question is whether there
13 were any derogatory comments about age?
14 A      Not that I can recall right at
15 hand.
16 Q      Is there anything that would
17 help you to recall it now?
18 A      No. I can't state -- I really
19 can't pinpoint anything. But my
20 statements are not based on what I heard.
21 I'm basing it on the facts that was
22 submitted to me. That's all I'm basing
23 everything on, the fact of what was

Page 191

1  submitted to me and what I received in
2  the documents and what the process -- but
3  what I heard and what people said is not
4  irrelevant (SIC).
5  Q      There's nothing about what
6  people said that makes you think it was
7  discrimination. It was rather just who
8  was selected?
9  A      Exactly.
10 Q      Now, you've testified already
11 that you had asked Sherman Alexander
12 about your application to the management
13 training program and that you had asked
14 Debra about your application?
15 A      I didn't ever ask Debra. I
16 asked Sherman, and I asked Steven. Well,
17 I asked Steven and Steven told me to
18 approach Sherman.
19 Q      Steven told you what?
20 A      To approach Sherman.
21 Q      I thought you told me you
22 asked Debra --
23 A      Debra's the one that told me

Page 192

1  about my application.
2  Q      So you asked Sherman and then
3  Debra came to you and said you weren't
4  selected?
5  A      Right.
6  Q      So you didn't go to Debra, she
7  came to you?
8  A      Right.
9  Q      I'm with you.
10     Did you tell either Sherman or
11 Steven that you didn't think you were
12 selected because of your race or age?
13 A      Well, I talked to -- I asked
14 questions, why wasn't I selected. You
15 know, because I wanted it clear before I
16 tried to apply again. I want everything
17 clarified so this process wouldn't keep
18 going on and it wouldn't have got to this
19 point. Because if they would have
20 clarified in the beginning, then I
21 wouldn't have a complaint.
22 Q      My question is whether you
23 told either one of those people that you

Page 193

1  thought -- let me strike that. Did you
2  ever tell anyone during any of the
3  application periods or afterwards that
4  you thought that you weren't selected
5  because of your race or age?
6  A      I didn't know why I wasn't
7  selected because nobody wouldn't tell me
8  anything or nobody didn't have any
9  information to submit when I inquired.
10 Q      So is the answer to my
11 question no?
12 A      The answer to your question is
13 I don't know because I didn't get a
14 feedback.
15 Q      I'm not asking if they told
16 you. I'm asking you did you ever tell
17 anyone in management at Wal-Mart that you
18 thought you weren't selected because of
19 your race or age?
20 A      I'm not the type of person
21 that makes that assumption because I
22 don't look at people as race or color. I
23 look at people as people. When the facts

Page 194

1  was submitted to me, that's when the
2  question came about. And when the
3  documents was submitted, that's when the
4  questions came about. And when I asked,
5  I didn't get an answer.
6      You know, when I asked management,
7  you know, why I wasn't selected and when
8  they didn't have an answer, you know, and
9  if it was because I didn't do this, then
10 that's what they should have stated, but
11 they did not.
12 Q      Let me ask you the question
13 again. See if you can answer this
14 specific question. I understand all what
15 you just tried to explain.
16     Did you ever tell anyone at
17 Wal-Mart that you thought you weren't
18 selected for the management training
19 program because of your race or age?
20 A      I probably mentioned it to
21 someone after the complaint but not -- I
22 don't recall mentioning it before the
23 complaint. I'm not sure. I can't

Page 195

1  recall. I went through so much, I can't
2  recall everything that I did or did not
3  do. But I might have mentioned it to
4  someone, but I can't recall.
5  Q      And I'm aware that you filed
6  your EEOC charge. Other than that, at
7  some point after that did you discuss
8  with someone in management that you
9  thought you had been discriminated
10 against based on race or age?
11 A      I attempted to talk to
12 management, and it was a little bit
13 grueling at that point because just like
14 when I -- you know, it was just like when
15 I brought the acknowledgment of the
16 threat, management didn't seem to attempt
17 to approach the situation in a manner in
18 which it was stated to be it was
19 approached.
20     So when I approached management, I
21 wasn't getting any response. So, you
22 know, that's my statement. If I was to
23 get answers to my questions, it wouldn't

Page 196

1  be lingering to add up to it -- to
2  anything.
3  Q      Can you read the question
4  back?
5  A      Did you ever speak to
6  management --
7  Q      Did you ever tell anyone in
8  management at Wal-Mart that you thought
9  you were discriminated against based on
10 your race or age other than filing your
11 charge?
12 A      I probably have. I just don't
13 remember.
14 Q      Don't remember specifics. Do
15 you remember who you might have told it
16 to?
17 A      I just talked to a lot of
18 management. I don't know exactly how
19 many times I approached them and what the
20 actual conversation, but I know I have
21 approached them.
22 Q      So basically you know you
23 talked to management and you don't know

Page 197

1  whether you told them you thought you
2  were discriminated against based on race
3  or age? Is that a fair assessment?
4  A      Right. I just wanted to know
5  what was the problem. In the beginning.
6  Q      Let me show you what I've
7  marked as Defendant's Exhibit 9 and ask
8  you if that is a copy of the charge of
9  discrimination that you filed with the
10 EEOC?
11     (Defendant's Exhibit No. 9
       was marked for
12     identification.)
13 A      Yes.
14 Q      And you filed that on October
15 27th, 2003; is that right?
16 A      I mailed it out on September
17 27th is when I -- yeah.
18 Q      That's when they seemed to
19 have received it; correct?
20 A      Correct.
21 Q      And if you look in the box
22 here it says, "Dates discrimination took
23 place." Do you see that on the right

**Page 198**

1   slde about the middle of the page?  Let
2   me show you where I'm looking.  Do you
3   need your glasses?
4   A       All right.  Right here?
5   Q       Yes, ma'am.
6   A       Uh-huh.
7   Q       And the date you put down was
8   7-21-2003; is that right?
9   A       That's what she put down.  I
10  guess so.
11  Q       And you describe in the charge
12  on July 21st, 2003, "I went to another
13  location to apply for the management
14  training program."  Is that right?
15  A       Right.
16  Q       "In my attempt to apply, I
17  approached two Caucasians, Tuesday the
18  store management and Steven, in an
19  attempt to apply for this program, and
20  both of them didn't assist me at all."
21  You're talking about the July period?
22  A       Yes.
23  Q       Do you know why it wasn't

**Page 199**

1   showing up on the computer at your store?
2   A       Well, when I went to the store
3   and applied, when I came back they showed
4   me how to apply.  I did the same thing.
5   It was right there.  It's just that —
6   Q       They didn't seem to know how
7   to do it?
8   A       They didn't know how to do it,
9   or they didn't want to assist me.  I
10  didn't know what the problem because
11  after I came back to the store — I asked
12  them about it.  They still were saying it
13  was downloading, and I went in there and
14  did what they did -- showed me how to do
15  at the other store and it was right
16  there.
17     I don't know what the situation was,
18  but that's how it seemed to me.
19  Q       You say about the fourth line
20  from the bottom, "Prior to this I was
21  turned down before in lieu of a younger
22  white female who was also hired after
23  me."  Who are you talking about there?

**Page 200**

1   A       Jessica Smith.
2   Q       Do you know when she entered
3   the management training program?
4   A       They didn't submit her on the
5   list.
6   Q       Do you know if she came into
7   Wal-Mart through the college program?
8   A       I really don't know, but she
9   was on the list of management accepted
10  into the program.
11  Q       You don't know when she
12  started in the program?
13  A       It wasn't submitted.
14  Q       I'm not asking you what was
15  submitted.  Do you know — do you have
16  any knowledge —
17  A       I know that she was hired
18  after me, so it would have to be after
19  the time frame of when I was hired.
20  Q       But you don't know when?
21  A       (Nodding negatively.)  The
22  process takes, I think, they said 11
23  months, and she finished --

**Page 201**

1   Q       Eleven months for what?
2   A       For the training program.
3   They had so many months -- the process --
4   Q       It was 17 weeks, wasn't it?
5   A       Seventeen weeks?
6   Q       Yes.  Is that right?
7   A       I don't recall.  I'd have to
8   look at it.  And at the time when -- I'd
9   have to look at the dates and time.  But
10  it was in 2002 when they announced that
11  she was about to complete -- 2003 she was
12  about to complete the program at the end
13  of the year, I think.  I would have to —
14  Q       But Jessica Smith had entered
15  the management training program before
16  you applied for it, didn't she?  This is
17  before January 2003?
18  A       I assume that it was around
19  the same time, but it wasn't listed so.
20  But it was on the board listed in the
21  stores and in the office and in the break
22  room.
23  Q       You just don't recall when?

Page 202

```
1    A      Right.  They didn't have any
2    dates.  They just listed all the people
3    that was accepted in --
4    Q      But you don't recall when her
5    name was listed as someone who had been
6    accepted; correct?
7    A      Right.
8    Q      Did you ever discuss your EEOC
9    charge with anyone in management at
10   Wal-Mart?
11   A      Discuss it how?
12   Q      In any way.  Did they ever
13   mention it to you?  Did you ever mention
14   it to them?
15   A      I probably approached them
16   about it, but I don't recall them
17   discussing it any to me.
18   Q      Do you recall who you
19   approached about it?  You just walked up
20   to a store manager at that store and
21   said, guess what, I filed an EEOC charge?
22   A      No.  I discussed the process
23   before the EEO charge of how -- the EEO
```

Page 203

```
1    charge came by the application process.
2    Q      I know you discussed the
3    application process with various
4    managers.  I'm asking you if you
5    discussed your EEOC charge with anybody
6    in management?
7    A      I don't remember if I did or I
8    didn't.  I was going through so much at
9    the store but --
10   Q      Did you ever discuss your EEOC
11   charge with any hourly associates at
12   Wal-Mart?
13   A      No.
14   Q      Do you know of any other
15   associates at Wal-Mart who filed EEOC
16   charges from your store?
17   A      I don't know.
18   Q      Now, you claim in your lawsuit
19   that you were retaliated against for
20   having filed an EEOC charge; is that
21   right?
22   A      That's correct.
23   Q      Is there anything other than
```

Page 204

```
1    the charge itself that you think brought
2    on the retaliation?
3    A      Prior to the charge, I didn't
4    have no problems.
5    Q      So you think the charge is
6    what started the retaliation?
7    A      Correct.
8    Q      And you claim that the
9    retaliation consisted of your discount
10   card was once declined; is that right?
11   A      Right after that.
12   Q      When was the discount card
13   declined?
14   A      It was like the week after the
15   complaint.
16   Q      Week after your charge was
17   filed?
18   A      Yeah.
19   Q      What happened?  You had been
20   shopping at the store that you work in?
21   A      Right.  And I went to use it
22   and --
23   Q      And what happened?
```

Page 205

```
1    A      And they said that it couldn't
2    be accessed and I would have to reapply.
3    And I just had used it right before the
4    complaint was acknowledged.
5    Q      You say before the complaint
6    was acknowledged.  What do you mean by
7    that?  Do you mean before you filed your
8    charge?
9    A      Right.
10   Q      Did you ever use your discount
11   card after that day?  After it was
12   declined?
13   A      No.  They had -- I don't know
14   if they took it or just have to reinstate
15   it or whatever.
16   Q      So they fixed it?
17   A      Uh-huh.
18   Q      Is that a yes?
19   A      Yes.
20   Q      And you were able to use it
21   again after that particular date?
22   A      Yes.
23   Q      Who did you go to to have it
```

Page 206

```
 1   fixed?
 2   A      I probably went to management
 3   first and they probably sent me to human
 4   resources or Ingrid.
 5   Q      The personnel manager?
 6   A      Yes.
 7   Q      Other than the fact that this
 8   occurred after you filed your charge, is
 9   there anything else that makes you think
10   it was related to the charge?
11   A      Other than the fact that --
12   could you state the question again?
13   Q      Sure. Other than the fact
14   that you claim that your discount card
15   was declined one time after your charge
16   was filed, is there anything else that
17   makes you think it was because you filed
18   your charge?
19   A      I hadn't had any problems with
20   it before.
21   Q      The timing is what makes you
22   think it was retaliation?
23   A      Right. But I didn't say the
```

Page 207

```
 1   card itself was retaliation. It just was
 2   a process, you know, denying me access of
 3   it, the use of it, saying like I'm --
 4   but --
 5   Q      Your use was denied because
 6   the cashier scanned the card and it
 7   didn't work; right?
 8   A      It didn't work. Right.
 9   Q      So you went to management and
10   they fixed it; correct?
11   A      No. They took away -- usually
12   they just type in the numbers or do it
13   another way. But they took mines away
14   and said I had to wait a long process to
15   get it back before I could use it.
16   Q      And you did get it back?
17   A      Yes.
18   Q      And you were able to use it?
19   A      Right.
20   Q      Other than the timing of the
21   time that you couldn't use the card, is
22   there anything else that makes you think
23   it was retaliation?
```

Page 208

```
 1   A      No. Other than the timing and
 2   that it happened at that time.
 3   Q      Now, you claim in your lawsuit
 4   that your hours were cut; right?
 5   A      Yeah.
 6   Q      But your hours weren't cut,
 7   were they?
 8   A      Yeah.
 9   Q      Well, you generally worked
10   anywhere from 55 to usually 80-something
11   hours, maybe occasionally a little bit
12   more than that a week; right? Is that
13   right?
14   A      Eighty hours a week?
15   Q      I'm sorry. In a two-week
16   period. I'm sorry.
17   A      Yeah.
18   Q      There were some pay periods
19   where you might work 50-something hours
20   and other pay periods where you might
21   work a hundred hours; right? Your hours
22   fluctuated; is that correct?
23   A      It may have.
```

Page 209

```
 1   Q      What is your allegation that
 2   your hours were cut? When did that
 3   supposedly happen?
 4   A      Right during the process of
 5   after the complaint, not before.
 6   Q      After you filed your EEOC
 7   charge?
 8   A      Yes.
 9   Q      How many hours do you claim
10   you were working before you filed your
11   charge?
12   A      It wasn't my hours that just
13   was cut. It's just that they were
14   changing my set days. And when I would
15   come in and clock in, they wouldn't clock
16   me in until after I went around the store
17   and found management. They would say
18   that I was supposed to be at work when it
19   was actually my off day. It was stating
20   that I was unexcused absence when I was
21   actually supposed to be off. Different
22   things that they had done just went in a
23   broad-spectrum throughout this process
```

**Page 210**

1  that cut my hours and, you know, cut my
2  income.
3  Q      Well, your checks after you
4  filed your charge were basically the same
5  as the checks you received before your
6  charge; isn't that right?
7  A      I don't have a list of my
8  checks.
9  Q      Well, is it your claim that
10 that's not the case?
11 A      If that's your record, that's
12 probably what they typed in there. But I
13 would have to have an actual printout.
14 Q      Well, do you have any records
15 that reflect what you were paid during
16 that time frame?
17 A      Other than check stubs, no.
18 Q      Well, let me show you what I'm
19 going to mark this as Defendant's Exhibit
20 10.
21        (Defendant's Exhibit No. 10
          was marked for
22        identification.)
23 A      I would need a copy of that.

**Page 211**

1  Q      Take a look at that and tell
2  me if looking at that if you can
3  determine what you mean when you say that
4  your pay was cut. Is this a copy of your
5  earnings history report from Wal-Mart?
6  Is that what that looks like to you?
7  A      I guess so. Now, I had
8  received a raise right after the
9  complaint in November -- the complaint
10 was in October.
11 Q      Let me help you with this.
12 These are the pay dates. This would be
13 like 1-9-2004 pay period ending that
14 date. The dates are on this.
15 A      Do you have 2003?
16 Q      Yes. 2003 starts here and
17 goes on to the next page.
18 A      Okay. I would have to — you
19 just submitted it to me. I would have to
20 take time and look over this in an un --
21 in a time frame where -- you're just
22 submitting to me this and you want me to
23 elaborate on it when I can't break it

**Page 212**

1  down in a short time that you're giving
2  me.
3  Q      I understand. Do you know
4  looking at this -- if you'll look, for
5  example, at the pay period -- let's use
6  this one here. The pay period ending
7  1-23-2004. It shows 71.98, what I assume
8  to be regular hours, .21 of overtime and
9  21.91 of other. Do you know what that
10 other would be?
11 A      No.  What is it?
12 Q      You're not sure about that?
13 A      No.  One time I had overtime
14 on my check and I asked Sherman -- not
15 Sherman -- Steven about it, and he said
16 don't worry about it.  It sounded like it
17 was more than what I would assume that
18 would be on one check.
19 Q      Would you agree with me that
20 if we look at 2003, beginning January
21 2003, the first week you had 34 regular
22 hours, 14 other hours for a total of
23 48.24 total hours for the pay period

**Page 213**

1  ending 1-10-2003?
2  A      These other hours, is it a
3  Sunday?
4         MS. SWAIN: Let's go off the
5  record just a minute.
6         (Off the record discussion
7         was held.)
8  Q      Back on the record.  Were you
9  paid at a higher hourly rate on Sundays?
10 A      No.
11      That wasn't submitted to me, so I
12 don't really know.  I haven't had time to
13 review it and go over it and break it
14 down and know what you're trying to
15 address.  I know you're trying to address
16 the pay, but that should have been
17 submitted.
18 Q      Well, let me ask you this:
19 Sitting here today is there anything that
20 suggests to you that your hours were cut,
21 that you worked fewer hours overall after
22 you filed your charge than you had in the
23 period before you filed your charge?

**Page 214**

1  A       Well, before I had my
2  charge — well, up to the time I
3  graduated I had specific days I took off.
4  Q       **I'm not talking about that.**
5  **I'm talking about hours.  Answer the**
6  **question I'm asking you.**
7  A       Those were consist of hours.
8  Q       **I'm talking about total number**
9  **of hours you worked in a two-week pay**
10 **period.**
11 A       I'm trying to answer your
12 question the way I understand it.  You
13 just submitted this to me.  I'm trying to
14 understand what you're trying to --
15 Q       **If you don't understand the**
16 **document, just ignore the document.**
17 **Don't even use the document if it doesn't**
18 **make sense to you.  My question is:**
19 **Irrespective of the document, is there**
20 **anything that suggests to you that you**
21 **worked fewer hours during the period**
22 **after you filed your charge than you had**
23 **during the period before you filed your**

**Page 215**

1  **charge?**
2  A       The fact that I — well, a lot
3  of times my hours were cut but I made
4  them up.  Well, I wasn't on the schedule
5  when I was supposed to be.  So I
6  approached management about it.  A lot of
7  times they cut me off of the schedule.
8  And I approached management about it and
9  made them acknowledged that I'm supposed
10 to work today and I'm here and going to
11 work.  That's the only reason why I was
12 paid for those hours that are here
13 because I had to force the issue after
14 the complaint.
15 Q       **So your complaint here is not**
16 **that the number of hours went down, it's**
17 **that you weren't scheduled for the days**
18 **that you had previously been scheduled**
19 **for?**
20 A       In some occasions I wasn't
21 paid for some of the days.  But most of
22 the time when I saw that I knew I was
23 supposed -- I had a set schedule and I

**Page 216**

1  knew I was supposed to work, and they
2  didn't have me on the schedule, I forced
3  the issue.
4  Q       **Are you aware that schedules**
5  **at Wal-Mart are generated by a computer?**
6  A       I didn't have that problem
7  before the complaint.
8  Q       **My question, though is: Are**
9  **you aware —**
10 A       I understand that.
11 Q       **Let me finish the question.**
12 **Are you aware that schedules at Wal-Mart**
13 **are generated by a computer?**
14 A       I'm aware that schedules are
15 entered in by a man on the computer.
16 That's how I assume that it's supposed to
17 be.
18 Q       **Are you aware that at Wal-Mart**
19 **the home office sends the store the**
20 **number of available hours in different**
21 **positions that can be scheduled and that**
22 **Wal-Mart enters in associate's**
23 **availability from your associate**

**Page 217**

1  **availability form, and that the computer**
2  **actually generates a schedule using the**
3  **availability of the associates and their**
4  **experience as well as the needs of the**
5  **store and just automatically spits out a**
6  **schedule?  Are you familiar with that**
7  **computerized scheduling system?**
8  A       Well, I'm familiarized with
9  the process that before my schedule I had
10 a set schedule.  I had no problem with
11 it.  On Mondays every time I was off.  I
12 might have had to work every other day or
13 whatever.
14     But after the complaint I had a set
15 schedule, and my schedule was randomly.
16 I had to force the issue.  I had several
17 different problems.  That's what I'm
18 familiar with.  Now, what they do at the
19 corporate office, no, I'm not aware of
20 that.  I'm not aware what they do.  I
21 understand that the computers generate
22 the schedule, but man enters the schedule
23 in and that's what's printed out.

**Page 218**

1  Q       Do you know how schedules are
2  generated at Wal-Mart?
3  A       By the way they schedule is
4  set up by the management.
5  Q       What makes you think that
6  management puts in the schedule?
7  A       No, I'm not saying
8  management -- management has to enter in
9  your availability and the time that
10 you're supposed to work or the home
11 office won't know that.
12 Q       Well, management -- probably
13 not management, but the personnel office
14 enters into a computer what you write
15 down on your availability form; correct?
16 A       Correct.
17 Q       Then the computer generates
18 the schedule based on your availability,
19 the needs of the store and what your
20 experience is as compared to other
21 associates that are available at the same
22 time; correct?
23 A       That wasn't relayed to me in

**Page 219**

1  that manner as far --
2  Q       You're weren't aware; right?
3  A       Right.
4  Q       But you're not disputing it?
5  A       No.
6          (Brief recess was taken.)
7          MS. SWAIN: Can you read that
8  last question back?
9          (Record Read.)
10 Q       So your complaint with respect
11 to your hours, if I can get this
12 straight, is that according to you, you
13 had the same schedule every week before
14 your EEOC charge?
15 A       Right.
16 Q       And after your EEOC charge you
17 were given --
18 A       Random schedules.
19 Q       -- different schedules than
20 what you had before?
21 A       I'm assuming that I have --
22 because I had a set schedule before and I
23 had no problems, but after the complaint

**Page 220**

1  I had random schedules and I'm off the
2  day that I'm scheduled on.  So when I go
3  on, they're saying I'm off, and I have to
4  fight for that day to make up for the
5  time that -- you know, I have to fight
6  for the hours that is produced here
7  because, you know, I was scheduled all
8  different days, all different hours when
9  I was on a set schedule.  And the days
10 that I was supposed to be at work, I was
11 off.  And days I was supposed to be off,
12 I was at work.
13 Q       When you were scheduled to
14 work, you always worked from 10:00 to
15 7:00; right?
16 A       Right.
17 Q       So the issue is which days of
18 the week you worked?
19 A       Correct.
20 Q       Before your EEOC charge what
21 days did you work?
22 A       It was Monday off -- well,
23 mostly always Monday off because I

**Page 221**

1  attended school on Mondays.
2  Q       But you were done with school;
3  right?
4  A       Right.  At that time, but I
5  still had that set schedule because it
6  was in the computer.  And then I had
7  random days to go with that Monday.  So
8  that was okay.  I always knew I was off
9  on Monday and I had to look forward the
10 next day.
11     But then I had another available
12 schedule where I had Thursday and Fridays
13 set that I was always off Thursday and
14 Friday.  So Thursday and Friday I'm going
15 to stay at home.  When I stay at home
16 Thursday and Friday, then when I come in,
17 you know, you was off out -- no, this is
18 not what was on my availability.
19     So I had to fight for the time that
20 is on here, and I had to constantly go
21 and justify why I'm at work or why I'm
22 off.
23 Q       Is there some reason why you

**Page 222**

1 didn't just go check your schedule every
2 week and see what hours you were
3 scheduled to work?
4 A      Because I had a set schedule.
5 Q      Well, no associate at Wal-Mart
6 is given a set schedule. What you're
7 claiming is you just happened to get
8 those hours each week based on your
9 availability; right?
10 A      Right. Well, most associates
11 once they get availability, they know
12 they're off on those days. That's how it
13 had been when I initially started. But
14 if it was to my acknowledgment that I had
15 to change the process where this wasn't
16 accurate, then when I would post them and
17 constantly was going through the battle
18 of fighting for those hours, then it
19 should have been made known to me.
20 Q      I guess my question is: Once
21 you realized that you were getting
22 different days than you usually do, why
23 didn't you just go check the schedule

**Page 223**

1 every week and see when you were
2 scheduled to work?
3 A      Because I had -- what was told
4 to me is once you put that available time
5 in, this is the time you have off and
6 they can't change that. This is what was
7 told to me. Now, how accurate it was, I
8 accepted what was told because it was
9 told to me by management. So the days
10 that I had put for availability, I was
11 off. When I came in to work, I came in
12 to work the days I knew that I was
13 supposed to work.
14 Q      I get why you think you were
15 supposed to be off. My question is: Once
16 you realized that you were not getting
17 the same schedule every week, that your
18 days off weren't being honored, why
19 didn't you check the schedule so you
20 could come in on the days that you were
21 scheduled to work?
22 A      They told me they were going
23 to correct it.

**Page 224**

1 Q      Who told you that?
2 A      Management.
3 Q      Who in management?
4 A      Either Sherman or whoever I
5 approached because management changed so
6 often, I approached different ones that
7 was there that day.
8 Q      Do you know who you talked to
9 about --
10 A      I know I talked to Sherman
11 about it.
12 Q      Let me finish my question.
13 A      Okay.
14 Q      Do you know who you talked to
15 about your schedule being different?
16 A      I know I talked to Sherman
17 about it. I talked to Robert Claiborne.
18 I may even approached John about it.
19 Q      And what did they say? What
20 did Sherman say?
21 A      He said he's going to correct
22 it.
23 Q      Is it your testimony that it

**Page 225**

1 wasn't corrected?
2 A      Pardon me?
3 Q      Is it your testimony that it
4 was not corrected?
5 A      It wasn't -- you know, it
6 wasn't corrected in a time frame where I
7 assumed that it was corrected because
8 when I came in I was off and, you know,
9 after I talked to management.
10 Q      Was it ever corrected?
11 A      Probably not.
12 Q      What did Shannon say when you
13 complained to her about it?
14 A      At the end of -- before I left
15 they didn't have -- they was in the
16 process of choosing a store manager, so I
17 always approached my immediate manager
18 that was on and let them take it to
19 whoever was --
20 Q      So you didn't actually talk to
21 Shannon about it?
22 A      Because Shannon -- no, I
23 didn't speak so Shannon about it.

Page 226

1  Q        Who besides Sherman did you
2  talk to?
3  A        I spoke to whatever immediate
4  supervisor that was there that night.
5  Q        But you don't remember who
6  that was?
7  A        Whoever was there at the time
8  the schedule was messed up.
9  Q        Do you remember who that was?
10 A        I spoke to each management,
11 Sherman, Robert, John, and --
12 Q        Are you aware that between --
13 after you filed your charge, from the
14 time you filed your charge and the time
15 that you took your leave of absence you
16 had 17 -- 16 manager-approved absences?
17 Does that sound correct?
18 A        That must have been when I
19 went home. My request for leave.
20 Q        No. This is before your
21 request for leave. I'm not counting your
22 leave of absence days.
23 A        That must have been my

Page 227

1  vacation.
2  Q        You had that much vacation?
3  A        Two weeks.
4  Q        You didn't just randomly take
5  vacation days, did you? Did you take
6  them all together?
7  A        I usually take them all
8  together because I would go out of town,
9  and it usually coincided with the days
10 that I'm already off.
11 Q        Do you have any reason to
12 dispute Wal-Mart's records as to your
13 attendance?
14 A        If they said that I didn't
15 come in when I was supposed to, I do.
16 Q        Well, it was a
17 manager-approved absence, which would
18 suggest that you called in and said you
19 couldn't come to work and they approved
20 it; right?
21 A        Not if it's a vacation time.
22 Q        I'm talking about a
23 manager-approved absence.

Page 228

1  A        Right. Like if I called in
2  like -- if I called in like I had that
3  threat and I talked to Robert and either
4  he approve it or he didn't approve it.
5  But I acknowledged that I had a problem,
6  and I called management.
7  Q        The question I'm trying to
8  ask, Ms. Ayers, is whether you have any
9  reason to dispute Wal-Mart's records of
10 your attendance? These were produced to
11 you. Is there anything about them that
12 you dispute?
13 A        Them constantly saying that I
14 took unapproved absences.
15 Q        Who constantly said you took
16 unapproved absences?
17 A        Well, they had some unapproved
18 absences and said that I wasn't there.
19 In the production of documents that I
20 submit that --
21 Q        So it's your testimony that
22 you never had any unapproved absences?
23 A        Yeah, I probably had some, but

Page 229

1  I didn't have them constantly.
2  Q        I don't think anybody ever
3  suggested you had them constantly. Do
4  you think Wal-Mart phonied up documents
5  relating to your attendance?
6  A        In some of the things that
7  they handle, I really wouldn't put it
8  past the situation where, you know, when
9  documents that I know I have submitted is
10 not acknowledged.
11 Q        I'm going to show you
12 Defendant's Exhibit 11. I want you to
13 look at that document, which has been
14 produced to you previously and tell me
15 what days on here have been falsified.
16         (Defendant's Exhibit No. 11
17          was marked for
          identification.)
18 A        I couldn't say what they done
19 did. All they stated that --
20 Q        So you don't have any evidence
21 that anybody ever falsified your
22 attendance record, do you?
23 A        If they said that I took --

Page 230

1  Q       Not if they said.  You look at
2  what they said, and you tell me if
3  there's anything that suggests that
4  they're falsified --
5  A       I know I didn't take all these
6  unapproved absences.
7  Q       Those are back in 2001,
8  weren't they?  And 2002.  You don't think
9  they're phonying up absences you took
10 over a year before you even filed an EEOC
11 charge, do you?
12 A       If they want to assume that
13 I'm not performing according to their
14 expectations.
15 Q       Did they ever tell you that?
16 You got an "exceeds expectations" on
17 every performance evaluation you received
18 other than your 90-day, didn't you?
19 A       Yeah.  Or yes.
20     See, that says not scheduled to work.
21 These are days that they have not
22 scheduled to work, so you know --
23 Q       You've just testified a few

Page 231

1  minutes ago you had days where you worked
2  when you weren't scheduled that you came
3  in and told them that you normally worked
4  on that day and you wanted to work and
5  they let you do it.
6  A       Right.  But they had --
7  Q       So that's going to show up as
8  a "not scheduled but worked by you"
9  because you weren't on the schedule.
10 A       And it's unapproved.  You know
11 like -- like I just took it off.  So it
12 ain't stating that I was supposed to be
13 -- it's stating that I just randomly took
14 off days back to back.
15 Q       All I want to know from you,
16 Ms. Ayers, is what on that document, if
17 anything, suggests that Wal-Mart has
18 falsified your attendance records?
19 A       I didn't say they falsified.
20 I stated the situation is that when I was
21 supposed to work, I had to fight for the
22 time that I needed to get paid.  That's
23 what I'm saying.  I'm saying that there

Page 232

1  was hours that was cut that I had to
2  fight for.
3  Q       There's what, three days on
4  here that you had --
5  A       Some days I just -- I stopped
6  approaching them and just started filling
7  in a time adjustment sheet so I could get
8  paid for those days.  That went on for a
9  good amount of time.  So it wouldn't show
10 up on here as unapproved absence or not
11 scheduled to work.  It would just show up
12 by my regular time.
13 Q       If you're not scheduled to
14 work and you work any way, it's going to
15 show up on here as a "non-scheduled
16 work."  Work non-scheduled.
17 A       If I fill the time adjustment
18 sheet out, the person automatically files
19 in my time.
20 Q       Right.  If you fill out a time
21 adjustment sheet to pick up time on a day
22 you weren't schedule, you will show up on
23 this form as a worked not scheduled,

Page 233

1  would you not?
2  A       I assume I would if that's
3  what --
4  Q       There were three days where
5  you were not approved for working when
6  you weren't on the schedule; is that
7  right?
8  A       In two thousand what?
9  Q       4.  In any year really, but
10 they're all 3 and 2004.  Is that right?
11 A       Other approved -- I don't know
12 what's the cause of all the -- you know,
13 they didn't submit to me any documents --
14 what it is, they just submit this and I
15 figured to the point where I know I
16 wasn't off back to back.  I always --
17 unless I called --
18 Q       Ms. Ayers, look.  You sued
19 Wal-Mar, okay, and you've filed a lawsuit
20 against Wal-Mart in court.  I'm trying to
21 find out what it is you are complaining
22 about --
23 A       I --

**Page 234**

1  Q     — let me finish — with
2  respect to your schedule. You worked the
3  same number hours, you were paid the same
4  amount of money, you weren't ever
5  counseled or coached about your
6  attendance. What is it that was done to
7  you that was a problem? Is there
8  anything other than the fact that you
9  were scheduled different days of the week
10 than you previously worked?
11 A       That I had to force management
12 to do what normally you wouldn't have to
13 force them to.
14 Q       You had to force them to allow
15 you to work the days you wanted to work?
16 A       No. The days that I was
17 scheduled — was supposed to be scheduled
18 to work.
19 Q       The days that you had
20 previously been scheduled to work, but
21 not the days you were scheduled to work
22 during that pay period; correct?
23 A       No, the days that -- I had —

**Page 235**

1  I was on a schedule for two days. They
2  had me off for maybe all the other days,
3  so I had to -- I came in the days that I
4  know I was supposed to work whether they
5  had me on the schedule or not. Now, what
6  they have here --
7  Q       And they approved that;
8  correct?
9  A       After I had to approach them
10 and fight for it. It wasn't a normal
11 reaction before the complaint. I never
12 had to go through that kind of stress
13 before the complaint.
14 Q       The stress you're talking
15 about is you had to go to the manager and
16 say, I'm not scheduled for enough hours.
17 I'm here today; I'm normally scheduled on
18 this day and I want to work today. And
19 they said, okay, Wanda, go to work, go
20 clock in; right? That's what we're
21 talking about?
22 A       I had to approach management
23 in the manner where you normally wouldn't

**Page 236**

1  have to approach management for a
2  situation where you come to work and you
3  know you're scheduled to work --
4  Q       Let me stop you. You weren't
5  scheduled to work on that day. It was a
6  day that you used to be scheduled for
7  normally, but you happened to not be on
8  the schedule for that day and
9  particularly --
10 A       Well, I --
11 Q       Let me finish.
12 A       Go ahead and finish.
13 Q       — that you're talking about;
14 right? This is where I want to be clear.
15 You had a schedule that you thought was a
16 set schedule. You got the same days each
17 week. According to you, that changed
18 after you filed your charge and you were
19 scheduled for different days; correct?
20 A       Okay. If management cuts your
21 hours, they should inform you.
22 Q       Is that correct?
23 A       No, it's not correct. Because

**Page 237**

1  if management cuts your hours, they
2  should inform you that your hours are
3  cut. You're now part-time. Because if
4  you're only on the schedule for three
5  days, then you are part-time.
6  Q       I'm going to ask the question
7  to you until you answer it. What you are
8  saying is that you had a schedule that
9  you thought was your set schedule; you're
10 scheduled for the same days each week —
11 A       Exactly.
12 Q       — before your charge. You
13 claim that after your charge your
14 schedule changed; correct?
15 A       Right.
16 Q       And you were scheduled for
17 different days of the week; correct?
18 A       Or hardly any days of the
19 week.
20 Q       Your claim is that you weren't
21 scheduled for hardly any days of the
22 week?
23 A       Right.

Page 238

1  Q      And if your schedule shows
2  otherwise, you're just incorrect; right?
3  A      Pardon me?
4  Q      Your schedule, if it shows
5  otherwise, then you're just incorrect;
6  right? We're going to go back and pull
7  your schedules of course and see exactly
8  when you were scheduled during this time
9  period.
10 A      Say the last statement again
11 because you said --
12 Q      I said, if the schedule that's
13 pulled off the computer or the archives
14 shows that in fact you were scheduled for
15 the same number of hours, then I guess
16 you're just incorrect; right?
17 A      Right. If they sign over all
18 the schedules that they approved me to
19 work, and it wasn't on there.
20 Q      The fact of the matter is you
21 were scheduled for different days and you
22 didn't show up for the days that you had
23 previously been scheduled and you had

Page 239

1  wanted to work to make up the time, which
2  they allowed you to do; isn't that right?
3  A      No. Because if I was
4  scheduled different days, then that means
5  I was off two days out of that week. But
6  when you are off four days out of the
7  week and they're scheduling you for two
8  or three days --
9  Q      Let's look at a particular
10 week.
11 A      But it's not showing on here
12 because this is what's typed in after you
13 get your pay -- pay period. What they
14 schedule you on the scheduling board
15 shows that they scheduled me for work two
16 days and I'm off three or four, five days
17 or whatever.
18 Q      Let's look here at the week of
19 -- I don't know what day is the Monday.
20 If you look at the period between say,
21 November 22nd, that's shortly after your
22 charge was filed, right, and November
23 30th. You had four days during that

Page 240

1  roughly eight-day time period where you
2  were scheduled but did not work, okay?
3  A      Okay. Where are you?
4  Q      Look at --
5  A      Page number 5?
6  Q      It's the third page in this
7  document. And look at the days between
8  11-22-2003, that's shortly after you
9  filed your charge and 11-30-2003. In
10 that time frame there were four days that
11 you were scheduled to work but did not
12 work; right? You got approved absences
13 on those four days. All right?
14 A      This whole row says approved
15 absences.
16 Q      This reflects your approved
17 absences. That's what this part of the
18 chart is.
19 A      This is what I'm asking you:
20 This must be the vacation time.
21 Q      You took vacation all that
22 time? Let's look from 12-1 to 12-9. You
23 had five days you had approved absences;

Page 241

1  right?
2  A      Okay. That's still --
3  Q      You had two more the following
4  week?
5  A      This is the two weeks
6  vacation, plus the two days off added to
7  that.
8  Q      So it's your claim you weren't
9  even at work at all during that time
10 period?
11 A      No, I was probably out of
12 town.
13 Q      Well, I don't think so because
14 flip two pages over.
15 A      (Witness complies.)
16 Q      You've got days in November
17 there that you worked when you weren't
18 scheduled. Look at 11-15-2003 you had an
19 approved absence. But on 11-12 and 11-17
20 both of those days you worked when you
21 weren't scheduled. What I'm suggesting
22 to you, Ms. Ayers, is that the problem in
23 this time period is not that you weren't

Page 242

1  scheduled for work, it's that you were
2  just coming in whatever hours that you
3  normally had worked in the past without
4  reading your schedule, such that you
5  weren't working hours that you were
6  scheduled to work, and instead wanted to
7  come in and make up the time after —
8  A      No. No.
9  Q      — let me finish — after you
10 had missed the time?
11 A      No, that's not correct. The
12 situation was that I was not on the
13 schedule but for two days or maybe three
14 days. So that means that I either was
15 considered a part-time or my schedule had
16 to be fixed. And I wasn't addressed --
17 when you become under hours and
18 management have to approach you and let
19 you know that you are now part-time.
20 Q      Your hours never even remotely
21 approached part-time.
22 A      That's because I had to
23 constantly fight for the little hours

Page 243

1  needed to make up my paycheck.
2      After the complaint, my schedule -- I
3  had to constantly say, I need to work
4  this day, I need to work five days a week
5  or whatever to make my time full-time as
6  stated. Because management, the computer
7  or whoever generated after the complaint
8  -- I don't care if it came from the local
9  management or from the home office, after
10 the complaint my hours was not the same
11 and I was not scheduled.
12 Q      That's your allegation. Do
13 you have any record of your hours during
14 that time period? The hours that you
15 were scheduled during that time period?
16 A      They didn't submit that
17 because they —
18 Q      The question is: Do you have,
19 not what was submitted to you, do you
20 have any record of your hours during that
21 time period?
22 A      How would I have it? I'm
23 asking you.

Page 244

1  Q      I don't know. You might have
2  written down your schedules like a lot of
3  folks do. Answer the question if you
4  would.
5  A      My schedule was set, so I knew
6  when I was supposed to work.
7  Q      During this time period it
8  wasn't. That's the whole problem, wasn't
9  it? It wasn't set. You were getting
10 different schedules —
11 A      Exactly. That's what the
12 problem --
13 Q      Okay. Do you have a record of
14 what the schedules were that you're
15 complaining about —
16 A      My time available sheet.
17 Q      Let me finish. You're saying
18 you did not get the schedules that you
19 were supposed to get. What schedules did
20 you get? Do you have a record?
21 A      No. They didn't submit that
22 in the production of documents.
23 Q      Did you keep one yourself?

Page 245

1  A      I knew the two days I had off
2  was Thursday and Friday before -- after
3  the availability changed.
4  Q      I'm not talking about what
5  your schedule was before. I'm asking you
6  what hours were you scheduled for that
7  you're complaining about? Did you keep
8  some record of how few hours you was
9  scheduled for? Because your hours don't
10 reflect that you were working any less.
11 Do you have anything that would suggest
12 to me --
13 A      Because these hours are
14 showing what they approved after they
15 fixed the schedule. Okay. The green
16 sheet --
17 Q      What I'm asking for is what do
18 you have that shows what the hours are
19 that you're complaining about? Anything
20 other than just you're saying my schedule
21 was different?
22 A      It's the green sheet that they
23 post on the board that management would

**Page 246**

1  not give to me because I asked for copies
2  of it, and they wouldn't give it to me.
3  Q       You know, you can take a pad
4  like a lot of people do and look at the
5  schedule and write down the hours that
6  you're scheduled to work. That's what a
7  lot of folks do. They write their
8  schedules down in a notebook or a pad,
9  especially during a period where you've
10  already filed a charge of discrimination
11  against the company and you're thinking
12  up things to complain about, I'm
13  surprised that you didn't keep any kind
14  of record of what you claim was
15  discriminatory hours.
16  A       Because the management would
17  not submit -- because even if I write it
18  down, they're going to say that's my word
19  against their's. They wouldn't give me a
20  copy of the --
21  Q       The answer to my question is,
22  no, you don't have any record of what the
23  hours were; correct?

**Page 248**

1  times that I had worked; correct?
2  Q       You hadn't asked Wal-Mart for
3  a copy of your schedule during that time
4  period. But yeah, if you ask for it,
5  we'll produce it. I'm not talking about
6  something we already have, okay. I'm
7  talking about something you made on your
8  own or you kept on your own. I'm not
9  asking you to give me something that
10  Wal-Mart can generate for me. I'm asking
11  if you have some records that you made on
12  your own of what your schedule was during
13  this time period?
14  A       Like I told you, all the
15  documents I kept notes of, I'll write it
16  down at work and I'll go home and put it
17  on my computer, and all those documents
18  was erased after I did the complaint.
19  Q       But the answer is, you don't
20  have those records; correct? That's what
21  I'm trying to find out. I don't want
22  there to be records out there I don't
23  know about and you show up at trial with

**Page 247**

1  A       Other than the fact that I had
2  to fight for my hours to be correct.
3  Q       I'm not asking you what you
4  fought for. I'm saying do you have any
5  record of your hours?
6  A       I'd have to look at home and
7  see if I have a record of it. It
8  probably was on the computer with all the
9  other documents that was erased.
10  Q       If you have a copy of that and
11  you didn't produce it to me previously,
12  we'll have to come back and complete your
13  deposition after I have that from you.
14  If you have some record of your hours
15  that you're complaining about in your
16  lawsuit that was not produced to me
17  previously, we'll need to come back and
18  finish this.
19  A       So if Wal-Mart didn't submit
20  everything -- if I asked for that
21  particular document and it wasn't
22  submitted, then they will have to submit
23  a copy of the schedule sheet showing the

**Page 249**

1  a whole bunch of records. Are there
2  records or are there not of the hours
3  that you claim to have been scheduled?
4  A       At this time I don't have
5  them. I requested copies of them, but
6  they wasn't submitted.
7  Q       When did you request copies of
8  them?
9  A       When I was at the store.
10  Q       This is when you were still
11  employed there?
12  A       Yes.
13  Q       All right. We've talked
14  earlier about Alphonso Clark allegedly
15  threatening you; right?
16  A       Uh-huh.
17  Q       Is that a yes?
18  A       Yes.
19  Q       Other than the threat that
20  you've already discussed with us and
21  Alphonso you think taking the vase out of
22  your home, are there any other threats
23  that you're talking about in your lawsuit

Page 250

1 that you're complaining about that were
2 retaliation?
3 A     I was threatened constantly.
4 It's just that for me to verbally say it,
5 I cannot prove it. That's why when I was
6 constantly threatened I made a police
7 report to verify the situation when
8 management wouldn't do anything about it.
9 Q     When you say you were
10 threatened constantly, who is threatening
11 you constantly?
12 A     People would walk up to me and
13 say, you need to leave and go back where
14 you came from, and if you don't, you
15 don't know what's going to happen to you,
16 or you're going to lose everything you
17 have. They constantly do that.
18 Q     Who said that?
19 A     When you're walking out the
20 store, people just --
21 Q     Who said that?
22 A     One of the management, Mattie,
23 walked up to me and said that if I don't

Page 251

1 leave, I'm going to lose everything I
2 have and I need to go back where I came
3 from.
4 Q     Who said that?
5 A     One of the managers -- not
6 manager but floor manager.
7 Q     Like a support manager?
8 Department manager?
9 A     Department.
10 Q     That's an hourly position?
11 A     Yes.
12 Q     Why would Mattie tell you if
13 you don't leave, you're going to lose
14 everything you have?
15 A     I guess they feel like -- I
16 don't know what was -- it never happened
17 before. And I don't know what management
18 had -- if they have their little
19 meetings. I don't know what was going on
20 or what was said to her, but that's what
21 she approached me with. And I'm like, I
22 don't know what's going on.
23 Q     Did anybody else besides

Page 252

1 Mattie and Alphonso threaten you?
2 A     Well, all the conversation was
3 evasive to me because I feel like my
4 private and personal conversation should
5 be my right. And it was coming up in the
6 store and randomly approached with it
7 and --
8 Q     I'm not talking about your
9 private conversations. Answer the
10 question I'm asking. Were there any
11 other threats --
12 A     That I can recall, not at this
13 time.
14 Q     Thank you. You filed a police
15 report against Alphonso; correct?
16 A     Yes.
17 Q     Did you file a police report
18 about Mattie?
19 A     No, because that happened
20 before Alphonso. I guess -- I don't know
21 what it was. But after Mattie approached
22 me, then Alphonso approached me. And I'm
23 like, this is going too far.

Page 253

1 Q     Is Mattie related to Alphonso
2 in any way?
3 A     I don't know. A lot of them
4 are related.
5 Q     Do you know if she is friends
6 with Alphonso?
7 A     All of them are real close
8 friends.
9 Q     Do you know Mattie's last
10 name?
11 A     No, I don't.
12 Q     What race is Mattie?
13 A     She's African American.
14 Q     Do you know whether Mattie was
15 aware that you had filed a charge of
16 discrimination with the EEOC?
17 A     I'm quite sure the whole store
18 knew about it the way they were reacting.
19 Q     Do you know for sure whether
20 she knew?
21 A     Personally I didn't tell her.
22 Q     Do you know whether Alphonso
23 knew that you had filed an EEOC charge?

65

| Page 254 |
| --- |

1   A       Personally I didn't tell him.

2   Q       Did either Mattie or Alphonso

3   ever mention your charge to you? Did

4   they ever say something about your EEOC

5   charge?

6   A       As far as directly, no.

7   Q       Who was it that refused to

8   clock you in supposedly?

9   A       Robert Claiborne.

10  Q       And how many times did that

11  occur?

12  A       It occurred to the point where

13  I just started doing time adjustment

14  sheets.

15  Q       How many times is that?

16  A       After a week it was, you

17  know -- it was whatever -- like the four

18  days that I was not on the schedule, it

19  was like four days -- two days that I was

20  on the schedule I didn't have no problem

21  because I didn't have to clock in. It

22  was like four days in one week. And then

23  the next day I just -- the next day I was

| Page 255 |
| --- |

1   off, I couldn't clock in. I just went

2   and got a time adjustment sheet from that

3   time off.

4   Q       If you were on the schedule,

5   you would just go clock yourself in;

6   right?

7   A       Right.

8   Q       What you're saying is on days

9   when you wanted to work but you weren't

10  on the schedule you asked Robert to clock

11  you in; is that correct?

12  A       Right.

13  Q       And Robert said no?

14  A       No, he wouldn't clock me in.

15  He'd walk off. He wouldn't say anything.

16  I'd approach him. He'd walk off, and I'd

17  have to go find another management. He's

18  clocking everybody else in that's

19  standing there. I'm standing there to be

20  clocked in also.

21  Q       How many people were there

22  that weren't on the schedule but who were

23  working anyway?

| Page 256 |
| --- |

1   A       Around the holidays there's a

2   lot of people coming in that's not on the

3   schedule. When they're doing inventory

4   or when they're doing floor layout, they

5   come in and they're not on the schedule.

6   Q       Did you ever ask Robert why he

7   wouldn't clock you in?

8   A       He called me in the office and

9   I asked him -- I stated the case that I

10  have a problem with you not clocking me

11  in and that's why I'm doing the time

12  adjustment sheet, so I won't have to be

13  approaching you and it won't be a

14  confrontation about this situation. And

15  I had to find other managements to clock

16  me in.

17  Q       What did he say when you

18  talked to him about it?

19  A       He said, if you don't clock

20  in, we're going to write you up. If you

21  continue to do the time adjustment

22  sheets, we're going to write you up.

23  Q       What did he say about not

| Page 257 |
| --- |

1   clocking you in?

2   A       He wouldn't say anything.

3   Q       Who was it that you went to --

4   you said you went to other members of

5   management to clock you in. Who did you

6   go to?

7   A       I know them by management, but

8   I don't know their names because they was

9   getting off -- if they're not getting

10  off, they're usually leaving by the time

11  I get their or they stay there a couple

12  of hours. So I know them, but I don't

13  know their names. But it was a white

14  guy.

15  Q       He clocked you in?

16  A       Yes.

17  Q       How many times did you have to

18  go to him to have him clock you in?

19  A       Any time that management

20  didn't clock me in.

21  Q       How many times are you talking

22  about?

23  A       Four times after I started

Page 258

1  doing the time adjustment sheet.
2  Q        You say that for approximately
3  a week Robert wouldn't clock you in so
4  you filled out time adjustment sheets;
5  right?
6  A        After that.
7  Q        After what?
8  A        After that week after I had
9  constantly walked around the store and
10 find managements because the managements
11 on my shift --
12 Q        So you had another manager
13 clock you in. Then at some point you
14 just started filling out time adjustment
15 sheets?
16 A        Yes.
17 Q        How many time adjustment
18 sheets do you claim that you filled out
19 in this time period?
20 A        It was probably two or three
21 weeks after he --
22 Q        Every day for two or three
23 weeks you filled out a time adjustment

Page 259

1  sheet --
2  A        Every day that I was supposed
3  to work and I wasn't on the schedule.
4  Q        Which is how many days a week?
5  A        It was random. You know,
6  every day I came in I'm supposed to work
7  and I wasn't work -- or I was wasn't on
8  the schedule or whatever. I fill in the
9  time adjustment sheet and put it in.
10 Q        You don't have any guess as to
11 how many days that was?
12 A        No. I know it went on for
13 about two or three weeks.
14 Q        But after that you met with
15 Robert and he told you if you continued
16 to fill out time adjustment sheets, you'd
17 be coached; right?
18 A        Right.
19 Q        What happened after that?
20 A        After that the -- he decided
21 to work with me to clock me in or
22 management -- I approached another
23 management, and they'll clock me in if

Page 260

1  I'm not on the schedule.
2  Q        After that it seemed to be
3  fixed?
4  A        Right.
5  Q        Did you complain to anyone in
6  management about Mattie's threat?
7  A        I don't remember.
8  Q        Did you ever complain to any
9  other manager -- did you ever complain to
10 the store manager -- I don't know if we
11 would be talking Tuesday or Shannon at
12 that time -- about Robert Claiborne not
13 clocking you in?
14 A        I talked to Robert himself and
15 I -- he called in Shannon, and I don't
16 recall her statements about it. But I
17 know she just observed the meeting.
18 Q        She was present during the
19 meeting you had with him and then it got
20 fixed after that?
21 A        Uh-huh.
22 Q        Is that a yes?
23 A        Yes.

Page 261

1  Q        You state in what you filed
2  with the Court about your retaliation
3  claim that many of the days that are
4  noted to be unapproved absences and
5  tardies are not days that the plaintiff
6  had taken off. These are days that the
7  plaintiff was not placed on the schedule.
8  A        Right.
9  Q        What days are you talking
10 about? Can you show me on the document?
11 A        This document is showing the
12 days they have -- this is not showing
13 what management write up and how it's
14 printed on that little green piece of
15 paper that management signs each time
16 you're off. It's not showing here.
17 Q        The document, Exhibit 11, is
18 Wal-Mart's official record of your
19 absences and tardies; is it not?
20 A        This is the official record of
21 what hours I made, what hours I worked
22 and what they're going to pay me for.
23 But the schedule is showing --

**Page 262**

1  Q    No. That's the record of what
2  hours you were absent or tardy. That's
3  not how many hours you did work. That's
4  how many hours you didn't work or how
5  many hours you worked that you weren't
6  scheduled for. This is not the pay
7  record. The pay record is what --
8  A    This is the actual schedule of
9  the hours that I did and did not do. But
10 this is not the schedule that was posted.
11 This is what I'm saying. The schedule
12 that was posted -- this is going to show
13 all the days that I did or did not work.
14 Q    No, it's not. It's only going
15 to show the days that you were either
16 absent or days that you worked when you
17 weren't scheduled. The days you worked
18 that you were scheduled don't show up on
19 there.
20 A    But it doesn't show the days
21 that management signed each time. This
22 does not show that.
23 Q    You claim that associates

**Page 263**

1  would follow you to the ladies room to
2  determine which stall you went into and
3  stated that you had AIDS?
4  A    Yeah.
5  Q    Who did that?
6  A    Whatever associate that was
7  working that night that, I guess,
8  management had them to follow me around.
9  Q    Wait a minute. Who was it?
10 A    Who was it?
11 Q    You're claiming that somebody
12 did something that you're filing a
13 lawsuit over and you don't even know who
14 it was?
15 A    I know -- each lady took a
16 turn. Look -- there was Tonya, Shaneka.
17 What's that lady's name? I can't
18 remember her name. But the lady that
19 works in the stationary. Sherry --
20 sherry -- or you know they just
21 constantly followed me around, you know.
22 I never had this problem before the
23 complaint, but after the complaint they

**Page 264**

1  followed me to throw my trash in the
2  dumpster. And every I went they just
3  constantly followed me around. And I
4  approached management about it and I'm
5  like, what's going on. Why am I being
6  followed all over this place. It's like
7  they don't know what's going on or --
8  Q    Who in management did you
9  approach?
10 A    I approached Sherman. I
11 approached Robert. The managements that
12 I work with at night.
13 Q    What did Sherman say? Let's
14 back up. What did you tell Sherman? You
15 were being followed?
16 A    I'm asking him why I'm being
17 followed.
18 Q    I'm guessing Sherman told you
19 that he had absolutely no idea anybody
20 was following you?
21 A    Well, if he didn't, I was
22 making it aware to him that I was being
23 followed.

**Page 265**

1  Q    What did Sherman say to you?
2  A    Exactly what you said. He
3  didn't know that I was being followed.
4  But I was making him aware -- brought it
5  to his attention that I was being
6  followed and I wanted to know why I was
7  being followed or how he was handling the
8  situation.
9  Q    Any other discussion with
10 Robert on that subject -- I'm sorry --
11 with Sherman on that subject?
12 A    I had a meeting with him
13 personally, and then I had a meeting with
14 him and the guy, Mike, over Loss
15 Prevention.
16 Q    Any other conversation with
17 Sherman about people following you in the
18 store?
19 A    That's what I said.
20 Q    What conversation did you
21 have? Was there anything else that was
22 said?
23 A    I wanted to know what was the

**Page 266**

1  situation. You know, if he approached
2  the situation, he could have approached
3  it where he addressed it like the policy
4  said and he brought it to my attention
5  that what was going on, you know.
6      They could have just opened it up in
7  a night meeting. I didn't have a
8  problem. I wanted to know what was going
9  on. I never had that problem for the
10  years that I worked there before that.
11  And all of a sudden after this complaint
12  I'm followed around constantly.
13  **Q      My question is not all of what**
14  **your speculations are. My question is:**
15  **Have you had any other conversation with**
16  **Sherman? Was anything else said between**
17  **you and Sherman on that topic?**
18  A      Other than wanting to know
19  why, no.
20  **Q      Did Sherman say anything else**
21  **to you?**
22  A      No.
23  **Q      What conversations did you**

**Page 267**

1  **have with Mike in Loss Prevention?**
2  A      Mike was sitting there as a
3  witness of the conversation.
4  **Q      He didn't actually say**
5  **anything?**
6  A      No.
7  **Q      He was there when you were**
8  **talking to Sherman?**
9  A      Right.
10  **Q      When did this conversation**
11  **with Sherman take place?**
12  A      The day? The actual day?
13  **Q      Or the time period.**
14  A      That was in the computer also.
15  **Q      Do you have a guess as to the**
16  **time frame when this might have happened?**
17  A      It was after the threats. It
18  just started happening after the threats.
19  **Q      After January? Between**
20  **January and March?**
21  A      Yes.
22  **Q      When did you talk to Robert**
23  **about people following you?**

**Page 268**

1  A      I had a conversation with
2  Robert prior — I think it was prior to
3  the conversation with the time adjustment
4  sheets.
5  **Q      Okay. And what did you say to**
6  **Robert?**
7  A      I brought it to his attention
8  that other associates kept approaching me
9  about my private conversation and why
10  were associates -- are they assigned to
11  me and why am I being followed around.
12  And if they're assigned to me, what's the
13  problem, you know. Bring it to my
14  attention.
15  **Q      What was Robert's response?**
16  A      He pointed me to Sherman, and
17  that's when I went to Sherman.
18  **Q      Any other conversations with**
19  **anyone in management about people**
20  **following you in the store?**
21  A      No.
22  **Q      Do you know whether Tonya was**
23  **aware of your EEOC charge?**

**Page 269**

1  A      Not personally told from me.
2  **Q      You don't know whether she**
3  **knew or not?**
4  A      No. I know the store
5  discussed problems and how to handle
6  situations and they have computer
7  training about current issues. And some
8  of the statements that was made in a
9  night meeting and, you know, addressed
10  and then called my name out as to, you
11  know -- like people -- associates should
12  come to -- how did Sherman might have
13  said it? Associates should come to
14  management before they do a complaint,
15  huh, Wanda? Or something like that.
16  **Q      You're claiming that Sherman**
17  **said that in a meeting with other**
18  **associates; that associates should come**
19  **to management before they file a**
20  **complaint?**
21  A      Yeah. Go through the chain of
22  command or whatever.
23  **Q      What he was doing was**

Page 270

```
 1   describing the open-door policy; right?
 2   A        Probably so.  But —
 3   Q        And you were familiar with the
 4   open-door policy?
 5   A        And I used it.  I went to him.
 6   I went to the store manager.  I went to
 7   the region manager.
 8   Q        If you can answer the question
 9   I'm asking, we'll get through this so
10   much faster, okay.  Under the open-door
11   policy, you can complain to progressively
12   higher levels of management until you got
13   resolution; is that correct?
14   A        Yes.
15   Q        And that's what Sherman was
16   describing to you, was it not?
17   A        He wasn't describing it to me
18   because it was a meeting.
19   Q        I'm sorry.  Describing to you
20   and the other associates in the meeting.
21   A        Yeah, by pointing me out.
22   Q        And he pointed you out how?
23   He just said, isn't that right, Wanda?
```

Page 271

```
 1   A        Well, addressing me and no one
 2   else.
 3   Q        How did he address you and no
 4   one else?
 5   A        By calling out my name.
 6   Q        Tell me exactly what it was he
 7   said.  I want to know what he said.  How
 8   did he call you out?
 9   A        He called my name out.  And he
10   could have said me and the next person
11   that was standing next to me, but I was
12   the only one that was called out at the
13   time when he made that statement.
14   Q        And remind me what was the
15   statement he made?
16   A        That associates should use the
17   chain of command before they make a
18   complaint or something like that.  It was
19   in that terms.
20   Q        Wasn't what he actually said,
21   is associates can use the chain of
22   command when making a complaint?  That's
23   what they're doing -- when you use the
```

Page 272

```
 1   chain of command, you are making a
 2   complaint, are you not?
 3   A        Right.  Before you make a
 4   complaint as far as a charge against the
 5   company or whatever.
 6   Q        Did he say EEOC charge or did
 7   he just say complaint?
 8   A        No, he didn't say EEO charge.
 9   He just called my name out and said —
10   and addressed me as --
11   Q        My question again is —
12   A        I don't know.
13   Q        Let me finish the question.
14   Do you know whether Tonya was aware that
15   you filed an EEOC charge?
16   A        Personally I didn't tell her.
17   Q        Do you know whether she knew?
18   A        I really don't know other
19   than --
20   Q        Do you know whether Shaneka
21   knew?
22   A        I really don't know other than
23   the way we are addressed at the store by
```

Page 273

```
 1   managements telling us the situation in
 2   the company of complaints and charges and
 3   how we have to go and train on the
 4   computer to prevent those situations.
 5   Q        Right.  But management doesn't
 6   go and tell other associates --
 7   A        I don't know what management
 8   do.
 9   Q        Let me finish the question,
10   okay.  Did management ever tell you in
11   your store that another associate had
12   filed an EEOC charge?
13   A        Not personally.
14   Q        Did they ever tell you in any
15   kind of indirect way?  Are you aware of
16   any associate out of that store or any
17   other Wal-Mart store that filed a charge?
18   A        In the meeting they discuss
19   situations that is going on in the
20   company.  That's what I'm saying.
21   Q        My question is whether —
22   A        But personally they never
23   approached me about a particular person.
```

Page 274

1  Q        Did they ever mention a
2  particular person who had filed a charge
3  in a meeting?
4  A        I'm not aware of that.
5  Q        Do you know whether the
6  associate who worked in stationary whose
7  name you think might be Sherry was aware
8  that you had filed a charge?
9  A        If management knows and her
10 family is a part of management, she might
11 know. I can't say personally if she knew
12 or not.
13 Q        The answer is you don't know;
14 right?
15 A        Correct.
16 Q        You're not claiming that
17 Wal-Mart had employment ads that excluded
18 persons of a certain race or national
19 origin, are you?
20 A        Pardon me?
21 Q        You are not claiming that
22 Wal-Mart used employment ads that
23 excluded persons of a certain race or

Page 275

1  national origin or showed a preference
2  for a particular race or nationality?
3  A        When they advertised for a
4  position and you are denied that
5  position, they are advertising a position
6  and that particular person of race or age
7  are not accepted for whatever reason they
8  didn't tell you, then, yes, I am claiming
9  it.
10 Q        You're claiming that Wal-Mart
11 ran ads that showed a preference —
12 A        No, that they advertised that
13 this position is open and available and
14 not a person applied -- and they didn't
15 discuss and verify and inform other than
16 verbally that you are not qualified, then
17 they have shown -- as far as stating a
18 statement and not verifying it.
19 Q        I have no idea what you just
20 said. Is there something with respect to
21 the way that Wal-Mart advertised for
22 positions that you're claiming was
23 retaliation?

Page 276

1  A        When they don't accept a
2  person because of their age or their
3  race.
4  Q        That's age or race
5  discrimination that you complained about
6  with respect to your promotions; right?
7  A        Yes.
8  Q        Is there anything else that
9  you're claiming about with respect to how
10 they advertise positions?
11 A        No.
12 Q        Okay. There's no need to mark
13 this as an exhibit because you filed it
14 with the Court. But let me ask you:
15 This is what you filed with the Court
16 regarding your retaliation claim?
17 A        Uh-huh.
18 Q        You indicated here, "Store
19 manager would have private meetings with
20 all third shift employees. The third
21 shift employees would wait until the
22 plaintiff leave and the store manager,
23 Tuesday Crawford, would come out regular

Page 277

1  meetings on Tuesdays." What does that
2  mean?
3  A        Well, the store manager would
4  have Tuesday meetings when we come in at
5  10:00 before the complaint. Every
6  Tuesday she would have meetings, and
7  after the complaint this is one of the
8  reasons why the associates were following
9  me around because they would have the
10 meetings in the morning after I would
11 leave.
12     So some mornings I would just wait
13 around and see what was going on. And
14 usually they had been done left before I
15 leave because I usually don't wear a
16 watch because it irritates my wrist. So
17 all the third shifts was waiting around
18 until I leave so they could have their
19 store meetings.
20 Q        You're claiming the store
21 meetings were changed just because of
22 you?
23 A        No, not because of me. I

(Pages 278 to 281)                                                71

Page 278

1  don't know what reason other than the
2  complaint. A lot of things they
3  addressed, you know, they addressed it
4  amongst themselves. I guess they didn't
5  want me present. So I don't know what
6  reason it was changed. It was just that
7  it was changed.
8  Q       Because other employees on
9  your shift aren't going to be there
10  either in the morning; correct?
11  A       Most of them are at the
12  meeting, but, you know, I wasn't
13  acknowledged of the meeting. I just had
14  to -- find out about it.
15  Q       Well, you knew about the
16  meetings; right?
17  A       The one that was on Tuesday.
18  I didn't know about that one.
19  Q       You're claiming the Tuesday
20  meeting was changed to some later time so
21  that --
22  A       To the next day. The next
23  morning.

Page 279

1  Q       So it was the same time?
2  A       But I was excluded because I
3  was --
4  Q       What I'm trying to find out is
5  how were you excluded? How were you
6  treated differently than other employees
7  on the third shift?
8  A       Because they didn't tell me
9  that the meeting was changed, and I
10  wasn't aware. And everybody else was
11  made aware of it.
12  Q       How was everybody else made
13  aware of it?
14  A       They must have told them.
15  Q       But you're assuming that they
16  were told?
17  A       Well, how else would they know
18  about it?
19  Q       I have no idea.
20  A       I don't know either, but they
21  knew about it.
22  Q       There you go. And at some
23  point you found out about it?

Page 280

1  A       I found -- I seen them having
2  the meeting. I never was told about the
3  meeting.
4  Q       When you saw them having the
5  meeting, did you start attending?
6  A       After the meeting was over --
7  I didn't even know what the meeting was
8  about. I just know that Tuesday stopped
9  having her meetings in the evening and
10  started having it the next morning and no
11  one announced it to me, and they was
12  watching until I leave so they could have
13  their meeting.
14  Q       Is it your allegation that the
15  whole store they changed the whole
16  schedule just --
17  A       I don't --
18  Q       Let me finish the question.
19  -- just because of you?
20  A       I don't know what particular
21  reason, but it all of a sudden happened.
22  And if it wasn't just because of me, it
23  was because of what they were sharing or

Page 281

1  whatever reason. I don't know.
2  Q       Is it possible it might have
3  just been a more convenient time for
4  Tuesday?
5  A       They didn't tell me as a part
6  of that shift.
7  Q       Maybe that was overlooked.
8  Maybe you weren't there on the day it was
9  announced. Is that a possibility?
10  A       That's a possibility.
11  Q       We talked about your work
12  hours and you claimed that management
13  asked other associates to work extra
14  hours. Who was that that was asked to
15  work extra hours?
16  A       Several associates.
17  Q       Who?
18  A       Jacob, Harriet, a couple
19  others. Tina.
20  Q       Do you know any of these
21  associates last names?
22  A       No.
23  Q       These are all overnight

Page 282

```
 1   stockers?
 2   A      Yes.
 3   Q      So when I go back and pull
 4   their schedules for that time period,
 5   it's going to show that they were working
 6   extra hours; right?
 7   A      Yeah.
 8   Q      Do you claim that some
 9   neighborhood children came over and were
10   selling some items for the Christmas
11   Holidays and that you placed an order but
12   you never got your merchandise or the
13   check returned; is that right?
14   A      Yes.
15   Q      Is that Wal-Mart's fault
16   somehow?
17   A      No. But it was like no one
18   knew me -- and not to -- they approached
19   me at first. And all of a sudden they
20   discommunicated with me all of a sudden
21   after the situation with the conversation
22   with -- because like I said, people had
23   been going in my house -- because my
```

Page 283

```
 1   computer was erased and several other
 2   things were removed from my house.
 3        So I told one of the associates that
 4   I was going to ask the people across the
 5   street, which the children was, had they
 6   seen somebody going in my house when I
 7   wasn't home. And then that's when you
 8   know -- so it could have been random, but
 9   it was more store related to situations
10   going on at the store.
11   Q      I don't understand how that
12   has anything to do with the situation
13   going on with the store because they
14   didn't bring you the Christmas items that
15   you ordered. Don't you think the kids
16   were just being irresponsible?
17   A      Maybe so. Maybe I was under a
18   lot of other pressures with the threats
19   and all of the accusations and statements
20   made. And when this happened around the
21   same time, you know, that one particular
22   situation might have been random.
23   Q      You say here, "The associate
```

Page 284

```
 1   would point the plaintiff out like she
 2   was an animal at the zoo." Who was that?
 3   A      Just about all of -- you know,
 4   they would come in my department and like
 5   make whoever -- you know, just like I'm
 6   working at night. Their family and
 7   friends would come in and they would walk
 8   over and make statements about, there she
 9   is or this is -- and I'm like, why -- you
10   know, when I approach them -- it was just
11   extreme to me to go through something
12   like that when it never happened before
13   the complaint. I never had no problems.
14   I never had none of this to occur.
15   Q      Who was it that pointed you
16   out?
17   A      There were several people.
18   It's just that --
19   Q      Who? I mean, you're making
20   fairly strong allegations against a lot
21   of different people, and you can't even
22   tell me who they are.
23   A      Yeah, because I don't know
```

Page 285

```
 1   their names. I only work with these
 2   people. These people could come from on
 3   the other side of the store and do this.
 4   It's just that I didn't know their names.
 5   I just know they work with me.
 6        Now, if I have to go to the store and
 7   take pictures of each one of them, you
 8   know, but --
 9   Q      How many people was it?
10   A      It was -- at one time or -- it
11   was a lot of people. About -- it was
12   some of the same people each night. If
13   you say 10 a night, that's 50 a week.
14   Q      Fifty times a week people were
15   coming over there saying, there she is;
16   there's Wanda Ayers.
17   A      They would make statements
18   that like I said, that I only know or
19   have said over the phone or they'll
20   address -- they'll call out my name so
21   the people could recognize that -- it
22   just was -- you can tell the change from
23   what happened -- happening.
```

Page 286

1    And I don't know what was told to
2  them or what was said or who said it, but
3  it was happening at work every day to the
4  point where it was to the extreme. And
5  that's when I brought it to Sherman and
6  Robert's attention. But, you know, I
7  guess it wasn't important.
8  Q    Do you think it's possible
9  that Alphonso Clark had told people
10  negative things about you?
11  A    It might have been possible,
12  but I had no problems with him. And I
13  figured a grown man should be able to
14  approach me with any situation that he
15  has to approach me with.
16  Q    You know now that he didn't do
17  that, right, because you had to call the
18  police on him twice; right?
19  A    Pardon me?
20  Q    You know now that he wasn't
21  acting like a grown man according to you
22  because you called the police on him
23  twice; right?

Page 287

1  A    Right.
2  Q    So is it possible that he's
3  running around telling everybody that
4  you're weird or that you're mean or
5  negative things about you?
6  A    It's possible. But it
7  happened at work and these people were
8  doing this at work. It wasn't, you know,
9  just outside of work, you know.
10  Q    I guess what I'm trying to
11  figure out is where --
12  A    I don't know -
13  Q    Let me finish the question. I
14  know sometimes you think you know where
15  I'm coming, but let me finish it, okay.
16  It makes a more clear record for us.
17    What is it that makes you think all
18  of this was related to your filing the
19  EEOC charge?
20  A    Because it happened after the
21  EEO charge.
22  Q    Is there anything else that
23  makes you think it was related to the

Page 288

1  charge, or was it just the timing of it?
2  A    Because management didn't seem
3  to matter about the situation. When you
4  approach management, they say they have
5  the open-door policy, but when you go to
6  them and you have a legitimate claim of a
7  charge to be addressed, it seems like it
8  should be addressed in a proper manner,
9  and it wasn't. It wasn't to the point
10  where I was confirmed that it had been
11  addressed.
12  Q    Anything else?
13  A    As far as what?
14  Q    That makes you think the
15  retaliation was the reason all of this
16  stuff was happening?
17  A    Because it didn't happen
18  prior. I never had --
19  Q    We've gone through the timing?
20  A    Nothing else other than that.
21  Q    You claim Mr. Doran called on
22  September 11, 2003 laughing on the phone,
23  telling the plaintiff that he thought she

Page 289

1  would be gone home by now; is that
2  correct?
3  A    Correct.
4  Q    That was before you filed your
5  charge?
6  A    No.
7  Q    You filed your charge October
8  27th, 2003; right?
9  A    I mailed it off in September.
10  Q    Wal-Mart didn't get it from
11  you. They got it from the EEOC, right,
12  after it was filed?
13  A    Right.
14  Q    You say in here, "Everything
15  that conversation that the plaintiff had
16  when she found wrong, management quickly
17  corrected it."
18    Are you saying that if you complained
19  about something in a phone conversation
20  it would be corrected --
21  A    Right. The next day when I
22  went to work.
23  Q    Are you aware that Wal-Mart

(Pages 290 to 293)                                             74

---

Page 290

1  has multiple policies prohibiting race
2  and age discrimination as well as
3  retaliation; right?
4  A      Yes.
5  Q      When you started working at
6  Wal-Mart they gave you an associate
7  handbook; is that right?
8  A      Correct.
9  Q      I'm going to show you what I'm
10 going to mark as Defendant's Exhibit 12
11 and ask you if that is a copy of the —
12 an acknowledgment that you signed to show
13 that you received your associate
14 handbook?
15         (Defendant's Exhibit No. 12
           was marked for
16         identification.)
17 A      Yes.
18 Q      I'm going to show you a copy
19 of what I've marked as Defendant's 13 and
20 ask you if this is a copy of the
21 associate handbook you received when you
22 became employed at Wal-Mart? I know it
23 looks a little different because it's a

---

Page 291

1  photo copy. But look at it and see if
2  that's the same one you got.
3         (Defendant's Exhibit No. 13
           was marked for
4         identification.)
5  A      Basically.
6  Q      If you'll look at page 7 of
7  that document. Do you see on the
8  right-hand column the open-door policy
9  there?
10 A      Yes.
11 Q      And you testified earlier that
12 you were familiar with that; is that
13 correct?
14 A      Correct.
15 Q      On the page before that, page
16 6, is part of the respect for the
17 individual policy that discusses
18 Wal-Mart's policies prohibiting race and
19 age discrimination; is that right?
20 A      Right.
21 Q      And you were familiar with the
22 1-800 number you could call to reach
23 Wal-Mart's home office with complaints;

---

Page 292

1  is that correct? That was posted in your
2  store?
3  A      I wasn't familiar to the point
4  where I had it.
5  Q      But you knew it was there in
6  the store if you needed it; right?
7  A      Yes.
8  Q      Did you ever use that number?
9  A      The 1-800 number?
10 Q      Correct.
11 A      No, I don't think I did.
12 Q      And you completed computer
13 based learning modules, CBLs, during your
14 employment?
15 A      Yes, I did.
16 Q      And you did some of those on
17 Respect for the Individual?
18 A      Yes, I did.
19 Q      And Open-Door?
20 A      Yes, I did.
21 Q      Three Basic Beliefs, which
22 included Respect for the Individual too;
23 right? Is that correct?

---

Page 293

1  A      Yes, I did.
2  Q      I'm going to show you what I'm
3  going to mark as Defendant's Exhibit 14
4  and ask you if this is a copy of the
5  complaint that you filed in this case?
6         (Defendant's Exhibit No. 14
           was marked for
7         identification.)
8  A      Yes.
9  Q      Looking at the first page of
10 that, do you see where you have — it
11 says, "On or about March 2003 she applied
12 for management training position." Are
13 you referring there to the February 27th
14 application that you made?
15 A      Okay. Where are you at?
16 Q      Let me point it out to you.
17 Do you see the number 1 here?
18 A      Yeah.
19 Q      Is that the February 27th one?
20 A      Yeah. I didn't have the
21 actual date. I still don't have the
22 actual date of that application.
23 Q      Okay. But you don't have any

---

Page 294

1  reason to think it was not the February
2  27th one?
3  A      Right. That's the first —
4  Q      Do you know what associates
5  who entered the management training
6  program made while they were in the
7  training program?
8  A      No, I wasn't aware.
9  Q      Do you know what assistant
10 managers started out at Wal-Mart?
11 A      No, I wasn't aware of that.
12 Q      Okay. Is there anything that
13 was retaliation against you that we
14 haven't discussed yet here today? Have
15 we been through everything that you're
16 claiming was retaliation?
17 A      Well, I don't have all my
18 documents in front of me, but I noted in
19 the files --
20 Q      I can give you whatever
21 documents that you provided to me, which
22 should be everything that has to do with
23 this lawsuit because that's what we asked

Page 295

1  for —
2  A      Statements that management
3  made in the complaint, in the statements,
4  that haven't been confirmed that I'm
5  trying to figure out where the statements
6  are coming from. They've got complaint
7  — lied about a foreign language. What
8  is they saying?
9  Q      I don't understand what you're
10 saying.
11 A      Management stated that I
12 reported false documents about having
13 another language, a foreign language.
14 Q      You're talking about things
15 that the attorneys filed; right?
16 A      That's y'all's statement? It
17 didn't come from management?
18 Q      Well, my question is: Things
19 that happened to you while you were
20 working at Wal-Mart, not the lawyers —
21 A      Those are things that happened
22 to me while I was at work. I put in the
23 application at Wal-Mart, and that's what

Page 296

1  the complaint is about, and that's what
2  the statement was derived from.
3  Q      The statement that you're
4  talking about is something that was in
5  discovery responses as part of your
6  lawsuit. I'm talking about what happened
7  to you while you were working for
8  Wal-Mart that you're claiming was
9  retaliation.
10 A      No. Other than what they have
11 here and what is in discovery is
12 basically what I have in my statement.
13 Q      I need to make sure that we've
14 discussed, though, here today everything
15 that you're claiming was retaliation. So
16 have we, or are there other things? Do
17 you need to look at some documents to
18 determine whether we've discussed
19 everything?
20 A      Y'all said y'all was getting
21 doctors records stating -- you subpoenaed
22 doctors records.
23 Q      What does that have to do with

Page 297

1  your retaliation claim?
2  A      The undo pressure and stress
3  from what I was going through and what I
4  had to deal with on the job was caused by
5  the situation at Wal-Mart.
6  Q      So what does the subpoena have
7  to do with that?
8  A      Well, I was just saying that
9  y'all should have copies of that, and I
10 want to receive copies of those --
11 Q      We don't have them yet. But
12 my question is: Is there anything else
13 that you claim is retaliation that we
14 haven't discussed here yet today?
15 A      Not that I can recall.
16 Q      Is there anything that would
17 help you recall better than you are right
18 now, because we need to go over
19 everything. That's what a deposition is.
20 It's where we talk about what your claims
21 are. So I need to make sure I've got all
22 your claims and we've talked about them.
23 If you need to look at a document to be

(Pages 298 to 301)                                                              76

**Page 298**

1   sure, then we'll find the document for
2   you.
3   A      Just scheduling that
4   management signed. I would like a copy
5   of that because that shows how the
6   schedule --
7   Q      We can talk about that. But
8   right now I need you to answer the
9   question that I asked, which is: Is
10  there anything else that we haven't
11  talked about?
12  A      No. That's all I can recall.
13  Q      And there's no document that
14  would help you recall it better; correct?
15  A      Like I just said, the
16  schedule -- that's all I can recall at
17  this time.
18  Q      Let me show you what I've
19  marked as Defendant's Exhibit 15 and ask
20  you if this is a copy of an itemization
21  of back-pay that you filed with the Court
22  in this case?
23         (Defendant's Exhibit No. 15

**Page 299**

1          identification.)
2   A      Yes.
3   Q      And in number 1 there you
4   estimate your back-pay to be $6,216; is
5   that right?
6   A      Uh-huh.
7   Q      Is that a yes?
8   A      Yes.
9   Q      You claim that you were owed
10  vacation pay in the amount of $617.33; is
11  that correct?
12  A      Yes.
13  Q      You claimed you are owed sick
14  hours of $38.46?
15  A      Uh-huh.
16  Q      Is that yes?
17  A      Yes.
18  Q      You claim in number 4 that
19  because your hours were cut you couldn't
20  meet your financial obligations and you
21  were forced to give up your home. But
22  your pay records don't reflect any
23  significant reduction in pay. What was

**Page 300**

1   it that caused you to not be able to
2   afford to pay your bills --
3   A      That was --
4   Q      Let me finish the question.
5   Was it your need to take the leave of
6   absence?
7   A      The last month of which I
8   don't know if it's here. The last
9   week -- two weeks. It wouldn't be on
10  here.
11  Q      That's just your tardies.
12  A      I'm trying to see the days.
13  This here -- I have to get a copy of this
14  to review. But the last month or so I
15  wasn't on the schedule. I wasn't
16  working. And -- this is 2001.
17  Q      The first page of the document
18  shows the period directly before your
19  leave of absence, if that's what you're
20  talking about.
21  A      This here page?
22  Q      The first page. Look at the
23  date in the left-hand column.

**Page 301**

1   A      Okay. I left March 2003;
2   right?
3   Q      Yeah. No, 2004 was when you
4   left. Your applications were 2003.
5   A      This is first 2003. Okay.
6   From -- no, it looks like the same
7   schedule I have. But this is what y'all
8   have in y'all's records. The last week
9   before I left -- I pay my bills every two
10  weeks.
11  Q      Yes.
12  A      And this is what I got paid
13  before I left. This here -- this week --
14  I don't remember, unless this was
15  including something else. Because this I
16  had requested for them to stop -- I had
17  to find my check stubs. So I couldn't
18  possibly pay everything with that amount.
19  Q      Are you talking about the last
20  two paychecks you received?
21  A      (Nodding affirmatively.)
22  Q      The last paycheck you received
23  was for, it looks like you only worked

Page 302

1  one day during that pay period and that's
2  because you had started FMLA leave. So
3  the reason why you were working fewer
4  hours at that time was because of your
5  need for FMLA, not because of
6  retaliation; correct?
7  A      The last week started when?
8  Q      The last paycheck that —
9  A      What day is that on?
10 Q      The pay period ended April
11 2nd, 2004.
12 A      After -- that's right. I left
13 on the first. That wouldn't assist with
14 the dates here because I left.
15 Q      You had already been out
16 before that leave began. You can tell
17 from your attendance sheet, and I think
18 you testified to that earlier, because
19 you had to go and take your mother back
20 and then came back?
21 A      When I took my mother home, I
22 went on my off days. My off days was
23 together.

Page 303

1  Q      The company's records reflect
2  you had FMLA leave on March 22nd and
3  March 24th, and that you were absent on
4  March 8th. In any event, to make sure I
5  understand this --
6  A      I --
7  Q      -- the paychecks you're
8  complaining about are the paychecks
9  issued April 2nd and March 19th; right?
10 A      Yeah, because I had four
11 paychecks up to the time of leave. And
12 because of this, I wasn't able to meet my
13 obligations because I wasn't on the
14 schedule and I wasn't posted — all the
15 times before I had to fight for those
16 times that I wasn't --
17 Q      But you actually got the pay
18 for those pay periods; right?
19 A      Right.
20 Q      So the problem you had was
21 right there at the end; correct?
22 A      Basically.
23 Q      Let me show you what I've

Page 304

1  marked as Defendant's Exhibit 16. What
2  is the significance to the pictures you
3  attached to that court filing?
4          (Defendant's Exhibit No. 16
                was marked for
5                identification.)
6  A      This is showing that after —
7  well, showing that Alphonso shouldn't
8  have no personal reason to threaten me
9  because in July '03 he gave me a check
10 for my birthday. He cut the grass at the
11 house. All of this -- and if he had
12 personal reasons, he would have brought
13 it to the house or to my house or brought
14 it to my attention. He did this at work
15 on the job other than when he went in the
16 house to get, for whatever reason, the
17 vase out of there that had no significant
18 value to him.
19     And when I came home, I requested
20 that my vacation pay be sent to me
21 because after I exhausted my stock --
22 received — the money I received from my
23 stocks that I got — paid my storage.

Page 305

1  And I requested my vacation pay to
2  continue to pay my storage. I was unable
3  to pay because of them not submitting my
4  vacation pay and sick pay, that I wasn't
5  able to continue to pay my obligations
6  once I left.
7  Q      Do you know what Wal-Mart's
8  policy is on the disbursement of vacation
9  pay for people who are on leaves of
10 absence?
11 A      But I requested before I left.
12 And I had my vacation time before I left.
13 So I was due that vacation pay at that
14 time, and I requested it.
15 Q      At what time?
16 A      Before I left.
17 Q      Why would you be entitled to
18 vacation pay before you went out?
19 A      Because I earned it the year
20 before, not after I left. I didn't earn
21 no vacation time after I left.
22 Q      Answer the question I asked.
23 Do you know what Wal-Mart's policy is

Page 306

```
1   with respect to disbursement of unused
2   vacation time?
3   A      I used the vacation time.
4   Q      You're claiming you took
5   vacation and weren't paid for it?
6   A      Right.
7   Q      When was that?
8   A      That was all those days you
9   saw off.
10  Q      November and December 2003?
11  A      Right.
12  Q      You never missed a paycheck in
13  that period it doesn't look like.
14  A      Because I was supposed to get
15  my vacation pay and they only -- they
16  didn't pay me.
17  Q      It looks like you got paid
18  regular paychecks. What were you getting
19  paid for if you weren't getting paid
20  vacation time?
21  A      I get paid at this time when I
22  have -- they don't pay you for your
23  absence.
```

Page 307

```
1   Q      That's not vacation if you
2   call in one day and say you're not coming
3   to work. You're claiming that you took
4   vacation in November and December of
5   2003, and I'm saying the records don't
6   reflect any kind of time that you weren't
7   paid during that time frame. So were you
8   getting paid vacation?
9   A      I didn't get paid. I didn't
10  get paid for these days. You don't get
11  paid for absences.
12  Q      No, you don't. You don't use
13  your vacation pay for an absence.
14  A      But this is my vacation time,
15  and I didn't get paid for it.
16  Q      Well, show me on your pay
17  records when it was that you missed pay.
18  A      That's what I'm saying, that I
19  need to get this and go over it because I
20  need to address these days on here which
21  is 11-1 -- I don't see these days. I
22  don't see those days on here.
23  Q      These are your pay periods.
```

Page 308

```
1   The pay periods ending -- what days are
2   you talking about that you claim you
3   weren't paid for?
4   A      11-1 through -- if I did get
5   paid for this, then they gave me
6   something --
7   Q      What I'm asking you is there a
8   time you took vacation and you didn't get
9   paid?
10  A      Right.
11  Q      When was that?
12  A      That was in November,
13  December.
14  Q      And show me on your pay
15  records in November and December when you
16  ever missed a paycheck.
17  A      That's what I'm saying. I
18  didn't have this in my documents.
19  Q      We can sit here and let you
20  take a look at it. Take all the time you
21  need.
22  A      The judge said we have to be
23  finished by 5:00.
```

Page 309

```
1   Q      Well, we've got plenty of
2   time. It's not going to take you two
3   hours to look at two pay periods to
4   determine whether or not you were paid
5   for them.
6   A      But I don't see where it
7   starts in November. October here --
8   November starts right here.
9   Q      Here's the end of October.
10  Here's the first two weeks of November.
11  You received a paycheck for 95 hours over
12  a two-week period. Here's the second pay
13  period in November; you received a
14  paycheck for 91.92?
15  A      November '03.
16  Q      This is November '03. It says
17  11-14-03.
18  A      No --
19  Q      You're looking at '02. That's
20  before you even filed your EEOC charge.
21  A      Okay. Now, this is '02.
22  Well, I took vacation; right? You don't
23  get paid for any absences.
```

Page 310

```
1   Q       You get paid when you take
2   vacation, but you don't get paid when you
3   call in and don't show up for work.
4   A       11-22nd -- 11-28 -- so what
5   I'm saying is if I got paid vacation pay,
6   then how I have vacation time that I
7   requested?  If I'm off all these days and
8   I got paid, I wouldn't have time left.
9   Q       Well, to the extent that there
10  was an error made with respect to what
11  vacation was still owing to you, then
12  that's fine.  But what you're trying to
13  claim to me now, because it's clear that
14  your initial claim was not factual, is
15  that you were owed all this vacation pay
16  for a period that you had taken vacation
17  in the past.  And your pay records make
18  clear that that's not true.  You have
19  been paid whatever you were owed in the
20  past.
21      Your claim initially was that your
22  vacation pay — that they should have
23  given you your vacation pay because you
```

Page 311

```
1   had left.
2   A       No.  That isn't what I
3   claimed.  I was claiming my vacation pay
4   for the time that I had took off.
5   Q       But you were paid for the time
6   that you took off, weren't you?
7   A       I don't see it.  I don't see
8   it on here.
9   Q       Do you see any pay period
10  during which you weren't paid?
11  A       I haven't seen it.  You had
12  time to look over this and figure it out.
13  I need time to —
14  Q       Take whatever time you need.
15  What I'm trying to find out, Ms. Ayers, do
16  you remember in November and December of
17  2003 just not getting paid for several
18  pay periods while you took vacation?
19  A       That's right.  I didn't get
20  paid.  And when I came back, I requested
21  for my pay and that was like right before
22  I left.  So when I called Shannon and
23  asked her would she send me my vacation
```

Page 312

```
1   pay, and I was requesting sick leave
2   because I was taking care of my mother.
3       So I would have to sit down and go
4   over this with this and line this up, you
5   know, with this.
6       Now, you're saying you have time.
7   But I need to concentrate on it.  I can't
8   just go over this just because you ask me
9   the question.  Just throw something
10  before me to today, which you should have
11  submitted to me on the 11th to review and
12  then we could have discussed it today.
13  And now you want to throw it before me
14  and figure out -- I have the answers for
15  you today because you have it here.
16  Q       Look, you didn't request this
17  document, okay.  I have no obligation to
18  provide it to you.
19  A       You didn't give me that
20  document.  This document is not in my
21  file.
22  Q       Right.  You haven't requested
23  this document.  My question is — look.
```

Page 313

```
1   Ignore the document.  Put the document
2   away.  We're not looking at the document
3   anymore.  Ignore the document.  Aside
4   from the document --
5   A       I took vacation and I didn't
6   get paid for it.  That's all.
7   Q       So your claim is you didn't
8   get paid for — how many days of vacation
9   did you take?
10  A       I take two weeks.
11  Q       In when?
12  A       I think it was around
13  Christmas or November.
14  Q       So your claim is for a
15  two-week period you didn't get paid
16  anything at all?
17  A       Right.
18  Q       That was around Christmas of
19  2003?
20  A       Right.
21  Q       It's your allegation that if
22  Wal-Mart's records were to reflect that
23  in fact you were paid and your tax
```

Page 314

1   records reflected that you were paid for
2   that time frame, that what, they
3   falsified the documents?
4   A        Well, then if I was paid and I
5   was --
6   Q        No. No. You're answering my
7   questions, not the other way around. Is
8   it your allegation that if Wal-Mart's
9   documents reflect that you were paid for
10  that time period, that Wal-Mart must have
11  falsified their documents?
12  A        I don't know how it happened.
13  Q        And is it your allegation that
14  if your W-2 form reflects that you were
15  paid for that time period, if it matches
16  up with what Wal-Mart says it paid you
17  during that year, that that was
18  falsified?
19  A        I'm not stating that it's
20  falsified. I want to verify it because I
21  went on vacation and didn't get paid.
22  And how would I have vacation time left?
23  Q        Let the record reflect that I

Page 315

1   am producing to Wanda Ayers a copy of her
2   earnings history report that was marked
3   to her deposition as Exhibit 10.
4       Other than what we've discussed here
5   today, is there anything else you claim
6   was discriminational or harassment
7   against you?
8   A        Other than what we claim, I
9   would assume that everything has been
10  discussed.
11  Q        I'm going to take a short
12  break.
13      (Brief recess was taken.)
14  Q        Ms. Ayers, I don't have any
15  further questions.
16      (Deposition ended at 3:04
17      p.m.)
18
19
20
21
22
23

Page 316

1              CERTIFICATE
2   STATE OF ALABAMA
3   JEFFERSON COUNTY
4       I hereby certify that the
5   proceedings in the herein matter were
6   taken at the time and place therein
7   stated; that the proceedings were
8   reported by me, a professional court
9   reporter and disinterested person, and
10  were thereafter transcribed under my
11  direction into typewriting; that the
12  foregoing is a full, complete, and true
13  record of said testimony.
14      I further certify that I am not of
15  counsel or attorney for either or any of
16  the parties in the foregoing proceedings
17  and caption named, or in any way
18  interested in the outcome of the cause
19  named in said caption.
20
21
                _____
22              Dana Paige Stewart, Commissioner
23

**A**

**ability** 8:18,22
**able** 103:7,20
  104:3,15 145:10
  157:13 189:17
  205:20 207:18
  286:13 300:1
  303:12 305:5
**about** 22:18 27:8
  27:13,15,16,22
  28:23 29:1,23
  30:3 31:12,19
  31:23 32:7,22
  33:15 35:17
  40:4,14 41:12
  41:16,20 42:19
  46:5 47:21
  49:14 50:11
  51:5 53:3,9,13
  57:19 63:9,10
  65:3 67:12
  75:12 78:3 79:1
  80:3 87:23 88:2
  90:13,19 97:7
  105:22 106:9,12
  107:17 110:1
  112:18 113:2
  115:19 117:16
  120:4,21 121:7
  124:3 125:12,13
  127:15 130:6
  134:7 139:1
  142:1,2,4,7
  145:1,3,9
  146:11 147:18
  150:19,21
  151:23 152:6,7
  154:23 155:9
  160:22 163:9
  170:11 173:10
  173:12,14
  174:23 176:1,6
  176:17 180:10
  181:1,19 183:8
  183:17 184:14
  184:20 187:6,20
  189:5 190:2,10

  190:13 191:5,12
  191:14 192:1
  194:2,4 198:1
  198:21 199:12
  199:19,23
  201:11,12
  202:16,19
  212:12,15,16
  214:4,5,8 215:6
  215:8 224:9,11
  224:15,17,18
  225:13,21,23
  227:22 228:11
  233:22 234:5
  235:15,21
  236:13 244:15
  245:4,7,19
  246:12 247:15
  248:5,7,23
  249:14,23 250:1
  250:8 252:8,18
  253:18 254:4
  256:14,18,23
  257:22 259:13
  260:6,12,16
  261:2,10 264:4
  265:17 267:23
  268:9,19 269:7
  273:23 276:5,9
  278:14,15,18
  279:18,21,23
  280:2,8 281:11
  284:3,8 285:11
  286:10 287:5
  288:3 289:19
  293:11 295:7,12
  295:14 296:1,4
  296:6 297:20,22
  298:7,11 300:20
  301:19 303:8
  308:2
**above** 5:12 110:3
  110:7
**absence** 9:4 10:15
  14:20 56:15
  81:14 85:5
  87:22 97:17

  98:22 100:2
  109:16 111:11
  112:4,10 209:20
  226:15,22
  227:17,23
  232:10 241:19
  300:6,19 305:10
  306:23 307:13
**absences** 226:16
  228:14,16,18,22
  230:6,9 240:12
  240:15,17,23
  261:4,19 307:11
  309:23
**absent** 262:2,16
  303:3
**absolutely** 264:19
**abusive** 55:2,5
**Academy** 64:10
**accept** 276:1
**acceptance** 175:2
  176:15 180:16
**accepted** 123:15
  123:17 134:18
  141:20 175:5,7
  175:14 176:22
  177:2,6 200:9
  202:3,6 223:8
  275:7
**accepting** 149:16
  149:22 177:1
**access** 38:20
  80:11 144:4,20
  207:2
**accessed** 145:10
  205:2
**accessing** 144:13
**accessory** 187:23
**accommodate**
  115:2
**according** 137:22
  219:12 230:13
  236:17 286:21
**accurate** 127:14
  222:16 223:7
**accusations**
  283:19

**acknowledge**
  156:13
**acknowledged**
  26:19 205:4,6
  215:9 228:5
  229:10 278:13
**acknowledgment**
  150:20 178:6
  180:8 189:22
  190:3 195:15
  222:14 290:12
**Acorn** 102:1
  108:23
**across** 11:14,16
  141:15 283:4
**act** 141:2
**acting** 5:4 54:19
  167:19,22
  286:21
**action** 1:5 107:9
**active** 164:5
**actively** 111:21
**actual** 120:13
  196:20 210:13
  262:8 267:12
  293:21,22
**actually** 15:6
  23:11 35:1
  47:17 48:15
  94:12 112:9
  113:7 143:23
  147:21 149:19
  171:6,9 209:19
  209:21 217:2
  225:20 267:4
  271:20 303:17
**add** 196:1
**added** 241:6
**additional** 69:11
  148:8,12 158:18
**address** 44:20,21
  58:10 95:23
  213:15,15 271:3
  285:20 307:20
**addressed** 242:16
  266:3 269:9
  272:10,23 278:3

  278:3 288:7,8
  288:11
**addressing** 58:16
  58:19 187:22
  271:1
**adjustment**
  174:19 232:7,17
  232:21 254:13
  255:2 256:12,21
  258:1,4,14,17
  258:23 259:9,16
  268:3
**admit** 186:1
**ads** 274:17,22
  275:11
**advance** 73:14,16
  74:11 75:15
  76:2 77:9 78:12
  126:9
**advertise** 276:10
**advertised** 275:3
  275:12,21
**advertising** 275:5
**affect** 8:18,21
**affirmatively**
  20:23 57:4
  72:20 163:19
  170:13 301:21
**afford** 300:2
**African** 29:17,19
  39:10,12,14
  53:20 54:3
  118:20 119:12
  120:1,18 123:20
  132:4 170:16,22
  172:13 173:23
  174:5 175:8
  176:22 178:1,4
  178:16,21 179:1
  179:2,6,7,12,18
  179:23 181:14
  183:20 184:3
  253:13
**after** 7:22 10:13
  10:21 14:21
  23:19,20 24:7
  24:11 26:12,13

35:4 37:15 41:5
41:5 44:15
56:22,23 66:21
67:7 71:23 81:4
81:5 84:20
86:16,17,19,21
86:21 87:9
88:18 93:22
94:18 96:17
97:18 100:4,21
102:18 103:6,9
108:16 111:10
117:7 149:21
150:14 152:4
154:6 169:16
171:14 194:21
195:7 199:11,22
200:18,18
204:11,14,16
205:11,11,21
206:8,15 209:5
209:6,16 210:3
211:8 213:21
214:22 215:13
217:14 219:16
219:23 225:9
226:13 235:9
236:18 237:13
239:12,21 240:8
242:7,9 243:2,7
243:9 245:2,14
247:13 248:18
252:21 254:16
257:23 258:6,7
258:8,8,21
259:14,19,20
260:2,20 263:23
266:11 267:17
267:18,19 277:7
277:10 280:6
282:21 287:20
289:12 302:12
304:6,21 305:20
305:21
**afternoon** 34:11
**afterwards** 193:3
**again** 40:4 53:14

65:20 119:21
148:3 150:14
152:19 167:14
192:16 194:13
205:21 206:12
238:10 272:11
**against** 6:3 13:22
22:16 49:21
61:16 105:22
106:23 107:5,13
195:10 196:9
197:2 203:19
233:20 246:11
246:19 252:15
272:4 284:20
294:13 315:7
**age** 66:17 115:14
115:19 116:20
117:14 119:13
120:2,7,11,21
123:23 124:20
126:14 132:5
168:17 179:5
188:19,20 189:5
190:10,13
192:12 193:5,19
194:19 195:10
196:10 197:3
275:6 276:2,4
290:2 291:19
**ages** 13:13
**aggressive**
140:11,12,13,18
140:20,22 141:2
141:3
**ago** 10:18 13:16
109:2 231:1
**agree** 182:11
212:19
**agreed** 1:12 2:2
2:10,19 19:7
**agreement** 19:2
**ahead** 178:2
179:1 236:12
**AIDS** 263:3
**ain't** 160:19
231:12

**Air** 60:11
**Alabama** 1:2,21
3:10 5:2,3,6,9
43:19 59:23
60:3,5 65:5
67:16 70:20
79:13 82:17
85:1 101:10
103:15,21 316:2
**Alan** 123:7,21
124:3
**Alexander** 3:13
50:15 51:8 52:7
53:17 54:5
55:11 57:17
58:5 115:10,15
116:1 117:21
118:9,12 132:7
140:9 187:14
191:11
**Alexander's**
51:18
**aliens** 106:14
**allegation** 183:3
209:1 243:12
280:14 313:21
314:8,13
**allegations**
284:20
**alleged** 141:18
150:4 187:6
**allegedly** 37:15
57:15 249:14
**allow** 234:14
**allowed** 127:19
239:2
**almost** 126:7
**Alphonso** 16:2,10
16:13 17:4
32:11 38:21,22
39:2,13,19
48:21 49:1,13
50:5 51:11 54:6
54:14 80:14,23
81:3 249:14,21
252:1,15,20,22
253:1,6,22

254:2 286:9
304:7
**Alphonso's** 44:21
**already** 75:23
76:1 78:12
95:12,15 184:12
191:10 227:10
246:10 248:6
249:20 302:15
**always** 49:10
104:11 220:14
220:23 221:8,13
225:17 233:16
**Amanda** 134:10
135:20
**American** 29:17
29:19 39:10,12
39:14 53:20
54:3 118:20
119:12 120:1,19
123:20 132:4
170:22 172:13
173:23 175:9
176:22 178:16
178:21 179:2,3
179:6,12,18,23
183:20 184:3
253:13
**Americans**
170:17 174:5
178:2,4 179:7
181:14
**amongst** 278:4
**amount** 232:9
234:4 299:10
301:18
**AmSouth/Har...**
3:8
**animal** 284:2
**announced** 147:8
147:12 156:12
156:21 201:10
280:11 281:9
**announcement**
147:12 148:13
148:22 150:6
151:9,11

**announcing**
149:1,3
**another** 22:15
44:2 46:12,16
47:2 89:13
101:12 166:1
168:21 179:23
181:9 198:12
207:13 221:11
255:17 258:12
259:22 273:11
295:13
**answer** 6:8,14
83:14 128:6
151:15,16,19
189:18 193:10
193:12 194:5,8
194:13 214:5,11
237:7 244:3
246:21 248:19
252:9 270:8
274:13 298:8
305:22
**answered** 35:10
91:9 92:4,20
136:19,22
**answering** 6:10
314:6
**answers** 128:19
128:20 189:19
195:23 312:14
**anybody** 47:7
78:16 97:13
107:15 146:7
149:19 150:7
155:15 171:7,16
173:14 187:6
188:17 203:5
229:2,21 251:23
264:19
**anymore** 88:18
313:3
**anyone** 26:10
45:21 58:15
61:12,16 96:23
97:16 107:3
116:3 128:13

141:5 142:21
143:7 171:3,18
172:4 173:9,18
193:2,17 194:16
196:7 202:9
260:5 268:19
**anything** 8:21
21:11 31:18
36:14 45:11
46:6 47:22 48:6
48:10 49:13
51:4 53:10
75:18 77:22
78:5 97:9 98:13
105:14 107:16
112:23 131:11
131:15 142:7,19
153:16 157:18
158:11,15 164:7
187:8 190:16,19
193:8 196:2
203:23 206:9,16
207:22 213:19
214:20 228:11
230:3 231:17
234:8 245:11,19
250:8 255:15
257:2 265:21
266:16,20 267:5
276:8 283:12
287:22 288:12
294:12 297:12
297:16 298:10
313:16 315:5
**anyway** 255:23
**anywhere** 64:22
65:6,6 73:10
101:16 102:5,17
208:10
**apparently** 42:3
**applicant** 108:19
160:10
**applicants**
189:23 190:3,5
**application** 62:3
68:13 69:5,10
102:11 108:19

108:21 116:2
124:23 125:13
127:13 129:20
131:7 133:4
135:7,11 136:7
137:20 138:18
139:15 140:8
142:2,5,8,11
143:12 144:5,11
144:14 146:1,10
148:12,21 152:7
154:14 155:4
162:11 163:2
166:17 168:14
168:20 169:2,2
176:9 178:12,15
180:7 181:22
182:4 191:12,14
192:1 193:3
203:1,3 293:14
293:22 295:23
**applications**
102:2,8 103:6
109:9 142:23
149:1,4,11,16
149:22 150:22
153:2,12 176:14
178:11 301:4
**applied** 101:15
101:19,20,22,23
102:6,9,11,18
102:22 105:4,21
107:16 108:15
112:18 125:1
126:19 127:10
128:3,18,18
130:14 133:2
143:19 144:3
146:12 147:4
151:14 152:18
153:1 154:17
162:22 168:15
169:5,17 170:7
174:9,13 181:3
181:23 182:3
184:11 185:17
190:5 199:3

201:16 275:14
293:11
**apply** 103:2
104:23 125:20
137:4,6 139:21
140:1,5 141:17
146:15 149:12
150:7,8,10
152:21 153:17
159:10 162:13
166:1 168:23
192:16 198:13
198:16,19 199:4
**applying** 109:4
112:18 139:22
139:22 161:15
**approach** 81:3
132:11 172:8,13
191:18,20
195:17 235:9,2
236:1 242:18
255:16 264:9
284:10 286:14
286:15 288:4
**approached**
19:21 49:14
51:11 58:2
138:23 151:23
195:19,20
196:19,21
198:17 202:15
202:19 215:6,8
224:5,6,18
225:17 242:21
251:21 252:6,21
252:22 259:22
264:4,10,11
266:1,2 273:23
282:18
**approaching**
232:6 256:13
268:8
**approve** 228:4,4
**approved** 116:2
227:19 233:5,11
235:7 238:18
240:12,14,16,23

241:19 245:14
**approximately**
1:22 258:2
**approximation**
56:13 79:20
**April** 88:8,9,11
88:14,18 131:5
132:16,16,16,19
132:23 302:10
303:9
**archives** 238:13
**area** 11:3,6 13:4
20:20 43:2
62:19 70:2
139:18 140:14
140:16 147:23
148:6 167:4
**areas** 148:16
160:18 161:10
165:18 166:21
167:3
**around** 15:3,5
16:4 28:13 43:1
51:12 54:17
67:13 75:9
87:15,16,16
127:15 150:21
180:9,10 183:10
183:13 187:1
201:18 209:16
256:1 258:9
263:8,21 264:3
266:12 268:11
277:9,13,17
283:20 287:3
313:12,18 314:7
**arrested** 60:23
**Arvin** 44:22
**Aside** 313:3
**asked** 6:10 21:6
31:8 40:23
55:21 58:3
65:21 75:20
78:10 91:6
92:21,23 95:10
108:1 128:12
131:8 137:2

138:20,22,23
142:4,5,5,6,16
144:18 145:5,8
150:21 151:2
152:4 154:19
157:6,20 159:16
160:2 161:11,11
161:13 165:23
177:20 191:11
191:13,16,16,17
191:22 192:2,13
194:4,6 199:11
212:14 246:1
247:20 248:2
255:10 256:9
281:13,14
294:23 298:9
305:22 311:23
**asking** 6:4 22:2
47:5 53:7 78:7
142:1,2 150:22
150:23 151:1
160:22 162:16
165:22 172:2,3
183:12,13
188:11,14
193:15,16
200:14 203:4
214:6 240:19
243:23 245:5,17
247:3 248:9,10
252:10 264:16
270:9 308:7
**aspects** 166:15
**assessment** 197:3
**assign** 2:15
**assigned** 268:10
268:12
**assist** 128:13
198:20 199:9
302:13
**assistant** 30:23
53:18,23 115:11
119:2,5 121:10
121:18 122:3,22
131:6,23 132:1
184:4,12 294:9

**associate** 16:14
  16:19 30:4 92:7
  110:7 111:10,21
  123:13 216:23
  222:5 263:6
  273:11,16 274:6
  283:23 290:6,13
  290:21
**associated** 38:15
**associates** 28:22
  29:12,21 35:16
  37:17 107:22
  113:9 139:8
  159:7 170:1,7
  172:14 174:12
  177:11 203:11
  203:15 217:3
  218:21 222:10
  262:23 268:8,10
  269:11,13,18,18
  270:20 271:16
  271:21 273:6
  277:8 281:13,16
  281:21 283:3
  294:4
**associate's**
  216:22
**assume** 6:9 25:14
  35:23 50:8
  59:11 115:13
  116:21 151:13
  156:20 183:15
  183:18 187:8
  201:18 212:7,17
  216:16 230:12
  233:2 315:9
**assumed** 40:4
  48:23 106:6
  116:1 144:16
  183:16 225:7
**assuming** 36:20
  36:22 187:11,12
  219:21 279:15
**assumption**
  151:16 181:7
  187:3 193:21
**Atlanta** 11:17

**attach** 69:11
**attached** 304:3
**attempt** 195:16
  198:16,19
**attempted** 195:11
**attempting** 72:8
**attend** 63:10
  66:20
**attendance**
  227:13 228:10
  229:5,22 231:18
  234:6 302:17
**attended** 221:11
**attending** 280:5
**attention** 27:19
  45:23 49:10
  53:12 181:6
  183:18 187:10
  265:5 266:4
  268:7,14 286:6
  304:14
**attorney** 3:6
  316:15
**attorneys** 97:3,4
  97:5 295:15
**Auburn** 11:2,20
  105:23 113:10
  145:16
**Auburn's** 175:22
**August** 43:5,16
  44:11 48:14
  89:3 91:2 94:12
  96:18 97:21
**Austin** 118:13
  120:4
**Auto** 73:14,16
  74:11 75:15
  76:2 77:10
  78:12
**automatically**
  217:5 232:18
**availability**
  216:23 217:1,3
  218:9,15,18
  221:18 222:9,11
  223:10 245:3
**available** 100:13

  101:6 105:15
  108:1 112:23
  188:4 216:20
  218:21 221:11
  223:4 244:16
  275:13
**Avenue** 3:9
**aware** 136:21
  145:21 155:2
  174:11,15
  180:18,22 181:8
  181:10 183:6,10
  184:2 187:5
  195:5 216:4,9
  216:12,14,18
  217:19,20 219:2
  226:12 253:15
  264:22 265:4
  268:23 272:14
  273:15 274:4,7
  279:10,11,13
  289:23 294:8,11
**away** 20:19
  189:10 207:11
  207:13 313:2
**Ayers** 1:5,7,16
  5:11,16,22,23
  41:18 58:11
  60:9,14 63:9
  228:8 231:16
  233:18 241:22
  285:16 311:15
  315:1,14
**a.m** 1:23 5:11

───────────
**B**
───────────
**B** 4:6
**back** 10:2 18:22
  25:4 35:9,18
  43:3,9 44:4
  51:12 74:14
  75:11,11 83:4
  84:2,20 85:4,10
  85:13 86:3 87:3
  87:21 89:12
  91:6 92:23
  94:21 103:14

  105:12,13
  157:13,16,17
  196:4 199:3,11
  207:15,16 213:8
  219:8 230:7
  231:14,14
  233:16,16 238:6
  247:12,17
  250:13 251:2
  264:14 282:3
  302:19,20
  311:20
**background**
  135:14
**back-pay** 298:21
  299:4
**bankruptcy**
  61:22
**Barton** 3:7
**base** 184:16
**based** 174:20
  179:22 190:20
  195:10 196:9
  197:2 218:18
  222:8 292:13
**Basic** 292:21
**basically** 36:19
  59:11 196:22
  210:4 291:5
  296:12 303:22
**basing** 186:3
  190:21,22
**Bates** 96:13
**battle** 222:17
**became** 156:19
  290:22
**become** 89:21
  117:4 139:7
  140:10,17
  156:22 242:17
**becomes** 85:1
**before** 1:17 5:8
  12:14 20:21
  31:21 32:13,13
  41:1,3 44:8,15
  47:19 56:19
  57:18 61:1,7

  62:4 65:7,9,10
  65:15,23 66:5
  67:6 68:16,18
  70:8,19,21
  75:19 77:21,22
  85:15,17,21
  89:23 90:16
  106:17,18
  110:22 112:1,3
  117:7 118:19,22
  135:5,11 137:3
  138:23 147:4
  150:22 166:8
  174:7 180:21
  182:16,20
  184:21,23
  192:15 194:22
  199:21 201:15
  201:17 202:23
  205:3,5,7
  206:20 207:15
  209:5,10 210:5
  213:23 214:1,23
  216:7 217:9
  219:13,20,22
  220:20 225:14
  226:20 230:10
  235:11,13
  237:12 245:2,5
  251:17 252:20
  263:22 266:10
  269:14,19
  271:17 272:3
  277:5,14 284:12
  289:4 291:15
  300:18 301:9,13
  302:16 303:15
  305:11,12,16,18
  305:20 309:20
  311:21 312:10
  312:13
**began** 7:22 20:10
  56:15 88:7
  111:11 130:8,19
  302:16
**begin** 10:16
**beginning** 22:1

88:3 192:20
197:5 212:20
**being** 40:3 41:21
42:22 45:15
68:16 106:3
134:17 157:21
158:1 162:1,2
167:3 180:2,13
223:18 224:15
264:5,15,16,22
265:3,5,7
268:11 283:16
**belief** 24:22 25:6
45:13
**Beliefs** 292:21
**believe** 46:7
47:23 48:6
182:10
**beneficial** 125:19
**benefits** 77:4
110:8,22 111:5
111:10,16,17,19
112:11
**berate** 20:10
**besides** 78:11
143:10 159:3
169:6 226:1
251:23
**best** 19:4 160:4
**better** 101:1
126:10 136:5
159:21 160:9
162:17 189:10
297:17 298:14
**between** 1:13
47:14 57:2,9
88:7,9,14 121:2
124:1 161:23
162:8,9 226:12
239:20 240:7
266:16 267:19
**bill** 46:4 48:13
93:20 94:3,6
**bills** 10:3 43:3,7
47:14 300:2
301:9
**Birmingham**

3:10 5:2
**birth** 119:19
**birthday** 304:10
**bit** 14:14 195:12
208:11
**black** 122:14
**block** 15:20
**board** 201:20
239:14 245:23
**Bost** 124:5
137:14 144:1
157:6 169:11,19
176:12,18
177:12 178:9
180:17 181:10
181:12,20 183.4
186:6 187:4
**Bost's** 138:9
182:1 184:6
**both** 6:22 19:7
93:1,5 104:18
142:9 147:11,14
153:1 198:20
241:20
**bottom** 129:5
199:20
**box** 197:21
**boy** 172:20
**boys** 172:9,14
**branches** 160:15
**break** 6:20,22
19:5 90:13
201:21 211:23
213:13 315:12
**breaking** 86:13
**Brief** 102:15
177:22 219:6
315:13
**bring** 40:11
52:15,23 53:12
75:18 77:17
78:5 82:18
84:17 87:7,14
177:21 183:17
268:13 283:14
**bringing** 52:9
84:21

**broad-spectrum**
209:23
**broke** 79:4,6 87:8
**broken** 79:8,15
**brought** 27:19
45:22 49:9 83:1
83:2,3 84:2
86:20,22 87:3
154:8 180:2,5
181:5 182:17
187:10 195:15
204:1 265:4
266:4 268:7
286:5 304:12,13
**building** 68:3
**bunch** 249:1
**business** 66:1,9
66:10 69:20,23
70:5,6,7,8,11,19
70:23 71:2,7,14
71:23 72:11
73:1 166:4,10
166:15
**busy** 105:18

---
**C**
---

C 3:1 316:1,1
**call** 58:14,19
94:15,16,20
98:8 106:13
108:19 152:15
172:13 271:8
285:20 286:17
291:22 307:2
310:3
**called** 20:2 22:5
43:20,22 50:18
51:15 80:20
89:8 90.23 91:1
91:6,7,8,10,17
92:2,22 93:8,11
93:16,22,23
94:21 108:16
110:20,21
132:20 152:3,8
169:13 227:18
228:1,2,6

233:17 256:8
260:15 269:10
271:9,12 272:9
286:22 288:21
311:22
**caller** 92:16
**calling** 47:17
91:14 92:2,10
94:7 151:22
271:5
**calls** 44:2,23 45:1
45:9 91·4 93:5
93:12,17,19
94:2,5,11
**came** 5:8 14:1
25:21 27:22
28:23 29:21
32:19 34:14
45:20,22 49:8
49:11 65:15,23
66:5 68:18
74:14 83·3
84:20 85·10,13
86:4,16 87:1,13
87:21 107:8
135:12 147:10
172:19 192:3,7
194:2,4 199:3
199:11 200:6
203:1 223:11,11
225:8 231:2
235.3 243:8
250:14 251:2
259·6 282:9
302:20 304·19
311:20
**caption** 316:17
316:19
**car** 23:22 90:15
**card** 204:10,12
205:11 206:14
207:1,6,21
**care** 64:14,20
66:21 82·7 85:6
104:4 243:8
312:2
**cared** 110:2

**Carmel** 64:9
**Carolyn** 71:19
**Carolyn's** 71:20
**case** 27:17 44:1
44:12 210:10
256:9 293:5
298:22
**cashier** 207:6
**Caucasian** 29:18
39:11 116:19
117:13 120:6,17
120:22 122:8
123:22 124:18
169:23 170:6
174:12,17 176:2
**Caucasians** 175:7
177:2 181:15
198:17
**cause** 5:12 233:12
316:18
**caused** 297:4
300:1
**causing** 9:21
**CBLs** 292:13
**celebration** 87:4
**cell** 40:8,15 41:21
42:21 46:10
94:9
**Center** 62:14
65:4 152:22
153:12 155:18
**certain** 117:18,19
120:11 125:4
135:22 136:1
274:18,23
**certify** 5:4 316:4
316:14
**chain** 269:21
271:17,21 272:1
**chairs** 35:22
**change** 41:4,7,19
222:15 223:6
285:22
**changed** 224:5
236:17 237:14
245:3 277:21
278:6,7,20

279:9 280:15
changes 43:6
changing 209:14
Chappitila 105:3
113:3
character 51:16
charge 26:13,15
56:23 61:15
105:22 107:4,17
117:8 195:6
196:11 197:8
198:11 202:9,21
202:23 203:1,5
203:11,20 204:1
204:3,5,16
205:8 206:8,10
206:15,18 209:7
209:11 210:4,6
213:22,23 214:2
214:22 215:1
219:14,16
220:20 226:13
226:14 230:11
236:18 237:12
237:13 239:22
240:9 246:10
253:15,23 254:3
254:5 268:23
272:4,6,8,15
273:12,17 274:2
274:8 287:19,21
288:1,7 289:5,7
309:20
charges 106:10
106:23 107:12
203:16 273:2
chart 240:18
check 95:12,12
95:14,16,18
96:1,4,6 112:13
210:17 212:14
212:18 222:1,23
223:19 282:13
301:17 304:9
checks 210:3,5,8
check-up 12:1
chest 9:4

child 59:18 63:8
64:7 66:20
children 13:13
59:14,16,22
68:8,9 282:9
283:5
Children's 102:3
choice 74:10
101:11,13
choosing 225:16
chosen 137:19
Christian 63:11
64:15 68:19
69:3
Christmas 86:16
86:21,22 87:1,3
87:5 282:10
283:14 313:13
313:18
Church 5:9
Civil 1:5 5:6
Claiborne 50:13
50:17 52:7
53:22 54:5
118:7 120:18
121:3 224:17
254:9 260:12
claim 27:21 90:3
94:12 96:18
126:11 136:4,8
144:2 146:8
154:3 155:16
168:16 177:23
180:2,5 181:19
181:23 187:13
203:18 204:8
206:14 208:3
209:9 210:9
237:13,20 241:8
246:14 249:3
258:18 261:3
262:23 276:16
282:8 288:6,21
297:1,13 299:9
299:18 308:2
310:13,14,21
313:7,14 315:5

315:8
claimed 91:1
281:12 299:13
311:3
claiming 91:12
152:17 157:9
167:19 179:10
179:16 222:7
263:11 269:16
274:16,21 275:8
275:10,22 276:9
277:20 278:19
294:16 296:8,15
306:4 307:3
311:3
claims 186:4
297:20,22
clarified 192:17
192:20
clarify 147:20
clarifying 148:13
Clark 16:2,13
17:4,23 18:15
19:16,21 20:2
20:10,14,18
22:13 23:7,21
24:7,23 25:6
33:4,10,12,14
34:2 36:7 37:15
39:13,20 48:21
49:1 50:5 54:6
54:14,23 80:14
81:1 249:14
286:9
class 107:9
classroom 64:12
clear 6:17 65:19
168:19 182:11
192:15 236:14
287:16 310:13
310:18
click 47:12
clicked 46:20
clinic 11:10,11,13
11:23 12:6
clock 209:15,15
235:20 254:8,21

255:1,5,10,14
256:7,15,19
257:5,18,20
258:3,13 259:21
259:23
clocked 255:20
257:15
clocking 255:18
256:10 257:1
260:13
close 14:18
117:15 119:15
253:7
closed 67:19,21
71:12
closet 24:13
35:23
closing 130:1
closure 52:10,15
52:23
clue 54:8
coached 167:6
234:5 259:17
coachings 164:5
coincided 227:9
collaborating
148:19
college 63:22
73:23 74:3
161:4,7 165:4,7
166:19 200:7
color 193:22
column 291:8
300:23
come 20:21 26:21
27:4 28:21
32:20 34:19,20
35:11 47:6
52:14 70:20
80:1 84:4 85:4
89:12 103:14
105:12 119:8
151:17 209:15
221:16 223:20
227:15,19 236:2
242:7 247:12,17
256:5 269:12,13

269:18 276:23
277:4 284:4,7
285:2 295:17
comes 82:6
108:17
comfortable
126:8
coming 26:9 34:8
34:8 37:1,17
40:21 41:6
44:23 50:21
62:12 242:2
252:5 256:2
285:15 287:15
295:6 307:2
command 269:22
271:17,22 272:1
commencing 1:22
5:10
comment 57:15
57:18 150:2,5
190:10
comments 35:16
58:6 150:1
189:5 190:13
Commissioner
2:20 5:4 316:22
common 166:20
communication
97:16
Community
63:22
company 49:21
66:14,23 106:4
106:8 108:11,13
108:17 110:9
111:6 143:2,3,3
246:11 272:5
273:2,20
company's 303:1
compared 218:20
complain 246:12
260:5,8,9
270:11
complained
173:10,14
225:13 276:5

289:18
**complaining**
57:19 233:21
244:15 245:7,19
247:15 250:1
303:8
**complaint** 22:16
22:17 26:12
41:5 44:16 53:9
56:22 87:10
171:14 178:6,7
192:21 194:21
194:23 204:15
205:4,5 209:5
211:9,9 215:14
215:15 216:7
217:14 219:10
219:23 235:11
235:13 243:2,7
243:10 248:18
263:23,23
266:11 269:14
269:20 271:18
271:22 272:2,4
272:7 277:5,7
278:2 284:13
293:5 295:3,6
296:1
**complaints**
173:12 273:2
291:23
**complete** 136:15
201:11,12
247:12 316:12
**completed**
292:12
**completing** 154:6
**compliance** 2:5
**complies** 77:1
241:15
**computer** 62:18
64:1 79:3,11,17
79:23 80:2,5,10
80:18 81:2,9
86:14 125:2
127:12 128:4,7
128:16,22

129:14 134:2
136:16,19,23
137:9 138:20
144:6,17 150:8
150:10 153:21
153:23 154:4
167:10 189:1
199:1 216:5,13
216:15 217:1
218:14,17 221:6
238:13 243:6
247:8 248:17
267:14 269:6
273:4 283:1
292:12
**computerized**
217:7
**computers**
144:22 217:21
**concentrate**
312:7
**concerned** 110:1
**condition** 9:18
99:3
**conditions** 77:4
**conducted** 52:8
52:12
**Conference** 1:20
**confirmed**
288:10 295:4
**conflict** 18:23
**confrontation**
16:1,7 19:15
20:14 21:12
34:3 256:14
**confused** 43:11
68:22 83:5
**connected** 94:22
**consider** 8:1
55:14 141:8
**considered**
139:13 242:15
**considering**
159:22
**consist** 214:7
**consisted** 204:9
**constantly**

221:20 222:17
228:13,15 229:1
229:3 242:23
243:3 250:3,6
250:10,11,17
258:9 263:21
264:3 266:12
**contact** 13:18
34:16
**contacted** 33:5
34:18
**contained** 25:9
**context** 57:14
58:21 141:5
172:9
**continue** 67:11
67:14 71:7
110:10 111:7
256:21 305:2,5
**continued** 20:5
71:22 111:10
137:4,6 168:22
259:15
**convenient** 281:3
**conversation**
29:7 32:15 37:1
38:8 40:20
45:12 89:17
95:5 96:17
97:10,13,16
154:23 181:9,11
183:7 187:5
196:20 252:2,4
265:16,20
266:15 267:3,10
268:1,3,9
282:21 289:15
289:19
**conversations**
26:8 27:2,7,14
27:16,23 28:1
29:1 31:20
35:17 37:3,18
38:4 40:5,10
41:2,6 45:20
46:1,5 47:22
49:8,9,11,15

58:23 59:3
78:20 96:20,23
141:19,21
142:10,20 143:6
180:23 252:9
266:23 268:18
**cooked** 68:7
**copies** 246:1
249:5,7 297:9
297:10
**copy** 7:1,3 23:1
32:14 33:8 62:3
96:14 185:14
197:8 210:23
211:4 246:20
247:10,23 248:3
290:11,18,20
291:1 293:4
298:4,20 300:13
315:1
**corporate** 217:19
**CORPORATI...**
1:7
**correct** 7:8 10:5
12:12 15:17
19:9,23 22:10
22:21 24:14
25:16 31:16
45:18 52:21
56:16 64:21
65:17,21 68:14
69:6 78:17 82:3
83:7 88:15 89:1
89:10 100:20
103:18 104:14
104:20 120:14
121:20 125:6
126:14,15
127:20 128:8
129:22 141:11
143:14,15 144:8
149:20 164:16
165:9,11,15,16
168:11 179:19
186:16 197:19
197:20 202:6
203:22 204:7

207:10 208:22
218:15,16,22
220:19 223:23
224:21 226:17
234:22 235:8
236:19,22,23
237:14,17
242:11 246:23
247:2 248:1,20
252:15 255:11
270:13 274:15
278:10 289:2,3
290:8 291:13,14
292:1,10,23
298:14 299:11
302:6 303:21
**corrected** 225:1,4
225:6,7,10
289:17,20
**counsel** 1:14 2:11
2:13 5:8 316:15
**counseled** 234:5
**counselor** 8:14
**count** 18:9
**counting** 226:21
**COUNTY** 316:3
**couple** 100:4
123:4 145:9
155:22 164:10
257:11 281:18
**course** 116:13
238:7
**court** 1:1 2:7 5:1
14:13 17:10
60:12 180:2,6
233:20 261:2
276:14,15
298:21 304:3
316:8
**Courthouse** 1:19
**courtroom**
111:13
**cover** 36:17
**Crawford** 116:16
117:20 276:23
**criteria** 138:13
142:2

crowd 164:23
current 103:1
  139:12 269:7
currently 12:11
  72:12 82:5,21
  83:16 105:10
  108:8
cut 208:4,6 209:2
  209:13 210:1,1
  211:4 213:20
  215:3,7 232:1
  237:3 299:19
  304:10
cuts 236:20 237:1
cycling 174:10

**D**

D 4:1
Dana 1:17 5:1
  316:22
dancing 57:22
Danny 38:21
  39:1,3,16 44:20
  48:21 49:17
  50:1,4 55:8
  80:14 81:8
date 5:5 13:9
  15:22 17:7
  54:21 56:10,11
  70:13,14 75:1,4
  79:19 80:8
  87:12 88:23
  90:22 99:9,9,21
  99:21 110:7
  119:19 130:1,21
  132:20 143:4
  152:16 171:21
  198:7 205:21
  211:14 293:21
  293:22 300:23
dated 17:4
dates 18:7 75:21
  75:21 86:23
  197:22 201:9
  202:2 211:12,14
  302:14
daughter 27:14

44:1,1
daughter's 94:9
Davidson 132:8
day 1:21 5:10
  32:17,21 35:4,7
  50:18 64:14,20
  85:19,23 86:2
  88:21 91:4
  95:19 114:4
  119:7 145:4
  147:9 205:11
  209:19 217:12
  220:2,4 221:10
  224:7 231:4
  232:21 235:18
  236:5,6,8
  239:19 243:4
  254:23,23
  258:22 259:2,6
  267:12,12
  278:22 281:8
  286:3 289:21
  302:1,9 307:2
days 75:9,11 88:6
  88:9,13 114:17
  145:9 209:14
  214:3 215:17,21
  220:8,9,11,17
  220:21 221:7
  222:12,22 223:9
  223:12,18,20
  226:22 227:5,9
  229:15 230:21
  231:1,14 232:3
  232:5,8 233:4
  234:9,15,16,19
  234:21,23 235:1
  235:2,3 236:16
  236:19 237:5,10
  237:17,18,21
  238:21,22 239:4
  239:5,6,8,16,16
  239:23 240:7,10
  240:13,23 241:6
  241:16,20
  242:13,14 243:4
  245:1 254:18,19

254:19,22 255:8
259:4,11 261:3
261:5,6,9,12
262:13,15,16,17
262:20 300:12
302:22,22 306:8
307:10,20,21,22
308:1 310:7
313:8
deal 297:4
Debra 131:6
  132:13 137:3
  138:22,23
  141:19 191:14
  191:15,22 192:3
  192:6
Debra's 131:21
  191:23
December 99:17
  99:19 100:4
  306:10 307:4
  308:13,15
  311:16
decide 63:6
decided 18:21
  19:3,3 259:20
decision 143:22
decisions 143:17
declined 204:10
  204:13 205:12
  206:15
Defendant 1:8
  3:4
Defendant's 4:8
  7:2,5 15:10,13
  22:23 23:3
  41:17,22 62:2,6
  76:15,19 81:12
  81:16 153:5,8
  197:7,11 210:19
  210:21 229:12
  229:16 290:10
  290:15,19 291:3
  293:3,6 298:19
  298:23 304:1,4
degree 7:19,21
  102:13 161:4,8

165:4
degrees 165:8
Delgado 63:19,22
denied 131:7,8
  168:16 207:5
  275:4
DENISE 1:5
dentist 11:9
denying 207:2
department
  23:12,19 28:10
  28:11,15 31:15
  251:8,9 284:4
depends 66:19
deposition 1:7,14
  2:3,4,16,20 6:21
  41:18 42:18
  61:7 247:13
  297:19 315:3,16
depositions 2:8
derived 296:2
derogatory 58:7
  59:4 171:5,18
  172:5 173:7,19
  187:20 188:18
  189:5 190:9,13
describe 198:11
described 173:17
describing 270:1
  270:16,17,19
description 154:5
  154:8,13
detective 46:19
determinative
  165:11
determine 211:3
  263:2 296:18
  309:4
device 25:10,13
  25:18 26:1,6,22
  35:13 36:11,11
  36:21,23 37:7
  37:10 38:11,18
  45:7
devices 40:17
diagnosed 8:7
  9:17 12:2

diagnosis 9:10
diary 79:1
dictate 189:2
difference 161:19
  161:23 162:8
different 28:10
  69:20 104:10
  144:13 147:13
  209:21 216:20
  217:17 219:19
  220:8,8 222:22
  224:6,15 234:9
  236:19 237:17
  238:21 239:4
  244:10 245:21
  284:21 290:23
differently 279:6
direct 55:15
  122:19 171:7
directed 171:20
directing 58:12
direction 316:11
directions 159:8
directly 30:16
  108:7 151:23
  171:16 189:6,21
  254:6 300:18
disbursement
  305:8 306:1
discommunicat...
  282:20
discontinued
  112:1,3
discount 204:9
  204:12 205:10
  206:14
discovery 296:5
  296:11
discriminated
  195:9 196:9
  197:2
discrimination
  61:16 107:5
  178:1 191:7
  197:9,22 246:10
  253:16 276:5
  290:2 291:19

**discriminational** 315:6

**discriminatory** 246:15

**discuss** 26:10 45:21 104:6,9 158:6 169:9 195:7 202:8,11 203:10 273:18 275:15

**discussed** 13:21 44:12 65:13 106:20 202:22 203:2,5 249:20 269:5 294:14 296:14,18 297:14 312:12 315:4,10

**discusses** 291:17

**discussing** 32:7 43:23 180:12,14 180:19 184:21 202:17

**discussion** 145:3 213:6 265:9

**disinterested** 316:9

**dispute** 21:16,21 158:19 227:12 228:9,12

**disputing** 219:4

**distance** 37:4

**district** 1:1,2,20 124:5,7,8 145:16,18,23 151:17 152:3,8 163:1 170:3,19 175:20,21 176:19 177:14 182:10 185:17

**DIVISION** 1:3

**divorced** 13:6

**Dobbs** 134:10 135:20

**doctor** 9:2,5 10:10 11:2,8 12:9 84:18

98:12

**doctors** 11:5 84:13 99:7 296:21,22

**doctor's** 99:7,22

**document** 76:23 96:12,13,15 185:15 214:16 214:16,17,19 229:13 231:16 240:7 247:21 261:10,11,17 291:7 297:23 298:1,13 300:17 312:17,20,20,23 313:1,1,2,3,4

**documents** 75:22 76:1,3,6,8,18 77:3,13,16 78:1 78:12 79:11 133:8,13 134:4 134:6 138:4 153:17 155:8 170:5,11 171:2 177:16 185:6 190:7 191:2 194:3 228:19 229:4,9 233:13 244:22 247:9 248:15,17 294:18,21 295:12 296:17 308:18 314:3,9 314:11

**doing** 49:2 67:2 73:15 130:20 158:12 163:13 167:23 168:4 172:23 254:13 256:3,4,11 258:1 269:23 271:23 287:8

**domestic** 22:13

**Don** 124:5 137:13 138:9 144:1 157:6 169:10,19 176:12,18

177:12 178:9 180:17 181:10 181:12,20 182:1 183:4,14 184:5 186:6 187:4

**done** 32:4,5 40:17 125:1 167:13 171:10,11 172:7 173:1,12 185:7 188:23 209:22 221:2 229:18 234:6 277:14

**doors** 14:8,17

**Doran** 38:21 39:1 39:17 48:21 49:17 50:1,4 55:8 80:15 81:8 288:21

**Doran's** 39:3 44:20

**down** 6:19 14:1 14:16 17:14 20:14 23:11 84:1 86:16 87:1 87:13 95:23 104:19 127:12 132:22 148:23 189:12 198:7,9 199:21 212:1 213:14 215:16 218:15 244:2 246:5,8,18 248:16 312:3

**download** 145:7

**downloading** 199:13

**drawing** 73:5

**drove** 86:2

**due** 84:8 305:13

**duly** 5:17

**dumpster** 264:2

**during** 6:20 21:12 55:3,6 73:8 75:7 86:2 86:12 103:10,11 103:13 111:18 117:9,23 120:23

124:23 163:1 177:13 193:2 209:4 210:15 214:21,23 234:22 238:8 239:23 241:9 243:13,15,20 244:7 246:9 248:3,12 260:18 292:13 302:1 307:7 311:10 314:17

_____ E _____

**E** 3:1,1 4:1,6 316:1,1

**each** 132:11 153:23 185:19 222:8 226:10 236:16 237:10 261:15 262:21 263:15 285:7,12

**earlier** 6:1 59:13 183:23 184:13 249:14 291:11 302:18

**early** 50:9 120:8 121:8 124:1,4 126:20 129:23 132:16

**earn** 305:20

**earned** 112:13 305:19

**earnings** 211:5 315:2

**easier** 6:16 40:16

**east** 105:5 107:22

**EASTERN** 1:3

**education** 63:13 63:15 71:1,3,6 127:5 160:12,20 160:23

**EEO** 87:9 202:23 202:23 272:8 287:21

**EEOC** 26:13,15 56:23 105:22

106:9,22 107:12 107:17 117:8 195:6 197:10 202:8,21 203:5 203:10,15,20 209:6 219:14,16 220:20 230:10 253:16,23 254:4 268:23 272:6,15 273:12 287:19 289:11 309:20

**effect** 2:5 174:10

**efforts** 159:1

**Eighty** 208:14

**eight-day** 240:1

**either** 17:15 20:20 26:2 27:3 27:15 37:5 39:1 46:17 48:21 52:6 54:4 85:23 94:8 109:12 111:3 124:8 139:1 142:3,21 153:18 168:21 192:10,23 224:4 228:3 242:14 254:2 262:15 278:10 279:20 316:15

**elaborate** 211:23

**Elementary** 64:16

**Eleven** 201:1

**elsewhere** 108:14

**emergency** 9:8 75:5,12

**emotional** 8:15

**emotionally** 8:2

**employed** 60:10 60:16 64:23 65:7 77:6 108:9 111:13 163:22 249:11 290:22

**employees** 27:1,4 27:8,21 28:5 68:6 276:20,21 278:8 279:6

**employer** 25:10
25:15 162:4
**employment**
62:22 68:13
69:5 73:21
74:11,12 77:5,7
101:16 102:18
107:12 108:14
110:10 111:7
116:13 117:23
274:17,22
292:14
**end** 18:20 100:2
201:12 225:10
303:21 309:9
**ended** 302:10
315:16
**ending** 211:13
212.6 213:1
308:1
**English** 138:12
**enough** 17:15
48:3,4,5,8
187:13 235:16
**enter** 218:8
**entered** 24:16,20
200:2 201:14
216:15 294:5
**enters** 216:22
217:22 218:14
**entire** 113:20
176.18,20
**entitled** 305:17
**entity** 77:5
**entrepreneurs...**
70:1,4
**entries** 45:14
46:3 47:14
**environment**
63:13
**equally** 136:8
137:23 138:5
**equals** 160:14
**erased** 79:5,11,17
80:10 81:1
247:9 248:18
283:1

**error** 310:10
**especially** 246:9
**Essence** 66:16
68:12,20,23
69:19,20,23
72:6,9 73:6
**established** 68:16
73:3
**estimate** 13:10
130:22 299:4
**evaluation**
128:23 129:4,9
129:15 134:10
136:14 230:17
**evaluations**
133:21 134:14
164:3 168:8
**evasive** 252:3
**even** 32:13 37:13
165:20 166:16
175:3,4 176:16
181:3 182:2
214:17 224:18
230:10 241:9
242:20 246:17
263:13 280:7
284:21 309:20
**evening** 280:9
**event** 90:2 303:4
**events** 189:11
**ever** 8:7,10,13
9:22 13:4 18:14
18:17 33:4 37:9
37:12 54:22
55:2,5,8,11
60:23 61:3,6,9
61:12,15,19,21
80:23 91:13
107:20 125:11
125:14,23 140:9
140:16 141:1
150:13 151:1,22
158:23 160:7
169:9,19 171:3
171:17 172:4
173:10 188:17
191:15 193:2,16

194:16 196:5,7
202:8,12,13
203:10 205:10
225:10 229:2,21
230:15 234:4
254:3,4 256:6
260:8,9 273:10
273:14 274:1
292:8 308:16
**every** 45:4,5
56:20 70:1
91:17 107:1
217:11,12
219:13 222:1
223:1,17 230:17
258:22 259:2,6
264:2 277:5
286:3 301:9
**everybody** 37:6
91:22 141:13
185:8,16 188:23
255:18 279:10
279:12 287:3
**everyone** 137:7
**everything** 72:14
78:10,14 90:10
97:2 167:6
188:22 189:2
190:23 192:16
195:2 247:20
250:16 251:1,14
289:14 294:15
294:22 296:14
296:19 297:19
301:18 315:9
**evidence** 2:17
229:20
**exact** 13:9 56:11
70:13 75:21
80:8 87:12
88:23 99:20
117:5 130:21
132:20 152:16
**exactly** 29:9
134:18 136:2
137:15 171:23
172:2,23 191:9

196:18 237:11
238:7 244:11
265:2 271:6
**examination** 4:3
5:12,19
**examined** 5:18
**example** 107:7
212:5
**exams** 114:20
**exceeds** 129:7
230:16
**except** 2:12
**excluded** 274:17
274:23 279:2,5
**Excuse** 75:3
121:1
**exhausted** 304.21
**exhibit** 7:2,5
15:10,13 22:23
23:3 34:13
41:15,17,22
42:4,8,15,18
62:2,6 76:15,19
81:12,16 153:5
153:6,8 197:7
197:11 210:19
210:21 229:12
229:16 261:17
276:13 290:10
290:15 291:3
293:3,6 298:19
298:23 304:1,4
315:3
**existence** 147:19
**expanding**
148:14
**expectations**
129:8 164:3
230:14,16
**expenses** 73:22
**experience** 65:16
65:23 66:2,3,5,7
106:1 127:4,6,7
127:8,9 135:5,9
137:22 159:3,6
159:11 160:8,14
160:15,17 161:9

165:18 166:4,4
166:5,8,11,21
169:1 217:4
218:20
**expired** 89:3
**explain** 154:11
194:15
**extension** 109:18
110:6,21 111:4
**extent** 310:9
**extra** 73:22
281:13,15 282:6
**extreme** 284:11
286:4
**ex-husband**
12:19 25:21
47:5,13

_____  F  _____

**F** 316:1
**face** 105:7
**faces** 28:5
**fact** 45:16,19
46:2,4 148:20
155:21 173:22
174:4 190:23
206:7,11,13
215:2 234:8
238:14,20 247:1
313:23
**facts** 174:20
190:21 193:23
**factual** 310:14
**fail** 110:5,16
**fair** 121:9 197:3
**fairly** 284:20
**Faith** 64:9
**false** 295:12
**falsified** 229:15
229:21 230:4
231:18,19 314:3
314:11,18,20
**familiar** 92:17
109:15,17
137:11 144:21
217:6,18 270:3
291:12,21 292:3

familiarized 217:8

family 13:20 37:4 38:13 60:15 87:5 274:10 284:6

far 18:1 52:9,13 53:15 125:19 138:3,7 141:15 142:1 148:21 159:8 160:13 167:8,9 170:4 171:13 172:9 176:3 181:14 189:21 219:1 252:23 254:6 272:4 275:17 288:13

faster 270:10

Faulkner 7:15 63:3,7

fault 282:15

February 100:6 101:1,2 103:7 104:3,21 108:16 127:13,20,22 293:13,19 294:1

Federal 1:19 106:12

feed 6:22 90:14

feedback 193:14

feel 49:12 52:4 137:23 159:9 167:2 251:15 252:3

fees 73:23 74:1,3

female 199:22

females 28:9 31:14

few 90:19 230:23 245:8

fewer 213:21 214:21 302:3

Fifty 285:14

fight 220:4,5 221:19 231:21 232:2 235:10

242:23 247:2 303:15

fighting 222:18

figure 9:20 13:12 49:7 76:11 99:23 287:11 295:5 311:12 312:14

figured 9:23 233:15 286:13

file 15:23 80:16 252:17 269:19 312:21

filed 6:3 15:6,12 15:16 17:19 22:19 23:2 26:15 32:17 33:8,20 41:11 50:12 61:15,21 62:4 72:13 105:22 106:10 106:23 107:4 195:5 197:9,14 202:21 203:15 203:20 204:17 205:7 206:8,16 206:17 209:6,10 210:4 213:22,23 214:22,23 226:13,14 230:10 233:19 236:18 239:22 240:9 246:10 252:14 253:15 253:23 261:1 272:15 273:12 273:17 274:2,8 276:13,15 289:4 289:7,12 293:5 295:15 298:21 309:20

files 70:13 232:18 294:19

filing 2:19 196:10 263:12 287:18 304:3

fill 87:21 109:9

232:17,20 259:8 259:16

filled 34:23 81:14 81:19 84:19 88:3 108:22 109:20,22 127:12 258:4,18 258:23

filling 128:14 154:12 232:6 258:14

financial 299:20

find 18:3 20:7 36:4,6,10 150:17 152:1 233:21 248:21 255:17 256:15 258:10 278:14 279:4 298:1 301:17 311:15

fine 185:6 310:12

finish 16:11 104:17 161:6,22 179:15 180:21 216:11 224:12 234:1 236:11,12 242:9 244:17 247:18 272:13 273:9 280:18 287:13,15 300:4

finished 16:11 20:18 163:10 200:23 308:23

first 5:17 24:16 24:19 26:5 48:13 71:6 92:22 94:16,20 102:8 107:19 127:10,11 132:12 139:21 140:7 167:18 171:8 206:3 212:21 282:19 293:9 294:3 300:17,22 301:5 302:13 309:10

five 13:15 90:14

121:17 176:10 178:20 182:13 239:16 240:23 243:4

fixed 205:16 206:1 207:10 242:16 245:15 260:3,20

flip 241:14

floor 132:21 251:6 256:4

fluctuated 208:22

FMLA 302:2,5 303:2

folks 106:10 244:3 246:7

follow 20:6 161:16 263:1,8

followed 51:12 51:15 54:16 263:21 264:1,3 264:6,15,17,23 265:3,6,7 266:12 268:11

following 5:13 16:3,6 35:7 241:3 264:20 265:17 267:23 268:20 277:8

follows 5:18

follow-up 9:13

force 2:5 60:11 215:13 217:16 234:11,13,14

forced 216:2 299:21

foregoing 5:7 316:12,16

foreign 134:20 138:10 295:7,13

forensic 102:10

forfeiture 110:8 111:5

form 2:12 81:14 84:19 88:4 89:14 109:21,21 217:1 218:15

232:23 314:14

forth 152:7

forties 119:16 120:3,8 121:11

forward 221:9

fought 247:4

found 36:7 59:3 132:17 149:18 209:17 279:23 280:1 289:16

four 29:3,4 42:9 59:17 121:17 239:6,16,23 240:10,13 254:17,19,22 257:23 303:10

fourth 199:19

frame 117:10 128:1 149:20 200:19 210:16 211:21 225:6 240:10 267:16 307:7 314:2

Friday 221:14,14 221:16 245:2

Fridays 221:12

friend 71:16

friends 37:4 38:13 50:4,7 253:5,8 284:7

from 7:14 11:14 11:16 13:6 17:8 24:12 28:8 34:17 44:2 54:22 56:5 64:4 64:10,20 68:5 72:23 73:4,6 75:6 77:7 84:20 85:10,23 86:8 87:20 88:1 91:10 92:11 94:8,8 98:15 99:13 106:1,10 110:17 111:17 112:11 124:11 133:2,3 135:2 135:10,16,18

137:8,20 145:23
146:9 150:19
151:17,17 155:3
162:23 164:23
171:23 175:11
175:12,20,20
176:6 177:5,12
178:8,9 185:17
185:21 189:10
199:20 203:16
208:10 211:5
216:23 220:14
226:13 231:15
240:22 243:8,9
247:13 250:14
251:3 255:2
269:1 283:2
285:2,22 289:10
289:11 295:6,17
296:2 297:3
301:6 302:17
304:22 313:4
**front** 15:21 43:10
44:10 136:2
170:9 294:18
**frustrated** 43:21
**frustration**
172:22
**full** 2:5 316:12
**fullness** 167:23
**full-time** 67:18
243:5
**funds** 73:4
**further** 2:1,9,18
110:9 145:2
189:10 315:15
316:14
**future** 148:7

___
**G**
___
**gave** 90:10
122:16 182:3
184:15 185:2,19
290:6 304:9
308:5
**Gene** 118:13
**generally** 113:23

115:1 148:17
208:9
**generate** 217:21
248:10
**generated** 216:5
216:13 218:2
243:7
**generates** 217:2
218:17
**gets** 84:14,14
**getting** 34:7 71:4
72:14 108:14
110:1,2 166:20
177:3 195:21
222:21 223:16
244:9 257:9,9
296:20 306:18
306:19 307:8
311:17
**girl** 122:14
**give** 13:10 56:12
69:15,17 79:20
102:21 126:9
130:22 246:1,2
246:19 248:9
294:20 299:21
312:19
**given** 61:6 182:9
184:17,18
219:17 222:6
310:23
**giving** 113:4
159:7 212:1
**glasses** 198:3
**go** 9:8 10:2 17:22
35:18 44:10
63:2,3,6 67:15
71:3 74:14,19
74:19,20,23
75:11 82:16
84:5,17 85:6
90:14 143:2
164:22 186:10
186:12 192:6
205:23 213:4,13
220:2 221:7,20
222:1,23 227:8

235:12,15,19,19
236:12 238:6
248:16 250:13
251:2 255:5,17
257:6,18 269:21
273:3,6 279:22
282:3 284:11
285:6 288:5
297:18 302:19
307:19 312:3,8
**God** 63:8
**goes** 99:11 110:16
211:17
**going** 6:3,9 7:1,2
15:9 17:14
22:22 27:17,18
35:9 41:14 42:7
42:14,17 43:8,9
45:11 46:15
50:19 62:1,23
64:23 65:20
70:8 81:12
91:23 96:12,13
97:2 98:4 104:5
104:8 105:13,19
106:4,8 130:4
138:14 147:23
148:6,16 151:16
153:4 159:22
164:23 174:6
179:21 181:18
183:17 187:9
189:9 192:18
203:8 210:19
215:10 221:14
222:17 223:22
224:21 229:11
231:7 232:14
237:6 238:6
246:18 250:15
250:16 251:1,13
251:19,22
252:23 256:20
256:22 261:22
262:12,14 264:5
264:7 266:5,8
273:19 277:13

278:9 282:5,23
283:4,6,10,13
290:9,10,18
293:2,3 297:3
309:2 315:11
**gone** 8:13 71:8
288:19 289:1
**good** 129:16
136:14 162:3,11
165:10,14,20
168:1,4,7
187:13 232:9
**gotten** 91:13
**grade** 64:18
**graduate** 166:19
**graduated** 7:14
114:14 214:3
**granted** 82:1
**grass** 304:10
**green** 245:15,22
261:14
**grew** 50:6
**grocery** 28:7,8,17
29:12,21 30:17
**grounds** 2:15
**group** 121:23
163:7
**growing** 148:20
**grown** 172:8
286:13,21
**grueling** 195:13
**guess** 17:2 36:9
42:9 74:16
85:18 88:7 95:3
104:13 114:5
139:2 144:12
198:10 202:21
211:7 222:20
238:15 251:15
252:20 259:10
263:7 267:15
278:4 286:7
287:10
**guessing** 264:18
**guideline** 161:16
**guidelines** 138:9
**gurgitating** 99:14

**guts** 98:11
**guy** 118:17 123:8
257:14 265:14

___
**H**
___
**H** 4:6
**hand** 190:15
**handbook** 290:7
290:14,21
**handed** 42:7
90:21
**handle** 109:18
229:7 269:5
**handled** 137:16
166:15 180:13
**handles** 137:14
**handling** 265:7
**hanging** 46:23
91:19
**hang-ups** 93:6
**happen** 72:10
106:3 209:3
250:15 288:17
**happened** 20:22
44:3,7,15 47:19
79:12 117:6
204:19,23 208:2
222:7 236:7
251:16 252:19
259:19 267:16
280:21 283:20
284:12 285:23
287:7,20 295:19
295:21 296:6
314:12
**happening** 54:11
139:15 267:18
285:23 286:3
288:16
**harassment**
315:6
**hardly** 237:18,21
**Harriet** 281:18
**having** 5:17
14:14 27:15,16
57:21 84:11
98:17 159:8

165:17 180:23
203:20 280:1,4
280:9,10 295:12
**head** 182:23
183:2
**health** 8:11,14
111:23
**hear** 17:11,16
37:6 46:13,21
142:19 171:3,8
171:17 172:12
188:17
**heard** 45:23
46:14 47:12
142:7 171:10,11
171:22,23 172:4
172:7,10 173:8
173:12,18
188:23,23 189:3
190:20 191:3
**hearing** 14:15
40:9 158:21
**heat** 172:16
**Heath** 123:7,21
124:3 156:4,10
156:18,22
157:19 158:11
**held** 122:20
129:19 134:16
213:7
**help** 83:5 144:19
166:23 190:17
211:11 297:17
298:14
**helped** 68:8
159:13,21
**helpful** 159:1
**her** 6:17 82:7,18
83:1,2,3 84:2,12
84:13,15,17,21
85:2,4 86:1,2,20
86:22 87:3,7,14
87:18 91:6,7
93:8,9 95:7,10
97:22 98:9,10
98:11,12,13,15
98:18 99:6,8

120:3 122:6,14
131:8,17 132:7
132:13 154:16
154:19,23 156:5
200:4 202:4
225:13 251:20
253:21 260:16
263:18 272:16
274:9 280:9
311:23 315:1,3
**higher** 213:9
270:12
**Highway** 11:18
**him** 18:5,8 19:20
20:3 21:1,4,6
22:7,15,16
30:16 33:5,11
36:14,15 47:5
49:4 50:20,22
51:4,9,10,23
55:3,6,21 58:3,3
105:8 141:6
144:18 145:5,8
150:9 156:7,8
157:6,20 158:8
158:10 169:13
169:22 173:15
254:1 255:16
256:9,18 257:18
257:18 260:19
264:16,22 265:4
265:12,14 270:5
286:12,18,22
304:18
**himself** 260:14
**hire** 149:19
**hired** 113:13,16
115:5 116:7,15
186:1 199:22
200:17,19
**hiring** 115:22
181:13
**Hispanic** 29:18
**history** 211:5
315:2
**hit** 106:17
**holidays** 256:1

282:11
**home** 23:20 68:2
74:14,19,19,23
75:8,13 82:6,18
83:1,2,3 84:17
85:6,20 86:21
86:22 87:2,7,15
92:12,14 100:4
100:22 102:9
104:8 107:6
180:18 181:17
181:18 216:19
218:10 221:15
221:15 226:19
243:9 247:6
248:16 249:22
283:7 289:1
291:23 299:21
302:21 304:19
**honored** 223:18
**hospital** 82:6,16
82:21,22,23
83:6,17,18,20
87:17,18 102:4
**hotels** 101:22
**hour** 116:7,10
**hourly** 16:19
29:15,16 31:11
39:7 123:13
125:4,8,21
126:6 160:1
203:11 213:9
251:10
**hours** 32:13 33:9
90:12 113:23
114:6 208:4,6
208:11,14,19,21
208:21 209:2,9
209:12 210:1
212:8,22,22,23
213:2,20,21
214:5,7,9,21
215:3,12,16
216:20 219:11
220:6,8 222:2,8
222:18 232:1
234:3 235:16

236:21 237:1,2
238:15 242:2,5
242:17,20,23
243:10,13,14,20
245:6,8,9,13,18
246:5,15,23
247:2,5,14
249:2 257:12
261:21,21 262:2
262:3,4,5,9
281:12,14,15
282:6 299:14,19
302:4 309:3,11
**house** 14:2,7
24:16,20 25:4
25:20,21 26:1,7
26:23 27:4,5
35:13,19 36:8
36:16,16 37:2,8
37:16 38:11,19
43:1 47:6 68:4
68:5 79:4,6,8,15
80:12 82:12
86:13 87:4,6,8
93:8 94:8
282:23 283:2,6
304:11,13,13,16
**huh** 15:1 58:11
58:11 165:12
269:15
**human** 7:20
102:12 154:10
206:3
**hundred** 208:21
**hung** 46:11 91:5
91:11,13 92:5
93:1,13,15
94:19,21 96:1
**hushed** 20:11

---
**I**
---
**ID** 92:16
**idea** 162:22
264:19 275:19
279:19
**identification** 7:6
15:14 23:4

41:23 62:7
76:20 81:17
153:9 197:12
210:22 229:17
290:16 291:4
293:7 299:1
304:5
**identified** 153:6
**ignore** 214:16
313:1,3
**ignored** 20:3
**IHOP** 11:14,17
**ill** 82:5,21 83:16
84:16,16 85:1
95:8 98:1 104:8
**illegal** 106:13,14
**illness** 8:8 98:4,5
98:16,19 99:8
**imbalance**
174:21,22 179:9
179:14 180:3,15
180:19 181:1,13
181:15 183:8
184:21 185:4
186:7 187:7
**imbalances** 178:8
**immediate**
146:21 225:17
226:3
**Immediately**
10:13
**important** 286:7
**improve** 99:3
**improved** 99:5
**Inaudible** 17:9
**incident** 22:14
35:5 51:5 81:6
**include** 77:9
**included** 121:22
292:22
**including** 301:15
**income** 125:19
210:2
**incorrect** 238:2,5
238:16
**indicate** 62:12
**indicated** 35:15

50:9 59:13
276:18
**Indicating** 43:12
**indication** 42:20
46:16
**indirect** 273:15
**individual** 291:17
292:17,22
**individuals** 135:1
177:10
**inform** 78:6
236:21 237:2
275:15
**information**
62:19 64:2
80:17 152:6
177:4 193:9
**informed** 95:7
129:21 130:6,10
133:6 139:2,3
**Ingrid** 154:8,9,11
206:4
**initial** 310:14
**initially** 20:2
136:19,22
222:13 310:21
**inputting** 167:10
**inquired** 130:9
139:23 145:4
193:9
**inquiring** 40:14
131:4,5 150:18
151:21
**inquiry** 138:22
**inside** 19:22
35:22
**instead** 47:16
242:6
**intent** 173:3,4
**interest** 18:23
142:22
**interested** 316:18
**interrogatories**
7:4 133:7
**interview** 115:4
116:3 137:10,12
**interviewed**

133:2,12,18
134:8,20 135:6
135:10 136:6
143:17
**interviewing**
176:13 177:1
178:11
**interviews**
129:19 137:20
138:15 143:22
**inventory** 73:17
256:3
**investigate** 52:2
**investigated** 53:2
53:8,11
**investigation**
52:8,12,18
**investigator**
46:19
**invitation** 146:14
**involved** 19:15
22:12 23:7
**involving** 143:8
**irrelevant** 191:4
**Irrespective**
214:19
**irresponsible**
283:16
**irritates** 277:16
**issue** 25:10,14
215:13 216:3
217:16 220:17
**issued** 303:9
**issues** 269:7
**itemization**
298:20
**items** 79:16
282:10 283:14

—————— J ——————
**Jackson** 123:7,19
123:23
**Jacob** 281:18
**jail** 61:3
**James** 12:20,22
**January** 15:17
17:19 19:14

33:21 81:6
86:19 87:15,15
87:17,20 88:1
100:10,15,23
111:14 127:16
127:21 129:19
133:3,3 135:7
135:11,17,18
136:6 137:20
142:10 163:1,7
168:13,19 176:8
178:12,14 180:6
182:4,12 184:19
185:18 186:15
186:20 201:17
212:20 267:19
267:20
**Jeff** 118:11,12
120:4 139:16,19
172:16,17
173:13
**JEFFERSON**
316:3
**Jeff's** 141:16
173:3,10
**Jennifer** 3:5 6:1
**Jermale** 60:9,14
63:9
**Jessica** 122:6
135:20 200:1
201:14
**Jesus** 13:8
**Jimmy** 123:7,19
123:23
**job** 101:6,12
104:3,21 154:5
154:7,13 160:15
162:5,9 163:14
163:16 164:8
167:23 168:4
188:3,4 297:4
304:15
**jobs** 67:5 73:11
139:23
**John** 118:10,14
120:16 121:1,2
121:4 224:18

226:11
**Johnston** 3:7
**John's** 118:14
**Josephine** 118:16
119:23
**judge** 75:17 78:4
308:22
**judgment** 41:11
41:16 42:16
90:9 153:7
**July** 1:22 5:10
43:4,7,16 47:15
48:14 143:14
144:3 145:23
146:9 147:5
149:6 168:13
198:12,21 304:9
**Jury** 1:20
**Just** 6:21 9:19
12:5 14:14 16:4
30:2 32:3,7,11
33:12 36:19
42:7,23 45:9,10
47:11 48:18,19
53:2 57:18 59:8
65:13 68:15
69:7 72:13,19
79:16 84:12
86:2 90:21 93:1
93:17 97:10
98:10 103:5,14
103:20 105:17
107:21 108:10
112:6 113:4
118:22 122:9
128:16 131:11
131:15 132:20
132:22 133:22
143:10 147:18
156:6 158:11
163:9 167:12
171:11,13,14
172:3,19,20,21
173:8,13,17
174:10 188:11
191:7 194:15
195:13,14

196:12,17 197:4
199:5 201:23
202:2,19 205:3
205:14 207:1,12
209:12,13,22
211:19,21 213:5
214:13,16 217:5
222:1,7,23
227:4 230:23
231:11,13 232:5
232:6,11 233:14
238:2,5,16
242:2 245:20
250:4,20 254:13
254:23 255:1,5
258:14 260:17
263:20 264:2
266:6 267:18
270:23 272:7,9
275:19 277:12
277:21 278:6,13
280:8,16,19,22
281:3 283:16
284:3,5,10,18
285:4,5,22
287:9 288:1
297:8 298:3,15
300:11 311:17
312:8,8,9
**Justify** 180:1
221:21
**J-E-R-M-A-L-E**
60:14

—————— K ——————
**keep** 44:6 68:9
78:23 114:8
192:17 244:23
245:7 246:13
**keeping** 40:21
**kept** 40:9 98:9
105:12,13,19
107:21 113:4
131:4,4 150:18
161:15 248:8,15
268:8
**kids** 283:15

**kind** 8:11,13 12:3
27:10 31:3 71:3
80:2 109:6
111:19 133:20
136:23 172:11
181:23 235:12
246:13 273:15
307:6
**kinds** 27:7
171:11
**knew** 27:17,19
40:4 44:19 46:5
47:21 80:11
91:22 105:21
106:6,6,7,12
132:13,19
183:13 215:22
216:1 221:8
223:12 244:5
245:1 253:18,20
253:23 269:3
272:17,21
274:11 278:15
279:21 282:18
292:5
**know** 6:11,21
9:16,22 10:1
11:15 16:16
17:17 18:10,23
19:12 26:21
27:12 28:5,14
28:15,17 29:4
30:9 31:5,6,10
31:12,15 32:3,5
32:6,7,9 34:7
36:1 37:2,13
38:7 39:7,16,19
40:16 43:1
44:20 45:4,7,20
45:23 46:17,21
49:12 50:3 52:6
52:11,17,21
54:9,14,16,18
54:20 56:18,21
58:13,14 60:17
70:13 72:13
79:7,10,19,21

80:5,6 84:10
85:22 87:12
88:21 90:1
91:21 92:4,8,14
92:15,16 93:7
96:2 98:2,3,3,7
98:12 100:5,23
102:10 104:7
105:20 106:9,18
106:22 107:3,11
107:14,22 111:9
112:15,20
114:12 115:14
115:17,21
116:20 117:5,14
118:8,10,18
119:13 120:7,9
120:9,11 121:16
122:14,15 123:8
124:20 129:3,6
129:13,18 130:3
130:7 131:15,21
132:3,5,20,22
133:1,11,14,16
133:20 134:13
134:15,18,19,22
134:23 135:3,4
135:9,13,15
136:2,16 137:4
137:7,13,18
138:1,6,9,13
139:4 140:21
141:12,13
143:16,21 144:9
144:18,21
145:19 146:3,4
146:7,11,12,14
147:17 148:22
150:11,19,21
152:6,14,15
155:15 156:5,5
156:11 157:15
157:16 158:3,4
159:10 160:4
163:4,8,12
164:9 165:17
167:8 169:23

170:6,16,20
171:15 172:8,18
172:19,21 173:9
173:14 175:3
176:16 178:7
182:18,21,22
183:1,17,20
184:7 187:22
188:2 192:15
193:6,13 194:6
194:7,8 195:14
195:22 196:18
196:20,22,23
197:4 198:23
199:6,8,10,17
200:2,6,8,11,15
200:17,20 203:2
203:14,17
205:13 207:2
210:1 212:3,9
213:12,14,15
218:1,11 220:5
220:7 221:17
222:11 224:8,10
224:14,16 225:5
225:8 229:8,9
230:5,22 231:10
231:15 233:11
233:12,15 235:4
236:3 239:19
242:19 244:1
246:3 248:23
250:15 251:16
251:17,19,22
252:20 253:3,5
253:9,14,19,22
254:17 257:7,8
257:12,13 259:5
259:12 260:10
260:17 263:13
263:15,20,21
264:7 265:3,6
265:23 266:1,5
266:8,18 268:13
268:22 269:2,4
269:9,11 271:7
272:12,14,17,18

272:20,22 273:7
274:5,11,13
278:1,3,5,12,18
279:17,20 280:7
280:8,20 281:1
281:20 283:8,21
284:3,5,10,23
285:4,5,8,18
286:1,6,16,20
287:8,9,12,14
287:14 290:22
294:4,9 300:8
305:7,23 312:5
314:12
**knowing** 53:15
**knowledge** 56:4
187:3,4 200:16
**known** 186:6
222:19
**knows** 137:15
274:9

**L**

**L** 1:10
**ladies** 263:1
**lady** 156:4
263:15,18
**lady's** 263:17
**laid** 74:15
**language** 134:21
188:18 295:7,13
295:13
**languages** 138:11
**Large** 1:18 5:4
**last** 9:1 10:9
18:12 71:20
88:21 95:18
96:8 99:12,16
108:21 118:11
118:13,15
128:23 131:21
132:8 219:8
238:10 253:9
281:21 300:7,8
300:14 301:8,19
301:22 302:7,8
**late** 119:16 121:6

124:1 132:16
**later** 149:18
189:20 278:20
**laughing** 288:22
**Law** 3:6
**laws** 2:6
**lawsuit** 6:2 13:22
77:19 97:8
107:18 155:10
179:11 203:18
208:3 233:19
247:16 249:23
263:13 294:23
296:6
**lawsuits** 107:13
**lawyer** 46:18
**lawyers** 295:20
**layout** 256:4
**lay-a-way** 57:13
**leader** 139:8
**leadership**
139:17 159:14
166:22 167:2,4
168:11
**leading** 2:13
**learn** 131:2
139:11
**learned** 101:5
**learning** 157:2
292:13
**least** 163:17,23
164:2 178:15
**leave** 9:3 10:15
14:19 20:20
56:15 62:21
63:3 73:20 74:7
74:10,14,19,23
75:6 81:14 82:4
85:4,5,14,15,18
87:19,22 88:7
88:10,19 89:3
89:13 93:22
94:1 95:10
97:17 98:22
100:2 103:10,11
103:19 109:16
109:21 110:6

111:4,11 112:4
112:10 118:23
226:15,19,21,22
250:13 251:1,13
276:22 277:11
277:15,18
280:12 300:5,19
302:2,16 303:2
303:11 312:1
**leaves** 305:9
**leaving** 101:16
102:22 257:10
**led** 15:23 46:6
47:23 48:6
**left** 9:3 10:13
15:21 24:8,10
24:11 63:2
67:15 68:16
70:19,21,23
72:1,1 75:15,19
95:16,17 102:18
112:2 116:9
117:3 118:19
225:14 277:14
301:1,4,9,13
302:12,14 305:6
305:11,12,16,20
305:21 310:8
311:1,22 314:22
**left-hand** 300:23
**legitimate** 288:6
**length** 133:16
**less** 245:10
**let** 6:10,21 41:9
42:6 62:1 76:13
76:14 83:13
98:13 103:5
104:17 120:10
161:6,22 179:15
180:21 183:3
193:1 194:12
197:6 198:1
210:18 211:11
213:18 216:11
224:12 225:18
231:5 234:1
236:4,11 242:9

242:18 244:17
272:13 273.9
276:14 280:18
287:13,15
293:16 298:18
300:4 303:23
308:19 314:23
**lets** 45:7
**let's** 17:9 28:21
42:6 99:8,11
118:3 212:5
213:4 239:9,18
240:22 264:13
**level** 160:20
164:22
**levels** 161:9
270:12
**lid** 36:18
**lled** 295:7
**lieu** 199:21
**life** 33:13,15
50:21 52:3
**lifelong** 182:1
**like** 14:21 32:3
34:10 35.21
46:12,14,22
51:20,21 57:23
58:11,16,22
59:10 63:12
66:21 68:11
86:17 91:18
94:9 98:8,10,18
98:19 101:2
102:11 105:19
131:5,17 137:23
144:17,22 145:7
156:16 157:23
158:13 159:9
172:10,20
174:10 187:23
195:13,14
204:14 207:3
211:6,13 212:16
228:1,2,2
231:11,11 244:2
246:4 248:14
251:7,15,21

252:3,23 254:17
254:19,22 264:5
264:6 266:3
269:11,15
271:18 282:17
282:22 284:1,4
284:5,9,12
285:18 286:21
288:7 298:4,15
301:6,23 306:13
306:17 311:21
**line** 45:8 46:12,13
47:1,2 48:1
50:2 199:19
312:4
**lingering** 196:1
**list** 68:12 69:4
163:3 175:12,19
175:23 177:5,7
177:8,18 181:19
182:1 184:8,9
185:3,20 200:5
200:9 210:7
**listed** 119:2
136:10,12,17
186:17,23
201:19,20 202:2
202:5
**listen** 45:11
**listened** 41:21
42:22
**listening** 25:9,13
25:17,23 26:6
26:22 35.12,23
36:11,20,23
37:7,9 38:3,11
38:18 45:7,17
**listing** 41:4 134:7
185:16
**lists** 138:17
**little** 10:18 14:14
90:15 162:15
172:20 195:12
208:11 242:23
251:18 261:14
290:23
**live** 13:2,4 18:14

18:17 59:23
60:6 108:18
**lived** 38:13
**lives** 44:19 60:4,7
**living** 7:11 11:1
24:13 60:3
82:10 86:7
180:11
**loaders** 28:8 30:3
**local** 40:13 243:8
**located** 43:18
44:13,21
**location** 198:13
**locks** 14:11
**log** 41:8 43:4
79:23 80:2 93.9
152:15
**logs** 40:22 41.2
41:12
**long** 18:11 37:4
56:18 70:18
73:18 74:1
85:17 87:23
97:22 111:9
114:12 123:10
151:15 207:14
**longer** 101.6
**long-time** 50:7
**look** 6:18 34:13
35:18,22 36:2
43:7 52:5 70:12
76:22 79:22
152:15 159:21
160:9 162:3,11
162:15,17
165:14,20
189:17 193:22
193:23 197:21
201:8,9 211:1
211:20 212:4,20
221:9 229:13
230:1 233:18
239:9,18,20
240:4,7,22
241:18 246:4
247:6 263:16
291:1,6 296:17

297:23 300:22
306:13 308:20
309:3 311:12
312:16,23
**looked** 35:20
37:11,14 165:10
**looking** 62:11
102:9 103:17
104:1,10,11,12
125:17 158:12
198:2 211:2
212:4 293:9
309:19 313:2
**looks** 34:10
174:21 184:10
211:6 290:23
301:6,23 306:17
**lord** 18:22
**lose** 250:16 251:1
251:13
**Loss** 39:5,6 49:20
265:14 267:1
**lot** 9:4 57:23
75:19 106:7
109:7 164:15
165:6 174:5,12
196:17 215:2,6
244:2 246:4,7
253:3 256:2
278:2 283:18
284:20 285:11
**lots** 187:15
**loud** 17:15
**Louisiana** 55:20
56:6 59:6
**LSU** 62:13 65:2,3
65:11,12

---

**M**

**made** 2:11 14:11
33:12,14 35:16
36:9 41:20
46:17,22 50:14
50:22 51:16,16
55:13,19 56:1
57:15,18 58:2
58:17 59:5,7,7

80:9 126:6,7
127:2 129:23
143:16,21
146:13,14,19
148:22 151:8,10
159:21 160:9
162:15,17
171:16 172:11
183:10 190:10
215:3,9 222:19
248:7,11 250:6
261:21 269:8
271:13,15
279:11,12
283:20 293:14
294:6 295:3
310:10
**mail** 77:14 95:10
96:1,4,6 181:16
**mailed** 26:17
95:11 96:8
197:16 289:9
**majority** 115:3
**make** 2:14 6:11
6:16 42:7 50:19
58:5,9,13 59:9
78:15,19,23
158:18 160:13
162:3 165:19
168:19 174:18
214:18 220:4
239:1 242:7
243:1,5 271:17
272:3 284:5,8
285:17 296:13
297:21 303:4
310:17
**makes** 84:15
162:11 191:6
193:21 206:9,17
206:21 207:22
218:5 287:16,17
287:23 288:14
**making** 57:23
72:23 116:10
141:6 161:1
264:22 265:4

271:22 272:1
284:19
**male** 30:4
**males** 28:7 29:12
**man** 216:15
217:22 286:13
286:21
**managed** 66:9
166:12,14
**management**
7:20 21:16,17
21:21 52:4 66:4
66:7 92:3,22
93:23 97:1
102:13 124:22
125:12,18,21,22
126:12,17 127:3
127:11 128:14
130:5 138:15
139:13 140:6
141:17,22,23
142:21,22 143:7
143:8,13,18
144:4 145:22
146:8 147:2
148:8,9 149:5
149:13,16
152:18,22
153:13 154:14
155:17,23 157:8
159:2,5 160:1
160:10 162:14
162:23 163:6
166:3,8,11
167:1,8 168:10
169:6,10 170:2
170:7,18,21
171:4,19 172:4
172:8 174:2,13
178:3 181:2
183:5,8,16
184:6 191:12
193:17 194:6,18
195:8,12,16,20
196:6,8,18,23
198:13,18 200:3
200:9 201:15

202:9 203:6
206:2 207:9
209:17 215:6,8
218:4,6,8,8,12
218:13 223:9
224:2,3,5 225:9
226:10 228:6
234:11 235:22
236:1,20 237:1
242:18 243:6,9
245:23 246:16
250:8,22 251:17
255:17 257:5,7
257:19 259:22
259:23 260:6
261:13,15
262:21 263:8
264:4,8 268:19
269:14,19
270:12 273:5,7
273:10 274:9,10
281:12 288:2,4
289:16 293:12
294:5 295:2,11
295:17 298:4
**managements**
256:15 258:10
258:10 264:11
273:1
**manager** 30:9,12
30:13,17,18,23
31:3,4,9,11,11
53:18,23 89:19
89:22 105:5,18
107:21 108:1
109:6 112:19,21
113:8 115:12
116:1,16 117:3
117:4 122:22
123:2,9,9,12
124:6 131:6,23
132:1,2 151:17
152:4,23 153:13
155:18 156:14
156:15,18,19,23
167:20 176:19
177:14 202:20

206:5 225:16,17
235:15 251:6,6
251:7,8 258.12
260:9,10 270:6
270:7 276:19,22
277:3
**managers** 30:14
30:21 71:11
117:22 118:1
119:2,5 120:12
121:10,19 122:3
123:16 135:2
146:21 152:4
165:7 184:4,12
185:3 203:4
251:5 294:10
**manager-appr...**
226:16 227:17
227:23
**mandatory** 114:4
**manner** 195:17
219:1 235:23
288:8
**many** 12:16
17:22 18:7
28:22 30:8 57:7
59:16 68:9
90:12 106:22
157:12,15
162:22 163:4
169:23 170:6,16
175:3,17 176:5
176:16 182:18
187:18 196:19
201:3 209:9
254:10,15
255:21 257:17
257:21 258:17
259:4,11 261:3
262:3,4,5 285:9
313:8
**March** 10:16,21
56:16 57:3
81:19 82:2 85:9
86:9 87:20 88:1
88:3,9,14
129:23 130:2

267:20 293:11
301:1 303:2,3,4
303:9
**mark** 7:2 15:10
41:17 42:14,17
62:2 81:12
96:12 210:19
276:12 290:10
293:3
**marked** 7:5 15:13
22:23 23:3
41:15,22 62:6
76:15,19 81:16
153:5,8 197:7
197:11 210:21
229:16 290:15
290:19 291:3
293:6 298:19
304:1,4 315:2
**Mark's** 64:19
67:7
**Marlin** 183:5
184:22,23
**married** 12:11,14
19:8,11
**Mase** 71:21
**matches** 314:15
**matter** 92:1
238:20 288:3
316:5
**Mattie** 250:22
251:12 252:1,18
252:21 253:1,12
253:14 254:2
**Mattie's** 253:9
260:6
**may** 1:17 2:14
11:17 48:4
116:21 162:10
162:14 189:14
208:23 224:18
**maybe** 14:23 15:2
18:13 29:3
38:22 57:9
73:19 85:19
100:5 109:2
135:20 170:20

208:11 235:2
242:13 281:7,8
283:17,17
ma'am 8:3 198:5
McGee 183:5
184:22,23
mean 14:7 18:2,6
34:15 38:1
47:10 56:9 74:9
74:20 95:14
125:21 127:7
170:20 175:8
205:6,7 211:3
277:2 284:19
287.4
means 140:22
239:4 242:14
meant 21:1,4,6
55:21 58:3
188:13
media 106:16,17
medical 12:3
62:13 65:3
medications 8:17
meet 299:20
303:12
meeting 56:2,3,7
56:8,10,19 57:8
57:12,21 156:13
156:22 157:10
169:22 260:17
260:19 265:12
265:13 266:7
269:9,17 270:18
270:20 273:18
274:3 278:12,13
278:20 279:9
280:2,3,5,6,7,13
meetings 28:20
28:21 56:20,22
169:21 251:19
276:19 277:1,4
277:6,10,19,21
278:16 280:9
meets 164:2
member 39:6
members 60:15

141:22 257:4
memory 189:9
men 172:8 187:15
mental 8:8,11,14
mentality 158:5
mention 202:13
202:13 254:3
274:1
mentioned 29:11
41:10 49:17
194:20 195:3
mentioning 37:18
194:22
mentor 157:7,7
mentored 157:21
158:1
mentoring
157:19 158:4
merchandise
282:12
mess 55:20 59:6
messed 226:8
met 137:8 163:5
164:12 259:14
meter 6:23 90:14
mid 132:16
middle 1:2,19
124:4 198:1
might 8:18,21
11:20 22:6 50:1
97:23 119:5,15
119:15 122:16
129:16 130:2
138:8 147:9
158:23 160:9
165:10,13,19
166:23 189:12
195:3 196:15
208:19,20
217:12 244:1
267:16 269:12
274:7,10 281:2
283:22 286:11
Mike 265:14
267:1,2
mines 207:13
minimal 164:18

minimum 137:1
137:8 163:5,16
minute 95:2,6
213:5 263:9
minutes 90:14,19
231:1
missed 242:10
306:12 307:17
308:16
missing 24:12
mistaken 147:18
miswrote 48:18
mixed 43:6
modules 292:13
mom 85:10
moment 172:16
Monday 220:22
220:23 221:7,9
239:19
Mondays 114:3,4
114:13 217:11
221:1
money 10:2 72:23
234:4 304:22
Montgomery
1:21 5:9 60:7
60:22
month 300:7,14
months 40:23
41:3 44:8 73:19
100:4,21 163:18
200:23 201:1,3
more 13:15 29:20
30:6,7 48:2
88:6 90:19 95:8
101:2 110:1
139:7 140:10,17
141:2,3 160:7
162:15 164:10
208:12 212:17
241:3 281:3
283:9 287:16
morning 277:10
278.10,23
280:10
mornings 277:12
most 28:20 37:3

43:21 92:17
121:9 126:4,6
129:3,8,14
130:13 160:15
166:5 167:9,11
215:21 222:10
278:11
mostly 132:11
220:23
mother 43:23
82:5,10,12,14
82:20 83:6,8,10
83:16,17 84:1,4
84:6,23 85:7,20
86:7,11 95:7
98:5 100:3,22
104:4,7 110:2
302:19,21 312:2
mother's 43:13
43:17 92:12,14
99:3
motion 41:10
153:7
motivation 49:3
49:18 54:19
move 72:3 126:1
moved 42:23
71:11 79:12
Mozer 89:18
90:23 96:20
97:21 117:3,12
117:21
Mt 64:9
much 43:1 84:12
126:7 139:11
141.14 184:13
195:1 203:8
227:2 270:10
multiple 290:1
must 26:19
226:18,23
240:20 279:14
314:10
myself 18:21
128:18,19 189:1

─────────

N

N 1:10 3:1 4:1
name 5:20 6:1
12:8,18 29:8
30:15 58:15
60:8,13 66:13
71:18,20 105:6
112:15,20
118:11,14,15,18
118:20,22 122:6
122:7,14 123:11
131:21 132:8
156:5,10 202:5
253:10 263:17
263:18 269:10
271:5,9 272:9
274:7 285:20
named 316:17,19
names 28:5,14
29:5 51:15
122:17 132:12
135:15 185:6
186:17,23 257:8
257:13 281:21
285:1,4
national 106:15
274:18 275:1
nationality 275:2
nationwide 37:6
necessary 2:10
69:12 161:8
necessitated
98:22
need 6:20 13:9
17:14,15 27:12
32:12 42:5
46:18 70:7 82:7
100:1 109:18
160:17 189:17
189:18 198:3
210:23 243:3,4
247:17 250:13
251:2 276:12
296:13,17
297:18,21,23
298:8 300:5
302:5 307:19,20
308:21 311:13

311:14 312:7
**needed** 20:20
43:22 73:22
74:1 75:17,18
78:4 95:8
103:21 104:4
114:3,13,18,20
141:20 165:23
165:23 231:22
243:1 292:6
**needs** 217:4
218:19
**negative** 286:10
287:5
**negatively** 200:21
**neighborhood**
282:9
**neither** 93:4
**nephew** 60:4
**nervous** 84:15
98:8,11
**net** 104:11 107:7
**never** 32:1,8
43:17 44:7,14
47:19 49:9,14
61:2,5,8,11,14
79:12 138:18
169:12 172:10
174:8 228:22
235:11 242:20
251:16 263:22
266:9 273:22
280:2 282:12
284:12,13,14
288:18 306:12
**new** 7:12 9:6 13:3
62:16 63:19
66:11 70:16,19
72:5 74:20
82:10,23 83:21
83:22 84:1,21
85:2,6,10
101:21 103:16
103:21 105:3,4
105:16 107:15
112:17,20
118:17 147:22

148:9
**newly** 101:21
**next** 124:11
143:12 145:4
164:22 169:2,2
211:17 221:10
254:23,23
271:10,11
278:22,22
280:10 289:21
**niece** 60:17
**night** 32:23 56:20
226:4 263:7
264:12 266:7
269:9 284:6
285:12,13
**nightly** 56:8
**nobody** 14:12
37:2 155:11
193:7,8
**Nodding** 20:23
57:4 72:20
163:19 170:13
200:21 301:21
**none** 8:6,9 49:9
76:3 96:21
105:9,11 138:12
139:3 284:14
**non-profit** 73:2
**non-scheduled**
232:15,16
**normal** 98:19
144:10,14
235:10
**normally** 231:3
234:12 235:17
235:23 236:7
242:3
**Norman** 118:17
119:11
**North** 3:9
**Notary** 1:18 5:3
**notebook** 246:8
**noted** 43:18
261:4 294:18
**notes** 78:23
248:15

**nothing** 77:20
78:9 98:19
108:2,6 191:5
288:20
**notice** 2:19 26:5
35:11,12
**noticeable** 41:4,7
**noticed** 24:15,18
41:1,5,7 44:22
121:2
**noticing** 40:19
**notify** 21:15,18
21:20,23 22:4
**November** 14:23
15:2 22:19 23:1
23:14 32:16
33:19 37:16
47:15 86:5,8
87:14 113:13
211:9 239:21,22
241:16 306:10
307:4 308:12,15
309:7,8,10,13
309:15,16
311:16 313:13
**number** 7:9
43:12,14,17
44:2 76:22
91:10 92:10,14
96:14 128:6
175:10 214:8
215:16 216:20
234:3 238:15
240:5 291:22
292:8,9 293:17
299:3,18
**numbered** 15:20
**numbers** 207:12
**nursery** 66:15,18
66:20 67:6,15
67:18,19,22
68:1,22 69:2,3
**nursing** 68:19,21
**nutrition** 64:7

—————————
**O**
—————————

O 1:10

**objections** 2:11
2:14
**obligated** 111:6
**obligation** 110:10
312:17
**obligations**
299:20 303:13
305:5
**observed** 171:15
260:17
**occasion** 10:4
173:16
**occasionally**
208:11
**occasions** 215:20
**occur** 79:18
158:23 160:7
254:11 284:14
**occurred** 32:16
35:5 56:19
206:8 254:12
**occurring** 53:14
**October** 14:22
17:8 26:16,20
43:8 57:2 86:17
99:15 152:19
153:14,18
154:18 155:4,19
168:14 197:14
211:10 289:7
309:7,9
**off** 19:5 26:17
34:7 35:6 74:3
74:15 75:10,11
79:5,11,17
80:10,18 81:1,9
83:23 85:20,23
85:23 108:18
114:3,13,18,22
122:18 132:21
182:22 183:1
209:19,21 213:4
213:6 214:3
215:7 217:11
220:1,3,11,11
220:22,23 221:8
221:13,17,22

222:12 223:5,11
223:15,18 225:8
227:10 231:11
231:14 233:16
235:2 238:13
239:5,6,16
241:6 245:1
255:1,3,15,16
257:9,10 261:6
261:16 289:9
302:22,22 306:9
310:7 311:4,6
**offensive** 55:15
55:18
**offered** 2:16
137:9
**offhand** 17:17
18:10 39:18
79:22 106:5
115:16 124:21
128:11 131:1
133:19
**office** 1:19 34:15
40:14 70:5
102:3 201:21
216:19 217:19
218:11,13 243:9
256:8 291:23
**officer** 19:14 20:2
20:10,17 21:15
21:20 22:3,9,12
23:10,18 24:19
25:8
**official** 261:18,20
**often** 28:19 224:6
**Oh** 65:5
**okay** 6:13 40:7
42:1,23 43:19
44:2 77:12,15
83:12,14,15
84:7 85:13
103:2 108:8
110:12 118:6
122:19 127:23
129:18 148:2
161:18 163:15
165:23 167:16

179:16 186:5
211:18 221:8
224:13 233:19
235:19 236:20
240:2,3 241:2
244:13 245:15
248:6 268:5
270:10 273:10
276:12 287:15
293:15,23
294:12 301:1,5
309:21 312:17
old 39:16,19
59:18,20 119:17
121:4
older 39:22 40:1
115:17 187:16
187:20,23 188:1
188:7
oldest 59:18
once 12:17 29:7
45:2,3,10 82:6
143:1 187:14
204:10 222:11
222:20 223:4,15
305:6
one 10:4 12:5
15:11 25:1,3
30:6,6,7,9,11,21
31:21 33:17,20
40:17 42:6 47:1
47.12 48:18,22
49:2 56:5,21
59:7,12 60:18
71:11 93:11,17
93:18,21 94:11
94:18 95:1,6
99:12,16 101:23
105:4,11 107:7
107:22 108:3,15
113:2 121:2
126:1 133:22
134:1,3,5,11
137:15 139:1
145:21 146:4,17
147:8 151:20,22
152:2,10 155:2

178:15,20
183:15,18
191:23 192:23
206:15 212:6,13
212:18 244:23
250.22 251:5
254:22 271:1,4
271:12 277:7
278:17,18
280:11 282:17
283:3,21 285:7
285:10 291:2
293:19 294:2
302:1 307:2
ones 37:19,22
38:1 42:2 59:5
69:8 121:12,14
121:15 122:5
134:12 135:19
143:10 185:13
224:6
ongoing 21:16,21
30:1
only 25:1,3 27:3
27:17 28:19
36:15 37:19,22
38:1,14 40:7
44:18 47:1 56:5
80:10 91:13
134:11 137:15
138:12 176:10
176:20,21 177:1
178:19 182:13
184:9 186:10
215:11 237:4
262:14 271:12
285:1,18 301:23
306:15
onto 119:7
on-line 102:7,9
102:14 144:5
149:13
Opelika 11:19,21
145:13,15
open 56:2 71:9
105:8,9 146:14
148:17 157:22

275:13
opened 70:22
113:5 266:6
opening 101:21
102:12 105:3
147:23 148:6,10
148:14,19 188:4
openings 146:15
146:20 147:2,19
149:8 150:16
151:3,12
opens 188:3
open-door 270:1
270:4,10 288:5
291:8 292:19
operate 67:14
70:18
opinion 127:1
opportunities
188:8
opportunity
169:13 187:15
opposed 6:15
108:14
options 104:10
oral 5:12
order 44:5
282:11
ordered 283:15
organization
73:3 102:1
origin 274:19
275:1
original 35:9
Orleans 7:12 9:6
13:3 62:16
63:19 64:5
66:11 70:16,19
72:6 74:20
82:11,23 83:21
83:22 84:1,21
85:2,6,11
101:21 103:16
103:22 105:3,5
107:15 112:17
112:20
other 22:17 42:1

46:2 47:8 49:16
49:23 54:11,22
58:6 59:7 61:13
61:16 67:3
77:16 93:16,19
93.22 96:19,22
97:12 98:19
101:11,13
102:16,23
106:11 107:3,11
107:12 108:4
112:12 114:17
114:21 116:4
117:20,22
121:18 125:22
126:1 132:11
133:5,6,13
134:11 138:8,17
138:21 139:7
141:16,22
142:20 143:6
146:5 153:16
154:22 155:20
155:23 160:18
161:9,10 164:10
164:16 165:18
166:21 168:13
168:15 169:5
170:4,10 171:14
173:16,18,22,23
174:5 176:23
178:1 183:16,19
189:22 195:6
196:10 199:15
203:14,23 206:7
206:11,13
207:20 208:1,20
210:17 212:9,10
212:22 213:2
217:12 218:20
230:18 233:11
234:8 235:2
245:20 247:1,9
249.19,22
252:11 256:15
257:4 260:9
265:9,16 266:15

266:18 268:8,18
269:17 270:20
272:18,22 273:6
273:17 275:15
278:1,8 279:6
281:13 283:1,18
285:3 288:20
296:10,16
304:15 314:7
315:4,8
others 3:12 48:15
65:12 135:23
182:5 281:19
otherwise 238:2,5
out 9:20,23 13:12
16:6 17:22 18:1
18:3 20:3,7
23:22 24:1,3,4
34:23 36:7,10
36:16 37:16
38:14 49:5
50:18 51:16
58:15,21 63:1
71:11 76:11
81:14,19 83:5
84:16,20 86:13
87:22 88:3
97:23 99:23
108:22 109:9,20
109.22 127:12
128:14 132:17
133:2 143:18
149:18 150:17
152:1 154:4,7
154:12,12
159:23 163:6
164:23 172:9,15
172:19,21
185:22 197:16
217:5,23 221:17
227:8 232:18,20
233:21 239:5,6
241:11 248:21
248:22 249:21
250:19 258:4,14
258:18,23
259:16 269:10

270:21,22 271:5
271:8,9,12
272:9 273:16
276:23 278:14
279:4,23 284:1
284:16 285:20
287:11 293:16
294:10 295:5
302:15 304:17
305:18 311:12
311:15 312:14
**outcome** 316:18
**outloud** 17:12,13
**outputting**
167:10
**outreach** 109:8
**outside** 35:21
139:22 143:2
287:9
**out-of-town**
23:21
**over** 10:18 27:3,5
30:19,20 37:19
37:22 38:2 39:5
40:10 49:20
50:14 89:15
91:23 104:10
116:13 118:4
121:14,16,17
122:23 143:22
147:10 163:8
176:12 179:5
180:12 189:13
211:20 213:13
230:10 238:17
241:14 263:13
264:6 265:14
280:6 282:9
284:8 285:15,19
297:18 307:19
309:11 311:12
312:4,8
**overall** 213:21
**overlooked** 281:7
**overnight** 86:1
113:16,19
122:21 159:3

167:21 281:23
**overnights** 33:23
119:6 121:20
122:23 123:3
**overtime** 212:8
212:13
**owed** 299:9,13
310:15,19
**owing** 310:11
**own** 43:1 66:9
108:13 248:8,8
248:12

**P**

**P** 1:10 3:1,1
**pad** 246:3,8
**page** 15:21 62:11
76:23 198:1
211:17 240:5,6
291:6,15,15
293:9 300:17,21
300:22
**pages** 241:14
**paid** 74:3 116:7
210:15 213:9
215:12,21
231:22 232:8
234:3 301:12
304:23 306:5,17
306:19,19,21
307:7,8,9,10,11
307:15 308:3,5
308:9 309:4,23
310:1,2,5,8,19
311:5,10,17,20
313:6,8,15,23
314:1,4,9,15,16
314:21
**Paige** 1:17 5:1
316:22
**pain** 9:15,21
**pains** 9:5
**paper** 261:15
**papers** 72:14
189:13,17
**Pardon** 24:17
78:18 94:4

225:2 238:3
274:20 286:19
**parent** 66:19
**park** 90:15
**part** 68:4 98:23
127:16 148:11
155:9 163:14
240:17 274:10
281:5 291:16
296:5
**participate**
111:22
**particular** 9:18
36:12 175:6
180:16 189:16
205:21 239:9
247:21 273:23
274:2 275:2,6
280:20 283:21
**particularly**
236:9
**parties** 1:13 2:14
316:16
**partner** 72:16
**part-time** 237:3,5
242:15,19,21
**past** 229:8 242:3
310:17,20
**Pauline** 7:12
**pay** 31:13 73:23
95:9 112:7,14
112:14 126:10
208:18,20 211:4
211:12,13 212:5
212:6,23 213:16
214:9 234:22
239:13,13
261:22 262:6,7
299:10,22,23
300:2 301:9,18
302:1,10 303:17
303:18 304:20
305:1,2,3,4,4,5
305:9,13,18
306:15,16,22
307:13,16,17,23
308:1,14 309:3

309:12 310:5,15
310:17,22,23
311:3,9,18,21
312:1
**paycheck** 90:21
96:9 243:1
301:22 302:8
306:12 308:16
309:11,14
**paychecks**
301:20 303:7,8
303:11 306:18
**paying** 43:3
**payroll** 111:14
**people** 38:14,15
40:4 46:4,7
47:20 57:7,22
80:11,13 86:12
92:13 107:21
112:16 119:1
122:9,11 130:4
130:8,14 134:8
134:16 135:6
155:22 157:6,8
157:12 159:22
162:22 163:4
164:16,21 172:7
175:4,18 176:5
176:17 177:11
178:20 180:12
181:20 182:3,13
182:18 183:12
184:11 185:21
185:23 186:3,23
187:17,20,23
188:1,2,7 191:3
191:6 192:23
193:22,23,23
202:2 246:4
250:12,20
255:21 256:2
265:17 267:23
268:19 269:11
282:22 283:4
284:17,21 285:2
285:2,9,11,12
285:14,21 286:9

287:7 305:9
**percent** 129:6
175:7,8,15
176:2
**performance**
129:9 162:5
164:3 168:7
230:17
**performer** 168:1
**performing**
163:13 167:5
230:13
**period** 71:23
103:13 111:18
119:6 124:23
127:17 133:4
135:7,11,17,18
136:7 137:21
146:1,10 155:4
163:2 166:8
177:13 178:15
180:7 182:4,13
198:21 208:16
211:13 212:5,6
212:23 213:23
214:10,21,23
234:22 238:9
239:13,20 240:1
241:10,23
243:14,15,21
244:7 246:9
248:4,13 258:19
267:13 282:4
300:18 302:1,10
306:13 309:12
309:13 310:16
311:9 313:15
314:10,15
**periods** 168:14
181:22 184:10
185:19 193:3
208:18,20
303:18 307:23
308:1 309:3
311:18
**person** 8:2 28:18
43:23 44:12,18

46:13,18,23
47:3 49:16 77:5
91:13 141:9
156:14 167:7
174:19 179:23
193:20 232:18
271:10 273:23
274:2 275:6,14
276:2 316:9
**personal** 26:8
27:9,10,11 29:1
38:13 40:9 46:1
49:15 169:22
187:2,4 252:4
304:8,12
**personally** 91:10
107:14 133:14
171:13 253:21
254:1 265:13
269:1 272:16
273:13,22
274:11
**personnel** 154:10
206:5 218:13
**persons** 274:18
274:23
**person's** 156:17
**phone** 27:3 37:20
38:6,8 40:2,8,10
40:15,20,20,22
41:7,12,21
42:21 43:4,13
43:17 44:2,22
45:4,4,6,6,14,17
46:3,8,9,10,11
46:11,20 47:9
47:14,23 48:22
49:19 50:14
89:16 90:6 91:9
92:5,14,20 93:2
93:9,16,20 94:3
94:6,9 180:12
285:19 288:22
289:19
**phones** 43:19,20
**phonied** 229:4
**phonying** 230:9

**photo** 291:1
**physically** 55:2
**pick** 232:21
**pictures** 285:7
304:2
**piece** 261:14
**pills** 9:15
**pinpoint** 190:19
**place** 44:14 47:16
57:12 107:19
180:11 197:23
264:6 267:11
316:6
**placed** 36:1,2
126:12 261:7
282:11
**places** 43:3 67:3
102:16,23
**plaintiff** 1:5
261:5,7 276:22
284:1 288:23
289:15
**plan** 101:9
111:23 184:14
**planning** 108:12
**plans** 70:6
**Plaza** 3:8
**please** 5:21
**plenty** 309:1
**plus** 241:6
**point** 6:23 36:4
50:10 99:2,3,5
100:1 101:5
108:12 126:16
151:20 181:9
192:19 195:7,13
233:15 254:12
258:13 279:23
284:1 286:4
288:9 292:3
293:16
**pointed** 268:16
270:22 284:15
**pointing** 270:21
**police** 15:3,4,6,11
15:16,20 16:1
17:19 19:13

20:1,9,17 21:14
21:19 22:3,8,11
22:18 23:2,6,9
23:10,18 24:19
25:8 31:22 32:1
32:8,10,18 33:5
33:6,16 34:9,10
34:16,18,20
35:1,2 50:11
51:11 80:16
250:6 252:14,17
286:18,22
**policies** 290:1
291:18
**policy** 52:1,13
53:6 109:16
111:2 266:3
270:1,4,11
288:5 291:8,17
305:8,23
**portfolios** 70:6
**position** 16:16
39:4 100:12
109:3,7 113:6
121:16 122:10
122:20,21
123:13 124:14
125:18 126:1,9
139:12,17 140:1
152:23 154:18
156:17 157:22
158:2,5 159:6,9
159:11,14
162:14 163:17
166:1,2,3,6
168:5,15,21
170:22 178:10
251:10 275:4,5
275:5,13 293:12
**positions** 105:8
107:23 125:5,9
125:14,15
134:15 148:1,8
148:9,16,18
153:1,18 154:1
155:3,17 159:3
160:1 188:1

216:21 275:22
276:10
**possibility** 104:6
104:9 281:9,10
**possible** 53:1,8
53:10 80:6
139:11 281:2
286:8,11 287:2
287:6
**possibly** 184:20
301:18
**post** 125:11
222:16 245:23
**posted** 125:5,9,14
187:1 262:10,12
292:1 303:14
**Powell** 3:7
**practices** 181:13
**preference** 275:1
275:11
**premises** 33:18
52:3
**preschool** 166:12
166:14
**prescreening**
136:23
**prescription** 9:12
9:14
**present** 3:12 77:7
260:18 278:5
**pressure** 297:2
**pressures** 283:18
**pretty** 164:18
**prevent** 273:4
**Prevention** 39:5
39:6 49:20
265:15 267:1
**previous** 40:23
86:5 127:8
**previously**
215:18 229:14
234:10,20
238:23 247:11
247:17
**pre-Wal-Mart**
135:5
**printed** 154:4,7

217:23 261:14
**printing** 154:12
**printout** 210:13
**prior** 2:17 17:18
22:14 54:21
62:12 64:23
69:8 134:17
181:2 199:20
204:3 268:2,2
288:18
**priority** 71:5
**prison** 61:4
**private** 27:23
31:19 35:18
37:18 40:6,9
46:5,19 47:21
180:23 183:7
252:4,9 268:9
276:19
**probably** 9:15
18:13 48:19
57:9 63:12 70:7
77:11 79:22
94:18 117:15
120:3 121:5,6
122:15 129:2
147:11 164:10
169:21 172:15
172:22 173:13
185:21 194:20
196:12 202:15
206:2,3 210:12
218:12 225:11
228:23 241:11
247:8 258:20
270:2
**problem** 12:3
71:4 197:5
199:10 216:6
217:10 228:5
234:7 241:22
244:8,12 254:20
256:10 263:22
266:8,9 268:13
303:20
**problems** 8:5,15
84:10 98:18

204:4 206:19
217:17 219:23
269:5 284:13
286:12
**Procedure** 5:7
**proceedings** 5:13
316:5,7,16
**process** 137:12
137:14,16
144:11,12,14
146:12,17
153:21,22 154:4
154:7 175:1
176:13 179:9
180:3,4,13
191:2 192:17
200:22 201:3
202:22 203:1,3
207:2,14 209:4
209:23 217:9
222:15 225:16
**Proctor** 3:7
**produce** 247:11
248:5
**produced** 75:23
77:18 78:13
133:9 170:12
181:21 185:11
185:15 220:6
228:10 229:14
247:16
**producing** 315:1
**production** 76:6
76:8,17 78:1,11
138:4 177:16
228:19 244:22
**productions**
177:7
**professional**
316:8
**profitable** 108:17
**program** 123:15
123:17 124:23
125:13,23
126:13,18 127:3
127:11 128:15
130:5 138:16

140:6 141:18,23
142:23 143:9,13
143:18,23 144:5
144:23 145:23
146:9 147:3
149:5,14 152:19
153:14 154:15
155:18,23 159:2
159:23 160:11
162:23 163:6
167:1 169:6,10
170:2,8,18
174:3,7,8,14
175:2,5,16,18
178:3,5 180:16
181:2 183:6,9
183:21 185:18
186:2 191:13
194:19 198:14
198:19 200:3,7
200:10,12 201:2
201:12,15 294:6
294:7
**progressively**
270:11
**prohibiting** 290:1
291:18
**promote** 70:3
**promoted** 122:11
123:14 181:20
183:21,23 184:5
**promotes** 70:1
**promotions**
276:6
**proper** 53:5,12
288:8
**prove** 250:5
**provide** 312:18
**provided** 294:21
**provider** 8:11,14
**psychological** 8:4
**public** 1:18 5:3
64:5 109:7
**pull** 238:6 282:3
**pulled** 238:13
**purpose** 11:22
160:3 163:11

165:22
**purposes** 13:20
75:5
**pursuant** 5:5
**put** 38:10,18 42:5
43:9 44:4,17
59:8 71:5,5
76:2 77:13
87:18 129:16
130:4 198:7,9
223:4,10 229:7
248:16 259:9
295:22 313:1
**puts** 129:5 218:6
**p.m** 315:17

----

## Q

**qualification**
137:1 157:21
159:16,19
162:19
**qualifications**
133:11,15 136:9
136:11 137:8
138:2 160:5,21
161:14 163:5
**qualified** 126:17
127:2 136:5,9
137:19,23 138:5
160:13 162:15
162:18 188:5
275:16
**question** 6:5,8,10
25:5 35:10 48:5
52:11,16,17
65:19 83:13
104:13,17 108:5
111:1,15 160:6
161:6 169:3,4
179:15,20
185:20 186:5,19
189:18 190:12
192:22 193:11
193:12 194:2,12
194:14 196:3
206:12 214:6,12
214:18 216:8,11

219:8 222:20
223:15 224:12
228:7 237:6
243:18 244:3
246:21 252:10
266:13,14 270:8
272:11,13 273:9
273:21 280:18
287:13 295:18
297:12 298:9
300:4 305:22
312:9,23
**questioning**
151:22
**questions** 2:12,13
6:4 128:7,10,15
136:18,22 137:9
138:19 188:14
192:14 194:4
195:23 314:7
315:15
**quickly** 289:16
**quite** 57:10
253:17
**quote** 70:14

----

## R

**R** 3:1 316:1
**race** 54:2 116:18
117:12 119:11
119:23 120:5,16
123:19,21
126:13 132:3
168:17 174:3
177:23 179:8,22
192:12 193:5,19
193:22 194:19
195:10 196:10
197:2 253:12
274:18,23 275:2
275:6 276:3,4
290:1 291:18
**races** 175:4
**racial** 172:9
174:21,22 178:8
179:9,13 180:3
180:4,15,19

181:1,13 185:4
186:7 187:6
**racially** 171:4,18
172:5 173:6,19
**raise** 211:8
**raises** 116:12
**ran** 275:11
**random** 30:2
219:18 220:1
221:7 259:5
283:8,22
**randomly** 217:15
227:4 231:13
252:6
**range** 115:20
117:15 125:18
126:10
**rate** 175:13 213:9
**rated** 129:7
175:16
**rather** 191:7
**rating** 128:23
129:15
**Ratliff** 12:20,22
12:23 13:7,19
13:23
**reach** 291:22
**reacting** 253:18
**reaction** 235:11
**read** 15:19
109:21 110:13
147:10 150:6
189:13 196:3
219:7,9
**reading** 2:2 242:4
**ready** 100:11,15
101:3
**real** 253:7
**realize** 42:4
**realized** 24:12
222:21 223:16
**really** 10:1 13:14
31:12 37:13
49:6,12 50:3
57:20 79:21
84:15,16 89:23
91:21,23 92:15

94:17 106:5
107:2,19 120:9
134:18,22 135:3
141:12 190:18
200:8 213:12
229:7 233:9
272:18,22
**reapply** 205:2
**reason** 6:12 18:19
25:20 47:8
49:23 102:21
174:1 189:8
215:11 221:23
227:11 228:9
275:7 278:1,6
280:21 281:1
288:15 294:1
302:3 304:8,16
**reasons** 277:8
304:12
**recall** 12:8 29:6
29:10 30:1
48:11 56:11
57:20 58:20,23
59:2 75:14
94:17 96:21
102:20 117:2
118:14,19,21
122:2,5 123:5,6
125:8 130:19
132:15 140:4,14
141:6 143:4
158:10,14,20
164:8,11 168:18
173:21 188:22
189:4,7 190:1
190:14,17
194:22 195:1,2
195:4 201:7,23
202:4,16,18
252:12 260:16
297:15,17
298:12,14,16
**recalls** 158:17
**receive** 9:10
96:11,14 134:13
151:19 152:5

297:10
**received** 7:21
26:18 96:16
116:12 133:21
134:8,9,11
135:1 138:5
184:15 191:1
197:19 210:5
211:8 230:17
290:13,21
301:20,22
304:22,22
309:11,13
**receiving** 28:9,18
30:4,18,19,21
31:9 111:17
112:11
**receivings** 31:21
**recent** 129:4,8,14
**recess** 102:15
177:22 219:6
315:13
**recognize** 285:21
**recommend**
156:3,7,9
**recommendation**
135:2
**recommended**
139:16,19,20
155:22 156:6
**record** 40:21
93:21 154:19
210:11 213:5,6
213:8 219:9
229:22 243:13
243:20 244:13
244:20 245:8
246:14,22 247:5
247:7,14 261:18
261:20 262:1,7
262:7 287:16
314:23 316:13
**recordings** 78:16
78:20
**records** 42:9,21
80:9 210:14
227:12 228:9

231:18 248:11
248:20,22 249:1
249:2 296:21,22
299:22 301:8
303:1 307:5,17
308:15 310:17
313:22 314:1
**recover** 80:21
**recovered** 80:20
98:15 100:3
**reduction** 299:23
**refer** 75:18
172:12
**referred** 20:15
142:15 182:5
**referring** 57:16
76:12,14 150:1
293:13
**reflect** 77:3
210:15 245:10
299:22 303:1
307:6 313:22
314:9,23
**reflected** 186:7
314:1
**reflects** 240:16
314:14
**refused** 254:7
**regard** 94:1
**regarding** 33:5
97:17 141:22
142:21 276:16
**regards** 97:8,9
**region** 270:7
**regional** 124:7,9
**regular** 11:2
43:21 212:8,21
232:12 276:23
306:18
**reinstate** 205:14
**rejected** 174:6
**relate** 77:3
**related** 49:7
77:19 79:17
107:13 206:10
253:1,4 283:9
287:18,23

**relating** 2:7 80:17
142:10 188:19
188:20 189:21
229:5
**relationship** 18:4
18:11,20 19:1,6
22:13 49:3 55:3
55:6
**relative** 71:17
**relatives** 60:2
**relative's** 71:18
**relayed** 218:23
**released** 99:8,13
99:18
**remember** 8:22
13:14 22:7 28:4
29:23 30:14,15
31:18 57:14
59:12 75:1,4
76:6 79:13 80:7
102:7 105:6,6
122:17 123:10
128:9,12 175:17
182:19 189:14
196:13,14,15
203:7 226:5,9
260:7 263:18
301:14 311:16
**remind** 66:13
271:14
**remotely** 242:20
**removed** 283:2
**reopened** 72:6
**Repeat** 135:8
**reply** 161:15
**report** 15:4,4,16
15:20 16:1
17:20 22:18
23:2,6,10 31:22
32:1,8,18 33:6
33:16 34:9,10
35:1 50:11,19
80:16 211:5
250:7 252:15,17
315:2
**reported** 31:22
32:1,9,12

295:12 316:8
**reporter** 5:2
14:13 17:10
60:12 316:9
**reports** 15:7,11
**represent** 6:2
**request** 76:5,7,17
77:21,22,23
78:11 81:13
82:1 85:5 87:22
89:14 93:10
95:9,22 100:8
109:19,21 110:6
111:4 133:7
226:19,21 249:7
312:16
**requested** 74:13
74:18,22 76:1,5
85:14 87:19
96:7 100:10
110:22 134:12
138:6 177:15
182:2,7,16
249:5 301:16
304:19 305:1,11
305:14 310:7
311:20 312:22
**requesting** 99:10
312:1
**required** 131:9
136:10,12 137:3
138:7 139:4
162:10 163:14
165:3
**requirement**
161:18 162:1,2
162:9 164:8
165:15,21
167:12,15
**requirements**
137:5 163:15,16
164:12,19
**residence** 7:13
181:8
**resolution** 270:13
**resource** 7:20
102:12

**resources** 154:10
206:4
**respect** 40:2
156:16 219:10
234:2 275:20
276:6,9 291:16
292:17,22 306:1
310:10
**respective** 1:14
**respond** 51:3
55:22
**responded** 78:2
**responding** 76:7
**response** 51:2,19
51:22 58:4
76:16 95:21
96:3 131:10,12
131:14 137:6
142:14 182:10
195:21 268:15
**responses** 7:4
296:5
**responsible**
115:22
**resting** 23:23
**resume** 69:16,17
69:18
**retail** 65:16,22
66:2 166:7
**retaliated** 203:19
**retaliation** 204:2
204:6,9 206:22
207:1,23 250:2
261:2 275:23
276:16 288:15
290:3 294:13,16
296:9,15 297:1
297:13 302:6
**return** 10:5 89:6
89:11 99:4
100:11,15 101:3
101:9 103:8
110:5,7,16
111:3
**returned** 72:5
101:14 282:13
**returning** 23:20

**review** 213:13
300:14 312:11
**re-establish** 72:9
72:11 108:11
**right** 7:15 10:23
12:13 14:21
15:3,5,7 16:3
17:17 18:22
19:16,22 20:11
20:22 22:20
23:7,12 24:9,13
25:11 26:16
29:10,13 32:17
33:21,22,23
34:11 35:3
42:10 50:12
52:17 62:14,15
64:5,10,20 65:4
65:13,14 67:6,7
68:15 69:13,20
70:16,21 72:7
74:21 75:23
77:8 79:21
81:20 82:2,8,9
82:15 84:2,22
85:3,8,12,21,22
87:9 88:11,12
88:16,20 89:4
90:20 91:2,5
95:19,20 96:1
99:1,11 100:7
100:17 101:8
103:12,16
104:22 106:16
110:3,14 111:8
112:5,8 113:1
113:11,12,15
114:23 115:16
118:18,22 119:9
119:10 121:21
121:23 122:1,18
123:13 125:2
127:17 128:21
131:1,20 132:9
132:14 136:20
137:2 144:6
146:6 147:4

150:2,3,12
152:12 153:3
155:11,14
156:19,23
163:18 164:13
164:17,20 165:1
165:2 166:9,13
167:17 168:2
175:21 176:11
177:14 178:18
178:22 182:6,8
182:14 185:15
187:17 189:5,7
189:14 190:14
192:5,8 197:4
197:15,23 198:4
198:4,8,14,15
199:5,15 201:6
202:1,7 203:21
204:10,11,21
205:3,9 206:23
207:7,8,19
208:4,12,13,21
209:4 210:6
211:8 219:2,3
219:15 220:15
220:16 221:3,4
222:9,10 227:20
228:1 231:6
232:20 233:7,10
235:20 236:14
237:15,23 238:2
238:6,16,17
239:2,22 240:12
240:13 241:1
249:13,15 252:5
255:6,7,12
258:5 259:17,18
260:4 261:8
267:9 270:1,23
272:3 273:5
274:14 276:6
278:16 282:6,13
286:17,18,23
287:1 289:8,11
289:13,21 290:3
290:7 291:19,20

292:6,23 294:3
295:15 297:17
298:8 299:5
301:2 302:12
303:9,18,19,21
306:6,11 308:10
309:8,22 311:19
311:21 312:22
313:17,20
**right-hand** 291:8
**rings** 45:5,6,7
**Ritz** 101:23 103:3
**Robert** 50:13,16
52:7 53:22 54:5
118:7 120:18
121:3,7 224:17
226:11 228:3
254:9 255:10,13
256:6 258:3
259:15 260:12
260:14 264:11
265:10 267:22
268:2,6
**Robert's** 268:15
286:6
**role** 157:3 159:14
168:11
**roles** 166:22
**room** 1:20 24:13
201:22 263:1
**rotate** 119:7
**rotated** 118:5
**roughly** 240:1
**row** 240:14
**Rule** 5:5
**rules** 2:6 5:6
**rumors** 180:9
**run** 68:1 71:8,22
**running** 287:3
**R-A-T-L-I-F-F**
13:1

-----

**S**

**S** 1:10,10 3:1 4:6
**safe** 137:17
**salaried** 29:15
31:11 39:8

117:23
**salary** 73:5
125:20 167:7
**same** 2:4 6:18
16:21 32:17
43:2 44:13
73:10 113:5
114:8 115:19
117:10 145:16
147:9,12 199:4
201:19 210:4
218:21 219:13
223:17 234:3,3
236:16 237:10
238:15 243:10
279:1 283:21
285:12 291:2
301:6
**sat** 127:12
**saw** 12:9 215:22
280:4 306:9
**saying** 22:9 27:20
57:22 68:20
80:4 91:16,16
100:16 103:18
110:12 141:14
145:6 149:3,7
158:11 160:19
160:20 161:5,21
162:13 177:8
179:6,8 180:20
185:12 188:6
199:12 207:3
218:7 220:3
228:13 231:23
231:23 237:8
244:17 245:20
247:4 255:8
262:11 273:20
285:15 289:18
295:8,10 297:8
307:5,18 308:17
310:5 312:6
**says** 43:13 48:14
69:10 77:2
110:4,11,15
197:22 230:20

240:14 293:11
309:16 314:16
**scanned** 207:6
**schedule** 114:9
  114:19 115:2
  215:4,7,23
  216:2 217:2,6,9
  217:10,15,15,22
  217:22 218:3,6
  218:18 219:13
  219:22 220:9
  221:5,12 222:1
  222:4,6,23
  223:17,19
  224:15 226:8
  231:9 232:22
  233:6 234:2
  235:1,5 236:8
  236:15,16 237:4
  237:8,9,14
  238:1,4,12
  239:14 242:4,13
  242:15 243:2
  244:5 245:5,15
  245:20 246:5
  247:23 248:3,12
  254:18,20 255:4
  255:10,22 256:3
  256:5 259:3,8
  260:1 261:7,23
  262:8,10,11
  280:16 298:6,16
  300:15 301:7
  303:14
**scheduled** 215:17
  215:18 216:21
  220:2,7,13
  222:3 223:2,21
  230:20,22 231:2
  231:8 232:11,13
  232:23 234:9,17
  234:17,20,21
  235:16,17 236:3
  236:5,6,19
  237:10,16,21
  238:8,14,21,23
  239:4,15 240:2

240:11 241:18
241:21 242:1,6
243:11,15 245:6
245:9 246:6
249:3 262:6,17
262:18
**schedules** 216:4
  216:12,14 218:1
  219:18,19 220:1
  238:7,18 244:2
  244:10,14,18,19
  246:8 282:4
**scheduling** 217:7
  239:7,14 298:3
**school** 63:1 64:5
  64:15,16 66:15
  66:21 67:15,17
  67:19,22 68:1
  68:20,21,23
  69:2,3 71:3
  114:3,18 115:2
  221:1,2
**science** 102:10
**screwed** 14:10,16
**sealed** 14:11
**searching** 107:7
**second** 33:16
  50:11 62:11
  73:11 94:15,18
  94:21 309:12
**Secondly** 167:18
**secretary** 152:9
  169:14
**section** 57:13
**secure** 14:9 25:21
  47:6
**secured** 14:1,6,12
  14:17
**Security** 7:9
**see** 11:8 17:9
  28:21 37:9,12
  37:14 42:6
  51:14 75:12
  77:2 79:23 99:8
  99:11 110:3,11
  110:14 169:19
  194:13 197:23

222:2 223:1
230:20 238:7
247:7 277:13
291:1,7 293:10
293:17 300:12
307:21,22 309:6
311:7,7,9
**seeking** 148:15
**seem** 195:16
  199:6 288:2
**seemed** 174:10
  197:18 199:18
  260:2
**seems** 288:7
**seen** 28:19 280:1
  283:6 311:11
**select** 179:21,22
**selected** 130:3,8
  131:3,19 132:18
  135:16 138:14
  145:22 146:8,18
  151:20 152:2,11
  155:3,16 164:22
  170:1,17 174:2
  175:18 176:5,11
  177:12 178:2,5
  178:16,20,23
  179:4,7,12,17
  182:14,19 183:5
  184:22 185:1,3
  185:9 186:2
  191:8 192:4,12
  192:14 193:4,7
  193:18 194:7,18
**selectees** 182:2
**selection** 146:16
  186:16,21
**selections** 129:22
**selling** 282:10
**send** 311:23
**sends** 216:19
**sense** 6:11 166:20
  214:18
**sent** 10:3 77:23
  148:23 206:3
  304:20
**sentence** 110:14

**separate** 68:2,5
  153:2,23 185:22
**September** 26:18
  43:5,17 197:16
  288:22 289:9
**series** 6:4
**serious** 18:4,6
**service** 133:17
**session** 129:20
  133:3
**set** 70:8 209:14
  215:23 217:10
  217:14 218:4
  219:22 220:9
  221:5,13 222:4
  222:6 236:16
  237:9 244:5,9
**sets** 42:9
**settlement** 106:18
**Seventeen** 201:5
**several** 17:5
  101:20 116:12
  118:5 217:16
  281:16 283:1
  284:17 311:17
**severe** 98:7
**Shaneka** 263:16
  272:20
**Shannon** 89:9,15
  89:18,21 90:3
  91:2 92:23
  93:11,18 94:13
  94:22 95:1
  96:18,20 97:21
  117:3,12,21
  225:12,21,22,23
  260:11,15
  311:22
**Shannon's** 95:21
**share** 106:4
**shared** 45:3
**sharing** 280:23
**sheet** 232:7,18,21
  244:16 245:16
  245:22 247:23
  255:2 256:12
  258:1 259:1,9

302:17
**sheets** 69:11
  186:8,8,12,14
  186:20 254:14
  256:22 258:4,15
  258:18 259:16
  268:4
**sheet's** 186:9
**sheriff's** 23:11,19
  40:13
**Sherman** 3:13
  50:15 51:7 52:7
  53:17 54:4
  55:11 58:5
  115:8,10,11,23
  116:4 117:21
  140:9 142:4,16
  142:16,17,18
  143:1 146:23
  147:1,17,21
  148:5 150:13
  151:2,5,18
  155:21 156:3,9
  157:9,19 158:7
  158:9,17 187:14
  191:11,16,18,20
  192:2,10 212:14
  212:15 224:4,10
  224:16,20 226:1
  226:11 264:10
  264:13,14,18
  265:1,11,17
  266:16,17,20
  267:8,11 268:16
  268:17 269:12
  269:16 270:15
  286:5
**Sherman's** 150:1
**sherry** 158:13
  263:19,20 274:7
**shift** 16:22 17:1,2
  56:3 118:2,4,4
  119:7 258:11
  276:20,21 278:9
  279:7 281:6
**shifted** 28:13
**shifts** 277:17

shopping 34:4
204:20
short 212:1
315:11
shortly 239:21
240:8
show 7:1 15:9
22:22 41:14,18
42:19 46:3 62:1
76:13,14 81:11
90:7 93:19
96:13 145:10
153:4 197:6
198:2 210:18
229:11 231:7
232:9,11,15,22
238:22 248:23
261:10 262:12
262:15,18,20,22
282:5 290:9,12
290:18 293:2
298:18 303:23
307:16 308:14
310:3
showed 45:15
47:16 80:6
185:4 199:3,14
275:1,11
showing 178:8
182:1 186:10,11
199:1 239:11
245:14 247:23
261:11,12,16,23
304:6,7
shown 275:17
shows 94:16
176:1 177:9
181:12 212:7
238:1,4,14
239:15 245:18
298:5 300:18
SIC 87:10 99:14
184:16 191:4
sick 82:13 83:3,9
86:6,9,23 87:6
95:9 112:14
299:13 305:4

312:1
side 15:21 28:7,8
198:1 285:3
sign 125:14
127:19 153:17
238:17
signature 2:2
110:4
signed 154:5
262:21 290:12
298:4
significance
304:2
significant
299:23 304:17
signing 154:12,13
signs 79:14
261:15
sign-up 127:17
since 101:16
sister 80:20 87:2
91:8,8 93:8
sister's 94:8
sit 308:19 312:3
sitting 213:19
267:2
situation 84:9
87:9 91:18
111:16 171:15
180:10 195:17
199:17 229:8
231:20 236:2
242:12 250:7
256:14 265:8
266:1,2 273:1
282:21 283:12
283:22 286:14
288:3 297:5
situations 27:15
75:13 87:10
106:2 269:6
273:4,19 283:9
six 73:19 163:18
Sixth 3:9
slang 16:9
slangs 55:13
Smith 122:7

135:20 200:1
201:14
Social 7:8
soft 141:9,10
sold 40:18
some 6:12,23
28:6,7,8,9 29:11
31:14 35:15,16
36:4 50:10 67:4
71:23 75:12
83:23 88:8,13
101:22 109:6
114:22 119:6
121:13 122:4,8
122:16 148:1
151:20 158:18
159:13 165:1
181:9 183:7,23
186:6 189:8,20
195:7 208:18
215:20,21
221:23 228:17
228:23 229:6
232:5 245:8
247:14 248:11
258:13 269:7
277:12 278:20
279:22 282:8,10
285:12 292:16
296:17
somebody 37:7
40:11 45:16
172:22 263:11
283:6
somehow 187:19
282:16
someone 20:21
43:22 50:10
68:7,8 71:13
82:7 105:7
115:4 119:8
181:4 190:10
194:21 195:4,8
202:5
something 20:22
36:17,17 40:3
71:5 74:16 94:9

98:21 141:15
144:17,22 145:7
156:15 158:13
162:1,2,10
165:13,19
166:23 172:10
172:23 248:6,7
248:9 254:4
263:12 269:15
271:18 275:20
284:11 289:19
296:4 301:15
308:6 312:9
sometime 10:21
17:18 57:2 81:5
148:7
sometimes 28:12
287:14
somewhere 63:16
127:23
sorry 12:21 16:10
24:2 30:18
37:21 115:9
126:5 163:10
208:15,16
265:10 270:19
sort 159:13 186:6
sought 77:6
159:23
sound 100:7
127:14 132:9
226:17
sounded 212:16
Southern 63:20
space 69:9
speak 14:14 91:7
92:2,21,23
93:23 97:4
105:18 107:20
113:7 138:10
169:13 196:5
225:23
specific 181:22
194:14 214:3
specifically 31:19
specifics 196:14
speculation 48:20

171:22
speculations
266:14
spell 60:13
spits 217:5
spoke 50:13
93:11,18 105:5
105:8 112:19
115:23 122:15
134:20 152:8
226:3,10
spoken 141:9,10
St 64:19 67:7
stable 8:2
stall 263:2
stand 164:23
standing 255:19
255:19 271:11
start 66:22 70:10
71:2 118:3
180:22 280:5
started 26:9
40:19,21 62:5
63:15 67:19
70:22 84:11
86:17 87:9
114:2 118:18,22
200:12 204:6
222:13 232:6
254:13 257:23
258:14 267:18
280:10 290:5
294:10 302:2,7
starts 184:18
211:16 309:7,8
state 1:18 5:3,6
5:20 27:2 29:8
148:2 155:11,20
156:1 171:23
188:9 190:18
206:12 261:1
316:2
stated 20:19
75:17 78:4
109:13 110:7
111:12 112:12
137:13 146:17

149:15 155:5,6
155:7 158:20
159:18 168:20
171:1 194:10
195:18 229:19
231:20 243:6
256:9 263:3
295:11 316:7
**statement** 46:17
50:14 51:10
55:19 56:1 58:2
58:13,17,18
95:4 99:7,22
113:5 131:17
141:7 143:5
146:2,13 148:12
157:5 161:1
171:7 195:22
238:10 271:13
271:15 275:18
295:16 296:2,3
296:12
**statements** 51:16
55:14 58:1,10
59:8 146:20
158:18 171:10
171:12,16
172:11 190:20
260:16 269:8
283:19 284:8
285:17 295:2,3
295:5
**States** 1:1 107:1
**statics** 184:16
**stating** 188:15
209:19 231:12
231:13 275:17
296:21 314:19
**station** 34:21
35:2
**stationary** 263:19
274:6
**statistics** 184:23
**stats** 182:15
**stay** 103:15 143:2
143:3 221:15,15
257:11

**stayed** 71:9
**staying** 86:4
181:4,7
**step** 124:11
**Steven** 118:8
120:21 139:6,10
142:6,13 144:18
145:3 146:23
147:6,8,18
150:14 151:2,5
151:18 191:16
191:17,17,19
192:11 198:18
212:15
**Steven's** 150:2,4
**Stewart** 1:17 5:1
316:22
**still** 7:11 13:18
14:3 60:6 70:15
80:4 95:8 100:9
100:22 103:1
111:13,17 145:9
199:12 221:5
241:2 249:10
293:21 310:11
**STIPULATED**
1:12 2:1,9,18
**stipulations** 5:7
**stock** 304:21
**stocker** 113:17,20
122:21 159:4
167:21 168:2
**stockers** 282:1
**stockholder**
106:3
**stocks** 304:23
**stolen** 24:23
**stomach** 84:15
98:9,11,17
**stop** 16:5 37:17
51:13 236:4
301:16
**stopped** 16:5
20:7 51:14
232:5 280:8
**storage** 304:23
305:2

**store** 16:4 19:22
20:6 28:13
30:14 31:1,23
32:2 33:18 34:3
34:17 40:11
45:22 46:5
47:21 51:12,13
54:17 57:11
89:18,22 92:16
97:13 105:16
106:20 112:19
112:21 113:5,11
113:21 116:1,16
117:3,4 118:2
121:10,19
124:12 125:5
126:19 130:11
130:12,15,17
131:6 132:1,2
135:2 139:23
144:6,7 145:13
145:15,16
148:20,23 152:8
157:10 159:14
160:1,8 161:10
165:18 166:22
169:20 171:12
175:6,15,22
176:3,4,6,14
177:6,12 180:9
180:10 182:7
183:11,13 184:4
185:2,21 186:18
186:23 187:1,9
198:18 199:1,2
199:11,15
202:20,20 203:9
203:16 204:20
209:16 216:19
217:5 218:19
225:16 249:9
250:20 252:6
253:17 258:9
260:10 265:18
268:20 269:4
270:6 272:23
273:11,16,17

276:18,22 277:3
277:19,20
280:15 283:9,10
283:13 285:3,6
292:2,6
**stores** 106:11
147:22 148:6,10
148:15 201:21
**straight** 44:6
183:4 219:12
**strain** 84:9
**street** 5:9 7:12
113:3 283:5
**stress** 9:4 84:9
235:12,14 297:2
**stressed** 188:3,16
**strike** 54:13
97:20 99:10
128:13 193:1
**strong** 284:20
**stubs** 210:17
301:17
**stuff** 23:22 57:23
75:20 80:7,8
81:9 109:8
147:10 288:16
**stupid** 20:15
**subject** 110:8
111:5 265:10,11
**submission** 41:16
42:16
**submit** 89:13
102:2 185:5
186:13 193:9
200:4 228:20
233:13,14
243:16 244:21
246:17 247:19
247:22
**submitted** 42:10
90:6,8 133:5,23
134:4,6 136:3
138:3,8 153:11
155:8 170:5,10
177:5,17 185:13
186:11 190:6,22
191:1 194:1,3

200:13,15
211:19 213:11
213:17 214:13
229:9 243:19
247:22 249:6
312:11
**submitting**
211:22 305:3
**subpoena** 297:6
**subpoenaed**
296:21
**sudden** 58:1
84:11 266:11
280:21 282:19
282:20
**sued** 61:12,19
233:18
**suggest** 140:10,17
141:1 227:18
245:11
**suggested** 140:2,5
143:1 229:3
**suggesting**
161:17 241:21
**suggestion**
141:16 167:15
**suggests** 213:20
214:20 230:3
231:17
**suit** 49:21
**summary** 41:10
41:15 42:16
90:8 153:7
**Sunday** 213:3
**Sundays** 213:9
**Suno** 102:11
**Super** 105:2
**supervisor** 64:12
71:10 122:20
226:4
**supervisors**
126:6
**support** 31:4
123:2,9,12,16
156:14,18,19,23
251:7
**supposed** 48:16

52:14 209:18,21
215:5,9,23
216:1,16 218:10
220:10,11
223:13,15
227:15 231:12
231:21 234:17
235:4 244:6,19
259:2,6 306:14
**supposedly** 32:16
209:3 254:8
**sure** 11:12,18
14:11 17:3
39:21,21 42:3
57:10 67:13
69:16 75:10
98:1,2 99:20
116:23 117:1,16
124:8 129:1,17
132:6,10 142:6
148:4 163:12
183:22 194:23
206:13 212:12
253:17,19
296:13 297:21
298:1 303:4
**Surely** 30:13
**surprised** 246:13
**suspicion** 49:2
**Swain** 3:5 4:4
5:19 6:1 213:4
219:7
**sworn** 5:17
**system** 217:7

_____

**T**

**T** 1:10,10 4:6
316:1,1
**table** 57:22
**tables** 35:21
**take** 6:20,22 21:9
57:12 75:6 85:1
85:6,19,19
90:13 104:3,20
108:3 114:20,22
154:20,21 166:1
166:2 168:21

173:2 187:19,21
211:1,20 225:18
227:4,5,7 230:5
246:3 267:11
285:7 300:5
302:19 308:20
308:20 309:2
310:1 311:14
313:9,10 315:11
**taken** 1:17 80:18
102:15 177:22
219:6 261:6
310:16 315:13
316:6
**takes** 200:22
**taking** 2:7 8:17
85:10 149:11
176:13 178:11
249:21 312:2
**talk** 17:15,16
27:5 43:22
109:13 150:13
195:11 225:20
226:2 267:22
297:20 298:7
**talked** 20:14
33:11 37:5 65:3
89:8,15 90:3
94:13 95:1
97:20 109:10
112:16,18 158:8
192:13 196:17
196:23 224:8,10
224:14,16,17
225:9 228:3
249:13 256:18
260:14 281:11
297:22 298:11
**talking** 22:18
27:13 28:23
33:15 41:20
42:19 47:1,4,13
55:23 78:3 80:3
88:2 97:7
104:18 125:12
125:13 134:7
155:9 170:11

174:23 176:1,6
176:17 181:19
184:14,20 190:2
198:21 199:23
214:4,5,8
227:22 235:14
235:21 236:13
245:4 248:5,7
249:23 252:8
257:21 260:11
261:9 267:8
295:14 296:4,6
300:20 301:9
308:2
**tap** 45:3,5 49:19
50:1
**tape** 78:15,19
**tapped** 38:6,8
40:3 43:20 46:7
47:9 48:1,22
**tardies** 261:5,19
300:11
**tardy** 262:2
**tax** 313:23
**telephone** 27:6
37:23 38:2,4
50:1
**tell** 6:6 8:19
21:14,19 22:8
22:11 27:8 29:8
50:16,22 51:4,7
53:2,9 54:4
97:22 119:21
131:14,18 147:1
147:6 149:8,9
158:9 192:10
193:2,7,16
194:16 196:7
211:1 229:14
230:2,15 251:12
253:21 254:1
264:14 271:6
272:16 273:6,10
273:14 275:8
279:8 281:5
284:22 285:22
302:16

**telling** 22:7 31:23
32:4 105:12
107:23 108:2
273:1 287:3
288:23
**tension** 98:9
**term** 173:11
**terminate** 74:12
**terminated** 74:16
110:23
**terms** 77:4 171:5
171:18 172:6
173:20 188:19
271:19
**testified** 5:18
61:9 191:10
230:23 291:11
302:18
**testimony** 224:23
225:3 228:21
316:13
**testing** 9:20
**Thank** 252:14
**their** 1:13 28:5,14
29:8 45:6
121:11 122:17
133:14 134:13
135:2,13 138:1
217:3 230:13
246:7 251:18
257:8,11,13
276:2,2 277:18
280:13 282:4
284:6 285:1,4
314:11
**their's** 246:19
**themselves** 278:4
**thereto** 2:17
**they'd** 119:7
**thing** 19:4 30:2
36:15 53:12
199:4
**things** 8:22 24:8
44:5 81:1 106:7
122:16 162:8
164:10 167:9,11
209:22 229:6

246:12 278:2
283:2 286:10
287:5 295:14,18
295:21 296:16
**think** 9:19 15:2
16:20 17:9,13
32:6,10 34:8
35:10 36:9
38:10,18,22
41:20 47:8 48:2
49:18,23 53:11
65:20 67:5,6,20
69:15,16 75:9
86:5 87:14,16
89:23 91:19,22
93:7 99:16,18
101:2 109:5,6
118:13 122:6,7
124:7 126:3
129:1 130:13
131:5 132:7
138:22,23 142:6
142:15 145:5,8
145:20 155:1
159:12,20
160:12,16 161:2
161:3,7 162:5
162:17,20 173:3
174:1,16 178:23
179:4,16 180:17
180:22 185:7
189:9 191:6
192:11 200:22
201:13 204:1,5
206:9,17,22
207:22 218:5
223:14 229:2,4
230:8 241:13
249:21 268:2
274:7 283:15
286:8 287:14,17
287:23 288:14
292:11 294:1
302:17 313:12
**thinking** 17:12
246:11
**third** 17:2 240:6

276:20,20
277:17 279:7
**thirties** 121:8
124:2
**though** 46:11
52:16 104:13
165:20 216:8
296:14
**thought** 35:17
40:5 54:6 58:6
86:18 93:13
97:22 191:21
193:1,4,18
194:17 195:9
196:8 197:1
236:15 237:9
288:23
**thousand** 233:8
**threat** 16:9 21:7
33:13,14 51:17
55:15 81:4
86:19 195:16
228:3 249:19
260:6
**threaten** 55:8,12
252:1 304:8
**threatened** 52:4
54:17 250:3,6
250:10
**threatening** 54:6
54:10,14 249:15
250:10
**threats** 50:20,23
53:14 54:22
249:22 252:11
267:17,18
283:18
**three** 29:3,4 41:2
44:7 169:7
232:3 233:4
237:4 239:8,16
242:13 258:20
258:22 259:13
292:21
**through** 1:13
20:6 35:19,20
97:3 153:20

154:3 195:1
200:7 203:8
222:17 235.12
269:21 270:9
284:11 288:19
294:15 297:3
308:4
**throughout** 20:13
209:23
**throw** 264:1
312:9,13
**throwing** 98:10
**Thursday** 221:12
221:13,14,16
245:2
**time** 2:15,16 9:1
9:11 10:9 12:3
14:19 15:4,5
19:9,11 23:9
28:20 32:20
34:10,14 45:4,5
45:12 47:12
48:12 56:5,14
60:18 67:13,21
68:10 71:23
72:17 73:6,7,8
73:10 75:7
82:11 83:18,23
85:15 86:6,8,9
86:12 89:7
90:15,22 91:17
94:20,21 95:8
101:10,13
104:12 109:23
111:18 112:9
113:20 114:9,22
115:3,12 116:6
116:9,15 117:5
117:9,10 119:6
121:13 124:15
127:15,23
132:22 139:15
146:16 148:1
149:9,15 150:14
151:15 155:13
171:21 176:18
176:20 178:9,9

180:6 181:3
182:13 184:10
185:19 186:15
186:20 189:7,20
190:1 200:19
201:8,9,19
206:15 207:21
208:2 210:16
211:20,21 212:1
212:13 213:12
214:2 215:22
217:11 218:9,22
220:5 221:4,19
223:4,5 225:6
226:7,14,14
227:21 231:22
232:7,9,12,17
232:19,20,21
238:8 239:1
240:1,10,20,22
241:9,23 242:7
242:10 243:5,14
243:15,21 244:7
244:16 248:3,13
249:4 252:13
254:13 255:2,3
256:11,21
257:10,19 258:1
258:4,14,17,19
258:23 259:9,16
260:12 261:15
262:21 267:13
267:16 268:3
271:13 278:20
279:1 281:3
282:4 283:21
285:10 298:17
302:4 303:11
305:12,14,15,21
306:2,3,20,21
307:6,7,14
308:8,20 309:2
310:6,8 311:4,5
311:12,13,14
312:6 314:2,10
314:15,22 316:6
**times** 12:16 17:5

17:22 93:1,23
114:21 147:13
147:15 169:5
173:18 196:19
215:3,7 248:1
254:10,15
257:17,21,23
285:14 303:15
303:16
**timing** 206:21
207:20 208:1
288:1,19
**Tina** 281:19
**title** 31:5 159:9
168:12
**today** 8:18 77:17
78:5 177:21
181:17 188:12
189:19 213:19
215:10 235:17
235:18 294:14
296:14 297:14
312:10,12,15
315:5
**together** 42:5,15
42:17 50:6
71:15 77:13
227:6,8 302:23
**told** 5:23 19:13
19:20 20:1,9,17
22:3,5,15 23:10
23:18 24:19
25:8 27:22 29:1
31:19 33:7
34:19 40:14
47:11,17,20
50:10,20 51:9
51:10,10 53:7
63:8,9,11 69:7
74:15 84:13
97:3 98:12
102:16 105:7
112:22 131:7,17
139:6,10 143:20
144:1 147:22
148:5 150:15
151:2 152:10

154:16 156:21
191:17,19,21,23
192:23 193:15
196:15 197:1
223:3,7,8,9,22
224:1 231:3
248:14 259:15
264:18 269:1
279:14,16 280:2
283:3 286:1,9
**tomorrow** 181:17
**tones** 20:11
**Tonya** 263:16
268:22 272:14
**top** 15:21 182:22
183:1
**topic** 266:17
**total** 176:11
178:19 212:22
212:23 214:8
**totally** 137:12
**touch** 32:10
**towards** 58:7,19
141:4,5 171:13
**town** 24:4 38:14
63:1 71:12 72:1
227:8 241:12
**train** 157:6 273:3
**trained** 184:13
**training** 123:15
123:17 124:22
125:23 126:12
126:18 127:3,11
128:15 130:5,7
130:11,16,20
138:15 140:1,6
141:18,23
142:22 143:8,13
143:18 144:4
145:22 146:9
147:3 149:13,17
152:18,22
153:13 154:14
155:17,23 156:7
156:14,15 157:8
159:2 160:10
162:23 163:6

167:1 169:6,10
170:2,8,18,21
174:2,13 175:1
175:15 178.3
181:2 183:6,9
191:13 194:18
198:14 200:3
201:2,15 269:7
293:12 294:5,7
**trainings** 136:15
**transcribed**
316:10
**transcript** 6:17
**transfer** 148:18
**transferred**
118:21
**trash** 264:1
**travel** 148:17
**travelled** 43:2
**treated** 8:10
279:6
**trial** 2:15 61:10
248:23
**tried** 71:10 80:21
192:16 194:15
**trip** 23:21
**trouble** 14:15
**truck** 24:1,3
**true** 146:3 148:4
310:18 316:12
**truth** 8:19
**trying** 9:20 13:12
18:3,23 29:6
36:10 71:2
76:11 99:23
108:10 213:14
213:15 214:11
214:13,14 228:7
233:20 248:21
279:4 287:10
295:5 300:12
310:12
**Tuesday** 116:16
116:18 117:2,20
139:1 141:19
145:1 198:17
260:11 276:23

277:4,6 278:17
278:19 280:8
281:4
**Tuesdays** 277:1
**turn** 263:16
**turned** 16:6,8
199:21
**turning** 20:19
**Tuskegee** 43:13
43:18 44:19,20
45:15,16 46:3
47:16
**twenties** 121:6
124:4
**twice** 93:14
286:18,23
**two** 15:6 29:23
30:1 45:1,9,14
46:2 47:14 67:5
75:10 80:11,13
85:19 91:4 93:5
94:11 100:21
105:10 153:2,17
162:8 170:20,21
170:23 198:17
227:3 233:8
235:1 239:5,7
239:15 241:3,5
241:6,14 242:13
245:1 254:19
258:20,22
259:13 300:9
301:9,20 309:2
309:3,10 313:10
**two-week** 208:15
214:9 309:12
313:15
**tying** 311:15
**type** 63:13 193:20
207:12
**typed** 80:9
128:20 129:13
134:1 210:12
239:12
**typewriting**
316:11

| U |
| --- |
**U** 1:10
**uh-huh** 6:15,18
10:6 19:17
20:12 23:15
28:3 33:1 35:8
42:11 43:15
64:6 74:4 76:9
81:21 110:18
126:21 129:10
145:14 153:10
198:6 205:17
249:16 260:21
276:17 299:6,15
**uh-uh** 6:16,18
**Um** 77:15 103:4
**un** 211:20
**unable** 305:2
**unapproved**
228:14,16,17,22
230:6 231:10
232:10 261:4
**unavailable**
169:15
**under** 35:21,21
144:11 156:8
176:14 184:5
242:17 270:10
283:17 316:10
**understand** 6:6
110:5,13,15
111:2 140:19
141:13 149:2
161:19,20,23
162:7,12,21
194:14 212:3
214:12,14,15
216:10 217:21
283:11 295:9
303:5
**understanding**
97:19 119:4
**understood**
154:16
**undo** 297:2
**unemployment**
100.10

**unexcused**
209:20
**unfamiliar**
144:23
**United** 1:1 107:1
63:4,11,20
**unless** 233:17
301:14
**unloaded** 24:8
**unloading** 23:22
**until** 20:6 33:9
44:15 67:15
74:2 79:12 86:6
87:20 91:7
104:3,21 114:14
123:14 150:18
178:5,11 209:16
237:7 270:12
276:21 277:18
280:12
**unused** 306:1
**upset** 84:13,14
98:13,13
**uptown** 105:12
**urgent** 75:12
**use** 171:4 172:5
173:10,19
188:18 204:21
205:10,20 207:3
207:5,15,18,21
212:5 214:17
271:16,21,23
292:8 307:12
**used** 171:18
205:3 236:6
270:5 274:22
306:3
**using** 93:21 217:2
**usually** 67:4
207:11 208:10
222:22 227:7,9
257:10 277:14
277:15

| V |
| --- |
**vacation** 95:9

96:6 112:13
227:1,2,5,21
240:20,21 241:6
299:10 304:20
305:1,4,8,12,13
305:18,21 306:2
306:3,5,15,20
307:1,4,8,13,14
308:8 309:22
310:2,5,6,11,15
310:16,22,23
311:3,18,23
313:5,8 314:21
314:22
**value** 36:14
304:18
**various** 175:4
203:3
**vase** 24:12,15,18
24:23 25:6,9
36:12 37:16
249:21 304:17
**verbal** 16:1,7,9
19:15 34:3 58:1
**verbally** 31:23
55:5 131:6
250:4 275:16
**verify** 154:17
250:7 275:15
314:20
**verifying** 275:18
**very** 65:19 99:13
141:14
**view** 126:16
**visible** 139:7
**Vision** 152:22
153:12 155:18
**visit** 11:5,23 12:5
**visited** 9:2 11:10
**voice** 92:18
**voluntarily** 74:8
**VS** 1:6

| W |
| --- |
**wait** 90:18
100:19 207:14
263:9 276:21

277:12
waited 151:14
waiting 277:17
waived 2:4,20
walk 20:19 27:1
250:12 255:15
255:16 284:7
walked 202:19
250:23 258:9
walking 250:19
walls 37:5
Wal-Mar 233:19
Wal-Mart 1:7 6:2
7:22 13:22 14:4
16:14 21:15,18
21:20,22 22:4
25:15,23 26:3,9
28:2 38:9,16,17
40:18 49:7,11
50:11 52:3
53:18 54:12
60:16,20 61:13
61:17 62:4,13
65:1,8,15,23
66:5 68:14,18
69:5 73:9 75:7
78:17,21 79:2
79:16 81:15
87:11 88:22
91:14,22 92:1
92:13 97:1
100:11 101:7,17
102:19,22 105:2
105:23 106:2,23
107:5,13,16
111:17,21
112:11 114:10
115:1,5 117:22
124:16 125:16
127:7 133:8,17
134:16 135:5,12
143:7 148:14
163:22 165:7
166:17 170:12
171:4,19 172:5
173:19 181:5
187:16 188:18

193:17 194:17
196:8 200:7
202:10 203:12
203:15 211:5
216:5,12,18,22
218:2 222:5
229:4 231:17
233:20 247:19
248:2,10 273:17
274:17,22
275:10,21
289:10,23 290:6
290:22 294:10
295:20,23 296:8
297:5 314:10,16
Wal-Marts
101:20 104:23
105:21 109:10
112:17
Wal-Mart's 7:4
76:7,17 109:16
111:2,22 120:12
227:12 228:9
261:18 282:15
291:18,23 305:7
305:23 313:22
314:8
Wanda 1:5,7,16
5:11,16,22
58:11 235:19
269:15 270:23
285:16 315:1
want 21:10 51:20
51:23 59:11
70:14 81:11
97:10 112:6
148:17 150:10
158:3 168:18
181:16 185:5
192:16 199:9
211:22 229:12
230:12 231:15
235:18 236:14
248:21 271:7
278:5 297:10
312:13 314:20
wanted 19:2 20:7

51:14 66:19
126:8 139:12
154:17,18
172:23 192:15
197:4 231:4
234:15 239:1
242:6 255:9
265:6,23 266:8
wanting 160:4
163:11,12
266:18
wants 150:7
Washington
44:14 72:4
wasn't 19:1 30:20
33:19 36:13
48:10 50:21
65:19 67:18
69:13 86:20
87:7 92:9 94:1
98:1,2 123:10
129:21 130:6,9
131:16 133:6
139:21 144:11
144:15,16,21
159:17,18 161:8
165:20 166:18
167:22 177:20
178:16 182:2,16
184:5,8 188:6
192:14 193:6
194:7 195:21
198:23 200:13
201:4,19 209:12
213:11 215:4,20
218:23 222:15
225:1,5,6
228:18 233:16
235:10 238:19
242:16 244:8,8
244:9 247:21
249:6 259:3,7,7
270:17 271:20
278:12 279:10
280:22 283:7
286:7,20 287:8
288:9,9 292:3

294:8,11 300:15
300:15 303:12
303:13,14,16
305:4
watch 277:16
watching 280:12
way 15:19 21:9
53:5 54:19
103:5 108:3
144:13 146:4
172:23 174:21
183:15,19
202:12 207:13
214:12 218:3
232:14 253:2,18
272:23 273:15
275:21 314:7
316:17
ways 165:1
weak 99:13
100:23
wear 277:15
week 87:23 88:5
109:2 204:14,16
208:12,14
212:21 219:13
220:18 222:2,8
223:1,17 234:9
236:17 237:10
237:17,19,22
239:5,7,10,18
241:4 243:4
254:16,22 258:3
258:8 259:4
285:13,14 300:9
301:8,13 302:7
weeks 201:4,5
227:3 241:5
258:21,23
259:13 300:9
301:10 309:10
313:10
weird 287:4
well 6:23 10:17
16:3 18:3,21
26:2,17 27:1,12
28:12,12,17

30:20 33:12
34:9 35:14
36:22 38:12,17
40:7 44:19 45:2
45:19 47:11
48:8,23 49:16
52:9,13 53:4
55:17 57:21
58:8 59:10 63:8
63:9 64:17 66:1
66:19 67:20
68:17 70:5 71:1
71:9,15 74:13
76:4 78:7 79:10
84:4 86:15,21
90:18 93:7,11
93:16 99:6
100:21 101:22
105:16 106:1
107:6 108:15
109:17 111:1,20
118:3 127:20
135:19 139:20
147:14 150:17
156:5,6 157:1
159:5,15 166:10
168:20 171:17
174:4 178:14
179:10 180:8
181:12 182:5
184:9 186:9
191:16 192:13
199:2 208:9
210:3,9,14,18
213:18 214:1,2
215:2,4 217:4,8
218:12 220:22
222:5,10 227:16
228:17 236:10
241:13 252:2
264:21 271:1
277:3 278:15
279:17 290:2
294:17 295:18
297:8 304:7
307:16 309:1,22
310:9 314:4

**went** 9:5 10:4
11:9 23:11
34:15 40:8,13
44:5 64:17 65:8
67:7,17 75:7
83:4,23 87:2,17
100:22 102:3,8
105:10,11 107:6
107:19 144:10
144:14,18
145:12 150:9
153:20 154:3
158:16 195:1
198:12 199:2,13
204:21 206:2
207:9 209:16,22
215:16 226:19
232:8 255:1
257:3,4 259:12
263:2 264:2
268:17 270:5,6
270:6 289:22
302:22 304:15
305:18 314:21
**were** 5:13 6:9
9:17,19 10:3
11:1 12:2 14:3
16:11 19:8,15
19:21 22:12
23:23 31:15
34:3,4 35:1,17
36:2 38:2,3,15
39:23 40:5
41:19 45:1,15
46:7 47:4,12,13
47:17 50:7
52:14 57:7 58:6
63:21 64:23
65:7 67:2,3
70:15 71:8 73:8
73:15 74:1
78:16,21 79:1
79:16 80:13
81:15 86:12
88:18 92:10
93:5,16 94:7
100:14 101:3,21

103:6,7,19,19
105:7 106:10
109:3 111:16,20
112:10 113:13
113:16,23 114:6
114:9,17,21
115:5 116:6,7,9
116:15 117:22
119:2 121:10,14
121:17,18
122:11,12 123:4
123:6,14,17
124:15 125:1,4
125:5,9,16
126:2,11,17
127:19 128:10
129:19,23 130:4
130:8,14,16
133:12,18
135:10,16 136:4
136:6,12,17,21
136:23 137:18
137:19 138:2,19
139:6,10 142:9
145:6 146:20
147:2,14,18,22
147:23 148:5
149:1,3,8,10,15
149:21 150:16
151:3,7 155:8
156:1,2 163:10
164:18,21,22
167:19,20,20
168:1,4,10,16
169:4 170:1,12
170:17 173:13
173:23 174:5,6
175:4,14,18
176:5,10,10,17
177:10 178:2,19
179:11,17,17
180:18,18,23
181:20,21
182:13,19
183:22 184:11
185:3 187:15
188:7 190:3,7

190:13 192:11
196:9 197:2
203:19 205:20
207:18 208:4,7
208:18 209:2,10
209:13 210:4,15
213:8,20 214:7
215:3 219:17
220:13 221:2
222:2,21 223:1
223:14,16,20,22
228:10 233:4,5
234:3,9,21
236:18 237:16
238:8,14,21
240:2,10,11
242:1,5 243:15
244:9,14,19
245:6,8,10
246:23 249:10
250:1,9 252:10
253:18 255:4,21
255:22 262:2,15
262:18 264:15
267:7 268:10
270:3 277:8,21
279:5,5,16
280:23 282:5,9
283:2,16 284:17
285:14 287:7
291:12,21 294:6
295:19 296:7
299:9,19,21
301:4 302:3
303:3 306:18
307:7 309:4
310:15,19 311:5
313:22,23 314:1
314:9,14 316:5
316:7,10
**weren't** 121:19
131:19 150:16
150:18,23 151:3
151:11 174:1
179:21 184:1
192:3 193:4,18
194:17 208:6

215:17 219:2
223:18 230:8
231:2,9 232:22
233:6 234:4
236:4 237:20
241:8,17,21,23
242:5 255:9,22
262:5,17 281:8
306:5,19 307:6
308:3 311:6,10
**we'll** 90:13
247:12,17 248:5
270:9 298:1
**we're** 104:18
188:12 189:19
235:20 238:6
256:20,22 313:2
**we've** 76:1 185:7
185:11 249:13
288:19 296:13
296:18 297:22
309:1 315:4
**whatsoever** 43:6
**while** 19:20 23:23
25:4 67:2 71:8
78:16,21 79:1
81:15 103:19
121:16 122:11
125:15,17
189:19 294:6
295:19,22 296:7
311:18
**white** 175:8
199:22 257:13
**whites** 175:13,14
**whole** 114:9
124:15 153:20
164:15 165:6
179:9 240:14
244:8 249:1
253:17 280:15
280:15
**Willis** 12:20,22
**winded** 38:8
**windows** 14:8,10
14:16
**wiping** 86:13

**witness** 2:3 5:11
61:10 77:1
241:15 267:3
**woman** 156:10
**women** 55:20
59:6 187:16
**word** 58:9,9,20
58:20 108:3
140:21 246:18
**words** 59:9
187:18
**work** 13:11 16:21
17:1 19:21 28:6
28:18 30:16
32:19,21 35:6
43:3 49:4 60:19
60:20 64:23
73:9,11,13,18
83:4 85:14,17
85:23 87:23
88:4,6,8,17 89:6
89:11 99:4
100:11,15 101:3
103:8,14,15,20
103:20,23 104:1
104:6 110:6,16
111:3,22 113:19
119:5 127:9
135:13 147:9
158:16 204:20
207:7,8 208:19
208:21 209:18
215:10,11 216:1
217:12 218:10
220:10,12,14,21
221:21 222:3
223:2,11,12,13
223:21 227:19
230:20,22 231:4
231:21 232:11
232:14,14,16,16
234:15,15,18,20
234:21 235:4,18
235:19 236:2,3
236:5 238:19
239:1,15 240:2
240:11,12 241:9

242:1,6 243:3,4
244.6 246:6
248:16 255:9
259:3,6,7,21
262:3,4,13
264:12 281:11
281:13,15 285:1
285.5 286:3
287:7,8,9
289:22 295:22
304:14 307:3
310:3
**worked** 28:10,16
33:23 38:15
60:18 62:13,18
63:21 64:4,9,19
68:17 73:23
74:2 86:3 87:20
88:10,13,22
95:19 113:10,20
118:16 141:13
159:5 208:9
213:21 214:9,21
220:14,18 231:1
231:3,8 232:23
234:2,10 241:17
241:20 242:3
248:1 261:21
262:5,16,17
266:10 274.6
301:23
**working** 7:22
14:4 34:4,6
62:5 67:3 71:2
71:13,15 72:12
72:16 73:9 79:2
81:15 86:1
106:2,14,19
108:13 111:20
114:6,9 117:6
118:17 124:15
125:16 130:15
159:6 184:4
209:10 233:5
242:5 245:10
255:23 263:7
282:5 284:6

290:5 295:20
296:7 300:16
302:3
**works** 181:5
263:19
**worldwide**
148.15
**worry** 53:13
212:16
**worth** 36:13
**wouldn't** 16:5
37:13 49:22
51:13 53.4
55:14 58:15
77:9 104:2
109:13 150:20
158:21 161:15
168:22,23 169:3
192:17,18,21
193:7 195:23
209:15 229:7
232:9 234:12
235:23 246:2,19
250:8 255:14,15
256:7 257:2
258:3 300:9
302:13 310:8
**wrist** 277:16
**write** 6:19 17:14
132:21 218:14
246:5,7,17
248:15 256:20
256:22 261:13
**written** 110:21
189:12,13 244:2
**wrong** 157:18
187:9 289:16
**wrote** 82:5,20
83:10 96:5
**W-2** 314:14

_____

**X**

**X** 4:1,6

_____

**Y**

**ya** 85:9
**yeah** 10:19,19
30:5 32:19

33:17 35:20
46:14 48.19
56:4 67:10,23
72:2 77:11 81:7
90:17 93:7
94:23 100:8
101:4 107:10
145:4 157:11
158:8 185:10,12
197:17 204:18
208:5,8,17
228:23 230:19
248:4 263:4
269:21 270:21
282:7 284:23
293:18,20 301:3
303:10
**year** 7:17 10:18
18:13 86:6
107:1 163:23
176:21,21 178:7
178:12 201:13
230:10 233:9
305:19 314:17
**years** 13:16 68:18
121:17 176:23
266:10
**young** 28:6,7
30:9 122:8,13
122:14 123:8
130:14 156:4
187:15 188:1
**younger** 39:22
115:18 116:21
117:16 189:23
190:4,7 199:21
**youngest** 59:20
121:2
**y'all** 185:13,23
186:1,10,12
296:20,20 297:9
301:7
**y'all's** 295:16
301:8

_____

**Z**

**zero** 66:21

**Zimmer** 118:9,10
120:21 139:6,10
**zoo** 284:2

_____

**$**

$38.46 299:14
$6,216 299:4
$617.33 299:10

_____

**0**

00153 96:14
01-12-04 15:22
02 309:19,21
03 304:9 309:15
309:16

_____

**1**

1 4:8 5:8 7:3,5
29:20 293:17
299:3
**1st** 88:8,9,11,14
88:18 89:4
1-10-2003 213:1
1-23-2004 212:7
1-800 291:22
292:9
1-9-2004 211:13
1:25 34:10
10 4:17 68:17
210:20,21
285:13 315:3
**10th** 91:2 94:12
96:19 97:21
10:00 32:22 114:7
220:14 277:5
10:35 90:18
100 129:5 175:14
11 4:18 200:22
229:12,16
261:17 288:22
**11th** 77:21,22
78:6 312:11
11-1 307:21 308:4
11-12 241:19
11-14-03 309:17
11-15-2003
241:18
11-17 241:19

11-22nd 310:4
11-22-2003 240:8
11-28 310:4
11-30-2003 240:9
12 4:19 290:10,15
**12th** 15:17 19:14
64:17
12-1 240:22
12-9 240:22
13 4:20 290:19
291:3
14 4:21 68:11
212:22 293:3,6
**14th** 1:21 5:10
1420 7:12
15 4:9,22 298:19
298:23
**15th** 113:14
153 4:15
16 4:23 226:16
304.1,4
17 201:4 226:16
**19th** 303:9
1901 3:9
197 4:16
1987 64:10 67:8
1988 64:10

_____

**2**

2 4:9 15:10,13
29:20 34:13
76:23 175:8
**2nd** 302:11 303:9
20 57:10
2000 77:7
2001 113:14
230:7 300:16
2002 7:18 10:14
48:14 114:15
201:10 230:8
2003 14:22 17:8
22:19 23:2,14
26:16 47:15
48:15,15,17
126:20 127:13
129:19,23
143:14 144:3

146:1 152:19
153:19 155:4,19
163:1,7 168:14
170:3,8,19
176:7,18,21
178:13,14 180:6
182:4,12 183:20
184:19 185:18
186:15,21
197:15 198:12
201:11,17
211:15,16
212:20,21
288:22 289:8
293:11 301:1,4
301:5 306:10
307:5 311:17
313:19
2004 10:12,16,17
10:20,22 15:17
17:19 56:16
81:20 82:2 86:9
88:8 89:4 99:15
99:19 233:10
301:3 302:11
2005 1:22 5:10
10:19 100:6,18
103:7 104:21
21 212:8
21st 198:12
21.91 212:9
210 4:17
22nd 81:20 85:9
85:21 88:3,9,14
239:21 303:2
229 4:18
23 4:10
23rd 82:2
24 32:12 33:9
59:21
24th 303:3
25th 22:19 23:2
23:14 32:16
33:19 111:14
27th 26:16
127:13 197:15
197:17 289:8

293:13,19 294:2
290 4:19
2900 3:8
291 4:20
293 4:21
298 4:22

**3**

3 4:10 22:23 23:3
233:10
3:04 315:16
3:04CV1002-T
1:6
30 5:5 59:19
30th 239:23
304 4:23
34 212:21
35 203 3:10
356 113:11

**4**

4 4:11 41:17,22
42:8,18 153:6
233:9 299:18
40 121:17
41 4:11
46 119:22
47 119:18
48.24 212:23

**5**

5 4:4,12 15:21
62:2,6 240:5
5A 1:20
5:00 308:23
50 285:13
50-something
208:19
55 208:10

**6**

6 4:13 76:15,19
76:22 291:16
6.50 116:7
62 4:12

**7**

7 4:8,14 68:11

81:12,16 291:6
7-21-2003 198:8
7-25th-58 119:20
7-25-58 119:22
7.77 116:10
7:00 114:7 220:15
71.98 212:7
74 145:18,23
163:1 185:17
76 4:13
79 64:20

**8**

8 4:15 41:15 42:4
42:15 153:5,8
8th 303:4
80-something
208:10
81 4:14 67:1
87 64:20
88 67:9
89 67:12,12

**9**

9 4:16 197:7,11
9:00 1:23 5:11
90:16
90 175:7 176:1
90-day 230:18
91.92 309:14
93 64:4
95 309:11
96 64:4 67:20,20
99 67:20



# IN THE UNITED STATES DISTICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

WANDA DENISE AYERS,          )
                            )
        Plaintiff,          )
        vs.                 )        CIVIL ACION NO.
                            )        3:04cv1002-T
WAL-MART STORES EAST, LP )
                            )
        Defendant.          )
                            )

## ANSWERS TO DEFENDANT'S INTERROGATORIES

Plaintiff will identify (Wal-Mart Corporation) as so preferred as stated in the Answer to Amended Complaint as Wal-Mart Stores East, LP in the following Response:

### INTERROGATORIES

1.    State your full name, including middle name, and all nicknames, or any aliases, by which you have been know, and your social security number and date of birth.

    **ANSWER:**   WANDA DENISE AYERS
                  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

2.    State the addresses of all residences at which you have lived during the last five (5) years, specifying the dates during which you resided at each address.

    **ANSWER:**   1420 PAULINE STREET
                  NEW ORLEANS, LA
                  MARCH 3, 2004-PRESENT

                  1945 COUNTY ROAD 57
                  NOTASULGA, AL
                  MARCH 3, 2003-MARCH 3, 2004

                  5791 US HIGHWAY 80 E
                  TUSKEGEE, AL
                  SEPTEMBER 11, 2001-MARCH 3, 2003
                  TEMPORARY ADDRESS TO ATTEN COLLEGE

                  2433 ST. CLAUDE AVE.
                  NEW ORLEANS, LA
                  JUNE 1998-MARCH 3, 2003

3.  Describe your education, including but not limited to identifying all schools that you attended, military training you received, courses of instruction of any type in which you participated, on the job training you have received, all degrees or certifications you have received and the dates of attendance for each.

    **ANSWER:**  ST. MARK FAMILY DAY CARE
    New Orleans, LA
    **Certificate:** Early Childhood Education
    Attended 1980-1981

    Mt. Carmel Christian Faith Academy
    New Orleans, LA
    **Certificate:** Supervisor/Teacher- Training
    Attended 1997-1998

    Delgado Community College
    New Orleans, LA
    **Associate Degree:** Computer Information System
    Attended 1996-1999

    Southern University of New Orleans
    **Major Studies:** Business Administration
    Attended 1999-2000

    Faulkner Christian University
    Montgomery, AL
    **Bachelor of Science Degree:**
    Human Resource Management
    Attended 2001-2002

4.  Identify all your employers from 2000 to present, including your position, rate(s) of pay, benefits, supervisor's name, and the dates of employment for each.

    **ANSWER:**  Wal-Mart Store 356
    Store Manager Tuesday Crawford
    Pay rate: 6.50 end 7.77
    Stocker
    November 15, 2001 - current

    Advance Auto Parts
    Store Manager
    Pay rate: 8.50
    June 2002- January 2003

5.  Identify all your employers whom you have applied for or sought employment, regardless of whether you were hired, from 2000 to the present.

**ANSWER:** Statement is too broad over burdensome refer to statement 4 and 5.

6.  Identify all physicians, psychiatrists, psychologists, counselors, ministers or other healthcare providers, whether for physical or mental health treatment, from whom you have sought or received treatment within the last five (5) five years, regardless of the nature of the reason.

**ANSWER:**     **Dental Care- 2002**
**Health Care- 2003**

7.  Identify all medications that you have been prescribed from 2000 to the present, including the name of the physician or other healthcare provider who prescribed the medication.

**ANSWER: None**

8.  If you have ever been treated as an inpatient in a hospital or received any treatment on an outpatient basis with the past five (5) years, please state the dates of each such treatment and identify the physician(s), psychiatrist(s), psychologist(s) or other healthcare provider who treated you.

**ANSWER:** Emergency room visit for chest pain in May 20, 2004.

9.  Have you ever applied for unemployment compensation benefits? If so, in what state and when?

**ANSWER:**     Applied for Unemployment benefits
State: Alabama
When: January 2005

10.  Have you ever applied for disability benefits of any type, including through the Social Security Administration of a private insurance carrier?

**ANSWER:** None

11.  Have you ever been arrested for, or convicted of, a crime?

**ANSWER:** Never

12.   Have you ever declared bankruptcy?

     **ANSWER:** No

13.   Identify each person whom you expect to call as an expert witness at trial and for each:

     (a) State the subject matter on which the expert is expected to testify;

       **ANSWER:** None

14.   Identify each expert whom you or any other person or entity retained or specifically employed in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial.

     **ANSWER:** This information will be furnished at a later date upon obtaining an expert.

Wanda D. Ayers
1420 Pauline Street
New Orleans, LA 70117
(504) 945-9781

### Certificate of Service

I hereby certify the above and foregoing has been served on the Plaintiff, by Unite State mail, first-class, postage-prepaid and properly addressed on this, the ____1____ day of March 2005:

Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618


Plaintiff, Wanda D. Ayers

Exhibit 5

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | |
|---|---|
| ☑ INCIDENT  ☐ OFFENSE  ☐ SUPPLEMENT | CASE # 0 4 0 0 3 4 6 |

| 4 ORI | DATE AND TIME OF THIS REPORT | | AGENCY NAME | | 6 SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|---|
| 0 4 3 0 1 0 0 | 0 1 1 2 0 4 | 13:25 ☐ AM ☑ PM | AUBURN POLICE DEPART | | |
| REPORT BY | VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | | | 10 PHONE |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) ☑ 2 | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 NAME |
|---|---|---|
| AYERS, WANDA D | 1945 CO RD 67   NOTASULGA, AL  36866 | (334) 329-0036 |
| 16 EMPLOYER/SCHOOL | OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
| WALMART | STOCK CLERK | 1717 S COLLEGE ST   AUBURN, AL  36830 | (334) 821-2493 |

| 20 SEX | RACE | SEX | HGT | WGT | AGE | 26 AGE | WAS OFFENDER KNOWN TO VICTIM? | VICTIM WAS (EXPLAIN RELATIONSHIP) |
|---|---|---|---|---|---|---|---|---|
| 4 11 | 120 | 0 7 2 5 6 8 | 045 | | ☐ Y ☑ N | |

| 30 TYPE INCIDENT OR OFFENSE  ☐ FEL. ☑ MISD. | 31 DEGREE (CIRCLE) 1 2 3 | STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| HARASSMENT | | 013A-11-0022 |
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | DEGREE (CIRCLE) 1 2 3 | STATE CODE/LOCAL ORDINANCE |

| 39 PLACE OF OCCURRENCE | | SECTOR |
|---|---|---|
| WALMART SUPERCENTER  1717 S COLLEGE ST   AUBURN, AL  36830 | | 8 0 2 3 4 |

| 40 POINT OF ENTRY | 47 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|
| ☐ DOOR  ☐ ROOF  ☐ WINDOW  ☐ OTHER | ☐ FORCIBLE  ☑ NO FORCE  ☐ ATT. FORCIBLE | ☐ SIMPLE  ☐ AGGR. | |

| OCCURRED ON OR BETWEEN | TIME | LIGHTING | WEATHER | PREMISES |
|---|---|---|---|---|
| 0 1 1 1 0 4 | 07:00 ☐ AM ☑ PM | ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | ☑ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY-ST. ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA.  ☐ BANK ☐ DRUG STORE ☐ APT./TOWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |

| 54 VERIFY FOR ☐ Y | TREAT. FOR ☐ Y | CIRCUMSTANCES | CODE |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE INJURY ☐ N | LOCATION, RAPE | 0 1 |

| WEAPONS USED | DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | |
|---|---|---|
| ☐ FIREARM  ☐ HANDS, FISTS, VOICE, ETC.  ☐ KNIFE  ☐ OTHER DANGEROUS | | ☐ HANDGUN  ☐ RIFLE  ☐ SHOTGUN  ☐ UNKNOWN |

## PROPERTY DESCRIPTION

| QUANTITY | STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | DESCRIBE | DOLLAR VALUE | | RECOVERED | |
|---|---|---|---|---|---|---|
| | | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | | |

## DOLLAR VALUE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS | |

| 75 CHECK CATEGORIES | ☐ STOLEN  ☐ RECOVERED  ☐ SUSPECTS VEH.  ☐ VICTIMS VEH.  ☐ UNAUTH. USE  ☐ ABANDONED |
|---|---|

## VEHICLES

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|
| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN  ☐ BUS. ☐ RES. ☐ PUB. | 89 OWNERSHIP  ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER  VERIFIED BY: | 90 WARRANT SIGNED ☐ Y ☐ N |
|---|---|---|---|
| 81 AUTO INSURER NAME (COMPANY)   ADDRESS (STREET, CITY, STATE, ZIP) | | | 91 PHONE |

| NCIC/TAX RECOVERY ONLY FELONY REC USED MISC NCIC CODE | 93 STOLEN IN YOUR JURISDICTION?  ☐ YES/NO | 94 RECOVERED IN YOUR JURISDICTION?  ☐ Y/NO |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV. 6-94

INCHES | 1 | 2 | 3 | 4 | 5 | 6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**INCIDENT/OFFENSE REPORT CONTINUED**

| DATE AND TIME OF REPORT | 0 1 1 2 0 4 | 13:25 | AM / PM / MIL | CASE # 0 4 0 0 0 3 4 6 | OFFENSE: SUSPECT / MISSING PERSON | CHECK IF MULTIPLE |

NAME (LAST, FIRST, MIDDLE)
**CLARK, ALPHONSO**

| NICKNAME/ALIAS | | RACE B | SEX M | DOB | AGE 047 |

ADDRESS (STREET, CITY, STATE, ZIP)
**6715 CO RD 24   AUBURN, AL 36830**

| HGT 5 10 | WGT 180 | EYE BRO | HAIR BLK | COMPLEXION MEDIUM |

PROBABLE DESTINATION

| ARREST: Y / N / UNK. | WEAPON | ARRESTED / WANTED |

CLOTHING

| SCARS | MARKS | TATOOS |

NAME (LAST, FIRST, MIDDLE) | NICKNAME/ALIAS | RACE W | SEX M / F | DOB | AGE |

ADDRESS (STREET, CITY, STATE, ZIP) | HGT | WGT | EYE | HAIR | COMPLEXION |

PROBABLE DESTINATION | ARREST: Y / N / UNK. | WEAPON | ARRESTED / WANTED |

CLOTHING | SCARS | MARKS | TATOOS |

**WITNESSES**

| NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | ADDRESS (STREET, CITY, STATE, ZIP) | RES. PHONE | BUS. PHONE |
| SEX M / F   RACE W / B | | | |
| SEX M / F   RACE W / B | | | |
| SEX M / F   RACE W / B | | | |
| SEX M / F   RACE W / B | | | |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

MS AYERS ADVISED THAT, ON THE LISTED DATE AND TIME, SHE WAS INVOLVED IN A VERBAL CONFRONTATION WITH THE LISTED SUSPECT AND FELLOW EMPLOYEE, ALPHONSO CLARK. AYRES STATED THAT WHILE SHE WAS AT WORK (WALMART), CLARK APPROACHED HER INSIDE THE STORE. INITIALLY CLARK CALLED OUT TO HER AND SHE IGNORED HIM. CLARK CONTINUED TO FOLLOW HER THROUGH THE STORE UNTIL SHE STOPPED TO FIND OUT WHAT HE WANTED. AYERS SAID THAT CLARK IMMEDIATELY BEGAN TO BERATE HER IN HUSHED TONES. THROUGHOUT THE CONFRONTATION, CLARK TALKED DOWN TO HER AND REFERRED TO HER AS STUPID. WHEN HE FINISHED AND WAS TURNING TO WALK AWAY, CLARK STATED THAT SHE EITHER NEEDED TO LEAVE THE AREA OR HAVE SOMEONE COME GET HER. BEFORE SOMETHING HAPPENED TO HER. AYERS SAID THAT SHE WAS FRIGHTENED BY THE STATEMENT, BUT DID NOT NOTIFY WALMART MANAGEMENT BECAUSE OF AN ON GOING DIPUTE SHE HAS WITH THEM. AYERS WAS INVOLVED IN A DOMESTIC RELATIONSHIP WITH CLARK PRIOR TO THIS INCIDENT.

CONTINUED ON SUPPLEMENT

| ARRESTING AGENCY ORI | ARRESTING AGENCY CASE # |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for verifying this agency if any status, property or existing status hereto reported is returned.

SIGNATURE

| MULTIPLE CASES CLOSED | CASE # | OFX | CASE # | OFX | CASE # | OFX | CASE # |

**ADMINISTRATIVE**

| CASE STATUS: PENDING / INACTIVE / CLOSED | CASE DISPOSITION: CLEARED BY ARREST (JUV.) / CLEARED BY ARREST (ADULT) / UNFOUNDED / ADM. CLEARED | EXCEPTIONAL CLEARANCE: SUSPECT/OFFENDER DEAD / OTHER PROSECUTION / EXTRADITION DENIED / LACK OF PROSECUTION / JUVENILE, NO REFERRAL / DEATH OF VICTIM | REPORTING OFFICER **HAYS, RUSSELL N**   03984 |
| | | | ARRESTING OFFICER |
| ENTERED ACM/NCIC   DATE | | | SUPERVISOR APPROVAL **SPARKS   01127** | WATCH CMDR. **HOWELL   02137** |

Exhibit 6.

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 INCIDENT  ☒ 2 OFFENSE  3 SUPPLEMENT | 2 CASE # 0 3 1 1 0 0 | 3 ORI |
|---|---|---|---|---|

| 4 ORI | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | 7 |
|---|---|---|---|---|
| 0 4 6 0 0 0 0 | 1 1 2 5 0 3  11:45 ☒ AM ☐ PM | | Macon County Sheriff Department | |

| 8 REPORTED BY | 9 VICTIM OR | 9 DOMESTIC (STREET, CITY, STATE, ZIP) | 14 PHONE ( ) |
|---|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| Ayers, Wanda Denise | ☒ ☒ SS | 1945 Co. Rd. 57, Notsulga, AL 36866 | ( 334 ) 332-8028 |
| 16 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
| Wal-Mart | Stock | 1717 South College St., Auburn, AL | ( 334 ) 821-2493 |

| RESIDENT | HT | WT | DOB | AGE | OFFENDER KNOWN TO VICTIM? | VICTIM'S (EXPLAIN RELATIONSHIP) | CODE |
|---|---|---|---|---|---|---|---|
| | 5-0 | 110 | 0 7 2 5 5 8 | | ☒ Y ☐ N | Friend | |

| 30 TYPE INCIDENT OR OFFENSE | ☐ FEL. | ☒ MISD | 31 DEGREE (CIRCLE) 1 2 ③ | 32 GOV CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|---|---|
| Theft of Property | | | | | |
| 34 TYPE INCIDENT OR OFFENSE | ☐ FEL. | ☐ MISD | 1 2 3 | 36 GOV CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| 1945 Co. Rd. 57, Notsulga, AL 36866 | |

| 40 POINT ENTRY | 41 METHOD | 42 ASSAULT | 43 |
|---|---|---|---|
| ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | ☐ SIMPLE ☐ AGRAV. | ☐ Y ☐ N |

| OCCURRED ON OR BETWEEN | | WEATHER | PLACE | |
|---|---|---|---|---|
| 1 1 2 0 0 3  10:00 ☐ AM ☒ PM | LIGHTING ☐ 1 - NATURAL ☐ 2 - ARTIFICIAL ☐ 3 - POOR | ☒ 1 - CLEAR ☐ 2 - CLOUDY ☐ 3 - RAIN ☐ 4 - FOG ☐ 5 - SNOW ☐ 6 - HAIL ☐ 7 - UNK. | A - HWY.-ST.-ALLEY B - RAILROAD C - RESIDENCE D - CHURCH E - SCHOOL F - CONVENIENCE G - INDUSTRIAL N - SERVICE STA. | I - BANK J - DRUG STORE K - ART/TWN. RES. L - SHOPPING CENTER M - PARKING LOT N - OTHER COMMER. O - OTHER |
| 1 1 2 0 0 3  11:00 ☐ AM ☒ PM | | | | |

| WEAPONS USED | | 60 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|---|
| ☐ KNIFE | ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | DESCRIBE | |

## DESCRIPTION OF PROPERTY / PROPERTY VALUE

| 60 QUANTITY | 61 STOLEN - RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE,MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 1 | White vase – with top | $100 | | | |
| | | | | | |
| | | ☐ CONTINUED IN NARRATIVE | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | $100 S R D C | S R D C | S R D C | S R D C |

| 75 CHECK CATEGORIES | ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECT'S VEH. | ☐ VICTIM'S VEH. | ☐ UNAUTH. USE | ☐ ABANDONED |
|---|---|---|---|---|---|---|

## VEHICLES

| 76 GRILLE | 77 LIC. | 78 LIS. | 79 LIT. | 80 TAG COLOR | 81 PIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 APPRX. STOLEN ☐ BUS. ☐ RES. ☐ OTHER | 89 RECOVERY ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ YES # ☐ NO |
|---|---|---|---|
| 91 AUTO DEALER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | | | 91 PHONE ( ) |

| FOR OR VEH/RECOVERY ON/REQUESTED IMPOUND LIEN CODE | 93 STOLEN IN YOUR JURISDICTION? | YES ☐ NO ☐ | 94 RECOVERED IN YOUR JURISDICTION? YES ☐ NO ☐ | |
|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC

**INCIDENT/OFFENSE REPORT CONTINUED**

DATE AND TIME OF REPORT: 1 1 2 5 0 3   11 : 45

CASE #: 0 3 1 1 0 0 0

NAME (LAST, FIRST, MIDDLE): rk, Alfonso

DOB: 1 2 0 9 5 6   AGE: 47

ADDRESS (STREET, CITY, STATE ZIP): ounty Road 24, Auburn, AL

HGT: 5'5   WGT: 200   EYE: Brn   HAIR: Blk   COMPLEXION: Med

## NARRATIVE

On Tuesday, November 25, 2003 at approximately 11:45 a.m., Ayers arrived at the Sheriff Department, in reference to theft of property. Upon arrival, Ayers advised, after returning to her residence from an out-of-town trip, Clark began unloading her belongings, while she was resting due to slight illness. After the vehicle Ayers and Clark was travelling in was unloaded, Clark left the residence. After Clark left the residence, Ayers realized her vase was missing from the living room closet.

According to Ayers, she saw the vase when they entered the residence, but noticed it was missing after Clark's departure. Ayers heard the vase being moved by Clark just before he left the residence.

Ayers stated, the vase contains a listening device that is an issue with an employer.

CONTINUED ON SUPPLEMENT   Y ☐   N ☒

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

SIGNATURE

**147 CASE STATUS**
☐ 1 - PENDING
☐ 2 - INACTIVE
☐ 3 - CLOSED

**148 CASE DISPOSITION**
☐ 1 - CLEARED BY ARREST (JUV)
☐ 2 - CLEARED BY ARREST (ADULT)
☐ 3 - UNFOUNDED
☐ 5 - ADMINISTRATIVELY CLEARED

☐ 4 - EXCEPTIONAL CLEARANCE
☐ A - SUSPECT/OFFENDER DEAD
☐ B - OTHER PROSECUTION
☐ C - EXTRADITION DENIED
☐ D - LACK OF PROSECUTION
☐ E - JUVENILE, NO REFERRAL
☐ F - DEATH OF VICTIM

**249 REPORTING OFFICER:** J.K. McCray

**250 ASSISTING OFFICER:**

334
832-4980
LC30

334
263-
1691

PAUL HODSON
KELVIN KING
745-2771

Exhibit 8

July – Aug 2002

No Noticeable Change

Exhibit 2

**Billed Airtime**
**Account: 41072662**

SMS DETAILS FOR MOBILE NUMBER (334) 332-8028

| Item | Date | Time | Category | MO/MT | No. Called | Description | Usage | Charge |
|------|------|------|----------|-------|------------|-------------|-------|--------|
| 1 | 08/03 | 01:59PM | 00 | 2 | 504 931-0746 | OTHER MOBILE TO MOBILE | 5kb | 0.10 |
| | | | | | | Total | 5kb | 0.10 |

Category: 01-Text Message; 02-Numeric Paging
MO/MT: 1=Terminated; 2=Originated

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028    ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|------|------|------|----|-----------|-------------|---|---|---------|----------|-----------|-------|
| 1 | 07/21 | 07:47AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 2 | 07/21 | 07:55AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 3 | 07/21 | 09:05AM | | 202 530-0684 | WASHINGTON | | P | 1:00 | | | |
| 4 | 07/21 | 10:32AM | | 202 530-9427 | WASHINGTON | | P | 1:00 | | | |
| 5 | 07/21 | 10:33AM | | 202 530-9427 | WASHINGTON | | 4 | 1:00 | | | |
| 6 | 07/21 | 10:55AM | | 504 715-5694 | INCOMING | | P | 3:00 | | | |
| 7 | 07/21 | 11:21AM | | 302 744-9237 | DOVER | | P | 6:00 | | | |
| 8 | 07/21 | 11:21AM | | 302 744-9237 | DOVER | | 4 | 6:00 | | | |
| 9 | 07/21 | 01:17PM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 10 | 07/21 | 01:17PM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 11 | 07/21 | 06:12PM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 12 | 07/21 | 06:12PM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 13 | 07/21 | 06:38PM | | 504 715-5694 | NEWORLEANS | | P | 2:00 | | | |
| 14 | 07/21 | 06:39PM | | 504 715-5694 | NEWORLEANS | | 4 | 1:00 | | | |
| 15 | 07/21 | 08:15PM | | 301 847-0998 | LAYHILL | | P | 18:00 | | | |
| 16 | 07/21 | 08:15PM | | 301 847-0998 | LAYHILL | | 4 | 18:00 | | | |
| 17 | 07/21 | 09:19PM | | 800 966-8369 | 800 SERV. | W | O | 2:00 | | | |
| 18 | 07/22 | 07:11AM | | 334 821-2493 | AUBURN | | P | 1:00 | | | |
| 19 | 07/22 | 09:10AM | | 504 715-5694 | NEWORLEANS | W | O | 1:00 | | | |
| 20 | 07/22 | 09:10AM | | 504 715-5694 | NEWORLEANS | | 4 | 1:00 | | | |
| 21 | 07/23 | 07:45AM | | 504 715-5694 | INCOMING | | P | 1:00 | | | |
| 22 | 07/23 | 10:12AM | | 334 745-6447 | OPELIKA | | P | 2:00 | | | |
| 23 | 07/23 | 10:29AM | | 334 745-6949 | INCOMING | | P | 4:00 | | | |
| 24 | 07/23 | 11:16AM | | 334 821-2493 | AUBURN | | P | 2:00 | | | |
| 25 | 07/24 | 01:56AM | | 334 502-8032 | AUBURN | W | O | 4:00 | | | |
| 26 | 07/24 | 04:52PM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 27 | 07/24 | 05:36PM | | 334 745-6949 | OPELIKA | R | P | 1:00 | | | |
| 28 | 07/24 | 11:29PM | | 334 328-8028 | MONTGOMERY | W | O | 1:00 | | | |
| 29 | 07/24 | 11:29PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 30 | 07/24 | 11:30PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 31 | 07/25 | 00:19AM | | 334 740-0032 | INCOMING | W | O | .2:00 | | | |
| 32 | 07/25 | 00:19AM | | 504 214-9153 | CL DELVRY | | 4 | 2:00 | | | |
| 33 | 07/25 | 00:42AM | | 334 750-0857 | AUBURN | W | O | 1:00 | | | |
| 34 | 07/25 | 11:37AM | | 504 715-5694 | NEWORLEANS | R | P | 1:00 | | | |
| 35 | 07/25 | 11:39AM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 36 | 07/25 | 01:18PM | | 504 945-8781 | NEWORLEANS | R | P | 1:00 | | | |
| 37 | 07/25 | 07:13PM | | 504 945-8030 | NEWORLEANS | R | P | 1:00 | | | |
| 38 | 07/25 | 07:59PM | | 334 727-7807 | INCOMING | R | P | 3:00 | | | |
| 39 | 07/25 | 07:59PM | | 504 214-9119 | CL DELVRY | | 4 | 2:00 | | | |
| 40 | 07/25 | 08:41PM | | 504 715-5694 | NEWORLEANS | R | P | 1:00 | | | |
| 41 | 07/25 | 08:44PM | | 504 715-5694 | INCOMING | R | P | 1:00 | | | |
| 42 | 07/25 | 08:45PM | | 504 214-9165 | CL DELVRY | | 4 | 1:00 | | | |
| 43 | 07/25 | 10:58PM | | 202 530-9427 | WASHINGTON | W | 2 | 1:00 | | | |
| 44 | 07/26 | 11:51AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 45 | 07/26 | 11:52AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 46 | 07/26 | 11:58AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 47 | 07/26 | 12:00PM | | 334 332-8028 | AUBURN | W | 2 | 2:00 | | | |
| 48 | 07/26 | 12:02PM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 49 | 07/26 | 12:09PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 50 | 07/26 | 12:09PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 51 | 07/26 | 12:09PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 52 | 07/26 | 12:10PM | | 504 261-1388 | NEWORLEANS | W | 2 | 1:00 | | | |
| 53 | 07/26 | 12:11PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |

**Billed Airtime**

**Account: 41072662**

| 54 | 07/26 12:15PM | | 334 332-6020 | AUBURN | W 2 | 1:00 |
|---|---|---|---|---|---|---|
| 55 | 07/26 12:16PM | | 678 642-5846 | ATLANTA | W 2 | 2:00 |
| 56 | 07/26 12:18PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 57 | 07/26 12:18PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 58 | 07/26 12:19PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 59 | 07/26 12:19PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 60 | 07/26 12:19PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 61 | 07/26 12:20PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 62 | 07/26 12:25PM | | 301 847-0998 | LAYHILL | W 2 | 3:00 |
| 63 | 07/26 12:27PM | | 301 233-5395 | SILVER SPG | W 2 | 9:00 |
| 64 | 07/26 12:38PM | | 504 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 65 | 07/26 12:39PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 66 | 07/26 12:53PM | MB | 504 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 67 | 07/26 12:54PM | MB | 504 473-9014 | KENNER | W 2 | 1:00 |
| 68 | 07/26 04:47PM | | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 69 | 07/26 04:49PM | | 334 750-0857 | AUBURN | W 2 | 1:00 |
| 70 | 07/26 04:54PM | | 985 215-7707 | HAMMOND | W 2 | 1:00 |
| 71 | 07/26 04:55PM | | 985 215-7707 | HAMMOND | 4 | 1:00 |
| 72 | 07/26 04:55PM | | 504 253-5098 | NEWORLEANS | W 2 | 1:00 |
| 73 | 07/26 04:55PM | | 504 253-5098 | NEWORLEANS | 4 | 1:00 |
| 74 | 07/26 04:57PM | | 504 715-5694 | INCOMING | W 2 | 1:00 |
| 75 | 07/26 05:13PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 76 | 07/26 05:13PM | | 678 642-5846 | ATLANTA | 4 | 1:00 |
| 77 | 07/26 05:14PM | | 504 581-1000 | NEWORLEANS | W 2 | 5:00 |
| 78 | 07/26 05:15PM | | 504 581-1000 | NEWORLEANS | 4 | 4:00 |
| 79 | 07/26 05:18PM | | 504 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 80 | 07/26 05:19PM | | 504 261-1388 | NEWORLEANS | 4 | 1:00 |
| 81 | 07/26 05:58PM | | 504 473-9014 | KENNER | W 2 | 5:00 |
| 82 | 07/26 05:58PM | | 504 473-9014 | KENNER | 4 | 4:00 |
| 83 | 07/26 06:01PM | | 985 215-7707 | INCOMING | W 2 | 2:00 |
| 84 | 07/26 06:03PM | | 504 473-9014 | KENNER | W 2 | 2:00 |
| 85 | 07/26 06:04PM | | 504 473-9014 | KENNER | 4 | 2:00 |
| 86 | 07/26 06:06PM | | 504 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 87 | 07/26 06:57PM | | 334 750-0857 | INCOMING | W 2 | 4:00 |
| 88 | 07/26 07:00PM | | 678 642-5846 | ATLANTA | W 2 | 2:00 |
| 89 | 07/26 07:01PM | | 678 642-5846 | ATLANTA | 4 | 1:00 |
| 90 | 07/26 07:01PM | | 504 581-1000 | NEWORLEANS | W 2 | 1:00 |
| 91 | 07/26 07:02PM | | 504 581-1000 | NEWORLEANS | 4 | 1:00 |
| 92 | 07/26 07:02PM | | 504 581-1000 | NEWORLEANS | W 2 | 2:00 |
| 93 | 07/26 07:02PM | | 504 581-1000 | NEWORLEANS | 4 | 2:00 |
| 94 | 07/26 07:27PM | | 504 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 95 | 07/26 07:27PM | | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 96 | 07/26 08:03PM | | 504 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 97 | 07/26 08:04PM | | 504 899-0704 | NEWORLEANS | 4 | 1:00 |
| 98 | 07/26 09:01PM | | 504 899-0404 | NEWORLEANS | W 2 | 22:00 |
| 99 | 07/26 09:01PM | | 504 899-0404 | NEWORLEANS | 4 | 22:00 |
| 100 | 07/26 09:02PM | | 985 215-7707 | INCOMING | W 2 | 1:00 |
| 101 | 07/26 09:38PM | | 985 215-7707 | HAMMOND | W 2 | 1:00 |
| 102 | 07/26 09:38PM | | 985 215-7707 | HAMMOND | 4 | 1:00 |
| 103 | 07/26 10:06PM | | 678 642-5846 | ATLANTA | W 2 | 1:00 |
| 104 | 07/26 10:07PM | | 678 642-5846 | ATLANTA | 4 | 1:00 |
| 105 | 07/26 10:07PM | | 504 701-7465 | KENNER | W 2 | 3:00 |
| 106 | 07/26 10:07PM | | 504 701-7465 | KENNER | 4 | 3:00 |
| 107 | 07/26 10:11PM | | 504 822-2141 | NEWORLEANS | W 2 | 1:00 |
| 108 | 07/26 10:11PM | | 504 822-2141 | NEWORLEANS | 4 | 1:00 |
| 109 | 07/26 10:11PM | | 504 296-9315 | KENNER | W 2 | 1:00 |
| 110 | 07/26 10:11PM | | 504 296-9315 | KENNER | 4 | 1:00 |
| 111 | 07/26 10:14PM | | 504 948-8821 | NEWORLEANS | W 2 | 6:00 |
| 112 | 07/26 10:15PM | | 504 948-8821 | NEWORLEANS | 4 | 7:00 |
| 113 | 07/26 10:28PM | | 504 246-3835 | NEWORLEANS | W 2 | 33:00 |
| 114 | 07/26 10:28PM | | 504 246-3835 | NEWORLEANS | 4 | 33:00 |
| 115 | 07/26 11:37PM | | 504 296-9315 | KENNER | W 2 | 1:00 |
| 116 | 07/26 11:37PM | | 504 296-9315 | KENNER | 4 | 1:00 |
| 117 | 07/26 11:38PM | | 985 634-7927 | HAMMOND | W 2 | 1:00 |
| 118 | 07/26 11:38PM | | 985 634-7927 | HAMMOND | 4 | 1:00 |
| 119 | 07/26 11:40PM | | 504 896-4700 | NEWORLEANS | W 2 | 1:00 |
| 120 | 07/26 11:41PM | | 504 896-4700 | NEWORLEANS | 4 | 1:00 |
| 121 | 07/26 11:41PM | | 985 215-7707 | HAMMOND | W 2 | 2:00 |
| 122 | 07/26 11:42PM | | 985 215-7707 | HAMMOND | 4 | 2:00 |
| 123 | 07/26 11:44PM | | 985 634-7927 | HAMMOND | W 2 | 1:00 |
| 124 | 07/26 11:44PM | | 985 634-7927 | HAMMOND | 4 | 1:00 |

**Billed Airtime**

Account: 41072662

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 125 | 07/26 | 11:44PM | 504 | 296-9315 | KENNER | W | 2 | 1:00 |
| 126 | 07/26 | 11:45PM | 504 | 261-1388 | NEWORLEANS | W | 2 | 1:00 |
| 127 | 07/26 | 11:46PM | 504 | 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 128 | 07/26 | 11:48PM | 504 | 948-8821 | NEWORLEANS | W | 2 | 2:00 |
| 129 | 07/26 | 11:48PM | 504 | 948-8821 | NEWORLEANS | | 4 | 2:00 |
| 130 | 07/27 | 03:40AM | 985 | 215-7707 | INCOMING | W | 2 | 1:00 |
| 131 | 07/27 | 03:43AM | 504 | 896-4700 | NEWORLEANS | W | 2 | 1:00 |
| 132 | 07/27 | 03:43AM | 504 | 896-4700 | NEWORLEANS | | 4 | 1:00 |
| 133 | 07/27 | 08:31AM | 334 | 750-0857 | AUBURN | W | 2 | 7:00 |
| 134 | 07/27 | 09:38AM | 504 | 899-0704 | NEWORLEANS | W | 2 | 1:00 |
| 135 | 07/27 | 09:39AM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 136 | 07/27 | 09:40AM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 137 | 07/27 | 09:43AM | 706 | 687-8327 | COLUMBUS | W | 2 | 3:00 |
| 138 | 07/27 | 09:43AM | 706 | 687-8327 | COLUMBUS | | 4 | 3:00 |
| 139 | 07/27 | 09:45AM | 504 | 253-5098 | NEWORLEANS | W | 2 | 1:00 |
| 140 | 07/27 | 09:45AM | 504 | 253-5098 | NEWORLEANS | | 4 | 1:00 |
| 141 | 07/27 | 10:08AM | 504 | 581-1000 | NEWORLEANS | W | 2 | 1:00 |
| 142 | 07/27 | 10:09AM | 504 | 581-1000 | NEWORLEANS | | 4 | 1:00 |
| 143 | 07/27 | 10:17AM | 504 | 524-0010 | NEWORLEANS | W | 2 | 1:00 |
| 144 | 07/27 | 10:17AM | 504 | 524-0010 | NEWORLEANS | | 4 | 1:00 |
| 145 | 07/27 | 10:32AM | 504 | 473-9014 | KENNER | W | 2 | 1:00 |
| 146 | 07/27 | 10:32AM | 504 | 473-9014 | KENNER | | 4 | 1:00 |
| 147 | 07/27 | 10:46AM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 148 | 07/27 | 10:46AM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 149 | 07/27 | 10:46AM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 150 | 07/27 | 10:47AM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 151 | 07/27 | 10:47AM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 152 | 07/27 | 10:47AM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 153 | 07/27 | 02:03PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 154 | 07/27 | 02:03PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 155 | 07/27 | 02:03PM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 156 | 07/27 | 02:04PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 157 | 07/27 | 02:04PM | 504 | 473-9014 | KENNER | W | 2 | 1:00 |
| 158 | 07/27 | 02:05PM | 504 | 473-9014 | KENNER | | 4 | 1:00 |
| 159 | 07/27 | 02:48PM | 334 | 745-5298 | OPELIKA | W | 2 | 1:00 |
| 160 | 07/27 | 02:49PM | 334 | 821-7274 | AUBURN | W | 2 | 1:00 |
| 161 | 07/27 | 03:39PM | 985 | 215-7707 | INCOMING | W | 2 | 3:00 |
| 162 | 07/27 | 04:25PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 46:00 |
| 163 | 07/27 | 04:25PM | 504 | 945-8781 | NEWORLEANS | | 4 | 45:00 |
| 164 | 07/27 | 05:21PM | 985 | 215-7707 | HAMMOND | W | 2 | 13:00 |
| 165 | 07/27 | 05:21PM | 985 | 215-7707 | HAMMOND | | 4 | 13:00 |
| 166 | 07/27 | 05:41PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 167 | 07/27 | 05:41PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 168 | 07/27 | 05:44PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 169 | 07/27 | 05:44PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 170 | 07/27 | 05:45PM | 504 | 296-9315 | KENNER | W | 2 | 8:00 |
| 171 | 07/27 | 05:45PM | 504 | 296-9315 | KENNER | | 4 | 9:00 |
| 172 | 07/27 | 05:54PM | 225 | 939-2828 | BATONROUGE | W | 2 | 1:00 |
| 173 | 07/27 | 05:54PM | 225 | 939-2828 | BATONROUGE | | 4 | 1:00 |
| 174 | 07/27 | 06:40PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 175 | 07/27 | 06:41PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 176 | 07/27 | 06:51PM | 504 | 473-9014 | KENNER | W | 2 | 1:00 |
| 177 | 07/27 | 06:51PM | 504 | 473-9014 | KENNER | | 4 | 1:00 |
| 178 | 07/27 | 06:55PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 179 | 07/27 | 06:55PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 180 | 07/27 | 07:05PM | 504 | 949-8272 | NEWORLEANS | W | 2 | 2:00 |
| 181 | 07/27 | 07:05PM | 504 | 949-8272 | NEWORLEANS | | 4 | 2:00 |
| 182 | 07/27 | 07:10PM | 504 | 427-3809 | NEWORLEANS | W | 2 | 63:00 |
| 183 | 07/27 | 07:10PM | 504 | 427-3809 | NEWORLEANS | | 4 | 63:00 |
| 184 | 07/27 | 08:09PM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 185 | 07/27 | 08:12PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 186 | 07/27 | 08:15PM | 985 | 215-7707 | HAMMOND | W | 2 | 45:00 |
| 187 | 07/27 | 08:15PM | 985 | 215-7707 | HAMMOND | | 4 | 45:00 |
| 188 | 07/27 | 08:48PM | 504 | 715-5694 | INCOMING | W | 2 | 2:00 |
| 189 | 07/27 | 09:00PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 190 | 07/27 | 09:00PM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 191 | 07/27 | 09:02PM | 985 | 215-7707 | HAMMOND | W | 2 | 5:00 |
| 192 | 07/27 | 09:02PM | 985 | 215-7707 | HAMMOND | | 4 | 5:00 |
| 193 | 07/27 | 09:06PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 194 | 07/27 | 09:07PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 195 | 07/27 | 09:53PM | 334 | 257-1158 | NOTASULGA | W | | 3:00 |

**Billed Airtime**

**Account: 41072662**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 196 | 07/27 | 09:56PM | 985 | 215-7707 | HAMMOND | W 2 | 4:00 |
| 197 | 07/27 | 09:58PM | 985 | 215-7707 | HAMMOND | 4 | 4:00 |
| 198 | 07/27 | 10:07PM | 334 | 750-0857 | INCOMING | W 2 | 2:00 |
| 199 | 07/27 | 10:48PM | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 200 | 07/27 | 10:48PM | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 201 | 07/27 | 10:48PM | 334 | 750-0857 | INCOMING | W 2 | 1:00 |
| 202 | 07/27 | 10:49PM | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 203 | 07/27 | 10:49PM | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 204 | 07/27 | 10:50PM | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 205 | 07/27 | 10:51PM | 678 | 642-5946 | ATLANTA | 4 | 1:00 |
| 206 | 07/27 | 11:03PM | 504 | 715-5694 | INCOMING | W 2 | 1:00 |
| 207 | 07/27 | 11:39PM | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 208 | 07/27 | 11:39PM | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 209 | 07/27 | 11:39PM | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 210 | 07/27 | 11:40PM | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 211 | 07/27 | 11:40PM | 504 | 896-4700 | NEWORLEANS | W 2 | 1:00 |
| 212 | 07/27 | 11:40PM | 504 | 896-4700 | NEWORLEANS | 4 | 1:00 |
| 213 | 07/27 | 11:42PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 214 | 07/27 | 11:42PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 215 | 07/27 | 11:44PM | 504 | 948-8821 | NEWORLEANS | W 2 | 2:00 |
| 216 | 07/27 | 11:44PM | 504 | 948-8821 | NEWORLEANS | 4 | 2:00 |
| 217 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 218 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 219 | 07/27 | 11:46PM | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 220 | 07/27 | 11:47PM | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 221 | 07/27 | 11:47PM | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 222 | 07/27 | 11:48PM | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 223 | 07/27 | 11:48PM | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 224 | 07/27 | 11:54PM | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 225 | 07/27 | 11:54PM | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 226 | 07/28 | 00:02AM | 504 | 948-8821 | NEWORLEANS | W 2 | 1:00 |
| 227 | 07/28 | 00:03AM | 504 | 948-8821 | NEWORLEANS | 4 | 1:00 |
| 228 | 07/28 | 00:05AM | 504 | 329-7753 | NEWORLEANS | W 2 | 3:00 |
| 229 | 07/28 | 00:05AM | 504 | 329-7753 | NEWORLEANS | 4 | 3:00 |
| 230 | 07/28 | 00:09AM | 504 | 439-4312 | NEWORLEANS | W 2 | 1:00 |
| 231 | 07/28 | 00:09AM | 504 | 439-4312 | NEWORLEANS | 4 | 1:00 |
| 232 | 07/28 | 00:10AM | 504 | 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 233 | 07/28 | 00:10AM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 234 | 07/28 | 00:11AM | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 235 | 07/28 | 00:33AM | 985 | 215-7707 | HAMMOND | W 2 | 1:00 |
| 236 | 07/28 | 00:33AM | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 237 | 07/28 | 00:35AM | 504 | 896-4700 | NEWORLEANS | W 2 | 2:00 |
| 238 | 07/28 | 00:35AM | 504 | 896-4700 | NEWORLEANS | 4 | 2:00 |
| 239 | 07/28 | 00:37AM | 504 | 896-4700 | NEWORLEANS | W 2 | 25:00 |
| 240 | 07/28 | 00:37AM | 504 | 896-4700 | NEWORLEANS | 4 | 25:00 |
| 241 | 07/28 | 06:11AM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 242 | 07/28 | 12:56PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 243 | 07/28 | 12:58PM | 334 | 727-7215 | TUSKEGEE | | 14:00 |
| 244 | 07/28 | 01:18PM | 985 | 215-7707 | INCOMING | P | 1:00 |
| 245 | 07/28 | 03:02PM | 334 | 750-0857 | INCOMING | P | 3:00 |
| 246 | 07/28 | 03:25PM | 334 | 750-0857 | AUBURN | P | 2:00 |
| 247 | 07/28 | 03:27PM | 334 | 745-3021 | OPELIKA | P | 2:00 |
| 248 | 07/28 | 03:39PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 249 | 07/28 | 03:40PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 250 | 07/28 | 03:40PM | 334 | 750-0857 | INCOMING | P | 1:00 |
| 251 | 07/28 | 03:43PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 252 | 07/28 | 03:44PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 253 | 07/28 | 03:45PM | 334 | 821-7274 | AUBURN | P | 2:00 |
| 254 | 07/28 | 03:48PM | 334 | 745-5298 | OPELIKA | P | 1:00 |
| 255 | 07/28 | 06:17PM | 504 | 701-7465 | INCOMING | P | 1:00 |
| 256 | 07/28 | 10:49PM | 504 | 261-1388 | NEWORLEANS | W O | 1:00 |
| 257 | 07/28 | 10:49PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 258 | 07/28 | 10:49PM | 504 | 581-1000 | NEWORLEANS | W O | 1:00 |
| 259 | 07/28 | 10:49PM | 504 | 581-1000 | NEWORLEANS | 4 | 1:00 |
| 260 | 07/28 | 10:51PM | 504 | 473-9014 | KENNER | W O | 1:00 |
| 261 | 07/28 | 10:52PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 262 | 07/28 | 10:59PM | 504 | 253-5098 | NEWORLEANS | W O | 46:00 |
| 263 | 07/28 | 11:00PM | 504 | 253-5098 | NEWORLEANS | 4 | 46:00 |
| 264 | 07/28 | 11:02PM | 706 | 687-6327 | COLUMBUS | W O | 45:00 |
| 265 | 07/28 | 11:02PM | 706 | 687-8327 | COLUMBUS | T 4 | 45:00 |
| 266 | 07/29 | 00:45AM | 334 | 750-0857 | AUBURN | P | 2:00 |

**Billed Airtime**

Account: 41072682

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 267 | 07/29 | 12:37PM | 334 | 821-2493 | AUBURN | P | 3:00 |
| 268 | 07/29 | 12:40PM | 334 | 745-3021 | OPELIKA | P | 1:00 |
| 269 | 07/29 | 01:14PM | 334 | 257-1158 | NOTASULGA | | 3:00 |
| 270 | 07/29 | 01:52PM | 334 | 332-8028 | INCOMING | P | 1:00 |
| 271 | 07/29 | 03:41PM | 334 | 745-6949 | INCOMING | P | 4:00 |
| 272 | 07/29 | 08:36PM | 504 | 701-7465 | KENNER | P | 3:00 |
| 273 | 07/29 | 08:36PM | 504 | 701-7465 | KENNER | 4 | 3:00 |
| 274 | 07/29 | 09:02PM | 678 | 642-5846 | ATLANTA | W O | 1:00 |
| 275 | 07/29 | 09:03PM | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 276 | 07/29 | 09:03PM | 504 | 427-3809 | NEWORLEANS | W O | 1:00 |
| 277 | 07/29 | 09:03PM | 504 | 427-3809 | NEWORLEANS | 4 | 1:00 |
| 278 | 07/29 | 09:04PM | 504 | 246-3835 | NEWORLEANS | W O | 3:00 |
| 279 | 07/29 | 09:04PM | 504 | 246-3835 | NEWORLEANS | 4 | 3:00 |
| 280 | 07/29 | 09:06PM | 504 | 253-5098 | NEWORLEANS | W O | 1:00 |
| 281 | 07/29 | 09:07PM | 504 | 253-5098 | NEWORLEANS | 4 | 1:00 |
| 282 | 07/29 | 09:07PM | 504 | 261-1388 | NEWORLEANS | W O | 1:00 |
| 283 | 07/29 | 09:08PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 284 | 07/29 | 09:09PM | 985 | 320-4474 | HAMMOND | W O | 2:00 |
| 285 | 07/29 | 09:09PM | 985 | 320-4474 | HAMMOND | 4 | 1:00 |
| 286 | 07/29 | 09:10PM | 985 | 320-4474 | INCOMING | W O | 1:00 |
| 287 | 07/29 | 09:13PM | 985 | 320-4474 | HAMMOND | W O | 4:00 |
| 288 | 07/29 | 09:13PM | 985 | 320-4474 | HAMMOND | 4 | 4:00 |
| 289 | 07/29 | 09:13PM | 678 | 642-5846 | INCOMING | W O | 12:00 |
| 290 | 07/29 | 09:25PM | 985 | 320-4474 | HAMMOND | W O | 1:00 |
| 291 | 07/29 | 09:25PM | 905 | 320-4474 | HAMMOND | 4 | 1:00 |
| 292 | 07/29 | 09:31PM | 225 | 939-2828 | BATONROUGE | W O | 3:00 |
| 293 | 07/29 | 09:31PM | 225 | 939-2828 | BATONROUGE | 4 | 3:00 |
| 294 | 07/29 | 09:33PM | 985 | 634-7927 | HAMMOND | W O | 1:00 |
| 295 | 07/29 | 09:34PM | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 296 | 07/29 | 09:35PM | 504 | 261-1388 | NEWORLEANS | W O | 1:00 |
| 297 | 07/29 | 09:36PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 298 | 07/29 | 10:08PM | 985 | 320-4474 | INCOMING | W O | 35:00 |
| 299 | 07/29 | 11:21PM | 334 | 821-2493 | AUBURN | W O | 2:00 |
| 300 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | W O | 1:00 |
| 301 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 302 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | W O | 1:00 |
| 303 | 07/29 | 11:32PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 304 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | W O | 1:00 |
| 305 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | 4 | 1:00 |
| 306 | 07/29 | 11:33PM | 504 | 581-1000 | NEWORLEANS | W O | 6:00 |
| 307 | 07/29 | 11:34PM | 504 | 581-1000 | NEWORLEANS | 4 | 6:00 |
| 308 | 07/29 | 11:59PM | 985 | 215-7707 | HAMMOND | W O | 1:00 |
| 309 | 07/29 | 11:59PM | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 310 | 07/30 | 09:09AM | 334 | 727-7215 | TUSKEGEE | P | 1:00 |
| 311 | 07/30 | 09:13AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 312 | 07/30 | 09:14AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 313 | 07/30 | 09:17AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 314 | 07/30 | 09:21AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 315 | 07/30 | 09:27AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 316 | 07/30 | 09:28AM | 334 | 727-7215 | TUSKEGEE | | 2:00 |
| 317 | 07/30 | 09:32AM | 985 | 549-2863 | INCOMING | P | 1:00 |
| 318 | 07/30 | 10:30AM | 334 | 745-3021 | OPELIKA | P | 1:00 |
| 319 | 07/30 | 12:10PM | 334 | 727-7215 | TUSKEGEE | | 10:00 |
| 320 | 07/30 | 12:20PM | 334 | 727-7215 | TUSKEGEE | | 6:00 |
| 321 | 07/30 | 12:26PM | 334 | 750-0857 | INCOMING | P | 1:00 |
| 322 | 07/30 | 12:26PM | 334 | 727-7215 | TUSKEGEE | | 4:00 |
| 323 | 07/30 | 12:31PM | 334 | 727-7215 | INCOMING | P | 3:00 |
| 324 | 07/30 | 01:07PM | 202 | 530-9427 | WASHINGTON | P | 1:00 |
| 325 | 07/30 | 01:08PM | 202 | 530-9427 | WASHINGTON | 4 | 1:00 |
| 326 | 07/30 | 01:08PM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 327 | 07/30 | 01:08PM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 328 | 07/30 | 01:08PM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 329 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 330 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 331 | 07/30 | 01:09PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 332 | 07/30 | 01:09PM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 333 | 07/30 | 01:10PM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 334 | 07/30 | 01:22PM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 335 | 07/30 | 01:22PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 336 | 07/30 | 01:37PM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 337 | 07/30 | 01:38PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |

**Billed Airtime**

Account: 41072662

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 338 | 07/30 | 01:39PM | 504 945-8781 | INCOMING | | P | 1:00 |
| 339 | 07/30 | 01:59PM | 301 233-5395 | SILVER SPG | | P | 1:00 |
| 340 | 07/30 | 01:59PM | 301 233-5395 | SILVER SPG | | 4 | 1:00 |
| 341 | 07/30 | 01:59PM | 301 233-5395 | SILVER SPG | | P | 1:00 |
| 342 | 07/30 | 01:59PM | 301 233-5395 | SILVER SPG | | 4 | 1:00 |
| 343 | 07/30 | 02:04PM | 301 233-5395 | SILVER SPG | | P | 1:00 |
| 344 | 07/30 | 02:04PM | 301 233-5395 | SILVER SPG | | 4 | 1:00 |
| 345 | 07/30 | 02:25PM | 202 530-9429 | WASHINGTON | | P | 1:00 |
| 346 | 07/30 | 02:25PM | 202 530-9429 | WASHINGTON | | 4 | 1:00 |
| 347 | 07/30 | 02:26PM | 301 847-0998 | LAYHILL | | P | 1:00 |
| 348 | 07/30 | 02:26PM | 301 847-0998 | LAYHILL | | 4 | 1:00 |
| 349 | 07/30 | 02:27PM | 202 530-9429 | WASHINGTON | | P | 1:00 |
| 350 | 07/30 | 02:27PM | 202 530-9429 | WASHINGTON | | 4 | 1:00 |
| 351 | 07/30 | 03:02PM | 504 715-5694 | NEWORLEANS | | P | 1:00 |
| 352 | 07/30 | 03:02PM | 504 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 353 | 07/30 | 03:34PM | 334 727-7215 | TUSKEGEE | | P | 1:00 |
| 354 | 07/30 | 03:37PM | 334 750-0857 | INCOMING | | P | 0:00 |
| 355 | 07/30 | 10:38PM | 985 215-7707 | HAMMOND | W | O | 1:00 |
| 356 | 07/30 | 10:39PM | 985 215-7707 | HAMMOND | | 4 | 1:00 |
| 357 | 07/30 | 10:43PM | 504 896-4700 | NEWORLEANS | W | O | 2:00 |
| 358 | 07/30 | 10:44PM | 504 899-0704 | NEWORLEANS | W | O | 1:00 |
| 359 | 07/30 | 10:45PM | 504 896-4700 | NEWORLEANS | W | O | 2:00 |
| 360 | 07/30 | 10:45PM | 504 896-4700 | NEWORLEANS | | 4 | 1:00 |
| 361 | 07/30 | 11:01PM | 504 822-2141 | NEWORLEANS | W | O | 2:00 |
| 362 | 07/30 | 11:01PM | 504 822-2141 | NEWORLEANS | | 4 | 1:00 |
| 363 | 07/30 | 11:03PM | 504 949-7336 | NEWORLEANS | W | O | 1:00 |
| 364 | 07/30 | 11:03PM | 504 949-7336 | NEWORLEANS | | 4 | 1:00 |
| 365 | 07/30 | 11:05PM | 504 246-3835 | NEWORLEANS | W | O | 1:00 |
| 366 | 07/30 | 11:05PM | 504 246-3835 | NEWORLEANS | | 4 | 1:00 |
| 367 | 07/31 | 00:21AM | 504 780-4992 | NEWORLEANS | W | O | 1:00 |
| 368 | 07/31 | 00:21AM | 504 780-4992 | NEWORLEANS | | 4 | 1:00 |
| 369 | 07/31 | 00:22AM | 504 246-3835 | NEWORLEANS | W | O | 13:00 |
| 370 | 07/31 | 00:22AM | 504 246-3835 | NEWORLEANS | | 4 | 13:00 |
| 371 | 07/31 | 00:34AM | 334 821-2493 | AUBURN | W | O | 5:00 |
| 372 | 07/31 | 00:39AM | 334 821-2493 | AUBURN | W | O | 2:00 |
| 373 | 07/31 | 00:41AM | 985 215-7707 | HAMMOND | W | O | 1:00 |
| 374 | 07/31 | 00:41AM | 985 215-7707 | HAMMOND | | 4 | 1:00 |
| 375 | 07/31 | 09:13AM | 334 750-0857 | AUBURN | | P | 5:00 |
| 376 | 07/31 | 11:36AM | 504 715-5694 | NEWORLEANS | | P | 1:00 |
| 377 | 07/31 | 11:36AM | 504 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 378 | 07/31 | 03:23PM | 334 750-0857 | AUBURN | | P | 3:00 |
| 379 | 07/31 | 06:45PM | 301 847-0998 | INCOMING | | P | 8:00 |
| 380 | 07/31 | 09:33PM | 334 257-1158 | INCOMING | W | O | 1:00 |
| 381 | 07/31 | 09:43PM | 504 899-0704 | NEWORLEANS | W | O | 14:00 |
| 382 | 07/31 | 09:43PM | 504 899-0704 | NEWORLEANS | | 4 | 14:00 |
| 383 | 07/31 | 09:57PM | 985 215-7707 | HAMMOND | W | O | 1:00 |
| 384 | 07/31 | 09:57PM | 985 215-7707 | HAMMOND | | 4 | 1:00 |
| 385 | 07/31 | 10:15PM | 504 822-2141 | NEWORLEANS | W | O | 1:00 |
| 386 | 07/31 | 10:17PM | 504 253-5098 | NEWORLEANS | W | O | 1:00 |
| 387 | 07/31 | 10:17PM | 504 253-5098 | NEWORLEANS | | 4 | 1:00 |
| 388 | 07/31 | 10:17PM | 706 366-6788 | COLUMBUS | W | O | 3:00 |
| 389 | 07/31 | 10:18PM | 706 366-6788 | COLUMBUS | | 4 | 3:00 |
| 390 | 07/31 | 10:21PM | 504 427-3809 | NEWORLEANS | W | O | 2:00 |
| 391 | 07/31 | 10:22PM | 504 427-3809 | NEWORLEANS | | 4 | 1:00 |
| 392 | 07/31 | 10:52PM | 504 473-9014 | KENNER | W | O | 1:00 |
| 393 | 07/31 | 10:52PM | 504 473-9014 | KENNER | | 4 | 1:00 |
| 394 | 07/31 | 11:45PM | 985 215-7707 | HAMMOND | W | O | 2:00 |
| 395 | 07/31 | 11:46PM | 985 215-7707 | HAMMOND | | 4 | 2:00 |
| 396 | 07/31 | 11:47PM | 504 899-0704 | NEWORLEANS | W | O | 1:00 |
| 397 | 07/31 | 11:49PM | 504 261-1388 | NEWORLEANS | W | O | 1:00 |
| 398 | 07/31 | 11:50PM | 504 581-1000 | NEWORLEANS | W | O | 2:00 |
| 399 | 07/31 | 11:50PM | 504 581-1000 | NEWORLEANS | | 4 | 2:00 |
| 400 | 07/31 | 11:52PM | 504 261-1388 | NEWORLEANS | W | O | 1:00 |
| 401 | 07/31 | 11:52PM | 504 261-1388 | NEWORLEANS | | 4 | 1:00 |
| 402 | 08/01 | 10:08AM | 334 727-7215 | TUSKEGEE | | | 2:00 |
| 403 | 08/01 | 10:30AM | 334 750-0857 | INCOMING | | P | 2:00 |
| 404 | 08/01 | 05:38PM | 334 257-1158 | NOTASULGA | | P | 1:00 |
| 405 | 08/01 | 06:00PM | 334 727-7215 | INCOMING | | P | 1:00 |
| 406 | 08/01 | 06:16PM | 334 750-0057 | INCOMING | | P | 1:00 |
| 407 | 08/01 | 09:19PM | 334 750-0057 | AUBURN | W | 2 | 1:00 |
| 408 | 08/01 | 09:19PM | 334 750-0857 | INCOMING | W | 2 | 1:00 |

# Billed Airtime

## Account: 41072682

| | | | | | | |
|---|---|---|---|---|---|---|
| 409 | 08/02 | 02:59AM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 410 | 08/02 | 03:00AM | 334 | 257-1158 | NOTASULGA | W 2 | 2:00 |
| 411 | 08/02 | 03:36PM | 301 | 847-0998 | LAYHILL | W 2 | 9:00 |
| 412 | 08/02 | 03:36PM | 301 | 847-0998 | LAYHILL | 4 | 9:00 |
| 413 | 08/02 | 03:45PM | 504 | 813-6381 | KENNER | W 2 | 1:00 |
| 414 | 08/02 | 03:45PM | 504 | 813-6381 | KENNER | 4 | 1:00 |
| 415 | 08/02 | 03:46PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 416 | 08/02 | 03:46PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 417 | 08/02 | 03:55PM | 504 | 473-9014 | INCOMING | W 2 | 1:00 |
| 418 | 08/02 | 03:56PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 419 | 08/02 | 03:56PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 420 | 08/02 | 03:56PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 421 | 08/02 | 03:58PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 422 | 08/02 | 03:58PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 423 | 08/02 | 04:12PM | 678 | 642-5846 | ATLANTA | W 2 | 1:00 |
| 424 | 08/02 | 04:13PM | 678 | 642-5846 | ATLANTA | 4 | 1:00 |
| 425 | 08/02 | 04:14PM | 302 | 744-9237 | DOVER | W 2 | 10:00 |
| 426 | 08/02 | 04:15PM | 302 | 744-9237 | DOVER | 4 | 10:00 |
| 427 | 08/02 | 04:24PM | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 428 | 08/02 | 04:25PM | 504 | 899-0704 | NEWORLEANS | 4 | 1:00 |
| 429 | 08/02 | 04:40PM | 504 | 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 430 | 08/02 | 04:41PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 431 | 08/02 | 04:42PM | 504 | 253-5098 | NEWORLEANS | W 2 | 3:00 |
| 432 | 08/02 | 04:42PM | 504 | 253-5098 | NEWORLEANS | 4 | 3:00 |
| 433 | 08/02 | 04:46PM | 504 | 701-7465 | KENNER | W 2 | 1:00 |
| 434 | 08/02 | 04:46PM | 504 | 701-7465 | KENNER | 4 | 1:00 |
| 435 | 08/02 | 04:49PM | 504 | 427-3809 | NEWORLEANS | W 2 | 1:00 |
| 436 | 08/02 | 04:49PM | 504 | 427-3809 | NEWORLEANS | 4 | 1:00 |
| 437 | 08/02 | 04:50PM | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 438 | 08/02 | 04:50PM | 504 | 899-0704 | NEWORLEANS | 4 | 1:00 |
| 439 | 08/02 | 04:52PM | 504 | 231-2481 | KENNER | W 2 | 40:00 |
| 440 | 08/02 | 04:52PM | 504 | 231-2481 | KENNER | 4 | 40:00 |
| 441 | 08/02 | 05:33PM | 504 | 905-2013 | KENNER | W 2 | 9:00 |
| 442 | 08/02 | 05:34PM | 504 | 905-2013 | KENNER | 4 | 9:00 |
| 443 | 08/02 | 05:42PM | 985 | 634-7927 | HAMMOND | W 2 | 1:00 |
| 444 | 08/02 | 05:43PM | 985 | 634-7927 | HAMMOND | 4 | 1:00 |
| 445 | 08/02 | 05:44PM | 504 | 261-1388 | NEWORLEANS | W 2 | 1:00 |
| 446 | 08/02 | 05:45PM | 504 | 261-1388 | NEWORLEANS | 4 | 1:00 |
| 447 | 08/02 | 05:45PM | 504 | 581-1000 | NEWORLEANS | W 2 | 3:00 |
| 448 | 08/02 | 05:46PM | 504 | 581-1000 | NEWORLEANS | 4 | 2:00 |
| 449 | 08/02 | 05:48PM | 504 | 241-4708 | NEWORLEANS | W 2 | 16:00 |
| 450 | 08/02 | 05:48PM | 504 | 241-4708 | NEWORLEANS | 4 | 16:00 |
| 451 | 08/02 | 06:07PM | 504 | 253-5098 | NEWORLEANS | W 2 | 2:00 |
| 452 | 08/02 | 06:07PM | 504 | 253-5098 | NEWORLEANS | 4 | 2:00 |
| 453 | 08/02 | 06:08PM | 504 | 253-5098 | NEWORLEANS | W 2 | 3:00 |
| 454 | 08/02 | 06:09PM | 504 | 253-5098 | NEWORLEANS | 4 | 2:00 |
| 455 | 08/02 | 06:09PM | 706 | 687-8327 | COLUMBUS | W 2 | 2:00 |
| 456 | 08/02 | 06:09PM | 706 | 687-8327 | COLUMBUS | T 4 | 2:00 |
| 457 | 08/02 | 06:11PM | 504 | 253-5098 | NEWORLEANS | W 2 | 1:00 |
| 458 | 08/02 | 06:11PM | 504 | 253-5098 | NEWORLEANS | 4 | 1:00 |
| 459 | 08/02 | 06:34PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 460 | 08/02 | 06:36PM | 334 | 750-0857 | INCOMING | W 2 | 1:00 |
| 461 | 08/02 | 07:01PM | 334 | 257-1158 | INCOMING | W 2 | 1:00 |
| 462 | 08/02 | 07:02PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 463 | 08/02 | 07:22PM | 504 | 949-8272 | NEWORLEANS | W 2 | 1:00 |
| 464 | 08/02 | 07:22PM | 504 | 949-8272 | NEWORLEANS | 4 | 1:00 |
| 465 | 08/02 | 07:23PM | 504 | 473-9014 | KENNER | W 2 | 1:00 |
| 466 | 08/02 | 07:23PM | 504 | 473-9014 | KENNER | 4 | 1:00 |
| 467 | 08/02 | 07:23PM | 678 | 642-5846 | ATLANTA | W 2 | 3:00 |
| 468 | 08/02 | 07:24PM | 678 | 642-5846 | ATLANTA | 4 | 3:00 |
| 469 | 08/02 | 07:29PM | 985 | 215-7707 | HAMMOND | W 2 | 2:00 |
| 470 | 08/02 | 07:29PM | 985 | 215-7707 | HAMMOND | 4 | 1:00 |
| 471 | 08/02 | 07:56PM | 504 | 715-5694 | NEWORLEANS | W 2 | 2:00 |
| 472 | 08/02 | 07:57PM | 504 | 715-5694 | NEWORLEANS | 4 | 2:00 |
| 473 | 08/02 | 08:57PM | 334 | 257-1158 | NOTASULGA | W | 2:00 |
| 474 | 08/02 | 09:46PM | 504 | 822-2141 | NEWORLEANS | W 2 | 1:00 |
| 475 | 08/02 | 09:46PM | 504 | 822-2141 | NEWORLEANS | 4 | 1:00 |
| 476 | 08/02 | 09:46PM | 504 | 899-0704 | NEWORLEANS | W 2 | 1:00 |
| 477 | 08/02 | 09:46PM | 504 | 899-0704 | NEWORLEANS | 4 | 1:00 |
| 478 | 08/02 | 09:51PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 479 | 08/02 | 09:52PM | 504 | 581-1000 | NEWORLEANS | W 2 | 2:00 |

**Billed Airtime**

Account: 41072862

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 480 | 08/02 | 09:52PM | 504 | 581-1000 | NEWORLEANS | | 4 | 2:00 |
| 481 | 08/02 | 10:05PM | 504 | 253-5098 | NEWORLEANS | W | 2 | 1:00 |
| 482 | 08/02 | 10:05PM | 504 | 253-5098 | NEWORLEANS | | 4 | 1:00 |
| 483 | 08/02 | 10:12PM | 334 | 727-0849 | TUSKEGEE | W | | 7:00 |
| 484 | 08/02 | 10:18PM | 985 | 634-7927 | HAMMOND | W | 2 | 1:00 |
| 485 | 08/02 | 10:19PM | 985 | 634-7927 | HAMMOND | | 4 | 1:00 |
| 486 | 08/02 | 10:20PM | 504 | 237-8204 | KENNER | W | 2 | 1:00 |
| 487 | 08/02 | 10:20PM | 504 | 237-8204 | KENNER | | 4 | 1:00 |
| 488 | 08/02 | 10:21PM | 678 | 642-5846 | ATLANTA | W | 2 | 1:00 |
| 489 | 08/02 | 10:21PM | 678 | 642-5846 | ATLANTA | | 4 | 1:00 |
| 490 | 08/03 | 00:00AM | 00 | 000 000-0000 | | | | 0.10 | 0.10 |
| 491 | 08/03 | 09:46AM | 504 | 949-8272 | NEWORLEANS | W | 2 | 2:00 |
| 492 | 08/03 | 09:47AM | 504 | 949-8272 | NEWORLEANS | | 4 | 1:00 |
| 493 | 08/03 | 03:18PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 494 | 08/03 | 03:19PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 495 | 08/03 | 03:19PM | 301 | 233-5395 | SILVER SPG | W | 2 | 14:00 |
| 496 | 08/03 | 03:19PM | 301 | 233-5395 | SILVER SPG | | 4 | 13:00 |
| 497 | 08/03 | 03:32PM | 504 | 715-5694 | INCOMING | W | 2 | 2:00 |
| 498 | 08/03 | 03:35PM | 504 | 945-8781 | INCOMING | W | 2 | 1:00 |
| 499 | 08/03 | 03:36PM | 334 | 821-2493 | AUBURN | W | 2 | 3:00 |
| 500 | 08/03 | 03:39PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 501 | 08/03 | 03:39PM | 334 | 821-2493 | AUBURN | W | 2 | 4:00 |
| 502 | 08/03 | 03:40PM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 |
| 503 | 08/03 | 03:43PM | 334 | 821-2493 | AUBURN | W | 2 | 1:00 |
| 504 | 08/03 | 03:47PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 1:00 |
| 505 | 08/03 | 03:47PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 506 | 08/03 | 03:51PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 1:00 |
| 507 | 08/03 | 03:51PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 508 | 08/03 | 04:05PM | 334 | 821-2493 | AUBURN | W | 2 | 2:00 |
| 509 | 08/03 | 04:41PM | 334 | 750-0857 | INCOMING | W | 2 | 8:00 |
| 510 | 08/03 | 05:11PM | 334 | 264-5106 | MONTGOMERY | W | 2 | 6:00 |
| 511 | 08/03 | 05:17PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 1:00 |
| 512 | 08/03 | 05:18PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 513 | 08/03 | 05:18PM | 334 | 727-9696 | INCOMING | W | 2 | 4:00 |
| 514 | 08/03 | 05:21PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 2:00 |
| 515 | 08/03 | 05:22PM | 504 | 715-5694 | NEWORLEANS | | 4 | 2:00 |
| 516 | 08/03 | 05:41PM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 517 | 08/03 | 05:41PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 518 | 08/03 | 06:52PM | 302 | 744-9237 | INCOMING | W | 2 | 2:00 |
| 519 | 08/03 | 07:24PM | 301 | 847-0998 | LAYHILL | W | 2 | 21:00 |
| 520 | 08/03 | 07:24PM | 301 | 847-0998 | LAYHILL | | 4 | 21:00 |
| 521 | 08/03 | 07:55PM | 985 | 215-7707 | HAMMOND | W | 2 | 8:00 |
| 522 | 08/03 | 07:55PM | 985 | 215-7707 | HAMMOND | | 4 | 8:00 |
| 523 | 08/03 | 08:15PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 524 | 08/03 | 08:16PM | 334 | 821-2493 | AUBURN | W | 2 | 2:00 |
| 525 | 08/03 | 08:18PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 526 | 08/03 | 08:23PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 527 | 08/03 | 09:24PM | 301 | 847-0998 | LAYHILL | W | 2 | 7:00 |
| 528 | 08/03 | 09:24PM | 301 | 847-0998 | LAYHILL | | 4 | 7:00 |
| 529 | 08/03 | 10:10PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 530 | 08/03 | 10:10PM | 334 | 257-1158 | NOTASULGA | W | | 4:00 |
| 531 | 08/03 | 10:23PM | 334 | 257-1158 | NOTASULGA | W | | 2:00 |
| 532 | 08/03 | 10:53PM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 533 | 08/03 | 10:53PM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 534 | 08/03 | 10:53PM | 504 | 896-4700 | NEWORLEANS | W | 2 | 2:00 |
| 535 | 08/03 | 11:01PM | 504 | 896-4700 | NEWORLEANS | W | 2 | 1:00 |
| 536 | 08/03 | 11:01PM | 504 | 899-0704 | NEWORLEANS | W | 2 | 1:00 |
| 537 | 08/03 | 11:02PM | 504 | 899-0704 | N2WORLEANS | | 4 | 1:00 |
| 538 | 08/03 | 11:02PM | 504 | 896-4701 | NEWORLEANS | W | 2 | 1:00 |
| 539 | 08/03 | 11:07PM | 504 | 253-5098 | NEWORLEANS | W | 2 | 1:00 |
| 540 | 08/03 | 11:07PM | 504 | 253-5098 | NEWORLEANS | | 4 | 1:00 |
| 541 | 08/03 | 11:33PM | 504 | 896-4700 | NEWORLEANS | W | 2 | 1:00 |
| 542 | 08/03 | 11:34PM | 504 | 231-2481 | KENNER | W | 2 | 2:00 |
| 543 | 08/03 | 11:34PM | 504 | 231-2481 | KENNER | | 4 | 2:00 |
| 544 | 08/03 | 11:36PM | 504 | 949-8272 | NEWORLEANS | W | 2 | 1:00 |
| 545 | 08/03 | 11:37PM | 504 | 949-8272 | NEWORLEANS | | 4 | 1:00 |
| 546 | 08/04 | 00:03AM | 334 | 257-1158 | NOTASULGA | W | | 2:00 |
| 547 | 08/04 | 00:50AM | 985 | 215-7707 | HAMMOND | W | 2 | 1:00 |
| 548 | 08/04 | 00:50AM | 985 | 215-7707 | HAMMOND | | 4 | 1:00 |
| 549 | 08/04 | 08:38AM | 334 | 750-0857 | INCOMING | P | | 5:00 |
| 550 | 08/04 | 09:22AM | 504 | 261-0353 | NEWORLEANS | P | | 2:00 |

**Billed Airtime**

Account: 41072682

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 551 | 08/04 | 09:22AM | 504 | 261-0353 | NEWORLEANS | 4 | 2:00 |
| 552 | 08/04 | 10:02AM | 334 | 257-1158 | INCOMING | P | 1:00 |
| 553 | 08/04 | 10:11AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 554 | 08/04 | 10:13AM | 334 | 257-1158 | NOTASULGA | | 2:00 |
| 555 | 08/04 | 12:18PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 556 | 08/04 | 12:18PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 557 | 08/04 | 12:29PM | 334 | 257-1158 | INCOMING | P | 1:00 |
| 558 | 08/04 | 08:24PM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 559 | 08/04 | 08:24PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 560 | 08/05 | 10:34AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 561 | 08/05 | 10:35AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 562 | 08/05 | 10:36AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 563 | 08/05 | 11:32AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 564 | 08/05 | 11:45AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 565 | 08/05 | 01:09PM | 334 | 727-1107 | TUSKEGEE | | 2:00 |
| 566 | 08/05 | 01:11PM | 334 | 727-1107 | TUSKEGEE | | 2:00 |
| 567 | 08/05 | 08:19PM | 334 | 821-2493 | AUBURN | P | 1:00 |
| 568 | 08/05 | 08:20PM | 334 | 821-2493 | AUBURN | P | 2:00 |
| 569 | 08/05 | 09:32PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 570 | 08/05 | 09:37PM | 334 | 750-0857 | INCOMING | W O | 2:00 |
| 571 | 08/05 | 09:48PM | 334 | 821-2493 | AUBURN | W O | 4:00 |
| 572 | 08/05 | 09:52PM | 334 | 821-2493 | AUBURN | W O | 2:00 |
| 573 | 08/06 | 09:24PM | 504 | 945-8781 | NEWORLEANS | W O | 8:00 |
| 574 | 08/06 | 09:24PM | 504 | 945-8781 | NEWORLEANS | 4 | 8:00 |
| 575 | 08/06 | 10:24PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 576 | 08/07 | 00:13AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 577 | 08/07 | 00:14AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 578 | 08/07 | 00:16AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 579 | 08/07 | 00:16AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 580 | 08/07 | 00:18AM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 581 | 08/07 | 00:19AM | 334 | 727-7215 | TUSKEGEE | W | 14:00 |
| 582 | 08/07 | 10:42AM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 583 | 08/07 | 10:42AM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 584 | 08/07 | 10:52AM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 585 | 08/07 | 10:52AM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 586 | 08/07 | 11:18AM | 334 | 727-7215 | TUSKEGEE | P | 1:00 |
| 587 | 08/07 | 11:18AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 588 | 08/07 | 11:23AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 589 | 08/07 | 11:24AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 590 | 08/07 | 11:51AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 591 | 08/07 | 11:52AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 592 | 08/07 | 01:24PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 593 | 08/07 | 01:24PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 594 | 08/07 | 01:26PM | 334 | 703-5244 | AUBURN | P | 4:00 |
| 595 | 08/07 | 03:36PM | 334 | 750-0857 | AUBURN | P | 4:00 |
| 596 | 08/07 | 05:08PM | 334 | 750-0857 | AUBURN | P | 4:00 |
| 597 | 08/07 | 05:40PM | 334 | 750-0857 | INCOMING | P | 1:00 |
| 598 | 08/07 | 09:30PM | 334 | 750-0857 | AUBURN | W O | 7:00 |
| 599 | 08/07 | 09:38PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 600 | 08/07 | 09:41PM | 334 | 750-0857 | AUBURN | W O | 1:00 |
| 601 | 08/08 | 00:30AM | 334 | 740-0032 | INCOMING | W O | 4:00 |
| 602 | 08/08 | 01:35AM | 720 | 587-9978 | INCOMING | W O | 3:00 |
| 603 | 08/08 | 10:48AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 604 | 08/08 | 10:49AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 605 | 08/08 | 11:25AM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 606 | 08/08 | 11:34AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 607 | 08/08 | 11:34AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 608 | 08/08 | 04:21PM | 334 | 727-3180 | TUSKEGEE | | 6:00 |
| 609 | 08/08 | 09:24PM | 301 | 847-0998 | LAYHILL | W 2 | 12:00 |
| 610 | 08/08 | 09:24PM | 301 | 847-0998 | LAYHILL | 4 | 12:00 |
| 611 | 08/09 | 02:23AM | 334 | 502-8032 | AUBURN | W 2 | 13:00 |
| 612 | 08/09 | 02:44AM | 334 | 740-0032 | INCOMING | W 2 | 4:00 |
| 613 | 08/09 | 10:16AM | 301 | 847-0998 | LAYHILL | W 2 | 24:00 |
| 614 | 08/09 | 10:16AM | 301 | 847-0998 | LAYHILL | 4 | 24:00 |
| 615 | 08/09 | 10:42AM | 301 | 847-0998 | LAYHILL | W 2 | 2:00 |
| 616 | 08/09 | 10:42AM | 301 | 847-0998 | LAYHILL | 4 | 2:00 |
| 617 | 08/10 | 01:39PM | 334 | 750-0857 | AUBURN | W 2 | 3:00 |
| 618 | 08/10 | 01:40PM | 504 | 945-8781 | INCOMING | W 2 | 1:00 |
| 619 | 08/10 | 01:42PM | 504 | 945-8781 | NEWORLEANS | W 2 | 29:00 |
| 620 | 08/10 | 01:42PM | 504 | 945-8781 | NEWORLEANS | 4 | 29:00 |
| 621 | 08/10 | 03:40PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |

# Billed Airtime

Account: 41072662

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 622 | 08/10 | 03:40PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 623 | 08/10 | 08:43PM | 301 | 847-0998 | LAYHILL | W 2 | 42:00 |
| 624 | 08/10 | 08:43PM | 301 | 847-0998 | LAYHILL | 4 | 42:00 |
| 625 | 08/10 | 09:44PM | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 626 | 08/10 | 09:44PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 627 | 08/10 | 09:48PM | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 628 | 08/10 | 09:48PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 629 | 08/10 | 10:02PM | 504 | 715-5694 | NEWORLEANS | W 2 | 3:00 |
| 630 | 08/10 | 10:02PM | 504 | 715-5694 | NEWORLEANS | 4 | 3:00 |
| 631 | 08/11 | 09:39AM | 504 | 945-8781 | NEWORLEANS | P | 1:00 |
| 632 | 08/11 | 09:41AM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 633 | 08/11 | 09:42AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 634 | 08/11 | 10:59AM | 202 | 530-0684 | WASHINGTON | P | 1:00 |
| 635 | 08/11 | 11:02AM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 636 | 08/11 | 11:02AM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 637 | 08/11 | 11:03AM | 202 | 530-9427 | WASHINGTON | P | 1:00 |
| 638 | 08/11 | 11:03AM | 202 | 530-9427 | WASHINGTON | 4 | 1:00 |
| 639 | 08/11 | 11:20AM | 202 | 530-9429 | WASHINGTON | P | 9:00 |
| 640 | 08/11 | 11:20AM | 202 | 530-9429 | WASHINGTON | 4 | 9:00 |
| 641 | 08/11 | 11:56AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 642 | 08/11 | 10:08PM | 504 | 945-8781 | NEWORLEANS | W O | 2:00 |
| 643 | 08/11 | 10:08PM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 644 | 08/12 | 00:39AM | 504 | 945-8781 | INCOMING | W O | 1:00 |
| 645 | 08/12 | 09:59AM | 504 | 945-8781 | NEWORLEANS | P | 3:00 |
| 646 | 08/12 | 10:00AM | 504 | 945-8781 | NEWORLEANS | 4 | 3:00 |
| 647 | 08/12 | 11:36AM | 504 | 945-8781 | NEWORLEANS | P | 3:00 |
| 648 | 08/12 | 11:36AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 649 | 08/12 | 12:54PM | 720 | 597-9978 | INCOMING | P | 1:00 |
| 650 | 08/12 | 02:27PM | 334 | 821-4660 | INCOMING | P | 1:00 |
| 651 | 08/12 | 02:35PM | 334 | 745-6949 | INCOMING | P | 22:00 |
| 652 | 08/15 | 12:12PM | 504 | 715-5694 | NEWORLEANS | P | 2:00 |
| 653 | 08/15 | 12:12PM | 504 | 715-5694 | NEWORLEANS | 4 | 2:00 |
| 654 | 08/15 | 12:14PM | 504 | 945-9701 | NEWORLEANS | P | 4:00 |
| 655 | 08/15 | 12:14PM | 504 | 945-8781 | NEWORLEANS | 4 | 4:00 |
| 656 | 08/16 | 11:58AM | 504 | 945-8781 | INCOMING | W 2 | 2:00 |
| 657 | 08/16 | 12:06PM | 334 | 821-4660 | AUBURN | W 2 | 7:00 |
| 658 | 08/16 | 05:54PM | 504 | 715-5694 | NEWORLEANS | W 2 | 1:00 |
| 659 | 08/16 | 05:54PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 660 | 08/16 | 07:16PM | 504 | 945-8781 | NEWORLEANS | W 2 | 3:00 |
| 661 | 08/16 | 07:16PM | 504 | 945-8781 | NEWORLEANS | 4 | 3:00 |
| 662 | 08/17 | 12:12PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 663 | 08/17 | 12:30PM | 334 | 727-4142 | TUSKEGEE | W 2 | 1:00 |
| 664 | 08/17 | 01:28PM | 504 | 945-8781 | INCOMING | W 2 | 2:00 |
| 665 | 08/17 | 02:12PM | 334 | 727-4142 | TUSKEGEE | W | 3:00 |
| 666 | 08/17 | 02:18PM | 334 | 703-5244 | INCOMING | W 2 | 2:00 |
| 667 | 08/17 | 02:26PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 668 | 08/17 | 02:48PM | 504 | 945-8781 | NEWORLEANS | W 2 | 26:00 |
| 669 | 08/17 | 02:48PM | 504 | 945-8781 | NEWORLEANS | 4 | 28:00 |
| 670 | 08/18 | 08:45AM | 334 | 332-8028 | INCOMING | P | 1:00 |
| 671 | 08/18 | 12:37PM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 672 | 08/18 | 01:29PM | 301 | 847-0998 | LAYHILL | P | 6:00 |
| 673 | 08/18 | 01:29PM | 301 | 847-0998 | LAYHILL | 4 | 6:00 |
| 674 | 08/18 | 05:18PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 675 | 08/18 | 05:19PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 676 | 08/18 | 05:20PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 677 | 08/18 | 05:22PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 678 | 08/18 | 05:27PM | 334 | 332-8028 | AUBURN | P | 3:00 |
| 679 | 08/18 | 05:42PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 680 | 08/18 | 05:43PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 681 | 08/18 | 09:31PM | 334 | 703-5244 | AUBURN | W O | 2:00 |
| 682 | 08/19 | 08:11AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 683 | 08/19 | 02:58PM | 334 | 703-5244 | AUBURN | P | 3:00 |
| 684 | 08/19 | 03:04PM | 301 | 847-0998 | LAYHILL | P | 4:00 |
| 685 | 08/19 | 03:04PM | 301 | 847-0998 | LAYHILL | 4 | 4:00 |
| 686 | 08/19 | 06:50PM | 404 | 983-9623 | CL DELVRY | 4 | 2:00 |
| 687 | 08/19 | 11:31PM | 704 | 490-9492 | CL DELVRY | 4 | 1:00 |

Exhibit 8

Aug - Sept 2003

No Noticeable Change

Exhibit 2

**Billed Airtime**
**Account: 41072662**

9|20

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028    ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|------|------|------|-----|-----------|-------------|---|---|---------|----------|-----------|-------|
| 1 | 08/19 | 07:50PM | | 301 847-0998 | INCOMING | R | P | 2:00 | | | |
| 2 | 08/20 | 00:31AM | | 334 332-8028 | INCOMING | R | O | 1:00 | | | |
| 3 | 08/20 | 04:55AM | | 301 847-0998 | LAYHILL | W | O | 2:00 | | | |
| 4 | 08/20 | 07:19AM | | 301 847-0998 | LAYHILL | R | P | 1:00 | | | |
| 5 | 08/20 | 07:20AM | | 301 233-5395 | SILVER SPG | R | P | 8:00 | | | |
| 6 | 08/20 | 10:02AM | | 504 887-2711 | NEWORLEANS | R | P | 1:00 | | | |
| 7 | 08/20 | 10:02AM | | 504 887-2711 | NEWORLEANS | R | P | 1:00 | | | |
| 8 | 08/20 | 10:03AM | | 504 366-5198 | /*WASH/BAL | R | P | 1:00 | | | |
| 9 | 08/20 | 10:04AM | | 504 949-8272 | NEWORLEANS | R | P | 1:00 | | | |
| 10 | 08/20 | 02:12PM | | 504 949-8272 | NEWORLEANS | R | P | 4:00 | | | |
| 11 | 08/20 | 05:28PM | | 334 703-5244 | AUBURN | R | P | 1:00 | | | |
| 12 | 08/20 | 06:53PM | | 334 332-8028 | MAILBOX | R | P | 2:00 | | | |
| 13 | 08/20 | 06:55PM | | 334 332-8028 | MAILBOX | R | P | 1:00 | | | |
| 14 | 08/20 | 09:11PM | | 504 366-5198 | /*WASH/BAL | W | O | 1:00 | | | |
| 15 | 08/21 | 03:26PM | | 301 233-5395 | SILVER SPG | R | P | 1:00 | | | |
| 16 | 08/21 | 03:30PM | | 504 887-2711 | NEWORLEANS | R | P | 1:00 | | | |
| 17 | 08/21 | 09:43PM | | 504 949-8272 | NEWORLEANS | R | O | 1:00 | | | |
| 18 | 08/21 | 09:52PM | | 504 473-9014 | KENNER | W | O | 1:00 | | | |
| 19 | 08/21 | 09:54PM | | 679 642-5846 | ATLANTA | W | O | 1:00 | | | |
| 20 | 08/21 | 10:11PM | | 678 642-5846 | ATLANTA | W | O | 1:00 | | | |
| 21 | 08/21 | 10:12PM | | 985 215-7707 | HAMMOND | W | O | 2:00 | | | |
| 22 | 08/22 | 09:17PM | | 985 215-7707 | /*KENT COU | W | 2 | 1:00 | | | |
| 23 | 08/24 | 06:18AM | | 301 233-5402 | SILVER SPG | W | 2 | 3:00 | | | |
| 24 | 08/24 | 06:23AM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 25 | 08/24 | 03:48PM | | 679 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 26 | 08/24 | 03:57PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 27 | 08/24 | 03:58PM | | 404 752-0918 | /ATHENS, | W | 2 | 1:00 | | | |
| 28 | 08/24 | 03:59PM | | 985 215-7707 | /ATHENS, | W | 2 | 1:00 | | | |
| 29 | 08/24 | 04:13PM | | 504 473-9014 | /ATLANTA, | W | 2 | 1:00 | | | |
| 30 | 08/24 | 04:14PM | | 504 473-9014 | KENNER | W | 2 | 4:00 | | | |
| 31 | 08/24 | 04:17PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 32 | 08/24 | 04:31PM | | 504 473-9014 | /ATLANTA, | W | 2 | 1:00 | | | |
| 33 | 08/24 | 04:31PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 34 | 08/24 | 04:50PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 35 | 08/24 | 05:21PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 36 | 08/24 | 05:22PM | | 504 473-9014 | KENNER | | 4 | 1:00 | | | |
| 37 | 08/24 | 05:23PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 38 | 08/24 | 05:23PM | | 678 642-5846 | ATLANTA | | 4 | 1:00 | | | |
| 39 | 08/24 | 05:31PM | | 301 847-0998 | INCOMING | W | 2 | 1:00 | | | |
| 40 | 08/24 | 05:52PM | | 301 847-0998 | LAYHILL | W | 2 | 2:00 | | | |
| 41 | 08/24 | 05:52PM | | 301 847-0998 | LAYHILL | | 4 | 2:00 | | | |
| 42 | 08/24 | 05:53PM | | 334 703-5244 | AUBURN | W | 2 | 2:00 | | | |
| 43 | 08/24 | 05:55PM | | 334 703-5244 | INCOMING | W | 2 | 6:00 | | | |
| 44 | 08/24 | 06:02PM | | 706 687-8327 | COLUMBUS | W | 2 | 1:00 | | | |
| 45 | 08/24 | 06:03PM | | 706 687-8327 | COLUMBUS | | 4 | 1:00 | | | |
| 46 | 08/24 | 06:05PM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 47 | 08/24 | 06:53PM | | 504 943-6997 | NEWORLEANS | W | 2 | 1:00 | | | |
| 48 | 08/24 | 06:53PM | | 504 943-6997 | NEWORLEANS | | 4 | 1:00 | | | |
| 49 | 08/24 | 07:49PM | | 678 642-5846 | ATLANTA | W | 2 | 1:00 | | | |
| 50 | 08/24 | 07:49PM | | 678 642-5846 | ATLANTA | | 4 | 1:00 | | | |
| 51 | 08/24 | 07:49PM | | 504 473-9014 | KENNER | W | 2 | 1:00 | | | |
| 52 | 08/24 | 07:50PM | | 504 473-9014 | KENNER | | 4 | 1:00 | | | |
| 53 | 08/24 | 07:50PM | | 404 752-0918 | ATLANTA | W | 2 | 1:00 | | | |
| 54 | 08/25 | 02:08AM | | 504 945-8781 | INCOMING | W | 2 | 1:00 | | | |
| 55 | 08/25 | 01:24PM | | 334 703-5244 | INCOMING | | P | 1:00 | | | |
| 56 | 08/25 | 09:10PM | | 334 821-2493 | AUBURN | W | O | 1:00 | | | |
| 57 | 08/25 | 09:40PM | | 334 821-2493 | AUBURN | W | O | 2:00 | | | |
| 58 | 08/26 | 07:43AM | | 301 847-0998 | INCOMING | | P | 3:00 | | | |
| 59 | 08/26 | 11:54AM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 60 | 08/26 | 12:13PM | | 504 945-8781 | NEWORLEANS | | P | 2:00 | | | |
| 61 | 08/26 | 12:14PM | | 504 945-8781 | NEWORLEANS | | 4 | 2:00 | | | |
| 62 | 08/26 | 12:15PM | | 301 847-0998 | LAYHILL | | P | 13:00 | | | |
| 63 | 08/26 | 12:15PM | | 301 847-0998 | LAYHILL | | 4 | 13:00 | | | |
| 64 | 08/26 | 01:52PM | | 504 529-1000 | NEWORLEANS | | P | 2:00 | | | |
| 65 | 08/26 | 01:52PM | | 504 529-1000 | NEWORLEANS | | 4 | 2:00 | | | |
| 66 | 08/26 | 01:55PM | | 504 715-5694 | NEWORLEANS | | P | 1:00 | | | |

## Billed Airtime
### Account: 41072862

| # | Date | Time | | Number | Location | | | Duration |
|---|------|------|---|--------|----------|---|---|----------|
| 67 | 08/26 | 01:55PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 68 | 08/26 | 01:59PM | 334 | 745-9333 | OPELIKA | | P | 6:00 |
| 69 | 08/26 | 02:06PM | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 70 | 08/26 | 02:06PM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 71 | 08/26 | 03:31PM | 301 | 847-0998 | LAYHILL | | P | 1:00 |
| 72 | 08/26 | 03:31PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 73 | 08/26 | 04:43PM | 301 | 847-0998 | LAYHILL | | P | 1:00 |
| 74 | 08/26 | 04:44PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 75 | 08/26 | 05:53PM | 301 | 847-0998 | INCOMING | | P | 20:00 |
| 76 | 08/26 | 09:25PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 77 | 08/26 | 09:27PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 78 | 08/27 | 07:14AM | 504 | 945-8701 | NEWORLEANS | | P | 2:00 |
| 79 | 08/27 | 07:14AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 80 | 08/27 | 08:14AM | 334 | 740-0032 | INCOMING | | P | 13:00 |
| 81 | 08/27 | 09:18AM | 202 | 530-9429 | WASHINGTON | | P | 12:00 |
| 82 | 08/27 | 09:18AM | 202 | 530-9429 | WASHINGTON | | 4 | 12:00 |
| 83 | 08/27 | 09:43AM | 202 | 530-0684 | INCOMING | | P | 20:00 |
| 84 | 08/27 | 10:21AM | 202 | 530-0684 | INCOMING | | P | 5:00 |
| 85 | 08/27 | 10:34AM | 334 | 745-6949 | OPELIKA | | P | 2:00 |
| 86 | 08/27 | 10:38AM | 334 | 740-0032 | AUBURN | | P | 2:00 |
| 87 | 08/27 | 09:12PM | 504 | 945-8781 | NEWORLEANS | W | O | 8:00 |
| 88 | 08/27 | 09:12PM | 504 | 945-8781 | NEWORLEANS | | 4 | 8:00 |
| 89 | 08/28 | 07:45AM | 301 | 847-0998 | LAYHILL | | P | 16:00 |
| 90 | 08/28 | 07:45AM | 301 | 847-0998 | LAYHILL | | 4 | 16:00 |
| 91 | 08/28 | 10:32AM | 334 | 502-0032 | AUBURN | | P | 1:00 |
| 92 | 08/28 | 10:47AM | 334 | 750-0857 | INCOMING | | P | 10:00 |
| 93 | 08/28 | 11:36AM | 334 | 750-0857 | AUBURN | | P | 2:00 |
| 94 | 08/28 | 02:56PM | 202 | 630-0684 | INCOMING | | P | 2:00 |
| 95 | 08/28 | 04:40PM | 301 | 847-0998 | LAYHILL | | P | 8:00 |
| 96 | 08/28 | 04:40PM | 301 | 847-0998 | LAYHILL | | 4 | 8:00 |
| 97 | 08/28 | 04:55PM | 301 | 847-0998 | LAYHILL | | P | 1:00 |
| 98 | 08/28 | 04:56PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 99 | 08/28 | 02:05AM | 800 | 789-4385 | 800 SERV. | W | O | 2:00 |
| 100 | 08/29 | 08:01AM | 301 | 847-0998 | LAYHILL | | P | 2:00 |
| 101 | 08/29 | 08:01AM | 301 | 847-0998 | LAYHILL | | 4 | 2:00 |
| 102 | 08/29 | 08:03AM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 103 | 08/29 | 08:03AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 104 | 08/29 | 12:57PM | 334 | 717-5397 | PRATTVILLE | | P | 1:00 |
| 105 | 08/29 | 02:29PM | 334 | 750-0857 | INCOMING | | P | 4:00 |
| 106 | 08/29 | 07:15PM | 334 | 750-0857 | INCOMING | | P | 3:00 |
| 107 | 08/29 | 08:43PM | 301 | 847-0998 | INCOMING | | P | 4:00 |
| 108 | 08/29 | 09:08PM | 334 | 750-0857 | AUBURN | W | 2 | 4:00 |
| 109 | 08/29 | 09:59PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 110 | 08/29 | 09:59PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 111 | 08/30 | 00:29AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 112 | 08/30 | 05:17AM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 113 | 08/30 | 05:00PM | 334 | 717-5397 | PRATTVILLE | W | 2 | 1:00 |
| 114 | 08/30 | 05:02PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 115 | 08/30 | 06:14PM | 404 | 906-9744 | CL DELVRY | | 4 | 2:00 |
| 116 | 08/30 | 07:13PM | 504 | 715-5694 | INCOMING | W | 2 | 2:00 |
| 117 | 08/30 | 07:16PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 2:00 |
| 118 | 08/30 | 07:16PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 119 | 08/30 | 07:44PM | 334 | 750-0857 | AUBURN | W | 2 | 1:00 |
| 120 | 08/30 | 08:05PM | 334 | 750-0857 | INCOMING | W | 2 | 1:00 |
| 121 | 08/30 | 08:07PM | 334 | 727-7215 | INCOMING | W | 2 | 3:00 |
| 122 | 08/30 | 08:19PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 |
| 123 | 08/30 | 10:00PM | 334 | 821-2493 | AUBURN | W | 2 | 1:00 |
| 124 | 08/31 | 02:06AM | 334 | 740-0032 | AUBURN | W | 2 | 1:00 |
| 125 | 08/31 | 11:45AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 126 | 08/31 | 11:55AM | 504 | 715-5694 | INCOMING | W | 2 | 1:00 |
| 127 | 08/31 | 11:56AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 4:00 |
| 128 | 08/31 | 11:56AM | 504 | 945-8781 | NEWORLEANS | | 4 | 4:00 |
| 129 | 08/31 | 12:00PM | 504 | 943-6997 | NEWORLEANS | W | 2 | 1:00 |
| 130 | 08/31 | 12:01PM | 504 | 943-6997 | NEWORLEANS | | 4 | 1:00 |
| 131 | 08/31 | 12:18PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 132 | 08/31 | 12:19PM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 133 | 08/31 | 12:33PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 5:00 |
| 134 | 08/31 | 12:34PM | 504 | 945-8781 | NEWORLEANS | | 4 | 5:00 |
| 135 | 08/31 | 12:40PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 136 | 08/31 | 12:40PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 137 | 08/31 | 12:43PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 5:00 |

# Billed Airtime
## Account: 41072662

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 138 | 08/31 | 12:43PM | 504 | 309-0979 | NEWORLEANS | | 4 | 5:00 |
| 139 | 08/31 | 12:47PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 140 | 08/31 | 12:48PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 141 | 08/31 | 02:58PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 2:00 |
| 142 | 08/31 | 02:58PM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 143 | 08/31 | 02:59PM | 504 | 943-6997 | NEWORLEANS | W | 2 | 9:00 |
| 144 | 08/31 | 03:00PM | 504 | 943-6997 | NEWORLEANS | | 4 | 9:00 |
| 145 | 08/31 | 04:53PM | 301 | 847-0998 | LAYHILL | W | 2 | 79:00 |
| 146 | 08/31 | 04:54PM | 301 | 847-0998 | LAYHILL | | 4 | 79:00 |
| 147 | 08/31 | 06:14PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 148 | 08/31 | 06:15PM | 334 | 332-8028 | AUBURN | W | 2 | 2:00 |
| 149 | 08/31 | 06:17PM | 334 | 332-8028 | AUBURN | W | 2 | 2:00 |
| 150 | 08/31 | 06:20PM | 334 | 332-8028 | AUBURN | W | 2 | 3:00 |
| 151 | 08/31 | 06:27PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 1:00 |
| 152 | 08/31 | 06:27PM | 504 | 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 153 | 08/31 | 06:34PM | 800 | 789-4385 | 800 SERV. | W | 2 | 2:00 |
| 154 | 09/01 | 10:35AM | 301 | 847-0998 | INCOMING | | P | 33:00 |
| 155 | 09/01 | 11:08AM | 334 | 703-5244 | AUBURN | | P | 1:00 |
| 156 | 09/01 | 11:09AM | 334 | 703-5244 | AUBURN | | P | 1:00 |
| 157 | 09/01 | 11:23AM | 334 | 703-5244 | AUBURN | | P | 4:00 |
| 158 | 09/01 | 12:38PM | 334 | 740-0032 | AUBURN | | P | 7:00 |
| 159 | 09/01 | 04:19PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 160 | 09/01 | 04:25PM | 334 | 332-8028 | AUBURN | | P | 2:00 |
| 161 | 09/01 | 04:27PM | 334 | 703-5244 | AUBURN | | P | 1:00 |
| 162 | 09/01 | 04:30PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 163 | 09/01 | 05:11PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 164 | 09/02 | 01:55PM | 334 | 727-1107 | TUSKEGEE | | | 2:00 |
| 165 | 09/02 | 05:11PM | 334 | 750-0857 | INCOMING | | P | 3:00 |
| 166 | 09/02 | 09:01PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 167 | 09/02 | 09:02PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 168 | 09/02 | 09:04PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 169 | 09/02 | 09:05PM | 334 | 727-7215 | TUSKEGEE | W | O | 1:00 |
| 170 | 09/02 | 09:06PM | 334 | 750-0857 | INCOMING | W | O | 5:00 |
| 171 | 09/02 | 09:11PM | 334 | 750-0857 | INCOMING | W | O | 19:00 |
| 172 | 09/02 | 09:33PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 173 | 09/02 | 09:33PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 174 | 09/02 | 09:34PM | 301 | 233-5395 | SILVER SPG | W | O. | 1:00 |
| 175 | 09/02 | 09:34PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 176 | 09/02 | 09:35PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 177 | 09/02 | 09:35PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 178 | 09/02 | 09:49PM | 301 | 847-0998 | LAYHILL | W | O | 2:00 |
| 179 | 09/02 | 09:50PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 180 | 09/02 | 10:20PM | 301 | 847-0998 | INCOMING | W | O | 8:00 |
| 181 | 09/03 | 08:58AM | 301 | 847-0998 | INCOMING | | P | 8:00 |
| 182 | 09/03 | 09:26AM | 202 | 530-0684 | WASHINGTON | | P | 1:00 |
| 183 | 09/03 | 10:06AM | 334 | 727-7807 | INCOMING | | P | 1:00 |
| 184 | 09/03 | 10:25AM | 334 | 727-7807 | TUSKEGEE | | | 10:00 |
| 185 | 09/03 | 05:09PM | 334 | 750-0857 | INCOMING | | P | 4:00 |
| 186 | 09/03 | 09:22PM | 504 | 943-6997 | NEWORLEANS | W | O | -5:00 |
| 187 | 09/03 | 09:22PM | 504 | 943-6997 | NEWORLEANS | | 4 | 5:00 |
| 188 | 09/03 | 12:26PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 189 | 09/04 | 12:28PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 190 | 09/04 | 12:29PM | 334 | 727-7215 | TUSKEGEE | | P | 1:00 |
| 191 | 09/04 | 12:55PM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 |
| 192 | 09/04 | 01:08PM | 301 | 847-0998 | LAYHILL | | P | 1:00 |
| 193 | 09/04 | 01:09PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 194 | 09/04 | 01:20PM | 504 | 309-0979 | NEWORLEANS | | P | 1:00 |
| 195 | 09/04 | 01:20PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 196 | 09/04 | 01:33PM | 800 | 966-9369 | 800 SERV. | | P | 2:00 |
| 197 | 09/04 | 01:35PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 198 | 09/04 | 01:36PM | 334 | 750-0857 | AUBURN | | P | 2:00 |
| 199 | 09/04 | 01:38PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 200 | 09/04 | 01:40PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 201 | 09/04 | 01:43PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 202 | 09/04 | 01:47PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 203 | 09/04 | 01:52PM | 334 | 750-0857 | INCOMING | | P | 3:00 |
| 204 | 09/04 | 02:06PM | 504 | 715-5694 | NEWORLEANS | | P | 2:00 |
| 205 | 09/04 | 02:06PM | 504 | 715-5694 | NEWORLEANS | | 4 | 2:00 |
| 206 | 09/04 | 05:43PM | 504 | 813-6381 | INCOMING | | P | 2:00 |
| 207 | 09/04 | 09:40PM | 334 | 821-2493 | AUBURN | W | O | 1:00 |
| 208 | 09/05 | 02:16AM | 334 | 740-0032 | INCOMING | W | O | 25:00 |

# Billed Airtime

## Account: 41072662

```
209 09/05 02:10PM   301 847-0998 LAYHILL       P    5:00
210 09/05 02:11PM   301 847-0998 LAYHILL       4    4:00
211 09/05 02:15PM   202 530-0684 WASHINGTON    P    1:00
212 09/05 02:38PM   334 745-6949 INCOMING      P    4:00
213 09/05 04:07PM   334 887-7448 INCOMING      P    2:00
214 09/05 05:13PM   334 727-7215 INCOMING      P   22:00
215 09/05 09:37PM   504 945-8781 NEWORLEANS  W 2    1:00
216 09/05 09:39PM   334 821-2493 AUBURN      W 2    1:00
217 09/05 09:54PM   301 847-0998 LAYHILL     W 2    6:00
218 09/05 09:54PM   301 847-0998 LAYHILL       4    6:00
219 09/05 10:22PM   504 309-0979 NEWORLEANS  W 2    2:00
220 09/05 10:22PM   504 309-0979 NEWORLEANS    4    2:00
221 09/05 10:24PM   504 715-5694 NEWORLEANS  W 2    1:00
222 09/05 10:24PM   504 715-5694 NEWORLEANS    4    1:00
223 09/05 10:24PM   504 945-8781 NEWORLEANS  W 2    1:00
224 09/05 10:24PM   504 945-8781 NEWORLEANS    4    1:00
225 09/05 10:25PM   504 945-8781 NEWORLEANS  W 2    9:00
226 09/05 10:25PM   504 945-8781 NEWORLEANS    4    9:00
227 09/05 10:36PM   334 703-5244 AUBURN      W 2   22:00
228 09/05 10:59PM   334 703-5244 INCOMING     W 2    6:00
229 09/06 00:17AM   504 945-8781 INCOMING     W 2    4:00
230 09/06 05:44AM   800 789-4385 800 SERV.   W 2    5:00
231 09/06 06:10AM   800 900-4111 800 SERV.   W 2    3:00
232 09/06 08:52AM   301 847-0998 LAYHILL     W 2    1:00
233 09/06 08:54AM   504 309-0979 NEWORLEANS  W 2   24:00
234 09/06 08:54AM   504 309-0979 NEWORLEANS    4   24:00
235 09/06 09:23AM   504 309-0979 NEWORLEANS  W 2   12:00
236 09/06 09:23AM   504 309-0979 NEWORLEANS    4   12:00
237 09/06 09:34AM   301 847-0998 INCOMING     W 2   45:00
238 09/06 10:19AM   504 945-8781 NEWORLEANS  W 2    2:00
239 09/06 10:19AM   504 945-8781 NEWORLEANS    4    1:00
240 09/06 10:54AM   334 745-6949 OPELIKA     W 2   34:00
241 09/06 11:26AM   334 332-8028 AUBURN      W 2    2:00
242 09/06 11:30AM   334 502-8032 AUBURN      W 2   22:00
243 09/06 11:52AM   334 502-8032 AUBURN      W 2    1:00
244 09/06 11:53AM   334 502-8032 AUBURN      W 2    6:00
245 09/06 01:27PM   800 903-3637 800 SERV.   W 2    4:00
246 09/06 02:17PM   301 847-0998 LAYHILL     W 2    1:00
247 09/06 02:17PM   301 847-0998 LAYHILL       4    1:00
248 09/06 02:18PM   301 847-0998 LAYHILL     W 2    2:00
249 09/06 02:18PM   301 847-0998 LAYHILL       4    2:00
250 09/06 02:25PM   334 750-0857 INCOMING     W 2    6:00
251 09/06 02:58PM   334 750-0857 AUBURN      W 2    3:00
252 09/07 08:55AM   504 715-5694 INCOMING     W 2    2:00
253 09/07 08:56AM   504 945-8781 NEWORLEANS  W 2    4:00
254 09/07 08:56AM   504 945-8781 NEWORLEANS    4    4:00
255 09/07 09:00AM   301 847-0998 LAYHILL     W 2    1:00
256 09/07 09:01AM   301 233-5395 SILVER SPG  W 2    1:00
257 09/07 09:02AM   301 233-5395 SILVER SPG    4   -1:00
258 09/07 09:06AM   301 233-5395 SILVER SPG  W 2    1:00
259 09/07 09:06AM   301 233-5395 SILVER SPG    4    1:00
260 09/07 09:06AM   301 233-5395 SILVER SPG  W 2    1:00
261 09/07 09:06AM   301 233-5395 SILVER SPG    4    1:00
262 09/07 09:07AM   504 945-8781 NEWORLEANS  W 2    2:00
263 09/07 09:08AM   504 945-8781 NEWORLEANS    4    2:00
264 09/07 01:30PM   334 750-0857 AUBURN      W 2    5:00
265 09/07 01:36PM   334 821-2493 AUBURN      W 2    5:00
266 09/07 01:40PM   301 847-0998 LAYHILL     W 2    1:00
267 09/07 01:41PM   301 233-5395 SILVER SPG  W 2    1:00
268 09/07 01:41PM   301 233-5395 SILVER SPG    4    1:00
269 09/07 01:42PM   301 233-5402 SILVER SPG  W 2    1:00
270 09/07 01:42PM   301 233-5402 SILVER SPG    4    1:00
271 09/07 01:42PM   301 847-0998 LAYHILL     W 2    1:00
272 09/07 01:43PM   301 847-0998 LAYHILL       4    1:00
273 09/07 01:46PM   504 715-5694 NEWORLEANS  W 2    2:00
274 09/07 01:46PM   504 715-5694 NEWORLEANS    4    2:00
275 09/07 04:03PM   334 750-0857 INCOMING     W 2    3:00
276 09/07 04:25PM   334 750-0857 AUBURN      W 2    1:00
277 09/07 04:40PM   504 945-8781 INCOMING     W 2    2:00
278 09/07 04:42PM   504 945-8781 INCOMING     W 2    1:00
279 09/07 11:59PM   334 740-0032 INCOMING     W 2    2:00
```

**Billed Airtime**

**Account: 41072862**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 280 | 09/08 | 06:40AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 | |
| 281 | 09/08 | 06:41AM | 334 | 750-0857 | AUBURN | W | 2 | 5:00 | |
| 282 | 09/08 | 06:47AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 | |
| 283 | 09/08 | 06:47AM | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 | |
| 284 | 09/08 | 06:51AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 | |
| 285 | 09/08 | 06:51AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | |
| 286 | 09/08 | 06:53AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 7:00 | |
| 287 | 09/08 | 06:53AM | 504 | 309-0979 | NEWORLEANS | | 4 | 6:00 | |
| 288 | 09/08 | 09:17AM | 334 | 750-0857 | AUBURN | | P | 2:00 | |
| 289 | 09/08 | 09:18AM | 301 | 847-0998 | INCOMING | C | P | 1:00 | |
| 290 | 09/08 | 09:20AM | 334 | 750-0857 | AUBURN | | P | 7:00 | |
| 291 | 09/08 | 10:12AM | 334 | 745-6949 | OPELIKA | | P | 1:00 | |
| 292 | 09/08 | 10:16AM | TG 334 | 332-8028 | INCOMING | R | P | 1:00 | |
| 293 | 09/08 | 10:44AM | 334 | 745-6949 | OPELIKA | | P | 2:00 | |
| 294 | 09/08 | 12:15PM | 202 | 530-0684 | WASHINGTON | | P | 1:00 | |
| 295 | 09/08 | 12:21PM | 334 | 332-8028 | AUBURN | | P | 1:00 | |
| 296 | 09/08 | 12:26PM | 301 | 847-0998 | INCOMING | | P | 3:00 | |
| 297 | 09/08 | 01:44PM | 202 | 530-0684 | WASHINGTON | | P | 1:00 | |
| 298 | 09/08 | 04:23PM | 301 | 847-0998 | LAYHILL | | P | 1:00 | |
| 299 | 09/08 | 04:23PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | |
| 300 | 09/08 | 10:23PM | 504 | 309-0979 | INCOMING | W | O | 12:00 | |
| 301 | 09/08 | 10:35PM | 504 | 309-0979 | NEWORLEANS | W | O | 50:00 | |
| 302 | 09/08 | 10:36PM | 504 | 309-0979 | NEWORLEANS | | 4 | 50:00 | |
| 303 | 09/09 | 09:40AM | 334 | 502-3207 | AUBURN | | P | 1:00 | |
| 304 | 09/09 | 10:05AM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 | |
| 305 | 09/09 | 10:06AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | |
| 306 | 09/09 | 10:09AM | 504 | 945-8781 | NEWORLEANS | | P | 3:00 | |
| 307 | 09/09 | 10:09AM | 504 | 945-8781 | NEWORLEANS | | 4 | 3:00 | |
| 308 | 09/09 | 10:18AM | 301 | 233-5395 | INCOMING | | P | 1:00 | |
| 309 | 09/09 | 10:19AM | 301 | 233-5395 | INCOMING | | P | 10:00 | |
| 310 | 09/09 | 10:28AM | 301 | 233-5395 | INCOMING | | P | 1:00 | |
| 311 | 09/09 | 11:51AM | 504 | 715-5694 | NEWORLEANS | | P | 4:00 | |
| 312 | 09/09 | 11:51AM | 504 | 715-5694 | NEWORLEANS | | 4 | 4:00 | |
| 313 | 09/09 | 01:26PM | 334 | 750-0857 | AUBURN | | P | 1:00 | |
| 314 | 09/09 | 02:37PM | 202 | 530-9429 | WASHINGTON | | P | 17:00 | |
| 315 | 09/09 | 02:38PM | 202 | 530-9429 | WASHINGTON | | 4 | 16:00 | |
| 316 | 09/09 | 09:04PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 | |
| 317 | 09/09 | 09:04PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | |
| 318 | 09/09 | 09:16PM | 504 | 309-0979 | INCOMING | W | O | 4:00 | |
| 319 | 09/10 | 10:06AM | 202 | 530-9429 | WASHINGTON | | P | 1:00 | |
| 320 | 09/10 | 10:06AM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 | |
| 321 | 09/10 | 10:06AM | 202 | 530-9429 | WASHINGTON | | P | 7:00 | |
| 322 | 09/10 | 10:06AM | 202 | 530-9429 | WASHINGTON | | 4 | 7:00 | |
| 323 | 09/10 | 10:25AM | 202 | 530-9429 | WASHINGTON | | P | 6:00 | |
| 324 | 09/10 | 10:25AM | 202 | 530-9429 | WASHINGTON | | 4 | 6:00 | |
| 325 | 09/10 | 10:33AM | 202 | 530-9429 | WASHINGTON | | P | 6:00 | |
| 326 | 09/10 | 10:33AM | 202 | 530-9429 | WASHINGTON | | 4 | 6:00 | |
| 327 | 09/10 | 10:49AM | 504 | 568-6031 | NEWORLEANS | | P | 2:00 | |
| 328 | 09/10 | 10:49AM | 504 | 568-6031 | NEWORLEANS | | 4 | 2:00 | |
| 329 | 09/10 | 11:23AM | 800 | 967-8777 | 800 SERV. | | P | 5:00 | |
| 330 | 09/10 | 11:40AM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 | |
| 331 | 09/10 | 11:40AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | |
| 332 | 09/10 | 11:45AM | 504 | 945-8781 | NEWORLEANS | | P | 1:00 | |
| 333 | 09/10 | 11:45AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | |
| 334 | 09/10 | 01:03PM | 334 | 750-0857 | AUBURN | | P | 1:00 | |
| 335 | 09/10 | 02:52PM | 202 | 530-9429 | WASHINGTON | | P | 1:00 | |
| 336 | 09/10 | 02:52PM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 | |
| 337 | 09/10 | 03:11PM | 202 | 530-0684 | INCOMING | | P | 4:00 | |
| 338 | 09/10 | 04:30PM | 334 | 821-2493 | AUBURN | | P | 1:00 | |
| 339 | 09/10 | 04:31PM | 334 | 750-0857 | AUBURN | | P | 1:00 | |
| 340 | 09/10 | 04:46PM | 334 | 750-0857 | AUBURN | | P | 1:00 | |
| 341 | 09/10 | 05:04PM | 334 | 703-5244 | AUBURN | | P | 5:00 | |
| 342 | 09/10 | 05:31PM | 334 | 750-0857 | INCOMING | | P | 9:00 | |
| 343 | 09/10 | 09:03PM | 504 | 309-0979 | NEWORLEANS | W | O | 11:00 | |
| 344 | 09/10 | 09:03PM | 504 | 309-0979 | NEWORLEANS | | 4 | 11:00 | |
| 345 | 09/11 | 01:42PM | 334 | 727-4142 | INCOMING | | P | 1:00 | |
| 346 | 09/11 | 02:05PM | 334 | 745-6949 | INCOMING | | P | 20:00 | |
| 347 | 09/11 | 02:29PM | 334 | 745-6949 | INCOMING | | P | 5:00 | 2.25 | 2.25 |
| 348 | 09/11 | 09:18PM | 504 | 309-0979 | INCOMING | W | O | 1:00 | |
| 349 | 09/11 | 09:19PM | 504 | 309-0979 | NEWORLEANS | W | O | 16:00 | |
| 350 | 09/11 | 09:19PM | 504 | 309-0979 | NEWORLEANS | | 4 | 16:00 | |

**Billed Airtime**

Account: 41072662

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 351 | 09/12 | 07:45AM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 352 | 09/12 | 03:32PM | 301 | 233-5395 | INCOMING | | P | 3:00 | 1.35 | 1.35 |
| 353 | 09/12 | 09:21PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 2:00 | | |
| 354 | 09/12 | 09:21PM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 | | |
| 355 | 09/12 | 09:24PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | |
| 356 | 09/13 | 07:40AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 | | |
| 357 | 09/13 | 07:55AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 | | |
| 358 | 09/13 | 07:55AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | | |
| 359 | 09/13 | 11:31AM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 | | |
| 360 | 09/13 | 11:32AM | 301 | 233-5395 | SILVER SPG | W | 2 | 54:00 | | |
| 361 | 09/13 | 11:32AM | 301 | 233-5395 | SILVER SPG | | 4 | 53:00 | | |
| 362 | 09/13 | 12:26PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 2:00 | | |
| 363 | 09/13 | 12:26PM | 504 | 945-8781 | NEWORLEANS | | 4 | 2:00 | | |
| 364 | 09/13 | 12:28PM | 504 | 715-5694 | NEWORLEANS | W | 2 | 2:00 | | |
| 365 | 09/13 | 12:28PM | 504 | 715-5694 | NEWORLEANS | | 4 | 2:00 | | |
| 366 | 09/13 | 02:59PM | 800 | 789-4385 | 800 SERV. | W | 2 | 7:00 | | |
| 367 | 09/13 | 03:07PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 368 | 09/13 | 03:08PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 369 | 09/13 | 03:34PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 4:00 | | |
| 370 | 09/13 | 03:35PM | 504 | 945-8781 | NEWORLEANS | | 4 | 3:00 | | |
| 371 | 09/13 | 03:38PM | 504 | 712-0907 | KENNER | W | 2 | 4:00 | | |
| 372 | 09/13 | 03:38PM | 504 | 712-0907 | KENNER | | 4 | 4:00 | | |
| 373 | 09/13 | 03:42PM | 504 | 943-6997 | NEWORLEANS | W | 2 | 18:00 | | |
| 374 | 09/13 | 03:43PM | 504 | 943-6997 | NEWORLEANS | | 4 | 18:00 | | |
| 375 | 09/13 | 06:39PM | 504 | 945-8781 | INCOMING | W | 2 | 3:00 | | |
| 376 | 09/13 | 09:26PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | |
| 377 | 09/14 | 01:54AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | |
| 378 | 09/14 | 01:55AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 10:00 | | |
| 379 | 09/14 | 01:56AM | 504 | 309-0979 | NEWORLEANS | | 4 | 10:00 | | |
| 380 | 09/14 | 09:52AM | 301 | 847-0998 | INCOMING | W | 2 | 7:00 | | |
| 381 | 09/14 | 10:11AM | 504 | 945-8781 | NEWORLEANS | W | 2 | 1:00 | | |
| 382 | 09/14 | 10:11AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 | | |
| 383 | 09/14 | 11:06AM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 384 | 09/14 | 11:24AM | 334 | 703-5244 | INCOMING | W | 2 | 1:00 | | |
| 385 | 09/14 | 12:34PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 | | |
| 386 | 09/14 | 06:55PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 | | |
| 387 | 09/14 | 06:55PM | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 | | |
| 388 | 09/14 | 07:13PM | 334 | 727-7807 | TUSKEGEE | W | | 4:00 | | |
| 389 | 09/14 | 09:30PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 390 | 09/14 | 09:51PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 7:00 | | |
| 391 | 09/14 | 09:51PM | 504 | 945-8781 | NEWORLEANS | | 4 | 7:00 | | |
| 392 | 09/15 | 10:27AM | 301 | 847-0998 | INCOMING | | P | 10:00 | 4.50 | 4.50 |
| 393 | 09/15 | 12:00PM | 301 | 847-0998 | INCOMING | | P | 2:00 | 0.90 | 0.90 |
| 394 | 09/15 | 01:36PM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 395 | 09/15 | 02:11PM | 202 | 530-9429 | WASHINGTON | | P | 1:00 | 0.45 | 0.45 |
| 396 | 09/15 | 02:11PM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 | | |
| 397 | 09/15 | 10:03PM | 504 | 945-8781 | NEWORLEANS | W | O | 4:00 | | |
| 398 | 09/15 | 10:03PM | 504 | 945-8781 | NEWORLEANS | | 4 | 4:00 | | |
| 399 | 09/16 | 01:47AM | 334 | 740-0032 | INCOMING | W | O | 3:00 | | |
| 400 | 09/16 | 11:29AM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 401 | 09/16 | 12:46PM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 402 | 09/16 | 12:48PM | 301 | 847-0998 | LAYHILL | | P | 1:00 | 0.45 | 0.45 |
| 403 | 09/16 | 12:48PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | |
| 404 | 09/16 | 09:17PM | 334 | 332-8028 | AUBURN | W | O | 1:00 | | |
| 405 | 09/16 | 09:30PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 406 | 09/16 | 09:31PM | 334 | 725-2600 | TUSKEGEE | W | | 2:00 | | |
| 407 | 09/16 | 09:53PM | 334 | 332-8028 | AUBURN | W | O | 1:00 | | |
| 408 | 09/17 | 01:14PM | 334 | 332-8028 | AUBURN | | P | 1:00 | 0.45 | 0.45 |
| 409 | 09/18 | 06:09AM | 504 | 945-8781 | NEWORLEANS | W | O | 2:00 | | |
| 410 | 09/18 | 06:11AM | 301 | 847-0998 | LAYHILL | W | O | 1:00 | | |
| 411 | 09/18 | 06:11AM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 | | |
| 412 | 09/18 | 06:38AM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 | | |
| 413 | 09/18 | 09:03PM | 301 | 847-0998 | LAYHILL | W | O | 4:00 | | |
| 414 | 09/18 | 09:03PM | 301 | 847-0998 | LAYHILL | | 4 | 3:00 | | |
| 415 | 09/18 | 09:06PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 | | |
| 416 | 09/18 | 09:07PM | 504 | 715-5694 | NEWORLEANS | W | O | 2:00 | | |
| 417 | 09/18 | 09:07PM | 504 | 715-5694 | NEWORLEANS | | 4 | 2:00 | | |
| 418 | 09/19 | 03:14AM | 334 | 332-8028 | AUBURN | W | O | 2:00 | | |
| 419 | 09/19 | 03:17AM | 504 | 309-0979 | NEWORLEANS | W | O | 1:00 | | |
| 420 | 09/19 | 03:18AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 | | |
| 421 | 09/19 | 03:18AM | 504 | 309-0979 | NEWORLEANS | W | O | 1:00 | | |

**Billed Airtime**

Account: 41072842

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 422 | 09/19 | 03:19AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 | | |
| 423 | 09/19 | 03:22AM | 504 | 945-8781 | NEWORLEANS W | O | 1:00 | | |
| 424 | 09/19 | 08:13AM | 334 | 332-8028 | AUBURN | P | 2:00 | 0.90 | 0.90 |
| 425 | 09/19 | 10:45AM | 334 | 332-8028 | AUBURN | P | 1:00 | 0.45 | 0.45 |
| 426 | 09/19 | 12:36PM | 334 | 332-8028 | AUBURN | P | 1:00 | 0.45 | 0.45 |
| 427 | 09/20 | 08:17AM | 301 | 847-0998 | LAYHILL | 2 | 1:00 | 0.45 | 0.45 |
| 428 | 09/20 | 08:17AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 | | |
| 429 | 09/20 | 12:31PM | 301 | 847-0998 | LAYHILL | 2 | 1:00 | 0.45 | 0.45 |
| 430 | 09/20 | 12:31PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 | | |
| 431 | 09/20 | 12:32PM | 504 | 309-0979 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 432 | 09/20 | 12:33PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 | | |
| 433 | 09/20 | 12:34PM | 334 | 332-8028 | AUBURN | 2 | 2:00 | 0.90 | 0.90 |
| 434 | 09/20 | 12:36PM | 504 | 261-3404 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 435 | 09/20 | 12:36PM | 504 | 261-3404 | NEWORLEANS | 4 | 1:00 | | |
| 436 | 09/20 | 12:37PM | 504 | 261-3404 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 437 | 09/20 | 12:37PM | 504 | 261-3404 | NEWORLEANS | 4 | 1:00 | | |
| 438 | 09/20 | 12:38PM | 504 | 309-0979 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 439 | 09/20 | 12:38PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 | | |
| 440 | 09/20 | 12:38PM | 301 | 847-0998 | LAYHILL | 2 | 7:00 | 3.15 | 3.15 |
| 441 | 09/20 | 12:38PM | 301 | 847-0998 | LAYHILL | 4 | 7:00 | | |
| 442 | 09/20 | 03:10PM | 301 | 847-0998 | LAYHILL | 2 | 10:00 | 4.50 | 4.50 |
| 443 | 09/20 | 03:11PM | 301 | 847-0998 | LAYHILL | 4 | 10:00 | | |
| 444 | 09/20 | 03:19PM | 504 | 309-0979 | INCOMING | C 2 | 3:00 | 1.35 | 1.35 |
| 445 | 09/20 | 03:39PM | 334 | 750-0857 | AUBURN | 2 | 1:00 | 0.45 | 0.45 |
| 446 | 09/20 | 05:07PM | 504 | 945-8781 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 447 | 09/20 | 05:09PM | 334 | 725-2600 | TUSKEGEE | | 4:00 | 0.90 | 0.90 |
| 448 | 09/20 | 05:12PM | 334 | 750-0857 | AUBURN | 2 | 1:00 | 0.45 | 0.45 |
| 449 | 09/20 | 05:13PM | 334 | 750-0857 | AUBURN | 2 | 1:00 | 0.45 | 0.45 |
| 450 | 09/20 | 05:16PM | 334 | 750-0857 | AUBURN | 2 | 3:00 | 1.35 | 1.35 |
| 451 | 09/20 | 06:12PM | 301 | 847-0998 | LAYHILL | 2 | 1:00 | 0.45 | 0.45 |
| 452 | 09/20 | 06:13PM | 301 | 847-0998 | LAYHILL | 2 | 3:00 | 1.35 | 1.35 |
| 453 | 09/20 | 06:13PM | 301 | 847-0998 | LAYHILL | 4 | 3:00 | | |
| 454 | 09/20 | 06:16PM | 504 | 715-5694 | NEWORLEANS | 2 | 3:00 | 1.35 | 1.35 |
| 455 | 09/20 | 06:16PM | 504 | 715-5694 | NEWORLEANS | 4 | 3:00 | | |
| 456 | 09/20 | 09:41PM | 800 | 789-4385 | 800 SERV. | 2 | 3:00 | 1.35 | 1.35 |
| 457 | 09/20 | 09:45PM | 504 | 945-8781 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 458 | 09/20 | 09:47PM | 504 | 715-5694 | NEWORLEANS | 2 | 1:00 | 0.45 | 0.45 |
| 459 | 09/20 | 09:47PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 | | |
| 460 | 09/20 | 09:48PM | 504 | 309-0979 | NEWORLEANS | 2 | 2:00 | 0.90 | 0.90 |
| 461 | 09/20 | 09:48PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 | | |
| 462 | 09/20 | 09:50PM | 334 | 740-0032 | AUBURN | 2 | 5:00 | 2.25 | 2.25 |

Exhibit 8

Sept – Oct 2003

Noticeable Change

On pg 5

Account: 41072882

Ending
10/20

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028    ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/21 | 03:14AM | | 334 332-8028 | AUBURN | W | 2 | 1:00 | | | |
| 2 | 09/21 | 10:54AM | | 301 847-0998 | INCOMING | W | 2 | 6:00 | | | |
| 3 | 09/21 | 11:01AM | | 301 847-0998 | INCOMING | W | 2 | 5:00 | | | |
| 4 | 09/21 | 12:48PM | | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 | | | |
| 5 | 09/21 | 12:49PM | | 504 309-0979 | NEWORLEANS | | 4 | 1:00 | | | |
| 6 | 09/21 | 12:49PM | | 301 847-0998 | LAYHILL | W | 2 | 39:00 | | | |
| 7 | 09/21 | 12:49PM | | 301 847-0998 | LAYHILL | | 4 | 39:00 | | | |
| 8 | 09/21 | 04:55PM | | 334 727-4142 | INCOMING | W | 2 | 2:00 | | | |
| 9 | 09/21 | 05:06PM | | 334 750-0857 | AUBURN | W | 2 | 2:00 | | | |
| 10 | 09/21 | 05:11PM | | 334 727-7215 | INCOMING | W | 2 | 3:00 | | | |
| 11 | 09/21 | 05:24PM | | 334 750-0857 | AUBURN | W | 2 | 1:00 | | | |
| 12 | 09/21 | 07:13PM | | 334 750-0857 | AUBURN | W | 2 | 1:00 | | | |
| 13 | 09/21 | 07:17PM | | 334 727-7215 | INCOMING | W | 2 | 24:00 | | | |
| 14 | 09/21 | 07:41PM | | 504 945-8781 | NEWORLEANS | W | 2 | 2:00 | | | |
| 15 | 09/21 | 07:41PM | | 504 945-8781 | NEWORLEANS | | 4 | 2:00 | | | |
| 16 | 09/21 | 07:47PM | | 504 945-8781 | INCOMING | W | 2 | 2:00 | | | |
| 17 | 09/21 | 07:49PM | | 504 715-5694 | INCOMING | W | 2 | 6:00 | | | |
| 18 | 09/21 | 08:42PM | | 504 715-5694 | NEWORLEANS | W | 2 | 2:00 | | | |
| 19 | 09/21 | 08:42PM | | 504 715-5694 | NEWORLEANS | | 4 | 2:00 | | | |
| 21 | 09/22 | 01:52AM | | 504 309-0979 | NEWORLEANS | W | 2 | 6:00 | | | |
| 22 | 09/22 | 01:52AM | | 504 309-0979 | NEWORLEANS | | 4 | 6:00 | | | |
| 23 | 09/22 | 09:16AM | | 334 750-0857 | AUBURN | | P | 1:00 | | | |
| 24 | 09/22 | 09:17AM | | 334 750-0857 | AUBURN | | P | 8:00 | | | |
| 25 | 09/22 | 09:45AM | | 334 332-8028 | AUBURN | | F | 2:00 | | | |
| 26 | 09/22 | 11:59AM | | 334 821-2493 | AUBURN | | P | 2:00 | | | |
| 27 | 09/22 | 12:02PM | | 301 847-0998 | LAYHILL | | P | 20:00 | | | |
| 28 | 09/22 | 12:02PM | | 301 847-0998 | LAYHILL | | 4 | 19:00 | | | |
| 29 | 09/22 | 12:21PM | | 504 945-8781 | INCOMING | C | P | 4:00 | | | |
| 30 | 09/22 | 12:25PM | | 301 847-0998 | LAYHILL | | P | 1:00 | | | |
| 31 | 09/22 | 12:25PM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 32 | 09/22 | 03:39PM | | 334 750-0857 | AUBURN | | P | 1:00 | | | |
| 33 | 09/22 | 03:44PM | | 800 966-8369 | 800 SERV. | | P | 1:00 | | | |
| 34 | 09/22 | 03:45PM | | 334 750-0857 | AUBURN | | P | 1:00 | | | |
| 35 | 09/22 | 03:46PM | | 334 821-2493 | AUBURN | | P | 2:00 | | | |
| 36 | 09/22 | 03:48PM | | 334 750-0857 | AUBURN | | P | 1:00 | | | |
| 37 | 09/22 | 03:50PM | | 334 821-2493 | AUBURN | | P | 1:00 | | | |
| 38 | 09/22 | 03:51PM | | 334 821-2493 | AUBURN | | P | 2:00 | | | |
| 39 | 09/22 | 03:53PM | | 334 750-0857 | AUBURN | | P | 1:00 | | | |
| 40 | 09/22 | 03:56PM | | 334 821-2496 | AUBURN | | P | 1:00 | | | |
| 41 | 09/22 | 03:57PM | | 334 821-2493 | AUBURN | | P | 5:00 | | | |
| 42 | 09/22 | 04:41PM | | 334 750-0857 | AUBURN | | P | 3:00 | | | |
| 43 | 09/23 | 09:15AM | | 334 332-8028 | AUBURN | | P | 1:00 | | | |
| 44 | 09/23 | 05:23PM | | 334 750-0857 | INCOMING | | P | 5:00 | | | |
| 45 | 09/23 | 08:53PM | | 334 332-8028 | AUBURN | W | O | 2:00 | | | |
| 46 | 09/23 | 09:20PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 47 | 09/24 | 09:57AM | | 301 847-0998 | LAYHILL | | P | 2:00 | | | |
| 48 | 09/24 | 09:57AM | | 301 847-0998 | LAYHILL | | 4 | 1:00 | | | |
| 49 | 09/24 | 10:14AM | | 301 847-0998 | INCOMING | | P | 24:00 | | | |
| 50 | 09/24 | 12:44PM | | 334 821-2493 | AUBURN | | P | 5:00 | | | |
| 51 | 09/24 | 01:22PM | | 334 821-2493 | AUBURN | | P | 3:00 | | | |
| 52 | 09/24 | 01:40PM | | 504 945-8781 | INCOMING | | F | 2:00 | | | |
| 53 | 09/24 | 03:06PM | | 504 945-8781 | INCOMING | | P | 1:00 | | | |
| 54 | 09/24 | 03:28PM | | 334 750-0857 | INCOMING | | P | 1:00 | | | |
| 55 | 09/24 | 04:11PM | | 504 945-8781 | NEWORLEANS | | P | 1:00 | | | |
| 56 | 09/24 | 04:11PM | | 504 945-8781 | NEWORLEANS | | 4 | 1:00 | | | |
| 57 | 09/24 | 04:56PM | | 504 945-8781 | NEWORLEANS | | P | 1:00 | | | |
| 58 | 09/24 | 04:57PM | | 504 945-8781 | NEWORLEANS | | 4 | 1:00 | | | |
| 59 | 09/24 | 05:02PM | | 334 750-0857 | AUBURN | | F | 1:00 | | | |
| 60 | 09/24 | 07:32PM | | 301 847-0998 | INCOMING | W | O | 6:00 | | | |
| 61 | 09/24 | 07:40PM | | 334 750-0857 | AUBURN | W | O | 1:00 | | | |
| 62 | 09/24 | 08:02PM | | 334 750-0857 | AUBURN | W | O | 19:00 | | | |
| 63 | 09/24 | 08:26PM | | 800 789-4385 | 800 SERV. | W | O | 6:00 | | | |
| 64 | 09/24 | 08:34PM | | 334 725-2600 | TUSKEGEE | W | | 2:00 | | | |
| 65 | 09/25 | 07:21AM | | 334 332-8028 | AUBURN | | F | 1:00 | | | |
| 66 | 09/25 | 07:48AM | | 334 750-0857 | AUBURN | | P | 2:00 | | | |

Account: 41072882

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | 09/25 | 08:02AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 68 | 09/25 | 08:42AM | 334 | 727-7215 | INCOMING | P | 7:00 |
| 69 | 09/25 | 09:53AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 70 | 09/25 | 10:32AM | 301 | 847-0998 | INCOMING | P | 7:00 |
| 71 | 09/25 | 11:31AM | 702 | 804-8484 | INCOMING | P | 2:00 |
| 72 | 09/25 | 12:42PM | 334 | 750-0857 | AUBURN | P | 7:00 |
| 73 | 09/25 | 01:06PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 74 | 09/25 | 01:17PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 75 | 09/25 | 01:21PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 76 | 09/25 | 01:23PM | 334 | 750-0857 | AUBURN | P | 2:00 |
| 77 | 09/25 | 01:50PM | 334 | 750-0857 | AUBURN | P | 1:00 |
| 78 | 09/25 | 02:00PM | 504 | 529-1000 | NEWORLEANS | P | 3:00 |
| 79 | 09/25 | 02:00PM | 504 | 529-1000 | NEWORLEANS | 4 | 3:00 |
| 80 | 09/25 | 08:30PM | 702 | 804-8484 | INCOMING | W O | 1:00 |
| 81 | 09/26 | 06:52AM | 504 | 715-5694 | INCOMING | P | 5:00 |
| 82 | 09/26 | 08:31AM | 504 | 945-8781 | NEWORLEANS | W 2 | 5:00 |
| 83 | 09/26 | 08:31AM | 504 | 945-8781 | NEWORLEANS | 4 | 5:00 |
| 84 | 09/26 | 08:39AM | 504 | 309-0979 | NEWORLEANS | W 2 | 6:00 |
| 85 | 09/26 | 08:39AM | 504 | 309-0979 | NEWORLEANS | 4 | 6:00 |
| 86 | 09/27 | 07:27AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 87 | 09/27 | 07:27AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 88 | 09/27 | 11:53AM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 89 | 09/27 | 11:53AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 90 | 09/27 | 01:15PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 91 | 09/27 | 01:23PM | 301 | 847-0998 | | | |
| 92 | 09/27 | 01:27PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 93 | 09/27 | 03:44PM | 301 | 233-5402 | INCOMING | W 2 | 14:00 |
| 94 | 09/27 | 03:57PM | 504 | 945-8781 | NEWORLEANS | W 2 | 6:00 |
| 95 | 09/27 | 03:58PM | 504 | 945-8781 | NEWORLEANS | 4 | 6:00 |
| 96 | 09/27 | 04:03PM | 301 | 233-5402 | SILVER SPG | W 2 | 1:00 |
| 97 | 09/27 | 04:03PM | 301 | 233-5402 | SILVER SPG | 4 | 1:00 |
| 98 | 09/27 | 04:20PM | 800 | 758-3844 | 800 SERV. | | 2:00 |
| 99 | 09/27 | 05:49PM | 504 | 309-0979 | INCOMING | W 2 | 6:00 |
| 100 | 09/27 | 07:23PM | 504 | 309-0979 | INCOMING | W 2 | 2:00 |
| 101 | 09/27 | 08:23PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 102 | 09/27 | 08:23PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 103 | 09/27 | 08:25PM | 800 | 789-4385 | 800 SERV. | W 2 | 2:00 |
| 104 | 09/27 | 08:28PM | 800 | 356-0011 | 800 SERV. | W 2 | 1:00 |
| 105 | 09/27 | 08:29PM | 800 | 356-0011 | 800 SERV. | W 2 | 4:00 |
| 106 | 09/27 | 08:33PM | 800 | 356-0011 | 800 SERV. | W 2 | 1:00 |
| 107 | 09/27 | 08:34PM | 800 | 356-0011 | 800 SERV. | W 2 | 12:00 |
| 108 | 09/27 | 09:00PM | 504 | 309-0979 | NEWORLEANS | W 2 | 7:00 |
| 109 | 09/27 | 09:00PM | 504 | 309-0979 | NEWORLEANS | 4 | 7:00 |
| 110 | 09/28 | 11:44AM | 301 | 233-5395 | SILVER SPG | W 2 | 1:00 |
| 111 | 09/28 | 11:44AM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 112 | 09/28 | 02:56PM | 334 | 745-6949 | INCOMING | W 2 | 19:00 |
| 113 | 09/28 | 03:29PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 114 | 09/28 | 03:29PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 115 | 09/28 | 03:48PM | 504 | 309-0979 | INCOMING | W 2 | 6:00 |
| 116 | 09/28 | 05:27PM | 504 | 715-5694 | INCOMING | W 2 | 2:00 |
| 117 | 09/28 | 05:30PM | 504 | 943-6997 | NEWORLEANS | W 2 | 1:00 |
| 118 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | 4 | 1:00 |
| 119 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | W 2 | 1:00 |
| 120 | 09/28 | 05:31PM | 504 | 943-6997 | NEWORLEANS | 4 | 1:00 |
| 121 | 09/28 | 05:32PM | 504 | 715-5694 | NEWORLEANS | W 2 | 1:00 |
| 122 | 09/28 | 05:32PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 123 | 09/28 | 05:33PM | 504 | 943-6997 | NEWORLEANS | W 2 | 9:00 |
| 124 | 09/28 | 05:33PM | 504 | 943-6997 | NEWORLEANS | 4 | 9:00 |
| 125 | 09/28 | 05:56PM | 334 | 727-7807 | INCOMING | W 2 | 2:00 |
| 126 | 09/28 | 08:32PM | 504 | 309-0979 | INCOMING | W 2 | 1:00 |
| 127 | 09/29 | 00:03AM | 504 | 309-0979 | NEWORLEANS | W 2 | 11:00 |
| 128 | 09/29 | 00:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 11:00 |
| 129 | 09/29 | 05:28AM | 202 | 530-9429 | WASHINGTON | W 2 | 1:00 |
| 130 | 09/29 | 05:29AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 131 | 09/29 | 06:43AM | 202 | 530-9429 | WASHINGTON | W 2 | 8:00 |
| 132 | 09/29 | 06:43AM | 202 | 530-9429 | WASHINGTON | 4 | 8:00 |
| 133 | 09/29 | 08:52AM | 202 | 530-0684 | INCOMING | P | 2:00 |
| 134 | 09/29 | 08:54AM | 202 | 530-0684 | INCOMING | P | 7:00 |
| 135 | 09/29 | 09:06AM | 202 | 530-0684 | INCOMING | P | 5:00 |
| 136 | 09/29 | 09:11AM | 202 | 234-3062 | WASHINGTON | P | 1:00 |
| 137 | 09/29 | 09:11AM | 202 | 234-3062 | WASHINGTON | 4 | 1:00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 138 | 09/29 | 09:14AM | 202 | 530-9429 | WASHINGTON | P | 2:00 |
| 139 | 09/29 | 09:14AM | 202 | 530-9429 | WASHINGTON | 4 | 2:00 |
| 140 | 09/29 | 09:16AM | 202 | 234-3062 | WASHINGTON | P | 4:00 |
| 141 | 09/28 | 09:16AM | 202 | 234-3062 | WASHINGTON | 4 | 3:00 |
| 142 | 09/29 | 09:19AM | 205 | 324-0111 | BIRMINGHAM | P | 1:00 |
| 143 | 09/28 | 09:19AM | 205 | 324-0111 | BIRMINGHAM | 4 | 1:00 |
| 144 | 09/29 | 09:20AM | 202 | 530-9429 | WASHINGTON | P | 2:00 |
| 145 | 09/29 | 09:20AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 146 | 09/29 | 09:23AM | 205 | 731-1359 | BIRMINGHAM | P | 1:00 |
| 147 | 09/29 | 09:24AM | 205 | 731-1359 | BIRMINGHAM | 4 | 1:00 |
| 148 | 09/29 | 09:25AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 149 | 09/29 | 09:25AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 150 | 09/29 | 09:26AM | 334 | 749-5065 | OPELIKA | P | 2:00 |
| 151 | 09/29 | 09:28AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 152 | 09/29 | 09:28AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 153 | 09/29 | 09:34AM | 800 | 669-4000 | 800 SERV. | P | 4:00 |
| 154 | 09/29 | 09:38AM | 202 | 530-9429 | WASHINGTON | P | 3:00 |
| 155 | 09/29 | 09:38AM | 202 | 530-9429 | WASHINGTON | 4 | 3:00 |
| 156 | 09/29 | 10:08AM | 202 | 530-9429 | WASHINGTON | P | 2:00 |
| 157 | 09/29 | 10:09AM | 202 | 530-9429 | WASHINGTON | 4 | 2:00 |
| 158 | 09/29 | 10:49AM | 334 | 821-2493 | AUBURN | P | 1:00 |
| 159 | 09/29 | 11:00AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 160 | 09/29 | 11:00AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 161 | 09/29 | 11:16AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 162 | 09/29 | 11:16AM | 301 | 847-0998 | LAYHILL | | |
| 163 | 09/29 | 11:17AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 164 | 09/29 | 11:18AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 165 | 09/29 | 11:39AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 166 | 09/29 | 11:39AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 167 | 09/29 | 11:43AM | 504 | 945-8781 | NEWORLEANS | P | 1:00 |
| 168 | 09/29 | 11:43AM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 169 | 09/29 | 11:44AM | 504 | 945-8781 | INCOMING | P | 1:00 |
| 170 | 09/29 | 01:46PM | 202 | 530-9429 | WASHINGTON | P | 3:00 |
| 171 | 09/29 | 01:46PM | 202 | 530-9429 | WASHINGTON | 4 | 3:00 |
| 172 | 09/29 | 02:33PM | 202 | 530-9429 | WASHINGTON | P | 2:00 |
| 173 | 09/29 | 02:33PM | 202 | 530-9429 | WASHINGTON | 4 | 2:00 |
| 174 | 09/30 | 07:50AM | 504 | 945-8781 | NEWORLEANS | P | 1:00 |
| 175 | 09/30 | 07:50AM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 176 | 09/30 | 07:51AM | 504 | 309-0979 | NEWORLEANS | P | 6:00 |
| 177 | 09/30 | 07:51AM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 178 | 09/30 | 08:20AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 179 | 09/30 | 08:22AM | 202 | 530-9429 | WASHINGTON | P | 9:00 |
| 180 | 09/30 | 08:22AM | 202 | 530-9429 | WASHINGTON | 4 | 9:00 |
| 181 | 09/30 | 09:14AM | 301 | 847-0998 | INCOMING | P | 5:00 |
| 182 | 09/30 | 09:19AM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 183 | 09/30 | 09:19AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 184 | 09/30 | 09:53AM | 301 | 847-0998 | INCOMING | P | 19:00 |
| 185 | 09/30 | 07:02PM | 504 | 309-0979 | INCOMING | W O | 1:00 |
| 186 | 09/30 | 07:04PM | 504 | 309-0979 | INCOMING | W O | 2:00 |
| 187 | 09/30 | 09:14PM | 504 | 309-0979 | NEWORLEANS | W O | 25:00 |
| 188 | 09/30 | 09:14PM | 504 | 309-0979 | NEWORLEANS | 4 | 24:00 |
| 189 | 09/30 | 09:39PM | 504 | 309-0979 | NEWORLEANS | W O | 23:00 |
| 190 | 09/30 | 09:39PM | 504 | 309-0979 | NEWORLEANS | 4 | 23:00 |
| 191 | 09/30 | 10:03PM | 504 | 715-5694 | NEWORLEANS | W O | 2:00 |
| 192 | 09/30 | 10:03PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 193 | 09/30 | 10:04PM | 504 | 945-8781 | NEWORLEANS | W O | 4:00 |
| 194 | 09/30 | 10:04PM | 504 | 945-8781 | NEWORLEANS | 4 | 4:00 |
| 195 | 09/30 | 10:10PM | 504 | 945-8781 | NEWORLEANS | W O | 13:00 |
| 196 | 09/30 | 10:10PM | 504 | 945-8781 | NEWORLEANS | 4 | 13:00 |
| 197 | 09/30 | 10:35PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 198 | 09/30 | 10:36PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 199 | 10/01 | 10:18AM | 800 | 222-1811 | 800 SERV. | P | 2:00 |
| 200 | 10/01 | 11:20AM | 000 | 000-0411 | DIR ASST | | 2:00 | 1.29 | 1.29 |
| 201 | 10/01 | 11:20AM | 301 | 847-0998 | LAYHILL | P | 4:00 |
| 202 | 10/01 | 11:20AM | 301 | 847-0998 | LAYHILL | 4 | 4:00 |
| 203 | 10/01 | 11:29AM | 301 | 847-0998 | INCOMING | P | 7:00 |
| 204 | 10/01 | 11:58AM | 504 | 945-8781 | NEWORLEANS | P | 2:00 |
| 205 | 10/01 | 11:58AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 206 | 10/01 | 07:58PM | 301 | 847-0998 | LAYHILL | W O | 26:00 |
| 207 | 10/01 | 07:59PM | 301 | 847-0998 | LAYHILL | 4 | 26:00 |
| 208 | 10/01 | 08:30PM | 301 | 847-0998 | LAYHILL | W O | 3:00 |

```
209 10/01 08:30PM   301 847-0998 LAYHILL        4    3:00
210 10/02 07:07AM   334 740-0032 INCOMING       P    3:00
211 10/02 12:19PM   301 847-0998 INCOMING       P   12:00
212 10/02 04:05PM   504 945-8781 NEWORLEANS     P    1:00
213 10/02 04:18PM   504 715-5694 NEWORLEANS     P    2:00
214 10/02 04:19PM   504 715-5694 NEWORLEANS     4    1:00
215 10/02 07:25PM   504 945-8781 NEWORLEANS   W O    2:00
216 10/02 07:26PM   504 945-8781 NEWORLEANS     4    2:00
217 10/02 07:29PM   301 847-0998 LAYHILL      W O    3:00
218 10/02 07:29PM   301 847-0998 LAYHILL        4    3:00
219 10/02 07:31PM   504 945-8781 NEWORLEANS   W O    1:00
220 10/02 07:32PM   504 945-8781 NEWORLEANS     4    1:00
221 10/02 07:35PM   504 309-0979 NEWORLEANS   W O    8:00
222 10/02 07:35PM   504 309-0979 NEWORLEANS     4    7:00
223 10/02 07:41PM   301 847-0998 INCOMING     W O    2:00
224 10/02 07:46PM   301 847-0998 LAYHILL      W O   14:00
225 10/02 07:46PM   301 847-0998 LAYHILL        4   14:00
226 10/02 08:10PM   334 725-2600 TUSKEGEE       W    4:00
227 10/02 08:26PM   301 847-0998 LAYHILL      W O    2:00
228 10/02 08:26PM   301 847-0998 LAYHILL        4    2:00
229 10/02 02:13AM   334 740-0032 AUBURN       W O    2:00
230 10/03 08:03AM   334 727-1107 TUSKEGEE            2:00
231 10/03 10:20AM   301 847-0998 LAYHILL        P    4:00
232 10/03 10:21AM   301 847-0998 LAYHILL        4    4:00
234 10/03 10:24AM   202 530-9429 WASHINGTON     4    8:00
235 10/03 10:42AM   334 740-0032 AUBURN         P    1:00
236 10/03 11:01AM   334 727-5833 TUSKEGEE            3:00
237 10/03 11:10AM   504 945-8781 NEWORLEANS     P    1:00
238 10/03 11:11AM   504 945-8781 NEWORLEANS     4    1:00
239 10/03 01:01PM   301 847-0998 LAYHILL        P    1:00
240 10/03 01:01PM   301 847-0998 LAYHILL        4    1:00
241 10/03 01:03PM   301 847-0998 INCOMING       P    3:00
242 10/03 07:33PM   504 945-8781 NEWORLEANS   W 2    2:00
243 10/03 07:33PM   504 945-8781 NEWORLEANS     4    2:00
244 10/03 07:35PM   301 847-0998 LAYHILL      W 2   16:00
245 10/03 07:35PM   301 847-0998 LAYHILL        4   15:00
246 10/04 03:13AM   504 309-0979 INCOMING     W 2    1:00
247 10/04 03:14AM   504 309-0979 NEWORLEANS   W 2    1:00
248 10/04 03:14AM   504 309-0979 NEWORLEANS     4    1:00
249 10/04 03:27AM   504 309-0979 NEWORLEANS   W 2   16:00
250 10/04 03:27AM   504 309-0979 NEWORLEANS     4   16:00
251 10/04 07:46AM   334 745-6949 OPELIKA      W 2    4:00
252 10/04 12:15PM   334 332-8028 AUBURN       W 2    2:00
253 10/04 12:17PM   334 727-7807 TUSKEGEE       W    2:00
254 10/04 01:14PM   301 847-0998 LAYHILL      W 2   31:00
255 10/04 01:14PM   301 847-0998 LAYHILL        4   31:00
256 10/04 02:09PM   301 233-5402 SILVER SPG   W 2    1:00
257 10/04 02:09PM   301 233-5402 SILVER SPG     4    1:00
258 10/04 02:11PM   301 233-5402 INCOMING     W 2    1:00
259 10/04 02:21PM   301 233-5402 INCOMING     W 2    2:00
260 10/04 03:09PM   301 233-5402 SILVER SPG   W 2    2:00
261 10/04 03:10PM   301 233-5402 SILVER SPG     4    1:00
262 10/04 05:48PM   334 727-7807 INCOMING     W 2    4:00
263 10/05 10:52AM   301 847-0998 LAYHILL      W 2    6:00
264 10/05 10:52AM   301 847-0998 LAYHILL        4    6:00
265 10/05 10:59AM   301 233-5395 SILVER SPG   W 2    1:00
266 10/05 10:59AM   301 233-5395 SILVER SPG     4    1:00
267 10/05 01:16PM   504 945-8781 INCOMING     W 2    6:00
268 10/05 01:22PM   334 332-8028 AUBURN       W 2    2:00
269 10/05 01:30PM   334 725-2600 TUSKEGEE       W    2:00
270 10/05 01:31PM   504 715-5694 NEWORLEANS   W 2    2:00
271 10/05 01:31PM   504 715-5694 NEWORLEANS     4    2:00
272 10/05 01:40PM   504 945-8781 NEWORLEANS   W 2    1:00
273 10/05 01:40PM   504 945-8781 NEWORLEANS     4    1:00
274 10/05 02:04AM   334 740-0032 INCOMING     W 2   20:00
275 10/05 09:36AM   504 261-3404 INCOMING       P    7:00
276 10/06 04:15PM   334 750-0857 INCOMING       P   15:00
277 10/06 04:45PM   301 847-0998 INCOMING       P    2:00
278 10/06 07:10PM   301 847-0998 LAYHILL      W O    3:00
279 10/06 07:10PM   301 847-0998 LAYHILL        4    3:00
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 280 | 10/06 | 07:13PM | 301 847-0998 | INCOMING | W O | 23:00 |
| 281 | 10/06 | 09:48PM | 334 750-0857 | AUBURN | W O | 7:00 |
| 282 | 10/06 | 09:55PM | 334 750-0857 | INCOMING | W Q. | 2:00 |
| 283 | 10/07 | 03:05AM | 800 789-4385 | 800 SERV. | W O | 1:00 |
| 284 | 10/07 | 06:11AM | 800 789-4385 | 800 SERV. | W O | 2:00 |
| 285 | 10/07 | 06:14AM | 504 715-5694 | NEWORLEANS | P | 1:00 |
| 286 | 10/07 | 06:15AM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 287 | 10/07 | 09:12AM | 334 750-0857 | AUBURN | P | 1:00 |
| 288 | 10/07 | 09:14AM | 334 750-0857 | INCOMING | P | 3:00 |
| 289 | 10/07 | 09:34AM | 334 750-0857 | INCOMING | P | 17:00 |
| 290 | 10/07 | 03:43PM | 334 750-0857 | AUBURN | P | 1:00 |
| 291 | 10/07 | 03:43PM | 334 821-2493 | AUBURN | P | 1:00 |
| 292 | 10/07 | 04:14PM | 334 745-6949 | INCOMING | P | 7:00 |
| 293 | 10/07 | 04:22PM | 504 715-5694 | NEWORLEANS | P | 1:00 |
| 294 | 10/07 | 04:22PM | 504 715-5694 | NEWORLEANS | 4 | 1:00 |
| 295 | 10/07 | 04:23PM | 504 522-8271 | INCOMING | P | 3:00 |
| 296 | 10/07 | 07:28PM | 334 750-0856 | INCOMING | W O | 2:00 |
| 297 | 10/07 | 09:54PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 298 | 10/08 | 07:53AM | 504 309-0979 | INCOMING | P | 7:00 |
| 299 | 10/08 | 08:53AM | 334 750-0857 | INCOMING | P | 1:00 |
| 300 | 10/08 | 11:43AM | 334 750-0857 | AUBURN | P | 1:00 |
| 301 | 10/08 | 11:46AM | 334 750-0857 | AUBURN | P | 2:00 |
| 302 | 10/08 | 12:40PM | 334 750-0857 | AUBURN | P | 1:00 |
| 303 | 10/08 | 12:41PM | 334 750-0857 | AUBURN | P | 1:00 |
| ~~304~~ | ~~10/08~~ | ~~12:43PM~~ | ~~334 727-7215~~ | ~~TUSKEGEE~~ | | ~~31:00~~ |
| 305 | 10/08 | 07:05PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 306 | 10/08 | 07:06PM | 334 821-2493 | AUBURN | W O | 3:00 |
| 307 | 10/08 | 07:11PM | 301 847-0998 | LAYHILL | W O | 24:00 |
| 308 | 10/08 | 07:11PM | 301 847-0998 | LAYHILL | 4 | 24:00 |
| 309 | 10/08 | 08:00PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 310 | 10/08 | 08:07PM | 334 750-0857 | INCOMING | W O | 14:00 |
| 311 | 10/08 | 08:23PM | 504 309-0979 | NEWORLEANS | W O | 1:00 |
| 312 | 10/08 | 08:23PM | 504 309-0979 | NEWORLEANS | 4 | 1:00 |
| 313 | 10/08 | 08:25PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 314 | 10/08 | 08:28PM | 504 945-8781 | NEWORLEANS | W O | 3:00 |
| 315 | 10/08 | 08:28PM | 504 945-8781 | NEWORLEANS | 4 | 3:00 |
| 316 | 10/08 | 08:43PM | 504 309-0979 | NEWORLEANS | W O | 7:00 |
| 317 | 10/08 | 08:44PM | 504 309-0979 | NEWORLEANS | 4 | 7:00 |
| 318 | 10/08 | 08:50PM | 334 750-0857 | AUBURN | W O | 2:00 |
| 319 | 10/08 | 09:12PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 320 | 10/08 | 09:23PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 321 | 10/08 | 09:30PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 322 | 10/08 | 09:31PM | 334 821-2493 | AUBURN | W O | 3:00 |
| 323 | 10/08 | 09:57PM | 504 715-5694 | NEWORLEANS | W O | 2:00 |
| 324 | 10/08 | 09:57PM | 504 715-5694 | NEWORLEANS | 4 | 2:00 |
| 325 | 10/09 | 07:13AM | 334 750-0857 | AUBURN | P | 1:00 |
| 326 | 10/09 | 07:19AM | 334 727-7215 | TUSKEGEE | | 4:00 |
| 327 | 10/09 | 07:33AM | 334 750-0857 | AUBURN | P | 1:00 |
| 328 | 10/09 | 07:42AM TG | 504 945-8781 | /TUSKEGEE, R | P | 1:00 |
| 329 | 10/09 | 09:02AM | 301 847-0998 | INCOMING | P | 10:00 |
| 330 | 10/09 | 09:12AM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 331 | 10/09 | 09:12AM | 504 945-8781 | NEWORLEANS | 4 | 1:00 |
| 332 | 10/09 | 12:17PM | 334 727-7215 | TUSKEGEE | | 10:00 |
| 333 | 10/09 | 12:43PM | 504 715-5694 | INCOMING | P | 1:00 |
| 334 | 10/09 | 12:44PM | 504 813-6381 | KENNER | P | 1:00 |
| 335 | 10/09 | 12:44PM | 504 813-6381 | KENNER | 4 | 1:00 |
| 336 | 10/09 | 12:45PM | 504 948-0818 | NEWORLEANS | P | 1:00 |
| 337 | 10/09 | 12:45PM | 504 948-0918 | NEWORLEANS | 4 | 1:00 |
| 338 | 10/09 | 03:52PM | 334 727-7607 | INCOMING | P | 1:00 |
| 339 | 10/09 | 09:14PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 340 | 10/09 | 09:17PM | 334 727-7215 | TUSKEGEE | W | 2:00 |
| 341 | 10/09 | 09:17PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 342 | 10/09 | 09:31PM | 334 750-0857 | AUBURN | W O | 2:00 |
| 343 | 10/09 | 09:41PM | 334 750-0857 | AUBURN | W O | 2:00 |
| 344 | 10/09 | 10:03PM | 334 750-0857 | AUBURN | W O | 1:00 |
| 345 | 10/10 | 00:07AM | 334 750-0857 | AUBURN | W O | 4:00 |
| 346 | 10/10 | 00:11AM | 334 740-0032 | AUBURN | W O | 4:00 |
| 347 | 10/10 | 00:15AM | 334 740-0032 | INCOMING | W O | 2:00 |
| 348 | 10/10 | 02:27AM | 800 789-4385 | 800 SERV. | W O | 1:00 |
| 349 | 10/10 | 02:43AM | 334 821-2493 | AUBURN | W O | 3:00 |
| 350 | 10/10 | 08:42AM | 334 727-1790 | TUSKEGEE | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 351 | 10/10 | 09:30AM | 334 | 750-0857 | AUBURN | P | 13:00 |
| 352 | 10/10 | 12:50PM | 504 | 715-5694 | NEWORLEANS | P | 2:00 |
| 353 | 10/10 | 12:50PM | 504 | 715-5694 | NEWORLEANS | 4 | 1:00 |
| 354 | 10/10 | 12:53PM | 504 | 715-5694 | INCOMING | P | 2:00 |
| 355 | 10/10 | 12:55PM | 504 | 715-5694 | NEWORLEANS | P | 1:00 |
| 356 | 10/10 | 12:55PM | 504 | 725-5694 | NEWORLEANS | 4 | 1:00 |
| 357 | 10/10 | 01:08PM | 504 | 715-5694 | NEWORLEANS | P | 4:00 |
| 358 | 10/10 | 01:08PM | 504 | 715-5694 | NEWORLEANS | 4 | 4:00 |
| 359 | 10/10 | 01:42PM | 334 | 727-1790 | TUSKEGEE | | 2:00 |
| 360 | 10/10 | 02:06PM | 301 | 847-0998 | INCOMING | P | 2:00 |
| 361 | 10/10 | 05:13PM | 334 | 727-7807 | INCOMING | P | 1:00 |
| 362 | 10/10 | 09:49PM | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 363 | 10/10 | 09:49PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 364 | 10/10 | 09:50PM | 301 | 847-0998 | LAYHILL | W 2 | 3:00 |
| 365 | 10/10 | 09:50PM | 301 | 847-0998 | LAYHILL | 4 | 3:00 |
| 366 | 10/11 | 03:30AM | 504 | 309-0979 | INCOMING | W 2 | 22:00 |
| 367 | 10/11 | 07:04AM | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 368 | 10/11 | 07:04AM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 369 | 10/11 | 08:19AM | 301 | 847-0998 | INCOMING | W 2 | 1:00 |
| 370 | 10/11 | 10:09AM | 504 | 309-0979 | INCOMING | W 2 | 2:00 |
| 371 | 10/11 | 10:42AM | 504 | 261-3404 | INCOMING | W 2 | 6:00 |
| 372 | 10/11 | 10:50AM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 373 | 10/11 | 11:00AM | 504 | 261-3404 | NEWORLEANS | W 2 | 4:00 |
| 374 | 10/11 | 11:00AM | 504 | 261-3404 | NEWORLEANS | 4 | 4:00 |
| 375 | | | | | | | |
| 376 | 10/11 | 11:13AM | 301 | 847-0998 | LAYHILL | 4 | 22:00 |
| 377 | 10/11 | 01:39PM | 504 | 309-0979 | INCOMING | W 2 | 1:00 |
| 378 | 10/11 | 03:34PM | 334 | 821-2493 | AUBURN | W 2 | 3:00 |
| 379 | 10/11 | 03:44PM | 334 | 727-7807 | TUSKEGEE | W | 6:00 |
| 380 | 10/11 | 03:49PM | 334 | 750-0857 | AUBURN | W 2 | 15:00 |
| 381 | 10/11 | 04:07PM | 334 | 750-0857 | AUBURN | W 2 | 2:00 |
| 382 | 10/11 | 04:24PM | 504 | 261-3404 | NEWORLEANS | W 2 | 1:00 |
| 383 | 10/11 | 04:24PM | 504 | 261-3404 | NEWORLEANS | 4 | 1:00 |
| 384 | 10/11 | 07:05PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 385 | 10/11 | 07:07PM | 334 | 727-7215 | TUSKEGEE | W | 13:00 |
| 386 | 10/11 | 07:14PM | 504 | 945-8781 | NEWORLEANS | W 2 | 1:00 |
| 387 | 10/11 | 07:14PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 388 | 10/11 | 07:23PM | 504 | 945-8781 | INCOMING | W 2 | 1:00 |
| 389 | 10/11 | 07:24PM | 504 | 945-8781 | NEWORLEANS | W 2 | 3:00 |
| 390 | 10/11 | 07:24PM | 504 | 945-8781 | NEWORLEANS | 4 | 3:00 |
| 391 | 10/11 | 08:00PM | 334 | 332-6028 | AUBURN | W 2 | 2:00 |
| 392 | 10/11 | 09:48PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 393 | 10/11 | 09:48PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 394 | 10/11 | 09:49PM | 800 | 789-4385 | 800 SERV. | W 2 | 4:00 |
| 395 | 10/11 | 08:50AM | 334 | 725-2600 | TUSKEGEE | W | 4:00 |
| 396 | 10/12 | 04:04PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 397 | 10/12 | 04:04PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 398 | 10/12 | 04:05PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 399 | 10/12 | 04:05PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 400 | 10/12 | 04:43PM | 301 | 847-0998 | LAYHILL | W 2 | 5:00 |
| 401 | 10/12 | 04:43PM | 301 | 847-0998 | LAYHILL | 4 | 4:00 |
| 402 | 10/12 | 04:55PM | 334 | 750-0857 | AUBURN | W 2 | 30:00 |
| 403 | 10/12 | 06:18PM | 504 | 309-0979 | NEWORLEANS | W 2 | 6:00 |
| 404 | 10/12 | 06:18PM | 504 | 309-0979 | NEWORLEANS | 4 | 6:00 |
| 405 | 10/12 | 07:31PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 406 | 10/12 | 07:32PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 407 | 10/12 | 07:39PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 408 | 10/12 | 07:47PM | 334 | 750-0857 | AUBURN | W 2 | 3:00 |
| 409 | 10/12 | 08:13PM | 334 | 821-2493 | AUBURN | W 2 | 2:00 |
| 410 | 10/12 | 08:16PM | 334 | 502-8032 | AUBURN | W 2 | 24:00 |
| 411 | 10/12 | 09:10PM | 334 | 740-0032 | AUBURN | W 2 | 2:00 |
| 412 | 10/12 | 09:53PM | 334 | 725-2600 | TUSKEGEE | W | 2:00 |
| 413 | 10/12 | 09:54PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 414 | 10/13 | 07:05PM | 334 | 750-0857 | AUBURN | W O | 2:00 |
| 415 | 10/13 | 07:07PM | 301 | 847-0998 | LAYHILL | W O | 10:00 |
| 416 | 10/13 | 07:07PM | 301 | 847-0998 | LAYHILL | 4 | 10:00 |
| 417 | 10/13 | 07:31PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 418 | 10/13 | 07:31PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 419 | 10/13 | 07:31PM | 504 | 309-0979 | NEWORLEANS | W O | 3:00 |
| 420 | 10/13 | 07:32PM | 504 | 309-0979 | NEWORLEANS | 4 | 2:00 |
| 421 | 10/13 | 07:35PM | 504 | 943-6997 | NEWORLEANS | W O | 1:00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 422 | 10/13 | 07:37PM | 504 | 715-5694 | NEWORLEANS | W | O | 3:00 |
| 423 | 10/13 | 07:37PM | 504 | 715-5694 | NEWORLEANS | | 4 | 3:00 |
| 424 | 10/13 | 07:41PM | 334 | 750-0857 | INCOMING | W | O | 31:00 |
| 425 | 10/13 | 08:13PM | 334 | 727-7807 | TUSKEGEE | W | | 5:00 |
| 426 | 10/13 | 08:16PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 427 | 10/13 | 08:17PM | 334 | 750-0857 | INCOMING | W | O | 8:00 |
| 428 | 10/14 | 10:21AM | 334 | 727-7807 | TUSKEGEE | | | 2:00 |
| 429 | 10/14 | 12:08PM | 301 | 847-0998 | INCOMING | | P | 2:00 |
| 430 | 10/14 | 03:47PM | 334 | 821-4660 | INCOMING | | P | 1:00 |
| 431 | 10/14 | 07:10PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 432 | 10/14 | 07:11PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 433 | 10/14 | 07:12PM | 334 | 332-8028 | AUBURN | W | O | 2:00 |
| 434 | 10/14 | 07:14PM | 334 | 750-0857 | AUBURN | W | O | 14:00 |
| 435 | 10/14 | 07:28PM | 301 | 847-0998 | LAYHILL | W | O | 17:00 |
| 436 | 10/14 | 07:28PM | 301 | 847-0998 | LAYHILL | | 4 | 17:00 |
| 437 | 10/14 | 07:44PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 438 | 10/15 | 03:28AM | 800 | 789-4385 | 800 SERV. | W | O | 1:00 |
| 439 | 10/15 | 05:08AM | /800 | 789-4385 | 800 SERV. | W | O | 3:00 |
| 440 | 10/15 | 11:53AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 441 | 10/15 | 11:58AM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 442 | 10/15 | 12:01PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 443 | 10/15 | 12:16PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 444 | 10/15 | 09:55PM | 504 | 309-0979 | NEWORLEANS | W | O | 2:00 |
| 445 | 10/15 | 09:55PM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 446 | 10/15 | 09:57PM | 301 | 847-0998 | LAYHILL | W | O | 25:00 |
| 447 | 10/15 | 09:57PM | 301 | 847-0998 | LAYHILL | | 4 | 25:00 |
| 448 | 10/16 | 04:52AM | 504 | 309-0979 | NEWORLEANS | W | O | 46:00 |
| 449 | 10/16 | 04:52AM | 504 | 309-0979 | NEWORLEANS | | 4 | 46:00 |
| 450 | 10/16 | 06:20AM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 451 | 10/16 | 06:21AM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 452 | 10/16 | 07:41AM | 202 | 530-9429 | WASHINGTON | | P | 6:00 |
| 453 | 10/16 | 07:41AM | 202 | 530-9429 | WASHINGTON | | | 5:00 |
| 454 | 10/16 | 07:55AM | 202 | 530-9429 | WASHINGTON | | P | 1:00 |
| 455 | 10/16 | 07:55AM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 456 | 10/16 | 07:55AM | 202 | 530-9429 | WASHINGTON | | P | 2:00 |
| 457 | 10/16 | 07:55AM | 202 | 530-9429 | WASHINGTON | | 4 | 1:00 |
| 458 | 10/16 | 09:44AM | 202 | 530-0684 | INCOMING | | P | 2:00 |
| 459 | 10/16 | 09:53AM | 202 | 530-0684 | INCOMING | | P | 5:00 |
| 460 | 10/16 | 10:01AM | 202 | 530-0684 | INCOMING | | P | 4:00 |
| 461 | 10/16 | 07:00PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 462 | 10/16 | 07:01PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 463 | 10/16 | 07:01PM | 334 | 332-8028 | AUBURN | W | O | 3:00 |
| 464 | 10/16 | 07:04PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 465 | 10/16 | 07:04PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 466 | 10/16 | 07:16PM | 504 | 722-7303 | INCOMING | W | O | 2:00 |
| 467 | 10/16 | 08:21PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 468 | 10/16 | 08:21PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 469 | 10/16 | 08:21PM | 301 | 233-5395 | SILVER SPG | W | O | 1:00 |
| 470 | 10/16 | 08:22PM | 301 | 233-5395 | SILVER SPG | | 4 | 1:00 |
| 471 | 10/16 | 09:38PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 472 | 10/16 | 09:50PM | 504 | 715-5694 | INCOMING | W | O | 5:00 |
| 473 | 10/17 | 00:19AM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 474 | 10/17 | 00:21AM | 504 | 309-0979 | NEWORLEANS | W | O | 3:00 |
| 475 | 10/17 | 00:21AM | 504 | 309-0979 | NEWORLEANS | | 4 | 2:00 |
| 476 | 10/17 | 00:23AM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 477 | 10/17 | 00:23AM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 478 | 10/17 | 03:26AM | 301 | 847-0998 | LAYHILL | W | O | 3:00 |
| 479 | 10/17 | 03:26AM | 301 | 847-0998 | LAYHILL | | 4 | 2:00 |
| 480 | 10/17 | 07:30AM | 334 | 332-9701 | INCOMING | | P | 2:00 |
| 481 | 10/17 | 07:33AM | 334 | 332-9701 | INCOMING | | P | 3:00 |
| 482 | 10/17 | 09:28AM | 334 | 332-9701 | INCOMING | | P | 1:00 |
| 483 | 10/17 | 09:45PM | 334 | 332-8028 | AUBURN | W | 2 | 3:00 |
| 484 | 10/17 | 09:48PM | 256 | 282-8554 | ANNISTON | W | 2 | 1:00 |
| 485 | 10/17 | 09:48PM | 256 | 282-8554 | ANNISTON | | 4 | 1:00 |
| 486 | 10/17 | 09:49PM | 301 | 847-0998 | LAYHILL | W | 2 | 2:00 |
| 487 | 10/17 | 09:49PM | 301 | 847-0998 | LAYHILL | | 4 | 2:00 |
| 488 | 10/18 | 02:34AM | 334 | 332-8028 | AUBURN | W | 2 | 2:00 |
| 489 | 10/18 | 02:36AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 490 | 10/18 | 02:37AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 491 | 10/18 | 05:03AM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 492 | 10/18 | 08:52AM | 334 | 332-8028 | AUBURN | W | 2 | |

Account: 41072002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 493 | 10/18 | 01:47PM | 504 309-0979 | INCOMING | W | 2 | 9:00 |
| 494 | 10/18 | 01:56PM | 504 309-0979 | NEWORLEANS | W | 2 | 59:00 |
| 495 | 10/18 | 01:56PM | 504 309-0979 | NEWORLEANS | | 4 | 59:00 |
| 496 | 10/18 | 02:55PM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 497 | 10/18 | 02:56PM | 301 847-0998 | LAYHILL | W | 2 | 60:00 |
| 498 | 10/18 | 02:56PM | 301 847-0998 | LAYHILL | | 4 | 60:00 |
| 499 | 10/18 | 04:09PM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 500 | 10/18 | 04:52PM | 334 725-2600 | TUSKEGEE | W | | 4:00 |
| 501 | 10/18 | 04:54PM | 800 789-4305 | 800 SERV. | W | 2 | 5:00 |
| 502 | 10/18 | 05:09PM | 800 356-0011 | 800 SERV. | W | 2 | 15:00 |
| 503 | 10/18 | 08:58PM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 504 | 10/18 | 08:58PM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 505 | 10/18 | 08:59PM | 504 722-7303 | INCOMING | W | 2 | 4:00 |
| 506 | 10/18 | 09:32PM | 504 309-0979 | INCOMING | W | 2 | 3:00 |
| 507 | 10/18 | 09:46PM | 504 309-0979 | INCOMING | W | 2 | 1:00 |
| 508 | 10/19 | 03:14AM | 334 740-0032 | AUBURN | W | 2 | 1:00 |
| 509 | 10/19 | 03:15AM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 510 | 10/19 | 11:15AM | 334 703-5244 | INCOMING | W | 2 | 2:00 |
| 511 | 10/19 | 11:19AM | 334 727-4142 | INCOMING | W | 2 | 7:00 |
| 512 | 10/19 | 04:09PM | 504 715-5694 | INCOMING | W | 2 | 1:00 |
| 513 | 10/19 | 04:11PM | 504 715-5694 | INCOMING | W | 2 | 1:00 |
| 514 | 10/19 | 04:16PM | 504 715-5694 | INCOMING | W | 2 | 1:00 |
| 515 | 10/19 | 04:34PM | 504 309-0979 | INCOMING | W | 2 | 2:00 |
| 516 | 10/19 | 04:47PM | 504 309-0979 | NEWORLEANS | W | 2 | 24:00 |
| 517 | | | | | | | |
| 518 | 10/19 | 05:10PM | 301 847-0998 | LAYHILL | W | 2 | 6:00 |
| 519 | 10/19 | 05:10PM | 301 847-0998 | LAYHILL | | 4 | 6:00 |
| 520 | 10/19 | 05:15PM | 504 715-5694 | INCOMING | W | 2 | 1:00 |
| 521 | 10/19 | 05:16PM | 301 847-0998 | LAYHILL | W | 2 | 27:00 |
| 522 | 10/19 | 05:16PM | 301 847-0998 | LAYHILL | | 4 | 27:00 |
| 523 | 10/19 | 05:43PM | 334 725-2600 | TUSKEGEE | W | | 4:00 |
| 524 | 10/19 | 05:44PM | 334 332-8028 | AUBURN | W | 2 | 2:00 |
| 525 | 10/19 | 07:55PM | 334 703-5244 | AUBURN | W | 2 | 3:00 |
| 526 | 10/20 | 00:17AM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 527 | 10/20 | 00:20AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 528 | 10/20 | 00:21AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 529 | 10/20 | 00:22AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 530 | 10/20 | 00:22AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 531 | 10/20 | 00:22AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 532 | 10/20 | 00:23AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 533 | 10/20 | 00:23AM | 504 309-0979 | NEWORLEANS | W | 2 | 6:00 |
| 534 | 10/20 | 00:23AM | 504 309-0979 | NEWORLEANS | | 4 | 6:00 |
| 535 | 10/20 | 09:35AM | 202 530-9429 | WASHINGTON | P | | 4:00 |
| 536 | 10/20 | 09:35AM | 202 530-9429 | WASHINGTON | | 4 | 4:00 |
| 537 | 10/20 | 10:12AM | 202 530-0684 | INCOMING | P | | 2:00 |
| 538 | 10/20 | 10:13AM | 334 332-8028 | AUBURN | P | | 2:00 |
| 539 | 10/20 | 10:15AM | 202 530-9429 | WASHINGTON | P | | 1:00 |
| 540 | 10/20 | 10:15AM | 202 530-9429 | WASHINGTON | | 4 | 1:00 |
| 541 | 10/20 | 10:19AM | 202 530-0684 | INCOMING | P | | 3:00 |
| 542 | 10/20 | 12:27PM | 301 847-0998 | LAYHILL | P | | 3:00 |
| 543 | 10/20 | 12:28PM | 301 847-0998 | LAYHILL | | 4 | 2:00 |
| 544 | 10/20 | 12:56PM | 334 332-8028 | AUBURN | P | | 2:00 |
| 545 | 10/20 | 12:57PM | 205 731-1070 | BIRMINGHAM | P | | 1:00 |
| 546 | 10/20 | 12:58PM | 205 731-1070 | BIRMINGHAM | | 4 | 1:00 |
| 547 | 10/20 | 01:11PM | 205 731-1070 | BIRMINGHAM | P | | 2:00 |
| 548 | 10/20 | 01:11PM | 205 731-1070 | BIRMINGHAM | | 4 | 1:00 |
| 549 | 10/20 | 01:14PM | 205 731-1070 | INCOMING | P | | 8:00 |
| 550 | 10/20 | 01:21PM | 202 530-9429 | WASHINGTON | P | | 6:00 | 0.78 | 0.78 |
| 551 | 10/20 | 01:21PM | 202 530-9429 | WASHINGTON | | 4 | 6:00 |
| 552 | 10/20 | 03:15PM | 205 731-0082 | INCOMING | P | | 1:00 | 0.39 | 0.39 |
| 553 | 10/20 | 08:00PM | 301 847-0998 | LAYHILL | W | O | 1:00 |
| 554 | 10/20 | 08:01PM | 301 847-0998 | LAYHILL | | 4 | 1:00 |
| 555 | 10/20 | 08:13PM | 334 750-0857 | AUBURN | W | O | 2:00 |
| 556 | 10/20 | 08:19PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 557 | 10/20 | 08:20PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 558 | 10/20 | 08:23PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 559 | 10/20 | 08:40PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 560 | 10/20 | 08:42PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 561 | 10/20 | 08:43PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 562 | 10/20 | 08:44PM | 334 750-0857 | AUBURN | W | O | 1:00 |
| 563 | 10/20 | 08:45PM | 334 750-0857 | AUBURN | W | O | 1:00 |

Exhibit 8

Oct - Nov 200

Noticeable change

on pg. 1

## Billed Airtime

**Account: 41072662**

AIR AND TOLL DETAIL FOR MOBILE NUMBER (334) 332-8028    ---- CHARGES ----

| Item | Date | Time | CL | No. Called | City Called | F | P | Minutes | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/21 | 02:05PM | | 334 502-8032 | AUBURN | | P | 17:00 | | | |
| 2 | 10/22 | 07:03AM | | 334 502-8032 | AUBURN | | P | 3:00 | | | |
| 3 | 10/22 | 07:36AM | | 301 233-5395 | SILVER SPG | | P | 4:00 | | | |
| 4 | 10/22 | 07:36AM | | 301 233-5395 | SILVER SPG | | 4 | 3:00 | | | |
| 5 | 10/22 | 07:00PM | | 504 309-0979 | NEWORLEANS | W | O | 4:00 | | | |
| 6 | 10/22 | 07:01PM | | 504 309-0979 | NEWORLEANS | | 4 | 4:00 | | | |
| 7 | 10/22 | 07:05PM | | 205 731-0063 | BIRMINGHAM | W | O | 2:00 | | | |
| 8 | 10/22 | 07:07PM | | 301 847-0998 | LAYHILL | W | O | 39:00 | | | |
| 9 | 10/22 | 07:07PM | | 301 847-0998 | LAYHILL | | 4 | 38:00 | | | |
| 10 | 10/22 | 07:46PM | | 205 731-0063 | BIRMINGHAM | W | O | 5:00 | | | |
| 11 | 10/22 | 07:51PM | | 301 847-0998 | LAYHILL | W | O | 3:00 | | | |
| 12 | 10/22 | 07:51PM | | 301 847-0998 | LAYHILL | | 4 | 3:00 | | | |
| 13 | 10/22 | 07:54PM | | 205 731-1070 | BIRMINGHAM | W | O | 2:00 | | | |
| 14 | 10/22 | 07:54PM | | 205 731-1070 | BIRMINGHAM | | 4 | 2:00 | | | |
| 15 | 10/22 | 07:56PM | | 301 847-0998 | LAYHILL | W | O | 9:00 | | | |
| 16 | 10/22 | 07:56PM | | 301 847-0998 | LAYHILL | | 4 | 8:00 | | | |
| 17 | 10/22 | 08:04PM | | 504 309-0979 | NEWORLEANS | W | O | 10:00 | | | |
| 18 | 10/22 | 08:05PM | | 504 309-0979 | NEWORLEANS | | 4 | 10:00 | | | |
| 19 | 10/22 | 08:14PM | | 301 847-0998 | LAYHILL | W | O | 12:00 | | | |
| 20 | 10/22 | 08:14PM | | 301 847-0998 | LAYHILL | | 4 | 12:00 | | | |
| 21 | 10/22 | 08:34PM | | 301 847-0998 | LAYHILL | W | O | 8:00 | | | |
| 22 | 10/22 | 08:34PM | | 301 847-0998 | LAYHILL | | 4 | 7:00 | | | |
| 23 | 10/23 | 07:31AM | | 202 52' -9429 | WASHINGTON | | P | 5:00 | | | |
| 24 | 10/23 | 07:31AM | | 202 530-9429 | WASHINGTON | | 4 | 5:00 | | | |
| 25 | 10/23 | 11:37AM | TG | 202 530-0684 | /TUSKEGEE. | TG | P | 1:00 | | | |
| 26 | 10/23 | 11:44AM | | 202 530-9429 | WASHINGTON | | P | 7:00 | | | |
| 27 | 10/23 | 11:44AM | | 202 530-9429 | WASHINGTON | | 4 | 7:00 | | | |
| 28 | 10/23 | 06:09PM | | 504 813-6381 | INCOMING | | P | 1:00 | | | |
| 29 | 10/23 | 07:08PM | | 334 332-8028 | AUBURN | W | O | 1:00 | | | |
| 30 | 10/23 | 07:09PM | | 301 233-5395 | SILVER SPG | W | O | 1:00 | | | |
| 31 | 10/23 | 07:09PM | | 301 233-5395 | SILVER SPG | | 4 | 1:00 | | | |
| 32 | 10/23 | 07:09PM | | 334 332-8028 | AUBURN | W | O | 2:00 | | | |
| 33 | 10/23 | 07:10PM | | 301 847-0998 | INCOMING | W | O | 8:00 | | | |
| 34 | 10/23 | 07:18PM | | 504 309-0979 | NEWORLEANS | W | O | 13:00 | | | |
| 35 | 10/23 | 07:18PM | | 504 309-0979 | NEWORLEANS | | 4 | 13:00 | | | |
| 36 | 10/23 | 07:31PM | | 504 945-8781 | NEWORLEANS | W | O | 1:00 | | | |
| 37 | 10/23 | 07:37PM | | 301 847-0998 | LAYHILL | W | O | 5:00 | | | |
| 38 | 10/23 | 07:38PM | | 301 847-0998 | LAYHILL | | 4 | 5:00 | | | |
| 39 | 10/23 | 08:02PM | | 504 309-0979 | NEWORLEANS | W | O | 2:00 | | | |
| 40 | 10/23 | 08:02PM | | 504 309-0979 | NEWORLEANS | | 4 | 2:00 | | | |
| 41 | 10/23 | 08:05PM | | 504 715-5694 | NEWORLEANS | W | O | 1:00 | | | |
| 42 | 10/23 | 08:05PM | | 504 715-5694 | NEWORLEANS | | 4 | 1:00 | | | |
| 43 | 10/23 | 08:05PM | | 504 309-0979 | NEWORLEANS | W | O | 10:00 | | | |
| 44 | 10/23 | 08:06PM | | 504 309-0979 | NEWORLEANS | | 4 | 10:00 | | | |
| 45 | 10/23 | 08:17PM | | 504 309-0979 | NEWORLEANS | W | O | 8:00 | | | |
| 46 | 10/23 | 08:17PM | | 504 309-0979 | NEWORLEANS | | 4 | 8:00 | | | |
| 47 | 10/23 | 08:25PM | | 504 945-8781 | INCOMING | W | O | 1:00 | | | |
| 48 | 10/23 | 08:25PM | | 504 945-8781 | NEWORLEANS | W | O | 22:00 | | | |
| 49 | 10/23 | 08:25PM | | 504 945-8781 | NEWORLEANS | | 4 | 22:00 | | | |
| 50 | 10/23 | 10:11PM | | 334 740-0032 | AUBURN | W | O | 2:00 | | | |
| 51 | 10/23 | 11:04PM | | 504 309-0979 | INCOMING | W | O | 2:00 | | | |
| 52 | 10/24 | 05:16AM | | 205 731-1070 | BIRMINGHAM | W | O | 2:00 | | | |
| 53 | 10/24 | 05:17AM | | 205 731-1070 | BIRMINGHAM | | 4 | 1:00 | | | |
| 54 | 10/24 | 09:21AM | | 301 847-0998 | INCOMING | | P | 13:00 | | | |
| 55 | 10/24 | 09:53AM | | 334 740-0032 | INCOMING | | P | 3:00 | | | |
| 56 | 10/24 | 07:44PM | | 301 847-0998 | LAYHILL | W | 2 | 10:00 | | | |
| 57 | 10/24 | 07:44PM | | 301 847-0998 | LAYHILL | | 4 | 10:00 | | | |
| 58 | 10/24 | 07:54PM | | 504 945-8781 | NEWORLEANS | W | 2 | 8:00 | | | |
| 59 | 10/24 | 07:54PM | | 504 945-8781 | NEWORLEANS | | 4 | 8:00 | | | |
| 60 | 10/24 | 11:39PM | | 800 789-4385 | 800 SERV. | W | 2 | 2:00 | | | |
| 61 | 10/25 | 09:48AM | | 504 945-9781 | NEWORLEANS | W | 2 | 1:00 | | | |
| 62 | 10/25 | 09:49AM | | 504 309-0979 | NEWORLEANS | W | 2 | 4:00 | | | |
| 63 | 10/25 | 09:49AM | | 504 309-0979 | NEWORLEANS | | 4 | 4:00 | | | |
| 64 | 10/25 | 09:52AM | | 301 847-0998 | LAYHILL | W | 2 | 38:00 | | | |
| 65 | 10/25 | 09:53AM | | 301 847-0998 | LAYHILL | | 4 | 38:00 | | | |
| 66 | 10/25 | 11:38AM | | 301 847-0998 | LAYHILL | W | 2 | 9:00 | | | |

*phone was in roam status*

**Billed Airtime**

Account: 41072662

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | 10/25 | 11:38AM | 301 847-0998 | LAYHILL | 4 | 9:00 |
| 68 | 10/25 | 11:58AM | 301 847-0998 | LAYHILL | W 2 | 20:00 |
| 69 | 10/25 | 11:59AM | 301 847-0998 | LAYHILL | 4 | 20:00 |
| 70 | 10/25 | 12:57PM | 334 332-8028 | AUBURN | W 2 | 1:00 |
| 71 | 10/25 | 04:27PM | 504 715-5694 | INCOMING | W 2 | 4:00 |
| 72 | 10/25 | 04:32PM | 504 943-6997 | NEWORLEANS | W 2 | 8:00 |
| 73 | 10/25 | 04:32PM | 504 943-6997 | NEWORLEANS | 4 | 8:00 |
| 74 | 10/25 | 04:44PM | 504 309-0979 | NEWORLEANS | W 2 | 4:00 |
| 75 | 10/25 | 04:44PM | 504 309-0979 | NEWORLEANS | 4 | 4:00 |
| 76 | 10/25 | 04:48PM | 334 332-8028 | AUBURN | W 2 | 1:00 |
| 77 | 10/25 | 08:59PM | 504 309-0979 | NEWORLEANS | W 2 | 2:00 |
| 78 | 10/25 | 08:59PM | 504 309-0979 | NEWORLEANS | 4 | 2:00 |
| 79 | 10/25 | 09:35PM | 504 309-0979 | INCOMING | W 2 | 1:00 |
| 80 | 10/26 | 02:11AM | 334 745-6949 | OPELIKA | W 2 | 2:00 |
| 81 | 10/26 | 01:27PM | 334 332-8028 | AUBURN | W 2 | 1:00 |
| 82 | 10/26 | 01:48PM | 334 745-6949 | OPELIKA | W 2 | 8:00 |
| 83 | 10/26 | 02:03PM | 334 264-5106 | INCOMING | W 2 | 18:00 |
| 84 | 10/26 | 08:00PM | 301 847-0998 | LAYHILL | W 2 | 1:00 |
| 85 | 10/26 | 08:01PM | 301 847-0998 | LAYHILL | 4 | 1:00 |
| 86 | 10/26 | 08:03PM | 301 847-0998 | INCOMING | W 2 | 3:00 |
| 87 | 10/26 | 08:23PM | 334 332-8028 | AUBURN | W 2 | 2:00 |
| 88 | 10/26 | 08:50PM | 301 847-0998 | LAYHILL | W 2 | 9:00 |
| 89 | 10/26 | 08:51PM | 301 847-0998 | LAYHILL | 4 | 8:00 |
| 90 | 10/26 | 09:47PM | 504 945-8781 | NEWORLEANS | W 2 | 2:00 |
| 91 | 10/26 | 09:48PM | 504 945-8781 | NEWORLEANS | 4 | 2:00 |
| 92 | 10/27 | 06:57AM | 202 530-9429 | WASHINGTON | W 2 | 6:00 |
| 93 | 10/27 | 06:57AM | 202 530-9429 | WASHINGTON | 4 | 6:00 |
| 94 | 10/27 | 07:22AM | 202 530-9429 | WASHINGTON | P | 2:00 |
| 95 | 10/27 | 07:22AM | 202 530-9429 | WASHINGTON | 4 | 2:00 |
| 96 | 10/27 | 07:27AM | 334 745-6949 | OPELIKA | P | 2:00 |
| 97 | 10/27 | 07:37AM | 202 530-0684 | INCOMING | P | 7:00 |
| 98 | 10/27 | 09:58AM | 334 502-8032 | INCOMING | P | 13:00 |
| 99 | 10/27 | 10:53AM | 301 847-0998 | INCOMING | P | 0:00 |
| 100 | 10/27 | 08:08PM | 334 332-8028 | AUBURN | W O | 2:00 |
| 101 | 10/27 | 08:13PM | 202 589-1500 | WASHINGTON | W O | 6:00 |
| 102 | 10/27 | 08:13PM | 202 589-1500 | WASHINGTON | 4 | 6:00 |
| 103 | 10/27 | 08:39PM | 202 589-1500 | WASHINGTON | W O | 1:00 |
| 104 | 10/27 | 08:39PM | 202 589-1500 | WASHINGTON | 4 | 1:00 |
| 105 | 10/27 | 08:52PM | 301 233-5402 | SILVER SPG | W O | 1:00 |
| 106 | 10/27 | 08:52PM | 301 233-5402 | SILVER SPG | 4 | 1:00 |
| 107 | 10/27 | 08:53PM | 504 945-8781 | NEWORLEANS | W O | 1:00 |
| 108 | 10/27 | 08:57PM | 334 727-5529 | TUSKEGEE | W O | 1:00 |
| 109 | 10/27 | 09:01PM | 301 233-5395 | SILVER SPG | W O | 1:00 |
| 110 | 10/27 | 09:02PM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 111 | 10/27 | 09:02PM | 301 847-0998 | LAYHILL | W O | 18:00 |
| 112 | 10/27 | 09:02PM | 301 847-0998 | LAYHILL | 4 | 18:00 |
| 113 | 10/27 | 09:28PM | 334 727-5529 | INCOMING | W O | 2:00 |
| 114 | 10/28 | 03:28PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 115 | 10/28 | 03:28PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 116 | 10/28 | 03:30PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 117 | 10/28 | 03:30PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 118 | 10/28 | 03:37PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 119 | 10/28 | 03:37PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 120 | 10/28 | 03:37PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 121 | 10/28 | 03:37PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 122 | 10/28 | 03:40PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 123 | 10/28 | 03:40PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 124 | 10/28 | 03:40PM | 301 233-5395 | SILVER SPG | P | 1:00 |
| 125 | 10/28 | 03:40PM | 301 233-5395 | SILVER SPG | 4 | 1:00 |
| 126 | 10/28 | 03:43PM | 504 945-8781 | NEWORLEANS | P | 1:00 |
| 127 | 10/28 | 03:49PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 128 | 10/28 | 03:49PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 129 | 10/28 | 03:52PM | 334 745-6949 | OPELIKA | P | 2:00 |
| 130 | 10/28 | 03:54PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 131 | 10/28 | 03:54PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |
| 132 | 10/28 | 03:55PM | 301 233-5402 | SILVER SPG | P | 1:00 |
| 133 | 10/28 | 03:55PM | 301 233-5402 | SILVER SPG | 4 | 1:00 |
| 134 | 10/28 | 03:55PM | 301 847-0998 | LAYHILL | P | 2:00 |
| 135 | 10/28 | 03:55PM | 301 847-0998 | LAYHILL | 4 | 2:00 |
| 136 | 10/28 | 04:11PM | 202 530-9429 | WASHINGTON | P | 1:00 |
| 137 | 10/28 | 04:11PM | 202 530-9429 | WASHINGTON | 4 | 1:00 |

**Billed Airtime**

Account: 41072662

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 138 | 10/28 | 04:17PM | 202 | 530-9429 | WASHINGTON | P | | 1:00 |
| 139 | 10/28 | 04:17PM | 202 | 530-9429 | WASHINGTON | 4 | | 1:00 |
| 140 | 10/28 | 04:29PM | 334 | 750-0857 | AUBURN | P | | 1:00 |
| 141 | 10/28 | 06:24PM | 301 | 847-0998 | LAYHILL | P | | 15:00 |
| 142 | 10/28 | 06:24PM | 301 | 847-0998 | LAYHILL | 4 | | 15:00 |
| 143 | 10/28 | 07:00PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 144 | 10/28 | 07:00PM | 504 | 945-8781 | NEWORLEANS | W | O | 2:00 |
| 145 | 10/28 | 07:00PM | 504 | 945-8781 | NEWORLEANS | 4 | | 2:00 |
| 146 | 10/28 | 07:14PM | 334 | 750-0857 | INCOMING | W | O | 45:00 |
| 147 | 10/28 | 08:02PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 148 | 10/28 | 08:03PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 149 | 10/28 | 08:06PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 150 | 10/28 | 08:06PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 151 | 10/28 | 08:08PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 152 | 10/28 | 08:09PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 153 | 10/28 | 08:14PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 154 | 10/28 | 08:19PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 155 | 10/28 | 08:20PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 156 | 10/28 | 08:21PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 157 | 10/28 | 08:29PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 158 | 10/28 | 08:30PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 159 | 10/28 | 08:36PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 160 | 10/28 | 08:38PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 161 | 10/28 | 08:38PM | 334 | 745-6949 | INCOMING | W | O | 2:00 |
| 162 | 10/28 | 08:39PM | 334 | 745-6949 | INCOMING | W | O | 8:00 |
| 163 | 10/28 | 08:47PM | 334 | 750-0857 | AUBURN | W | O | 2:00 |
| 164 | 10/28 | 08:51PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 165 | 10/28 | 08:52PM | 256 | 339-1136 | INCOMING | W | O | 1:00 |
| 166 | 10/28 | 08:53PM | 334 | 750-0857 | AUBURN | W | O | 12:00 |
| 167 | 10/28 | 09:07PM | 334 | 750-0857 | AUBURN | W | O | 1:00 |
| 168 | 10/28 | 09:25PM | 504 | 309-0979 | NEWORLEANS | W | O | 3:00 |
| 169 | 10/28 | 09:25PM | 504 | 309-0979 | NEWORLEANS | 4 | | 2:00 |
| 170 | 10/28 | 09:28PM | 301 | 847-0998 | LAYHILL | W | O | 1:00 |
| 171 | 10/28 | 09:28PM | 301 | 847-0998 | LAYHILL | 4 | | 1:00 |
| 172 | 10/28 | 09:32PM | 504 | 309-0979 | INCOMING | W | O | 1:00 |
| 173 | 10/28 | 00:06AM | 504 | 309-0979 | NEWORLEANS | W | O | 1:00 |
| 174 | 10/28 | 00:06AM | 504 | 309-0979 | NEWORLEANS | 4 | | 1:00 |
| 175 | 10/29 | 07:43AM | 504 | 309-0979 | INCOMING | P | | 4:00 |
| 176 | 10/29 | 07:05PM | 301 | 847-0998 | LAYHILL | W | O | 10:00 |
| 177 | 10/29 | 07:05PM | 301 | 847-0998 | LAYHILL | 4 | | 9:00 |
| 178 | 10/29 | 07:24PM | 334 | 332-8028 | AUBURN | W | O | 2:00 |
| 179 | 10/29 | 08:08PM | 504 | 945-8781 | NEWORLEANS | W | O | 2:00 |
| 180 | 10/29 | 08:09PM | 504 | 945-8781 | NEWORLEANS | 4 | | 1:00 |
| 181 | 10/29 | 09:44PM | 504 | 715-5694 | NEWORLEANS | W | O | 3:00 |
| 182 | 10/29 | 09:44PM | 504 | 715-5694 | NEWORLEANS | 4 | | 2:00 |
| 183 | 10/29 | 09:47PM | 504 | 309-0979 | NEWORLEANS | W | O | 7:00 |
| 184 | 10/29 | 09:48PM | 504 | 309-0979 | NEWORLEANS | 4 | | 6:00 |
| 185 | 10/29 | 00:25AM | 334 | 502-8032 | AUBURN | W | O | 5:00 |
| 186 | 10/30 | 07:43AM | 301 | 847-0998 | LAYHILL | P | | 1:00 |
| 187 | 10/30 | 08:41AM | 301 | 847-0998 | LAYHILL | P | | 1:00 |
| 188 | 10/30 | 08:41AM | 301 | 847-0998 | LAYHILL | 4 | | 1:00 |
| 189 | 10/30 | 08:42AM | 202 | 530-9429 | WASHINGTON | P | | 4:00 |
| 190 | 10/30 | 08:42AM | 202 | 530-9429 | WASHINGTON | 4 | | 4:00 |
| 191 | 10/30 | 09:16AM | 301 | 847-0998 | LAYHILL | P | | 9:00 |
| 192 | 10/30 | 09:16AM | 301 | 847-0998 | LAYHILL | 4 | | 9:00 |
| 193 | 10/30 | 12:40PM | 334 | 745-6949 | INCOMING | P | | 46:00 |
| 194 | 10/30 | 06:04PM | 504 | 722-7303 | INCOMING | P | | 1:00 |
| 195 | 10/30 | 06:06PM | 504 | 945-8701 | NEWORLEANS | P | | 1:00 |
| 196 | 10/30 | 06:06PM | 504 | 945-8701 | NEWORLEANS | 4 | | 1:00 |
| 197 | 10/30 | 07:09PM | 504 | 945-8701 | NEWORLEANS | W | O | 14:00 |
| 198 | 10/30 | 07:09PM | 504 | 945-8701 | NEWORLEANS | 4 | | 14:00 |
| 199 | 10/30 | 07:56PM | 504 | 722-3644 | NEWORLEANS | W | O | 1:00 |
| 200 | 10/30 | 07:56PM | 504 | 722-3644 | NEWORLEANS | 4 | | 1:00 |
| 201 | 10/30 | 07:57PM | 504 | 722-3644 | INCOMING | W | O | 11:00 |
| 202 | 10/30 | 08:08PM | 301 | 847-0998 | LAYHILL | W | O | 28:00 |
| 203 | 10/30 | 08:09PM | 301 | 847-0998 | LAYHILL | 4 | | 27:00 |
| 204 | 10/30 | 08:46PM | 504 | 309-0979 | INCOMING | W | O | 1:00 |
| 205 | 10/30 | 08:47PM | 504 | 309-0979 | NEWORLEANS | W | O | 105:00 |
| 206 | 10/30 | 08:47PM | 504 | 309-0979 | NEWORLEANS | 4 | | 105:00 |
| 207 | 10/30 | 11:53PM | 205 | 731-1070 | BIRMINGHAM | W | O | 4:00 |
| 208 | 10/30 | 11:54PM | 205 | 731-1070 | BIRMINGHAM | 4 | | 3:00 |

# Billed Airtime

## Account: 41072662

| # | Date | Time | Number | Location | | | Duration |
|---|------|------|--------|----------|--|--|----------|
| 209 | 10/31 | 00:11AM | 334 332-8028 | AUBURN | W | O | 1:00 |
| 210 | 10/31 | 04:56AM | 301 847-0998 | LAYHILL | W | O | 65:00 |
| 211 | 10/31 | 04:56AM | 301 847-0998 | LAYHILL | 4 | | 65:00 |
| 212 | 10/31 | 06:00AM | 504 309-0979 | NEWORLEANS | W | O | 4:00 |
| 213 | 10/31 | 06:00AM | 504 309-0979 | NEWORLEANS | 4 | | 4:00 |
| 214 | 10/31 | 06:04AM | 202 530-9429 | WASHINGTON | W | O | 16:00 |
| 215 | 10/31 | 06:04AM | 202 530-9429 | WASHINGTON | 4 | | 16:00 |
| 216 | 10/31 | 06:25AM | 504 945-8781 | INCOMING | W | O | 2:00 |
| 217 | 10/31 | 07:52AM | 202 530-9429 | WASHINGTON | P | | 24:00 |
| 218 | 10/31 | 07:52AM | 202 530-9429 | WASHINGTON | 4 | | 24:00 |
| 219 | 10/31 | 12:41PM | 504 722-7303 | INCOMING | P | | 1:00 |
| 220 | 10/31 | 12:50PM | 504 722-7303 | INCOMING | P | | 2:00 |
| 221 | 10/31 | 01:54PM | 504 722-7303 | NEWORLEANS | P | | 1:00 |
| 222 | 10/31 | 01:54PM | 504 722-7303 | NEWORLEANS | 4 | | 1:00 |
| 223 | 10/31 | 07:33PM | 301 847-0998 | INCOMING | W | 2 | 27:00 |
| 224 | 10/31 | 08:21PM | 334 725-2600 | TUSKEGEE | W | | 4:00 |
| 225 | 10/31 | 08:47PM | 504 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 226 | 10/31 | 09:27PM | 504 309-0979 | NEWORLEANS | W | 2 | 55:00 |
| 227 | 10/31 | 09:27PM | 504 309-0979 | NEWORLEANS | 4 | | 55:00 |
| 228 | 10/31 | 11:11PM | 334 740-0032 | INCOMING | W | 2 | 9:00 |
| 229 | 10/31 | 11:47PM | 504 309-0979 | NEWORLEANS | W | 2 | 47:00 |
| 230 | 10/31 | 11:47PM | 504 309-0979 | NEWORLEANS | 4 | | 47:00 |
| 231 | 11/01 | 00:47AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 232 | 11/01 | 00:47AM | 504 309-0979 | NEWORLEANS | 4 | | 1:00 |
| 233 | 11/01 | 00:47AM | 504 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 234 | 11/01 | 00:47AM | 504 309-0979 | NEWORLEANS | 4 | | 1:00 |
| 235 | 11/01 | 01:44AM | 504 309-0979 | NEWORLEANS | W | 2 | 30:00 |
| 236 | 11/01 | 01:44AM | 504 309-0979 | NEWORLEANS | 4 | | 30:00 |
| 237 | 11/01 | 02:14AM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 238 | 11/01 | 05:03AM | 800 789-4385 | 800 SERV. | W | 2 | 5:00 |
| 239 | 11/01 | 05:47AM | 205 731-0082 | BIRMINGHAM | W | 2 | 2:00 |
| 240 | 11/01 | 05:49AM | 205 731-1070 | BIRMINGHAM | W | 2 | 3:00 |
| 241 | 11/01 | 05:49AM | 205 731-1070 | BIRMINGHAM | 4 | | 3:00 |
| 242 | 11/01 | 05:51AM | 205 731-1070 | BIRMINGHAM | W | 2 | 3:00 |
| 243 | 11/01 | 05:52AM | 205 731-1070 | BIRMINGHAM | 4 | | 2:00 |
| 244 | 11/01 | 06:41AM | 205 731-1070 | BIRMINGHAM | W | 2 | 2:00 |
| 245 | 11/01 | 06:41AM | 205 731-1070 | BIRMINGHAM | 4 | | 1:00 |
| 246 | 11/01 | 07:12AM | 334 332-9701 | INCOMING | W | 2 | 5:00 |
| 247 | 11/01 | 07:39AM | 504 722-7303 | INCOMING | W | 2 | 7:00 |
| 248 | 11/01 | 09:00AM | 334 727-5833 | TUSKEGEE | W | | 2:00 |
| 249 | 11/01 | 09:24AM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 250 | 11/01 | 09:25AM | 334 332-8028 | AUBURN | W | 2 | 2:00 |
| 251 | 11/01 | 09:40AM | 334 725-2600 | TUSKEGEE | W | | 2:00 |
| 252 | 11/01 | 01:09PM | 504 945-8781 | NEWORLEANS | W | 2 | 1:00 |
| 253 | 11/01 | 01:10PM | 301 847-0998 | LAYHILL | W | 2 | 1:00 |
| 254 | 11/01 | 01:11PM | 301 847-0998 | LAYHILL | 4 | | 1:00 |
| 255 | 11/01 | 01:16PM | 301 233-5395 | SILVER SPG | W | 2 | 1:00 |
| 256 | 11/01 | 01:16PM | 301 233-5395 | SILVER SPG | 4 | | 1:00 |
| 257 | 11/01 | 01:17PM | 301 233-5402 | SILVER SPG | W | 2 | 3:00 |
| 258 | 11/01 | 01:17PM | 301 233-5402 | SILVER SPG | 4 | | 3:00 |
| 259 | 11/01 | 01:19PM | 301 847-0998 | LAYHILL | W | 2 | 1:00 |
| 260 | 11/01 | 01:20PM | 301 847-0998 | LAYHILL | 4 | | 1:00 |
| 261 | 11/01 | 01:25PM | 301 847-0998 | LAYHILL | W | 2 | 1:00 |
| 262 | 11/01 | 01:26PM | 202 530-9429 | WASHINGTON | W | 2 | 1:00 |
| 263 | 11/01 | 01:26PM | 202 530-9429 | WASHINGTON | 4 | | 1:00 |
| 264 | 11/01 | 01:33PM | 301 233-5395 | SILVER SPG | W | 2 | 1:00 |
| 265 | 11/01 | 01:34PM | 301 233-5395 | SILVER SPG | 4 | | 1:00 |
| 266 | 11/01 | 01:56PM | 301 847-0998 | LAYHILL | W | 2 | 1:00 |
| 267 | 11/01 | 01:57PM | 301 847-0998 | LAYHILL | 4 | | 1:00 |
| 268 | 11/01 | 02:07PM | 504 242-5880 | NEWORLEANS | W | 2 | 1:00 |
| 269 | 11/01 | 02:07PM | 504 242-5880 | NEWORLEANS | 4 | | 1:00 |
| 270 | 11/01 | 02:23PM | 301 233-5395 | SILVER SPG | W | 2 | 14:00 |
| 271 | 11/01 | 02:23PM | 301 233-5395 | SILVER SPG | 4 | | 14:00 |
| 272 | 11/01 | 02:43PM | 504 309-0979 | NEWORLEANS | W | 2 | 26:00 |
| 273 | 11/01 | 02:43PM | 504 309-0979 | NEWORLEANS | 4 | | 26:00 |
| 274 | 11/01 | 03:08PM | 301 233-5395 | INCOMING | W | 2 | 5:00 |
| 275 | 11/01 | 04:55PM | 301 847-0998 | INCOMING | W | 2 | 1:00 |
| 276 | 11/01 | 08:31PM | 334 332-8028 | AUBURN | W | 2 | 2:00 |
| 277 | 11/01 | 08:33PM | 334 332-8028 | AUBURN | W | 2 | 1:00 |
| 278 | 11/01 | 08:35PM | 504 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 279 | 11/01 | 08:35PM | 504 309-0979 | NEWORLEANS | 4 | | 3:00 |

**Billed Airtime**

**Account: 41072662**

| 280 | 11/01 | 09:12PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
|-----|-------|---------|-----|----------|--------|-----|------|
| 281 | 11/01 | 09:49PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 282 | 11/01 | 09:49PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 283 | 11/01 | 09:51PM | 301 | 847-0998 | LAYHILL | W 2 | 2:00 |
| 284 | 11/01 | 09:51PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 285 | 11/02 | 08:33AM | 504 | 722-7303 | INCOMING | W 2 | 1:00 |
| 286 | 11/02 | 08:46AM | 504 | 722-7303 | NEWORLEANS | W 2 | 2:00 |
| 287 | 11/02 | 08:46AM | 504 | 722-7303 | NEWORLEANS | 4 | 2:00 |
| 288 | 11/02 | 05:37PM | 334 | 727-1107 | TUSKEGEE | W | 2:00 |
| 289 | 11/02 | 05:41PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 290 | 11/02 | 06:01PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 291 | 11/02 | 06:02PM | 504 | 309-0979 | NEWORLEANS | W 2 | 7:00 |
| 292 | 11/02 | 06:03PM | 504 | 309-0979 | NEWORLEANS | 4 | 6:00 |
| 293 | 11/02 | 06:56PM | 301 | 847-0998 | INCOMING | W 2 | 1:00 |
| 294 | 11/02 | 08:20PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 295 | 11/02 | 08:22PM | 504 | 309-0979 | INCOMING | W 2 | 8:00 |
| 296 | 11/02 | 09:03PM | 334 | 332-8028 | AUBURN | W 2 | 1:00 |
| 297 | 11/02 | 09:04PM | 301 | 847-0998 | LAYHILL | W 2 | 3:00 |
| 298 | 11/02 | 09:05PM | 301 | 847-0998 | LAYHILL | 4 | 3:00 |
| 299 | 11/02 | 09:23PM | 504 | 309-0979 | INCOMING | W 2 | 2:00 |
| 300 | 11/03 | 00:24AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 301 | 11/03 | 00:24AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 302 | 11/03 | 09:24AM | 504 | 309-0979 | INCOMING | P | 2:00 |
| 303 | 11/03 | 09:51AM | 504 | 309-0979 | NEWORLEANS | P | 1:00 |
| 304 | 11/03 | 09:51AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 305 | 11/03 | 10:03AM | 504 | 309-0979 | NEWORLEANS | P | 1:00 |
| 306 | 11/03 | 10:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 307 | 11/03 | 10:04AM | 504 | 309-0979 | INCOMING | P | 2:00 |
| 308 | 11/03 | 07:00PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 309 | 11/03 | 07:00PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 310 | 11/03 | 07:01PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 311 | 11/03 | 07:02PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 312 | 11/03 | 07:03PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 313 | 11/03 | 07:03PM | 301 | 233-5395 | SILVER SPG | W O | 5:00 |
| 314 | 11/03 | 07:03PM | 301 | 233-5395 | SILVER SPG | 4 | 4:00 |
| 315 | 11/03 | 07:09PM | 334 | 727-2600 | TUSKEGEE | W | 4:00 |
| 316 | 11/03 | 07:19PM | 334 | 727-5833 | TUSKEGEE | W | 5:00 |
| 317 | 11/03 | 07:26PM | 504 | 309-0979 | INCOMING | W O | 8:00 |
| 318 | 11/03 | 07:33PM | 504 | 309-0979 | NEWORLEANS | W O | 25:00 |
| 319 | 11/03 | 07:33PM | 504 | 309-0979 | NEWORLEANS | 4 | 24:00 |
| 320 | 11/03 | 09:09PM | 301 | 847-0998 | INCOMING | W O | 1:00 |
| 321 | 11/04 | 00:23AM | 504 | 309-0979 | NEWORLEANS | W O | 6:00 |
| 322 | 11/04 | 00:23AM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 323 | 11/04 | 04:02PM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 324 | 11/04 | 04:04PM | 334 | 727-1107 | TUSKEGEE | | 4:00 |
| 325 | 11/04 | 07:24PM | 301 | 847-0998 | INCOMING | W O | 2:00 |
| 326 | 11/04 | 08:02PM | 301 | 847-0998 | LAYHILL | W O | 41:00 |
| 327 | 11/04 | 08:02PM | 301 | 847-0998 | LAYHILL | 4 | 41:00 |
| 328 | 11/04 | 08:52PM | 504 | 309-0979 | INCOMING | W O | 3:00 |
| 329 | 11/04 | 08:56PM | 504 | 309-0979 | NEWORLEANS | W O | 7:00 |
| 330 | 11/04 | 08:56PM | 504 | 309-0979 | NEWORLEANS | 4 | 7:00 |
| 331 | 11/04 | 09:47PM | 504 | 722-7303 | INCOMING | W O | 2:00 |
| 332 | 11/04 | 09:48PM | 504 | 945-8781 | NEWORLEANS | W O | 3:00 |
| 333 | 11/04 | 09:48PM | 504 | 945-8781 | NEWORLEANS | 4 | 3:00 |
| 334 | 11/05 | 00:16AM | 504 | 309-0979 | NEWORLEANS | W O | 18:00 |
| 335 | 11/05 | 00:16AM | 504 | 309-0979 | NEWORLEANS | 4 | 17:00 |
| 336 | 11/05 | 08:15AM | 301 | 847-0998 | INCOMING | P | 2:00 |
| 337 | 11/05 | 08:25AM | 301 | 847-0998 | INCOMING | P | 3:00 |
| 338 | 11/05 | 09:47AM | 301 | 847-0998 | LAYHILL | P | 1:00 |
| 339 | 11/05 | 09:47AM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 340 | 11/05 | 09:47AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 341 | 11/05 | 09:48AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 342 | 11/05 | 09:54AM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 343 | 11/05 | 09:54AM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 344 | 11/05 | 10:00AM | 202 | 530-0684 | INCOMING | P | 8:00 |
| 345 | 11/05 | 10:08AM | 205 | 731-1070 | BIRMINGHAM | P | 1:00 |
| 346 | 11/05 | 10:08AM | 205 | 731-1070 | BIRMINGHAM | 4 | 1:00 |
| 347 | 11/05 | 10:09AM | 205 | 731-1070 | BIRMINGHAM | P | 2:00 |
| 348 | 11/05 | 10:09AM | 205 | 731-1070 | BIRMINGHAM | 4 | 2:00 |
| 349 | 11/05 | 10:10AM | 202 | 530-9429 | WASHINGTON | P | 10:00 |
| 350 | 11/05 | 10:10AM | 202 | 530-9429 | WASHINGTON | 4 | 10:00 |

**Billed Airtime**

Account: 41072662

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 351 | 11/05 | 10:20AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 352 | 11/05 | 10:21AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 353 | 11/05 | 10:31AM | 202 | 530-0684 | INCOMING | P | 5:00 |
| 354 | 11/05 | 10:36AM | 205 | 731-0788 | BIRMINGHAM | P | 4:00 |
| 355 | 11/05 | 10:37AM | 205 | 731-0788 | BIRMINGHAM | 4 | 4:00 |
| 356 | 11/05 | 10:40AM | 301 | 233-5395 | SILVER SPG | P | 1:00 |
| 357 | 11/05 | 10:41AM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 358 | 11/05 | 10:41AM | 202 | 530-9429 | WASHINGTON | P | 0:00 |
| 359 | 11/05 | 10:41AM | 202 | 530-9429 | WASHINGTON | 4 | 8:00 |
| 360 | 11/05 | 11:04AM | 202 | 530-9429 | WASHINGTON | P | 1:00 |
| 361 | 11/05 | 11:04AM | 202 | 530-9429 | WASHINGTON | 4 | 1:00 |
| 362 | 11/05 | 07:08PM | 301 | 847-0998 | INCOMING | W O | 18:00 |
| 363 | 11/05 | 07:25PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 364 | 11/05 | 07:26PM | 504 | 309-0979 | NEWORLEANS | W O | 3:00 |
| 365 | 11/05 | 07:26PM | 504 | 309-0979 | NEWORLEANS | 4 | 3:00 |
| 366 | 11/05 | 07:28PM | 504 | 722-7303 | INCOMING | W O | 1:00 |
| 367 | 11/05 | 07:29PM | 504 | 722-7303 | NEWORLEANS | W O | 1:00 |
| 368 | 11/05 | 07:29PM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 369 | 11/05 | 07:30PM | 504 | 722-7303 | NEWORLEANS | W O | 6:00 |
| 370 | 11/05 | 07:30PM | 504 | 722-7303 | NEWORLEANS | 4 | 5:00 |
| 371 | 11/05 | 07:35PM | 504 | 309-0979 | NEWORLEANS | W O | 1:00 |
| 372 | 11/05 | 07:35PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 373 | 11/05 | 07:35PM | 504 | 309-0979 | NEWORLEANS | W O | 1:00 |
| 374 | 11/05 | 07:35PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 375 | 11/05 | 07:35PM | 504 | 309-0979 | NEWORLEANS | W O | 1:00 |
| 376 | 11/05 | 07:36PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 377 | 11/05 | 07:37PM | 504 | 309-0979 | NEWORLEANS | W O | 5:00 |
| 378 | 11/05 | 07:37PM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 379 | 11/05 | 07:41PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 380 | 11/05 | 07:42PM | 504 | 309-0979 | NEWORLEANS | W O | 6:00 |
| 381 | 11/05 | 07:43PM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 382 | 11/05 | 08:03PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 383 | 11/05 | 08:03PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 384 | 11/05 | 08:03PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 385 | 11/05 | 08:03PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 386 | 11/05 | 08:03PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 387 | 11/05 | 08:04PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 388 | 11/05 | 08:04PM | 301 | 233-5395 | SILVER SPG | W O | 1:00 |
| 389 | 11/05 | 08:04PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 390 | 11/05 | 08:04PM | 301 | 847-0998 | INCOMING | W O | 1:00 |
| 391 | 11/05 | 08:06PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 392 | 11/05 | 08:06PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 393 | 11/05 | 08:07PM | 301 | 233-5395 | SILVER SPG | W O | 1:00 |
| 394 | 11/05 | 08:07PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 395 | 11/05 | 08:08PM | 301 | 847-0998 | LAYHILL | W O | 1:00 |
| 396 | 11/05 | 08:08PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 397 | 11/05 | 08:08PM | 301 | 847-0998 | LAYHILL | W O | 3:00 |
| 398 | 11/05 | 08:08PM | 301 | 847-0998 | LAYHILL | 4 | 2:00 |
| 399 | 11/05 | 08:14PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 400 | 11/05 | 08:21PM | 504 | 945-8781 | NEWORLEANS | W O | 5:00 |
| 401 | 11/05 | 08:21PM | 504 | 945-8781 | NEWORLEANS | 4 | 5:00 |
| 402 | 11/05 | 09:12PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 403 | 11/05 | 09:23PM | 678 | 309-9999 | INCOMING | W O | 1:00 |
| 404 | 11/06 | 02:11AM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 405 | 11/06 | 06:47AM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 406 | 11/06 | 12:53PM | 504 | 722-7303 | NEWORLEANS | P | 1:00 |
| 407 | 11/06 | 12:54PM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 408 | 11/06 | 01:05PM | 334 | 745-6949 | OPELIKA | P | 14:00 |
| 409 | 11/06 | 10:36PM | 301 | 847-0998 | INCOMING | W O | 12:00 |
| 410 | 11/06 | 11:58PM | 334 | 332-8028 | AUBURN | W O | 1:00 |
| 411 | 11/07 | 04:08PM | 301 | 847-0998 | INCOMING | P | 1:00 |
| 412 | 11/07 | 07:03PM | 301 | 847-0998 | LAYHILL | W 2 | 26:00 |
| 413 | 11/07 | 07:03PM | 301 | 847-0998 | LAYHILL | 4 | 26:00 |
| 414 | 11/07 | 09:15PM | 800 | 231-2222 | 800 SERV. | W 2 | 4:00 |
| 415 | 11/08 | 02:53PM | 800 | 789-4385 | 800 SERV. | W 2 | 4:00 |
| 416 | 11/08 | 09:33AM | 301 | 847-0998 | LAYHILL | W 2 | 7:00 |
| 417 | 11/08 | 09:33AM | 301 | 847-0998 | LAYHILL | 4 | 7:00 |
| 418 | 11/08 | 03:40PM | 504 | 481-5508 | NEWORLEANS | W 2 | 2:00 |
| 419 | 11/08 | 03:40PM | 504 | 481-5508 | NEWORLEANS | 4 | 2:00 |
| 420 | 11/08 | 08:41PM | 301 | 847-0998 | LAYHILL | W 2 | 16:00 |
| 421 | 11/08 | 08:42PM | 301 | 847-0998 | LAYHILL | 4 | 16:00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 422 | 11/08 | 08:57PM | 504 | 945-8781 | NEWORLEANS | W | 2 | 4:00 |
| 423 | 11/08 | 08:57PM | 504 | 945-8781 | NEWORLEANS | | 4 | 4:00 |
| 424 | 11/09 | 07:09AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 9:00 |
| 425 | 11/09 | 07:09AM | 504 | 309-0979 | NEWORLEANS | | 4 | 9:00 |
| 426 | 11/09 | 07:40AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 427 | 11/09 | 07:40AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 428 | 11/09 | 07:48AM | 504 | 309-0979 | NEWORLEANS | W | 2 | 1:00 |
| 429 | 11/09 | 07:48AM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 430 | 11/09 | 07:48AM | 334 | 332-8028 | INCOMING | W | 2 | 13:00 |
| 431 | 11/09 | 09:19AM | 504 | 309-0979 | INCOMING | W | 2 | 11:00 |
| 432 | 11/09 | 09:04PM | 504 | 309-0979 | INCOMING | W | 2 | 17:00 |
| 433 | 11/09 | 09:43PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 434 | 11/09 | 09:45PM | 301 | 847-0998 | LAYHILL | W | 2 | 1:00 |
| 435 | 11/09 | 09:46PM | 301 | 847-0998 | LAYHILL | | 4 | 1:00 |
| 436 | 11/09 | 09:46PM | 301 | 847-0998 | LAYHILL | W | 2 | 2:00 |
| 437 | 11/09 | 09:46PM | 301 | 847-0998 | LAYHILL | | 4 | 2:00 |
| 438 | 11/10 | 08:19PM | 504 | 309-0979 | NEWORLEANS | W | O | 3:00 |
| 439 | 11/10 | 08:19PM | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 440 | 11/10 | 08:23PM | 334 | 332-8028 | AUBURN | W | O | 2:00 |
| 441 | 11/10 | 08:25PM | 504 | 948-0818 | NEWORLEANS | W | O | 3:00 |
| 442 | 11/10 | 08:25PM | 504 | 948-0818 | NEWORLEANS | | 4 | 3:00 |
| 443 | 11/10 | 09:08PM | 504 | 309-0979 | INCOMING | W | O | 8:00 |
| 444 | 11/10 | 09:45PM | 301 | 847-0998 | LAYHILL | W | O | 11:00 |
| 445 | 11/10 | 09:45PM | 301 | 847-0998 | LAYHILL | | 4 | 11:00 |
| 446 | 11/11 | 03:35AM | 301 | 847-0998 | LAYHILL | W | O | 14:00 |
| 447 | 11/11 | 03:36AM | 301 | 847-0998 | LAYHILL | | 4 | 14:00 |
| 448 | 11/11 | 07:09PM | 504 | 309-0979 | NEWORLEANS | W | O | 1:00 |
| 449 | 11/11 | 07:09PM | 504 | 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 450 | 11/11 | 07:10PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 451 | 11/11 | 07:11PM | 301 | 847-0998 | LAYHILL | W | O | 5:00 |
| 452 | 11/11 | 07:11PM | 301 | 847-0998 | LAYHILL | | 4 | 5:00 |
| 453 | 11/11 | 07:16PM | 334 | 332-8028 | AUBURN | W | O | 1:00 |
| 454 | 11/11 | 07:17PM | 504 | 309-0979 | NEWORLEANS | W | O | 29:00 |
| 455 | 11/11 | 07:17PM | 504 | 309-0979 | NEWORLEANS | | 4 | 29:00 |
| 456 | 11/11 | 07:46PM | 334 | 725-2600 | TUSKEGEE | W | | 4:00 |
| 457 | 11/11 | 07:47PM | 301 | 847-0998 | LAYHILL | W | O | 3:00 |
| 458 | 11/11 | 07:47PM | 301 | 847-0998 | LAYHILL | | 4 | 3:00 |
| 459 | 11/11 | 09:55PM | 504 | 945-8781 | NEWORLEANS | W | O | 1:00 |
| 460 | 11/11 | 09:55PM | 504 | 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 461 | 11/12 | 09:20AM | 202 | 530-9429 | WASHINGTON | | P | 13:00 |
| 462 | 11/12 | 09:20AM | 202 | 530-9429 | WASHINGTON | | 4 | 13:00 |
| 463 | 11/12 | 07:00PM | 301 | 847-0998 | LAYHILL | W | O | 41:00 |
| 464 | 11/12 | 07:00PM | 301 | 847-0998 | LAYHILL | | 4 | 40:00 |
| 465 | 11/12 | 07:25PM | 334 | 332-8028 | INCOMING | W | O | 8:00 |
| 466 | 11/12 | 09:41PM | 504 | 945-8781 | NEWORLEANS | W | O | 5:00 |
| 467 | 11/12 | 09:42PM | 504 | 945-8781 | NEWORLEANS | | 4 | 5:00 |
| 468 | 11/12 | 09:50PM | 800 | 789-4385 | 800 SERV. | W | O | 2:00 |
| 469 | 11/12 | 09:52PM | 800 | 789-4385 | 800 SERV. | W | O | 3:00 |
| 470 | 11/13 | 00:16AM | 504 | 722-7303 | NEWORLEANS | W | O | 1:00 |
| 471 | 11/13 | 00:17AM | 504 | 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 472 | 11/13 | 03:12AM | 334 | 740-0032 | AUBURN | W | O | 9:00 |
| 473 | 11/13 | 03:35PM | 334 | 750-0857 | AUBURN | | P | 1:00 |
| 474 | 11/13 | 03:37PM | 334 | 750-0857 | AUBURN | | P | 4:00 |
| 475 | 11/13 | 07:46PM | 334 | 750-0857 | INCOMING | W | O | 1:00 |
| 476 | 11/13 | 07:47PM | 334 | 727-7215 | INCOMING | W | O | 3:00 |
| 477 | 11/13 | 09:36PM | 334 | 740-0032 | INCOMING | W | O | 6:00 |
| 478 | 11/14 | 06:46AM | 504 | 813-6381 | INCOMING | W | O | 3:00 |
| 479 | 11/14 | 10:30AM | 504 | 813-6381 | INCOMING | | P | 1:00 |
| 480 | 11/14 | 07:16PM | 334 | 750-0857 | INCOMING | W | 2 | 5:00 |
| 481 | 11/14 | 07:39PM | 800 | 789-4385 | 800 SERV. | W | 2 | 3:00 |
| 482 | 11/14 | 07:44PM | 504 | 722-7303 | NEWORLEANS | W | 2 | 1:00 |
| 483 | 11/14 | 07:45PM | 504 | 722-7303 | NEWORLEANS | | 4 | 1:00 |
| 484 | 11/14 | 07:45PM | 334 | 332-8028 | INCOMING | W | 2 | 1:00 |
| 485 | 11/14 | 07:46PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 3:00 |
| 486 | 11/14 | 07:46PM | 504 | 309-0979 | NEWORLEANS | | 4 | 3:00 |
| 487 | 11/14 | 08:17PM | 301 | 847-0998 | INCOMING | W | 2 | 7:00 |
| 488 | 11/14 | 08:24PM | 504 | 309-0979 | NEWORLEANS | W | 2 | 9:00 |
| 489 | 11/14 | 08:24PM | 504 | 309-0979 | NEWORLEANS | | 4 | 9:00 |
| 490 | 11/14 | 08:32PM | 334 | 332-8028 | INCOMING | W | 2 | 2:00 |
| 491 | 11/14 | 08:33PM | 334 | 332-8028 | AUBURN | W | 2 | 1:00 |
| 492 | 11/14 | 08:37PM | 334 | 750-0857 | AUBURN | W | 2 | 14:00 |

**Billed Airtime**

Account: 41072662

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 493 | 11/14 | 08:55PM | 334 | 750-0857 | AUBURN | W 2 | 2:00 |
| 494 | 11/14 | 08:58PM | 334 | 750-0857 | INCOMING | W 2 | 7:00 |
| 495 | 11/14 | 09:24PM | 504 | 309-0979 | NEWORLEANS | W 2 | 3:00 |
| 496 | 11/14 | 09:24PM | 504 | 309-0979 | NEWORLEANS | 4 | 2:00 |
| 497 | 11/14 | 09:31PM | 504 | 309-0979 | NEWORLEANS | W 2 | 15:00 |
| 498 | 11/14 | 09:31PM | 504 | 309-0979 | NEWORLEANS | 4 | 15:00 |
| 499 | 11/15 | 04:12AM | 504 | 309-0979 | NEWORLEANS | W 2 | 3:00 |
| 500 | 11/15 | 04:12AM | 504 | 309-0979 | NEWORLEANS | 4 | 2:00 |
| 501 | 11/15 | 04:22AM | 334 | 727-2600 | TUSKEGEE | W | 2:00 |
| 502 | 11/15 | 04:23AM | 334 | 725-2600 | TUSKEGEE | W | 2:00 |
| 503 | 11/15 | 08:02AM | 334 | 750-0057 | AUBURN | W 2 | 2:00 |
| 504 | 11/15 | 08:16AM | 334 | 727-5633 | TUSKEGEE | W | 2:00 |
| 505 | 11/15 | 09:32AM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 506 | 11/15 | 01:15PM | 504 | 309-0979 | NEWORLEANS | W 2 | 13:00 |
| 507 | 11/15 | 01:15PM | 504 | 309-0979 | NEWORLEANS | 4 | 13:00 |
| 508 | 11/15 | 01:28PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 509 | 11/15 | 01:29PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 510 | 11/15 | 01:29PM | 334 | 745-6949 | OPELIKA | W 2 | 9:00 |
| 511 | 11/15 | 01:38PM | 334 | 332-8020 | AUBURN | W 2 | 1:00 |
| 512 | 11/15 | 08:06PM | 334 | 332-8020 | AUBURN | W 2 | 1:00 |
| 513 | 11/15 | 08:08PM | 301 | 847-0998 | LAYHILL | W 2 | 3:00 |
| 514 | 11/15 | 08:08PM | 301 | 847-0998 | LAYHILL | 4 | 3:00 |
| 515 | 11/15 | 08:10PM | 504 | 945-8781 | NEWORLEANS | W 2 | 3:00 |
| 516 | 11/15 | 08:10PM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 517 | 11/15 | 09:27PM | 504 | 309-0979 | INCOMING | W 2 | 4:00 |
| 518 | 11/15 | 09:48PM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 519 | 11/15 | 09:48PM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 520 | 11/15 | 09:51PM | 334 | 750-0857 | AUBURN | W 2 | 1:00 |
| 521 | 11/15 | 09:55PM | 334 | 750-0857 | INCOMING | W 2 | 1:00 |
| 522 | 11/16 | 00:17AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 523 | 11/16 | 00:17AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 524 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 525 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 526 | 11/16 | 03:45AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 527 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 528 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 529 | 11/16 | 03:46AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 530 | 11/16 | 03:52AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 531 | 11/16 | 03:52AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 532 | 11/16 | 05:02AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 533 | 11/16 | 05:02AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 534 | 11/16 | 05:03AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 535 | 11/16 | 05:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 536 | 11/16 | 07:07AM | 334 | 332-9701 | AUBURN | W 2 | 1:00 |
| 537 | 11/16 | 07:17AM | 334 | 750-0857 | INCOMING | W 2 | 1:00 |
| 538 | 11/16 | 07:24AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 539 | 11/16 | 07:24AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 540 | 11/16 | 07:45AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 541 | 11/16 | 07:45AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 542 | 11/16 | 07:51AM | 334 | 745-6949 | OPELIKA | W 2 | 6:00 |
| 543 | 11/16 | 07:57AM | 334 | 750-0857 | AUBURN | W 2 | 5:00 |
| 544 | 11/16 | 08:11AM | 504 | 309-0979 | NEWORLEANS | W 2 | 1:00 |
| 545 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | 4 | 1:00 |
| 546 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | W 2 | 5:00 |
| 547 | 11/16 | 08:12AM | 504 | 309-0979 | NEWORLEANS | 4 | 5:00 |
| 548 | 11/16 | 08:19AM | 504 | 309-0979 | NEWORLEANS | W 2 | 9:00 |
| 549 | 11/16 | 08:19AM | 504 | 309-0979 | NEWORLEANS | 4 | 9:00 |
| 550 | 11/16 | 08:43AM | 504 | 309-0979 | NEWORLEANS | W 2 | 11:00 |
| 551 | 11/16 | 08:43AM | 504 | 309-0979 | NEWORLEANS | 4 | 11:00 |
| 552 | 11/16 | 08:53AM | 504 | 945-8781 | NEWORLEANS | W 2 | 2:00 |
| 553 | 11/16 | 08:53AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 554 | 11/16 | 08:55AM | 504 | 309-0979 | NEWORLEANS | W 2 | 3:00 |
| 555 | 11/16 | 08:55AM | 504 | 309-0979 | NEWORLEANS | 4 | 3:00 |
| 556 | 11/16 | 09:03AM | 504 | 309-0979 | NEWORLEANS | W 2 | 3:00 |
| 557 | 11/16 | 09:03AM | 504 | 309-0979 | NEWORLEANS | 4 | 2:00 |
| 558 | 11/16 | 09:14AM | 504 | 309-0979 | NEWORLEANS | W 2 | 5:00 |
| 559 | 11/16 | 09:14AM | 504 | 309-0979 | NEWORLEANS | 4 | 4:00 |
| 560 | 11/16 | 09:25AM | 504 | 309-0979 | INCOMING | W 2 | 1:00 |
| 561 | 11/16 | 09:25AM | 504 | 309-0979 | NEWORLEANS | W 2 | 2:00 |
| 562 | 11/16 | 09:25AM | 504 | 309-0979 | NEWORLEANS | 4 | 2:00 |
| 563 | 11/16 | 10:19AM | 334 | 821-4660 | AUBURN | W 2 | 1:00 |

## Billed Airtime
### Account: 41072662

| 564 | 11/16 | 11:10AM | 334 | 745-6949 | OPELIKA | W 2 | 1:00 |
|-----|-------|---------|-----|----------|---------|-----|------|
| 565 | 11/16 | 03:30PM | 334 | 821-4660 | AUBURN | W 2 | 1:00 |
| 566 | 11/16 | 09:39PM | 504 | 722-7303 | INCOMING | W 2 | 1:00 |
| 567 | 11/16 | 09:45PM | 334 | 332-8028 | AUBURN | W 2 | 2:00 |
| 568 | 11/16 | 09:50PM | 504 | 945-8781 | NEWORLEANS | W 2 | 5:00 |
| 569 | 11/16 | 09:50PM | 504 | 945-8781 | NEWORLEANS | 4 | 5:00 |
| 570 | 11/16 | 09:55PM | 301 | 233-5395 | SILVER SPG | W 2 | 1:00 |
| 571 | 11/16 | 09:55PM | 301 | 233-5395 | SILVER SPG | 4 | 1:00 |
| 572 | 11/16 | 09:56PM | 301 | 847-0998 | LAYHILL | W 2 | 1:00 |
| 573 | 11/16 | 09:57PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 574 | 11/16 | 09:57PM | 301 | 847-0998 | LAYHILL | W 2 | 2:00 |
| 575 | 11/16 | 09:58PM | 301 | 847-0998 | LAYHILL | 4 | 1:00 |
| 576 | 11/16 | 09:59PM | 334 | 332-8028 | AUBURN | W 2 | 3:00 |
| 577 | 11/17 | 05:45AM | 334 | 745-6949 | INCOMING | W 2 | 2:00 |
| 578 | 11/17 | 06:31AM | 504 | 945-8781 | NEWORLEANS | W 2 | 2:00 |
| 579 | 11/17 | 06:31AM | 504 | 945-8781 | NEWORLEANS | 4 | 2:00 |
| 580 | 11/17 | 10:28AM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 581 | 11/17 | 10:29AM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 582 | 11/17 | 10:40AM | 504 | 722-7303 | NEWORLEANS | P | 1:00 |
| 583 | 11/17 | 10:41AM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 584 | 11/17 | 12:47PM | 703 | 748-9702 | INCOMING | P | 1:00 |
| 585 | 11/17 | 03:52PM | 334 | 750-0857 | AUBURN | P | 3:00 |
| 586 | 11/17 | 05:59PM | 334 | 332-8028 | AUBURN | P | 2:00 |
| 587 | 11/17 | 07:00PM | 334 | 750-0857 | AUBURN | W O | 4:00 |
| 588 | 11/17 | 07:07PM | 334 | 750-0857 | INCOMING | W O | 6:00 |
| 589 | 11/18 | 05:08AM | 301 | 847-0998 | INCOMING | W O | 5:00 |
| 590 | 11/18 | 08:48AM | 334 | 332-8028 | AUBURN | P | 1:00 |
| 591 | 11/18 | 07:07PM | 334 | 750-0857 | AUBURN | W O | 19:00 |
| 592 | 11/18 | 07:34PM | 800 | 231-2222 | 800 SERV. | W O | 8:00 |
| 593 | 11/18 | 07:47PM | 800 | 231-2222 | 800 SERV. | W O | 5:00 |
| 594 | 11/19 | 00:01AM | 504 | 722-7303 | NEWORLEANS | W O | 2:00 |
| 595 | 11/19 | 00:01AM | 504 | 722-7303 | NEWORLEANS | 4 | 1:00 |
| 596 | 11/19 | 07:13AM | 301 | 847-0998 | INCOMING | P | 2:00 |
| 597 | 11/19 | 07:35AM | 504 | 261-3404 | NEWORLEANS | P | 1:00 |
| 598 | 11/19 | 07:35AM | 504 | 261-3404 | NEWORLEANS | 4 | 1:00 |
| 599 | 11/19 | 07:36AM | 504 | 261-3404 | INCOMING | P | 1:00 |
| 600 | 11/19 | 09:23AM | 202 | 530-9429 | WASHINGTON | P | 59:00 |
| 601 | 11/19 | 09:23AM | 202 | 530-9429 | WASHINGTON | 4 | 59:00 |
| 602 | 11/19 | 12:43PM | 504 | 309-6151 | NEWORLEANS | P | 1:00 |
| 603 | 11/19 | 12:43PM | 504 | 309-6151 | NEWORLEANS | 4 | 1:00 |
| 604 | 11/19 | 12:44PM | 504 | 261-3404 | INCOMING | P | 1:00 |
| 605 | 11/19 | 07:00PM | 334 | 750-0857 | INCOMING | W O | 2:00 |
| 606 | 11/19 | 07:03PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 607 | 11/19 | 07:04PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 608 | 11/19 | 07:41PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 609 | 11/19 | 07:41PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 610 | 11/19 | 09:22PM | 800 | 789-4385 | 800 SERV. | W O | 5:00 |
| 611 | 11/19 | 10:13PM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 612 | 11/19 | 10:13PM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 613 | 11/20 | 00:15AM | 504 | 945-8781 | NEWORLEANS | W O | 1:00 |
| 614 | 11/20 | 07:16AM | 504 | 945-8781 | NEWORLEANS | P | 1:00 |
| 615 | 11/20 | 07:16AM | 504 | 945-8781 | NEWORLEANS | 4 | 1:00 |
| 616 | 11/20 | 02:44PM | 504 | 214-9159 | CL DELVRY | 4 | 2:00 |
| 617 | 11/20 | 02:48PM | 504 | 214-9199 | CL DELVRY | 4 | 1:00 |

IP-24Z REV. 6/01

# OUR PEOPLE MAKE THE
# Difference WAL★MART Stores, Inc.

EOE/M/F/D/V                    This application for employment will not be considered unless fully completed.

Please print your name as it appears on your Social Security card.

| Ayers | Wanda | Denise | 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 |
|---|---|---|---|
| Last Name | First Name | Middle Name | Social Security Number |

5791 U.S Hwy 80 E -
Street Address

Tuskegee, Al 36083    (334)727-4142    (   )
City, State, and Zip Code    Telephone Number    Alternate Telephone

Yes ☐  No ☑  If yes:  Location _____    Dates of Employment _____

Have you ever been employed by Wal-Mart or any of its subsidiaries?    Reason for Leaving _____    Name employed under if now different _____

List all positions for which you would like to be considered    Rate of pay expected    Date you can start work

List relatives employed by Wal-Mart, their relationship and where they work. (If you live in California, do not answer.)

Peak Time ☐  Full Time ☑  Temp ☐
Type of employment you are seeking.

Yes ☑  No ☐
Are you 18 years of age or older?
If under 18, applicant will be required to submit a birth certificate or a work certificate as required by the state or federal laws.

Yes ☑  No ☐
Can you, after employment, submit verification of your legal right to work in the United States?

Elementary ☐ 8 or less

High School  1 ☐  2 ☐  3 ☐  4 ☐

College/Tech  1 ☐  2 ☑  3 ☐  4 ☐

Check the highest level or equivalent completed:

Yes ☐  No ☑
Will you now, or in the future, require sponsorship for employment visa status (e.g., H-1B, visa status)?

Yes ☑  No ☐
Are you currently a student?

Faulkner University
Name of college, university or vo-tech attended

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00125

Availability - To help us consider you for a job that matches your availability, please tell us the earliest time and the latest time you can work each day.

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Earliest Time | Open | School | Open | Open | Open | Open | Open |
| Latest Time | | School | | | | | |

Check if you are available to work: Days ☑  Evenings ☑  Nights ☑  Saturday ☑  Sunday ☑

First Name: Wanda

Please Print Last Name: Ayers

employment history, starting with your present employer. For any
_____ or self-employed periods show dates and location. (Attach additional sheets if necessary.) | | If currently employed, may we contact your employer? Yes [✓] No [ ]

| Company Name: LSU Medical Center | Your Job: Computer Information | Last Pay Rate: $8.00 p/H |
| Address: 1901 Perdido Ave | Supervisor's Name: FRED LUZT | Reason for Leaving: School |
| City/State/Zip: N.O. LA 70117 | Dates Employed: | |
| Phone #: (504) 568-6031 | From: 6/98  To: 1/01 | |

| Company Name: Delgado Community College | Your Job: Computer Information | Last Pay Rate: 7.00 p/H |
| Address: 615 City Park Ave | Supervisor's Name: Patrice Heydel | Reason for Leaving: New JOB |
| City/State/Zip: N.O. LA 70119 | Dates Employed: | |
| Phone #: (504) 488-4119 | From: 8/96  To: 5/99 | |

| Company Name: Orleans Public School | Your Job: CHILD NUTRITION | Last Pay Rate: 6.00 p/H |
| Address: 3510 General Degaulle | Supervisor's Name: Betty WHITE | Reason for Leaving: New JOB |
| City/State/Zip: New Orleans La | Dates Employed: | |
| Phone #: (504) 365-8806 | From: 3/93  To: 1/96 | |

| Company Name: Mt Carmel Faith Acad | Your Job: Classroom Supervisor | Last Pay Rate: 5.75 p/H |
| Address: 1115 N Roman | Supervisor's Name: Pastor Thomas | Reason for Leaving: New JOB |
| City/State/Zip: N.O. LA 70117 | Dates Employed: | |
| Phone #: (504) | From: 1/87  To: 12/88 | |

| Company Name: ST Mark DayCare | Your Job: CHILD CARE | Last Pay Rate: Depend on No. of chil |
| Address: 3000 N Rampart | Supervisor's Name: Diaa Jackson | Reason for Leaving: TO ATTEND |
| City/State/Zip: N.O. LA | Dates Employed: | School |
| Phone #: (504) | From: 6/79  To: 12/87 | |

List two (2) people (no relatives) you have worked with and whom we may contact for a reference if necessary.
Name: RON RATLIFF                         Phone: (504) 588-2116
Name: Candy Mays                          Phone: (504) 945-8781

If you reside in:
CA - Do not disclose marijuana convictions (felony or misdemeanor) more than two years old.
CO, MA, MD, NH, OK - Do not disclose criminal records that are sealed, expunged or annulled.
HI - Do not answer the following questions.
IL - Do not disclose prior convictions that have been expunged, sealed or impounded under Section 5 of the Criminal Identification Act.
WA - Do not disclose convictions which occurred more than 7 years ago or for which you were released from prison more than 7 years ago.

Have you ever been
convicted of a felony?  Yes [ ]  No [✓]     Have you ever been convicted of any type of theft or fraud or a violent crime?  Yes [ ]  No [✓]

If yes, on a separate sheet, identify the crime for which you were convicted, the date of the conviction and the location of the court in which you were convicted.
Please provide any details you feel are relevant. Conviction of a crime will not automatically disqualify you from consideration for employment, but will be considered
as part of an overall evaluation of your qualifications.

IMPORTANT - We are glad you are interested in joining the Wal-Mart team. Please read the following statement carefully before you sign and return this application.
Wal-Mart Stores, Inc., in considering my application for employment, may verify the information set forth on this application and obtain additional background information
relating to my background. I authorize all persons, schools, companies, corporations, credit bureaus and law enforcement agencies to supply any information concerning
my background. I have read, understand and agree to this statement. (Please initial here.) WA

I understand that Wal-Mart Stores, Inc. has a commitment to maintain an alcohol/drug-free workplace and that Wal-Mart, unless prohibited by state law, requires a drug
screening test as a part of its selection and hiring process. I understand that such drug screening will consist of the testing of a urine sample or other medically recog-
nized test designed to detect traceable amounts of a controlled substance in my body. If after a second confirmatory test approved by SAMHSA, it is determined my
specimen contains a controlled substance or was adulterated or substituted, I will be disqualified from consideration for employment and any offer of employment will be
withdrawn. I further understand and agree that if I am employed, I may be required to submit to alcohol/drug testing under certain circumstances during my employment.
I have read, understand, and agree to this statement. (Please initial here.) ___

I certify that the information on this application is correct and I understand that any misrepresentation or omission of any information will result in my disqualification
from consideration for employment or, if employed, my dismissal. I understand that this application is not a contract, offer, or promise of employment and that if I hired,
I will be able to resign at any time for any reason. Likewise, the company can terminate my employment at any time with or without cause, unless otherwise required
by law. I further understand that no one other than the President of Wal-Mart Stores, Inc., or Vice President of its People Division has the authority to enter into an employ-
ment contract or agreement with me, and that my at-will employment can be changed only by a written agreement signed by the President of Wal-Mart Stores, Inc. I have
read, understand and agree to this statement. (Please initial here.) ___

I understand that this application is good only for sixty (60) days from today's date. If I still desire a position with the company after this application expires, it will be my
responsibility to fill out a new application and file it with the company. Otherwise, the company will not consider me for employment after this application expires.

Date of Application: 9-15-01          Signature as shown on Social Security Card: Xanika D. Agno

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00126



## IN THE UNITED STATES DISTICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **WANDA DENISE AYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACION NO.** |
| | ) | **3:04cv1002-T** |
| **WAL-MART STORES EAST, LP** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ANSWERS TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff will identify (Wal-Mart Corporation) as so preferred as stated in the Answer to Amended Complaint as Wal-Mart Stores East, LP in the following Response:

1. All Documents that reflect, relate to, contain or describe any statement made to you by anyone who was or is an employee or agent of Wal-Mart about:

    **Answer:** Attached Request for Leave of Absence

2. All documents that you gave to or obtained from Wal-Mart that relate to:

    **Answer:** Attached are the applications for the Management training program.

3. All diaries, notes, tape recordings, photographs, videotapes, or other documents made or kept by you concerning or relating to:

    **Answer:** None

4.    All documents you submitted to or received from the Equal
      Employment Opportunity Commission concerning:

      **Answer:** Equal Employment Opportunity Commission did not
      forward a copy of the investigative report to me only a letter
      stating their administrative finding of non-discrimination that is
      attached.

5.    Documents that reflect or relate to any alleged race or age
      discrimination against you or any other applicant or employee on
      the part of Wal-Mart.

      **Answer:** Names are openly posted on bulletin refer to store
      bulletin Listing if different for the names in which I copied.
      Jessica Smith, Christy Fox, Mandy Dodd, Marlon MaGee, Joey
      McAnally, Michael Voorhers, Shane Bowers, Sherita Buford

6.    All documents that reflect or relate to the terms, conditions or
      benefits of employment with any person or entity that employed
      you or with whom you sought employment from 2000 to the
      present.

      **Answer:** Refer to personal file.

7.    All documents that reflect or relate to any way to any effort that
      you made to obtain employment with any employer from and
      including 2000 to the present, including but not limited to any
      correspondence between you and any potential employer and any
      application, resume or other listing of qualifications or experience
      prepared by or for you.

      **Answer:** Refer back to interrogatories 4 and 5

8.    All income tax returns, W-2 forms, paycheck stubs and all other
      documents reflecting the sources, amount and charges in amounts
      of your income from any source from and including 2000 to the
      present.

      **Answer:** Forms or documents are attached

9.  All documents reflecting or relating in any way to any mental, physical or pecuniary damage that you allegedly suffered as a result of the matters alleged in the Complaint.

    **Answer:** Forms or documents are attached

10. All documents reflecting the identity of any witness to any matter alleged in the Complaint.

    **Answer:** Forms or documents are attached

11. All documents reflection the identity of any doctor, therapist, chiropractor, psychiatrist, psychologist, minister or other counselor that you made an appointment with, consulted or received treatment from at any time from and including 2000 to the present.

    **Answer:** Forms or documents are attached

12. All medical, psychiatric or psychological reports, writings, histories and charts, x-ray reports, prescriptions, bills and any other records pertaining or referable in any way to any diagnosis, observation or treatment of the Plaintiff from and including 2000 to the present.

    **Answer:** Forms or documents are attached

13. All documents that reflect or relate to any complaint, objection, grievance, protest or other indication of dissatisfaction expressed by you to any person or entity concerning Wal-Mart's alleged unlawful practices.

    **Answer:**    Forms or documents are attached to:
    Equal Employment Opportunity Commission case
    #130-2004-00046
    Middle District Court of Alabama
    docket # 3:04cv1002-T

    Obtain store # 356 yearly report of store mangers performance from 2000 – 2004 for the last two years in which the complaint is made the performance level of the store manager in the area of promotions and fairness was rated poorly in both areas.

14.    All documents that relate to any claim you have made for worker's compensation benefits, unemployment compensation benefits, or security disability benefits.

Answer: Document attached unemployment compensation benefits from the State of Alabama

15.    All documents reflecting litigation, whether civil or criminal, in which you are or were a party, including arrests, EEO charges and bankruptcy proceedings.

Answer:    Refer to number 13

16.    All documents that reflect or relate to any transfer or promotion you sought during your employment with Wal-Mart, including but not limited to all documents reflecting or relating to the individual (s) who received the position(s).

Answer:

It was stated to me by the manager at the Auburn store that I would have to speak to a manger at the store in which I was looking to transfer to see if there are any positions available. I spoke with the store manager at the East New Orleans location and he stated that there are no openings available.

I also address the people at a newly opened Wal-Mart store while application where being taken and ask to speak to a manager or even the store manger and it was stated to me that no one where available all staff are working on setting up and completing construction.

Wanda D. Ayers
420 Pauline Street
New Orleans, LA 70117
(504) 945-9781

**Certificate of Service**

I hereby certify the above and foregoing has been served on the Plaintiff, by Unite State mail, first-class, postage-prepaid and properly addressed on this, the ____1____ day of March 2005:

Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Plaintiff, Wanda D. Ayers

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117
(504) 945-8781

## REQUEST FOR LEAVE OF ABSENCE

When you need time away from work, complete and submit this form for approval. Advance notice is requested, but notice of your need to be gone must be provided within 3 days and this form must be completed no later than 15 days from the first scheduled workday missed. Submit completed form for approval/disapproval as follows:
- Hourly field associates → Facility Manager.
- Home Office hourly associates → Manager → People Division.
- Management associates → your Division's People/Personnel area at the Home Office.

Request Date: 3/22/04    Work Location #: 356    ☑ Hourly    ☐ Salaried

Name: Wanda Ayers    SSN: 435 04 9 791

Current Mailing Address: None / mother 1420 Pauline    Phone: none available

**DATES REQUESTED:**
- Continuous Leave Beginning: No she not?    Return Date: 8-1-04
- Intermittent/Reduced Hours (available only when medically necessary; the Health Care Provider's Certification Section, below, must be completed)

Beginning: 4/1/04    Ending Date: 8-1-04

Describe:

**TYPE OF LEAVE:**

☐ **MEDICAL LEAVE\*** To be used when the associate has a medical condition (including pregnancy and childbirth, and on-the-job Workers' Comp. injuries) requiring time away from work. The Health Care Provider's Section, below, must be completed and signed. Before returning, associate must submit a return-to-work statement/release from a Health Care Provider detailing restrictions, if any. If eligible to receive short- or long-term disability benefits, the associate must file a claim by calling 1-800-492-5678.

☑ **PERSONAL**
- Is request due to birth, adoption or placement of foster child?    ☐ Yes\*    ☐ No
- Is request to provide care for a seriously ill or injured family member?    ☑ Yes\*    ☐ No
  (If yes, the Health Care Provider's Section, below, must be completed and signed.)
  Relationship: Mother is currently ill in the hospital once she comes
- Other personal reason, explain: Home she will need someone to care for he.

☐ **MILITARY** (Attach copy of military orders.)
- Is request to fulfill 2 week summer camp duty?    ☐ Yes    ☐ No
- If yes, complete the "Military Pay for Summer Camp" worksheet **prior** to start of leave.

**HEALTH CARE PROVIDER'S CERTIFICATION:** The above ☐ Wal-Mart associate ☐ family member is under my care for: _____

If associate, Worker's Comp? ☐ Yes ☐ No    Dates: Begin Leave: _____    Return Date: _____

☐ Continuous Leave required    ☐ Intermittent or Reduced Hours Leave required, describe: _____

(Stamp/Print Name, Address, Phone Number:)

Health Care Provider's Signature: _____

Date: _____

**INSURANCE:** Unless you submit a Status Change to reduce or discontinue coverage, your present insurance coverage will continue for up to 1 year while on LOA. If you choose to keep any Medical, Dental or Life Insurance, you must send the premium amount normally deducted from your paycheck to: Wal-Mart Benefits, Department 3001, P.O. Box 1030, Lowell, AR 72745. Write your name, social security number and work location on your check or money order. (Payments for short and long term disability are not required while on LOA.) The premium is due each pay period (every two weeks) in which you do not receive a Wal-Mart payroll check and failure to pay premiums within 30 days of the due date will result in cancellation of your coverage. While on a leave of absence, you may want to pay your premiums 2 weeks ahead to avoid a delay of your Special Pharmacy Benefits. If you did a status change to reduce or discontinue coverages when you went on LOA, you may do another status change to resume your coverages when you return to work. If coverage is cancelled for non-payment of premiums, you may be eligible for a reinstatement of coverage once a required number of hours are worked (see "Eligibility" section of Benefit book). If leave extends beyond 1 year, you may be eligible to elect continued coverage under COBRA.

I have read and understand the "Insurance" section above. Likewise, I understand that if I fail to return to work or request an extension of leave by the return date stated above, my associate benefits shall be subject to forfeiture and the company will have no further obligation to continue my employment. I also understand there will be no accumulation of benefits while I am on leave. I fully understand Wal-Mart's Leave of Absence policy.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00104

Date: 3/22/04    Associate Signature: Wanda J. S.

Manager's Signature: Shauna Strickland    Date: 3-23-04    ☑ Approved    ☐ Denied

\*Leave for these reasons is designated and counted as leave pursuant to the FMLA.

Separate copies after approval: • White → Facility's LOA file    • Pink → Associate's Copy

Exhibit 4

October 2003
Applications. MTD



**OUR PEOPLE MAKE THE Difference**
**WAL*MART** Stores, Inc.

# Job Description
# Vision Center Manager

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  - Respect for the Individual.
  - Service to our Customers.
  - Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  - Utilizing hourly Associates to execute daily tasks.
  - Managing scheduling and staffing of hourly Associates.
  - Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 2

**OUR PEOPLE MAKE THE Difference** WAL★MART Stores, Inc.

# Job Description
# Vision Center Manager

**Position Requirements**    Primary position requirements are listed below.

- **Experience and Qualification**
  - * Must be enrolled or have completed the Assistant Manager Training program or have equivalent experience.
- **Counting and Math Skills**
  - * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  - * Must be able to write, read, and understand printed material and be able to communicate with both Customers and other Associates.

**Essential Functions**    Essential functions of this position are listed below.

- Continuously plan/supervise/evaluate operations, merchandise, and financial areas within the unit to:
  - * Maximize the sales and profitability of the operating unit.
  - * Execute Company programs.
  - * Manage the operating units inventory and shrinkage.
- Understand, effectively follow, and enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - * Supervision of hourly Associates.
  - * Sales of restricted items.
  - * Environmental codes and ordinances.
  - * Store security.
- Accurately and efficiently maintain assigned records, Company funds, and property in accordance with Company policies or procedures.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Frequently delegate and follow up on tasks assigned to Associates.
- Frequently, accurately, and efficiently prepare/review/file/mail routine paperwork.
- Visually verify:
  - * Small print.
  - * Items to pricing labels, shelf labels, other store signing, and register display and handheld/SMART terminal display.
  - * Information on records and reports.
  - * Assembly and measurement of eyeglasses.
- Plan and coordinate sales and promotional activities.
- Accurately ensure completed order matches Customer's prescription.

I have read and understood these responsibilities and requirements for this position, and certify that (mark one):
_____✓_____    **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____    **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_Wanda Ayers_
**Associate/Applicant Printed Name**

_Wanda Ayers_
**Associate/Applicant Signature**

10-23-03
**Date**

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

Exhibit 2

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# **Management Trainee**

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - The supervision of all Associates.
  - The sales of restricted items.
  - Environmental codes and ordinances.
  - Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - Small print.
  - Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

___✓___  **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____  **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

| | | |
|---|---|---|
| _Wanda Ayers_ | _Wanda Ayers_ | _10-23-03_ |
| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

Exhibit 3

**OUR PEOPLE MAKE THE Difference**
WAL★MART Stores, Inc.

# Job Description
# Management Trainee

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  - * Respect for the Individual.
  - * Service to our Customers.
  - * Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and Inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below.  At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime. Maximizing sales and profitability through the execution of Company programs.

- Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
  - * Maximize the sales and profitability of the operating unit.
  - * Provide a high level of merchandise in-stock position.
  - * Execute Company programs.
  - * Manage the operating unit's inventory and shrinkage.
  - * Manage scheduling and staffing.
  - * Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
  - * Utilizing hourly Associates to communicate and execute tasks.
  - * Providing fast and friendly checkout service.
  - * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 1 of 2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 130-2004-00046 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Wanda Ayers | (334) 332-8028 | 07-25-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1945 County Road 57, Notasulga, AL 36866 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WAL MART STORES INC. | Unknown | (205) 821-2493 |

| Street Address | City, State and ZIP Code |
|---|---|
| 645 Marrow Street, Auburn, AL 36131  1717 College Street, Auburn, AL 36830 | |

| Name | No. Employee, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE |
|---|
| Earliest  Latest |
| 07-21-2003    07-21-2003 |

☐ CONTINUING ACTION

OCT 27 2003

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On July 21, 2003, I went to another location of the above named employer in order to submit my application to be accepted into the Management Training Program. I had initially been turned away absent from my Store Manager, Steve, LNU in accessing the computer in order that I might apply before the deadline but was informed that he did not know how to get into the computer in order to assist me. On August 26, 2003, I called the Regional Manager and spoke with his secretary. I was informed at that time that no one was accepted into the program. On September 19, 2003, Sherman Alexander, Store Manager, stated that Don Bost, Regional Manager told him to start to minter some associates. Sherman choose a White, Male employee named Heath, LNU who is much younger than I am and who also was hired after I was hired. Prior to this I was turned down before in lieu of a Younger White Female who was also hired after me. Sherman made the statement that there was lots of opportunity for young men and women to grow in the company, then he looked over my way and realized that I was not included and then he corrected himself and said for older folks as well.

I have not been afforded a reason why I am being denied the same opportunity as the younger white employees are.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

X 10-25-03     X Wanda D Ayers
Date            Charging Party Signature

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 130-2004-00046C |
| | | and EEOC |

_State or local Agency, if any_

THE PARTICULARS ARE (Continued from previous page):

I believe I am being denied the same privileges as the younger white employees because of my Race, Black, in violation of Title VII of the 1964, Civil Rights Act, as amended and because of my Age, 45, in violation of the Age Discrimination in Employment act of 1967, as amended.



| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. | |
| X 10-25-03    X _Xandra O Am___<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



EARNINGS HISTORY REPORT - P137PM                    FUL-SERV ASSOCIATES, INC.                    RUN 742311
01 *H 8433049791                                                                                  RUN DATE 12/31/1993

                                                                                                  BEVERLY

     EMPLOYEE NAME
  SS  LA- LA
    TYPE ----------HOURS---------    ----EARNINGS----    ----TAXES----    FEDERAL    STATE    CITY/COUNTY    -DED/EXP/CK INF-
CHECK NUM

    ADDRESS, NUMBER D

0256 01    0511    6.57  REG    42.71  REG    .06  FIT    .05  SDI    .00  CNTY    .00  TOT DED
   C-1    .00  OT    .00  OT    3.65  FICA    .01  AMX    .43  CITY    33.91  NET PA
   66868910    .49  OTH    .00  OBN    .48  ABD    .01  WCI    29.01  CK AMT
11-16-2001    6.97  TOT    48.71  TOT    3.27  TOT    .06  TOT    .43  TOT    6.9000 RATE

0356 01    0511    73.01  REG    470.77  REG    41.56  FIT    13.90  SDI    .08  CNTY    17.36  TOT DED
   C-1    .63  OT    4.80  OT    79.54  FICA    .60  SUI    4.90  CITY    346.53  NET PA
   67512P297    12.13  OTH    14.44  OTH    7.80  MED    .09  SDI    524.88  CK AMT
11-30-2001    86.49  TOT    489.11  TOT    61.05  TOT    13.90  TOT    4.90  TOT    6.9000 RATE

0356 01    0511    77.36  REG    462.71  REG    42.51  FIT    14.81  SDI    .00  CNTY    17.31  TOT DED
   C-1    .69  OT    .00  OT    52.16  FICA    .08  ADI    8.19  CITY    306.52  NET PA
   60464131    14.44  OTH    26.29  OTH    7.55  MED    .04  SDI    596.52  CK AMT
12-14-2001    34.58  TOT    519.00  TOT    48.92  TOT    14.61  TOT    5.19  TOT    6.9000 RATE

    EXP    157.73  REG    1,485.19  REG    86.61  FIT    38.77  SDI    .00  CNTY    34.09  TOT NP
    .69  OT    6.39  OT    48.77  FICA    .09  SUI    20.61  CITY    617.22  NET PA
    24.93  OTH    30.72  OTH    15.35  MED    .05  SDI
    186.66  TOT    1,066.65  TOT    169.01  TOT    38.77  TOT    19.61  TOT

DEDUCTIONS/OTHER DEDUCTIONS - PHASE3          WAL-MART ASSOCIATES, INC.                    PAGE 1574
PERIOD END DATE 16-15-2004                                             RUN DATE 16-07-2004

LL   Le   LS   EMPL NO          D/OR    D/OR        CURRENT          MTD          QTR          YTD
EMPLOYEE NAME                   CODE    DESCRIPTION AMOUNT           AMOUNT       CURRENT      CURRENT

WISE 01   #011 042504379T       C-1    /M    INS MED COVD                                      462.99
SISE, SONJA D                          AT    INS CNM CLPD                                      33.08
                                       AR    INS LIFE COVD                                     14.25
                                       AS    CHK LIFE                                          24.15
                                       AY    INS GALAXAY ED                                    418.81
                                       BA    INS RESTORA C*                                    841.45
                                       MX    INS DENTAL G *                                    31.50
                                       CW    CHD SUPT CRED                                     684.75
                                       #1    42IN  #AS                                         33.40
                                       40    HOLIDAY PAY                                       41.85
                                       0S    CO STA CLRY                                       2.36
                                       16    STOCK  PURCH                                      15.80
                                       76    BENEFIT ACCRU        15.40     30.00     30.00    154.88
                                       51    PERSONAL TIME                                     63.73
                                       55    HRWW ADVAN CHG                                    64.88
                                       56    SUNDAY PREMIUM                                    72.55
                                       55    STAIKERBUYER                                      383.72

DEDUCTIONS/OTHER PAYROLL - 082461          WAL-MART ASSOCIATES, INC.                              PAGE 7892
PERIOD END DATE 12-27-2002                                         WEEKLY          RUN DATE 01-02-2003

L3   L4   L6  EMPL NO                D/CK    D/CK         CURRENT    HRS        DED          YTD
DEDUCTION CODE                       CODE    DESCRIPTION  AMOUNT     AMOUNT     AMOUNT       AMOUNT

8286 01   0911 0415045792           C-R  02   DG STK CONT                                4.89      4.89
AYERS, NORMA D                           19   STOCK PURCH                              20.88     20.50
                                         M    FAMILY MEDICA                            24.33     24.25

| ASSL ID | ASSOCIATE NAME | Date | DEPT | JOB | SHIFT START | SHIFT END | ACTUAL PUNCH END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS; MONNA D | 12/02/2001 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 12/29/2001 | 931 | 447 | 22:30 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —01 |
| 1958 | AYERS; MONNA D | 12/25/2001 | 931 | 447 | 00:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —01 |
| 1958 | AYERS; MONNA D | 12/26/2001 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 12/27/2001 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 12/28/2001 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 12/29/2001 | 931 | 447 | 22:00 | 01:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 12/30/2001 | 931 | 447 | 22:00 | 02:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 01/01/2002 | 931 | 447 | 22:00 | 02:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 01/05/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 02/04/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 02/27/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —02 |
| 1958 | AYERS; MONNA D | 03/05/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence —02 |
| 1958 | AYERS; MONNA D | 03/24/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —02 |
| 1958 | AYERS; MONNA D | 04/04/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —02 |
| 1958 | AYERS; MONNA D | 04/17/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 04/11/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —02 |
| 1958 | AYERS; MONNA D | 04/12/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Unapproved Absence —02 |
| 1958 | AYERS; MONNA D | 05/09/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 05/29/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 05/29/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 06/30/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 06/11/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 06/05/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 06/09/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 06/30/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 07/17/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 08/01/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 07/11/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |
| 1958 | AYERS; MONNA D | 08/22/2002 | 931 | 447 | 22:00 | 07:00 | | 11 - Scheduled did not work | 38 - Other-Mgr. Approved Absence |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00798

VOL. 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1952 | AYERS, WANDA D | 08/25/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 08/28/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 63 - Absence caused by 3 Disapproved Tardies |
| 1952 | AYERS, WANDA D | 08/25/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 09/11/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 09/14/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 09/24/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 10/05/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 10/31/2002 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 68 - Absence caused by 3 Disapproved Tardies |
| 1952 | AYERS, WANDA D | 11/05/2002 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 11/06/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 11/04/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 32 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 11/20/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 12/14/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 12/26/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 12/27/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 12/28/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 12/31/2002 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 01/01/2003 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 03/02/2003 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 03/06/2003 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 03/15/2003 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 04/02/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 04/09/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 04/19/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 06/06/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 71 - Sick-Disapproved - 03 |
| 1952 | AYERS, WANDA D | 06/13/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 70 - Sick-Disapproved - 03 |
| 1952 | AYERS, WANDA D | 07/06/2003 | 951 | 447 | 23:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |
| 1952 | AYERS, WANDA D | 07/21/2003 | 951 | 447 | 22:00 07:00 | 39 - Scheduled did not work | 38 - Other-Mgr. Approved absence |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00799

| REL_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| 1959 | AYERS, WANDA D | 09/28/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1954 | AYERS, WANDA D | 10/04/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | (Sk) Stick-Disapproved —03 |
| 1961 | AYERS, WANDA D | 11/06/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | (Sk) Stick-Disapproved —05 |
| 1958 | AYERS, WANDA D | 10/24/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 33 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 10/24/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 10/23/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 36 - Other-Mgr. Approved Absence |
| 1959 | AYERS, WANDA D | 11/14/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1955 | AYERS, WANDA D | 11/22/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 11/23/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 11/22/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 11/30/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 34 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/05/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 34 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/02/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/03/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/04/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 30 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/07/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 35 - Other-Mgr. Approved Absence |
| 1959 | AYERS, WANDA D | 12/13/2003 | 931 | 449 | 22:00 07:00 | | 14 - Scheduled did NOT work | 34 - Other-Mgr. Approved Absence |
| 1958 | AYERS, WANDA D | 12/14/2003 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 35 - Other-Mgr. Approved Absence |
| 1959 | AYERS, WANDA D | 01/07/2004 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 34 - Other-Mgr. Approved Absence |
| 1959 | AYERS, WANDA D | 02/01/2004 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 35 - Other-Mgr. Approved Absence |
| 1961 | AYERS, WANDA D | 03/04/2004 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 39 - Other-Unapproved Absence |
| 1959 | AYERS, WANDA D | 03/22/2004 | 931 | 449 | 22:10 07:00 | | 11 - Scheduled did NOT work | 34 - LOA (FMLA, AGR) |
| 1959 | AYERS, WANDA D | 03/24/2004 | 931 | 449 | 22:00 07:00 | | 11 - Scheduled did NOT work | 34 - LOA (FMLA, AGR) |
| 1958 | AYERS, WANDA D | 11/21/2003 | 931 | 449 | | 17:00 19:30 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, WANDA D | 11/24/2003 | 931 | 449 | | 09:05 14:53 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked |
| 1954 | AYERS, WANDA D | 11/17/2003 | 931 | 449 | | 21:47 07:10 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked |
| 1954 | AYERS, WANDA D | 11/24/2003 | 491 | 449 | | 21:58 07:00 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Status Worked |
| 1959 | AYERS, WANDA D | 11/21/2003 | 931 | 449 | | 22:00 07:00 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, WANDA D | 11/24/2003 | 931 | 449 | | 21:53 07:01 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00880

| ASSOC_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| 1946 | AYERS, MARSHA D | 11/26/2001 | 931 | 449 | | 21:56 24:00 | 15 - Worked NON scheled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 11/27/2001 | 931 | 449 | | 21:59 07:14 | 15 - Worked NON sc-aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 11/28/2001 | 931 | 449 | | 21:50 07:14 | 15 - Worked NON sc-aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 11/29/2001 | 931 | 449 | | 21:56 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 11/30/2001 | 931 | 449 | | 22:30 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 12/05/2001 | 931 | 449 | | 21:57 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 01/15/2002 | 931 | 449 | | 22:00 04:45 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 02/28/2002 | 931 | 449 | | 21:57 04:11 | 15 - Worked NON scaled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 03/07/2002 | 931 | 449 | | 21:57 07:07 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/09/2002 | 931 | 449 | | 21:57 04:37 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/11/2002 | 931 | 449 | | 22:00 03:00 | 13 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/23/2002 | 931 | 449 | | 21:50 04:44 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1946 | AYERS, MARSHA D | 06/24/2002 | 932 | 449 | | 22:30 04:57 | 16 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 06/24/2002 | 931 | 449 | | 21:56 07:07 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/24/2002 | 931 | 449 | | 21:59 04:50 | 15 - Worked NON sc aled | 46 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/21/2002 | 931 | 449 | | 21:56 04:26 | 11 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 04/30/2002 | 931 | 449 | | 21:56 04:15 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 06/27/2002 | 932 | 449 | | 21:56 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 10/24/2002 | 931 | 449 | | 22:00 04:41 | 16 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 10/30/2002 | 931 | 449 | | 22:07 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 11/14/2002 | 931 | 449 | | 22:18 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 12/17/2002 | 931 | 449 | | 22:30 04:35 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 01/16/2003 | 931 | 449 | | 21:57 07:00 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 01/24/2003 | 931 | 449 | | 22:07 04:38 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 02/26/2003 | 931 | 449 | | 22:10 04:32 | 15 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 02/17/2003 | 931 | 449 | | 22:41 24:00 | 16 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |
| 1958 | AYERS, MARSHA D | 02/17/2003 | 931 | 449 | | 21:56 06:54 | 16 - Worked NON sc aled | 43 - Manager Approved Non-Sched Worked |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00891

RUN ON: 02/14/2005 AT 10:29:27

WAL * MART STORES, INC.
ATTENDANCE TRACKING MAINTENANCE REPORT

STORE NO: 158

REPORT NO: 1a1330r
PAGE NO: 5

| ASL_ID | ASSOCIATE NAME | DATE | DPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON | REPLY |
|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, MONA D | 04/15/2003 | 931 | 947 | | 22:03 06:59 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 04/17/2003 | 931 | 947 | | 22:04 04:31 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 04/18/2003 | 931 | 947 | | 21:49 04:25 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 04/24/2003 | 931 | 947 | | 22:03 06:44 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 07/12/2003 | 931 | 947 | | 22:00 02:40 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 07/26/2003 | 931 | 947 | | 21:57 04:09 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 08/09/2003 | 931 | 947 | | 22:01 07:06 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 08/26/2003 | 932 | 947 | | 22:34 06:51 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 08/26/2004 | 931 | 947 | | 21:57 07:12 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 04/31/2003 | 931 | 947 | | 21:59 07:17 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 10/04/2003 | 931 | 947 | | 21:58 07:03 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 10/20/2003 | 931 | 947 | | 21:54 07:02 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 10/22/2003 | 931 | 947 | | 22:04 06:58 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 10/24/2003 | 931 | 947 | | 21:55 06:25 | 16 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 11/01/2003 | 931 | 947 | | 21:52 07:00 | 16 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 11/01/2003 | 931 | 948 | | 21:39 07:04 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 11/01/2003 | 931 | 947 | | 21:49 07:02 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 11/12/2003 | 931 | 948 | | 22:06 06:57 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 11/17/2003 | 931 | 947 | | 22:00 07:00 | 16 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 01/12/2004 | 931 | 947 | | 22:05 07:14 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 01/13/2004 | 931 | 947 | | 22:03 06:57 | 15 - Worked NOT scheduled | 43 - Manager Approved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 02/18/2004 | 931 | 947 | | 22:02 07:05 | 16 - Worked NOT scheduled | 41 - Unapproved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 02/22/2004 | 931 | 947 | | 22:01 04:57 | 15 - Worked NOT scheduled | 41 - Unapproved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 02/22/2004 | 931 | 947 | | 22:02 04:57 | 16 - Worked NOT scheduled | 41 - Unapproved Non-Sched Worked | X |
| 1958 | AYERS, MONA D | 12/07/2003 | 931 | 947 | 22:04 07:00 | 23:19 04:46 | 5 - Associate was tardy | 41 - Manager Approved Tardy | X |
| 1958 | AYERS, MONA D | 12/09/2003 | 931 | 947 | 22:00 03:00 | 22:10 02:06 | 3 - Associate Left early | 42 - Manager Approved Left Early | X |
| 1958 | AYERS, MONA D | 12/28/2003 | 931 | 947 | 22:00 03:30 | 22:10 04:44 | 3 - Associate Left early | 42 - Manager Approved Left Early | X |

Wal-Mart/Ayers
Docs, Produced to Plaintiff
00802

| ASSL_ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START | SHIFT END | ACTUAL START | ACTUAL END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, MANDA D | 03/06/2002 | 931 | 449 | 22:00 | 07:00 | 21:50 | 07:14 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 03/26/2002 | 931 | 449 | 22:00 | 06:00 | 22:00 | 03:10 | 6 - Associate was Tardy | V2 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 03/31/2002 | 931 | 449 | 22:00 | 07:00 | 22:00 | 04:19 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/05/2002 | 931 | 449 | 22:00 | 07:00 | 21:50 | 02:20 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/10/2002 | 931 | 449 | 22:00 | 06:00 | 21:50 | 04:28 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/16/2002 | 931 | 449 | 22:00 | 07:00 | 21:47 | 04:22 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/18/2002 | 931 | 449 | 22:00 | 07:00 | 21:55 | 07:26 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 04/17/2002 | 931 | 449 | 22:00 | 07:00 | 23:00 | 21:00 | 6 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 05/25/2002 | 931 | 449 | 22:00 | 07:00 | 22:02 | 07:00 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 04/06/2002 | 931 | 449 | 22:00 | 07:00 | 21:51 | 04:37 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/07/2002 | 931 | 449 | 22:00 | 07:00 | 21:56 | 04:22 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/08/2002 | 931 | 449 | 22:00 | 07:00 | 22:02 | 04:07 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 04/11/2002 | 931 | 449 | 22:00 | 07:00 | 21:57 | 05:57 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/18/2002 | 931 | 449 | 22:00 | 07:00 | 21:05 | 04:29 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 04/20/2002 | 931 | 449 | 22:00 | 07:00 | 21:54 | 04:18 | 5 - Associate Left Early | V2 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 04/22/2002 | 931 | 449 | 22:00 | 07:00 | 22:14 | 07:06 | 6 - Associate was Tardy | (V1) - Unapproved Tardy — .02 |
| 1958 | AYERS, MANDA D | 07/10/2002 | 931 | 449 | 22:00 | 07:00 | 21:59 | 06:01 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 07/11/2002 | 931 | 449 | 22:00 | 07:00 | 21:51 | 04:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 07/12/2002 | 931 | 449 | 22:00 | 07:00 | 21:51 | 04:15 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 07/14/2002 | 931 | 449 | 22:00 | 07:00 | 21:10 | 04:22 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 07/21/2002 | 931 | 449 | 22:00 | 07:00 | 22:19 | 07:06 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 07/24/2002 | 931 | 449 | 22:00 | 07:00 | 21:57 | 04:26 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 07/25/2002 | 931 | 449 | 22:00 | 07:00 | 22:29 | 06:47 | 6 - Associate was Tardy | (V1) - Unapproved Tardy — .02 |
| 1958 | AYERS, MANDA D | 08/01/2002 | 931 | 449 | 22:00 | 07:00 | 22:23 | 04:57 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 08/05/2002 | 931 | 449 | 22:00 | 07:00 | 23:50 | 07:16 | 6 - Associate was Tardy | (V1) - Unapproved Tardy — .02 |
| 1958 | AYERS, MANDA D | 08/24/2002 | 931 | 449 | 22:00 | 07:00 | 22:12 | 04:20 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MANDA D | 07/24/2002 | 931 | 449 | 22:00 | 07:00 | 21:10 | 04:29 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MANDA D | 11/24/2002 | 931 | 449 | 22:00 | 07:00 | 22:11 | 07:58 | 6 - Associate was Tardy | (V1) - Unapproved Tardy — .02 |
| 1958 | AYERS, MANDA D | 02/12/2002 | 931 | 449 | 22:00 | 07:00 | 22:21 | 07:55 | 6 - Associate was Tardy | (V1) - Unapproved Tardy — .05 |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
04803

PAGE No: 7

ATTENDANCE TRENDLINE MONITORING REPORT

| ASC_ID | ASSOCIATE NAME | DATE | DEPT | DOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS, MONNA D | 09/18/2002 | 931 | 467 | 22:00 07:00 | 21:56 06:12 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 09/21/2002 | 931 | 467 | 22:00 07:00 | 22:00 06:50 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 09/24/2002 | 931 | 467 | 22:00 07:00 | 21:59 06:15 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 09/26/2002 | 931 | 467 | 22:04 07:00 | 22:22 07:00 | 5 - Associate Was Tardy | 41 - Manager Approved Tardy |
| 1958 | AYERS, MONNA D | 09/27/2002 | 931 | 467 | 22:00 07:00 | 22:00 01:57 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 10/02/2002 | 931 | 467 | 22:00 07:00 | 21:55 01:49 | 5 - Associate Left Early | 78 - Unapproved Left Early |
| 1958 | AYERS, MONNA D | 10/07/2002 | 931 | 467 | 22:00 07:00 | 21:57 06:24 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 10/11/2002 | 931 | 467 | 22:00 07:00 | 22:04 00:12 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 10/12/2002 | 931 | 467 | 22:00 07:00 | 22:00 06:40 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 10/22/2002 | 931 | 467 | 22:04 07:00 | 22:00 04:15 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 10/31/2002 | 931 | 467 | 22:00 07:00 | 22:17 06:50 | 5 - Associate Was Tardy | 78 - Unapproved Tardy — 62 |
| 1958 | AYERS, MONNA D | 11/01/2002 | 931 | 467 | 22:04 07:00 | 21:56 06:17 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 11/24/2002 | 931 | 467 | 22:00 07:00 | 21:59 06:24 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 11/21/2002 | 931 | 467 | 22:00 07:00 | 23:21 04:07 | 5 - Associate Was Tardy | 41 - Manager Approved Tardy |
| 1958 | AYERS, MONNA D | 12/09/2002 | 931 | 467 | 22:00 07:00 | 21:57 01:50 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 12/16/2002 | 931 | 467 | 22:00 07:00 | 21:57 06:55 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 12/21/2002 | 931 | 467 | 22:00 07:00 | 21:59 04:11 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 12/23/2002 | 931 | 467 | 22:00 07:04 | 22:00 06:30 | 4 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 12/24/2002 | 931 | 467 | 22:00 07:00 | 21:57 07:49 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 01/08/2003 | 931 | 467 | 22:10 07:00 | 21:50 06:24 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 01/23/2003 | 931 | 467 | 22:04 07:00 | 21:59 05:09 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 02/26/2003 | 931 | 467 | 22:00 07:00 | 00:28 07:00 | 5 - Associate Was Tardy | 41 - Manager Approved Tardy |
| 1958 | AYERS, MONNA D | 02/01/2003 | 931 | 467 | 22:00 07:00 | 22:22 06:47 | 4 - Associate Was Tardy | 41 - Manager Approved Tardy |
| 1958 | AYERS, MONNA D | 02/16/2003 | 931 | 467 | 22:00 07:00 | 21:54 04:25 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 02/17/2003 | 931 | 467 | 22:04 07:00 | 21:59 04:25 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 02/20/2003 | 931 | 467 | 22:00 07:00 | 21:57 24:00 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 02/24/2003 | 931 | 467 | 22:04 07:00 | 22:01 24:00 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 03/06/2003 | 931 | 467 | 22:04 07:00 | 21:57 06:10 | 5 - Associate Left Early | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | 03/04/2003 | 931 | 467 | 22:00 07:00 | 22:59 04:54 | 5 - Associate Was Tardy | 42 - Manager Approved Left Early |
| 1958 | AYERS, MONNA D | | 931 | | | | 5 - Associate Left Early | 42 - Manager Approved Left Early |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00804

PAGE NO 8

ATTENDANCE TRACKING MONITORING REPORT

| ACD.LD | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| 1958 | AYERS; MONA B | 03/21/2003 | 931 | 469 | 22:00 07:00 | 22:01 06:28 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 03/27/2003 | 931 | 469 | 22:00 07:00 | 21:59 01:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/22/2003 | 931 | 469 | 22:00 07:00 | 21:56 06:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/23/2003 | 931 | 469 | 22:00 07:00 | 22:01 06:37 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS; MONA B | 04/23/2003 | 931 | 469 | 22:00 07:00 | 22:01 06:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/25/2003 | 931 | 469 | 22:00 07:00 | 21:56 03:08 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/30/2003 | 931 | 469 | 22:00 07:00 | 22:02 06:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 05/01/2003 | 931 | 469 | 22:00 07:00 | 21:50 06:17 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 05/02/2003 | 931 | 469 | 22:00 07:00 | 21:47 03:02 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 05/07/2003 | 931 | 469 | 22:00 07:00 | 21:59 06:17 | 5 - Associate Left Early | V7 - Disapproved Left Early ⊙—03 |
| 1958 | AYERS; MONA B | 05/08/2003 | 931 | 469 | 22:00 07:00 | 22:17 03:03 | 6 - Associate was Tardy | V7 - Disapproved Tardy |
| 1958 | AYERS; MONA B | 06/24/2003 | 931 | 469 | 22:00 07:00 | 21:52 24:00 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/25/2003 | 931 | 469 | 22:00 07:00 | 21:56 21:58 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/08/2003 | 931 | 469 | 22:00 07:00 | 22:00 06:23 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/17/2003 | 931 | 469 | 22:00 07:00 | 21:52 21:54 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 04/23/2003 | 931 | 469 | 22:00 07:00 | 22:00 02:47 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 07/09/2003 | 931 | 469 | 22:00 07:00 | 21:58 02:42 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 07/19/2003 | 931 | 469 | 22:00 07:00 | 22:00 06:05 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 07/24/2003 | 931 | 469 | 22:00 07:00 | 21:52 06:02 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 09/19/2003 | 931 | 469 | 22:00 07:00 | 21:57 06:12 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 10/03/2003 | 931 | 469 | 22:00 07:00 | 22:04 03:00 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS; MONA B | 10/16/2003 | 931 | 469 | 22:00 07:00 | 21:58 06:11 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 10/25/2003 | 931 | 469 | 22:00 07:00 | 21:58 06:01 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 11/26/2003 | 931 | 469 | 22:00 07:00 | 22:00 06:30 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 12/17/2003 | 931 | 469 | 22:00 07:00 | 21:51 06:26 | 5 - Associate Left Early | V2 - Manager Approved Left Early |
| 1958 | AYERS; MONA B | 02/13/2004 | 931 | 469 | 22:00 07:00 | 22:11 07:01 | 6 - Associate was Tardy | V7 - Disapproved Tardy —01 |
| 1958 | AYERS; MONA B | 02/17/2004 | 931 | 469 | 22:00 07:00 | 22:15 07:05 | 6 - Associate was Tardy | V7 - Disapproved Tardy —01 |
| 1958 | AYERS; MONA B | 01/21/2004 | 931 | 469 | 22:00 07:00 | 22:11 06:26 | 5 - Associate Left Early | V8 - Disapproved Left Early |
| 1958 | AYERS; MONA B | 02/26/2004 | 931 | 469 | 22:00 07:00 | 22:00 06:17 | 5 - Associate Left Early | V2 - Disapproved Left Early |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
09805

REPORT NO: 1ASS597
PAGE NO: 1

USER ID: KFCOCK

STORE NO: 356

RUN ON: 02/14/2005 AT 14:29:27

WAL + MART STORES, INC.
ATTENDANCE TRACKING MAINTENANCE REPORT

Codes and descriptions for ABSENCE are:

APPROVED
30 - Sick-Approved (Canada Only)
31 - Military
32 - Bereavement
33 - Jury Duty
34 - LOA (FMLA RN)
35 - Workmans Comp
36 - Petition Day
37 - Hospital/Med. Emergency
38 - Other-Mgr. Approved Absence
39 - Time Clock Issues
40 - Emergency Volunteer

UNAPPROVED
70 - Sick-Unapproved
71 - Doctor/Dentist Unapproved
75 - Other-Unapproved Absence
74 - No Show

Codes and descriptions for WORKED BUT NOT SCHEDULED are:

APPROVED
43 - Manager Approved Non-Sched Worked

UNAPPROVED
73 - Unapproved Non-Sched Worked

Codes and descriptions for TARDY & LEFT EARLY are:

APPROVED
41 - Manager Approved Tardy
42 - Manager Approved Left Early

UNAPPROVED
77 - Unapproved Tardy
78 - Unapproved Left Early

**  END OF JOB  **
ATTENDANCE TRACKING MAINTENANCE REPORT

REPROCS: caula7corr RUN ON: 02/14/2005 AT 14:29:27

******  WAL-MART STORES, INC. CONFIDENTIAL  ******

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00806

*Acknowledgment*

After you have read the contents of this handbook:

1. **Read and sign the Acknowledgment,**

2. **Separate the Acknowledgment at the perforation, and**

3. **Give the signed Acknowledgment to your Manager.**

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and in no way to be interpreted as a contract.

Date: 11/16/01

Social Security Number: 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

Print Your Name: Wanda Ayers

Signature: Wanda D. A___

Wal-Mart/Ayers
Docs Produced to Plaintiff
00116

# WAL★MART®

*Associate Handbook*

Wal-Mart Stores, Inc.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00234



*Sam and Bud Walton*

Wal-Mart/Dukes
[Doc. Produced to Plaintiff]
00235

Welcome to the Wal-Mart Family! When my brothers and sister and I were growing up, we always worked in Dad's store — sweeping floors, carrying boxes, running the cash register machine. I remember feeling that all the Associates in the store were part of the family. There is nothing to push in and help each other. The Company has grown since then, and I'm proud to say we still have that family spirit...

Rob Walton
Chairman of the Board, Wal-Mart Stores, Inc.

# Table of Contents

Welcome ........................................... 3

History ............................................ 4

Respect for the Individual ...................... 5
Servant Leadership .............................. 6
Open Door ........................................ 7
Union Philosophy ................................ 8
Information Sharing ............................. 8
We Care Policy .................................. 8
Wal-Mart Television ............................. 9
Grass Roots .................................... 10

The Coaches at Red Bag ....................... 11
Sundown Guarantee ............................ 12
The Sundown Rule .............................. 12
Aces ........................................... 12
More Task At Once .............................. 12
Wal-Mart Radio ................................. 13
Prep Day Low Prices ........................... 14
HR Express .................................... 14
SWAT .......................................... 14

Safety and Loss Prevention ................... 15
Honesty ....................................... 15
Company Property .............................. 15
Shrinkage Control ............................. 16
Ensuring Safety ............................... 16
Pallets Control ............................... 16
Purchasing Assistance ......................... 17
Working Off Ledger ............................ 17
Loss Prevention ............................... 17
It's My Job ................................... 18
De-Stress ..................................... 18

Promotions & Thanks ........................... 18
Performance Appraisal ......................... 19
Training ...................................... 19
The Vision Institute .......................... 20
Computer Based Training ....................... 26

General Rules ................................. 26
Grooming and Dress Code ....................... 28
Working Hours ................................. 29
Attendance .................................... 22
Cash Register ................................. 23
Discounts ..................................... 23
Personal Days ................................. 24
Cell and Cameras .............................. 24
Merchandise ................................... 25
Enforcement on Register ....................... 26
Quality of Sales .............................. 27
Vendors Visitation ............................ 28
Merchandise Return ............................ 28
Reimbursement ................................. 28
Personal Receipt .............................. 28
Smoking ....................................... 29
Sundries at Broker ............................ 30
Toilets ....................................... 31
Work Time ..................................... 31
Workplace Violence ............................ 32

Benefits ...................................... 29
Profit Sharing Plan ........................... 29
401(k) Plan ................................... 29
Associate Stock Ownership Plan ................ 30
Full-Time Associate Benefits .................. 30
Vacations ..................................... 30
Temporary Associate Benefits .................. 33

Community Involvement ......................... 30
Children's Miracle Network .................... 30
Environmental Program ......................... 30
Volunteerism .................................. 30
America's Missing Children .................... 30
Scholarships .................................. 32
Sam's Club — Our Community .................... 33
Miracle Balloon Network ....................... 33

Employee Guidelines ........................... 33

Wal-Mart ...................................... 34
Rules of Employee Knowledge ................... 34
Wal-Mart Home Office .......................... 35

Sam's Club — Sam's Choice ..................... 36

Acknowledgement Slip .......................... 42

Wal-Mart Ayers
Dave Product to Retail?
90227

> "OUR LEGACY IS THAT OF BEING UNIQUE, SWIMMING UPSTREAM, DOING THINGS OTHERS THINK IMPOSSIBLE."
>
> – *Lee Scott*
> *President and Chief Executive Officer*
> *Wal-Mart Stores, Inc.*

Welcome

Wal-Mart/Ayers
Docs Produced to Plaintiff

# History

> "I HAD NO VISION OF THE SCOPE OF WHAT I WOULD START. BUT I HAD CONFIDENCE THAT AS LONG AS WE DID OUR WORK WELL, AND WERE GOOD TO OUR CUSTOMERS, THERE WOULD BE NO LIMIT TO US."
>
> – *Sam Walton*

Today's Wal-Mart facilities are still driven by the Three Basic Beliefs that drove our very first store. In this handbook, you will find many quotes and references to Sam Walton. Mr. Sam left a legacy with us, his ideas and ethics providing a timeless recipe for success.

Wal-Mart is a discount pioneer. It rose from one of hundreds of stores being started with the very same idea. Our Company is a legacy Company that earns its reputation with a discount idea that was not new, but the focus and implementation were. Here are a few that highlight of the growth of our Company over the years — the highlights are intended to show you how Wal-Mart evolved from one store that has grown into what the new initiative you as a new Associate.





The 1950s and 60s allowed Sam Walton to prove that large discount operations can succeed in small towns.

In the 1970s, Wal-Mart opened its first Distribution Center and Home Office, a 72,000 square-foot complex in Bentonville, Arkansas. Today, the Home Office total over 700,000 square feet, and the Company's Distribution Centers average 1.2 million square feet.

Wal-Mart/Avant
Been Produced by Plaintiff
90235



# History



> "THIS THING WE'VE GOT GOING WITH OUR COMPANY AND OUR PEOPLE IS SO GRATIFYING TO ME THAT I FIND IT VERY EASY TO BE ENTHUSIASTIC ABOUT OUR FUTURE AND TO BE OPTIMISTIC ABOUT WHAT WE CAN ACCOMPLISH TOGETHER."
>
> *– Sam Walton*

The 1980s were the decade of new ventures. During this decade, SAM'S Clubs and Wal-Mart Supercenters became permanent divisions of our Company.

**1980:** Over 300 Wal-Mart stores were open, with sales of $1.2 billion.

**1983:** Wal-Mart opened the first three SAM'S Club. SAM'S Clubs stores in honor of founder Sam Walton, is a membership warehouse operation.

**1987:** SAM'S Club adds to its $16 billion in sales.

**1988:** Wal-Mart opened the first several Wal-Mart Supercenters, which combined general merchandise and a grocery. The first SAM'S Club Distribution Center opened in Dallas, Texas.

**1989:** SAM'S Digital Club is announced. SAM'S Stores' first shelf merchandising neighborhood and product line distributed in Oklahoma City, Oklahoma.

The 1990s continued to offer a bright future with no limits.

**1991:** [illegible]

**1992:** Shortly before his death, Mr. Sam received the Presidential Medal of Freedom from President George Bush.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
D0140

"THE UNDENIABLE CORNERSTONE OF WAL-MART'S SUCCESS CAN BE TRACED BACK TO OUR STRONG BELIEF IN THE DIGNITY OF EACH INDIVIDUAL. WE VIEW OUR ASSOCIATES AS MUCH MORE THAN A PAIR OF HANDS TO DO A JOB, BUT ALSO AS A WONDERFUL SOURCE OF NEW IDEAS. OUR PEOPLE REALLY DO MAKE A DIFFERENCE!"

~ *Don Soderquist*
*Senior Vice Chairman, Retired,*
*Wal-Mart Stores, Inc.*

Our Company has been built on some very simple yet basic values and beliefs. One of the main foundations of our people philosophy is that our people make the difference. This belief carries over to everything we do.

We use the first names at Wal-Mart. This helps promote the warm, friendly atmosphere our customers and Associates have come to expect, and provides a pleasant working environment for all of us. Wal-Mart believes that its Associates should reflect the diversity of the customers and communities it serves. To be competitive Wal-Mart must attract and retain a diverse work force.

Wal-Mart is fully committed to complying with applicable equal employment opportunity laws.

It is the policy of Wal-Mart to provide recruitment, hiring, training, promotion, and other conditions of employment without regard to race, color, age, gender, religion, disability, national origin, or veteran status.

Wal-Mart expects its Associates to treat their colleagues and subordinates with respect and dignity and to fully support Wal-Mart's objectives of providing equal opportunity employment and maintaining a workplace free of harassment of any kind.

Our commitment to equal opportunity for all Associates is reinforced by policy and by actions. We do not tolerate discrimination of any kind. Not only is discrimination against our beliefs, it's against the law.

You may have worked for companies where supervisors and managers were "bosses." Here, your supervisor or manager is your coach. They are here to help by assisting you with training and resolving issues that affect your job.

Our Managers have been selected and trained in the technical aspects of their job. They are also accustomed to working with general management and people issues. They know the business and know the value of open communication. The caliber of our Management team is respected throughout the industry.

# Respect for the Individual

*Don Soderquist*

Wal-Mart A...
Docs. Produced by Plaintiff

*Respect for the Individual*

"IF YOU WANT A SUCCESSFUL BUSINESS, YOUR PEOPLE MUST FEEL THAT YOU ARE WORKING FOR THEM – NOT THAT THEY ARE WORKING FOR YOU."

– *Sam Walton*

## Open Door

Our Open Door Policy says that if you have decided it's a problem, you should let your Supervisor or still another person for a resolution...

## Servant Leadership

Our founder, Sam Walton, taught us that effective leaders do not lead from behind their desks...

People at Wal-Mart are known for their listening skills. Because we want to practice face-to-face, we also want to each other's ideas and needs. We encourage you to talk to your Supervisor about issues affecting you. He is the one who has your comments, ideas, and concerns...

Wal-Mart/Ayers
Doc. Produced to Plaintiff
00242?

Case 2:04-cv-01002-MHT-WC   Document 42-15   Filed 08/04/2005   Page:10 of 50

> "COMMUNICATE EVERYTHING YOU CAN TO YOUR ASSOCIATES. THE MORE THEY KNOW, THE MORE THEY'LL CARE. ONCE THEY CARE, THERE'S NO STOPPING THEM."
> — *Sam Walton*

# Respect for the Individual

### Union Philosophy

Wal-Mart is strongly opposed to third party representation. We are not anti-union; we are pro-Associate. We believe in maintaining an environment of open communication between all Associates. At Wal-Mart, we respect the individual rights of our Associates and encourage everyone to express their ideas, suggestions, comments, or concerns. Because we believe in maintaining an environment of open communications through the use of the Open Door, we do not believe there is a need for third party

representation. It is our position that every Associate can speak for him/herself without having to pay his/her hard-earned money to a union in order to be listened to and have issues resolved.

### Information Sharing

Our practice of information sharing sets us apart, not only from our competition, but also from most other businesses. Wal-Mart has always believed we can work smarter if we all understand our Company's goals and how well we are meeting those goals. Sharing information fuels all of us to work together to keep our Company moving in the right direction.

For example, most Associates understand our sales goals and how each job impacts our achievement of those goals. We probably share more sales information with our Associates than any other retailer shares with their employees. This is just one example of our trust in each other. Along with the information comes a



responsibility to keep it within our Company. Much of the information we share regarding profit margin, future plans, sales, and shrinkage is confidential. It is up to every one of us to protect our competitive edge by keeping this information within our Company. Therefore, we consider it a violation of Company policy if you disclose confidential information to someone outside the Company, even a family member. Even something as simple as our intercom codes regarding shoplifters is valuable information that must be kept within our Company.

Communication is an important part of our success. We believe our Associates will enjoy their jobs more and work smarter if they understand our Company's goals. It's also important that each Associate has a way to tell others about their ideas. On the next few pages, we have listed some of the ways we communicate with each other.

Wal-Mart/A____
Docs Produced in Plaintiff
9/20/

# Respect for the Individual

"YOU CAN'T JUST KEEP DOING WHAT WORKS ONE TIME, EVERYTHING AROUND YOU IS CHANGING. TO SUCCEED, STAY OUT IN FRONT OF CHANGE."

– Sam Walton



## Wal-Mart Television

Our Company began satellite television broadcasts in January 1988. This private network was established to provide visual communication to all of our Stores, Supercenters, Clubs, Distribution Centers, and Transportation Operations. Programming consists of merchandise information, sales reports, training and development, corporate updates, and general interest Company news.

Today, Wal-Mart Television is one of the largest private satellite networks in the world. In addition to the daily satellite broadcasts, we produce other programming that is delivered to our facilities on videotape. We also produce multimedia for Computer Based Learning modules and provide audio/visual support for numerous corporate meetings throughout the country.

Over 200 articles are received every month from Associates throughout our Company who report what is happening in our facilities around the world. The addresses for sending in your articles are listed in every issue of *Wal-Mart Today*.

The *Wal-Mart Pipeline* is a web-based information tool. It is sometimes referred to as Wal-Mart's intranet (internal internet). It is a navigable site that allows our associates to more through different types of information by simply following the links provided. The content includes policies and procedures, on-line forms, departmental retrieve material and other useful corporate information. Please contact your personnel manager to see where Pipeline is available in your facility.

## Wal-Mart Today

Our first Company newsletter was published in 1970. Shortly thereafter, it was renamed *Wal-Mart World* as a result of an Associate contest. For 23 years it kept that name and evolved as a communication source focused on Associates and Company news. In 1993, it was renamed *Wal-Mart Today*. It reflects our growing Company as well as the changing retail industry. We currently have three Company publications.

*Wal-Mart Today* is published monthly for all Associates in all divisions. This publication supports our commitment to reporting Company news, perpetuating our culture, educating, motivating, and providing recognition for our Associates' outstanding deeds.



Wal-Mart/Ayers
Docs. Produced in Plaintiff
00744

"WE CAN DO WHAT WE KNOW. THE MORE WE KNOW, THE MORE WE CAN DO.
TALK TO ASSOCIATES, TALK TO EACH OTHER, LEARN AND TEACH."

– *Tom Coughlin*
*President and C.E.O. of Wal-Mart Stores/Supercenters U.S.A.*
*Wal-Mart Stores Division*

Associates provide the best ideas for our Company's future growth and success.



company leaders to ensure that your concerns are heard at all levels.

Many divisions have mini Grass Roots meetings throughout the year. This encourages management and all Associates to keep the lines of communication open all year and not just during the yearly Grass Roots survey. These meetings support the basic belief of respect for the individual and the belief that our

### Grass Roots

Each year, all Associates from all areas of our Company gather to talk openly about ideas and concerns. These Grass Roots meetings provide our Associates with a forum to discuss issues they believe are important. While we encourage Associates to use the Open Door at any time, Grass Roots allows for all our Associates to meet collectively.

During the meeting, your ideas and concerns are addressed, and your management team will answer your questions. You will also complete a confidential survey during the Grass Roots process. You should express yourself freely and feel confident that your questions and comments will never be used against you.

All Associates attend Grass Roots meetings. If additional information is needed to address your issue or concern it is management's responsibility to follow up and get back to you within a later. Additionally, results from your Grass Roots survey are shared with

### Respect for the Individual

WalMart
Roots Frequente Planning
9029

# Service to our Customers

> "IMPROVEMENTS IN PRODUCT TECHNOLOGY HAVE GREATLY IMPROVED OUR ASSOCIATES' PRODUCTIVITY AND EFFICIENCY AT STORE LEVEL."
>
> – Don Harris
> Executive Vice President of Operations
> Wal-Mart Stores Division

Sam Walton said many times that customer service distinguishes our Company from all others. In his words, "Give customers what they want – and a little more. Let them know you appreciate them. Make good on all your mistakes, and don't make excuses – apologize. Stand behind everything you do. The two most important words I ever wrote were on the first Wal-Mart sign – 'Satisfaction Guaranteed.'"

## The Customer is the Real Boss

Each one of us represents Wal-Mart to our customers. Without our customers, we would not be in business. Occasionally, you may encounter a dissatisfied customer — remember this customer is just as important to us as the satisfied customer.

We don't want any customer to leave our store or club dissatisfied. Consistently exceeding our customers' expectations is what puts us on top. If you need help with an unhappy customer, it is okay to ask your supervisor for assistance.

## Satisfaction Guaranteed

Simply stated, this means doing everything we can to please the customer. Repair, exchange, or refund with a thank-you and a smile. Customers are our livelihood. Your job is to make them feel like they are the most important part of our business by meeting their needs and exceeding their expectations. A customer is not just the person who shops in our stores, but it everyone you come in contact with. If the phone rings — it's a customer. If you receive a letter — it's a customer. If follow Associates ask you for help — remember that they are also your customers.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00244

"EXCEED YOUR CUSTOMERS' EXPECTATIONS. IF YOU DO, THEY'LL COME BACK OVER AND OVER. GIVE THEM WHAT THEY WANT, AND A LITTLE MORE."

– *Sam Walton*

## The Sundown Rule

This rule says that all Associates should respond to calls from customers, Stores, or Clubs by sundown of the day they are received. This is just one example of our commitment to friendly customer service. Responding quickly to customers shows that you care. You won't always solve every problem or complete every task before sundown, but by keeping your customers informed you demonstrate one of the foundations of our Company — that we care.

## Meet, Have and Greet 'Ern

One way of meeting your customers' needs and exceeding their expectations is practicing aggressive hospitality or "meet 'em and greet 'em." For example, if a customer asks you where a product is:

- Meet the customers' needs by showing them where the department is.
- Exceed their expectations by taking them to the product.

Make customers feel welcome — smile, look them in the eye, and greet everyone who comes within ten feet of you. This is called the "10-Foot Attitude." Treat all people all the customers by name.

The People Greeter program is one example of Wal-Mart's aggressive hospitality that started a trend. The People Greeter has the unique responsibility of meeting and welcoming customers as they enter Wal-Mart facilities. The People Greeter has many responsibilities, including the job of handing our shopping carts and smiles, and letting our customers know we're glad they came to Wal-Mart.



## We're Merchandise First

We are in business to sell merchandise. Merchandising products to our customers is what we are all about. These guidelines can help us maintain that focus.

- We must have what our customers want.
- Our merchandise has to be the quality that they demand.
- We must have the sizes and styles our customers need.
- We must have the quantities they want.
- We must understand the features and benefits of each product.
- We have to offer a better value, on the same or similar products, than any of your competitors.

You have to make customers feel good about the products they buy and the values they take home. As David Glass said, "So many times we over-complicate this business. But if you simply think like a customer, you will do a better job of merchandise presentation and selection than any other way."

Service to our Customers

Wal-Mart Facts
Recs. Produced by Plaintiff
00747

> "IF WE DEVELOP OUR ASSISTANT MANAGERS AND OUR DEPARTMENT MANAGERS, THERE IS NOTHING WE CAN'T DO TO TAKE BUSINESS AWAY FROM OUR COMPETITORS."
>
> *— Lee Scott*
> *President and Chief Executive Officer*
> *Wal-Mart Stores, Inc.*



## Every Day Low Price (EDLP)

"Every" and "Day" are two words...but there's nothing everyday about this strategy. First and foremost, EDLP is an economic strategy. It means we work hard to keep our expenses lower than our competitors so that we can afford to sell for less. At Wal-Mart, our customers get our best price every day, not just during sales. Every Associate contributes to EDLP. The process of keeping costs low, improving productivity through self-improvement, and contributing ideas makes it possible for us to lower or "roll back" our prices regularly. As a result of practicing EDLP, customers recognize that Wal-Mart's prices are lower so they shop at Wal-Mart more often. EDLP is a responsibility and an opportunity for each Wal-Mart Associate. EDLP is what we do for our customers.

Wal-Mart/Ayers
Docs- Produced to Plaintiff
00248

"If WE TRULY DEDICATE OURSELVES TO INSTILL THAT THRILL OF MERCHANDISING —
THE THRILL OF BUYING AND SELLING SOMETHING AT A PROFIT — INTO EVERY ONE
OF OUR ASSOCIATES, NOTHING CAN EVER STOP US."

*— Sam Walton*

## VPI/GPI Program

Retailing is a lot more than just putting merchandise on a shelf with the hope that it will sell. It's all about being a merchant. Sam Walton discovered early in his retail career that his efforts to feature and promote merchandise made a huge difference in sales.

Sam had a vision that every Associate would learn to be a merchant and that each would learn merchandising to improve the sales rate of items. To teach this concept, Sam developed the VPI/GPI Program. VPI stands for Volume Producing Item in Wal-Mart and GPI stands for Gross Profit Item in SAM'S Club. These programs exist to teach us merchandising. Sam expected that every Associate would choose an item that had under-developed potential, feature that item prominently, and demonstrate to customers the value and importance of the item. Sam found that every time an Associate did this, sales of the item improved dramatically.

## Store Within A Store
### (S.W.A.S.)

"We call it Store Within A Store, and it's the simplest idea in the world."
(From "Sam Walton: Made in America.") This is one of the greatest examples of true empowerment.



Wal-Mart is a huge Company. A Company this size could not run efficiently and effectively if the authority to make decisions rested only with the upper levels of management. The "Store Within A Store" concept helps shrink Wal-Mart down to size — we can concentrate on running the Company one department at a time.

In "Store Within A Store" or "Club Within A Club," Department Managers manage their own business. Department Managers learn the costs of their goods, the freight costs, and the profit margins. They see how their store ranks with every other store in their Division. They order and promote their merchandise.

This is a unique approach to retailing and to most other businesses. No formal education is required to become a Department Manager or to run a "Store Within A Store." The only thing required is a zest for learning and the willingness to use the power given to you to the best of your ability.



*Service to our Customers*

Wal-Mart Again
Docs. Produced in Plaintiff
00249



## Strive for Excellence

"YOUR OBLIGATION IS TO CONTRIBUTE TO OUR HISTORY."

— *David Glass*
*Chairman of the Executive Committee of the Board of Directors*
*Wal-Mart Stores, Inc.*

Wal-Mart/Ayers
Docs Produced to Plaintiff
00350

# "GREAT PERFORMERS ARE RECOGNIZED AND GIVEN OPPORTUNITIES TO GROW AND CONTRIBUTE BEYOND THEIR EXPECTATIONS"

## — Celia M Swanson

*Executive Vice President Membership, Marketing and Administration*
*SAM'S Club*

## What You Can Do To

### Prevent Shrinkage

It pays to focus on controlling our shrinkage. Working together, we can eliminate shrinkage in everyone's area.

Follow these guidelines to help stop shrinkage:

- Help others to be honest by setting the example.
- Pay attention to details in following operational controls.
- Properly check-in merchandise and returns. Are we getting what we paid for?
- Serve our customers attentively. Look them in the eye and greet them whenever you're within ten feet of them.
- Try to do things right the first time. Paperwork errors cause a lot of our shrinkage. All of us who mark merchandise, take markdowns, and process invoices can help eliminate shrinkage.

Everyone works to keep our operating costs down so that we can consistently offer our customers lower prices. Cost-cutting ideas that are big money-savers by themselves, combined with hundreds of little cost-cutting ideas, drive our operating costs lower than our competition.

### Expense Control

Our most important commitment to our customers is to offer low prices — always. We can do this because we strongly believe in keeping our operating costs down. The more expenses we control, the more we can cut prices and stay ahead of our competition.

Controlling expenses is a way of doing business that Sam Walton began perfecting with his first store, a Ben Franklin franchise store, in Newport, Arkansas. He discovered that by dropping prices on an item, he sold more of that item. The store made less money on each item, but more money overall.

Sam learned the art of discount pricing. He also learned that a key to discount pricing was controlling expenses. Sam wanted to be a leader of discount pricing, so this in turn meant that Wal-Mart would be a leader in controlling expenses.

## What You Can Do To

### Prevent Accidents

We must take every precaution to prevent accidents. You must take responsibility for your safety and for the safety of our customers. The key is consistent use of safe work practices. Here are some tips to help you have a successful and safe career with Wal-Mart, and to help you protect our customers:

- Stack merchandise in a stable manner so it won't fall.
- Protect your back by wearing a back support when you move merchandise and always practice good lifting techniques.
- Clean up any spill immediately so nobody slips.
- Help prevent falls — be alert for tripping hazards such as hangers on the floor, or even paper clips.
- Keep aisles and exits clear of boxes, merchandise, and unattended ladders to minimize hazards on the sales floor and in the stockrooms.

Striving for
Excellence

Wal-Mart/Ayers
Dock Produced to Plaintiff
WM[...]

# Strive for Excellence

"TO PUSH RESPONSIBILITY DOWN IN YOUR ORGANIZATION, AND TO FORCE GOOD IDEAS TO BUBBLE UP WITHIN IT, YOU MUST LISTEN TO WHAT YOUR ASSOCIATES ARE TRYING TO TELL YOU."

— *Sam Walton*

### Idea Generators

Idea Generators come in all shapes and sizes. Sam Walton once said, "Listen to our associates, they are our best idea generators." You can generate ideas or also interact through your approach with your idea for improving your facility's operations.

We encourage you to contribute your ideas or suggestions that influence and whatever you do. Their ideas are allowed to surface change or add new technologies to your existing operations.

you, to our customers, and to our vendors — it's just as important as providing value, quality and service. Your personal pledge to make Wal-Mart a safe place, and encouraging other associates to do the same, is one of the most important pledges you can make. Safe work practices are everyone's responsibility.

### Preventing our Losses

In addition, our customers ... We believe in and very powerful asset — Our People and their Facilities.

Wal-Mart is committed to protecting our assets. Shrinkage and accident costs are expenses that can be controlled through proper work practices and careful attention to detail. By controlling this shrinkage we can continue to sell merchandise to our customers at low prices. And to run your operation. We want you to be a part of this, to be the industry leader in preventing and controlling shrinkage and preventing accidents.

Following an unbiased procedure to help minimize losses is important to

The story of the first People Greeter is a classic example of associate empowerment. The practice was not a requirement but people listen by Sam Walton. It was considered by an Associate in Crowley, Louisiana. Sam Walton and John Coughlin stumbled into the store. A People Greeter was the original idea. It was while Sam Walton was visiting the People Greeter, the associate in the Front Office, who they thought was one of the greatest ideas he had ever seen.



If we work together to be recognized based and accepted ... we'll help eliminate accidents, create ... improve customer experience with Long. Help ensure our associates and customers enjoy a pleasant safe shopping experience. Wal-Mart is committed to maintaining a safe working environment for our associates and customers and associates. By giving staff attention to identifying and correcting areas of risk, every associate can help reduce or limit commitment.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00252

"SAM WALTON LEFT US A LEGACY. HE CREATED A COMPANY WITH AN ENVIRONMENT THAT ENCOURAGES US TO BE OVERACHIEVERS."

*— Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*

Sam took the idea from the Associate and built a position that has become a trademark symbolizing customer service for Wal-Mart.

The important position of a People Greeter would not have existed in all our stores if Sam Walton did not truly believe that the best ideas for our Company come from Associates at all levels of the Company. The success of our Company depends on you and your ideas. You have the power to take your ideas as far as they can go. Not all ideas can be used, but every idea will receive communication. Always explore ideas, and always think of new and better ways to do business — because you have the power.

**If It's My Job!**

This phrase is seldom heard in other workplaces. You are probably accustomed to hearing, "It isn't my job." Here you have the authority to make sure the customer receives the best service and the best value.

This means if you can improve your facility by doing something outside of your department — you can! You can by sharing your ideas and working together. It is your job to make sure our customers get great value, selection, and courteous service in a clean, safe environment.

**Be Successful**

You have countless opportunities to succeed. Some of the key ingredients for success at your job are listening, learning and always doing your best. Set high expectations for yourself and work toward those goals. Share your ideas, and know you work for a Company that enables you to make decisions and to succeed.

Who knows? You may hold the next "People Greeter" idea for Wal-Mart!

**Promotions and Transfers**

Servant Leadership principles are evident in our record of promoting hourly Associates to the Management team. Approximately 60% of our Management team began their careers as hourly Associates. This figure reflects our belief in serving Associates by encouraging them and providing the tools necessary to develop their careers in our Wal-Mart family. If you are interested in the opportunity to be promoted in the future, your first step is to speak to your Facility Manager.

During your career with Wal-Mart, you may be cross-trained in other departments in your facility. This will challenge you in new areas and help you be a well-rounded Associate. We also allow transfers between divisions. Associates transfer from one division to another to take advantage of different opportunities as they become available. While you may desire a transfer at some point in your career, please keep in mind that there must be a position available, and you must be the most qualified for the position. Other guidelines apply, so please visit with your Manager if you're interested in other opportunities.



*Strive for Excellence*

Wal-Mart Stores
Sealed: Produced by Plaintiff
00253



## Strive for Excellence

"RETAILING IS LIKE A SPORT. IT IS VERY COMPETITIVE, LIKE SPORTS, IT IS A LOT MORE FUN WHEN YOU KEEP SCORE, AND YOU CAN SEE THE PROGRESS THAT YOU ARE MAKING."

*— Mike Duke*
*Executive Vice President of Administration*
*Wal-Mart Stores, Inc.*

### Performance Appraisals

Our performance appraisal program is designed to establish goals, appraise an Associate's performance, increase productivity, and make development/training plans. Future pay increases are generally based on performance. The frequency of pay increases will be determined by the guidelines of the division in which you work.

The performance appraisal becomes a part of your personnel file. It is a record of strengths and areas of improvement, a tool by which your progress is measured. Discuss all aspects of your performance appraisal openly with your Manager.

### Training

We support Associates by providing training to enhance their success with our Company. We believe training is an important part of understanding your job responsibilities. Your training will consist of formal and on-the-job training. It's your responsibility to listen, ask questions, learn, and apply what you've learned.

In our business, there is constant change. We must be able to adjust to meet our business needs. Because of this, your education doesn't stop with your initial job training. You will receive updates as new policies and procedures are implemented. If you are ever uncertain about how to handle a situation, please ask your Manager.

During your career with Wal-Mart, you will continue to receive training and coaching, both formal and informal. Your training will consist of both technical training and customer skill training. Your division will provide the training, but should you encounter a situation you don't know



how to handle, ask for assistance. Division-specific management training is provided to each Manager at different times during their careers.



While each division may refer to training courses by different names, they still teach the same basic Company Founding Beliefs. These courses teach people skills, how to coach and provide meaningful feedback to our Associates, and how to stay focused on our common Company direction.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
60254

# "Poor customer service is something no company can afford."

## - Coleman Peterson
### Executive Vice President People Group
### Wal-Mart Stores, Inc.

## Computer Based Learning

Computer Based Learning (CBL) is an interactive, multimedia-based training tool. CBL training consists of completing modules. Modules contain information on a certain topic, including policies and procedures (e.g. Customer Service, Associate Safety). At the end of each module is a skill check that checks your progress and reinforces learning. The modules that you are required for your job, CBL training will then be reinforced with on-the-job training. CBL is a vital tool in the development of the Company's associates. See your Personnel Manager to find out if CBL is available in your facility.



## The Walton Institute

In 1986, the Walton Institute began training our managers to be leaders and sharpen their management skills. Classes are now taught in the Bentonville area by our Training & Communication team and outside experts from around the country. The Institute is an extensive, weeklong class that teaches Managers new skills in organization, communication, coaching, problem solving and cooperative leadership. Our commitment to the team concept and your commitment to being a team player are becoming increasingly important as store sizes grow and the pace of competition rate increases. We believe that when it comes to serving our customers' needs, working together as a team will win the customers' business over and over again.

## Strive for Excellence

WM-MHT-40472
DOCS PRODUCED TO PLAINTIFF
ACCESS

# "WHAT WE NEED IN OUR STORES IS INGENUITY, MORALITY AND HONESTY."
## – Sam Walton



## Rules
### – Sam Walton

### New Hire Period

Wal-Mart has high expectations to motivate you to perform at your top potential. To be successful, your performance must meet or exceed our company's needs and the requirements of your job.

An Associate's first 90 days of employment are considered a new hire period. During this time, your performance will be closely monitored. A "below expectations" new hire period may result in disciplinary action up to termination.

### General Rules

These rules, and those throughout this booklet are designed for your well being and that of our Company. They apply to Associates in all divisions. All Associates are expected to be aware of and follow them. These are not all of the rules or procedures you will be expected to follow. Others will be discussed in Associate meetings, in person by your supervisor or posted on bulletin boards, and some things are just good

common sense. Violation of these rules or other policies not listed in this handbook may result in disciplinary action, up to and including termination.

We expect the cooperation of all Associates in the observation of these rules, which are designed for our common protection and benefit. Every situation involving misconduct cannot possibly be listed here. However, keep in mind our rules are designed to promote safe work practices, efficiency and orderly operation. Supervisors have responsibility for making sure we all meet these objectives.

1. All workplace injuries and accidents, no matter how slight, must be reported to a Supervisor immediately and a written report must be made.

2. If you have been injured on the job, you should follow your authorized doctor's orders.

3. Associates may not operate machinery, equipment, or power tools without the proper authority, training, or license. You

must be 18 years or older to operate most machinery, equipment, or power tools.

4. All safety equipment that is issued or required to perform certain types of work shall be used while performing that work.

5. Running, scuffing, throwing objects, and horseplay will not be tolerated.

6. Associates must not remove or operate any machine without safety guards in place.

7. Firearms or other potentially dangerous or illegal weapons (except company-issued box cutters) are prohibited on Company property, including Company vehicles.

8. Dishonesty, for purposes of this handbook, may include such things as misappropriation of goods or money belonging to our Company or others; misuse of the Associate discount privilege; or other improper transaction for personal gain or loss to the Company; and unauthorized use or possession of property, equipment, materials, documents

Wal-Mart/Ayers
Data Produced to Plaintiff
00256

"WE GET OUR BEST RESULTS FROM ORDINARY PEOPLE DOING AN EXTRAORDINARY JOB."

*- Sam Walton*

or records belonging to our Company, a customer, or another Associate. It is your responsibility to inform a member of the Management team if you have reason to believe another Associate is being dishonest.

9. Profanity has no place at work, wherever your work location or whatever the circumstances it will not be tolerated.

10. Loafing, idleness, sleeping, and excessive personal calls on work time will not be tolerated. Personal long-distance phone calls may not be charged on Company phones.

11. The use, possession, sale and/or acceptance or purchase of illegal drugs at any time is strictly prohibited. The use, possession of alcohol, an open container, personal sale, transfer, or acceptance of alcohol or while performing Wal-Mart business is strictly prohibited.

12. Leaving Company property while on the clock, unless on Company business is strictly prohibited.

13. Associates must not clock in or out for any other Associate.

14. Social relationships between supervisors and those they

supervise, which may create the perception of favoritism, should be avoided.

In addition to these rules, each division may have specific rules tailored for that division. Please ask your facility manager for more details regarding any additional rules.

It is our hope that your employment experience with us will be a rewarding one. We realize that situations may arise where it becomes necessary to terminate employment. Should that eventually happen in your position, we ask that you give your Supervisor two weeks notice. This allows your Supervisor time to prepare for your departure.

When you leave, all Company things and discount cards, name badge and other Company property must be surrendered to your Supervisor at the time of separation.

Wal-Mart, SAM'S CLUB
Specialty Work Rules
These rules are in addition to the

General Rules previously covered:

1. Shopping during work time is not permitted. You may shop during your meal or rest breaks.

2. Understocking merchandise to pay for later is considered misconduct and is not permitted.

3. Marking down merchandise for purchase by you, your relatives, or friends is not permitted.

4. Checking out relatives, friends or yourself at the cash register is not permitted.

5. Food and beverages are prohibited on the sales floor or in the receiving area.

6. Removing merchandise before it is on the sales floor is prohibited.

7. Parking spaces unacceptably close to the entrance are reserved for our customers/members. Associates may not park in these areas during scheduled work time. Please see your facility manager for any additional parking guidelines.

8. All Associates are to enter and exit the facility through the front entrance during business hours. Please see your facility manager for the proper entrance during non-business hours.

*Rules*

# Policies and Procedures

"IF YOU LOVE YOUR WORK, YOU WILL BE OUT THERE EVERY DAY TRYING TO DO IT THE BEST YOU CAN, AND SOON EVERYONE AROUND YOU WILL CATCH THAT PASSION FROM YOU — LIKE A FEVER."

— *Sam Walton*

## Attendance

Your work schedule may vary depending upon the needs of our business and our customers. Your work hours will be scheduled to meet these changing needs. We will always do our best to work with your requirements, but your flexibility is also necessary.

Working during your scheduled hours is important to your co-workers and to Wal-Mart. Associate. If you are unable to work, or are going to be late, you are expected to personally notify your Manager as early before your scheduled time to report to work. Should you not report to work for three consecutive days without proper notification, we will consider this as your voluntary resignation.

## Coaching

People generally want to perform well and be successful. Our Coaching for Improvement process is designed to help an Associate who is not meeting the requirements and expectations of his/her position.

If an Associate's performance or conduct falls below the expectations of their position, then the Associate is informed of the problem and encouraged to take responsibility for their actions. This process will include developing a plan of action to improve performance and to reach the required level, or an on-going course of action.

There are, however, certain actions around of behavior that are so much immediate termination. These actions could include the following examples:

- Fraud
- Theft
- Unauthorized possession or use or removal of Company property
- Dishonesty
- Insubordination/Compromise/integrity
- Abuse of the Associate discount card
- Falsification of Company records
- Possession/use of a firearm or other dangerous weapon on Company property
- Violation of the Purchasing Parts and Sales Policy
- Fighting/threats or threats
- Rude or abusive conduct toward a customer or associate

- Under-ringing or ringing your own purchases
- Serious Harassment/inappropriate Conduct
- Violating the Workplace Violence Policy
- Violating the Conflict of Interest Policy
- Creating, causing or enabling, fostering or aiding or providing on an event that leads to real problems or causes loss and/or
- Ethics Policy
- Theft of Company time

## Privacy

We have made a commitment to provide a safe and trouble-free workplace. Up on acceptance or as a condition, acceptance or purchase of Wal-Mart's privacy policy as published. The use, possession or open containers of alcohol on Wal-Mart property or acceptance of alcohol on Wal-Mart property is strictly prohibited. Wal-Mart is solely liable for associates are prohibited from operating to work under the influence of alcohol and/or controlled substances...

Wal-Mart/Avery
Docs Produced to Plaintiff
00225

"WE HOLD OURSELVES TO SOME OF THE HIGHEST STANDARDS OF ANY COMPANY IN THE NATION."

— *Coleman Peterson*

*Executive Vice President People Group*
*Wal-Mart Stores, Inc.*

**Policies and Procedures**

Wal-Mart Stores
Docs. Produced by Plaintiff



"THE MOST IMPORTANT ASSETS THAT WE HAVE ARE INTEGRITY AND HONESTY IN DEALING WITH OUR ASSOCIATES, CUSTOMERS AND OUR SUPPLIERS."

*- Dave Dible*
*Executive Vice President Specialty Groups*
*Wal-Mart Stores, Inc.*

Associates who are subjected to conduct prohibited under this policy are encouraged to report their concern to any salaried member of management. Prompt action will be taken and no retaliation will occur against the Associate making the report. All allegations of harassment/inappropriate conduct will be investigated. Confidentiality will be maintained to the extent that is practical. Appropriate action will be taken to eliminate such conduct and to ensure there will be no recurrence of the conduct.

If you or someone you work with have been a victim of harassment or inappropriate conduct, you should immediately report the offensive conduct to a salaried member of management. You may also contact your Regional Personnel Manager, the People Group, or the Ethics Hotline (1-800-WMETHIC).

**Employment of Relatives.** Applicants will be considered for employment without regard to whether a relative of the applicant is employed by the company. No

applicant or Associate, however, may be considered for or placed in a position where a member of the applicant's/Associate's immediate family member would supervise them or influence the terms or conditions of their employment. Immediate family members will not be placed in positions when such placements would adversely impact the protection of company assets.

**Identification Badges.** Each Associate will be issued an identification badge that is required to be visibly worn above the waist during working hours. Each Associate will be checked to ensure that his or her badge is visibly displayed, handing your badge to someone is grounds for termination. Report lost or stolen badges immediately. If you work in the Home Office and you lose your badge, you must pay the replacement cost of the badge.

**Managing Your Time.** This is one of your responsibilities. Our expectation is very clear. Always

clock in to begin your workday and at other appropriate times; ask your Supervisor for specific details. If you forget to do this, notify your Supervisor immediately so corrections can be made. Your hard work is appreciated and we want to pay you for this work. Remember that working off the clock is not only against Wal-Mart policy — it's against the law. Always clock in when you are working. Always! There are no exceptions.

Never clock any other Associate in or out. Violation of this policy may result in disciplinary action up to and including termination.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00260

"DEVELOP A RELIABILITY TO DO WHAT YOU SAY YOU'LL DO...
AND DO IT WHEN YOU SAY YOU WILL."

*- Don Soderquist*
*Senior Vice Chairman, Retired*
*Wal-Mart Stores, Inc.*



### Statement of Ethics

Wal-Mart Stores, Inc. has a Statement of Ethics Policy that applies to all Associates. All Associates are responsible for understanding, complying with, and reporting any violations or suspected violations of the Statement of Ethics. Reports of violations or suspected violations may be made by calling 1-800-WMETHIC. This includes business and personnel ethics. If you have any questions, please contact your facility Manager to review the Statement.

### Meal and Break Periods

Associates will be provided break and meal periods during their scheduled work shift. Associates are paid for up to two break periods per work shift. No associate should work over six hours without taking at least a 30-minute meal period. Remember to clock in and out for meal periods.

Associates should not be required nor requested to perform work during their break and/or meal periods.

Where state law requires additional or more frequent break/meal periods will be followed.

### Personal Finances

Although your personal financial matters are private and confidential, writing insufficient-funds checks to the Company is a breach of our trust in you. These situations can lead to Coaching, being charged for the costs incurred by the Company, and possible termination of employment.

### Personnel Records

Each Associate has a personnel file where employment records are

maintained. Make sure you provide your Personnel Manager with changes that affect you personally. This includes information like address, phone number, or name changes, family status changes, insurance or Profit Sharing changes, and so on. This is necessary to keep all your records current.

Upon request, current Associates will be allowed reasonable access to view their personnel file with a member of management present.

### Smoking

Smoking and the use of smokeless tobacco products are permitted in designated locations only. Associates may not take longer or more frequent breaks to smoke or use smokeless tobacco. Your facility has specific guidelines regarding the use of tobacco (smokeless or cigarettes) products. Please familiarize yourself with these requirements. Failure to follow these guidelines or state laws regarding the use of tobacco products may result in disciplinary action, up to and including termination.

Policies and Procedures

Wal-Mart/Myers
Docs Produced to Plaintiff
00264

# Policies and Procedures

**"AS A WAL-MART ASSOCIATE YOU CAN MAKE A POSITIVE IMPACT ON OUR COMPANY, CUSTOMERS AND YOUR FELLOW ASSOCIATES. WELCOME ABOARD."**

*— Ed Kolodzieski*
*Senior Vice President*
*Wal-Mart Neighborhood Market Stores*
*Wal-Mart Stores Division*

## Work Time

Work time should be dedicated to serving our customers. For this reason, except in non-work related cases, there should not be any premeeting Associates may not engage in solicitation, distribution of literature during work time. In addition, solicitation and distribution of literature is not permitted in an area selling area or in the public... The sale of items in the areas... permitted at any time in any work area. Associates are prohibited from soliciting or distributing literature on Company property at any time.

## Transfers

We encourage everyone to explore different avenues within our Company. When you were hired you were most likely hired for a specific position or area, however, flexibility is important in our business.

Occasionally if you will be asked to work in areas other than your current assignment. You may also need to transfer from one division, facility or department to another based on some specific guidelines. Some benefits may change if you transfer between divisions. Transfer requests will be given full consideration if:

1. Your performance, attendance and conduct are satisfactory as above, and

2. An open position for which you are qualified exists in the facility or department to which you wish to transfer and

3. Your Supervisor and any other involved members of the Management team approve the transfer.

Additional guidelines may exist in your facility. Please see your Manager for details. Please note other facilities or divisions will not be able to discuss the transfer with you unless the facility or division has received your transfer request from your Manager.

## Wal-Mart Way

The "Wal-Mart Way" is to show present the best image possible to our customers. It is important that your clothing is professional and appropriate for your job. You will be expected to maintain a clean and conservative personal appearance and good personal hygiene. Each work environment has a different specific policy for you and your job. Your Supervisor can provide additional information on your facility dress code policy.

Wal-Mart/Ayers
00262

"THE COMBINATION OF OUR DISTRIBUTION AND TRANSPORTATION OPERATIONS, ALONG WITH OUR DEDICATED ASSOCIATES, GIVES US A UNIQUE, COMPETITIVE ADVANTAGE."

*— Rollin Ford*
*Senior Vice President of Logistics*
*Wal-Mart Stores, Inc.*

## Workplace Violence

Wal-Mart is committed to providing a safe and secure working environment for all Associates. In keeping with this commitment, all Associates are expected to assist in maintaining an environment that is free of harassment, violence, or threats of violence. This policy applies to all Associates, supervisors, suppliers, customers, or Associate acquaintances or family members.

Harassment, violence, threats of violence, and other similar conduct are unacceptable. Conduct in violation of Company policies. Any Associate who violates this policy will be disciplined, up to and including termination from the Company. Any Associate who is convicted for violation of this policy will be subject to discipline, as appropriate, and, where necessary, law enforcement authorities will take whatever precautions they deem appropriate to prevent or halt similar violations of the policy and enforcement actions.

Wal-Mart will not tolerate physical harassment, violence, or threats of violence, including but not limited to the following examples:

- Verbal threats of harm
- (Comments such as "I'm going to watch your back.")
- Intimidation
- Threatening items or harming another person
- Slapping, gun-related skirmishes on other weapons at any kind into Company property, in a Company-related event, Company-sponsored event
- Negligent or dangerous threatening or unwanted conversation
- Horseplay
- Shoving, punching, slapping, pushing, or assaulting another person
- Throwing or kicking objects, or furniture or items
- Stalking

Any Associate who is concerned about any incident of violence should report it immediately to a qualified member of the management.

*(upside-down text at bottom:)* Policies and Procedures

# Benefits

"SHARE PROFITS WITH ALL YOUR ASSOCIATES, AND TREAT THEM AS PARTNERS. IN TURN, THEY WILL TREAT YOU AS A PARTNER."

*– Sam Walton*

## Profit Sharing Plan

Our Profit Sharing Plan began in 1972 because Sam and Bud Walton wanted to share the success of our Company with those who make it happen – our Associates!

As an Associate, you do not pay into our Profit Sharing Plan – it is supported 100% by Company contributions. But Profit Sharing is not a giveaway or a free ride. We all have to work hard to serve our customers and hold down expenses in order for our Profit Sharing accounts to grow. Average performance won't do it – we all have to excel in order to help set Wal-Mart apart from other retailers. Company profits help determine what Wal-Mart can contribute to our Profit Sharing accounts. Profit and sales performance help to determine the long-term performance of our stock, which is where the majority of our Profit Sharing Plan monies are invested. That's why so many of our Associates watch Company sales numbers and the stock price. They

have a financial interest in it because Profit Sharing depends upon it!

To participate in Profit Sharing, an Associate only has to work for one year and during that year work at least 1,000 hours of service during that 12-consecutive-month period. The first contribution can be made to your account on the January 31st following the 13th month of employment, provided you have met the eligibility requirements above and worked at least 1,000 hours during the Plan year (February 1 – January 31). Money is invested and remains in a trust until you leave the Company or reach the age of 59½.

To become vested (have ownership) of your Profit Sharing, you must remain with the Company over a period of time.

For more details on the Profit Sharing Plan, please refer to the Summary Plan Description in your Benefits book.

## 401(k) Plan

The 401(k) Plan offers our Associates yet another way to save for the future. Through the 401(k) Plan, you can contribute your own money toward retirement and have choices as to how the money is invested. The Company can also add money to your 401(k) account and help your savings grow even more!

The money you choose to save through the 401(k) Plan is handled through the convenience of payroll deductions and is taken out of your paycheck before federal income tax is withheld. This lowers your taxable income and helps you stretch your savings dollars even further. You have

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00264

> "FOR US, TREATING OUR ASSOCIATES AS IMPORTANT ASSETS IS NOT ONLY RIGHT, IT'S SECOND NATURE – SOMETHING THAT'S INGRAINED."
>
> – Sam Walton




To learn about specific details and eligibility requirements of these benefits, please refer to the current Benefits Summary Plan Description.

a range of investment choices and the flexibility to change your investment fund choices whenever you wish. The eligibility requirements for the 401(k) Plan are the same as for the Profit Sharing Plan.

Enrollment material is sent to you when you become eligible for the plan. For more specific information on the 401(k) Plan, please read the prospectus and Summary Plan Description in your Benefits book.

### Associate Stock Ownership Plan

Our Company strongly believes in the philosophy of partnership with our Associates. The Associate Stock Ownership Plan is a voluntary, easy way in which Associates can buy Wal-Mart stock and share in the ownership of the company. Any Associate who is the age of majority in his/her state (usually age 18) can participate by completing an enrollment card and turning it in to the Personnel Manager or Store Management Team. Management

will then be responsible for entering it into the Payroll System. You can have from $2 up to $1,000 deducted from your check to buy stock. There are no fees involved in buying the stock.

If you choose to participate in the Associate Stock Ownership Plan, the Company will contribute 15% for every dollar you purchase, up to the first $1,800 you purchase each plan year through payroll deductions.

You can change or discontinue payroll deduction by turning it in an enrollment card to your Personnel Manager or Management Team. You can also enroll at any time by calling Benefits at 1-800-248-XXXX. You will receive statements about your account twice a year.

Associates who own $2,000 or more of Wal-Mart stock may be able to borrow money by using stock in their accounts to secure a line of credit.



Benefits

Wal-Mart/Apzit
Docs. Produced to Plaintiff
00168



# Benefits

"THE REAL KEY IS THE FACT THAT WE'RE PARTNERS.
I HOPE YOU FEEL LIKE A PARTNER WITH WAL-MART."

– Sam Walton

## Full-Time Associates

Eligible full-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 1 year).
- Holiday Pay (after 90 days).
- Wal-Mart Associates - Advantage Membership Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Illness Protection Plan.
- Medical Coverage.
- Dental Insurance.
- Life Insurance.
- Accidental Death and Dismemberment.
- Short/Long-Term Disability Coverage.
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A full-time Associate is one who regularly works at least 28 hours per week or 20 hours per week if hired prior to September 1, 1979.

## Peak-Time Associates

Eligible peak-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 2 years of employment).
- Holiday Pay (after 90 days).
- Wal-Mart Associates - Wal-Mart Discount Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Medical Coverage (Associate only after two years of employment).
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A peak-time Associate is one who regularly works less than 28 hours per week.

## Temporary Associates

Eligible temporary Associates receive the following benefits*:

- Stock Ownership Plan.
- Bereavement Leave (unpaid).
- Wal-Mart Associates - Wal-Mart Discount Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Jury Duty.
- Resources For Living (confidential professional counseling and assistance).
- Child Care Discounts.

Wal-Mart offers several benefit programs for our Associates to choose from. These benefits provide security and protection for many Associates and their families.

For more information on your benefits, please refer to the current Benefits Summary Plan Description (SPD) and Benefits Summary (WMP109).

*These benefits are not all-inclusive. Please see your facility manager for additional benefits for which you may be eligible.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00266

"THE ENVIRONMENTAL ISSUE IS IMPORTANT TO OUR CUSTOMERS, SO IT IS IMPORTANT TO US."

*— Sam Walton*

## Community Service

"DON'T COMPROMISE YOUR REPUTATION. IT'S A PRECIOUS COMMODITY. DON'T COMPROMISE YOUR INTEGRITY ... HAVE A GOOD NAME."
– *Sam Walton*



# Community Service

the stores are located. This Environmental Grant is available to each location once per year.

Each Store Manager is responsible for assigning a Green Coordinator for his/her store. The Green Coordinator is someone who has an interest in the environment and is eager to take on additional responsibility. Green Coordinators develop a Green Team to help with the direction of the store's environmental program. The Home Office also has a Green Team to promote recycling and participate in community events,



In 1993, Wal-Mart opened its first environmental store in Lawrence, Kansas. In 1995 and 1996, we followed with two additional stores in Moore, Oklahoma, and City of Industry, California. These innovative stores are energy efficient and environmentally friendly. They serve as laboratories for ideas that can be used in all future Wal-Mart stores. These stores are part of Wal-Mart's ongoing commitment to the environment. We invite all of you to work with us to achieve our goal of leaving the earth better than we found it.

## Volunteerism Always Pays (VAP)

What a wonderful way to recognize our Associates and partners for their community involvement! This program is available to every Associate within our Company who volunteers a minimum of 15 hours in a quarter with a qualifying 501(c) non-profit organization. The Foundation will then make a $100 contribution to the organization on

behalf of the Associate who gave of their time. So the next time you volunteer with organizations such as American Red Cross, or Boys and Girls Clubs, remember... Volunteerism Always Pays.

*Associate Matching Gift.* The purpose of this program is to encourage support of higher education by matching gifts made by Associates and Partners of our Company to eligible institutions. Any full-time Associate who has been with the Company for at least one full year is eligible to make this gift to an accredited college or institution. The gifts may support such programs as departmental studies, academic programs, student activities or scholarship programs. The Wal-Mart Foundation will match the contributor's gift of $25.00 or more up to a maximum of $250.00 per fiscal year.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00261

# Community Service

> "IT'S NOT WHAT YOU GATHER IN LIFE, BUT WHAT YOU SCATTER THAT TELLS THE KIND OF LIFE YOU HAVE LIVED. LET'S SCATTER THE GOOD THINGS."
>
> — *Helen Walton*
> *Wife of Sam Walton*

## Missing Children's Network

The Missing Children's Network is dedicated to "Bringing Them Home." It was formed in 1994 as a permanently staffed division of the National Center for Missing and Exploited Children (NCMEC). NCMEC is a non-profit organization and the most widely recognized symbol of missing children.



Wal-Mart helps call attention to missing children by posting photos and information on bulletin boards in every Wal-Mart store and Sam's Club nationwide. The faces of missing children are brought to the attention of thousands of people every day.

Allied with the photos and information is the all-important toll-free hotline to NCMEC (1-800-THE-LOST) to answer questions and provide leads and assistance in finding missing children.

## Stores Lend Credits to Our Communities

Our local community assistance program is the Matching Grants. Each store can grant funds up to $1,000 each year to help local non-profit organizations, 501(c)3 civic organizations, and schools. To be eligible for the program, a $1,000 Your Store or Club must have a token group of people who donate their time, provide the Wal-Mart Spirit. Contact a Store Coordinator of Personnel Manager.

## Scholarship Programs

As one of many Company benefits, Wal-Mart Associates who are in high school seniors are eligible to compete for associate scholarship through regional programs operated by the Company. Wal-Mart also offers scholarships for high school seniors who are the sons or daughters of Wal-Mart Associates who have been employed full-time for one year at the time the scholarship is granted. The applications are sent to your Personnel Manager and should be visible to you online as a scholarship.

Our Distribution Centers also have a scholarship program available to qualifying Associate children. The scholarship is awarded each year is by the Wal-Mart Foundation. These applications can be obtained through your local unit's Personnel office.



# SAM'S Club

> "...WHEN ONE OF OUR EXPERIMENTS WORKS, WATCH OUT!
> TAKE SAM'S CLUB, FOR INSTANCE."
>
> – *Sam Walton*

## The Beginning of SAM'S Club

In the early 1980s, Mr. Sam heard of a new type of business. Wholesalers with very low overhead were selling merchandise at margins considerably below the discount retailer. Since Wal-Mart had always represented "Every Day Low Prices," Sam Walton saw a new challenge to achieve a large market share and provide greatest value to a new customer base — small business. Soon after, in April 1983, the first SAM'S Club was opened in Midwest City, Oklahoma.

### Business Philosophy

We are committed to providing a higher standard of living to our members at an affordable price. We do that by spreading the Value of Merchandise through the Productivity Loop. The intent is to increase Membership rewards by lowering our expenses, which enables even lower prices.



Productivity Loop

We offer a limited assortment of high volume items. The tradeoff of these items is larger variety of convenience.

Individual items are underreported. All of our merchandise assortment. These items change frequently and create a new and exciting shopping experience for all Members. In addition, we offer special benefits to our Members. The advantages of Membership — benefits and privileges — will be discussed during new orientation.

## SAM'S Club Dress Code

SAM'S Club Associates are expected to follow the Company's conservative dress code. Associates should be neat, well-groomed and appropriately dressed while on the job. Name badge and back supports are issued to every Associate and are considered part of your daily work attire. Each work environment will have specific guidelines on your particular job. These guidelines are available from your Supervisor.

### Personal Hygiene

Appearance must be neat and clean. Hair should be clean and well groomed.



Wal-Mart/Ayers
Docs Produced to Plaintiff
00276

"THE TRULY GREAT COMPANIES UNDERSTAND THAT THE LEVEL OF SUCCESS IN ANY ORGANIZATION IS DIRECTLY RELATED TO THE LEVEL OF TALENT AND COMMITMENT OF THEIR ASSOCIATES. WE ARE FORTUNATE THAT SAM'S CLUB AND WAL-MART HAVE ASSOCIATES WITH THESE QUALITIES THAT HAVE MADE OUR COMPANY GREAT AND THEY CONTINUE TO DO SO EVERYDAY."

– Tom Grimm
*President and Chief Executive Officer*
*SAM'S Club*

## Miscellaneous

Red vests are issued to certain Associates in certain areas of the club.

### Back Supports

Back support belts are required for Associates and merchandise frequently.

### Forklifts

### prevent any Member or Associates accidents.

### Floors

### Meat/Deli/Rotisserie

### Bakery

### Box Cutters

Resource Manual and will be reviewed further in your Risk Control training during orientation.

### Associate





> "WE WORK FOR A GREAT COMPANY AND WHAT MAKES THIS COMPANY SO GREAT IS OUR ASSOCIATES WHO ARE ON THE FRONT-LINES EVERY DAY TAKING CARE OF OUR MEMBERS. WE CAN BUILD BUILDINGS AND HAVE GREAT MERCHANDISE THAT OUR COMPETITORS CAN EASILY COPY, BUT THE ONE THING THEY CAN'T COPY IS OUR PEOPLE."
>
> — *Jim Haworth*
> *Executive Vice President of Operations,*
> *SAM'S Club*

**SAM'S Club**





**Associate Membership Card**

All SAM'S Club field Associates, full-time and peak-time, are eligible to receive a complimentary SAM'S Club Advantage Membership Card during their period of employment at SAM'S Club. This does not apply to SAM'S Club Home Office Associates. This complimentary membership card includes an additional card that may be issued to anyone over the age of 18 living in the Associate's household. These cards are non-transferable and entitle the cardholders to purchase merchandise at any SAM'S Club at the posted warehouse prices plus applicable sales tax. These cards are automatically renewed each year as long as the Associate is employed in the field by SAM'S Club. If it is determined that an Associate is abusing the privilege of his/her membership card, the Associate will lose the benefit and may be subject to further disciplinary action. Should an Associate terminate employment with the Company, all Company property will be turned in and the membership will deleted.

Wal-Mart/Ayers
Docs Produced to Plaintiff
00273

*"OUR ASSOCIATES WHO DRIVE THE TRUCKS AND WORK AT OUR DISTRIBUTION CENTERS DO AN OUTSTANDING JOB KEEPING THE SHELVES STOCKED FOR OUR CUSTOMERS."*

— Sam Walton

Sam Walton's foresight to develop our own Logistics Operation has given Wal-Mart the competitive edge in the retail industry. Our Distribution Centers, in partnership with our Transportation Operation, are designed for the movement of millions of cases of goods each month. The Distribution Centers average 1.2 million square feet in size and operate around the clock to accommodate the needs of our customers, the stores, and clubs. Each Center has the latest possible technology built into it, including cutting-edge conveyor systems, electronic scanning equipment, and a complex computer system. Because of the type of work performed in the Centers and Transportation Operation, certain guidelines are essential for the safety and well-being of our Associates.

## Logistics Dress Code

We have established conservative dress and appearance guidelines with safety in mind and to allow for maximum mobility. Jeans are allowed but must be in good repair and not frayed or ragged. For safety reasons, shirts or blouses should not have large baggy sleeves.

Associates working in the Distribution Centers and Transportation Operations are permitted to wear shorts during warmer months. Provided there are no shorter than six (6) inches above the knee. Overly revealing clothing or bare midriffs are not allowed. It is important to protect your feet, therefore substantial shoes must be worn — no sandals or open-toed shoes. It is essential that all Associates practice good personal hygiene.

## Identification Badge Policy

Each Associate will be issued an identification badge that is required to be worn visibly at all times during working hours. As each Associate enters and leaves the facility, Loss Prevention will check to ensure that badges are worn with the picture facing front.

## Time Records

Your pay is calculated from the time clock entries that you make using your ID badge. Correct time entries are your responsibility. Always clock in immediately before starting to work or returning from meals; clock out immediately after stopping work for meals or at the completion of your workday. If an error is made in clocking in or out, immediately go to your Supervisor or Manager to



# Logistics Division
Distribution Centers and Transportation Operations

# Logistics Division

### Orientation Guide and Frequently Asked Questions

"OUR LOGISTICS ASSOCIATES CONSISTENTLY PROVIDE EXCEPTIONAL CUSTOMER SERVICE TO OUR NUMBER ONE CUSTOMER – THE STORES AND CLUBS."

— *Mike Duke*

*Executive Vice President of Administration*
*Wal-Mart Stores, Inc.*

have the correct time noted and initialed by you and your Supervisor or Manager.

Wal-Mart appreciates enthusiastic Associates, but in no case are you to ever volunteer your off-duty time by performing work without clocking in.

No one is to clock any other badge but his or her own. Violation of this policy may result in disciplinary action, up to and including termination. Correct time entries and use of the designated clock are your responsibility.

## Work Schedule

At the time you are hired, your normal working hours will be discussed with you. It is important you understand and follow your work schedule. You are not guaranteed the same schedule or position throughout your employment.

Occasionally, because of the fluctuating nature of our business,

your schedule may have to be changed. You may be asked to work additional hours, or even fewer hours. You may also experience changes in the shifts you are scheduled to work, as well as the position.

If there is any reason you feel you could not change your work schedule or work overtime hours when needed, please discuss this immediately with your Manager or Supervisor.

They will try to work with you on these issues whenever possible.

You are expected to be in your work area at the beginning of your shift. Any time you are unable to report to work due to illness or unexpected circumstances, you must call in at least 30 minutes prior to your scheduled start time and speak to your Manager or Supervisor.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00274

> "I'VE ALWAYS ENJOYED CHALLENGING OUR PEOPLE. IF YOU EXPECT
> GREAT THINGS FROM FOLKS, THEY'LL EXPECT IT FROM THEMSELVES.
> OUR PEOPLE HAVE NEVER LET US DOWN."
>
> – Sam Walton

## Safe Work Practices

1. All injuries and accidents, no matter how insignificant, must be reported to a Supervisor immediately, and a written report must be completed.

2. Associates are not permitted to walk, stand, or climb on or over any type of conveyor, machine, equipment, or merchandise. This includes forklifts, triggers, carts, slip sheets, and hand-jacks.

3. Admittance to, or passage through, any area that has been roped off, barricaded, or otherwise designated as a danger zone is prohibited

4. A 20-foot safety area around operating forklifts must be maintained when the load is being moved vertically.

5. Always keep your work area clean so it does not create a safety hazard to you or to others.

6. Unauthorized Associates shall not be permitted to perform any maintenance work on any equipment or machinery in the facility.

7. Sandals, open-toed shoes, and high heels should not be worn while working on the Distribution Center floor or shop area.

8. All equipment operators must have the appropriate permit(s) before operating power equipment.

9. Associates using any hand-held laser scanner must avoid looking into the end of the unit. At no time should this unit be pointed at another person.

10. Associates must park their vehicles in parking spaces in the direction of travel. Do not cut across the parking lot or park in visitor or disabled spaces.

11. Personal safety equipment issued to Associates must always be worn during work activity.

* Further safety information will be covered with you during new hire orientation



## Food and Tobacco

Beverages, eating, or use of tobacco products of any kind are not allowed in your work area. The use of tobacco products will be allowed only in designated, posted areas.

# Logistics Division
Distribution Center and Transportation Operations

Wal-Mart 4-yrs
Docs Produced to Plaintiff
80276

# Wal-Mart International

"THE MOST EXCITING AND REWARDING PART OF OUR INTERNATIONAL BUSINESS IS THE DEVELOPMENT OF OUR WAL-MART ASSOCIATES THROUGHOUT THE WORLD — THEY ARE THE WAL-MART CULTURE TO OUR MILLIONS OF CUSTOMERS WORLDWIDE."

— John B. Menzer
President and Chief Executive Officer
Wal-Mart International Division

 Argentina

 Canada

Germany

 Puerto Rico

 United Kingdom

 Brazil

China

Mexico

 South Korea

Wal-Mart's Every Day Low Price promise is a message clearly understood in any language. As the world's largest retailer, we are constantly seeking avenues for growth. Some of the best opportunities now lie in markets outside the United States. Already, customers in Argentina, Brazil, Canada, China, Germany, Mexico, Puerto Rico, South Korea and the United Kingdom have begun to embrace the Wal-Mart way of doing business as our international expansion plans unfold. And many more opportunities are appearing on the horizon.

## Testing International Waters

Wal-Mart became an international Company in 1991, when the first SAM'S Club opened in Polanco, within Mexico City. Since that time, our partnership with CIFRA, S.A. de C.V in Mexico has helped make us that country's largest retailer.

Our Company's opportunity north of the border in Canada came in 1994, when the 122-store chain of Woolco stores was purchased. After remodeling facilities and training Associates, the stores saw their sales per square foot double and their market share grow to more than 40% of the discount retail market.

## A Focused Start

With success in North America firmly established, expansion into points further away has quickly followed. South America, Latin America, Asia and Europe are providing excellent opportunities for development. With stores and clubs now open in Argentina, Brazil, Puerto Rico, China, South Korea, Germany and the United Kingdom, in addition to Mexico and Canada, we continue to keep a watchful eye toward new and exciting opportunities in other new markets around the world. In spite of cultural

and business challenges, one thing becomes increasingly clear: Wal-Mart's Three Basic Beliefs translate well throughout the world.

## Our Universal Message

The results of our international expansion efforts are exciting. Our new customers are proving just how universal Wal-Mart's philosophy of great values and customer service really is. In fact, grand openings in some of these overseas stores have set Company records as customers line up to experience low price and value unheard-of in their country's retail industry.

Eventually, Wal-Mart will be a household name as much throughout the world as it is here at home. So regardless of the language spoken, Wal-Mart's customer-first message is being heard loud and clear.

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00276

> "ISN'T IT GREAT TO SEE PEOPLE DO MORE THAN THEY EVER DREAMED THEY COULD DO ... OR YOU THOUGHT THEY COULD DO? THAT'S THE FUN OF THIS BUSINESS AS FAR AS I'M CONCERNED."
>
> – *Sam Walton*

# Home Office

# Family and Medical Leave Act

"IF WE ALWAYS BEGIN WITH THE BEST PEOPLE AND THEN ENSURE THAT THEY HAVE THE TRAINING NECESSARY TO EXCEL AT THEIR JOBS, WE WILL CONTINUE TO BE THE BEST PLACE FOR CUSTOMERS TO SHOP?"

*– Coleman Peterson*
*Executive Vice President People Group*
*Wal-Mart Stores, Inc.*

U nder the Family and Medical Leave Act (FMLA) of 1993, eligible Associates may take up to 12 work-weeks of unpaid, job-protected leave in a 12-month period, which begins on the first day of the leave, for certain family and medical reasons.

## Associate Eligibility

To be eligible for FMLA benefits, an Associate must:

1. work for a covered employer for a total of 12 months (Wal-Mart is a covered employer);

2. have worked at least 1,250* hours over the previous 12 months; and

3. work at a U.S. location or in any U.S. territory or possession where at least 50 Associates are employed by Wal-Mart within 75 miles.

*Wal-Mart's Leave of Absence policy requires only 1,000 hours (see Leave of Absence policy for more details).*

## Leave Entitlement

An eligible Associate is entitled to a total of 12 work-weeks of unpaid leave during any 12-month period for one or more of the following reasons:

- to care for the Associate's child after birth or placement with the Associate for adoption or foster care;

- to care for the Associate's family member (spouse, child, or parent) with a serious health condition; or

- for the Associate's own serious health condition that makes him/her unable to perform his/her job.

Leave to care for the Associate's child after birth, or placement for adoption or foster care must conclude within 12 months of the birth or placement of the child.

"Serious health condition" means an illness, injury, impairment, or physical or mental condition that involves either:

- any period of incapacity for treatment connected with inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical-care facility; or

- continuing treatment by a health care provider that includes four or

more days of incapacity (i.e., inability to work or perform regular daily activities); or continuing treatment for any chronic, long-term, or incurable condition.

Where medically necessary, Associates may take intermittent or *reduced hours* FMLA leave, which means taking leave in blocks of time, or by reducing their normal work schedule, to care for a seriously ill or injured family member, or because the Associate is seriously ill or injured and unable to work. Associates should try to schedule such leave time as to not disrupt Company operations.

## Compensation and Health Benefits

Associates may elect to use vacation, personal, or illness protection time for compensation while on leave, however such time will count as FMLA leave time against the Associate's 12 work-weeks of leave time.

Wal-Mart will maintain group health insurance coverage for an Associate on FMLA leave whenever such insurance

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00270

"THIS COMPANY HAS SO MUCH MORE TO DO, SO MUCH MORE TO OFFER...
LET'S FIRST TAKE CARE OF OUR ASSOCIATES."

- Lee Scott

*President and Chief Executive Officer,*
*Wal-Mart Stores, Inc.*

## Family and Medical Leave Act

was provided before the leave was taken and on the same terms as if the Associate had continued to work. Associates must make arrangements to pay their share of health insurance premiums while on leave.

### Notice and Certification

Associates seeking to use FMLA leave are required to provide 30-days advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. However, where the need for leave is not foreseeable, notice must be given as soon as possible but not later than three days after beginning the leave.

Associates are also required to provide:

- medical certification supporting the need for leave due to a serious health condition affecting the Associate or a family member;
- periodic reports during leave regarding the Associate's status and intent to return to work; and
- certification of the Associate's ability to return to work when leave was taken for the Associate's own serious health condition.

Wal-Mart may also request second or third medical opinions (at Wal-Mart's expense) and periodic recertification during the leave.

Wal-Mart must inform Associates of their rights and responsibilities under FMLA, including posting a notice and giving specific written information on what is required of the Associate and giving specific written information on what might happen in certain circumstances, such as if the Associate fails to return to work after FMLA leave.

### Job Restoration

Upon return from FMLA leave of 12 work weeks or less, an Associate must be restored to his/her same job or to an equivalent job with equivalent pay, benefits and other terms and conditions of employment.

In addition, an Associate's use of FMLA leave cannot result in the loss of any employment benefits that the Associate earned or was entitled to before using FMLA leave, nor be counted against the Associate under an attendance policy.

### Additional Information

Associates should contact a member of the Management team for additional information on FMLA or refer to Wal-Mart's Leave of Absence Policy for more specific information. You may also contact your Regional Personnel Manager or the People Group if you have any questions. Where state law provides more generous leave entitlements, state law will be followed.

Wal-Mart/Ards
Doc. Produced to Plaintiff
00572



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00260



# Acknowledgment

After you have read the contents of this handbook:

1. Read and sign the Acknowledgment,

2. Separate the Acknowledgment at the perforation, and

3. Give the signed Acknowledgment to your Manager.

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of its Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.

I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about this handbook and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook or guidelines only, and are in no way to be interpreted as a contract.



Date: _____

Social Security Number: _____

Print Your Name: _____

Signature: _____

Wal-Mart/Ayers
Docs Produced to Plaintiff
00282



©2001 Wal-Mart Stores, Inc.



## U.S. MIDDLE DISTRICT COURT OF ALABAMA
## ONE CHURCH STREET
## MONTGOMERY, ALABAMA 36104

Wanda Denise Ayers      :
     Plaintiff      :

     v.      :

     :      **Civil Action No.**

Wal-Mart Corporation      :
     Defendant      :
     :

## COMPLAINT

### (Jury Trial Requested)

Pursuant to 29 CFR § 1614.405, the U. S. Equal Employment Opportunity Commission (EEOC) accepted Plaintiff's complaint of Title VII Discrimination on the bases of race, sex and age when: (1) on or about March 2003 she applied for a Management Trainee position and was not selected at the Auburn Alabama Wal-Mart Store; (2) on or about July 2003 she applied for the Management Trainee position for the second time at the Auburn Alabama Wal-Mart Store; (3) on or about October 2003 she applied the third time for the Management Trainee position at the same Wal-Mart store and was subject to reprisal because of filing a EEO Complaint regarding her non-selection by her managers. The EEOC further advised plaintiff that she has the right to file a civil action in an appropriate United States District Court within (90) ninety calendar days from the date that she received the decision of Non-Discrimination. Accordingly, the Plaintiff, Wanda Denise Ayers, brings this action for relief pursuant to Title VII of the Civil Right Act of 1964 Title VII as amended, 42 U.S.C. § 2000e et seq.

1

## JURISDICTION

This Court has jurisdiction over this action pursuant to 29 USCS § 633a and 42 U.S.C.§2000e et seq.

## VENUE

Venue is appropriate in the Middle District of Alabama under 29 USCS § 633a and 42 U.S.C.§2000e et seq.

## PARTIES

Plaintiff Wanda Denise Ayers ("Ayers") is a citizen of the United States and the Commonwealth of Louisiana and resides in the City of New Orleans.

Wal-Mart Corporation Alabama ("Wal-Mart) is an agency within the meaning of 5 U.S.C §552a (a) (1), and is in possession and/or control of personnel records pertaining to Wanda Denise Ayers

## FACTS

1. The plaintiff, Wanda Denise Ayers, worked at the Auburn Alabama Wal-Mart Store number 356, as a third watch stock associate. 2. The plaintiff filed an EEO complainant against the defendant on or about September 2003, after applying for the Management Trainee Program on three different occasions. 3. The plaintiff first application for the Training Program was on or about March 2003, plaintiff submitted a computer-generated application for the training program that was to start on or about April 2003. This application had to be deleted from the Wal-Mart computer system by there Human Resource employees. Because the EEOC Investigator stated that after conducting his investigation he was informed by Wal-Mart Human Resource Management that there was no application submitted by the complainant for the April training. Destroying these documents is in violation regarding the destruction of personnel data according to 5 CFR

2

293.107 & 293.106 managers of automated personnel records shall establish administrative, technical, physical and security safeguards for data about individuals in automated records, including input and output documents. This safeguard is to prevent careless, accidental, or unintentional disclosure, modification, or destruction of identifiable personal data. Also, to minimize the risk that skilled technicians or knowledgeable persons could improperly obtain access to, modify, or destroy identifiable personnel data. These safeguards must not have been adhered to. The information given by the Wal-Mart Management was incorrect because    in fact the complainant inquired about her application on or about April 2003 and was informed by the Assistant Co-Manager Debra accompanied by a witness a Floor Manager that her application was received for the April Training Program but that she was not selected for the training. The complainant asked the Co-Manager the reason she was not selected she was not give an answer.  Shortly after the complainant inquiry there was an announcement that a white female was selected for the Management Trainee Program. The employee selected started working at the Auburn store after the complainant, was younger then the complainant and a different race then the complainant. Management Trainee's were salary employees and they did not have to clock in and it was also announced that this employee would no longer clock in.  If these two Wal-Mart employees that informed the complainant that HR Office had received her April application for the Trainee position are welling to falsify their statements on a witness stand then telling the truth. 4. The complainant submitted her application the first time for the trainee position and did not feel the need to print a copy of the first application. Her Floor Manager, Jeff had told her about the program and recommended that she apply for the program. She felt good about working at Wal-Mart it

3

was a great place to work so taking her managers advise she applied for the program. Not until after applying for the first time and having to inquire about the result of my application I felt the need to print a copy of completing the computer generated application. Is the reason I printed a copy of the last two applications that I submitted for the Management Trainee position. 5. The complainant second application for the Training Program was on or about July 2003, complainant submitted a computer-generated application for the training program that was to start on or about September 2003. Because the EEOC Investigator stated that after conducting his investigation Wal-Mart Human Resource Management informed him, that this training position was not filled because there were no vacancies in the Auburn store to place a trainee at that time. The store did not post that the program was being cancelled at that time nor did the Human Resource office notified applicants that the vacancy announcement for the Management Trainee was cancelled. The complainant was not notified that the HR office was in receipt of her application are that the position was cancelled. [1] 6. If in fact this was correct why in September the Floor Manager, Sherman Alexander on the third watch announced that there was a need for management trainees because Wal-Mart Corporation would be opening new stores and these trainees could be placed in other store locations. During this announcement there was a vacancy announcement posted at the Auburn store, recruiting applicants for a Management Trainee position. Complainant submitted yet another computer generated application for a Management Trainee for the third time. The application was submitted on or about October 2003, too this day the complainant have not been notified of receipt of her application by the HR Office nor have she been

---

[1] Plaintiff Exhibit 1
[2] Plaintiff Exhibit 2
[3] Plaintiff Exhibit 3

4

informed that she was not selected for the Management Trainee Program. 2  The only acknowledgement complainant have every received from HR Office regarding any of her applications is when she contacted their office the first time she applied for the trainee position and was informed by the Co-Manager Debra that she was not selected. Also, I asked the Store Manager about my first application, the reason I was not selected and what I needed to do in order to meet the qualifications for the program she give me no explanation.  7.  After making inquiries about my first application for the Management Trainee position to the Assistant Co-Manager and the Store Manager my Associate Discount Card was declined when I made a purchase. My hours were cut and I was not allowed to work over-time. When my co-workers were allow too work over-time. Due to my hours being cut it caused me hardship not being able to meet my obligations, my rent, gas, water, electricity and food, forcing me to move with family.  8. I worked up until I was destructively forced to ask for a leave of absent. I was not paid my last vacation check that was owed to me. This unfortunate event has caused me emotional stress and undue hardship. 9.  I feel that the EEO Administration at the Birmingham field office was not acting as an unbiased party namely Mr. Hullett the investigator on the case. I was not informed on the status of my case, verbally or in writing but once by Mr. Hullett.  Only letting me know that he was going to be the investigator on the case.  When I tried to contact Mr. Hullett he never returned any of my telephone calls. The information that I reported in my complaint was shared with the Wal-Mart Corporation Management Officials but none of the information that was reported by the agency was shared with me on the responses to my complaint.  Mr. Hullett stated that an investigation had been completed but I have not been given the opportunity to review the information regarding

his findings to make an appropriate rebuttal. Mr. Hullett position as an investigator should be as a neutral party to gather facts to determine the certainty of the case. Instead it seems that he has sided with the agency. ¶ 10. Plaintiff was unlawfully discriminated against by the Agency on the basis of race and age when (1) Plaintiff was not selected for the management trainee program on and about April 2003 when a white female, younger then plaintiff was selected and no reason given for plaintiff's non-selection as well as unlawfully destroying her computer generated application;  (2) when on or about July, 2003, she was not informed that the management trainee position she applied for was cancelled due to no vacancy but a month later the position was re-announced; (3) of which complainant applied for the vision center manager position and management trainee position again for the third time and has not been notified  to this day of the result of her applications.

## WHEREFORE,

Plaintiff Wanda Denise Ayers request that the Court award her the following relief:

(A) An opportunity to complete the Management Trainee program at another Wal-Mart in another location.

(B) Award plaintiff reasonable costs and attorney's fees and compensatory damages as well as back pay.

(C) Grant such other relief as the Court may deem just and proper.

*Wanda D. Ayers*

Wanda Denise Ayers
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent this _____ day of September 2004 first class United States Mail to the following addresses:

**U.S. Middle District Court of Alabama**
Clerk of the Court Office
One Church Street
Montgomery, Alabama 36104
Tel: (334) 954-3600

**U.S. Equal Employment Opportunity Commission**
Alabama Field Office
1130 22nd Street South
Suite 200
Birmingham, Alabama 35205
Tel: (205) 731-0175
Fax: (205) 731-2101

Wanda Denise Ayers
Plaintiff
1420 Pauline Street
New Orleans, Louisiana 70117
Tel: (504) 945-8781

7

**OUR PEOPLE MAKE THE Difference**
WAL-MART Stores, Inc.

# Job Description
# Vision Center Manager

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  * Utilizing hourly Associates to execute daily tasks.
  * Managing scheduling and staffing of hourly Associates.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

---

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 1 of 2

*Exhibit 3*

**OUR PEOPLE MAKE THE Difference**
WAL★MART Stores, Inc.

# Job Description
# Vision Center Manager

**Position Requirements**   Primary position requirements are listed below.

- **Experience and Qualification**
  * Must be enrolled or have completed the Assistant Manager Training program or have equivalent experience.
- **Counting and Math Skills**
  * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  * Must be able to write, read, and understand printed material and be able to communicate with both Customers and other Associates.

**Essential Functions**   Essential functions of this position are listed below.

- Continuously plan/supervise/evaluate operations, merchandise, and financial areas within the unit to:
  * Maximize the sales and profitability of the operating unit.
  * Execute Company programs.
  * Manage the operating units inventory and shrinkage.
- Understand, effectively follow, and enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  * Supervision of hourly Associates.
  * Sales of restricted items.
  * Environmental codes and ordinances.
  * Store security.
- Accurately and efficiently maintain assigned records, Company funds, and property in accordance with Company policies or procedures.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Frequently delegate and follow up on tasks assigned to Associates.
- Frequently, accurately, and efficiently prepare/review/file/mail routine paperwork.
- Visually verify:
  * Small print.
  * Items to pricing labels, shelf labels, other store signing, and register display and handheld/SMART terminal display.
  * Information on records and reports.
  * Assembly and measurement of eyeglasses.
- Plan and coordinate sales and promotional activities.
- Accurately ensure completed order matches Customer's prescription.

I have read and understood these responsibilities and requirements for this position, and certify that (mark one):

___✓___   **I have the ability to perform** the essential functions of this position either with or without a reasonable accommodation.

_____   **I do not have the ability to perform** the essential functions of this position either with or without a reasonable accommodation.

_Wanda Ayers_                    _Wanda Ayers_                    10-23-03
Associate/Applicant Printed Name     Associate/Applicant Signature          Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

_Exhibit. 3_



# *Job Description*
# Management Trainee

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - * Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - * The supervision of all Associates.
  - * The sales of restricted items.
  - * Environmental codes and ordinances.
  - * Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - * Small print.
  - * Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

___✓___    I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____    I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_Wanda Ayers_
Associate/Applicant Printed Name

_Wanda Ayers_
Associate/Applicant Signature

_10-25-03_
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

Exhibit 3

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# Job Description
# Management Trainee

**General Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  - Respect for the Individual.
  - Service to our Customers.
  - Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime.

- Maximizing sales and profitability through the execution of Company programs.
  - Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
  - Maximize the sales and profitability of the operating unit.
  - Provide a high level of merchandise in-stock position.
  - Execute Company programs.
  - Manage the operating unit's inventory and shrinkage.
  - Manage scheduling and staffing.
  - Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
  - Utilizing hourly Associates to communicate and execute tasks.
  - Providing fast and friendly checkout service.
  - Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 1 of 2

Pag

# You have completed your Application

**Please click Submit to finalize your application.**



Wal-Mart Stores, Inc. Confidential

y's Date **7-21-03**

SSN#:-- -- --X-XXXX

Associate. I.D.#-- --

(Print) _Wanda Ayers_          **TIME ADJUSTMENT REQUEST**

Missed: _____    Hours Requested: _____

_Interval/Interval_ (Place date beside the reason)

| **21-03** | Regular | | | Overtime |
|---|---|---|---|---|
| | Holiday | | | Vacation |
| | Sick (self) | | | Bereavement |
| | Sick (family) | | | Military |
| | Jury Day | | | Decision Day |
| | Personal | | | Worker's Comp |

Reason: _____

ock/Badge Problems:

gan: **06:55 AM**

dock: **2:30 AM**        Lunch Began: _____

         Lunch Ended: _____

_Apply for management program_

pr _____        Date: _____

_l-Ans_          _Wanda Ayers_          **7/31/00**
EV Signature        Print Associate's Name        Date

_Supervisor Signature_    Print Hourly Supervisor Name    Date

_Supervisor Signature_    _W Lane_          **7/31/03**
         Print Salaried Supervisor Name    Date

2/9-01

9064611

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  - Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  - Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - The supervision of all Associates.
  - The sales of restricted items.
  - Environmental codes and ordinances.
  - Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  - Small print.
  - Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____  **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____  **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayers
Associate/Applicant Printed Name

_Wanda Ayers_
Associate/Applicant Signature

10-23-03
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Closing Date

— 1 . 1 . 1 —

Page 2 of 2



## U.S. Equal Employment Opportunity Commission
## Birmingham District Office

Ridge Park
1130 22nd Street
Birmingham, AL
(205) 73'
TTY (205) 73'
FAX (205) 73'
1-800-669

Respondent: WAL MART STORES INC.
EEOC Charge No.: 130-2004-00046
FEPA Charge No.:

Oct 20, 2003

Wanda Ayers
1945 County Road 57
Notasulga, AL 36866

Dear Ms. Ayers:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ X ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make corrections.

(2)    Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3)    Return the signed charge to this office in the enclosed postage paid envelope.

Since charges should be processed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[ ]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the

Exhibit 2

agency's final finding.  To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case.  Otherwise, we will generally adopt the agency's finding as EEOC's.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge.  Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

Linda S. Ross
Investigator Support Asst
(205) 731-1070

Office Hours: Monday – Friday,
TDD: 1-800-669-6820
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Parl
1130 22ⁿᵈ Street South, Suit
Birmingham, AL
(205) 731
TTY (205) 731
FAX (205) 731.

December 8, 2003

In reply refer to :
Charge No. 130-2004-00046
Wanda Ayers v.
Wal-Mart Stores, Inc.

Ms. Wanda Ayers
1945 County Road 57
Notasulga, AL 36866

Dear Ms. Ayers:

The charge of employment discrimination you filed against the above-named employer has been assigned to me for investigation.

If you need to contact me, please call me at (205) 731-1320. If I am not in the office when you call, please leave your name, telephone number and a time when I can best reach you.

Sincerely,

Charles Hullett

Charles Hullett
Investigator

April 6, 2004

Equal Employment Opportunity Commission
Birmingham Field Office
1130 22 Street, South
Birmingham, AL 35205
Attn: Charles Hullett

Dear Sir:

    I would like a complete update on the complaint filed by Ms. Wanda D. Ayers. I have enclosed a designation of representative.

    Your assistance regarding the status of this case is very much appreciated.

Thank you,

Carolyn Ayers Mays
Complainant's Representative



April 29, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904


Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205


## Subj:  Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. Hullett:

Ms. Ayers informed me that you contacted her at her place of residency regarding the above reference case.

Please advise me on the discussion that you had with Ms. Ayers and the nature of this discussion. I'm representing Ms. Ayers in the above-referenced matter and all calls and correspondence in this case should be directed to my attention at the above address are you may reach me by phone at (301) 847-0998.

Please contact me at the above number at your convenience to discuss this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays

Carolyn Ayers Mays



April 30, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904

Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205

Subj:  Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. Hullett:

This letter is the second request for the status on the above reference case. During the initiation of this matter I was not involved. I would like at this time to be brought up to date on the stage in the complaint process timeline the case has reached.

Please be advised that I will be representing Ms. Ayers in the above-referenced matter. All correspondence in this case should be directed to my attention at the above address. You may reach me by phone at (301) 847-0998.

I forwarded a copy of the Designation of Representative to your office. I have enclosed a copy of the letter and receipt with a signature from your office.

Please contact me at the above number or through written correspondence at your convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Pro Se

Enclosure



June 1, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904


Arthur McGee
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205


### Subj:  Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. McGee:

I would like to thank you for responding to my inquiry on May 11th, 2004 after having to contact the EEOC Headquarters, here in Washington, DC, about the status on the above reference case. In your message you were kind enough to inform me that your office is working on the case and is awaiting additional information from Wal-Mart.

You also, informed me that Mr. Hullett was out of the office on sick leave and when he return he would call me, with an complete update on the case. It has been several weeks and I still have not heard from Mr. Hullett. You stated that Mr. Hullett office telephone number has changed and he has a new number that my client has not been privy to in case she needs to contact Mr. Hullett for any reason.

Please advise on the status of the above-referenced matter.  You may reach me by phone at (301) 847-0998 are the above mailing address.

Please contact me at the above number or through writ... at your ... convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Pro Se

May 4, 2004

Carolyn Ayers Mays
3401 Robey Terrace
Apt 304
Silver Spring, MD 20904


Charles Hullett
Ridge Park Place
1130 22 Street South
Suite 200
Birmingham, AL 35205

Subj:  Wanda Denise Ayers v. Wal-Mart Corporation

Dear Mr. Hullett:

This letter is to inquire if the above reference case has reached/or passed the 180 days from the date the complainant filed her complaint pursuant to Ala.§ 25-1-29, if the investigative proceeding have terminate was the complainant given notice of her rights in the process.

Please advise on the status of the above-referenced matter.  You may reach me by phone at (301) 847-0998 are the above mailing address.

Please contact me at the above number or through written correspondence at your convenience to discuss resolution of this matter.

Thank you for your time and attention.

Sincerely,

Carolyn Ayers Mays
Pro Se



FROM:

CARR: FEDX

10/19/20
11:22

TRK#: 961201946841346900514 3

TO: 0215
PN:
LOC: 0095
# OF PCS:

9293124093559

MAILSTOP: LEGAL
MAILROUTE: BLUE
MAIL STATION:  0215
   0215

TO: WAL-MART CORPORATION
Wal-Mart Stores Inc.
702 S.W. 8TH STREET

BENTONVILLE, AR 72716

(US)



RECEIVED

FEB 1 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| WANDA DENISE AYERS | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 3:04CV1002-T |
| | ) | |
| WAL-MART STORES EAST, LLP | ) | |
| DEFENDANT. | ) | |
| | ) | |

**ITEMIZATON OF BACKPAY**

Plaintiff as ordered by the courts on 25 January 2005, to file an itemization of back-pay entitlement to include wages, interim earnings and any other interim monetary benefits that are required by law. Plaintiff made a request for information from defendant and no response or reply for requested information was given therefore information given is not complete.

1.)    Lost of wage: Plaintiff requested defendant to furnish:
      a.) Current rate of pay for stocker
      b.) Cumulated sick hours up to this day
      c.) Time that the training program takes (months/years) and
         amount of pay for training mangers
      d.) Back- pay estimate is $ 6, 216.00

2.)    Request payment: Vacation Pay 79hrs 45 estimated $617.33

3.)    All sick payment: Include hours cumulated after last check received: If Wal-Mart Stores, LP still have plaintiff on payroll have she cumulated sick hrs above the 4 hrs 95. Sick hours as cumulated could be requested for the illness of a mother, child. (Sick hours estimated $38.46)

4.) The plaintiff was unable to return to work after her mother condition was stable and she no longer needed hospital or home care. Because of the plaintiff 's hours being cut causing her not to be able to meet her financial obligations forced to give up her home, which in fact made her homeless. Plaintiff's had to relocate to keep from becoming a statistics.

These date will be amended at a later date my mother is currently out of town living with my sister. She will be returning home for a doctor's appointment.

Date of Care:

_____

_____

_____

_____

   5.) Plaintiff has reinstated the cooperation that was established by her in 1999. The plaintiff was attending college at that time of establishing the Essence of You Business Center and her grades begin to fail. This is when she made the decision to attended college way from home to fully concentrate on school.

Wanda D. Ayers, Plaintiff
1420 Pauline Street
New Orleans, Louisiana 70117
Telephone: (504) 945-8781

**Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by United States Mail, via first-class, postage and properly addressed on this, the 17 day of February 2005:

Vanzetta Penn Mcpherson
United States Magistrate Judge
The United States District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

January 17, 2005


State of Louisiana
Secretary of State
P. O. Box 94125
Baton Rouge, La 70804-9125

Attention: Helen J. Cumbo

RE:   34852538N
      ESSENCE OF YOU FOUNDATION


Thank you for informing me of this situation, as the titleholder of this corporation I must inform you that I have been living out of state for the past three years attending college and while for the past three year the Essence of You Foundation was not in operation.

I have return to the state of Louisiana and have currently resumed my position of the corporation. If you should need more information are proof please feel free to contact me at (504) 945-8781 or you could reach me at the address that you currently have on file:

        This is an OutReach Ministry, this should fall under the R. S. 12:262.1 (H) but if not I would like to do what is required of Essence of You Foundation, to up date or bring this incorporation into good standing and me.

Whatever Forms I may need please forward then to this address:


Ms. Wanda Ayers
1420 Pauline Street
New Orleans, LA 70117

Sincerely,

Evangelist Wanda Ayers

**STATE OF LOUISIANA**
**SECRETARY OF STATE**



W. FOX McKEITHEN
SECRETARY OF STATE

HELEN J. CUMBO
ADMINISTRATOR

COMMERCIAL DIVISION

Uniform Commercial Code
(225) 342-55-43
Fax
(225) 342-7011

Administrative Services
(225) 925-4704
Fax
(225) 925-4728

Corporations
(225) 925-4704
Fax
(225) 922-0435

January 19, 2005

Wanda Ayers
1420 Pauline St.
New Orleans, LA   70117

Dear Ms. Ayers:

ESSENCE OF YOU FOUNDATION

This will acknowledge receipt of your letter which was received in this office on January 19, 2005.

Please be advised that our records indicate that the above referenced corporation did not file an annual report for the year 2004. A form is enclosed for your convenience. The fee for filing the annual report is listed on the form.

Please return the annual report, along with the filing fee, to this office for processing.

For proper identification please refer to this letter in all future correspondence in connection with this filing.

Sincerely,

*Helen J Cumbo*

Helen J. Cumbo

BFR

## Program Benefits

The Young Entrepreneur Internship Development Program will help in the developing and implementing entrepreneurial skills and training experience for young leaders.

The center is implementing school-to-career programs involving individual schools or churches in the district along with business support.

We have projects that yield practical results that benefit the young leader and the communities in which they live.

The intern will have access to research and educational information.

The center will rise up individual to be strong leaders in the area of business and entrepreneur skills.

The center will encourage creativity and give support to market their ability.

The center will enhance the lifestyle of many young individuals and build self-esteem.

The center will open fresh new doors to young minds and allow the world of entrepreneur and business will enter in that doorway.

The center will educate the young entrepreneur with hand on resource and opportunity.

Networking within the center to obtain necessary supplies and show respect for one another and gain personal respect as well.



http://community.gxpl.com/csxcxxcxx

## Seminar and Workshop

We offer several seminars and classes along with workshops based on topics related to business, leadership, entrepreneurial and various fields.

## Criteria and Focus

1. Must complete an application. You should include application fee, which is not refundable.

2. You must include two letters of reference from school or church counselors.

3. You also will include two letters of reference from family or friends.

4. All interested individuals must have an application on file.

**Essence of You Foundation, Inc.**
2433 St. Claude Ave.
New Orleans, Louisiana 70117
(504) 949-7301



## Introduction

Essence of You Foundation is a non-profit support center founded in 1999 for the purpose of improving the essence of life in the surrounding New Orleans area.

## Mission Statement

Our Mission at Essence of You Foundation is to build, encourage promote, and support. To build young leaders, To encourage leadership, To promote creativity. The center will be an on going support to business for young entrepreneur. The center will establish employment, and help create an economic independence in and throughout the community and surrounding New Orleans area.

## Young Entrepreneur Internship Development Program

The Young Entrepreneur Internship Development Program is set up to capture the talents and creativity of young leaders. The program is located in New Orleans. The center is called the Detail Classic Business Center that is set up as a miniature mall in different young business and leadership areas such as: Administrative business center for business leaders. Activity center, beauty and barber center, bakery and café, car wash, Jr. janitor service, lawn and landscape, snack area, T-shirt and accessory, little sitter service and art studio. We also will be working with the local businesses that will help with the development of the young business leaders. Detail Classic Business Center. It's Not Just Business. It's a Classic.

## The Target Market

The target market for the center is the youth and young adult that need support and encouragement. This is a support center for young entrepreneur such as those identified in our booklet that are willing to operate in the city of New Orleans.

The types of business to be explored are unlimited the center is set up with an art studio, barber and beauty salon, bakery, gift shop, design studio car wash etc.



## Detail Classic Business Center

The business center will provide on-sit access to facilities such as fax machine, copying machine, plus the office area will provide administrative secretarial and technical support.

# Essence of You Foundation, Inc

### Entrepreneurial Internship Development Program

| LAST NAME | FIRST NAME | | MI |
|---|---|---|---|
| SOCIAL SECURITY NUMBER | TELEPHONE ( ) | DATE OF BIRTH | MONTH    DAY    YEAR |
| PERMNENT STREET ADDRESS | CITY | STATE | ZIP |
| Name School/ Church Attend | School / Church Address | Students Or Individual Identification No List State Abbreviation First | |
| School/ Church district | | | |

Reference: You must provide four separated reference with different U.S. address and phone no. The first reference should be a parent or legal guardian (if living). All reference must be completed full. The second reference could be a family member of friend the third could be school or church counselors.

| Name | Name | Name |
|---|---|---|
| Permanet Address | Permanent Address | Permanent Address |
| City    State    Zip code | City    State    Zip code | City    State    Zip code |
| Area code   Telephone ( ) | Area code   Telephone ( ) | Area code   Telephone ( ) |
| Relationship to Student | Relationship to Student | Relationship to Student |
| Name | City    State    Zip code | |
| Permanent address | Area code   Telephone | Relationship to Student |
| | Area of Interests | Internship period |

Internship period
1 year  ☐
2 years ☐

3 years ☐
4 years ☐

If accepted in the Internship program I agree to follow the guidelines and rules of the Detail Classic Business Center.

1. I agree to open a saving account.
2. I agree to attend classes, seminars and workshops
3 I agree to set goal and work at achieving them
4. I agree to complete the program successfully

| | Street Address | Enrollment status |
|---|---|---|
| | | Junior ☐    Sr. ☐    Other ☐ |
| School /Church name | Mailing Address if different | |
| Name of Official (counselor ) | City    State    Zip code | Internship Period  check one: 1 year ☐    2 years ☐  3 years ☐    4 years ☐ |
| Name of referring agent | Code branch | Date entering Month    Day    Year |

Application Process:   Please Type or Print All Information:
You can review our web-site at http://community.gophi.com/bearessence

1.  There will be a application fee of $10.00 (*the application fee is not refundable*)
2.  There will be an entrance fee of $70.00.  This is a processing fee that will hold your position at the center, Bear Essence Tee shirt and a nametag and photo section for web page.
3.  A yearly fee to hold position is $40.00 for continual interns.
4.  You must include two letters of reference from school or church counselors.
5.  You also must include two letters of reference from family or friends.
6.  You should include a picture or copy of a picture ID.
7.  You also should include a letter of why you would like to enter the program.

All interested individuals must have an application on file.

Signature:_____      Date :_____

January 29, 2005

Memo From: Wanda Denise Ayers
Attention:  U. S. Middle District Courts
            Montgomery AL
Topic:      Trial Date

Facts:

The Wal-Mart Store in Auburn is what is consider a family and friend network environment, over 95 % of all employees that work at the Auburn store have more then one family member or long term friend relationship. I was considered an outsider and I did not have family members or long term friends. In the big city as New Orleans where I grew up you don't get to really know the person that live across the street from you and the people that you work with you got to know them at work.

Now the "Family and Friend Network" helped to get me the job at Wal-Mart and The same Family and Friends were commissioned by top level management of Wal-Mart Store East, LP to get rid of me because I was making them look bad when I file a complaint against their store. Though this seem childish to me this is exactly how life is in a small town where everybody knows everyone else.

Issue:

My life became the primary target to open fire from every family and friend that knew a friend or family member of Wal-Mart in Auburn or of that region. I lived through a living hell and if I could prevent from going back to a living hell I'm asking that the courts consider my request.

Over 60% to 80% of the community in the surrounding towns are either family or friends or work at one of the store in the region that surrounded the area where I lived. The community was fighting back and it stated with-in the store level and moved to the people that live across the road and the people next door to the post office and to the police. I lived through hell and I'm standing on the facts but I don't desire to go back to hell. I now realize that hell is a real place.

Conclusion:

Even though the complaint was not about not appreciating those friends and family members that helped me but it is based on the facts and those facts will stand up in court.

Reasoning:

The Facts are my life went from receiving roses: (Exhibit 1)

From going to the family gathering (Exhibit 2)

From taking walks in the park capturing the water falls (Exhibit 3)

From receiving a gift of $100 for my birthday (Exhibit 4) this was one month before the  complaint or before management shared the information of the complaint with the        "Network".

To threat on my life (Exhibit 5)

To being violated (Exhibit 6)

To becoming homeless (Exhibit 7)

To losing everything and those are the facts.

My life would be placed in grave danger and this would be a very hostile environment if the trail were to take place in Opelika. I 'm requesting that the trial take place in Montgomery, AL.

As you are aware the Regional Manager Mr. Don Boss was named as a part of the complaint and he is over the entire region from Montgomery to Georgia which will include Auburn and his Head Office Opelika!

Plaintiff, Wanda D. Ayers

*Wanda D. Ayers* (signature)



(Exhibit 1)





(Exhibit 2)






Exhibit A



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,          )
                             )
        Plaintiff,           )
                             )
v.                           )          Civil Action No.: 3:04cv1002-T
                             )
WAL-MART CORPORATION,        )
                             )
        Defendant.           )

## DECLARATION OF DON BOST

1.      My name is Don Bost.  I have been employed by Wal-Mart since May 20, 1975.
I am currently a District Manager for Wal-Mart in District # 74, which encompasses Store # 356
in Auburn, Alabama.  I have personal knowledge of the matters contained in this declaration.

2.      I was District Manager for District # 74 through 2003 and 2004.

3.      One of my duties as District Manager is to interview and select applicants from
District # 74 to participate in Wal-Mart's Management Training Program ("MTP").

4.      Applications for the MTP are made by associates on an in-store computer via
Wal-Mart's intranet system.

5.      Applicants selected to the MTP participate in a 17-week training program.  Those
who successfully complete the program are placed in salaried assistant manager positions.

6.      Wanda Ayers submitted an on-line application to the MTP on February 27, 2003,
during the application period beginning in January, 2003.  During that period there were eighty-
four applicants to the MTP from District # 74.  I chose thirteen of those applicants for interviews,
which took place on March 3 & 4, 2003.  Five of the interviewees were accepted into the MTP.

Four of those five started the training program on April 5, 2004.   Wanda Ayers was not interviewed for the MTP.

7.     Wanda Ayers submitted another on-line application to the MTP on July 21, 2003. During the application period beginning in July, 2003, there were twenty-nine applicants to the MTP from District # 74.   However, none of the applicants during this period was interviewed or selected for the MTP because there were no job vacancies to be filled at that time.

8.     Wal-Mart has no record of receiving an application from Wanda Ayers during the MTP application period beginning in October, 2003.   There were thirty-eight applicants to the MTP from District # 74 during that period.   However, once again, none of those applicants was interviewed or selected because there were no job vacancies to be filled.

9.     To be selected for a Vision Center Manager ("VCM") position, an associate must first complete the MTP and then apply to become a VCM.   Applications received from associates who have not completed the MTP will not be considered.

10.     I declare under penalty of perjury that the foregoing two-page declaration is true and correct and that I have initialed any changes and each page and signed below on this the _3_ᴿᴰ day of August, 2005.


_____
Don Bost
District Manager - District # 74


W95201 16.DOC

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:04cv1002-T |
| v. | ) |
| | ) |
| WAL-MART CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF SHANNON MOSER

1.     My name is Shannon Moser.  I have been employed by Wal-Mart since August 1, 1987.  I am currently a Store Manager for Wal-Mart at Store # 356 in Auburn, Alabama.  I have personal knowledge of the matters contained in this declaration.

2.     I was a Co-Manager at Store # 356 from October, 2002 until May, 2004, at which time I was promoted to Store Manager.

3.     Wanda Ayers requested a leave of absence to care for her mother on March 22, 2004.  Her leave of absence was to begin on April 1, 2004 and end on August 1, 2004.

4.     Ms. Ayers did not return to work at Wal-Mart when her leave of absence expired on August 1, 2004, nor did she request an extension of her leave prior to that time.

5.     Wal-Mart did not change Ms. Ayers's schedule or cut her hours or wages in retaliation for filing a charge of discrimination with the EEOC.  Associate schedules at Wal-Mart Store # 356 are generated by a computerized scheduling system known as Preferred Scheduling. Under the Preferred Scheduling system, the Store is provided with computerized shifts created by the Wal-Mart's Home Office in Bentonville, Arkansas based on sales figures from the same time period in the prior year.  The Store inputs associate availability based on Scheduling

Availability forms completed by associates.  The computer then generates associate schedules based on forecasted sales, associate availability, and length of service.  Thus, both before and after her EEOC charge, the Plaintiff's schedule varied somewhat based on the forecasted sales for the period in question and the availability and length of service of other overnight stockers, as well as her own availability and length of service.

6.    Ms. Ayers's schedules from 2001 through 2004 confirm that her scheduled days varied both before her charge was filed and after, as did the number of hours she was scheduled to work each week.  A true and correct copy of Ms. Ayers's schedule records for 2001 through 2004 as maintained by Wal-Mart in the ordinary course of business are attached hereto as Exhibit 1.  A true and correct copy of Ms. Ayers's earnings history report as maintained by Wal-Mart in the ordinary course of business is attached hereto as Exhibit 2.

7.    Ms. Ayers's hours decreased somewhat in late March, 2004, around the same time she requested her leave of absence.  Also, Ms. Ayers's attendance tracking report indicates that Ms. Ayers took FMLA leave on March 22 and March 24, 2004.  A true and correct copy of Ms. Ayers's attendance tracking report as maintained by Wal-Mart in the ordinary course of business is attached hereto as Exhibit 3.

8.    It is Wal-Mart's policy that associates on leave are entitled to vacation or sick pay only if an associate requests it.

9.    Ms. Ayers called me on or about August 10, 2004.  During that telephone conversation, Ms. Ayers requested her paycheck for the two weeks preceding her leave of absence and provided an address to which to send the check.  I did not understand Ms. Ayers to request pay for any unused vacation time during that or any other conversation.

2

10.    I sent Ms. Ayers's paycheck for the two weeks preceding her leave of absence to the address she provided over the phone.  I had not sent this check to the Plaintiff previously because had not completed a revised Associate Information Form, and I was unaware of her new address although I knew she had moved.

11.    Openings for hourly supervisory positions at Store #356, such as department manager and support manager, are posted in the store so that interested associates can apply for the positions.  Wal-Mart does not have any record of an application from Ms. Ayers for any of these hourly supervisory positions.

12.    I declare under penalty of perjury that the foregoing three-page declaration is true and correct and that I have initialed any changes and each page and signed below on this the ___ day of August, 2005

Shannon Moser
Shannon Moser
Store Manager - Store # 356,
Auburn, Alabama



# WEEK 45

# SCHEDULE

## 12-01-01

## TO

## 12-07-01

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00012

RUN ON: 11/17/2001 AT 08:59:23
FOR PERIOD ENDING: 12/07/2001

W A L - M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/01/2001 TO 12/07/2001

STORE NO. 956
WEEK NO. 45

Department = 931   NIGHT RECEIVING

| | 12/01/2001 SATURDAY | 12/02/2001 SUNDAY | 12/03/2001 MONDAY | 12/04/2001 TUESDAY | 12/05/2001 WEDNESDAY | 12/06/2001 THURSDAY | 12/07/2001 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| WANDA D. AYE Assc ID# - 1958 | | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | N/A-N/A | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: FR 1000p-0700a | 1000p-0900m-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | | 1000p-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 | $40.00 | T | |
| Meals: | | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: FR 1000p-0000m-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0000m-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-1200a-0700a (P)HD/AM O 931 | $40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a | | | |
| Shift: FR 1000dp-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a (P)HD/AM O 931 0200a-0300a | 1000p-0700a (P)HD/AM O 931 0300a-0300a | (P)HD/AM O 931 | $40.00 | T | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)HD/AM O 931 0200a-0300a | | 1000p-0700a | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | |
| Shift: | 1200a-1200a (P)HD/AM O 931 | 1200a-1200a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1200a-1200a (P)HD/AM O 931 | 1200a-1200a 1000p-0700a (P)HD/AM O 931 0300a-0400a | | | | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | |
| Shift: FR 1000p-0000m-0700a 0200a-0300a | 1200a-1200a 1000p-0700a (P)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1200a-1200a 1000p-0700a (P)SALES A 903 0300a-0400a | 1200a-1200a 1000p-0700a (P)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (P)SALES A 903 | 1200a-1200a 1000p-1200a-0700a (P)SALES A 903 | $40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a | 1000p-0700a | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: FR 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/AM O 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/AM O 931 0300a-0300a | 1000p-1200a-0700a (P)HD/AM O 931 | $40.00 | F | 3.8 |
| Meals: | | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00013

# WEEK 46

# SCHEDULE

12-08-01

TO

12-14-01

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00014

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00015

REPORT NO. sas2060
PAGE NO. 67

*OVERNIGHT G.M.* (handwritten)

RUN ON: 11/23/2001 AT 18:58:51
FOR PERIOD ENDING: 12/14/2001

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY

STORE NO. 356
WEEK NO. 46

Department # 931   NIGHT RECEIVING

| | 12/08/2001 SATURDAY | 12/09/2001 SUNDAY | 12/10/2001 MONDAY | 12/11/2001 TUESDAY | 12/12/2001 WEDNESDAY | 12/13/2001 THURSDAY | 12/14/2001 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT SIGN-ON HRS:END: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **WANDA D. AYE** Asc ID - 1968 | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | |
| | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | | 1000p-1200a-0700a SA (P)HD/HM O 931 | | | | |
| Meals: | 0300a-0400a | 0300a-0400a | | | | | | | | | |
| Shift: | 1000p-0700a (P)HD/HM O 931 | | | | | | | | | | |
| Meals: | 0300a-0400a | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F | | |
| | 1000p-0700a (P)HD/HM O 931 | 1000p-0000m-0700a (P)HD/HM O 931 | | | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-1200a-0700a SA (P)HD/HM O 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | | |
| Shift: | 1000p-0700a (P)HD/HM O 931 | | | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | T | | |
| | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | | | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-1200a-0700a SA (P)HD/HM O 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | 0300a-0400a | 0200a-0300a | | | | | |
| Avail: Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1000p-0700a | 1000p-0700a | 6.00 | T | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a (P)HD/HM O 931 | 1200a-1200a (P)HD/HM O 931 | 1200a-1200a | 1200a-1200a | 32.00 | F | | |
| | | (P)HD/HM O 931 | (P)HD/HM O 931 | | | | | | | | |
| Meals: | | 0300a-0400a | 0300a-0400a | 0300a-0400a | 0300a-0400a | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a (P)SALES A 903 | 1200a-1200a (P)SALES A 903 | 1200a-1200a | 1200a-1200a 1000p-1200a-0700a SA (P)SALES A 903 | 40.00 | F | | |
| | | 1000p-0700a (P)HD/HM O 931 | | | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | | | | | |
| Shift: | 1000p-0700a (P)SALES A 903 | 1000p-0700a (P)SALES A 903 | | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F | | |
| | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | | 1000p-1200a-0700a SA (P)HD/HM O 931 | | | | |
| Meals: | 0300a-0400a | 0300a-0400a | 0300a-0400a | 0300a-0400a | 0300a-0400a | | | | | | |

# WEEK 47

# SCHEDULE

## 12-15-01

## TO

## 12-21-01

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00016

W A L * M A R T   S T O R E S,   I N C.

ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/15/2001 TO 12/21/2001

STORE NO. 356
WEEK NO. 47

REPORT NO. sa320d0r
PAGE NO. 67

RUN ON: 12/03/2001 AT 18:48:30
FOR PERIOD ENDING: 12/21/2001

DEPARTMENT NO. 931   NIGHT RECEIVING

WANDA D. AYE
Asc ID - 1958

| | 12/15/2001 SATURDAY | 12/16/2001 SUNDAY | 12/17/2001 MONDAY | 12/18/2001 TUESDAY | 12/19/2001 WEDNESDAY | 12/20/2001 THURSDAY | 12/21/2001 FRIDAY | TOTAL HOURS | F/T/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 100p-0700a | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | |
| Meals: | 100p-0700a | 100p-0700a | 100p-0700a | 100p-0700a | 100p-0700a | 100p-0700a | 100p-1200a-0700a | | | |
| | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | | | |

# WEEK 48
# SCHEDULE

## 12-22-01

## TO

## 12-28-01

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00018

DEPARTMENT: 931 NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1958

E.M. SIDE

FROM 12/22/2001 TO 12/28/2001

FINAL COPY

| | 12/22/2001 SATURDAY | 12/23/2001 SUNDAY | 12/24/2001 MONDAY | 12/25/2001 TUESDAY | 12/26/2001 WEDNESDAY | 12/27/2001 THURSDAY | 12/28/2001 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Shift:<br>Avail:<br>Meals: | FR 1000p-0700a<br>(P)HD/HM O 931<br>0200a-0300a | 1000p-0700a | | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>(P)HD/HM O 931 | 1000p-0700a SA<br>(P)HD/HM O 931 | | F |
| Shift:<br>Avail:<br>Meals: | FR 1000p-0700a<br>(P)HD/HM O 931<br>0200a-0300a | 1000p-0700a<br>(P)HD/HM O 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-1200a-0700a SA<br>(P)HD/HM O 931 | 32.00 | F |
| Shift:<br>Avail:<br>Meals: | FR 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-0700a<br>(P)HD/HM O 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0300a | 1000p-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-1200a-0700a SA<br>(P)HD/HM O 931 | 32.00 | F |
| Shift:<br>Avail:<br>Meals: | FR 1000p-0000m-0700a<br>(P)HD/HM O 931<br>0300a-0400a | 1000p-0700a<br>(P)HD/HM O 931<br>0200a-0300a | | 1000p-0700a<br>0800m-0700a<br>(P)HD/HM O 931<br>0200a-0230a | 1200a-1200a<br>1000p-0700a<br>(P)HD/HM O 931<br>0300a-0300a | | 1000p-1200a-0700a SA<br>(P)HD/HM O 931 | | F |
| Shift:<br>Avail:<br>Meals: | FR 1000p-1200a<br>(P)SALES A 903<br>0300a-0400a | 1200a-1200a<br>(S)HD/HM O 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a<br>(P)HD/HM O 931<br>0300a-0300a | 1200a-1200a<br>(P)SALES A 903<br>0200a-0300a | 1200a-1200a<br>(P)SALES A 903<br>0200a-0300a | 1200a-0700a SA<br>(P)SALES A 903 | 22.50 | F |
| Shift:<br>Avail:<br>Meals: | 1200a-1200a<br>(P)HD/HM O 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>(P)HD/HM O 931<br>0300a-0300a | 1200a-1200a<br>(P)HD/HM O 931 | 1200a-1200a | 1200a-0700a SA<br>(P)HD/HM O 931 | 46.50 | F |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>(P)HD/HM O 931 | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-0700a<br>(P)HD/HM O 931 | 1200a-1200a | 1200a-0700a SA<br>(P)HD/HM O 931 | 24.00 | F |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>0000m-0700a<br>(P)HD/HM O 931<br>0300a-0330a | 1000p-0700a | OFF | 1000p-0700a | 1000p-1200a<br>(P)HD/HM O 931 | 1200a-0700a SA | | F |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>(P)HD/HM O 931 | OFF | | | | | | 38.50 | F |

N/A-DAY    10-7    OFF

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00019

# WEEK 49
# SCHEDULE

## 12-29-01

## TO

## 01-04-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00020

```
W A L * M A R T   S T O R E S,   I N C.                          STORE NO. 356
ASSOCIATE SCHEDULES                                              WEEK NO. 49
FINAL COPY
REPORT 12/29/2001 TO 01/04/2002

RUN ON: 12/16/2001 AT 20:52:14                                   REPORT NO. 5a52040W
FOR PERIOD ENDING 01/04/2002                                     PAGE NO. 65
```

| | 12/29/2001 SATURDAY | 12/30/2001 SUNDAY | 12/31/2001 MONDAY | 01/01/2002 TUESDAY | 01/02/2002 WEDNESDAY | 01/03/2002 THURSDAY | 01/04/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| WANDA R. AVE. | | | | | | | | | IPR |
| Asc ID - 1958 | | | | | | | | ◼◼◼◼◼ F | |
| Shift: | FR 1000p-0700a | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a | | | | |
| Meals: | (P)HD/MM O 931 | (P)HD/MM O 931 | | (P)HD/MM O 931 | (P)HD/MM O 931 | | 1000p-0700a | 40.00 | F |
| Meals: | 0300a-0400a | 0300a-0300a | | 0300a-0300a | 0300a-0400a | | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | |
| Avail Shift: | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | 40.00 | F |
| Meals: | 0300a-0400a | 0200a-0300a | 0200a-0300a | 0300a-0400a | 0300a-0400a | 0200a-0300a | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | |
| Avail Shift: | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | 40.00 | F |
| Meals: | 0300a-0400a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0300a-0400a | 0200a-0300a | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | | | 1000p-0700a | 1000p-1200a-0700a SA | | |
| Avail Shift: | (P)HD/MM O 931 | (P)HD/MM O 931 | (P)HD/MM O 931 | | | (P)HD/MM O 931 | (P)HD/MM O 931 | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | |
| Shift: | FR 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a SA | | |
| Avail Shift: | | | | | | | | 32.00 | F |
| Shift: | FR 1000p-0800m-0700a | 1200a-1200a | 1200a-1200a | | | | | | |
| Avail Shift: | (P)SALES A 903 | (P)SALES A 903 | (P)SALES A 903 | 1000p-0700a | | | | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Shift: | FR 1000p-0800m-0700a | 1000p-0700a | 1000p-0700a | | | | | | |
| Meals: | (P)HD/MM O 931 | (P)HD/MM O 931 | 1000p-0700a | | 1000p-0700a | | | | |
| Shift: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Meals: | 1000p-0700a | 1000p-0700a | | | | | 1000p-1200a-0700a SA | | |
| Shift: | (P)HD/MM O 931 | (P)HD/MM O 931 | | | | | 1000p-1200a-0700a SA | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | 0200a-0700a 931 | | |

FRONT END
SIGN-ON HR:MM:SE

# WEEK 50
# SCHEDULE

## 01-05-02

## TO

## 01-11-02



Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00022

```
RUN ON: 12/23/2001 AT 18:39:29                    W A L * M A R T   S T O R E S,  I N C.           STORE NO. 356        REPORT NO. sas2060P
FOR PERIOD ENDING: 01/11/2002                           ASSOCIATE SCHEDULES                        WEEK NO. 50          PAGE NO.  65
                                                           FINAL COPY
                                                  FROM 01/05/2002 TO 01/11/2002
```

**Department: 931    NIGHT RECEIVING**

| WANDA D. AVE. Asc ID - 1958 | 01/05/2002 SATURDAY | 01/06/2002 SUNDAY | 01/07/2002 MONDAY | 01/08/2002 TUESDAY | 01/09/2002 WEDNESDAY | 01/10/2002 THURSDAY | 01/11/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT SIGN-ON HH:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | 1000p-0700a | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a |  |  |  |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | 1000p-1200a-0700a SA |  |  |  |  |
| Meals: | 0300a-0400a | 0200a-0300a |  | 0200a-0300a | 0200a-0300a | 0200a-0300a | (P)HD/HM Q 931 |  |  |  |  |
| Avail: | 1000p-0700a | 1000p-0700a |  | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a |  | 40.00 | F |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  |  |  |  |
| Meals: | 0200a-0300a | 0200a-0300a |  | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0700a SA |  |  |  |  |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA |  | 40.00 | F |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  |  |  |  |
| Meals: | 0200a-0300a | 0200a-0300a |  | 0200a-0300a | 0200a-0300a | 0200a-0300a |  |  |  |  |  |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA |  | 40.00 | F |  |
| Shift: |  |  |  |  |  |  |  |  |  |  |  |
| Meals: |  |  |  |  |  |  |  |  |  |  |  |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA |  | 40.00 | F |  |
| Shift: |  |  |  |  |  |  |  |  |  |  |  |
| Meals: |  |  |  |  |  |  |  |  |  |  |  |
| Avail: FR | 1000p-0700a | 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a |  | 40.00 | F |  |
| Shift: |  |  |  |  |  |  |  |  |  |  |  |
| Meals: | 1000p-0700a | 1000p-0700a |  |  |  |  |  |  |  |  |  |
| Avail: FR | 1000p-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a |  | 32.00 | F |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)SALES A 903 | (P)SALES A 903 |  |  |  |  |  |  |
| Meals: | 0200a-0300a | 0200a-0300a |  | 0300a-0400a |  |  |  |  |  |  |  |
| Avail: FR | 1000p-0000m-0700a | 1000p-0000m-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a |  |  | 40.00 | F |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)HD/HM Q 931 | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  |  |  |  |  |
| Meals: | 0200a-0300a | 0200a-0300a |  | 0300a-0400a | 0300a-0400a | 0300a-0400a |  |  |  |  |  |
| Avail: | 1000p-0700a | 1000p-0700a |  | 1200a-1200a | 1200a-1200a |  |  |  |  |  |  |
| Shift: | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  | (P)HD/HM Q 931 | (P)HD/HM Q 931 |  |  |  |  |  |  |
| Meals: | 0300a-0400a | 0300a-0400a |  | 0200a-0300a | 0200a-0300a |  |  |  |  |  |  |

# WEEK 51 SCHEDULE



## 01-12-02

## TO

## 01-18-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00024

O/N Gm.

RUN ON: 12/30/2001 AT 22:57:45
FOR PERIOD ENDING 01/18/2002

NIGHT RECEIVING

Department: 931

WAGNER D., AVE.
Ass IN - 1958

**W A L * M A R T   S T O R E S,   I N C.**
ASSOCIATE SCHEDULES
FINAL COPY

FROM 01/12/2002 TO 01/18/2002

STORE NO. 356
WEEK NO. 51

REPORT NO. sas2060r
PAGE NO. 49
STORE-OK MR-MHR-SO

| | 01/12/2002 SATURDAY | 01/13/2002 SUNDAY | 01/14/2002 MONDAY | 01/15/2002 TUESDAY | 01/16/2002 WEDNESDAY | 01/17/2002 THURSDAY | 01/18/2002 FRIDAY | TOTAL HOURS FT/PT | IP# |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0000m-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-0000m-0700a (P)HD/HM Q 931 0300a-0400a | N/A-DAY | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-1200a-0700a SA (P)HD/HM Q 931 | 40.00 F | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0000m-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)HD/HM Q 931 | 40.00 F | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0000m-0700a (P)HD/HM Q 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)HD/HM Q 931 0300a-0400a | | 1000p-0700a | | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)HD/HM Q 931 | 40.00 F | |
| Avail: Shift: Meals: | FR 1200a-1200a 1200a-1200a (P)HD/HM Q 931 0300a-0300a | 1200a-1200a 1200a-1200a (P)HD/HM Q 931 0200a-0300a | 1200a-1200a 1200a-1200a (P)HD/HM Q 931 0200a-0300a | 1200a-1200a 1200a-1200a (P)HD/HM Q 931 0200a-0300a | 1200a-1200a 1200a-1200a (P)HD/HM Q 931 0200a-0300a | 1200a-1200a | 1200a-1200a 1200a-1200a SA | 32.00 F | |
| Avail: Shift: Meals: | 1200a-1200a (P)HD/HM Q 931 0200a-0300a | 1200a-1200a (P)SALES A 903 0200a-0300a | 1200a-1200a (P)SALES A 903 0200a-0300a | 1200a-1200a (P)SALES A 903 0200a-0300a | 1200a-1200a (P)SALES A 903 0200a-0300a | 1200a-1200a | 1200a-1200a (P)SALES A 903 | 40.00 F | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0000m-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a 1000p-0000m-0700a (P)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a 1000p-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a 1000p-0700a (P)SALES A 903 0200a-0300a | 1000p-0700a 1000p-0700a (P)SALES A 903 | 1000p-0700a 1000p-0700a SA | 40.00 F | |
| Shift: | 1000p-0700a (P)HD/HM Q 931 | 1000p-0700a | | 1000p-0700a | 1000p-0700a | | 1000p-0700a SA | | |

# WEEK 52 SCHEDULE



01-19-02

TO

01-25-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00026

RUN ON 01/07/2002 AT 19:10:46
FOR PERIOD ENDING: 01/25/2002

WANDA D. AYE.
Asc ID - 1958

Department : 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/19/2002 TO 01/25/2002

STORE NO. 856
WEEK NO. 52

REPORT NO. SAS2060M
PAGE NO. 66

| | 01/19/2002 SATURDAY | 01/20/2002 SUNDAY | 01/21/2002 MONDAY | 01/22/2002 TUESDAY | 01/23/2002 WEDNESDAY | 01/24/2002 THURSDAY | 01/25/2002 FRIDAY | TOTAL HOURS FT/PT |
|---|---|---|---|---|---|---|---|---|
| Avail: Shift: FR 1000p-0000m | 1000p-0700a (P)HD/HM O 931 | | | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a | 6.00 F |
| Meals: | 0300a-0400a | | | | | | | |
| Avail: Shift: FR 1000p-0000m | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 40.00 F |
| Meals: | 0200a-0300a | | | 0200a-0300a | | 0200a-0300a | 0200a-0300a | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 F |
| Meals: | | | | | | | | |
| Avail: Shift: FR 1000p-0700a | (P)HD/HM O 931 | | 1000p-0700a | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 40.00 F |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | |
| Avail: Shift: FR 1000p-0700a | (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-1200a-0700a SA | 40.00 F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: Shift: FR 1000p-0700a | (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-0700a (P)HD/HM O 931 | 1000p-1200a-0700a SA (P)HD/HM O 931 | 40.00 F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Shift: | 1200a-1200a 1000p-0000m (P)SALES A 903 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-0700a (P)SALES A 903 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-1200a-0700a SA (P)SALES A 903 | 40.00 F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Shift: FR 1000p-0700a | 1000p-0700a | 1000p-0700a (P)HD/HM O 931 | | 1000p-0700a | 34.00 F | 256 | 05:30: |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | |
| Shift: FR 1000p-0700a | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 1200a-1200a 1000p-0700a (P)HD/HM O 931 | 40.00 F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00027

# WEEK 01
# SCHEDULE

## 01-26-02

## TO

## 02-01-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00028

RUN DATE: 01/19/2002 AT 17:08:18
FOR PERIOD ENDING 02/01/2002

W A L - M A R T   A S S O C I A T E   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/26/2002 TO 02/01/2002

STORE NO. 956
WEEK NO. 1

REPORT NO. 9952060P
PAGE NO. 68
FROM: END
SIGN-ON HH:MM:SC

Department: 931    NIGHT RECEIVING

| | | 01/26/2002 SATURDAY | 01/27/2002 SUNDAY | 01/28/2002 MONDAY | 01/29/2002 TUESDAY | 01/30/2002 WEDNESDAY | 01/31/2002 THURSDAY | 02/01/2002 FRIDAY | TOTAL HOURS | FT/PT | IPN |
|---|---|---|---|---|---|---|---|---|---|---|

HANNA B. AVE. ─── Assc ID - 1958

ID Docs. Produced to Plaintiff
Wal-Mart/Ayers
00029

# WEEK 02 SCHEDULE

## 02-02-02

## TO

## 02-08-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00030

RUN ON: 02/01/2002  20:28:19
FOR PERIOD ENDING: 02/08/2002

ASSOCIATE SCHEDULE

FINAL CUT

FROM 02/02/2002 TO 02/08/2002

STORE NO. 956

REPORT NO: sas2046p
PAGE NO: 69

NAME D. AYE
Asc ID - 1958

Department : 931          NIGHT RECEIVING

| | 02/02/2002 SATURDAY | 02/03/2002 SUNDAY | 02/04/2002 MONDAY | 02/05/2002 TUESDAY | 02/06/2002 WEDNESDAY | 02/07/2002 THURSDAY | 02/08/2002 FRIDAY | TOTAL HOURS | F/T/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Shifts | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | | | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | | | |
| Meals | | | | | | | | | F | |
| Avail Shifts | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 14.00 | F | |
| Meals | | | | | | | | | F | |
| Shifts | 1000p-0700a (P)HD/MM Q 931 | | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a (P)HD/MM Q 931 | 40.00 | F | |
| Avail Shifts | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F | |
| Meals | 1200a-1200a | 1200a-1200a | | 1200a-1200a | | 1200a-1200a | 1200a-1200a | 40.00 | F | |
| Shifts | 1000p-0700a (P)HD/MM Q 931 | 1000p-0700a | 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 34.00 | F | |
| Meals | 1200a-1200a | | | | | | | 34.00 | F | |
| Shifts | FR 1000p-0700a 0200a-0300a (P)HD/MM Q 931 | 1200a-1200a | 1200a-1200a | | | | 1200a-1200a | 34.00 | F | |
| Avail Shifts | FR 1000p-0700a 0200a-0300a (P)HD/MM Q 931 | 1200a-1200a | 1200a-1200a | | | | 1200a-1200a | | F | |
| Meals | FR 1000p-0700a (P)HD/MM Q 931 0200a-0300a | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | 1200a-1200a 0700a-0400p (P)Y/O/W SFT 931 0200a-0300a | 1200a-1200a 0700a-0400p (P)Y/O/W SFT 931 0200a-0300a | 1000p-1200a-0700a (P)Y/O/W SFT 931 | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | | F | |

# WEEK 03 SCHEDULE

## 02-09-02

## TO

## 02-15-02

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00032

```
RUN ON: 01/25/2002 AT 21:23:05          W A L * M A R T   S T O R E S,   I N C.          STORE NO. 356          REPORT NO. sas2060P
FOR PERIOD ENDING: 02/15/2002                   ASSOCIATE SCHEDULES                      WEEK NO. 3             PAGE NO. 63
                                                   FINAL COPY
                                           FROM 02/09/2002 TO 02/15/2002

Department: 931   NIGHT RECEIVING                                                                                     FRONT END --
                                                                                                                      SIGN-ON  HR/MIN:SC

WANDA D. AYE.            02/09/2002    02/10/2002    02/11/2002    02/12/2002    02/13/2002    02/14/2002    02/15/2002    TOTAL
Asc ID - 1956           SATURDAY      SUNDAY        MONDAY        TUESDAY       WEDNESDAY     THURSDAY      FRIDAY        HOURS  FT/PT

Avail:                  FR            FR                          FR            FR            FR            FR
Shift:                  1000p-0700a   1000p-0700a   N/A-DAY       1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a
                                                                  1000p-1200a@  1000p-1200a@  1000p-1200a SA 1000p-1200a SA
                                                                  (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931
Meals:

Avail:
Shift:                  1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   40.00  F
                        (P)HD/MM O 931              (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 1000p-1200a SA
                        0200a-0300a                 0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   (P)HD/MM O 931
Meals:

Avail:
Shift:                  1000p-0700a   1000p-0700a                 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   6.00   F
                        (P)HD/MM O 931
                        0200a-0300a
Meals:

Avail:
Shift:                  1200a-1200a   1000p-0700a                 1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   38.00  F
Meals:

Avail:
Shift:                  1200a-1200a                               1200a-1200a   1000p-0700a   1000p-0700a   1200a-1200a   40.00  F
                        1000p-0000m-0700a                         1000p-0700a   (P)HD/MM O 931 (P)HD/MM O 931 1000p-0700a
                        (P)HD/MM O 931                            (P)HD/MM O 931 0200a-0300a   0200a-0300a   0200a-0300a
                        0200a-0300a                               0200a-0300a
Meals:

Avail:
Shift:                  FR            1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1200a-1200a   1200a-1200a   40.00  F
                        1000p-0000m-0700a (P)O/N SFT 931 (P)O/N SFT 931 (P)O/N SFT 931 (P)O/N SFT 931 1000p-1200a-0700a SA 1000p-1200a-0700a SA
                        (P)O/N SFT 931                                                  (P)O/N SFT 931 (P)O/N SFT 931
                        0200a-0300a
Meals:

Avail:
Shift:                  FR            1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   40.00  F
                        1000p-0000m-0700a (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 1000p-0700a
                        (P)HD/MM O 931             (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931 (P)HD/MM O 931
                        0200a-0300a               0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a
Meals:

Avail:
Shift:                  FR 1000p-0700a              1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   40.00  F
                        (P)HD/MM O 931             0800a-0500p   0800a-0500p   0800a-0500p   0800a-0500p   0800a-0500p
                        0200a-0300a                (P)SLS CLK  1s (P)SLS CLK  16 (P)SLS CLK  16 (P)SLS CLK  16 (P)SLS CLK  16
                                                   1100a-1200n   1100a-1200n   1100a-1200n   1100a-1200n
Meals:

Avail:
Shift:                  FR            1000p-0700a                 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a
                        1000p-0000m-0700a                                                                  (P)HD/MM O 931
                        (P)HD/MM O 931
                        0200a-0300a
Meals:
```

IG-29

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00053

# WEEK 04 SCHEDULE



02-16-02

TO

02-22-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00034

Department: 931  NIGHT RECEIVING

AVAILABLE SCHEDULES
FINAL COPY
FROM 02/16/2002 TO 02/22/2002

WEEK NO. 4

| | 02/16/2002 SATURDAY | 02/17/2002 SUNDAY | 02/18/2002 MONDAY | 02/19/2002 TUESDAY | 02/20/2002 WEDNESDAY | 02/21/2002 THURSDAY | 02/22/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Shift: | | | | | | | | | |
| | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | | | | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | | |
| Meals: | | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| | | | | | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | | |
| Meals: | | | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1000p-0000am-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1200a-1200a | 40.00 | F |
| | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | {PJO/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | | | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000am-0700a | 1000p-0000am-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 34.00 | F |
| | {PJO/N STO 931 | {PJO/N STO 931 | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | {PJO/N SFT 931 | {PJO/N SFT 931 | {PJO/N STO 931 | {PJO/N SFT 931 | {PJO/N SFT 931 | {PJO/N STO 931 | {PJO/N SFT 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | F |
| | {PJO/N STO 931 | 0700a-0400p | 0700a-0400p | 1000p-0700a | 1000p-0700a | 1000p-0700a | 0700a-0200p | | |
| | | {PJSLS CLK 16 | {PJSLS CLK 16 | | | | {PJSLS CLK 16 | | |
| Meals: | 1100a-1200n | 1100a-1200n | | | | | 1015a-1045a | | |
| Avail: | | | | | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 38.50 | F |
| | 0700a-0400p | 0700a-0400p | | | | 0700a-0200p | | | |
| | {PJSLS CLK 16 | {PJSLS CLK 16 | | | {PJSLS CLK 16 | | | | |
| Meals: | | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | | | | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 32.00 | F |
| Meals: | | | | | 0300p-0300p | | | | |
| Avail: | | | | | | | | | |
| Shift: | 1000p-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 40.00 | F |
| Meals: | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00035

# WEEK 05 SCHEDULE



02-23-02

TO

03-01-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00056

RUN ON: 02/17/2002 AT 17:16:34
FOR PERIOD ENDING 03/01/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/23/2002 TO 03/01/2002

STORE NO. 956
WEEK NO. 5

REPORT NO. 5as2060r
PAGE NO. 66

Department = 931   NIGHT RECEIVING

| | | 02/23/2002 SATURDAY | 02/24/2002 SUNDAY | 02/25/2002 MONDAY | 02/26/2002 TUESDAY | 02/27/2002 WEDNESDAY | 02/28/2002 THURSDAY | 03/01/2002 FRIDAY | TOTAL HOURS | FT/PT | IPA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WANDA P. AVE. ASC ID - 1958 | Avail: | FR 1000p-0700a | | | | | | | | | |
| | Shift: | | | N/A-DAY | 1000p-0700a 1000p-1200a-0700a ‹PJQ/N STO 931 0200a-0500a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a ‹PJQ/N STO 931 | | F | | |
| | Meals: | | | | | | | | | | |
| | Shift: | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 | 40.00 | F | |
| | Meals: | | | | | | | | | | |
| | Avail: | FR 1000p- | | | | | | | | | |
| | Shift: | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 1200a-1200a ‹PJQ/N STO 931 0200a-0300a | 40.00 | F | |
| | Meals: | | | | | | | | | | |
| | Avail: | FR 1000p- | | | | | | | | | |
| | Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F | |
| | Meals: | | | | | | | | | | |
| | Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | 34.00 | F | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | 0700a-0700a ‹PJQ/N STO 931 0200a-0300a | 0700a-0700a ‹PJQ/N STO 931 0200a-0300a | 0700a-0700a ‹PJQ/N STO 931 0200a-0300a | 0700a-0700a ‹PJQ/N STO 931 0200a-0300a | 0700a-0700a ‹PJQ/N STO 931 | 34.00 | F | |
| | Shift: | | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-0700a ‹PJQ/N STO 931 0200a-0300a | 1000p-1200a-0700a SA ‹PJQ/N STO 931 | | 40.00 | F | |
| | Shift: | | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a-0700a SA ‹PJQ/N STO 931 0200a-0300a | | | | |
| | Shift: | | | | | | | | | | |
| | Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00037

# WEEK 06
# SCHEDULE

03-02-02

TO

03-08-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00038

Department: # 931    NIGHT RECEIVING    FINAL COPY    FROM 03/02/2002 TO 03/08/2002

ASSOC ID - 1958

| | 03/02/2002 SATURDAY | 03/03/2002 SUNDAY | 03/04/2002 MONDAY | 03/05/2002 TUESDAY | 03/06/2002 WEDNESDAY | 03/07/2002 THURSDAY | 03/08/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON HRS/MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: FR<br>Meals: | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0300a<br>0200a-0300a | | | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 26.00 | F | | |
| Avail:<br>Shift: FR<br>Meals: | 1200a-1200a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1200a-1200a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1200a-1200a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N SFT 931 | 1200a-1200a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1200a-1200a<br>1000p-0700a<br>0200a-0300a SA<br>(P)O/N STO 931 | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N SFT 931 | 38.00 | F | | |
| Avail:<br>Shift: FR<br>Meals: | 0700a-0700a<br>1000p-0700a<br>0200a-0300a | | 0700a-0700a<br>1000p-0700a<br>0200a-0300a | 0700a-0700a | 0700a-0700a | 0700a-0700a<br>1000p-0700a<br>0200a-0300a | 0700a-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift: FR<br>Meals: | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | | | | 1000p-0700a<br>1000p-0700a<br>(3)SALES R 903 | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift: FR<br>Meals: | 1000p-0700a<br>0200a-0300a | 1000p-0700a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>0200a-0300a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00039

DO NOT REMOVE FROM WALL.

# WEEK 07
# SCHEDULE



03-09-02

TO

03-15-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00040

RUN ON: 02/22/2002 AT 22:31:26
FOR PERIOD ENDING: 03/15/2002

WANDA D. AYE
Asc ID - 1958

Department: 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/09/2002 TO 03/15/2002

STORE NO. 956
WEEK NO. 7

REPORT NO. 5asc2060r
PAGE NO. 65

| | 03/09/2002 SATURDAY | 03/10/2002 SUNDAY | 03/11/2002 MONDAY | 03/12/2002 TUESDAY | 03/13/2002 WEDNESDAY | 03/14/2002 THURSDAY | 03/15/2002 FRIDAY | TOTAL HOURS FT/PT | IP# | FRONT END SIGN-ON HR:MM:SS |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0800a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a Sa (P)O/N STO 931 | | F | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 32.00 | F | |
| Avail: Shift: Meals: | 1200a-1200a | 1200a-1200a 0800a-0500p (P)SLS CLK 16 1200n-0100p | 1200a-1200a 0700a-0400p 0200a-0300a | 1200a-1200a 0700a-0400p 0200a-0300a | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | 1200a-1200a 0700a-0400p (P)SLS CLK 16 0200p-0300p | 1200a-1200a 0700a-0400p (P)SLS CLK 16 0200p-0300p | 40.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-9000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300p | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N SFT 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N SFT 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a Sa (P)O/N SFT 931 | 34.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00041

DO NOT REMOVE FROM WALL.

# WEEK 08
# SCHEDULE

03-16-02

TO

03-22-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00062

WAL★MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/16/2002 TO 03/22/2002

RUN ON: 03/05/2002 AT 21:19:42
FOR PERIOD ENDING 03/22/2002

STORE NO. 356
WEEK NO. 8

REPORT NO. SAS2060P
PAGE NO. 65

Department = 931   NIGHT RECEIVING

| | 03/16/2002 SATURDAY | 03/17/2002 SUNDAY | 03/18/2002 MONDAY | 03/19/2002 TUESDAY | 03/20/2002 WEDNESDAY | 03/21/2002 THURSDAY | 03/22/2002 FRIDAY | TOTAL HOURS | FT/PT | IPM |
|---|---|---|---|---|---|---|---|---|---|---|

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00044

# WEEK 09
# SCHEDULE

03-23-02

TO

03-29-02

**DO NOT REMOVE FROM SCHEDULE WALL!**

REVOLVING SCHEDULED
FINAL COPY
FROM 03/23/2002 TO 03/29/2002

WEEK NO. 7

PAGE NO. 64

Department: 931    NIGHT RECEIVING

WANDA D. AVE.
Asc In - 1998

| | 03/23/2002 SATURDAY | 03/24/2002 SUNDAY | 03/25/2002 MONDAY | 03/26/2002 TUESDAY | 03/27/2002 WEDNESDAY | 03/28/2002 THURSDAY | 03/29/2002 FRIDAY | TOTAL HOURS | FT/PT | IPR | SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0000m 0700a-03\a (S)SALES SA 933 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 933 0200a-0300a | 1200a-1200a 1000p-0700a SA (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 0700a-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 0700a-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0700a 1200a-1200a SA | 0700a-0700a 1200a-1200a | 34.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1200a-1200a 0700a-0400p (P)SLS CLK 16 1200p-0100p | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | 1200a-1200a 0700a-0400p (P)SLS CLK 16 1100a-1200n | 1200a-1200a 0700a-0400p (P)SLS CLK 16 0100p-0200p | 1200a-1200a | 1200a-1200a | 1200a-1200a 0700a-0400p (P)SLS CLK 16 0100p-0200p | 32.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 6.00 | F | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00445

# WEEK 10 SCHEDULE



03-30-02

TO

04-05-02

**DO NOT REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00046

WAL-MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/30/2002 TO 04/05/2002

RUN ON: 03/16/2002 AT 10:38:50
FOR PERIOD ENDING: 04/05/2002

STORE NO. 356
WEEK NO. 10

REPORT NO. sas2046br
PAGE NO. 67

Department: 931   NIGHT RECEIVING

WANDA D. AYE.
Asc ID - 1958

| | 03/30/2002 SATURDAY | 03/31/2002 SUNDAY | 04/01/2002 MONDAY | 04/02/2002 TUESDAY | 04/03/2002 WEDNESDAY | 04/04/2002 THURSDAY | 04/05/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | | F |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1200a-0700a SA (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | 34.00 | F |
| Avail: Shift: Meals: | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | | | 1200a-1200a | 1200a-1200a 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | | | N/A-DAY | 1000p-0700a | | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | 40.00 | F |
| Shift: Meals: | 1000p-0700a 0200a-0300a | 0700a-0700a | | | | 0700a-0700a | 0700a-0700a | | F |
| Shift: Meals: | 0700a-0700a | 0700a-0700a | 0700a-0700a | | | 0700a-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 0700a-0700a 1000p-1200a-0700a SA | | F |
| Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | F |
| Shift: Meals: | 1200a-1200a | N/A-OT | N/A-OT | N/A-OT | N/A-OT | 1200a-1200a | 1200a-1200a | 0.00 | F |
| Meals: | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | 0.00 | F |

IP#

---- FRONT  END ----
SIGN-ON UR2WALSC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00047

# WEEK #11

# 04/06/02- 04/12/02

**\*\* PLEASE DO NOT REMOVE THIS FROM THE WALL**



Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00048

WAL-MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/06/2002 TO 04/12/2002

STORE NO. 356
WEEK NO. 11

Department = 931

MIDNIGHT RECEIVING

| | 04/06/2002 SATURDAY | 04/07/2002 SUNDAY | 04/08/2002 MONDAY | 04/09/2002 TUESDAY | 04/10/2002 WEDNESDAY | 04/11/2002 THURSDAY | 04/12/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Shifts: Meals: | 1000p-0700a (PJ0/N STO 931 0200a-0300a | | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | | | 40.00 | F |
| Avail Shifts: Meals: | FR 1000p-0700a (PJ0/N STO 931 0200a-0300a | | | 0700a-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0700a (PJ0/N STO 931 0200a-0300a | 40.00 | F |
| Avail Shifts: Meals: | FR 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1200a-0700a SA (PJ0/N STO 931 | 40.00 | F |
| Avail Shifts: Meals: | FR 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1200a-0700a SA (PJ0/N STO 931 | 40.00 | F |
| Shifts: Meals: | | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | 40.00 | F |
| Avail Shifts: Meals: | FR 1000p-0800m (CPSLS CLK 16 1200m-0100p | 0800a-0200p (CPSLS CLK 16 1200m-0100p | (CPSLS CLK 16 0200p-0300p | | 1000p-1200a (CPSLS CLK 16 0200p-0300p | 1000a-0700p (CPSLS CLK 16 0200p-0300p | 40.00 | F |
| Avail Shifts: Meals: | 1200a-1200a 0500a-0200p (PJ0/N STO 931 0200a-0300a | 1200a-1200a 0500a-0200p (PJ0/N STO 931 0200a-0300a | 1200a-1200a (PJ0/N STO 931 0200a-0300a | 1200a-1200a (PJ0/N STO 931 0200a-0300a | 1200a-1200a (PJ0/N STO 931 0200a-0300a | 1200a-1200a 1200a-0700a (PJ0/N STO 931 0200a-0300a | 40.00 | F |
| Avail Shifts: Meals: | | | | 1200a-1200a | | | 32.00 | F |
| Avail Shifts: Meals: | | | | | | | | | |
| Meals: | 1000p-1200a 0200a-0300a | | 1000p-1200a | 1000p-1200a | 1000p-1200a | 1000p-1200a | | | |

HANNA D., RYE
Assoc ID - 1988

N/A-DAY

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00069

# WEEK #12

# 04/13/02–
# 04/19/02

**\*\* PLEASE DO NOT REMOVE THIS FROM THE WALL**



Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00050

```
RUN ON: 03/30/2002 AT 15:40:35                    WAL*MART STORES, INC.                         STORE NO. 356
FOR PERIOD ENDING 04/19/2002                      FINAL SCHEDULES                               WEEK NO. 12
                                                  ASSOCIATE SCHEDULES
                                                  FROM 04/13/2002 TO 04/19/2002

                                                                                                        REPORT NO. SAS2060F
Department : 931    NIGHT RECEIVING                                                                     PAGE NO.   64

                    04/13/2002    04/14/2002    04/15/2002    04/16/2002    04/17/2002    04/18/2002    04/19/2002    TOTAL
                    SATURDAY      SUNDAY        MONDAY        TUESDAY       WEDNESDAY     THURSDAY      FRIDAY        HOURS  FT/PT
```

WANDA D. AVE
Asc ID - 1958

Shift: FR 1000p-0700a    1000p-0700a    N/A-DAY      1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA    F
              (P)Q/M STO 931             (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
Avail:        0200a-0300a              0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals:        1000p-0700a              1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA  40.00  F
              (P)Q/M STO 931           (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
              0200a-0300a              0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a

Shift: FR 1000p-0700a                 1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA    40.00  F
              (P)Q/M STO 931           (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
Avail:        0200a-0300a              0200a-0300a    0200a-0300a    0200a-0300a
Meals:

Shift: FR 1000p-0000m-0700a    1000p-0700a    0700a-0700a    0700a-0700a    0700a-0700a    0700a-0700a    40.00  F
              (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
Avail:        0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals:

Shift: FR 1000p-0000m-0700a    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    40.00  F
              (P)Q/M SFT 931 (P)Q/M STO 931 1000p-0700a    1000p-0700a    1000p-1200a-0700a SA
              0200a-0300a    0200a-0300a    (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
Avail:                                      0200a-0300a    0200a-0300a
Meals:

Shift: FR 1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    32.00  F
Avail:
Meals:

Shift: 1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    8.00   F
Avail:
Meals:

Shift: 1200a-1200a    1200a-1200a    1200a-1200a    0500a-0200p    0500a-0200p    40.00  F
       0500a-0200p    0500a-0200p    0500a-0200p    (P)SLS CLK 16  (P)SLS CLK 16
       (P)SLS CLK 16  (P)SLS CLK 16  (P)SLS CLK 16  1000a-1100a    1000a-1100a
Avail: 1000a-1100a    1000a-1100a    1000a-1100a
Meals:

Shift: FR 1000p-0000m-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    40.00  F
          0200a-0300a          (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
Avail:                         0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals: 1000p-0700a    1000p-0700a    1000p-0700a
       (P)Q/M STO 931 (P)Q/M STO 931 (P)Q/M STO 931
       0200a-0300a    0200a-0300a    0200a-0300a

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00051

# WEEK 13 SCHEDULE

## 04-20-02

## TO

## 04-26-02

DO NOT CROSS THIS SHEET
OUT — I HAVE TO FILE THESE!

**DO NOT REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00052

```
RUN ON: 04/05/2002 AT 20:23:56          W A L * M A R T   S T O R E S,  I N C.          STORE NO. 356          REPORT NO. sas2060r
FOR PERIOD ENDING: 04/26/2002                    ASSOCIATE SCHEDULES                     WEEK NO. 13           PAGE NO.  66
                                                    FINAL COPY
                                            FROM 04/20/2002 TO 04/26/2002
```

HANDA D. AYE          ;----------- FRONT END --
Asc ID - 1958          SIGN-ON HR&MM&SC

Department : 931    NIGHT RECEIVING

| | 04/20/2002 SATURDAY | 04/21/2002 SUNDAY | 04/22/2002 MONDAY | 04/23/2002 TUESDAY | 04/24/2002 WEDNESDAY | 04/25/2002 THURSDAY | 04/26/2002 FRIDAY | TOTAL HOURS | F1/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | 1000p-0700a FR 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PYO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Avail: Shift: | 0700a-0700a | 0700a-1200a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 6.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 24.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a (PYO/N SFT 931 | 1200a-1200a (PYO/N STO 931 | | | | | | 8.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Avail: Shift: | 1200a-1200a 0500a-0200p (PYSLS CLK  16 1200n-0100p | 1200a-1200a 0500a-0200p (PYSLS CLK  16 1000a-1100a | 1200a-1200a 0500a-0200p (PYSLS CLK  16 1000a-1100a | 1200a-1200a 0500a-0200p (PYSLS CLK  16 | 1200a-1200a 0500a-0200p (PYSLS CLK  16 | 1200a-1200a 0500a-0200p (PYSLS CLK  16 | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a FR 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-0700a (PYO/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PYO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | 1000p-0700a (PYO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 34.00 | F | 34:1 |
| Meals: | 0200a-0300a | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00053

# WEEK 14 SCHEDULE

## 04-27-02

## TO

## 05-03-02

DO NOT CROSS THESE SHEETS OUT — I HAVE TO FILE THEM!

**DO NOT REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00054

RUN ON: 04/12/2005 AT 18:57:18
FOR PERIOD ENDING 05/03/2002

Department = 93:

NIGHT RECEIVING

WANDA D. AYE
Assc ID - 1958

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/27/2002 TO 05/03/2002

STORE NO. 356
WEEK NO. 14

| | 04/27/2002 SATURDAY | 04/28/2002 SUNDAY | 04/29/2002 MONDAY | 04/30/2002 TUESDAY | 05/01/2002 WEDNESDAY | 05/02/2002 THURSDAY | 05/03/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| avail: shift: | FR 1000p-1000a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 46.00 | F |
| avail: shift: | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1000p-0700a | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 46.00 | F |
| avail: shift: | FR 1000p-0000a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0000a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | | 40.00 | F |
| avail: shift: | 1200a-1200a<br>1200a-0100p<br>(P)SLS CLK 16 | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1000a-1100a | | 1200a-1200a<br>0500a-0200p<br>(S)SALES A 903<br>1000a-1100a | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1000a-1100a | 40.00 | F |
| avail: shift: | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931 | 34.00 | F |
| avail: shift: | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 34.00 | F |
| avail: shift: | 1200a-1200a<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931 SA | 32.00 | F |
| avail: shift: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-1200a<br>(P)O/N STO 931 | 1000p-0700a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F |

WAL*MART STORE NO. 356

DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!

05-10-02

TO

05-04-02

# SCHEDULE

# WEEK 15

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00856

```
RUN ON: 04/20/2002 AT 09:19:36                               W A L * M A R T   S T O R E S,   I N C.           STORE NO. 356              REPORT NO. 5a52060r
FOR PERIOD ENDING: 05/10/2002                                    ASSOCIATE SCHEDULES                          WEEK NO. 15                PAGE NO.   69
                                                                    FINAL COPY
                                                             FROM 05/04/2002 TO 05/10/2002                                              FRONT END ----
Department: 931     NIGHT RECEIVING                                                                                                     SIGN-ON HRCURESC
```

| | 05/04/2002 SATURDAY | 05/05/2002 SUNDAY | 05/06/2002 MONDAY | 05/07/2002 TUESDAY | 05/08/2002 WEDNESDAY | 05/09/2002 THURSDAY | 05/10/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|

```
WANDA D. AVE.
Asc ID - 1950

Avail: Shift:   FR 1000p-0700a    1000p-0700a      N/A-DAY          1000p-0700a      1000p-0700a      1000p-0700a      1000p-0700a
                   (P)O/N STO 931    (P)O/N STO 931                   (P)O/N STO 931    (P)O/N STO 931    (P)O/N STO 931    1000p-1200a-0700a Sa    XXXXX F
Meals:             0200a-0300a      0200a-0300a                      0200a-0300a      0200a-0300a      0200a-0300a      (P)O/N STO 931

Shift:             1000p-0700a      1000p-0700a                      1000p-0700a                       1000p-0700a      1000p-0700a
Meals:             (P)O/N STO 931    (P)O/N STO 931                   (P)O/N STO 931                     (P)O/N STO 931    (P)O/N STO 931

Avail: Shift:   FR 1000p-0000m-0700a  1200a-1200a    1000p-0700a     1000p-0700a      1000p-0700a      1000p-0700a      1200a-1200a             40.00   F
                   (P)O/N STO 931    1000p-0700a      1000p-0700a     (P)O/N STO 931    (P)O/N STO 931    (P)O/N STO 931    1000p-0700a Sa
Meals:             0200a-0300a      (P)O/N STO 931    (P)O/N STO 931                                     0200a-0300a      (P)O/N STO 931
                                     0200a-0300a      0200a-0300a

Shift:             1000p-0700a      1000p-0700a                                                          1000p-0700a      1000p-0700a
Meals:             (P)O/N STO 931    (P)O/N STO 931                                                      (P)O/N STO 931    (P)O/N STO 931

Avail: Shift:   FR 1000p-0000m-0700a  1000p-0700a    1000p-0700a     0700a-0700a      0700a-0700a      0700a-0700a      0700a-1100p             40.00   F
                   (P)O/N STO 931    (P)O/N STO 931    (P)O/N STO 931                   1000p-0700a      1000p-1200a-0700a Sa
Meals:             0200a-0300a      0200a-0300a      0200a-0300a                       (P)O/N STO 931    (P)O/N STO 931
                                                                                        0200a-0300a

Shift:             1000p-0700a      1000p-0700a
Meals:             (P)O/N STO 931    (P)O/N STO 931
                   0200a-0300a      0200a-0300a

Avail: Shift:   FR 1000p-0700a      0700a-1100p      0700a-0700a     0700a-1100p      0700a-1100p      0700a-1100p      0700a-1100p            34.00    F
                   (P)O/N STO 931                                     1000p-0700a      1000p-0700a      1000p-0700a
Meals:             0200a-0300a                                        (P)O/N STO 931    (P)O/N STO 931    (P)O/N STO 931
                                                                      0200a-0300a      0200a-0300a      0200a-0300a

Shift:             1200a-1200a      0700a-1100p
Meals:             (P)O/N STO 931
                   0200a-0300a

Avail: Shift:   FR 1200a-1200a      1200a-1200a      N/A-OT           1200a-1200a      1200a-1200a      1200a-1200a                            40.00    F
                   1000p-0700a      1000p-0700a                       1000p-0700a      1000p-0700a      1000p-0700a
Meals:             (P)O/N STO 931    (P)O/N STO 931                   (P)O/N STO 931    (P)O/N STO 931    (P)O/N STO 931
                   0200a-0300a      0200a-0300a                       0200a-0300a      0200a-0300a

Avail: Shift:   FR 1200a-1200a      1200a-1200a      N/A-OT           0700a-0700a      0700a-0700a      0700a-1100p      1200a-1200a           34.00    F
                   1000p-0700a      1000p-0700a                                         1000p-0700a      1000p-1200a-0700a Sa
Meals:             (P)O/N STO 931    (P)O/N STO 931                                     (P)O/N STO 931    (P)O/N STO 931
                   0200a-0300a      0200a-0300a

Avail: Shift:   FR 1200a-1200a      1200a-1200a      N/A-OT           0700a-0700a                       1200a-1200a      1200a-1200a          32.00    F
                   (P)O/N SFT 931                                                                                         1000p-0700a
Meals:                                                                                                                    (P)O/N STO 931

Shift:             1000p-0700a                                                                                            1200a-1200a-1200a Sa
                   (P)O/N SFT 931                                                                                         (P)O/N SFT 931
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00057

# WEEK 16 SCHEDULE

05-11-02

TO

05-17-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers-
ID Docs. Produced to Plaintiff
00058

RUN ON: 04/29/2002 AT 22:48:37
FOR PERIOD ENDING: 05/17/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 05/11/2002 TO 05/17/2002

STORE NO. 356
WEEK NO. 16

REPORT NO. sas2060rr
PAGE NO. 66

Department: 931    NIGHT RECEIVING

| | 05/11/2002 SATURDAY | 05/12/2002 SUNDAY | 05/13/2002 MONDAY | 05/14/2002 TUESDAY | 05/15/2002 WEDNESDAY | 05/16/2002 THURSDAY | 05/17/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| **WANDA D. AVE.** Asc ID - 1958 | | | | | | | | | | |
| Avail Shift: | FR 1000p-1000m<br>(P)O/M-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/M STO 931 | 1200a-1200a<br>1000p-1200a-0700a<br>(P)O/M STO 931 | 40.00 | F | |
| Meals: | 1000p-0700a<br>(P)O/M-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/M STO 931 | 1200a-1200a<br>(P)O/M STO 931 | 40.00 | F | |
| Avail Shift: | FR 1000p-0000m<br>(P)O/M-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 0700a-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-1200a-0700a<br>(P)O/M STO 931 | 40.00 | F | |
| Meals: | 1000p-0700a<br>0200a-0300a | | | | | | | | | |
| Shift: | 0700a-0700a<br>0200a-0300a | | 0700a-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/M STO 931 | | | |
| Meals: | | | | | | | | | | |
| Avail Shift: | FR 1000p-1100p<br>(P)O/M STO 931<br>0200a-0300a | | 0700a-1100p<br>(P)O/M S O 931<br>0200a-0300a | 0700a-1100p | 0700a-1100p | 0700a-1100p | N/A-OT | 38.00 | F | |
| Meals: | 0700a-1100p | | | | | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931 | 1200a-1200a<br>(P)O/M STO 931 | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 6.00 | F | |
| Meals: | | | | | | | | | | |
| Avail Shift: | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1200n-0100p | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | 40.00 | F | |
| Meals: | | | | | | | | | | |

FRONT END
SIGN-OP HH:MM:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00059

# WEEK 17 SCHEDULE

## 05-18-02

## TO

## 05-24-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
1D Docs. Produced to Plaintiff
00060

ASSOCIATE SCHEDULES
FINAL COPY
FROM 05/18/2002 TO 05/24/2002

FOR PERIOD ENDING: 05/24/2002

WEEK NO. 17

PAGE NO. 69

Department # 931    NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1958

| | 05/18/2002 SATURDAY | 05/19/2002 SUNDAY | 05/20/2002 MONDAY | 05/21/2002 TUESDAY | 05/22/2002 WEDNESDAY | 05/23/2002 THURSDAY | 05/24/2002 FRIDAY | TOTAL HOURS | F1/PT | IPW |
|---|---|---|---|---|---|---|---|---|---|---|
| Meals: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | | |
| Avail: Shifts | 1000p-0700a (*PO/W STO 931) 0200a-0300a | | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a (*PO/W STO 931) | 34.00 | F | |
| Meals: Shifts | 1000p-0700a (*PO/W STO 931) 0200a-0300a | | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a (*PO/W STO 931) | 40.00 | F | |
| Meals: Shifts Avail: | | | | | | | | | | |
| Shifts | 0700a-0700a | 0700a-0700a | 0700a-1100p 1000p-0700a (*PO/W STO 931) 0200a-0300a | 0700a-0700a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 0700a-1100p 1000p-0700a (*PO/W STO 931) 0200a-0300a | 0700a-0700a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 0700a-1100p 1000p-1200a-0700a (*PO/W STO 931) | 34.00 | F | |
| FR 1000p-0000m-0700a (*PO/W STO 931) 0200a-0300a | | | | | | | | | | |
| Meals: Shifts | 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a (*PO/W STO 931) | 40.00 | F | |
| FR 1000p-0700a (*PO/W STO 931) 0200a-0300a | | | | | | | | | | |
| Meals: | 1000p-0700a (*PO/W STO 931) 0200a-0300a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a (*PO/W STO 931) | 40.00 | F | |
| Avail: Shifts | 1000p-0700a (*PO/W STO 931) 0200a-0300a | N/A-OT | | | | | | | | |
| Meals: Shifts | N/A-OT | N/A-DAY | | | | | | | | |
| Avail: Shifts FR 1000p-0700a (*PO/W STO 931) | | | | | | | | | | |
| Meals: | 1000p-0700a (*PO/W STO 931) 0200a-0300a | 1000p-0700a | | | | | | | | |
| Shifts FR 1000p-0700a (*PO/W SFT 931) | | | | | | | | | | |
| Avail: Shifts FR 1000p-0000m-0700a (*PO/W SFT 931) | | | | | | | | | | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00061

# WEEK 18 SCHEDULE

## 05-25-02

## TO

## 05-31-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00062

```
RUN ON: 05/10/2002 AT 22:52:04                    W A L * M A R T   S T O R E S,  I N C.          STORE NO. 356
FOR PERIOD ENDING: 05/31/2002                            ASSOCIATE SCHEDULES                       WEEK NO. 18
                                                            FINAL COPY
                                                 FROM 05/26/2002 TO 05/31/2002
```

Department: 931    NIGHT RECEIVING

HANNA-B-AVE
Asc ID - 1958

| | 05/25/2002 SATURDAY | 05/26/2002 SUNDAY | 05/27/2002 MONDAY | 05/28/2002 TUESDAY | 05/29/2002 WEDNESDAY | 05/30/2002 THURSDAY | 05/31/2002 FRIDAY | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|
| Shift: | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1200a-1200a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | |
| Shift: | 0200a-0300a | | | 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-1200a (P)O/N STO 931 | |
| Meals: | | | | | 0200a-0300a | 0200a-0300a | 0700a-0700a (P)O/N STO 931 | 40.00 |
| Avail: | FR 1000p-0000a | | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1200a-1200a (P)O/N STO 931 | 1000p-1200a-0700a SA | |
| Shift: | 0700a-0700a (P)O/N STO 931 | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a (P)O/N STO 931 | 0700a-0700a (P)O/N STO 931 | 0700a-0700a SA | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 40.00 |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1200a-1200a | 1000p-1200a-0700a SA | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a (P)O/N STO 931 | 0200a-0300a | 1000p-1200a-0700a SA | 40.00 |
| Avail: | FR 1000p-0000a | N/A-DAY | 1200a-1200a | N/A-DAY | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | 1200a-1200a | 0700a-0700a (P)O/N STO 931 | |
| Shift: | 0200a-0300a | | 0200a-0300a | | 0200a-0300a | 1000p-0700a | 0700a-0700a | |
| Meals: | | | | | | 0200a-0300a | | 40.00 |
| Avail: | FR 1000p-0000a | | | 0700a-0700a | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | | | | | | |
| Meals: | 0200a-0300a | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | |
| Meals: | | | | | | | | 32.00 |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00064

# WEEK 19
# SCHEDULE

## 06-01-02

## TO

## 06-07-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

RUN ON: 05/17/2002 AT 20:11:42
FOR PERIOD ENDING: 06/07/2002

Department : 1     CANDY:

                                    06/01/02
                                    SATURDAY

KERMIT C. DAU.     Avail:          N/A-04%
Asc ID - 0326      Shift:

                   Meals:

CHIMESTER LOC.     Avail:          0600a-6
Asc ID - 0999      Shift:

                   Meals:

RUN ON: 05/17/2002 AT 20:14:56
FOR PERIOD ENDING: 06/07/2002

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/01/2002 TO 06/07/2002

STORE NO. 356
WEEK NO. 19

REPORT NO. 58520AGP
PAGE NO. 64

Department: 931    NIGHT RECEIVING

HANNA D. AVE.
Asc ID - 1958

| | 06/01/2002 SATURDAY | 06/02/2002 SUNDAY | 06/03/2002 MONDAY | 06/04/2002 TUESDAY | 06/05/2002 WEDNESDAY | 06/06/2002 THURSDAY | 06/07/2002 FRIDAY | TOTAL HOURS | FT/PT | FRONT END SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift:<br>Meals: | FR 1000p-0800m-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | 1000p-0700a<br>0200a-0300a | 1000p-0700a<br>0200a-0300a | 1000p-0700a<br>0200a-0300a | 1200a-1200a | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 0700a-0700a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | N/A-DAY | 1200a-1200a | N/A-DAY | 1200a-1200a | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a | | | | | 1200a-1200a | 32.00 | F | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>0200a-0300a | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>0200a-0300a | 1200a-1200a | | | 40.00 | F | |
| Shift:<br>Meals: | 1000a-1100a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | | | 1200a-1200a<br>0500a-0200p<br>(P)SLS CLK 16<br>1100a-1200n | 40.00 | F | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00065

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00966

# WEEK 20 SCHEDULE

## 06-08-02

## TO

## 06-14-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

```
RUN ON: 05/26/2002 AT 19:26:55                    W A L * M A R T   S T O R E S,   I N C.              STORE NO. 956
FOR PERIOD ENDING: 06/14/2002                          ASSOCIATE SCHEDULES                            WEEK NO. 20
                                                          FINAL COPY
                                                 FROM 06/08/2002 TO 06/14/2002                         REPORT NO. xxs2060P
                                                                                                       PAGE NO. 60

Department # 931    NIGHT RECEIVING

HANNA D. AYE.
Asc ID - 1958
```

| | 06/08/2002 SATURDAY | 06/09/2002 SUNDAY | 06/10/2002 MONDAY | 06/11/2002 TUESDAY | 06/12/2002 WEDNESDAY | 06/13/2002 THURSDAY | 06/14/2002 FRIDAY | TOTAL HOURS | FT/PT | IP: |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | 1200a-1200a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | SA | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>0900m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931 | SA | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>0900m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-1200a-0700a<br>(P)O/N STO 931 | SA | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>0200a-0300a | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | SA | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 0700a-0700a | 0700a-0700a | | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | | N/A-UN | N/A-UN | N/A-UN | N/A-DAY | 1200a-1200a<br>1000p-0700a | 1200a-1200a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | | 29.00 | F |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 32.00 | F | |

Wal-Mart/Ayers<br>ID Docs. Produced to Plaintiff<br>00067

# WEEK 21
# SCHEDULE

## 06-15-02

## TO

## 06-21-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00068

RUN ON: 05/31/2002 AT 22:15:49
FOR PERIOD ENDING: 06/21/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/15/2002 TO 06/21/2002

STORE NO. 356
WEEK NO. 21

REPORT NO. SAS2D60R
PAGE NO. 63

Department : 931    NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1958

| | 06/15/2002 SATURDAY | 06/16/2002 SUNDAY | 06/17/2002 MONDAY | 06/18/2002 TUESDAY | 06/19/2002 WEDNESDAY | 06/20/2002 THURSDAY | 06/21/2002 FRIDAY | TOTAL HOURS | F1/PT | IPA |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-1200a SA (PJO/N STO 931 | | F | |
| Meals: | | | | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a | | N/A-DAY | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 0200a-0300a | 1200a-1200a (PJO/N STO 931 0200a-0300a | 1200a-1200a (PJO/N STO 931 0200a-0300a | 0700a-0700a (PJO/N STO 931 0200a-0300a | 0700a-0700a (PJO/N STO 931 0200a-0300a | 1200a-1200a (PJO/N STO 931 0200a-0300a | 1200a-0700a SA (PJO/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 0700a-0700a (PJO/N STO 931 0200a-0300a | 0700a-0700a | 0700a-0700a | 0700a-0700a (PJO/N STO 931 0200a-0300a | 0700a-0700a (PJO/N STO 931 0200a-0300a | 0700a-0700a (PJO/N STO 931 0200a-0300a | 0700a-0700a (PJO/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-0700a SA | 34.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a 0600a-0200p (PJSLS CLK 16 0100p-0200p | 1200a-1200a 0600a-0200p (PJSLS CLK 16 1000a-1100a | 1200a-1200a 0600a-0200p (PJSLS CLK 16 1000a-1100a | 1200a-1200a 0600a-0200p (PJSLS CLK 16 1000a-1100a | 1200a-1200a 0600a-0200p (PJSLS CLK 16 1000a-1100a | 1200a-1200a 0600a-0200p (PJSLS CLK 16 1000a-1100a | 1200a-1200a 0600a-0200p (PJSALES A 903 | 35.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m (PJO/N STO 931 0200a-0300a | 1000p-0000m-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJSLS CLK 16 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (PJSALES A 903 | 40.00 | F | |
| Meals: | 1000a-0700a | | 1000p-0700a | | | | | | | |
| Shift: | 1000a-0700a | | | | | | | | | |

Wal-Mart/Ayers
(1) Docs. Produced to Plaintiff
00070

# WEEK 22 SCHEDULE

## 06-22-02

## TO

## 06-28-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

```
RUN ON: 06/07/2002 AT 20:03:12                    W A L * M A R T   S T O R E S,  I N C.        STORE NO. 356        REPORT NO. 5352060P
FOR PERIOD ENDING: 06/28/2002                            ASSOCIATE SCHEDULES                     WEEK NO. 22          PAGE NO.  66
                                                            FINAL COPY
                                                   FROM 06/22/2002 TO 06/28/2002                                      <-------- FRONT END --
                                                                                                                       SIGN-ON HARDNESS
Department : 931    NIGHT RECEIVING

                    06/22/2002    06/23/2002    06/24/2002    06/25/2002    06/26/2002    06/27/2002    06/28/2002    TOTAL
                    SATURDAY      SUNDAY        MONDAY        TUESDAY       WEDNESDAY     THURSDAY      FRIDAY        HOURS    FT/PT    IPR
```

WANNA P., AYE.,
Asc ID - 1968

| | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | 1000p-0700a (PJO/N STO 931) | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 22.00 | F |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: Shift: | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1000a-0700a (PJSLS CLK 16) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931) | 32.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: | 0700a-0700a (PJO/N STO 931) 0200a-0300a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | | | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | N/A-DAY | N/A-OT | N/A-OT | N/A-OT | 1000p-0700a (PJO/N STO 931) | 32.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0000m-0700a (SJSALES A 903) 0200a-0300a | N/A-OT | N/A-OT | N/A-OT | 1000p-0700a (PJO/N STO 931) | 1000p-0700a SA (PJO/N STO 931) | 6.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931) | 24.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (PJO/N STO 931) 0200a-0300a | | | | | 1200a-1200a (PJSLS CLK 16 1000p-1200a-0700a SA | 34.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a SA (PJO/N STO 931) | 40.00 | F |
| Meals: | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00071

# WEEK 23 SCHEDULE

06-29-02

TO

07-05-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00072

RUN ON: 06/16/2002 AT 21:36:30
FOR PERIOD ENDING: 07/05/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/29/2002 TO 07/05/2002

STORE NO. 956
WEEK NO. 23

REPORT NO. 
PAGE NO. 63

Department: 931   NIGHT RECEIVING

| | | 06/29/2002 SATURDAY | 06/30/2002 SUNDAY | 07/01/2002 MONDAY | 07/02/2002 TUESDAY | 07/03/2002 WEDNESDAY | 07/04/2002 THURSDAY | 07/05/2002 FRIDAY | TOTAL HOURS | F/PT | IPS | FRONT SIGN-ON | END SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | | | | | | | | | | | | | |
| Shift: | FR 1000p-0700a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 1000p-1200a SA | | | | | | |
| | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a SA | 1200a-0700a SA | | | | | | |
| | | | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | |
| Meals: | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | $0.00 | F | | | |
| Avail: | | | | | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 1000p-1200a SA | | | | | | |
| | | | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | |
| Meals: | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | $0.00 | F | | | |
| Avail: | | | | | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | | | |
| | | | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | | | |
| Meals: | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | $0.00 | F | | | |
| Avail: | | | | | | | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | 1000p-1200a | | | | | | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | $0.00 | F | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 1000p-1200a SA | 1200a-1200a | | | | | | |
| | (PJO/N STO 931 | | | | (PJO/N STO 931 SA | (PJO/N STO 931 | | | | | | | |
| Meals: | 0200a-0300a | | | | 0200a-0300a | | | $0.00 | F | | | |
| Avail: | | | | | | | | | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | | | | |
| | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a | | | | | | |
| | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Meals: | | | | | | | | $0.00 | F | | | |
| Avail: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | | |
| Shift: | (SYSNALE) X 903 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | $0.00 | F | | | |
| Avail: | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | | | | | | | |
| Shift: | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 34.00 | F | | | |
| Shift: | 0700a-0100p | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0700a | N/A-OT | | | | | | |
| Meals: | | | | | | | | 0.00 | F | | | |
| Shift: | 1200a-1200a | 1000p-0700a | 0700a-0600p | 0700a-0600p | | | | | | | | | |
| | (PJSLS CLK 16 | (PJSLS CLK 16 | (PJSLS CLK 16 | (PJSLS CLK 16 | | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0400a | 0300a-0400a | | | | 34.00 | F | | | |
| Shift: | 1000p-0600a | 1000p-0600a | | | | | | | | | | | |
| | (PJSLS CLK 16 | (PJSLS CLK 16 | | | | | | | | | | | |
| Meals: | 0300a-0400a | 0300a-0400a | | | | | | 38.00 | F | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00073

# WEEK 25 SCHEDULE

07-13-02

TO

07-19-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00074

RUN ON: 06/29/2002 AT 08:42:41
FOR PERIOD ENDING: 07/19/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/13/2002 TO 07/19/2002

STORE NO. 356
WEEK NO. 29

REPORT NO. ...
PAGE NO. 60

Department : 931   NIGHT RECEIVING

| | 07/13/2002 SATURDAY | 07/14/2002 SUNDAY | 07/15/2002 MONDAY | 07/16/2002 TUESDAY | 07/17/2002 WEDNESDAY | 07/18/2002 THURSDAY | 07/19/2002 FRIDAY | TOTAL HOURS | F1/PT |
|---|---|---|---|---|---|---|---|---|---|
| WMMb D. AYE. Ast ID - 1758 | | | | | | | | | |
| Shift: | FR 1000p-0800m | 1000p-0700a | N/A-DAY | | | | | | |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p- | | | | | | | | |
| Avail: | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0700a 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0700a 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 | 48.00 | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0700a 0200a-0300a | 1200a-1200a (PPO/M STO 931 0200a-0300a | 1200a-1200a (PPO/M STO 931 0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a (PPO/M STO 931 | 40.00 | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0700a | | | | | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 | 40.00 | F |
| Avail: | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | | | | 1200a-0700a SA (PPO/M STO 931 | | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0800m 0200a-0300a | 1000p-0700a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-1200a-0700a SA (PPO/M STO 931 | 40.00 | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a | N/A-DAY | | | | 26.00 | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |
| Shift: | 0700a-0100p 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p 1000p-1200a-0700a SA (PPO/M STO 931 | 40.00 | F |
| Avail: | | | | | | | | | |
| Meals: | | | | | | | | | |

IP#:

--------- FROM --
SIGN-ON HR:MM:SC

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00075

# WEEK 26 SCHEDULE

07-20-02

TO

07-26-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00076

RUN ON: 07/07/2002 AT 16:24:09
FOR PERIOD ENDING: 07/26/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/20/2002 TO 07/26/2002

STORE NO. 356
WEEK NO. 26

REPORT NO. sas2060r
PAGE NO. 61

Department : 931   NIGHT RECEIVING

HANNA D. AVE.
ASC ID — 1958

| | 07/20/2002 SATURDAY | 07/21/2002 SUNDAY | 07/22/2002 MONDAY | 07/23/2002 TUESDAY | 07/24/2002 WEDNESDAY | 07/25/2002 THURSDAY | 07/26/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a | 1000p-0700a<br>1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-1200a-0700a SA | | | |
| | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | (PYO/N STO 931 | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a | 1000p-0700a<br>1000p-0700a | 1000p-0700a | 120a-1200a<br>1000p-1200a-0700a SA | 120a-1200a<br>1000p-0700a<br>(PYO/N STO 931 | 40.00 | F |
| | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | (PYO/N STO 931 | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a | N/A-DAY | 1000p-0700a | 120a-1200a | 120a-1200a<br>1000p-0700a | 1000p-0700a | 120a-1200a<br>1000p-1200a-0700a SA | 40.00 | F |
| | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | | (PYO/N STO 931 | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 0700a-0700a<br>1000p-0700a | 0700a-0700a<br>1000p-0700a | 120a-1200a | 0700a-0700a<br>1000p-0700a | 0700a-0700a<br>1000p-1200a-0700a SA | 40.00 | F |
| | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | |
| Avail:<br>Shift: | FR 1000p-0100p | 0700a-0700a | 0700a-0600p | 0700a-0600p | 1000p-0700a | 0700a-0600p | 0700a-0600p<br>1000p-1200a-0700a SA | 40.00 | F |
| | | | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | |
| Shift: | 0700a-0700a | N/A-DAY | 0700a-0700a | N/A-DAY | | 1000p-0700a | 1000p-0700a | | |
| Meals: | | | 0200a-0300a | | | | (PYO/N STO 931 | | |
| Shift: | 1000p-0700a | | 1000p-0700a | 1000p-0700a | | | | | |
| | (PYO/N STO 931 | | (PYO/N STO 931 | (PYO/N STO 931 | | | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a | | 1200a-1200a<br>1000p-0700a | 120a-1200a<br>1000p-0700a | 1000p-0700a | 0700a-0600p<br>1000p-1200a-0700a SA | 0700a-0600p<br>1000p-1200a-0700a SA | 40.00 | F |
| | (SYSALES & 903 | | (PYO/N STO 931 | (PYO/N STO 931 | | (PYO/N STO 931 | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | 1200a-1200a | | 36.00 | F |
| | 1000p-0700a | | 1000p-0700a | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00077

--- FROM   END ---
SIGN-ON: HR2MMASC

# WEEK 27
# SCHEDULE

## 07-27-02

## TO

## 08-02-02

**DO NOT DEFACE OR REMOVE
SCHEDULE WAI**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00078

```
RUN DATE 07/23/2002 AT DISTRICT              MALABAMA ASSOCIATE SCHEDULES      TOTAL PAY SCHEDULE
FOR PERIOD ENDING: 08/02/2002                ASSOCIATE SCHEDULES               WEEK NO. 27            PAGE NO. 07
                                             FINAL COPY
                                             FROM 07/27/2002 TO 08/02/2002
```

Department : 931    NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1988

| | | 07/27/2002 SATURDAY | 07/28/2002 SUNDAY | 07/29/2002 MONDAY | 07/30/2002 TUESDAY | 07/31/2002 WEDNESDAY | 08/01/2002 THURSDAY | 08/02/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931) | | F | |
| Meals: | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | 1000p-0700a | 1000p-0700a | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 40.00 | F | |
| Meals: | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 1000p-0700a (PJO/N STO 931) | 40.00 | F | |
| Meals: | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | N/A-DAY | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 0700a-0700a | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | 0700a-0700a | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | 6.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931) | 1000p-1200a (PJO/N STO 931) | 1200a-1200a (PJO/N STO 931) | 1000p-1200a 1200a-1200a (PJO/N STO 931) | 1000p-1200a 1200a-1200a (PJO/N STO 931) | 1200a-1200a 1200a-0700a SA (PJO/N STO 931) | 1200a-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail: Shift: | FR 1000p-0100p (S)SALES A 903 | 1200a-1200a 1000p-0700a (PJO/N STO 931) | 1200a-1200a 0700a-0600p (PJO/N STO 931) | 0700a-0700a 1000p-0700a (PJO/N STO 931) | 0700a-0600p 1000p-0700a (PJO/N STO 931) | 0700a-0600p 1000p-0700a (PJO/N STO 931) | 0700a-0600p 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | 1200a-1200a | 1200a-1200a (S)SALES A 903 | 1200a-1200a (S)SALES A 903 | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |

11-7

12 MID-7A
```

# WEEK 28 SCHEDULE

08-03-02

TO

08-09-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00080

RUN ON: 07/22
FOR PERIOD EN

HANDA D. BYE.
SSC ID - 1958

Department:

RECEIVING

W A L - M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/03/2002 TO 08/09/2002

STORE NO. 556
WEEK NO. 28

REPORT NO. 346200
PAGE NO. 60

| | 08/03/2002 SATURDAY | 08/04/2002 SUNDAY | 08/05/2002 MONDAY | 08/06/2002 TUESDAY | 08/07/2002 WEDNESDAY | 08/08/2002 THURSDAY | 08/09/2002 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Shifts | 1000p-0700a (PPO/N STO 931) 0200a-0300a | | 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a (PPO/N STO 931) 0200a-0300a | 40.00 | F | |
| Meals | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shifts | FR 1000p-0700a (PPO/N STO 931) 0200a-0300a | N/A-DAY | 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1000p-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) | | 40.00 | F | |
| Meals | | | | | | | | | | |
| Avail Shifts | FR 1000p-0700a (PPO/N STO 931) 0200a-0300a | N/A-DAY | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 40.00 | F | |
| Meals | | | | | | | | | | |
| Avail Shifts | FR 1000p-0700a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 1200a-1200a (PPO/N STO 931) 0200a-0300a | 40.00 | F | |
| Meals | 1200a-1200a | 1200a-1200a | | | | | | | | |
| Avail Shifts | | | | | | | | | | |
| Meals | | | | | | | | | | |
| Shifts | N/A-DAY | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | | 26.00 | F | |
| Meals | | | | | | | | | | |
| Shifts | FR 1000p-0000a (PPO/A STO 931 0200a-0300a | N/A-DAY | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | 0700a-0700a (PPO/N STO 931) 0200a-0300a | | 40.00 | F | |
| Meals | | | | | | | | | | |
| Avail Shifts | 1000p-0700a (PPO/A STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 (PPO/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 0200a-0300a | | | 40.00 | F | |
| Meals | | | | | | | | | | |
| Avail Shifts | 1200a-1900a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | 32.00 | F | |
| Meals | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00081

# WEEK 29 SCHEDULE

## 08-10-02

## TO

## 08-16-02

## DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00082

RUN ON: 07/27/2002 AT 04:23:44
FOR PERIOD ENDING: 08/24/2002

VENDOR #: AVE.
ASC ID - 1958

Department: 931   NIGHT RECEIVING

W A L - M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/10/2002 TO 08/16/2002

STORE NO. 956
WEEK NO. 29

REPORT NO. sas2060r
PAGE NO. 59

| | 08/10/2002 SATURDAY | 08/11/2002 SUNDAY | 08/12/2002 MONDAY | 08/13/2002 TUESDAY | 08/14/2002 WEDNESDAY | 08/15/2002 THURSDAY | 08/16/2002 FRIDAY | TOTAL HOURS | F1/PT | IPW |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: FR | 100p-0700a | | | | | | | | F | |
| Meals: | 1000p-0700a<br>(FP)O/M STO 931<br>0200a-0300a | | | | | | | | | |

FRONT END: 
SIGN-OUT: HH:MM:SS

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00083

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00084

# WEEK 30 SCHEDULE

## 08-17-02

## TO

## 08-23-02

## DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/17/2002 TO 08/23/2002

STORE NO. 356
WEEK NO. 30

REPORT NO. sas2060r
PAGE NO. 69

NIGHT RECEIVING : 931

| | 08/17/2002 SATURDAY | 08/18/2002 SUNDAY | 08/19/2002 MONDAY | 08/20/2002 TUESDAY | 08/21/2002 WEDNESDAY | 08/22/2002 THURSDAY | 08/23/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Shift: | FR 1000p-0000m-0700a | | N/A-DAY | | | | 0700a-0600p | 40.00 | F |
| Meals: | 0200a-0300a | | | | | | 0700a-0600p | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 0700a-0700a | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | 0700a-0100p | | |
| Shift: | FR 1000p-0000m-0700a | | 1000p-0700a | | | | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | N/A-DAY | | | | 32.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 0900p-0800a | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: | CP)O/N STO 931 | CP)O/N STO 931 | CP)O/N STO 931 | CP)O/N STO 931 | CP)O/N STO 931 | CP)O/N STO 931 | CP)O/N STO 931 | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | CP)O/N STO 931 | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0800a | | | 0900p-0800a | 0900p-0800a | | |
| Meals: | CP)O/N STO 931 | CP)O/N STO 931 | | | | | 1000p-1200a-0700a SA | | |
| Shift: | 1000p-0700a | 1000p-0700a | | 1000p-0800a | 1000p-0800a | 1000p-0700a | CP)O/N STO 931 | | |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | 40.00 | F |
| Shift: | 1000p-0700a | 1000p-0700a | 0900p-0800a | | | 1000p-0700a | 0900p-0800a | | |

ENDING: 08/23/2002

JUL/2002 AT 01:08:45

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00085

# WEEK 31 SCHEDULE

08-24-02

TO

08-30-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00086

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/24/2002 TO 08/30/2002

STORE NO. 356
WEEK NO. 31

931   NIGHT RECEIVING

HANNA C. AVE.
Asc ID - 1958

9/2002 AT 23:35:20
PRTNG: 08/30/2002

| | 08/24/2002 SATURDAY | 08/25/2002 SUNDAY | 08/26/2002 MONDAY | 08/27/2002 TUESDAY | 08/28/2002 WEDNESDAY | 08/29/2002 THURSDAY | 08/30/2002 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a (P)O/N STO 931 0200a-0300a | 0900p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Shift: Meals: | 0900p-0800a (P)O/N STO 931 0200a-0300a | N/A-DAY | 0900p-0800a (P)O/N STO 931 0200a-0300a | | 0900p-0800a (P)O/N STO 931 0200a-0300a | 0900p-0800a (P)O/N STO 931 | 0900p-0800a (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a | | 1200a-1200a 0200a-0300a | 1200a-1200a 0200a-0300a | 1200a-1200a 1000p-1200a-0700a (P)O/N STO 931 | | F | |
| Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1200a-1200a | 1000p-0700a | N/A-DAY | | | | | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | |
| Avail: Shift: Meals: | FR 1000p-0600p-0000m-0700a (P)O/N STO 931 0200a-0300a | 0700a-0100p (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-1200a-0700a (P)O/N STO 931 | 40.00 | F | |

10-7

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00087

# WEEK 32 SCHEDULE

08-31-02

TO

09-06-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00088

```
08/2002 AT 19:39:47
ENDING: 09/06/2002
```

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/31/2002 TO 09/06/2002

STORE NO. 356
WEEK NO. 32

REPORT NO. sas2Go6wr
PAGE NO. 59

WANDA D. RYE.
Asc ID # - 1958

: 931   NIGHT RECEIVING

| | 08/31/2002 SATURDAY | 09/01/2002 SUNDAY | 09/02/2002 MONDAY | 09/03/2002 TUESDAY | 09/04/2002 WEDNESDAY | 09/05/2002 THURSDAY | 09/06/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a (P)O/N STO 931 | | IPR |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 F | |
| Meals: | | | | | | | (S)SALES R 903 | | |
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 F | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1200a-1200a SA | 1200a-1200a SA 0200a-0300a | 40.00 F | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a SA 0200a-0300a | 1200a-1200a SA 0200a-0300a | 40.00 F | |
| Meals: | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a SA 0200a-0300a | 1200a-1200a SA 0200a-0300a | 40.00 F | |
| Meals: | | | | | | | | | |
| Shift: | 0900m-0800a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 0200a-0300a | 0900p-0800a 0200a-0300a | 0900p-0800a 1000p-0700a SA 0200a-0300a | 0900p-0800a 1000p-1200a-0700a SA (S)SALES R 903 | 32.00 F | |
| Meals: | | | | | | | | | |
| Shift: | 0900m-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 0900p-0800a | 1000p-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a | | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p | N/A-DAY | 0900p-0800a | 1200a-1200a | 1200a-1200a SA | | 40.00 F | |
| Meals: | | | | | | | | | |
| Shift: | | 0700a-0600p | 0700a-0600p (P)O/N STO 931 0200a-0300a | 0700a-0600p (P)O/N STO 931 0200a-0300a | 0700a-0600p (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a SA (P)O/N STO 931 0200a-0300a | | 40.00 F | |
| Meals: | | | | | | | | | |
| Shift: | FR 1000p-0600m-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | |
| Meals: | | | | | | | | | |
| Avail: Shift: | 0700a-0100p 1000p-0600m-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p | | | | | | 50.00 | |
| Meals: | 1200a-1200a 1000p-0700a (3)SALES R 903 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | |
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00089

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00090

# WEEK 33 SCHEDULE

## 09-07-02

## TO

## 09-13-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

```
RUN ON: 09/23/2002 AT 19:22:21                    W A L * M A R T   S T O R E S,   I N C.              STORE NO. 356         REPORT NO. sas2060r
FOR PERIOD ENDING 09/13/2002                              ASSOCIATE SCHEDULES                         WEEK NO. 33           PAGE NO. 59
                                                            FINAL COPY/HOURS
                                                     FROM 09/07/2002 TO 09/13/2002
```

Department : 931     NIGHT RECEIVING

WANDA D. RYE
Asc ID - 1968

| | 09/07/2002 SATURDAY | 09/08/2002 SUNDAY | 09/09/2002 MONDAY | 09/10/2002 TUESDAY | 09/11/2002 WEDNESDAY | 09/12/2002 THURSDAY | 09/13/2002 FRIDAY | TOTAL HOURS FT/PT | IP# |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Meals: | | | | | | | | | |
| Avail: Shift: | 1000p-0800a | 1000p-0800a | 0900p-0800a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 0900p-0800a | | |
| Meals: | | | | | | | | | |
| Shift: | | | | | | | | | |
| Meals: | | | 1000p-0700a | | | 1000p-0700a | | 40.00  F | |

# WEEK 34 SCHEDULE

## 09-14-02

## TO

## 09-20-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00092

ASSOCIATE SCHEDULES
FINAL COPY
FROM 09/14/2002 TO 09/20/2002

WEEK NO. 34    PAGE NO. 62

Department : 931  NIGHT RECEIVING

WANDA D. RYE.
Assc ID - 1958

| | 09/14/2002 SATURDAY | 09/15/2002 SUNDAY | 09/16/2002 MONDAY | 09/17/2002 TUESDAY | 09/18/2002 WEDNESDAY | 09/19/2002 THURSDAY | 09/20/2002 FRIDAY | TOTAL HOURS | FT/PT | FRONT END SIGN-ON | BACK END SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (S)SALES A 903 0200a-0300a | 0900p-0800a 1000p-0700a (S)SALES A 903 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-1200a-0700a SA (P)O/N STO 931 | | | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (S)CSM 903 0200a-0300a | | | | 0900p-0800a | 0900p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 32.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 0900p-0800a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a | | | 0900p-0800a 1000p-1200a-0700a SA (P)O/N STO 931 (S)SALES A 903 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1200a-1200a 1000p-0700a (S)CSM 903 0200a-0300a | | | N/A-DAY | 1000p-0700a | 1000p-0700a | 1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0800a 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 0700a-0100p (P)O/N STO 931 0200a-0300a | | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (P)O/N STO 931 0200a-0300a | 0700a-0600p 1000p-1200a-0700a SA (P)O/N STO 931 | | F | | |

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00093

# WEEK 35
# SCHEDULE

## 09-21-02

## TO

## 09-27-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00094

```
RUN ON: 09/06/2002 AT 21:47:28                          W A L * M A R T   S T O R E S,   I N C.      STORE NO. 956        REPORT NO. 5asz060r
FOR PERIOD ENDING: 09/27/2002                              ASSOCIATE SCHEDULES                        WEEK NO. 35 ~        PAGE NO.    59
                                                               FINAL COPY
Department: 931        NIGHT RECEIVING                    FROM 09/21/2002 TO 09/27/2002
```

```
                         09/21/2002   09/22/2002   09/23/2002   09/24/2002   09/25/2002   09/26/2002   09/27/2002   TOTAL
                         SATURDAY     SUNDAY       MONDAY       TUESDAY      WEDNESDAY    THURSDAY     FRIDAY       HOURS    F1/PT   IP#
```

WANDA D. AYE.
Asc ID - 1968

FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   40.00   F
(P)O/N STO 931   (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  1000p-1200a-0700a SA
0200a-0300a      0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   (P)O/N STO 931

FR 1000p-0800a   1000p-0800a   1000p-0800a   1000p-0700a   1000p-0700a   1000p-0700a   0900p-0800a   40.00   F
(P)O/N STO 931   1000p-0700a   1000p-0700a   (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  1000p-1200a-0700a SA
0200a-0300a      (P)O/N STO 931  (P)O/N STO 931  0200a-0300a   0200a-0300a   0200a-0300a   (S)SALES # 903
                 903            (S)SALES # 903  0200a-0300a

FR 1000p-0800a   1000p-0700a   0900p-0800a   0900p-0800a   0900p-0800a   0900p-0800a   32.00   F

FR 1000p-0100p   N/A-DAY       N/A-DAY       1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   40.00   F
(P)O/N STO 931                                (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  1200a-0700a SA
0200a-0300a                                  0200a-0300a   0200a-0300a   0200a-0300a   (P)O/N STO 931

FR 1000p-0700a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   40.00   F
(P)O/N STO 931   1000p-0700a   1000p-0700a   (P)O/N STO 931  (P)O/N STO 931  1000p-0700a SA
0200a-0300a      (P)O/N STO 931  (P)O/N STO 931  0200a-0300a   0200a-0300a   (S)SALES # 903
                 0200a-0300a   0200a-0300a

FR 1000p-0800a   N/A-DAY       0700a-0600p   0700a-0600p   0700a-0600p   0700a-0600p   40.00   F
(P)O/N STO 931                (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931  (P)O/N STO 931
0200a-0300a                   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a

FR 1000p-0100p   N/A-DAY       40.00   F

```

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00095

# WEEK 36
# SCHEDULE

## 09-28-02

## TO

## 10-04-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00096

FOR PERIOD ENDING: 10/04/2002

Department : 931    NIGHT RECEIVING

HRS/SCHED: SCHEDULED
FINAL COPY
FROM 09/28/2002 TO 10/04/2002

WANDA D. AYE.
Asc ID - 1958

| | 09/28/2002 SATURDAY | 09/29/2002 SUNDAY | 09/30/2002 MONDAY | 10/01/2002 TUESDAY | 10/02/2002 WEDNESDAY | 10/03/2002 THURSDAY | 10/04/2002 FRIDAY | TOTAL HOURS F1/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | 1000p-0000m (PJ0/N STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJ0/N STO 931 | | F |
| Avail: Shift: Meals: | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJ0/N STO 931 | | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0000m-0700a (PJ0/N STO 931 0200a-0300a | | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1000p-0700a (SYSALES A 903 | | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0800a (SYSALES A 903 | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a (SYSALES A 903 | | 16.00 | F |
| Avail: Shift: Meals: | 1200a-1200a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJ0/N STO 931 0200a-0300a | 1200a-1200a | 1200a-1200a | | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0700a (PJ0/N STO 931 0200a-0300a | N/A-DAY | | N/A-DAY | 0900p-0800a | | | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0100p (PJ0/N STO 931 0200a-0300a | | 0700a-0600p 1000p-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0600p 1000p-0700a (PJ0/N STO 931 0200a-0300a | 0700a-0600p | | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0000m-0700a (SYSALES A 903 0200a-0300a | | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 0700a-0600p 1000p-1200a-0700a SA (PJ0/N STO 931 | | | F |
| Avail: Shift: Meals: | 1000p-0700a (PJ0/N STO 931 0200a-0300a | | | | | 0700a-0600p 1000p-1200a-0700a SA (PJ0/N STO 931 | | | F |
| Avail: Shift: Meals: | 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES A 903 0200a-0300a | 1200a-1200a | 1200a-1200a | | 32.00 | F |

Wal-Mart/Ayes
ID DOCS Produced or Trained
00092

FRONT END —
SIGN-ON HR#MH#SC

# WEEK 37 SCHEDULE

10-05-02

TO

10-11-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00098

```
RUN ON: 09/20/2002 AT 22:58:08                    W A L * M A R T   S T O R E S,   I N C.              STORE NO. 356        REPORT NO. sas2060r
FOR PERIOD ENDING: 10/11/2002                            ASSOCIATE SCHEDULES                           WEEK NO. 37          PAGE NO.    62
                                                           FINAL COPY
                                                 FROM 10/05/2002 TO 10/11/2002
```

Department : 931     NIGHT RECEIVING

| | 10/05/2002 SATURDAY | 10/06/2002 SUNDAY | 10/07/2002 MONDAY | 10/08/2002 TUESDAY | 10/09/2002 WEDNESDAY | 10/10/2002 THURSDAY | 10/11/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| WANDA D. AYE, Asc ID - 1968 | | | | | | | | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | F |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(S)SALES A 903 | 32.00 | F |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0000m-0700a<br>1000p-0700a<br>(S)C5M 903 | N/A-DAY | 1000p-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(S)SALES A 903- | 40.00 | F |
| Avail:<br>Shift:<br>Meals: | 1000p-0800a<br>1000p-0000m-0700a<br>(S)C5M 903 | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F |
| Shift:<br>Meals: | 1000p-0000m-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | | |
| Shift:<br>Meals: | 1000p-0700a<br>(S)C5M 903 | 0900p-0800a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(S)SALES A 903 | | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | | |
| Shift:<br>Meals: | 0700a-0300p<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1200a-1200a | 0700a-0600p | 1200a-1200a<br>1000p-1200a-0700a SA | | |
| Shift:<br>Meals: | 1000p-0100p<br>1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0300p<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0700a-0600p | 0700a-0600p | 0700a-0600p<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F |
| Shift:<br>Meals: | | | | | | 0700a-0600p<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F |

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00099

# WEEK 38
# SCHEDULE

## 10-12-02

## TO

## 10-18-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00100

ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/12/2002 TO 10/18/2002

FOR PERIOD ENDING: 10/18/2002

WEEK NO. 38

Department: 931    NIGHT RECEIVING

PAGE NO.: 63

WANDA D. RYE
Asc ID - 1958

| | 10/12/2002 SATURDAY | 10/13/2002 SUNDAY | 10/14/2002 MONDAY | 10/15/2002 TUESDAY | 10/16/2002 WEDNESDAY | 10/17/2002 THURSDAY | 10/18/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail Shift: | N/A-SU | | | | | | | | |
| Shift: | FR 1000p-000am-0700a (P)O/N STO 931 | 1000p-0700a | N/A-DAY | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail Shift: | | | | | | | | 32.00 | F |
| Shift: | FR 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail Shift: | | | | | | | | 40.00 | F |
| Shift: | FR 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail Shift: | | | | | | | | 40.00 | F |
| Shift: | FR 1000p-000am-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail Shift: | | | | | | | | 40.00 | F |
| Shift: | FR 1000p-0700a (P)O/N STO 931 | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | 1000p-0800a | 1000p-0700a | 1000p-0700a | | |
| Meals: | 0200a-0300a | | 0200a-0300a | | | | | | |
| Shift: | 1000p-0700a (S)CSM 903 | N/A-DAY | N/A-DAY | 1000p-0700a (S)CSM 903 | | | 1000p-1200a-0700a (S)SALES A 903 | | |
| Meals: | | | | | | | | 40.00 | F |
| Shift: | 0900a-0800a | 0900a-0800a | 0900a-0800a | 1000p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | | |
| Meals: | | | | | | | | 32.00 | F |
| Shift: | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a SA (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail Shift: | FR 1000p-0700a (P)O/N STO 931 | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | F |
| Shift: | 0700a-0100p (P)O/N STO 931 | 0700a-0700a (P)O/N STO 931 | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p 0700a-0700a SA (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | | | | | | | 40.00 | F |
| Avail Shift: | FR 1000p-0000am-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 1000p-1200a-0700a (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail Shift: | 1000p-0700a (P)O/N STO 931 | | | | | | | 40.00 | F |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail Shift: | 1000p-0700a (P)O/N STO 931 | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | 1200a-1200a | 1200a-1200a | 32.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |

FRONT END
SIGN-ON      HR:MN:SC

# WEEK 39 SCHEDULE

## 10-19-02

## TO

## 10-25-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00102

RUN ON: 10/04/2002 AT 19:50:87
FOR PERIOD ENDING 10/26/2002

**W A L * M A R T   S T O R E S,  I N C.**
ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/19/2002 TO 10/26/2002

STORE NO. 856
WEEK NO. 39

REPORT NO. SAS2046Wr
PAGE NO. 63

Department: 931   NIGHT RECEIVING

WANDA D. EYE
Assc ID - 1958

| | 10/19/2002 SATURDAY | 10/20/2002 SUNDAY | 10/21/2002 MONDAY | 10/22/2002 TUESDAY | 10/23/2002 WEDNESDAY | 10/24/2002 THURSDAY | 10/25/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: | N/A-SU | | N/A-DAY | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 22.00 | F |
| Meals: | (PY/N STO 931) | | | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | | |
| | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1200a-1200a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | 1000p-0700a SA | 32.00 | F |
| Meals: | (PY/N STO 931) | | | (PY/N STO 931) | (PY/N STO 931) | (S)SALES A 903 | (S)SALES A 903 | | |
| | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 40.00 | F |
| Meals: | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | | |
| | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 22.00 | F |
| Meals: | (PY/N STO 931) | (PY/N STO 931) | | | | | | | |
| | 0200a-0300a | 0200a-0300a | | | | | | | |
| Shift: | 1000p-0700a | | | | | | | | |
| Meals: | (PY/N STO 931) | | | | | | | | |
| | 0200a-0300a | | | | | | | | |
| Shift: | 0700a-0300p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 6.00 | F | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-000m-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 34.00 | F | |
| Meals: | (PY)SLS CLK 16 | (PY)SLS CLK 16 | (PY)SLS CLK 16 | | | | | | |
| | 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1000p-0700a SA | 1200a-1200a | 32.00 | F | |
| Meals: | (S)SALES A 903 | 1000p-0700a | 1000p-0700a | 1000p-0700a | (S)SALES A 903 | | | | |
| | 0200a-0300a | (PY/N STO 931) | (PY/N STO 931) | (PY/N STO 931) | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | | | |
| Shift: | 0700a-0400p | 0700a-0400p | 0700a-0400p | 0700a-0400p | | | | | |
| Meals: | (PY)SLS CLK 16 | (PY)SLS CLK 16 | (PY)SLS CLK 16 | | | | | | |
| | 1100a-1200n | 1100a-1200n | 1100a-1200n | | | | | | |

<---------- FRONT END ---------->
IPR:      SIGN-ON HRS/MIN/SC

# WEEK 40 SCHEDULE

## 10-26-02

## TO

## 11-01-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00104

RUN ON: 11/11/2002 AT 21:59:12
FOR PERIOD ENDING: 11/01/2002

W A L * M A R T   S T O R E S ,   I N C .
ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/26/2002 TO 11/01/2002

STORE NO. 356
WEEK NO. 40

REPORT NO. sas2060nr
PAGE NO. 62

Department : 931    NIGHT RECEIVING

WANDA D. AVE
Assc ID - 1968

| | 10/26/2002 SATURDAY | 10/27/2002 SUNDAY | 10/28/2002 MONDAY | 10/29/2002 TUESDAY | 10/30/2002 WEDNESDAY | 10/31/2002 THURSDAY | 11/01/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-SA | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | F |

(schedule continues — multiple associates, rows heavily redacted)

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00105

IP#   <--------- FRONT END --------->
SIGN-ON HH:MM:SC

# WEEK 41
# SCHEDULE

10-02-02

TO

11-08-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00106

RUN ON: 11/08/2002 AT 18:40:41
FOR PERIOD ENDING: 11/08/2002

Department : 931   NIGHT RECEIVING

WANDA D. AVE
Asc ID - 1968

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/02/2002 TO 11/08/2002

STORE NO. 356
WEEK NO. 41

REPORT NO. sas2060r
PAGE NO. 64

IPR

FRONT END
SIGN-ON

| | 11/02/2002 SATURDAY | 11/03/2002 SUNDAY | 11/04/2002 MONDAY | 11/05/2002 TUESDAY | 11/06/2002 WEDNESDAY | 11/07/2002 THURSDAY | 11/08/2002 FRIDAY | TOTAL HOURS | F1/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail/Shift: | N/A-SH | N/A-OT | N/A-DAY | | | | N/A-DAY | | |
| Shift: | FR 1000p-0000m-0700a | N/A-0T | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 32.00 | F |
| Meals: | (P)O/N STO 931 | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a | 1000p-1200a-0700a | | |
| | 0200a-0300a | | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | 1000p-0700a | (P)O/N STO 931 | | |
| | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | (SYSALES A 903 | | | |
| Avail/Shift: | FR 1000p-0000m-0700a | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | F |
| Shift: | (P)O/N STO 931 | | 1000p-0700a | | | 1000p-0700a | 1000p-1200a-0700a | | |
| Meals: | 0200a-0300a | | (P)O/N STO 931 | | | (P)O/N STO 931 | (P)O/N STO 931 | | |
| | | | 0200a-0300a | | | 0200a-0300a | | | |
| Avail/Shift: | FR 1000p-0000m-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 40.00 | F |
| Shift: | (P)O/N STO 931 | 1000p-0700a | | | | | 1000p-1200a-0700a | | |
| Meals: | 0200a-0300a | (P)O/N STO 931 | | | | | (P)O/N STO 931 | | |
| | | 0200a-0300a | | | | | | | |
| Avail/Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| Shift: | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail/Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| Shift: | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail/Shift: | | 1000p-0700a | | | | | | | |
| Shift: | | (P)O/N STO 931 | | | | | | | |
| Meals: | | 0200a-0300a | | | | | | | |
| Avail/Shift: | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 32.00 | F |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | 1000p-1200a-0700a | 1000p-1200a-0700a | | |
| Meals: | (SYSALES A 903 | (SYSM 903 | (SYSALES A 903 | | | (SYSALES A 903 | (SYSALES A 903 | | |
| Avail/Shift: | 1000p-0700a | | | | | | | | |
| Shift: | (S)15M | | | | | | | | |
| Meals: | 903 | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00107

# WEEK 42 SCHEDULE

## 11-09-02

## TO

## 11-15-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00108

RUN ON: 10/25/2002 AT 21:03:15
FOR PERIOD ENDING: 11/15/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/09/2002 TO 11/15/2002

STORE NO. 356
WEEK NO. 42

Department : 931   NIGHT RECEIVING

HANDA D. AYE
ASC ID -  1968

| | 11/09/2002 SATURDAY | 11/10/2002 SUNDAY | 11/11/2002 MONDAY | 11/12/2002 TUESDAY | 11/13/2002 WEDNESDAY | 11/14/2002 THURSDAY | 11/15/2002 FRIDAY | TOTAL HOURS | FT/PT | IP# |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 40.00 | F | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 0200a-0300a | | | | |
| Avail:<br>Shift: | N/A-SH | N/A-DAY | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a | 1000p-0700a<br>(PJO/N STO 931 | 1000p-0700a<br>(PJO/N STO 931 | 40.00 | F | |
| Meals: | | | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail:<br>Shift: | FR 1000p-0800a<br>(PJO/N STO 931 | 1000p-0800a<br>(PJO/N STO 931 | 0900p-0800a<br>0200a-0300a | 0900p-0800a<br>0200a-0300a | 0900p-0800a<br>0200a-0300a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(SYSALES R 903 | 32.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Avail:<br>Shift: | 0900p-0800a<br>(SYSALES R 903 | 0900p-0800a<br>(SYSALES R 903 | 0900p-0800a<br>0200a-0300a | 0900p-0800a<br>0200a-0300a | | | | | F | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Shift: | 1000p-0700a<br>(SYCBM 903 | 1000p-0700a | | | | | | | | |
| Meals: | | | | | | | | | | |
| Shift: | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | | | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 40.00 | F | |
| Meals: | | | | | | | | | | |

# WEEK 43 SCHEDULE

## 11-16-02

## TO

## 11-22-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00110

RUN ON: 11/01/2002 AT 21:19:40
FOR PERIOD ENDING: 11/22/2002

Department # 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/16/2002 TO 11/22/2002

STORE NO. 356
WEEK NO. 43

REPORT NO. sas2060r
PAGE NO. 63

| | 11/16/2002 SATURDAY | 11/17/2002 SUNDAY | 11/18/2002 MONDAY | 11/19/2002 TUESDAY | 11/20/2002 WEDNESDAY | 11/21/2002 THURSDAY | 11/22/2002 FRIDAY | TOTAL HOURS | FT/PT | IP# |
|---|---|---|---|---|---|---|---|---|---|---|

**███████ B. ███ AVE.**
**ASC ID - 1958**

Shift: FR 1000p-0700a
(PY/N STO 931
0200a-0300a

Meals: 1000p-0700a
(PY/N STO 931
0200a-0300a

Avail: 1000p-0700a
Shift: FR 1000p-0000m-0700a
(PY/N STO 931
0200a-0300a

...

Shift: 1000p-0700a
(SYSM 903

Meals: 0900p-0800a
1000p-0700a
(SYSALES A 903
0200a-0300a

Shift: FR 1000p-0000m-0700a
(PY/N STO 931
0200a-0300a

Avail: 1000p-0700a
Shift: FR 1000p-0000m-0700a
(PY/N STO 931
0200a-0300a

Meals: N/A-DAY

Avail: 1000p-0700a
Shift: FR 1000p-0000m-0700a
(PY/N STO 931
0200a-0300a

Meals: 1000p-0700a
(PY/N STO 931
0200a-0300a

Shift: 1200a-1200a
(PY/N STO 931
0200a-0300a

Meals: 1000p-0700a
(PY/N STO 931
0200a-0300a

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00111

# WEEK 44
# SCHEDULE

## 11-23-02

## TO

## 11-29-02

**DO NOT DEFACE OR REMOVE FROM
SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00112

RUN DATE: 11/26/2002  RUN TIME: 22:21:39
FOR PERIOD ENDING: 11/29/2002

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/23/2002 TO 11/29/2002

STORE NO.: 0856
REPORT NO.: 525-2D650P
PAGE NO.: 67

Department: 931    NIGHT RECEIVING

WANDA D. RYE
Asc ID - 1968

| | | 11/23/2002 SATURDAY | 11/24/2002 SUNDAY | 11/25/2002 MONDAY | 11/26/2002 TUESDAY | 11/27/2002 WEDNESDAY | 11/28/2002 THURSDAY | 11/29/2002 FRIDAY | TOTAL HOURS | FT/PT | IPR | FRONT END SIGN-ON: | HH:MM:SS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR | 1000p-0700a 1000p-0000m-0700a (PYO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PYO/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (SYSSALES & 903 0200a-0300a | 1000p-0700a 1000p-0700a (PYO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PYO/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a (PYO/N STO 931 | 40.00 | F | | | |
| Meals: | | | | | | | | | | | |

# WEEK 45 SCHEDULE

11-30-02

TO

12-06-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00114

RUN ON: 11/15/2002 AT 22:17:12
FOR PERIOD ENDING 12/06/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE FILING SCHEDULES
FILING COPIES
FROM 11/30/2002 TO 12/06/2002

STORE NO. 356
WEEK NO. 45

REPORT NO. sas2060r
PAGE NO. 63

Department : 931    NIGHT RECEIVING

WANDA P. AYE,
Asc ID - 1988

| | 11/30/2002 SATURDAY | 12/01/2002 SUNDAY | 12/02/2002 MONDAY | 12/03/2002 TUESDAY | 12/04/2002 WEDNESDAY | 12/05/2002 THURSDAY | 12/06/2002 FRIDAY | TOTAL HOURS | F1/PT | IP# | FRONT END -- SIGN-ON HH:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0000w-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a SA<br>(P)Q/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Shift: | 1000p-0700a<br>(P)Q/N STO 931 | | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)Q/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a | 1000p-0700a | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)Q/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | 0200a-0300a | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000w-0700a<br>(P)Q/N STO 931 | 0900p-0800a<br>1000p-0700a<br>(S)SALES R 903<br>0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(P)Q/N STO 931 | 32.00 | F | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000w-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(S)CSM 903<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Shift: | 1000p-0700a<br>(S)CSM 903 | | | | | | | | | |
| Shift: | 1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a<br>(P)Q/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-1200a<br>1000p-0000w-0700a<br>(P)Q/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)Q/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)Q/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)Q/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)Q/N STO 931<br>0200a-0300a | 40.00 | F | | | |
| Shift: | 1000p-0700a<br>(P)Q/N STO 931 | | N/A-DAY | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)Q/N STO 931 | | | | | | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | | | | | |

Wal-Mart/Ayres
ID Docs. Produced to Plaintiff
00115

# WEEK 46 SCHEDULE

## 12-07-02

## TO

## 12-13-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00116

FOR PERIOD ENDING: 12/13/2002

ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/07/2002 TO 12/13/2002

Department: 931    NIGHT RECEIVING                    WEEK NO. 46                    PAGE NO. 63

WANDA D. AYE.
Assc ID - 1958

| | 12/07/2002 SATURDAY | 12/08/2002 SUNDAY | 12/09/2002 MONDAY | 12/10/2002 TUESDAY | 12/11/2002 WEDNESDAY | 12/12/2002 THURSDAY | 12/13/2002 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-1200a-0700a (PJO/N STO 931 | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 SA | 1000p-0700a (PJO/N STO 931 | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | N/A-DAY | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 SA | 40.00 | F |
| Meals: | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 | 0900p-0800a 1000p-0700a 0200a-0300a (S)SALES A 903 | 0900p-0800a 1000p-0700a 0200a-0300a | 0900p-0800a 1000p-0700a 0200a-0300a (S)SALES A 903 | 0900p-0800a 1000p-0700a 0200a-0300a | 0900p-0800a | 0900p-0800a 1000p-1200a-0700a (S)SALES A 903 | 32.00 | F |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0700a (PJO/N STO 931 | (S)SALES A 903 0200a-0300a | 1000p-0700a | 0900p-0800a | N/A-DAY | 0900p-0800a | 0900p-0700a | 40.00 | F |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | | 1000p-0700a 0200a-0300a | | 40.00 | F |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1000p-0700a (PJO/N STO 931 SA | 40.00 | F |
| Meals: | 1200a-1200a 0200a-0300a | | | | | | | | |

# WEEK 47

# SCHEDULE

## 12-14-02

## TO

## 12-20-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00118

FINAL COPY

HONORABLE SCHEDULES

FROM 12/14/2002 TO 12/20/2002

Department # 931   NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1958

| | 12/14/2002 SATURDAY | 12/15/2002 SUNDAY | 12/16/2002 MONDAY | 12/17/2002 TUESDAY | 12/18/2002 WEDNESDAY | 12/19/2002 THURSDAY | 12/20/2002 FRIDAY | TOTAL HOURS | FT/PT | IPN |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000m 0000m-0700a (PO/N STO 931 | | | | | 1000p-0700a 1000p-120a-0700a SA (PO/N STO 931 | 1000p-0700a 1000p-120a-0700a SA (PO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m 0000m-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-120a-0700a SA (PO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | 1000p-0700a (PO/N STO 931 | 1000p-0700a (PO/N STO 931 | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PO/N STO 931 | 1000p-0700a (PO/N STO 931 | 1000p-0700a (PO/N STO 931 | 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a 1000p-0700a (PO/N STO 931 | 1000p-0700a (PO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | 1000p-0700a (PO/N STO 931 | | 1000p-0700a (PO/N STO 931 | | | | | | | |
| Avail: Shift: | FR 1000p-0800a (SYSALES A 903 | 0900p-0800a 1000p-0700a (PO/N STO 931 | 0900p-0800a (PO/N STO 931 | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-120a-0700a SA (PO/N STO 931 | 0900p-0800a 1000p-120a-0700a SA (PO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | 0200a-0300a | | | | |
| Shift: | 1000p-0700a (PO/N STO 931 | N/A-DAY | | | | | | | | |
| Meals: | | | N/A-DAY | 1000p-0700a | | | | | | |
| Avail: Shift: | FR 1200a-1200a 020a-0300a | 1200a-1200a 020a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1000p-0700a (PO/N STO 931 020a-0300a | 1200a-1200a 1000p-0700a (PO/N STO 931 020a-0300a | 1200a-1200a 1000p-120a-0700a SA (PO/N STO 931 | 32.00 | F | |
| Meals: | | | N/A-DAY | | | | | | | |
| Avail: Shift: | FR 1000p-0000m 0000m-0700a (PO/N STO 931 020a-0300a | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 6.00 | F | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00119

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00120

# WEEK 48 SCHEDULE

## 12-21-02

## TO

## 12-27-02

RUN ON: 12/06/2002 AT 20:35:51
FOR PERIOD ENDING: 12/17/2002

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/21/2002 TO 12/17/2002

STORE NO.: 356
WEEK NO.: 48

REPORT NO.: SAS2D60P
PAGE NO.: 62

Department: 931   NIGHT RECEIVING

WANDA D. AVE,
Assc ID - 1968

| | 12/21/2002 SATURDAY | 12/22/2002 SUNDAY | 12/23/2002 MONDAY | 12/24/2002 TUESDAY | 12/25/2002 WEDNESDAY | 12/26/2002 THURSDAY | 12/27/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift:<br><br>Meals: | FR 1000p-0000w-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PPO/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br><br>Meals: | FR 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | | 1000p-0700a | 1000p-0700a | 0900p-1800a | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PPO/N STO 931 | 32.00 | F | | |
| Avail:<br>Shift:<br><br>Meals: | FR 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | N/A-DAY | N/A-DAY | 0900p-1800a | 0900p-1800a | 0900p-0800a<br>1000p-0700a<br>(SJSALES A 903 | 0900p-0800a<br>1000p-1200a-0700a SA<br>(SJSALES A 903 | 26.00 | F | | |
| Avail:<br>Shift:<br><br>Meals: | FR 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>0200a-0300a | 0900p-0800a | 0900p-1800a<br>1000p-0700a<br>0200a-0300a | 1000p-0700a<br>1100p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PPO/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br><br>Meals: | 1000p-0700a<br>(PPO/N STO 931<br>0200a-0300a | 1200a-1200a<br>(PPO/N STO 931<br>0200a-0300a | 1200a-1200a<br>(PPO/N STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>(PPO/N STO 931<br>0200a-0300a | 1200a-1200a<br>1200a-0700a<br>(PPO/N STO 931 | | | | |
| Avail:<br>Shift:<br><br>Meals: | FR 1000p-0000w-0700a<br>(PPO/N STO 931<br>0200a-0300a | N/A-DAY | N/A-DAY | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 22.00 | F | | |
| Avail:<br>Shift:<br><br>Meals: | 1000p-0100p<br>(PPO/N STO 931 | | | | | | | | | | |

# 2003

# SCHEDULE

# FOR
# WANDA AYERS

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00122

RUN ON: 12/19/2002 AT 20:44:56
FOR PERIOD ENDING: 01/09/2003

WANDA B. AVE.
Assoc ID - 1958

Department: 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/28/2002 TO 01/03/2003

STORE NO. 354
WEEK NO. 49

REPORT NO.
PAGE NO.

| | 12/28/2002 SATURDAY | 12/29/2002 SUNDAY | 12/30/2002 MONDAY | 12/31/2002 TUESDAY | 01/01/2003 WEDNESDAY | 01/02/2003 THURSDAY | 01/03/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Shift: | | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Avail: | FR 1000p-0000m | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a | 40.00 | F |
| Meals: | (P)O/M STO 931 | | | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Avail: | FR 1000p-0000m | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | 40.00 | F |
| Meals: | (P)O/M STO 931 | | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Avail: | FR 1000p-0000m | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 40.00 | F |
| Meals: | (P)O/M STO 931 | | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | | | | | | | | | |
| Avail: | FR 1000p-0700a | N/A-DAY | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 32.00 | F |
| Meals: | (S)SALES A 903 | | (S)SALES A 903 | | | | (S)SALES A 903 | | |
| | 0200a-0300a | | | | | | | | |
| Shift: | | | | | | | | | |
| Avail: | 1000p-0700a | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| Meals: | (P)O/M STO 931 | | | | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | | | | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | | | | | | | | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| Meals: | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Avail: | 1000p-0700a | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | F |
| Meals: | (P)O/M STO 931 | | | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | (P)O/M STO 931 | | |
| | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | | | | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a-0300a SA | 40.00 | F |
| Meals: | | | | | | | | | |
| Shift: | | | | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | | | | | | 40.00 | F |

O/N G.M.

WAL-MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/04/2003 TO 01/10/2003

RUN ON: 12/27/2002 AT 14:20:31
FOR PERIOD ENDING 01/10/2003

WANDA D. AYE.
Asc ID - 1958

STORE NO. 366
WEEK NO. 50

| | 01/04/2003 SATURDAY | 01/05/2003 SUNDAY | 01/06/2003 MONDAY | 01/17/2003 TUESDAY | 01/08/2003 WEDNESDAY | 01/09/2003 THURSDAY | 01/10/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000m-0700a | | | | | | 1000p-0700a | 6.00 | F | |
| Meals: | 1000p-0700a (P)O/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 6.00 | F | |
| Shift: | 0200a-0300a | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | | | | 0900p-0800a 1000p-0700a 1000p-0700a | 0900p-0800a 1000p-0700a 1000p-0700a | 0900p-0800a 1000p-1200a-0700a SA | 40.00 | F | |
| Meals: | (P)O/N STO 931 0200a-0300a | | 0900p-0800a 1000p-0700a (P)O/N STO 931 0200a-0300a | 0900p-0800a 1000p-0700a (P)O/N STO 931 0200a-0300a | (P)O/N STO 931 0200a-0300a | (P)O/N STO 931 0200a-0300a | (P)O/N STO 931 | | | |
| Shift: | FR 1000p-0000m-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 32.00 | F | |
| Meals: | (P)O/N STO 931 0200a-0300a | | (P)O/N STO 931 0200a-0300a | | | | | 32.00 | F | |
| Avail: Shift: | FR 1000p-0000m-0700a | | 0900p-0800a | 0900p-0800a | 0900p-0800a | 1000p-0700a 1000p-0700a (P)O/N STO 931 | 1000p-1200a-0700a SA (P)O/N STO 931 | | | |
| Meals: | (S)SALES A 903 0200a-0300a | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 0900p-0800a 1000p-0700a (P)O/N STO 931 | 0900p-0800a 1000p-1200a-0700a SA (P)O/N STO 931 | | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 6.00 | F | |
| Meals: | 1200a-1200a 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | | 34.00 | F | |
| Avail: Shift: | FR 1000p-0000m-0700a | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 6.00 | F | |
| Meals: | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | | 6.00 | F | |
| Avail: Shift: | FR 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 6.00 | F | |
| Meals: | 1000p-0700a 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | | |

REPORT NO. 5652SUHS4
PAGE NO. 1

:------ FROM: END ---
SIGN-ON: HRS:MS:SC

Wal-Mart/Ayes
ID Docs. Produced to Plaintiff
'00924

RUN ON: 12/27/2002 AT 18:53:48
FOR PERIOD ENDING: 01/17/2003

[name redacted] D. AVE.
ASC ID  1958

Department : 931   NIGHT RECEIVING

W a l × M a r t   S t o r e s,   I n c.
ASSOCIATE SCHEDULE
FINAL COPY
FROM 01/11/2003 TO 01/17/2003

STORE NO. 356
WEEK NO. 51

REPORT NO. ...
PAGE NO. ...

| | 01/11/2003 SATURDAY | 01/12/2003 SUNDAY | 01/13/2003 MONDAY | 01/14/2003 TUESDAY | 01/15/2003 WEDNESDAY | 01/16/2003 THURSDAY | 01/17/2003 FRIDAY | TOTAL HOURS FT/PT |
|---|---|---|---|---|---|---|---|---|

Avail:
Shift:   FR 1000p-0700a        1000p-0700a      1200a-1200a      1200a-1200a      1200a-1200a      1200a-1200a      1200a-1200a
         (PYQ/N STO 931        (PYQ/N STO 931   (PYQ/N STO 931   (S/SALES A 903   (S/SALES A 903   (S/SALES A 903   (S/SALES A 903
         0200a-0300a           0200a-0300a      0200a-0300a      0800a-0500p      0800a-0500p      0800a-0500p      0800a-0500p
Meals:                                                           (PYSLS CLK  9    (PYSLS CLK  9    (PYSLS CLK  9    (PYSLS CLK  9
                                                                 1100a-1200n      1100a-1200n      1100a-1200n      1100a-1200n      40.00  F

Avail:
Shift:   FR 1000p-0700a        1000p-0700a      1000p-0700a      1200a-1200a      1000p-0700a      1200a-1200a      1200a-1200a
         (PYQ/N STO 931        (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   1200a-0700a
         0200a-0300a           0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      (PYQ/N STO 931
Meals:                                                                                                              0200a-0300a      40.00  F

Avail:
Shift:   FR 1000p-0700a        N/A-DAY          N/A-DAY          1000p-0700a      1000p-0700a      1000p-0700a      N/A-DAY
         (PYQ/N STO 931                                          (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931
         0200a-0300a                                             0200a-0300a      0200a-0300a      0200a-0300a
Meals:                                                                                                                               32.00  F

Avail:
Shift:   1000p-0700a           1000p-0700a      0900a-0800a      0900a-0800a      0900a-0800a      0900a-0800a      0900a-0800a
         (PYQ/N STO 931        (PYQ/N STO 931   1000p-0700a      1000p-0700a      1000p-0700a      1000p-0700a      1000p-1200a-0700a
         0200a-0300a           0200a-0300a      (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931
Meals:                                          0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      32.00  F

Avail:
Shift:   1000p-0700a           1000p-0700a      1000p-0700a      1000p-0700a      1000p-0700a      0900a-0800a      0900a-0800a
                                                                                                   1000p-1200a-0700a  1000p-0700a
                                                                                                   (PYQ/N STO 931     (PYQ/N STO 931
Meals:                                                                                                                               40.00  F

Avail:
Shift:   1200a-1200a           1000p-0700a      1200a-1200a      1000p-0700a      1000p-0700a      1200a-1200a      1000p-0700a
         (PYQ/N STO 931        (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931   (PYQ/N STO 931
         0200a-0300a           0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a      0200a-0300a
Meals:                                                                                                                               40.00  F

Avail:
Shift:                         N/A-DAY          N/A-DAY          N/A-DAY          N/A-DAY          N/A-DAY          N/A-DAY
Meals:                                                                                                                               24.00  F

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00125

RUN ON: 01/03/2003 AT 22:16:07
FOR PERIOD ENDING: 01/24/2003

Department : 931    NIGHT RECEIVING

WANDA D. RYE
Asc ID - 1958

```
W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/18/2003 TO 01/24/2003
```

STORE NO. 356
WEEK NO. 52

|  | 01/18/2003 SATURDAY | 01/19/2003 SUNDAY | 01/20/2003 MONDAY | 01/21/2003 TUESDAY | 01/22/2003 WEDNESDAY | 01/23/2003 THURSDAY | 01/24/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|

Avail:
Shift:
Meals:

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00126

REPORT NO. SAS2060-
PAGE NO. 50

RUN ON: 01/10/2003 AT 22:08:12
FOR PERIOD ENDING: 01/31/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/25/2003 TO 01/31/2003

STORE NO. 356
WEEK NO. 53

REPORT NO. sas2000r
PAGE NO. 62

Department: 931   NIGHT RECEIVING

WANDA D. AYE,
Asc ID - 1956

| | 01/25/2003 SATURDAY | 01/26/2003 SUNDAY | 01/27/2003 MONDAY | 01/28/2003 TUESDAY | 01/29/2003 WEDNESDAY | 01/30/2003 THURSDAY | 01/31/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | | | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1200a-0700a SA (PJO/N STO 931 | | F | |
| Meals: | | | | | | | | 40.00 | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1200a-0700a SA (PJO/N STO 931 | | F | |
| Meals: | | | | | | | | 40.00 | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a 1200a-0700a SA (PJO/N STO 931 | | F | |
| Meals: | 1000p-0700a | | N/A-DAY | 1000p-0700a | | 1000p-0700a | 1000p-0700a 1200a-0700a SA (SYSALES A 903 | 40.00 | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | | | F | |
| Meals: | | | | | | | | 40.00 | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 0900p-0800a (SYSALES A 903 02:00a-0300a | 0900p-0700a (SYSALES A 903 02:00a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-120a-0700a SA (SYSALES A 903 | 32.00 | F | |
| Meals: | 1000p-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1000p-0700a (SYSALES A 903 02:00a-0300a | | | | | | | | |
| Meals: | 1000p-0700a | | | | 1000p-0800a | | | | | |
| Shift: | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-0700a (PJO/N STO 931 02:00a-0300a | 1200a-1200a 1000p-120a-0700a SA (PJO/N STO 931 | | F | |
| Meals: | | N/A-DAY | | N/A-DAY | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 02:00a-0300a | | | | | | | | | |
| Meals: | 1000p-0700a (PJO/N STO 931 02:00a-0300a | | | | | | | | | |

FRONT   END
SIGN-ON   HR:MM:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00127

RUN ON: 01/17/2003 AT 21:38:50
FOR PERIOD ENDING: 02/07/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/01/2003 TO 02/07/2003

STORE NO. 356
WEEK NO. 1

REPORT NO. SAS2080F
PAGE NO. 58

WANDA D. AYE.
ASC ID - 1958

Department : 931   NIGHT RECEIVING

| | 02/01/2003 SATURDAY | 02/02/2003 SUNDAY | 02/03/2003 MONDAY | 02/04/2003 TUESDAY | 02/05/2003 WEDNESDAY | 02/06/2003 THURSDAY | 02/07/2003 FRIDAY | TOTAL HOURS | FT/PT | IP% |
|---|---|---|---|---|---|---|---|---|---|---|

Shift: FR 1000p-0000m
Avail: FR 1000p-0000m
Meals:

Shift: FR 1000p-0700a
Avail: FR 1000p-0700a
Meals:

Shift: FR 1000p-0700a
Avail: FR 1000p-0700a
Meals:

Shift: FR 1000p-0700a
Avail: FR 1000p-0700a
Meals:

Shift: FR 1000p-0700a
Avail: FR 1000p-0700a
Meals:

Shift: FR 1000p-0000m
Avail: FR 1000p-0000m
Meals:

Shift:
Meals:

```
RUN ON: 01/28/2003 AT 17:36:17                    W A L * M A R T   S T O R E S,   I N C.              STORE NO. 356
FOR PERIOD ENDING: 02/14/2003                           ASSOCIATE SCHEDULES                          WEEK NO. 2
                                                            FINAL COPY
Department : 931   NIGHT RECEIVING                  FROM 02/08/2003 TO 02/14/2003

                                                                                                                    REPORT NO. 58520600r
                                                                                                                    PAGE NO. 59

WANDA B. AYE                                                                                            TOTAL
SSC ID - 1958                                                                                           HOURS:  FT/PT  IPs:

          02/08/2003   02/09/2003   02/10/2003   02/11/2003   02/12/2003   02/13/2003   02/14/2003
          SATURDAY     SUNDAY       MONDAY       TUESDAY      WEDNESDAY    THURSDAY     FRIDAY
```

Avail:  FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a
Shift:     1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-1200a-0700a SA
           (PO/N STO 931 (PO/N STO 931 (PO/N STO 931 (PO/N STO 931 (PO/N STO 931 (PO/N STO 931 (PO/N STO 931
Meals:     0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a

Avail:  FR 1000p-0700a                 0900p-0800a                 1000p-0700a   0900p-0800a
Shift:     (SYSALES A 903                                          1000p-0700a
           0200a-0300a                                             (PO/N STO 931
Meals:                                                             0200a-0300a

Shift:     1000p-0700a   1000p-0700a   0900p-0800a   0900p-0800a   0900p-0800a   1000p-0700a
           (PO/N STO 931 (PO/N STO 931                             (PO/N STO 931
Meals:     0200a-0300a   0200a-0300a                               0200a-0300a

Avail:  FR 1000p-0000m   1000p-0000m                 1000p-0700a                 1000p-0700a   1000p-0700a
Shift:     (PO/N STO 931 (PO/N STO 931               (PO/N STO 931               (PO/N STO 931 (PO/N STO 931
           0200a-0300a   0200a-0300a
Meals:     1000p-0700a   1000p-0700a

Avail:  FR 1000p-0000m   N/A-DAY       N/A-DAY                     N/A-DAY
Shift:     (PO/N STO 931
           0200a-0300a
Meals:     1000p-0700a

Avail:  FR 1200a-1200a   1200a-1200a   1200a-1200a                 1200a-1200a   1200a-1200a   1200a-1200a
Shift:     1000p-0700a   1000p-0700a   1000p-0700a                 1000p-0700a   1000p-0700a   1200a-0700a SA
           0200a-0300a                 (PO/N STO 931               (PO/N STO 931 (PO/N STO 931 (PO/N STO 931

Meals:     1000p-0700a   1000p-0700a   0700a-0600p                 0700a-0600p   0700a-0600p   0700a-0600p
Shift:     0000m-0700a   0000m-0700a                                             1000p-0700a   1000p-1200a-0700a
           (PO/N STO 931 (PO/N STO 931                                           (PO/N STO 931 (PO/N STO 931
           0200a-0300a   0200a-0300a

                         0700a-0600p   0700a-0600p                 0700a-0600p   0700a-0600p
                         1000p-0700a
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00129

RUN ON: 01/31/2003 AT 22:11:10
FOR PERIOD ENDING: 02/21/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/15/2003 TO 02/21/2003

STORE NO. 356
WEEK NO. 3

REPORT NO. sas2060r
PAGE NO. 62

Department: 931          NIGHT RECEIVING

HANNA D. RYE
ASC ID - 1968

| | 02/15/2003 SATURDAY | 02/16/2003 SUNDAY | 02/17/2003 MONDAY | 02/18/2003 TUESDAY | 02/19/2003 WEDNESDAY | 02/20/2003 THURSDAY | 02/21/2003 FRIDAY | TOTAL HOURS | FT/PT | IP# |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | | | | | | | | | |
| Meals: | 1000p-0700a (P)O/N 0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | | | | | | | | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | | | | | | | | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | |
| Avail: Shift: | FR 1000p-0700a | | | | | | | | | |
| Meals: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1200a-0700a (P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | |
| Shift: | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-0700a (P)O/N STO 931 | 32.00 | F | | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1200a-0700a (P)O/N STO 931 | | F | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | |
| Shift: | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | | | F | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00130

RUN ON: 02/01/2003 AT 21:21:54
FOR PERIOD ENDING: 02/28/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/22/2003 TO 02/28/2003

STORE NO. 356
WEEK NO. 4

REPORT NO. 5aszz060r
PAGE NO. 63

Department: 931   NIGHT RECEIVING

WANDA D. AYE.
Asc ID - 1968

| | 02/22/2003 SATURDAY | 02/23/2003 SUNDAY | 02/24/2003 MONDAY | 02/25/2003 TUESDAY | 02/26/2003 WEDNESDAY | 02/27/2003 THURSDAY | 02/28/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR | <-------- FRONT END ----> SIGN-ON HRS/MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | ████████ | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(SYSALES A 903 | 32.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>1000p-0800a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(SYSALES A 903<br>0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | N/A-DAY | 1000p-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-1200a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | | | | | |
| Meals: | | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00131

RUN ON: 02/14/2003 AT 21:38:06
FOR PERIOD ENDING: 03/07/2003

W A L * M A R T   S T O R E S ,   I N C .
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/01/2003 TO 03/07/2003

STORE NO. 356
WEEK NO. 5

REPORT NO. sas2060r
PAGE NO. 63

Department: 931   NIGHT RECEIVING

WANDA D. AYE.
Asc ID - 1958

| | 03/01/2003 SATURDAY | 03/02/2003 SUNDAY | 03/03/2003 MONDAY | 03/04/2003 TUESDAY | 03/05/2003 WEDNESDAY | 03/06/2003 THURSDAY | 03/07/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a (PJO/N STO 931) 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931) 1000p-0700a 0200a-0300a | 1000p-0700a (S)SALES A 903 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (S)SALES A 903 | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a 0700a (S)SALES A 903 0200a-0300a | 0900p-0800a 1000p-0000m-0700a (S)SALES A 903 0200a-0300a | 0900p-0800a 1000p-0000m-0700a (S)SALES A 903 0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-0000m-0700a (S)SALES A 903 | 0900p-0800a 1000p-1200a-0700a SA (S)SALES A 903 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a (PJO/N STO 931 | N/A-DAY | 1000p-0700a | | 1000p-0700a | 1000p-0700a 1200a-0700a SA (PJO/N STO 931) | 40.00 | | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (S)SALES A 903 0200a-0300a | N/A-DAY | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a 0200a-0300a | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a (S)SALES A 903 0200a-0300a | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 0000m-0700a (PJO/N STO 931 | | | | | | | | | |

<--------- FRONT END --------->
SIGN-ON  HRxMin:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00132

```
RUN ON: 02/21/2003 AT 22:11:31                    W A L * M A R T   S T O R E S ,   I N C.        STORE NO. 356
FOR PERIOD ENDING 03/14/2003                            ASSOCIATE SCHEDULES                       WEEK NO. 6
                                                            FINAL COPY
                                                  FROM 03/08/2003 TO 03/14/2003                    REPORT NO. sas2060r
                                                                                                  PAGE NO. 61
Department: 931   NIGHT RECEIVING
```

| | 03/08/2003 SATURDAY | 03/09/2003 SUNDAY | 03/10/2003 MONDAY | 03/11/2003 TUESDAY | 03/12/2003 WEDNESDAY | 03/13/2003 THURSDAY | 03/14/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|

WANDA D. AYE.
Ass ID - 1958

```
        FR 1000p-0700a  1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a
Avail:     (P)O/N STO 931 (P)O/N STO 931 (P)O/N STO 931 (P)O/N STO 931 (P)O/N STO 931 1000p-1200a-0700a SA
Shift:                                                                                  (P)O/N STO 931           F
Meals:  0200a-0300a  0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a
```

RUN ON: 02/28/2003 AT 21:46:14
FOR PERIOD ENDING: 03/21/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/15/2003 TO 03/21/2003

STORE NO. 366
WEEK NO. 7

REPORT NO. 5as2060or
PAGE NO. 59

Department : 931   NIGHT RECEIVING

WANDA D. AYE:
Asc ID - 1958

| | | 03/15/2003 SATURDAY | 03/16/2003 SUNDAY | 03/17/2003 MONDAY | 03/18/2003 TUESDAY | 03/19/2003 WEDNESDAY | 03/20/2003 THURSDAY | 03/21/2003 FRIDAY | TOTAL HOURS | FT/PT | IP# | <---- FRONT END ----> SIGN-ON HRaMIn-SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-1200a-0700a SA (PJO/M STO 931) | | F | | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-1200a-0700a SA (PJO/M STO 931) | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-1200a-0700a SA (PJO/M STO 931) | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 0200a-0300a | 1000p-0700a (S)SALES A 903 0200a-0300a | N/A-DAY | 0900p-0800a (S)SALES A 903 | 1000p-0700a (S)SALES A 903 | 1000p-1200a-0700a SA (PJO/M STO 931) | 32.00 | | F | | |
| Shift: Meals: | | 1000p-0700a | 1000p-0700a | 0900p-0800a | | 0900p-0800a 1000p-1200a-0700a SA (S)SALES A 903 | 40.00 | F | | |
| Shift: Meals: | | 0900p-0800a (S)SALES A 903 | | 1000p-0700a | 1000p-0700a | 0900p-0800a (S)SALES A 903 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a SA (S)SALES A 903 0200a-0300a | | 40.00 | F | | |
| Shift: Meals: | 1000p-0700a (S)SALES A 903 | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00134

RUN ON: 03/09/2003 AT 17:27:44
FOR PERIOD ENDING: 03/28/2003

WALMART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/22/2003 TO 03/28/2003

STORE NO. 356
WEEK NO. 8

REPORT NO. sas2040r
PAGE NO. 60

Department : 931    NIGHT RECEIVING

| | 03/22/2003 SATURDAY | 03/23/2003 SUNDAY | 03/24/2003 MONDAY | 03/25/2003 TUESDAY | 03/26/2003 WEDNESDAY | 03/27/2003 THURSDAY | 03/28/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|

WANDA D. AYE
Asc ID - 1958

Avail:
Shift: FR 1000p-0700a
Meals:

Avail:
Shift: FR 1000p-0700a
Meals:

Avail:
Shift: FR 1000p-0700a
Meals:

Avail:
Shift: FR 1000p-0700a
Meals:

Avail:
Shift: FR 1000p-0700a
Meals:

Avail:
Shift:
Meals:

Avail:
Shift:
Meals:

Shift:
Meals:

Shift:
Meals:

Shift:
Meals:

Shift:
Meals:

RUN ON: 03/21/2003 AT 22:19:29
FOR PERIOD ENDING: 04/04/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/29/2003 TO 04/04/2003

STORE NO. 356
WEEK NO. 9

REPORT NO. sasz060r
PAGE NO. 57

Department: 931   NIGHT RECEIVING

WANDA D. RYE.
Asc ID - 1958

| | 03/29/2003 SATURDAY | 03/30/2003 SUNDAY | 03/31/2003 MONDAY | 04/01/2003 TUESDAY | 04/02/2003 WEDNESDAY | 04/03/2003 THURSDAY | 04/04/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON HR:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a SA<br>1000p-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a SA<br>1000p-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a SA<br>(P)O/N STO 931 | 40.00 | F | | |
| Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931 | | | | | | | | | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0000m-0700a<br>(S)SALES A 903<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(S)SALES A 903 | 0900p-0800a<br>1200a-0700a SA<br>(S)SALES A 903 | 32.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 0900p-0800a | 1000p-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a<br>1200a-0700a SA<br>(S)SALES A 903 | 40.00 | F | | |
| Shift:<br>Meals: | 1000p-0700a<br>0200a-0300a | | | | | | | | | | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a<br>1000p-0000m-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903 | 1200a-1200a<br>1200a-C700a SA<br>(S)SALES A 903 | 40.00 | F | | |
| Shift:<br>Meals: | 1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | | | | | | | | | | |
| Shift:<br>Meals: | 1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00136

RUN ON: 03/31/2003 AT 19:45:43
FOR PERIOD ENDING 04/11/2003

Department: 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/05/2003 TO 04/11/2003

STORE NO. 356
WEEK NO. 10

REPORT NO. 5as2060r
PAGE NO. 59

| | 04/05/2003 SATURDAY | 04/06/2003 SUNDAY | 04/07/2003 MONDAY | 04/08/2003 TUESDAY | 04/09/2003 WEDNESDAY | 04/10/2003 THURSDAY | 04/11/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: FR | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | (PJO/M STO 931) 0200a-0300a | (PJO/M STO 931) 0200a-0300a | 40.00 | F |
| Avail: Shift: FR | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a 1200a-0700a (PJO/M STO 931) | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 40.00 | F |
| Avail: Shift: FR | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0000m 1000m-0700a (PJO/M STO 931) | N/A-DAY | N/A-DAY | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | |
| Avail: Shift: FR | | 1000p-0700a | | | 0900p-0800a | | 1000p-0700a (PJO/M STO 931) | | |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0000m 1000m-0700a (5)SALES A 903 0200a-0300a | 0900p-0800a (PJO/M STO 931) 0200a-0300a | 0900p-0800a (PJO/M STO 931) 0200a-0300a | 0900p-0800a (PJO/M STO 931) 0200a-0300a | | | | 32.00 | F |
| Avail: Shift: FR | 1000p-0000m 0000m-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1000p-1200a 1200a-0700a (PJO/M STO 931) | 40.00 | F |
| Avail: Shift: FR | 1000p-0000m 0000m-0700a 0200a-0300a | 0200a-0300a | | | | | | | |
| Meals: | 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (5)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931) 0200a-0300a | 1200a-1200a 1000p-1200a 1200a-0700a (PJO/M STO 931) 0200a-0300a | 40.00 | F |

RUN ON: 04/10/2003 AT 22:36:04
FOR PERIOD ENDING 04/18/2003

WANDA D. AYE,
Assc ID - 1958

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/12/2003 TO 04/18/2003

STORE NO. 356
WEEK NO. 11

REPORT NO. sas2060r
PAGE NO. 1

<---- FRONT END ---->
SIGN-ON HR&MN&SC

| | 04/12/2003 SATURDAY | 04/13/2003 SUNDAY | 04/14/2003 MONDAY | 04/15/2003 TUESDAY | 04/16/2003 WEDNESDAY | 04/17/2003 THURSDAY | 04/18/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a | 6.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)O/N STO 931 | N/A-DAY | 1000p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0800a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 32.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-0700a<br>(P)O/N STO 931 | 1000p-0800a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | | | | | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 6.00 | F | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail:<br>Shift: | FR 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>0800a-0500p<br>(P)SLS CLK<br>1100a-1200n | 34.00 | F | |
| Meals: | 1200a-1200a | | | | | 0800a-0500p<br>(P)SLS CLK<br>1100a-1200n | | | | |
| Avail:<br>Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>0800a-0500p<br>(P)SLS CLK<br>1100a-1200n | 1200a-1200a<br>0800a-0500p<br>(P)SLS CLK<br>1100a-1200n | 1200a-1200a<br>0800a-0500p<br>(P)SLS CLK<br>1100a-1200n | 1200a-1200a<br>(S)SALES A 903 | 40.00 | F | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00138

RUN ON: 04/04/2003 AT 20:39:26
FOR PERIOD ENDING: 04/25/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/19/2003 TO 04/25/2003

STORE NO. 356
WEEK NO. 12

REPORT NO. 5&52060r
PAGE NO. 58

Department: 931    NIGHT RECEIVING

HARMON D. FAYE
ASC ID - 1758

| | 04/19/2003 SATURDAY | 04/20/2003 SUNDAY | 04/21/2003 MONDAY | 04/22/2003 TUESDAY | 04/23/2003 WEDNESDAY | 04/24/2003 THURSDAY | 04/25/2003 FRIDAY | TOTAL HOURS | F1/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |

<--- FRONT END ---
SIGN-ON HR&MN&SC

Avail:
Shift:
Meals:

Avail:
Shift:
Meals:

Avail:
Shift:
Meals:

Avail:    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    SA
Shift: FR 1000p-000m-0700a  1000p-000m-0700a  1000p-0700a  1000p-0700a  1000p-0700a  1000p-1200a-0700a  1000p-1200a-0700a  SA
Meals:   (SYSALES A 903   (SYSALES A 903  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931
         0200a-0300a      0200a-0300a     0200a-0300a     0200a-0300a     0200a-0300a

Avail:    1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a    34.00  F
Shift:    0700p-0700p     1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a    SA
Meals:   (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931
         0200a-0300a      0200a-0300a     0200a-0300a     0200a-0300a     0200a-0300a

Avail:    1000p-0700a     N/A-DAY         1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a    40.00  F
Shift: FR 1000p-000m-0700a                1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a     1000p-1200a-0700a  SA
Meals:   (PYO/N STO 931                   (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931
         0200a-0300a                      0200a-0300a     0200a-0300a     0200a-0300a     0200a-0300a

Shift: FR 1000p-0700a     1000p-0700a                     1000p-0700a     1000p-0700a     1000p-0700a     1000p-0700a    32.00  F
Meals:   0200a-0300a                                      0200a-0300a     0200a-0300a     0200a-0300a     0200a-0300a

Shift:    0900p-0800a     0900p-0800a                     0900p-0800a     0900p-0800a     0900p-0800a     0900p-0800a    40.00  F
Meals:   0200a-0500a      0200a-0500a                                                     0200a-0300a

Avail:    1000p-0700a     1000p-0700a     N/A-DAY         1000p-0700a     0700p-0600p     0700p-0600p     0700p-0600p    34.00  F
Shift: FR 1000p-000m-0700a  1000p-0700a                   1000p-0700a     1000p-0700a     1000p-1200a-0700a  SA
Meals:   (PYO/N STO 931   (PYO/N STO 931                  (PYO/N STO 931  (PYO/N STO 931  (PYO/N STO 931
         0200a-0300a      0200a-0300a                     0200a-0300a     0200a-0300a

Avail:                                    N/A-DAY         0700p-0600p     0700p-0600p     0700p-0600p    34.00  F
Shift: FR 1000p-0700a                                                                    (PYO/N STO 931  SA
Meals:   (SYSALES A 903
         0200a-0300a

Avail:    1200a-1200a     1200a-1200a     0700a-0600p     1200a-1200a     1200a-1200a     0700p-0600p    38.00  F
Shift:    1000p-000m-0700a  1000p-0700a                                                   1000p-1200a-0700a  SA
Meals:   (SYSALES A 903   (SYSALES A 903                                                  (PYO/N STO 931
         0200a-0300a      0200a-0300a

Avail:    1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a     1200a-1200a    40.00  F
Shift:   0600a-0500p     0600a-0500p     0600a-0500p     0600a-0500p     0600a-0500p     0600a-0500p     0600a-0500p
Meals:   1200m-0100n  9  1200m-0100n  9  1200m-0100n  9  (PYSLS CLK      (PYSLS CLK      (PYSLS CLK      (PYSLS CLK
                                         1200m-0100n     1200m-0100n     1200m-0100n  9

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00139

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 04/26/2003 TO 05/02/2003

STORE NO. 356
WEEK NO. 13

REPORT NO. SAS2060r
PAGE NO. 59

RUN ON: 04/11/2003 AT 22:07:05
FOR PERIOD ENDING: 05/02/2003

Department: 931   NIGHT RECEIVING

WANDA D. AYE
Asc ID - 1958

| | 04/26/2003 SATURDAY | 04/27/2003 SUNDAY | 04/28/2003 MONDAY | 04/29/2003 TUESDAY | 04/30/2003 WEDNESDAY | 05/01/2003 THURSDAY | 05/02/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-1200a-0700a SA (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | F | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-1200a-0700a SA (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | F | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-1200a-0700a SA (PJO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-1200a-0700a SA (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | 0900p-0800a (PJO/N STO 931 | 0900p-0800a (PJO/N STO 931 | 0900p-0800a | 0900p-0800a | 0900p-0800a SA | | 32.00 | F | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931 | N/A-DAY | N/A-DAY | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 | N/A-DAY | N/A-DAY | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1200a-0700a SA (PJO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931 | 1200a-1200a | 1200a-1200a | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931 | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931 | 40.00 | F | |
| Meals: | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1200a-1200a 1000p-0000m-0700a (PJO/N STO 931 | | 1200a-1200a | 1200a-1200a 1000p-0700a (PJO/N STO 931 | 1200a-1200a 1000p-0700a (PJO/N STO 931 | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931 | 1200a-1200a 1000p-1200a-0700a SA (PJO/N STO 931 | | F | |
| Meals: | 0200a-0300a | | | | | | | | | |

|------- FRONT END -------|
SIGN-ON HR#MH#SC

```
RUN ON: 04/18/2003 AT 20:48:46                W A L * M A R T   S T O R E S ,   I N C .        STORE NO. 356      REPORT NO. sas2060r
FOR PERIOD ENDING: 05/09/2003                       ASSOCIATE SCHEDULES                          WEEK NO. 14         PAGE NO.   60
                                                       FINAL COPY
                                                 FROM 05/03/2003 TO 05/09/2003
Department : 931   NIGHT RECEIVING
```

| | 05/03/2003 SATURDAY | 05/04/2003 SUNDAY | 05/05/2003 MONDAY | 05/06/2003 TUESDAY | 05/07/2003 WEDNESDAY | 05/08/2003 THURSDAY | 05/09/2003 FRIDAY | TOTAL HOURS | F7/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: FR | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (PJO/N STO 931) 0200a-0300a | N/A-DAY | 0900p-0800a (PJO/N STO 931) | 0900p-0800a | 0900p-0800a (PJO/N STO 931) | 0900p-0800a (PJO/N STO 931) | 0900p-0800a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: FR | 0900p-0800a (PJO/N STO 931) 0200a-0300a | 0900p-0800a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 0900p-0800a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 0900p-0800a 1000p-0700a (A SALES A 903) 0200a-0300a | 0900p-0800a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: FR 1000p-0000m | 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | N/A-DAY | | | | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (JSALES A 903) | 40.00 | F | |
| Meals: | | | | | | | | | | |
| WANDA D. AYE, Asc ID - 1950 Avail: Shift: FR 1000p-0000m | 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a (PJO/N STO 931) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a (JSALES A 903) | 40.00 | F | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00141

FRONT END
SIGN-ON
HR/PMASC

```
RUN ON: 04/27/2003 AT 18:01:56                W A L * M A R T   S T O R E S ,   I N C .        STORE NO. 356              REPORT NO. SAS-...
FOR PERIOD ENDING: 05/16/2003                         ASSOCIATE SCHEDULES                    WEEK NO. 15               PAGE NO.   59
                                                          FINAL COPY
                                               FROM 05/10/2003 TO 05/16/2003

Department: 931        NIGHT RECEIVING
```

| | | 05/10/2003 SATURDAY | 05/11/2003 SUNDAY | 05/12/2003 MONDAY | 05/13/2003 TUESDAY | 05/14/2003 WEDNESDAY | 05/15/2003 THURSDAY | 05/16/2003 FRIDAY | TOTAL HOURS | FT/PT | IPK | <---- FRONT ----> SIGN-ON END BEGIN |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
WANDA D- BYE,
ASC ID - 1968

Avail:
Shift:  FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a SA  1000p-0700a   1000p-0700a   40.00   F
        (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   1000p-1200a-0700a
Meals:   0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a                        (PX)/N STO 931

Avail:
Shift:  FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a SA  1000p-0700a
        (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931
Meals:   0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a

Avail:
Shift:  FR 1000p-0700a                 1000p-0700a                                 1000p-0700a   40.00   F
Meals:

Avail:
Shift:  FR 1000p-000m-0700a  0900p-0800a   0900p-0800a   0900p-0800a   0900p-0800a   0900p-0800a   32.00   F
        (PX)/N STO 931   1000p-0700a                                               1000p-1200a-0700a
Meals:   0200a-0300a    0200a-0300a                                               (PX)/N STO 931

Avail:
Shift:  FR 1000p-000m-0700a  0900p-0800a   1000p-0700a   1000p-0700a   1000p-0700a SA  1000p-0700a   40.00   F
        (PX)/N STO 931   1000p-0700a   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931
Meals:   0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a

Avail:
Shift:  FR 1000p-000m-0700a  N/A-DAY   N/A-DAY                                       1000p-0700a
        (PX)/N STO 931
Meals:   0200a-0300a

Avail:
Shift:  FR 1000p-0000m-0700a  N/A-DAY
        (PX)/N STO 931
Meals:   0200a-0300a

Avail:
Shift:  FR 1000p-0000m-0700a  1000p-0700a   1000p-0700a   1000p-0700a SA  1000p-0700a SA  40.00   F
        (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931   (PX)/N STO 931
Meals:   0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a

Avail:
Shift:  FR 1000p-000m-0700a  1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   40.00   F
        (PX)/N STO 931   (S)SALES A 903  (S)SALES A 903  (S)SALES A 903  1000p-0700a SA
Meals:   0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    (S)SALES A 903

Shift:   1000p-0700a
Meals:   0200a-0300a

Shift:   1200a-1200a
Meals:   0200a-0300a
         (S)SALES A 903
```

```
RUN ON: 05/02/2003 AT 18:25.29
FOR PERIOD ENDING: 05/23/2003

                                    W A L * M A R T   S T O R E S,  I N C.        STORE NO. 356
Department = 931   NIGHT RECEIVING          ASSOCIATE SCHEDULES               WEEK NO. 16
                                              FINAL COPY
                                    FROM 05/17/2003 TO 05/23/2003

                                                                                 REPORT NO. 5452060r
                                                                                 PAGE NO.  59
```

WANDA D. AYE
Asc ID - 1758

|  | 05/17/2003 SATURDAY | 05/18/2003 SUNDAY | 05/19/2003 MONDAY | 05/20/2003 TUESDAY | 05/21/2003 WEDNESDAY | 05/22/2003 THURSDAY | 05/23/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | 1000p-000m-0700a | | | (PO/N STO 931 | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | |
| Meals: | (PO/N STO 931 | | | | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | | |
| | 0200a-0300a | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | 1000p-000m-0700a | | | | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | |
| Meals: | (PO/N STO 931 | | | | (S)SALES A 903 | (S)SALES A 903 | (S)SALES A 903 | | |
| | 0200a-0300a | | | | 0200a-0300a | | | | |
| Avail: Shift: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 0900p-0800a | 0900p-0800a | N/A-UN | 30.00 | F |
| Meals: | | | | | 0200a-0300a | 0200a-0300a | | | |
| Avail: Shift: | FR 1000p-0700a | N/A-OT | N/A-OT | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | 1000p-000m-0700a | | | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | | |
| Meals: | (PO/N STO 931 | | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| | 0200a-0300a | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 1000p-0700a | 1000p-0700a | N/A-UN | | |
| | 1000p-000m-0700a | 1000p-0700a | 1000p-0700a | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | | | |
| Meals: | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| | 0200a-0300a | 0200a-0300a | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | 1000p-0700a | (PO/N STO 931 | (PO/N STO 931 | (PO/N STO 931 | 1000p-0700a | 1000p-0700a | (PO/N STO 931 | | |
| Meals: | (PO/N STO 931 | 0200a-0300a | 0200a-0300a | 0200a-0300a | (PO/N STO 931 | (PO/N STO 931 | | | |
| | 0200a-0300a | | | | 0200a-0300a | 0200a-0300a | | | |
| Avail: Shift: | FR 1000p-0700a | | 1000p-0700a | 1200a-1200a | 1200a-1200a | 1000p-0700a | 1000p-0700a | 40.00 | F |
| | 1000p-0700a | | | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1200a-1200a | | |
| Meals: | (PO/N STO 931 | | | (S)SALES A 903 | (S)SALES A 903 | (S)SALES A 903 | (S)SALES A 903 | | |
| | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | | | |
| Avail: Shift: | | | | | | | | | |
| Meals: | 1000p-0700a | | | | | 1000p-0700a | | | |
| | (PO/N STO 931 | | | | | (PO/N STO 931 | | | |
| | 0200a-0300a | | | | | 0200a-0300a | | | |

```
RUN ON: 05/31/2003 AT 19:23:51                    WAL*MART STORES, INC.                      STORE NO. 356      REPORT NO. SaS2060hr
FOR PERIOD ENDING: 05/30/2003                      ASSOCIATE SCHEDULES                         WEEK NO. 17        PAGE NO.  59
                                                       FINAL COPY
                                               FROM 05/24/2003 TO 05/30/2003
```

Department : 931     NIGHT RECEIVING

WANDA S. AVE.
Ass ID - 1958

| | 05/24/2003 SATURDAY | 05/25/2003 SUNDAY | 05/26/2003 MONDAY | 05/27/2003 TUESDAY | 05/28/2003 WEDNESDAY | 05/29/2003 THURSDAY | 05/30/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-000am | | | | | | | | |

(Heavily redacted schedule grid follows)

Shifts:   N/A-OT

Meals:    1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Avail:
Shift:    FR 1000p-000am-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:

Shifts:   1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:    1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Avail:
Shift:    FR 1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:    N/A-UN

Shifts:   1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:

Avail:
Shift:    FR 1000p-000am-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:

Shifts:   1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:    1200a-1200a
          (S)SALES A 903
          0200a-0300a

Avail:
Shift:    FR 1000p-000am-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:

Shifts:   1000p-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:    1000p-0700a
          (S)SALES A 903
          0200a-0300a

Avail:
Shift:    FR 1000p-000am-0700a
          (P)O/N STO 931
          0200a-0300a

Meals:

Shifts:

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00144

RUN ON: 05/23/2003 AT 08:57:42
FOR PERIOD ENDING: 06/06/2003

NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 05/31/2003 TO 06/06/2003

STORE NO. 356
WEEK NO. 18

REPORT NO. 5as2060r
PAGE NO. 60

Department : 931

WANDA B. AVE.
Asc ID - 1958

| | 05/31/2003 SATURDAY | 06/01/2003 SUNDAY | 06/02/2003 MONDAY | 06/03/2003 TUESDAY | 06/04/2003 WEDNESDAY | 06/05/2003 THURSDAY | 06/06/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | | N/A-OT | | | N/A-OT | | 40.00 | F |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | |
| Avail: Shift: | FR 1000p-0700a | | | | N/A-DAY | | N/A-OT | 40.00 | F |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a | | N/A-DAY | | N/A-DAY | | 32.00 | F |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | (P)O/N 931 | 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/N STO 931 | | | N/A-DAY | | N/A-DAY | 38.00 | F |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 | | |
| Avail: Shift: | FR 1000p-0000m-0700a (S)SALES A 903 | | 1200a-1200a 1000p-0700a (S)SALES A 903 | | | | | 40.00 | F |
| Meals: | 1200a-1200a 1000p-0000m-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 0200a-0300a | | |

|<---------- FRONT END ---------->|
SIGN-ON  HR:MM:SC

IPk

A5

A30/469

NIGHT RECEIVING

RUN ON: 05/25/2003 AT 19:56:37
FOR PERIOD ENDING: 06/13/2003

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/07/2003 TO 06/13/2003

STORE NO. 356
WEEK NO. 19

REPORT NO. SAS2060P
PAGE NO. 1

WANDA V. AVE.
Asc ID 1958

| | | 06/07/2003 SATURDAY | 06/08/2003 SUNDAY | 06/09/2003 MONDAY | 06/10/2003 TUESDAY | 06/11/2003 WEDNESDAY | 06/12/2003 THURSDAY | 06/13/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SR<br>(P)O/N STO 931 | 40.80 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0000m-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.80 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a SA<br>(P)O/N STO 931 | | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a SA<br>(P)O/N STO 931 | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1000p-0700a<br>1000p-0700a SA<br>(P)O/N STO 931 | 32.00 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | | | 1000p-0700a | 1000p-0700a | | 1000p-0700a | 1000p-0700a | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | 34.00 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | | | | |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | N/A-DAY | | | | | | | |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a SA<br>1000p-1200a-0700a SA<br>(S)SALES A 903 | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(S)VALID 903<br>0200a-0300a | 1000p-0700a<br>0200a-0300a | | | | | | | |
| Meals: | | | | | | | | | |

IPB:     |<---FRONT END --->|
         SIGN-ON  HR:MM:SC

|<----FRONT END --->|
SIGN-ON  HR:MM:SC

— — 10-7 10-7

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00146

RUN ON: 05/31/2003 AT 07:12:06
FOR PERIOD ENDING: 06/20/2003

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/14/2003 TO 06/20/2003

STORE NO. 356
WEEK NO. 20

REPORT NO. SASZ1060C
PAGE NO. 59

Department: 931   NIGHT RECEIVING

WANDA D. RYE.
Asc ID - 1958

| | 06/14/2003 SATURDAY | 06/15/2003 SUNDAY | 06/16/2003 MONDAY | 06/17/2003 TUESDAY | 06/18/2003 WEDNESDAY | 06/19/2003 THURSDAY | 06/20/2003 FRIDAY | TOTAL HOURS | FT/PT | IFH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | N/A-OT | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | 1000p-0700a (P)O/N STO 931 | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR N/A-OT | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | N/A-OT 1000p-0700a 0200a-0300a | N/A-DAY | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |

<--------- FRONT END --------->
SIGN-ON HRS:MN:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00147

RUN ON: 06/13/2003 AT 14:18:48
FOR PERIOD ENDING: 06/27/2003

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 06/21/2003 TO 06/27/2003

STORE NO. 356
WEEK NO. 21

Department : 931   NIGHT RECEIVING

WANDA D. RYE.
Asc ID - 1958

| | 06/21/2003 SATURDAY | 06/22/2003 SUNDAY | 06/23/2003 MONDAY | 06/24/2003 TUESDAY | 06/25/2003 WEDNESDAY | 06/26/2003 THURSDAY | 06/27/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-OT | | N/A-OT | | N/A-OT | 1000p-0700a 1000p-1200a-0700a-0700a SA (P)O/N STO 931 (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a (P)O/N STO 931 (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | N/A-OT | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | N/A-OT | N/A-DAY | N/A-OT | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 | 40.00 | F |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 32.00 | F |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 40.00 | F |
| Avail: Shift: Meals: | 000w-0700a (P)O/N STO 931 | | | | | | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | | F |

|<---------- FRONT END --------->|
SIGN-ON   HR:MN:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00148

RUN ON: 06/21/2003 AT 08:49:46
FOR PERIOD ENDING: 07/11/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/05/2003 TO 07/11/2003

STORE NO. 356
WEEK NO. 23

REPORT NO. SASZ060U
PAGE NO. 61

Department : 931    NIGHT RECEIVING

WANDA D.
Asc ID - 1968
AVE-

<-------- FRONT END -------->
SIGN-ON   HR:MN:SC

| | 07/05/2003 SATURDAY | 07/06/2003 SUNDAY | 07/07/2003 MONDAY | 07/08/2003 TUESDAY | 07/09/2003 WEDNESDAY | 07/10/2003 THURSDAY | 07/11/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | 1000p-0700a 1000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | | | | | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | | |
| Meals: | | | | | | | | | | |
| FR 1000p-0700a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | 40.00 | F | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| FR 1000p-0700a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | N/A-DAY | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a SA (P)O/N STO 931 | 32.00 | F | |
| Avail: Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| FR 1000p-0000m-0700a | 1000p-0700a (P)O/N STO 931 (S)SALES A 903 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a SA (P)O/N STO 931 (S)SALES A 903 | 26.00 | F | |
| Avail: Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| FR 1000p-0700a | 1000p-0700a (P)O/N STO 931 (S)SALES A 903 0200a-0300a | 1000p-0700a (P)O/N STO 931 (S)SALES A 903 0200a-0300a | N/A-DAY | 1000p-0700a (P)O/N STO 931 (S)SALES A 903 0200a-0300a | 1000p-0700a (P)O/N STO 931 (S)SALES A 903 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 (S)SALES A 903 | | | |
| Shift: | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a (P)O/N STO 931 | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a | | 1200a-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a SA (S)SALES A 903 0200a-0300a | 40.00 | F | | |
| Meals: | | | | | | | | | | |

10-7   10-7   10-7   OFF   10-7   OFF   OFF   10-7

*(handwritten)* NIGHT RECEIVING

RUN ON: 07/10/2003 AT 21:40:42
FOR PERIOD ENDING: 07/18/2003

WANDA D. AYE.
Assc ID - 1958

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/12/2003 TO 07/18/2003

STORE NO. 356
WEEK NO. 29

REPORT NO. 1    5as2060r
PAGE NO. 1

FRONT END
SIGN-ON  HR2#N4SC

| | 07/12/2003 SATURDAY | 07/13/2003 SUNDAY | 07/14/2003 MONDAY | 07/15/2003 TUESDAY | 07/16/2003 WEDNESDAY | 07/17/2003 THURSDAY | 07/18/2003 FRIDAY | TOTAL HOURS | F1/PT |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a SA | 1000p-0700a 1000p-0700a (P)O/N STO 931 | | F |
| Meals: | | | | | | | | 40.00 | |
| Shift: | | N/A-OT | | | | N/A-DAY | | | |
| Avail: Shift: | FR 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | | | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a SA | 1000p-0700a 1000p-0700a (P)O/N STO 931 | 32.00 | F |
| Meals: | | | | | | | | | |
| Shift: | | | N/A-DAY | N/A-DAY | N/A-DAY | | N/A-UN | | |
| Avail: Shift: | FR 1000p-0700a 1000p-0700a (S)SALES A 903 0200a-0300a | N/A-UN | 1000p-0700a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (S)SALES A 903 | 1000p-0700a 1000p-1200a-0700a SA (S)SALES A 903 | 6.00 | F |
| Meals: | | | | | | | | | |
| Shift: | | | N/A-SH | N/A-UN | N/A-UN | N/A-UN | N/A-UN | | |
| Avail: Shift: | FR 1000p-0000a 0200a-0300a | | N/A-0000a-0700a 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (S)SALES A 903 | 40.00 | F |
| Meals: | | | | | | | | | |
| Shift: | | | N/A-DAY | | | | N/A-UN | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | 40.00 | F |
| Meals: | | | | | | | | | |
| Shift: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | |
| Meals: | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00150

RUN ON: 07/04/2003 AT 19:33:15
FOR PERIOD ENDING: 07/25/2003

**W A L * M A R T   S T O R E S,   I N C.**
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/19/2003 TO 07/25/2003

STORE NO. 356
WEEK NO. 25

REPORT NO. SAS2060P
PAGE NO. 69

Department: 931   NIGHT RECEIVING

WANDA V. RYE
Assc ID: 1958

| | 07/19/2003 SATURDAY | 07/20/2003 SUNDAY | 07/21/2003 MONDAY | 07/22/2003 TUESDAY | 07/23/2003 WEDNESDAY | 07/24/2003 THURSDAY | 07/25/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-000am-0700a (P)O/N 0700a 0200a-0300a | FR 1000p-000am-0700a (P)O/N 0700a 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | N/A-OT | N/A-OT | N/A-OT N/A-OT,? | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-SH | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 26.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-SH | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | | 30.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-SH | N/A-DAY | N/A-OT | | 40.00 | F | |
| Avail: Shift: Meals: | N/A-OT | N/A-UN | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | N/A-DAY | N/A-UN | | 40.00 | F | |
| Avail: Shift: Meals: | N/A-UN | N/A-UN | N/A-SH | N/A-SH | N/A-OT | N/A-UN | | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-1200a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (S)SALES A 903 0200a-0300a | | | | | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0300a 0200a-0300a | 1000p-0700a 1000p-0300a 0200a-0300a | 1000p-0700a 1000p-0300a 0200a-0300a | | | | | | | |
| Avail: Shift: Meals: | FR 1000p-000am-0700a (P)O/N STO 931 0200a-0300a | 1000p-000am-0700a (P)O/N STO 931 0200a-0300a | 1000p-000am-0700a (P)O/N STO 931 0200a-0300a | 1000p-000am-0700a (P)O/N STO 931 0200a-0300a | 1000p-000am-0700a (P)O/N STO 931 0200a-0300a | | | | | |

FRONT END
SIGN-ON   HR:MIN:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00151

RUN ON: 07/11/2003 AT 21:47:40
FOR PERIOD ENDING: 08/01/2003

Department: 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 07/26/2003 TO 08/01/2003

STORE NO. 356
WEEK NO. 26

REPORT NO. SAS2060P
PAGE NO. 60

<-------- FRONT END --------->
SIGN-ON HR:MM:SC

WAHNDA D. AYE.
Asc ID - 1958

| | 07/26/2003 SATURDAY | 07/27/2003 SUNDAY | 07/28/2003 MONDAY | 07/29/2003 TUESDAY | 07/30/2003 WEDNESDAY | 07/31/2003 THURSDAY | 08/01/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | 1000p-0700a | 1000p-0700a | | | | | 1000p-0700a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | | | | | 1000p-1200a-0700a | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | | | | | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | 40.00 | F | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 2.00 | F | |
| Shift: | N/A-SH | N/A-SH | | N/A-OT | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| | | | | | | | 1000p-1200a-0700a SA | | | |
| | | | | | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | | | | | 0200a-0300a | 0200a-0300a | | 40.00 | F | |
| Shift: | N/A-UN | N/A-UN | N/A-UN | N/A-DAY | | | 1000p-0700a | | | |
| | | | | | | | 1000p-1200a-0700a SA | | | |
| | | | | | | | (P)O/N STO 931 | | | |
| Meals: | | | | | | | | 40.00 | F | |
| Avail: | 1000p-0700a | 1000p-0700a | | | | 1000p-0700a | 1000p-0700a | | | |
| Shift: | FR 1000p-0000m-0700a | FR 1000p-0700a | | | | 1000p-0700a | 1000p-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | | | | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | 0200a-0300a | | | F | |
| Shift: | 1000p-0700a | 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | | | | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | | | | | (S)SALES R 903 | (S)SALES R 903 | (S)SALES R 903 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | 0200a-0300a | | 40.00 | F | |
| Shift: | FR 1000p-0700a | FR 1000p-0700a | | | | | 1000p-0700a | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | | | | | 1000p-1200a-0700a SA | | | |
| | | | | | | | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | 40.00 | F | |
| Avail: | | | | | | | 1000p-0700a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1200a-1200a | | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | | | | | (P)O/N STO 931 | | | |
| | (S)SALES R 903 | (S)SALES R 903 | | | | | (S)SALES R 903 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | 40.00 | F | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00152

RUN ON: 07/20/2003 AT 11:01:48
FOR PERIOD ENDING: 08/08/2003

Department # 931     NIGHT RECEIVING

WANDA L.
AVE:
ASC ID - 1958

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/02/2003 TO 08/08/2003

STORE NO. 356
WEEK NO. 27

REPORT NO. SASZ060P
PAGE NO. 60

|  | 08/02/2003 SATURDAY | 08/03/2003 SUNDAY | 08/04/2003 MONDAY | 08/05/2003 TUESDAY | 08/06/2003 WEDNESDAY | 08/07/2003 THURSDAY | 08/08/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR | FRONT END SIGN-ON HR&MIN:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | | | | | | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | | 1200a-1200a 1000a-1200a-0700a SA (S)SALES R 903 0200a-0300a | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | | | 1000p-0700a | | 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | N/A-DAY | N/A-DAY | 1000p-0700a (PJO/N STO 931 | N/A-SH | 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | 0200a-0300a | | 0200a-0300a | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a (PJO/N STO 931 | N/A-SH | N/A-DAY | 1000p-0700a (PJO/N STO 931 | N/A-DAY | 1000p-0700a-0700a SA (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a SA (PJO/N STO 931 | 1000p-0700a 1000p-0700a SA (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Avail: Shift: | FR 1000p-000am-0700a (PJO/N STO 931 | 1000p-000m-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a (PJO/N STO 931 | 1000p-0700a 1000p-0700a SA (PJO/N STO 931 | 1000p-12000a-0700a SA (PJO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail: Shift: | FR 1000p-000am-0700a (PJO/N STO 931 | | N/A-DAY | N/A-DAY | | | 1200a-1200a 1000a-1200a-0700a SA (S)SALES R 903 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | | 0200a-0300a | | | | |
| Avail: Shift: | | | | 1000p-0700a | 1000p-0700a | 1000p-0700a-0700a SA | 1000p-0700a-0700a SA | | F | | |
| Meals: | | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00153

RUN ON: 07/25/2003 AT 22:01:08
FOR PERIOD ENDING: 08/15/2003

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/09/2003 TO 08/15/2003

STORE NO. 356
WEEK NO. 28

Department : 931    NIGHT RECEIVING

WANDA D. AYE.
Assc ID - 1958

| | 08/09/2003 SATURDAY | 08/10/2003 SUNDAY | 08/11/2003 MONDAY | 08/12/2003 TUESDAY | 08/13/2003 WEDNESDAY | 08/14/2003 THURSDAY | 08/15/2003 FRIDAY | TOTAL HOURS F/T/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (SYSALES R 903) (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (SYSALES R 903) (PJO/N STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (SYSALES R 903) 1000p-1200a-0700a SA (PJO/N STO 931) | 32.00 | F | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR N/A-OT | N/A-OT | 1000p-0700a | 1000p-0700a | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1000p-0700a (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR N/A-SH | N/A-DAY | N/A-DAY | N/A-DAY | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1000p-0700a (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931) 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) | | F |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (PJO/N STO 931) 0200a-0300a | N/A-SH | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES R 903) 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA 1000p-0700a (SYSALES R 903) 0200a-0300a | 1200a-1200a 1000p-0700a (SYSALES R 903) | 40.00 | F |
| Meals: | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (SYSALES R 903) 0200a-0300a | | 1200a-1200a (SYSALES R 903) 0200a-0300a | 1200a-1200a (SYSALES R 903) 0200a-0300a | 1200a-1200a (SYSALES R 903) 0200a-0300a | 1200a-1200a (SYSALES R 903) 0200a-0300a | 1200a-1200a (SYSALES R 903) | 40.00 | F |
| Meals: | | | | | | | | | |

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00154

RUN ON: 08/01/2003 AT 17:16:37
FOR PERIOD ENDING: 08/22/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 08/16/2003 TO 08/22/2003

STORE NO. 356
WEEK NO. 29

REPORT NO. sas2060U
PAGE NO. 59

---- FRONT END ----
SIGN-ON HR:MN:SC

Department = 931    NIGHT RECEIVING

WANDA D. AVE.
ASC ID = 1956

| | 08/16/2003 SATURDAY | 08/17/2003 SUNDAY | 08/18/2003 MONDAY | 08/19/2003 TUESDAY | 08/20/2003 WEDNESDAY | 08/21/2003 THURSDAY | 08/22/2003 FRIDAY | TOTAL HOURS | FT/PT | IPR |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000m | | | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | N/A-OT | N/A-OT | N/A-OT | N/A-OT | N/A-OT | N/A-OT | N/A-OT | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a SA (PJO/N STO 931) | 1000p-1200a-0700a SA (PJO/N STO 931) | 40.00 | F | |
| Meals: | | | | N/A-DAY | N/A-DAY | N/A-DAY | N/A-OT | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) | | 32.00 | F | |
| Meals: | | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-OT | | | | |
| Avail: Shift: | | 1000p-0700a (SJSALES A 903) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1200a-1200a 1200a-1200a (SJSALES A 903) 0200a-0300a | 1200a-1200a 1000p-0700a (SJSALES A 903) 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1200a-1200a 1000p-0700a SA (SJSALES A 903) | 40.00 | F | |
| Meals: | | | N/A-SH | N/A-SH | N/A-DAY | | | | | |
| Avail: Shift: | FR 1000p-0700a 1000p-0000m-0700a 0200a-0300a | 1000p-0700a 1000p-0000m-0700a 0200a-0300a | 1000p-0700a 1000p-0000m-0700a 0200a-0300a | 1000p-0700a | | | | | | |
| Meals: | N/A-DAY | N/A-SH | | | | | | | | |
| Shift: | 1000p-0700a (PJO/N STO 931) 0200a-0300a | 1000p-0700a (PJO/N STO 931) 0200a-0300a | | | | | | | | |
| Meals: | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00155

UNABLE TO LOCATE

WK 30

07-20-05

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00156

```
RUN ON: 06/16/2003  AT 21:19:33          WAL * MART STORES, INC.          STORE NO. 360
FOR PERIOD ENDING 07/06/2003                 FINAL COPY                   WEEK NO. 51

Department: 931  NIGHT RECEIVING      FROM 06/30/2003 TO 07/06/2003       TOTAL   F T/P T   IPH
                                                                          HOURS
HANNA  B.  AVE
Age ID : 1968
```

| | 06/28/2003 SATURDAY | 06/29/2003 SUNDAY | 06/30/2003 MONDAY | 07/01/2003 TUESDAY | 07/02/2003 WEDNESDAY | 07/03/2003 THURSDAY | 07/04/2003 FRIDAY | |
|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0900a | 1000p-0700a | 1000p-0700a | | | 1000p-0700a | 1000p-0700a 5a | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | (PJO/N STO 931 | (PJO/N STO 931 | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | 0200a-0300a 5a | F |
| Avail: Shift: | FR 1000p-0900a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | 1000p-0700a | 1000p-0700a 5a | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | (PJO/N STO 931 | (PJO/N STO 931 | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a 5a | F |
| Avail: Shift: | FR 1000p-0900a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a 5a | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a 5a | F |
| Avail: Shift: | FR 1000p-0900a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1400p 5a | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a 5a | F |
| Shift: | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | N/A-DAY | | 1000p-0700a | 24.00 P |
| | | | (PJO/N STO 931 | (PJO/N STO 931 | | | (PJO/N STO 931 | |
| Meals: | | | 0200a-0300a | 0200a-0300a | | | | |
| Shift: | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-1400p | | 34.00 P |
| Shift: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | | | 40.00 F |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | 40.00 F |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a 5a | 40.00 F |
| | (SOSALES R 903 | (SOSALES R 903 | (SOSALES R 903 | (SOSALES R 903 | (SOSALES R 903 | (SOSALES R 903 | (SOSALES R 903 | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | |
| Shift: | 1000p-0700a | | | | | | | |
| | (SOSALES R 903 | | | | | | | |
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00157

RUN ON: 08/22/2003 AT 21:23:56
FOR PERIOD ENDING: 09/12/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 09/06/2003 TO 09/12/2003

STORE NO. 356
WEEK NO. 32

REPORT NO. sas2060r
PAGE NO. 60

Department: 931   NIGHT RECEIVING

WANDA D. AYE,
Asc ID - 1958

| | | 09/06/2003 SATURDAY | 09/07/2003 SUNDAY | 09/08/2003 MONDAY | 09/09/2003 TUESDAY | 09/10/2003 WEDNESDAY | 09/11/2003 THURSDAY | 09/12/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shift: | FR | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 40.00 | F | |
| Meals: | | 0000m-0700a (P)O/M STO 931 0200a-0300a | 0000m-0700a (P)O/M STO 931 0200a-0300a | 0000m-0700a (P)O/M STO 931 0200a-0300a | 0000m-0700a (P)O/M STO 931 0200a-0300a | 0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-1200a-0700a (P)O/M STO 931 | 1000p-1200a-0700a (P)O/M STO 931 | | | |
| Shift: | | | | | | | | | 26.00 | P | |
| Meals: | | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 | | | | |
| Shift: | | | | | | | N/A-DAY | | 40.00 | F | |
| Meals: | FR | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | | | | |
| Shift: | | | | | | | | | 18.00 | P | |
| Meals: | FR | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200n-0700a 0000m-0700a (P)O/M STO 931 0200a-0300a | 1200n-0700a 0000m-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | N/A-DAY | | | |
| Shift: | | | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | | 32.00 | F | |
| Meals: | | | | | | | | | | | |
| Shift: | FR | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | 40.00 | | F | |
| Avail: Meals: | | | | | | | | | | | |

|<---------- FRONT END ---------->|
SIGN-ON HR:MN:SC

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00158

RUN ON: 08/31/2003 AT 10:29:01
FOR PERIOD ENDING: 09/17/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 09/13/2003 TO 09/19/2003

STORE NO. 356
WEEK NO. 33

Department: 931   NIGHT RECEIVING

WANDA D. AYE.
ASs. #. 1956

| | 09/13/2003 SATURDAY | 09/14/2003 SUNDAY | 09/15/2003 MONDAY | 09/16/2003 TUESDAY | 09/17/2003 WEDNESDAY | 09/18/2003 THURSDAY | 09/19/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931 | N/A-OT | 1000p-0700a<br>1000p-0600a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 31.00 | F | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1200n-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200n-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200n-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | P | |
| Avail:<br>Shift:<br>Meals: | N/A-OT | N/A-OT | N/A-DAY | N/A-DAY | N/A-OT | N/A-DAY | 1000p-1200a-0700a SA<br>(P)O/N STO 931 | 32.00 | F | |
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 18.00 | P | |
| Avail:<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | | | | F | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | N/A-SU | | | | | 40.00 | F | |
| Shift:<br>Meals: | 1000p-0700a<br>(S)SALES A 903 | N/A-SU | | 1200a-1200a | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00159

RUN ON: 09/07/2003 AT 18:20:22
FOR PERIOD ENDING 09/26/2003

Department : 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 09/20/2003 TO 09/26/2003

STORE NO. 356
WEEK NO. 34

REPORT NO. 5as2060P
PAGE NO. 61

<-------- FRONT END --------->
SIGN-ON HR:MN:SC

| | 09/20/2003 SATURDAY | 09/21/2003 SUNDAY | 09/22/2003 MONDAY | 09/23/2003 TUESDAY | 09/24/2003 WEDNESDAY | 09/25/2003 THURSDAY | 09/26/2003 FRIDAY | TOTAL HOURS | FT/PT | 1PH |
|---|---|---|---|---|---|---|---|---|---|---|
| Shift: | | | | | | | 1000p-0700a 1000p-1200a-0700a (S)CSM 903 | | F | |
| Avail: | | | | | | | 1000p-0700a 1000p-1200a-0700a (P)O/N STO 931 | 18.00 | F | |
| Meals: | | | | | N/A-OT | N/A-OT | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0600a (P)O/N STO 931 0200a-0300a | 1200n-0700a (P)O/N STO 931 0200a-0300a | 1200n-0700a (P)O/N STO 931 0200a-0300a | 1200n-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 SA 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 30.00 | P | |
| Avail: | | | | | | | | | | |
| Meals: | | N/A-DAY | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-OT | 40.00 | F | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | | 40.00 | F | |
| Avail: | | | | | | | | | | |
| Meals: | | | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 30.00 | F | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200n-0700a (P)O/N STO 931 0400a-0500a | 1200n-0700a (P)O/N STO 931 0400a-0500a | | | | | |
| Avail: | | | | | | | | | | |
| Meals: | | | | N/A-DAY | N/A-DAY | | | | | |
| Shift: | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | | |
| Avail: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | |
| Avail: | | | | | | | | | | |
| Meals: | | | | | | | | | | |

RUN ON: 09/12/2003 AT 19:28:18
FOR PERIOD ENDING: 10/03/2003

Department: 931   NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 09/27/2003 TO 10/03/2003

STORE NO.: 356
WEEK NO.: 35

REPORT NO.: SAS2060P
PAGE NO.: 61

| | 09/27/2003 SATURDAY | 09/28/2003 SUNDAY | 09/29/2003 MONDAY | 09/30/2003 TUESDAY | 10/01/2003 WEDNESDAY | 10/02/2003 THURSDAY | 10/03/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|

WANDA D. AYE,
Asc ID - 1968

Avail: FR 1000p-0700a
Shift: 1000p-0000m-0700a
       (P)O/N STO 931
Meals: 0200a-0300a

Avail: FR 1000p-0700a
Shift: 1000p-0000m-0700a
       (P)O/N STO 931
Meals: 0200a-0300a

10/03/2003 FRIDAY
1000p-0700a
1000p-1200a-0700a SA
(P)O/N STO 931

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00161

FRONT END
SIGN-ON HR:MN:SC

RUN ON: 07/22/2003 AT 10:47:51
FOR PERIOD ENDING: 10/10/2003

W A L * M A R T   S T O R E S ,   I N C .
ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/04/2003 TO 10/10/2003

STORE NO. 356
WEEK NO. 36

REPORT NO. sa52060r
PAGE NO. 62

Department : 931    NIGHT RECEIVING

WANDA D. AYE
ASC ID - 1958

|  | 10/04/2003 SATURDAY | 10/05/2003 SUNDAY | 10/06/2003 MONDAY | 10/07/2003 TUESDAY | 10/08/2003 WEDNESDAY | 10/09/2003 THURSDAY | 10/10/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | FR 1000p-0700a | FR 1000p-0700a | FR 1000p-0700a | | | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0800m-0700a<br>(PJO/N STO 931<br>0200a-0300a | FR 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | FR 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | N/A-OT | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 32.00 | P | |
| Meals: | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1200m-0700a<br>0000m-0700a<br>(PJO/N STO 931<br>0400a-0500a | 1200m-0700a<br>0000m-0700a<br>(PJO/N STO 931<br>0400a-0500a | 1200m-0700a<br>0000m-0700a<br>(PJO/N STO 931<br>0200a-0300a | | | 18.00 | P | |
| Avail:<br>Shift: | FR 1000p-0800m-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | N/A-DAY | N/A-DAY | N/A-DAY | | | | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | FR 1000p-0000m-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PJO/N STO 931 | | | | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | 1000p-0700a<br>(PJO/N STO 931<br>0200a-0300a | | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | | | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | FR 1000p-0000m-0700a<br>0200a-0300a | N/A-SH | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>0200a-0300a | 1200a-1200a<br>1000p-1200a-0700a SA<br>(S)SALES A 903 | | | |
| Meals: | N/A-SH | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00162

<----------- FRONT     END
SIGN-ON   HR:MN:SC

RUN ON: 05/26/2003 AT 20:33:17
FOR PERIOD ENDING: 10/17/2003

WANDA D. AYE...
Asc ID - 1958

Department: 931    NIGHT RECEIVING

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/11/2003 TO 10/17/2003

STORE NO. 356
WEEK NO. 37

REPORT NO. SAS2060r
PAGE NO. 60

FRONT END
SIGN-ON    HR&MISC

| | 10/11/2003 SATURDAY | 10/12/2003 SUNDAY | 10/13/2003 MONDAY | 10/14/2003 TUESDAY | 10/15/2003 WEDNESDAY | 10/16/2003 THURSDAY | 10/17/2003 FRIDAY | TOTAL HOURS | FT/PT | IPM |
|---|---|---|---|---|---|---|---|---|---|---|
| Shift:<br>Meals: | N/A-OT | N/A-OT | 1000p-0700a<br>(P)O/N-0700a<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/N STO 931 | 1000p-0700a |  | F |  |
| Avail<br>Shift:<br>Meals: |  | 1000p-0700a |  | N/A-DAY | N/A-DAY | N/A-DAY |  | 6.00 | P |  |
| Avail<br>Shift:<br>Meals: |  |  | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0400a-0500a | N/A-OT | N/A-DAY | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/N STO 931<br>0200a-0300a |  | 32.00 | P |  |
| Avail<br>Shift:<br>Meals: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0500a | N/A-DAY | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a |  | 18.00 | P |  |
| Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/N STO 931 |  |  | F |  |
| Avail<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY |  |  |  |  |  |  |  |  |
| Avail<br>Shift:<br>Meals: | FR 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0200a-0300a | N/A-DAY | N/A-DAY | N/A-DAY |  | 34.00 | F |  |
| Avail<br>Shift:<br>Meals: | FR 1000p-0700a<br>(SYSALES A 903)<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(SYSALES A 903)<br>0200a-0300a | N/A-SH | N/A-DAY | N/A-DAY | 1200a-1200a<br>1000p-0700a<br>(SYSALES A 903)<br>0200a-0300a |  | 40.00 | F |  |
| Shift:<br>Meals: | 1000p-1200a<br>0000m-0700a<br>0200a-0300a | 1000p-1200a<br>0200a-0300a | N/A-DAY | N/A-DAY | 1200a-0700a<br>1000p-0700a<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>0200a-0300a |  | 40.00 | F |  |
| Shift:<br>Meals: | 1000p-0700a<br>(SYSALES A 903)<br>0200a-0300a |  |  |  |  | 1200a-1200a<br>1000p-0700a<br>0200a-0300a |  |  |  |  |

RUN ON: 10/03/2003 AT 14:48:37
FOR PERIOD ENDING: 10/24/2003

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 10/18/2003 TO 10/24/2003

STORE NO. 356
WEEK NO. 38

REPORT NO. SASCSCHP
PAGE NO. 61

Department: 931    NIGHT RECEIVING

MANNA D. AYE
Assc ID - 1958

| | 10/18/2003 SATURDAY | 10/19/2003 SUNDAY | 10/20/2003 MONDAY | 10/21/2003 TUESDAY | 10/22/2003 WEDNESDAY | 10/23/2003 THURSDAY | 10/24/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON BUSINESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: FR | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | N/A-OT | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PYO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: FR | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | N/A-OT<br>0800m-0700a<br>1000p-0700a<br>(PYO/N STO 931 | N/A-OT<br>1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PYO/N STO 931 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: FR | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931 | 1200m-0700a<br>0800m-0700a<br>1000p-0700a<br>(PYO/N STO 931 | 1200m-0700a<br>0800m-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PYO/N STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(SYSALES A 903 | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0300a-0530a | 0300a-0530a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a | N/A-OT | 1200m-0700a<br>0800m-0700a<br>(PYO/N STO 931 | 1200m-0700a<br>0800m-0700a<br>(PYO/N STO 931 | 1000p-0700a | 1000p-0700a<br>(PYO/N STO 931 | 32.00 | P | | |
| Meals: | 0200a-0300a | 0200a-0300a | | 0300a-0530a | 0300a-0530a | | 0200a-0300a | | | | |
| Avail:<br>Shift: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-OT | N/A-DAY | N/A-DAY | 1000p-0700a<br>(SYSALES A 903 | 19.50 | P | | |
| Meals: | | | | | | | 0200a-0300a | | | | |
| Avail:<br>Shift: FR | 1000p-0700a<br>1000m-0700a<br>(SYSALES A 903 | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | OFF-23 | 40.00 | F | | |
| Meals: | 0200a-0300a | | | | | | | | | | |
| Avail:<br>Shift: FR | 1200a-1200a<br>1000p-0700a<br>(SYSALES A 903 | 1200a-1200a<br>1000p-0700a<br>(SYSALES A 903 | 1200a-1200a<br>1000p-0700a<br>(SYSALES A 903 | | | 1200a-1200a<br>1000p-1200a-0700a SA<br>(SYSALES A 903 | | 40.00 | F | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 0200a-0300a | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00164

FOR PERIOD ENDING: 10/31/2003

FINAL COPY

FROM 10/25/2003 TO 10/31/2003

Department # 931   NIGHT RECEIVING

WANDA D. AVE.
Asc ID - 1958

| | 10/25/2003 SATURDAY | 10/26/2003 SUNDAY | 10/27/2003 MONDAY | 10/28/2003 TUESDAY | 10/29/2003 WEDNESDAY | 10/30/2003 THURSDAY | 10/31/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: FR 1000p-0700a | | | | | | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | N/A-DAY | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200n-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0500a-0530a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: FR 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200n-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0500a-0530a | 1000p-0700a | | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 34.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: FR 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a | | N/A-DAY | N/A-DAY | N/A-DAY | 19.50 | P | |
| Meals: | | N/A-DAY | | | | | | | | |
| Avail:<br>Shift: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | | | | | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: FR 1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: FR 1000p-0000m-0700a<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>0000m-0700a<br>(P)O/N STO 931<br>0200a-0300a | N/A-DAY | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | | | | |
| Meals: | | | | | | | | | | |
| Avail:<br>Shift: FR 1000p-0000m-0700a<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(S)SALES A 903<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/N STO 931<br>0200a-0300a | | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1000p-1200a-0700a SA<br>(P)O/N STO 931 | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a<br>(P)O/N STO 931 | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00165

REPORT NO.

|<---   FRONT   END   --->|
SIGN-ON   HR:MM:SC



RUN ON: 10/21/2003    AT 17:58:28
FOR PERIOD ENDING 11/07/2003

WANDA D.
Asc ID - 1768

Department : 931    NIGHT RECEIVING

W a l * M a r t   S t o r e s,   I n c.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/01/2003 TO 11/07/2003

STORE NO. 356
WEEK NO. 40

|  | 11/01/2003 SATURDAY | 11/02/2003 SUNDAY | 11/03/2003 MONDAY | 11/04/2003 TUESDAY | 11/05/2003 WEDNESDAY | 11/06/2003 THURSDAY | 11/07/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|

FRONT END
SIGN-ON IRtmMt$C

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00166

RUN ON: 11/24/2003 AT 17:14:39
FOR PERIOD ENDING: 11/14/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/08/2003 TO 11/14/2003

STORE NO. 356
WEEK NO. 41

REPORT NO. 5as2D60Y
PAGE NO. 59

Department : 931

NIGHT RECEIVING

| | 11/08/2003 SATURDAY | 11/09/2003 SUNDAY | 11/10/2003 MONDAY | 11/11/2003 TUESDAY | 11/12/2003 WEDNESDAY | 11/13/2003 THURSDAY | 11/14/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH | <--- FRONT END ---> SIGN-ON  HR:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hanna D. AYE. Asc ID - 1758 | | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a | N/A-OT | 1000p-0700a | 1000p-0700a | N/A-OT | 1000p-0700a | 1000p-0700a | 40.00 | F | | |
| Meals: | (P)O/N STO 931 0200a-0300a | | (P)O/N STO 931 0200a-0300a | (P)O/N STO 931 0200a-0300a | | (P)O/N STO 931 0200a-0300a | 1000p-1200a (P)O/N STO 931 | | | | |
| Avail: Shift: | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 | 1200a-1200a 1000p-0700a SA (P)O/N STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-PE | N/A-SH | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-SH | N/A-PE | 32.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR N/A-PE | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | N/A-PE | | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-002a 1000p-0000m-002a 1000p-0000m-0000a | 1000p-0700a | 1000p-0700a (P)O/N STO 931 | | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | | 40.00 | F | | |
| Meals: | | | | | | | | | | | |

RUN ON: 10/31/2003 AT 15:15:54
FOR PERIOD ENDING: 11/21/2003

Department: 931          NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/15/2003 TO 11/21/2003

STORE NO. 356
WEEK NO. 42

REPORT NO. sas2060r
PAGE NO. 62

WANDA D. AVE.
ASC ID - 1958

| | 11/15/2003 SATURDAY | 11/16/2003 SUNDAY | 11/17/2003 MONDAY | 11/18/2003 TUESDAY | 11/19/2003 WEDNESDAY | 11/20/2003 THURSDAY | 11/21/2003 FRIDAY | TOTAL HOURS FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|
| Shift: | | | N/A-OT | N/A-OT | 1000p-0700a | N/A-OT | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 F | |
| Avail: Shift: FR | 1000p-0700a 1000p-000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 32.00 F | |
| Meals: | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | 40.00 F | |
| Meals: | N/A-SH | N/A-SH | | 1000p-0700a | 1000p-0700a | | | |
| Avail: Shift: FR | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | | | | | | 26.00 F | |
| Meals: | | | | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | N/A-DAY | | |
| Shift: | | N/A-DAY | N/A-DAY | | | | 40.00 F | |
| Meals: | | | | | | | | |
| Avail: Shift: FR | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 F | |
| Meals: | | | | | | | | |
| Shift: | | | 1200a-1200a | | | | 40.00 F | |
| Meals: | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 F | |
| Meals: | | | | | | | | |

-----|-----> FRONT END
SIGN-ON HR:MM:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00168



RUN ON: 11/09/2003 AT 17:22:16
FOR PERIOD ENDING: 11/28/2003

WANDA D. AYE.
Assc ID - 1758

Department : 931          NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/22/2003 TO 11/28/2003

STORE NO. 356
WEEK NO. 43

REPORT NO. 5as2060r
PAGE NO. 63

| | 11/22/2003 SATURDAY | 11/23/2003 SUNDAY | 11/24/2003 MONDAY | 11/25/2003 TUESDAY | 11/26/2003 WEDNESDAY | 11/27/2003 THURSDAY | 11/28/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Shift:<br>Avail:<br>Meals: | FR 1000p-0700a | | | 1000p-0700a | | | 1000p-0700a<br>1000p-1200a-0700a SA<br>(PYO/N STO 931 | 40.00 | F | |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>0000m-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1200p-0700a<br>0000m-0700a<br>(PYO/N STO 931<br>0400a-0430a | 1200p-0700a<br>0000m-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a SA<br>(PYO/N STO 931 | | 40.00 | F | |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a SA<br>(PYO/N STO 931 | 19.50 | P | |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a SA<br>(PYO/N STO 931 | 34.00 | F | |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | N/A-DAY | N/A-SH | 1000p-0700a<br>1000p-0700a<br>(PYO/N STO 931<br>0200a-0300a | 1000p-0700a | N/A-DAY | 32.00 | F | |
| Shift:<br>Avail:<br>Meals: | FR 1000p-0700a | N/A-DAY | N/A-SH | 1000p-0700a | 1000p-0700a | N/A-DAY | 40.00 | F | |
| Shift:<br>Avail:<br>Meals: | N/A-DAY | N/A-DAY | | | N/A-DAY | N/A-DAY | | | |
| Shift:<br>Avail:<br>Meals: | 1000p-0700a<br>(PYO/N STO 931 | 1000p-0700a<br>(PYO/N STO 931 | | | | | | | |

10-7   10-7   —   —   10-7   10-7   10-7

<-------- FRONT END -------->
SIGN-ON HRS#PASC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
0069

RUN ON: 11/24/2003 AT 19:36:20
FOR PERIOD ENDING: 12/05/2003

Department # 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 11/29/2003 TO 12/05/2003

STORE NO. 356
WEEK NO. 44

REPORT NO. SAS2060r
PAGE NO. 62

|  | 11/29/2003 SATURDAY | 11/30/2003 SUNDAY | 12/01/2003 MONDAY | 12/02/2003 TUESDAY | 12/03/2003 WEDNESDAY | 12/04/2003 THURSDAY | 12/05/2003 FRIDAY | TOTAL HOURS | FT/PT | IPA | FRONT END SIGN-ON HR#MH#SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WANDA D. AVE- fis ID - 1958 | | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (P)O/M STO 931 | 1000p-0700a (P)O/M STO 931 | 1000p-0700a (P)O/M STO 931 | 1000p-0700a (P)O/M STO 931 | 1000p-0700a (P)O/M STO 931 | 1000p-0700a (P)O/M STO 931 | 1000p-1200a-0700a SA (P)O/M STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a 0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 19.50 | P | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200p-0700a 0000m-0700a (P)O/M STO 931 0400a-0430a | 1200p-0700a 0000m-0700a (P)O/M STO 931 0400a-0430a | 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a (P)O/M STO 931 0200a-0300a | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a 0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a | N/A-DAY | N/A-DAY | 1000p-0700a (P)O/M STO 931 | 38.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: FR | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a (P)O/M STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: FR | 1000p-0700a 0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 40.00 | F | | |
| Meals: | | | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00170

RUN ON: 11/21/2003 AT 23:27:29
FOR PERIOD ENDING: 12/12/2003

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/06/2003 TO 12/12/2003

STORE NO. 356
WEEK NO. 45

REPORT NO. sas2060r
PAGE NO. 65

Department: 931          NIGHT RECEIVING

WANDA D. AYE.
Assc ID - 1958

| | 12/06/2003 SATURDAY | 12/07/2003 SUNDAY | 12/08/2003 MONDAY | 12/09/2003 TUESDAY | 12/10/2003 WEDNESDAY | 12/11/2003 THURSDAY | 12/12/2003 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-OT FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | N/A-OT | | | | | | 40.00 | F | |

STO 931

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00171



RUN ON: 11/28/2003 AT 20:50:34
FOR PERIOD ENDING 12/17/2003

W A L * M A R T    S T O R E S,    I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/13/2003 TO 12/17/2003

STORE NO. 356
WEEK NO. 46

REPORT NO. SAS2060r
PAGE NO. 65

Department: 931    NIGHT RECEIVING

WANDA D.
Asc ID - 1998

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00172

W A L * M A R T   S T O R E S,   I N C.

ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/20/2003 TO 12/26/2003

RUN ON: 12/05/2003 AT 18:19:18
FOR PERIOD ENDING: 12/26/2003

STORE NO. 356
WEEK NO. 47

PAGE NO.   69

| | | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|

Department : 931   NIGHT RECEIVING

|  | 12/20/2003 SATURDAY | 12/21/2003 SUNDAY | 12/22/2003 MONDAY | 12/23/2003 TUESDAY | 12/24/2003 WEDNESDAY | 12/25/2003 THURSDAY | 12/26/2003 FRIDAY | TOTAL HOURS | FT/PT |
|---|---|---|---|---|---|---|---|---|---|
| WANDA D. RYE, Asc ID - 1958 | | | | | | | | | |
| Avail: Shift: Meals: | FR 1000p-0700a (P)O/N STO 931 | | 1000p-0700a (P)O/N STO 931 | 1000p-0700a (P)O/N STO 931 | | 1000p-0700a 1000p-1200a-0700a (P)O/N STO 931 | 1000p-0700a 1000p-1200a-0700a (P)O/N STO 931 | 38.50 | F |
| Avail: Shift: Meals: | 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 0000m-0700a (P)O/N STO 931 0300a-0330a | | | 38.50 | F |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | | | | F |
| Avail: Shift: Meals: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1200n-0700a 0000m-0700a 0400a-0430a | 1200n-0700a 0000m-0700a 0400a-0430a | 1200n-0700a | 1200n-0700a | | 21.00 | P |
| Avail: Shift: Meals: | FR 1000p-1000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-SH | N/A-SH | N/A-SH | N/A-DAY | N/A-DAY | 32.00 | F |
| Avail: Shift: Meals: | FR 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a-0700a SA (P)O/N STO 931 | 34.00 | F |
| Avail: Shift: Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a-0700a SA (P)O/N STO 931 | 1000p-0700a-0700a SA (P)O/N STO 931 | 32.00 | F |

RUN ON: 12/14/2003 AT 11:59:07
FOR PERIOD ENDING: 01/02/2004

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/27/2003 TO 01/02/2004

STORE NO.: 356
WEEK NO.: 48

REPORT NO.: sa82060r
PAGE NO.: 61

Department: 931     NIGHT RECEIVING

| | 12/27/2003 SATURDAY | 12/28/2003 SUNDAY | 12/29/2003 MONDAY | 12/30/2003 TUESDAY | 12/31/2003 WEDNESDAY | 01/01/2004 THURSDAY | 01/02/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|

WANDA D., AVAIL
ASC ID - 1958

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00174

<------- FRONT END
SIGN-ON HRS#RHS:SC

# WEEK 49

# SCHEDULE

01-03-04

TO

01-09-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00175

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/03/2004 TO 01/09/2004

STORE NO. 356
WEEK NO. 49

RUN ON: 12/19/2003 AT 22:38:57
FOR PERIOD ENDING: 01/09/2004

Department : 931   NIGHT RECEIVING

HANNA D. AVE,
Assc ID = 1958

| | 01/03/2004 SATURDAY | 01/04/2004 SUNDAY | 01/05/2004 MONDAY | 01/06/2004 TUESDAY | 01/07/2004 WEDNESDAY | 01/08/2004 THURSDAY | 01/09/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail Shift: | N/A-OT | N/A-OT | | | | | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail Shift: FR | 1000p-0700a | 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA | 40.00 | F | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Avail Shift: FR | 1000p-0700a | 1000p-0000m-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA | 40.00 | F | |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Avail Shift: FR | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | F |
| | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | |
| Avail Shift: | | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a SA | 34.00 | F | |
| | | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | (PJO/N STO 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail Shift: FR | 1000p-0700a | N/A-SH | N/A-SH | N/A-DAY | N/A-DAY | N/A-DAY | 32.00 | F | |
| | (PJO/N STO 931 | | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail Shift: | 1000p-0700a | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a | N/A-DAY | 40.00 | F | |
| | (PJO/N STO 931 | | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail Shift: | N/A-DAY | N/A-SH | | | | | | 40.00 | F | |
| | (PJO/N STO 931 | | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | | |
| Avail Shift: | N/A-DAY | | | | | | | 40.00 | F | |
| | (PJO/N STO 931 | | | | | | | | | |
| Meals: | 0200a-0300a | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00176

# WEEK 50
# SCHEDULE

01-10-04

TO

01-16-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00177

```
RUN ON: 12/26/2003 AT 19:11:31
FOR PERIOD ENDING: 01/16/2004
```

W A L * M A R T   S T O R E S ,   I N C .
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/10/2004 TO 01/16/2004

STORE NO. 356
WEEK NO. 50

REPORT NO. sasc2060r
PAGE NO. 61

|------- FRONT END -------|
SIGN-ON  HR#NW-SC

Department : 931   NIGHT RECEIVING

|  | 01/10/2004 SATURDAY | 01/11/2004 SUNDAY | 01/12/2004 MONDAY | 01/13/2004 TUESDAY | 01/14/2004 WEDNESDAY | 01/15/2004 THURSDAY | 01/16/2004 FRIDAY | TOTAL HOURS | F/T-P/T | IPM |
|---|---|---|---|---|---|---|---|---|---|---|

WANDA D. RYE, Asc ID - 1958

Avail:
Shift:  FR 1000p-0700a
Meals:

Avail:
Shift:  FR 1000p-0700a
Meals:

Avail:
Shift:  FR 1000p-0700a
Meals:
        1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  FR 1000p-0700a
        1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  FR 1000p-0000m
        1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  FR 1000p-0700a
Meals:  1200a-1200a

Shift:  FR 1000p-0700a
Meals:

Avail:
Shift:  FR 1000p-0700a
        1000p-0000m-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

Shift:  1000p-0700a
        (PPO/N STO 931)
        0200a-0300a

# WEEK 51
# SCHEDULE

## 01-17-04
## TO
## 01-23-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00179

RUN ON: 01/05/2004 AT 18:16:00
FOR PERIOD ENDING 01/23/2004

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/17/2004 TO 01/23/2004

STORE NO. 354
WEEK NO. 51

REPORT NO. 5a52060P
PAGE NO. 61
SIGN-ON HRMMASC

Department : 931    NIGHT RECEIVING

WANDA D. AVE.
ASC ID - 1968

| | 01/17/2004 SATURDAY | 01/18/2004 SUNDAY | 01/19/2004 MONDAY | 01/20/2004 TUESDAY | 01/21/2004 WEDNESDAY | 01/22/2004 THURSDAY | 01/23/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0700a (PX/X/N STO 931) 0200a-0300a | | | | | | 1000p-0700a (PX/X STO 931) | 40.00 | F | |
| Avail: Shift: Meals: | | N/A-DAY | 1200n-0700a 000m-0700a (PX/X/N STO 931) 0200a-0300a 0400a-0430a | 1200n-0700a 000m-0700a (PX/X/N STO 931) 0200a-0300a 0400a-0430a | 1200n-0700a 000m-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PX/X STO 931) | 19.50 | P | |
| Avail: Shift: Meals: | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PX/X STO 931) | 1000p-0700a 1000p-1200a-0700a SA (PX/X STO 931) | 34.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | N/A-DAY | N/A-DAY | 1000p-0700a (PX/X/N STO 931) | 1000p-0700a (PX/X/N STO 931) | 32.00 | F | |
| Avail: Shift: Meals: | FR 1000p-000m-0700a (PX/X/N STO 931) 0200a-0300a | N/A-DAY | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a (PX/X/N STO 931) 0200a-0300a | N/A-DAY | 1000p-0700a (PX/X STO 931) SA | 40.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | 1000p-0700a 1000p-0700a (PX/X/N STO 931) 0200a-0300a | N/A-DAY | N/A-SH | N/A-DAY | 1000p-0700a (PX/X/N STO 931) | 1000p-0700a (PX/X STO 931) SA | 34.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a (PX/X STO 931) 0200a-0300a | N/A-SH | N/A-DAY | N/A-DAY | 1000p-0700a (PX/X STO 931) | N/A-DAY | | | | |

|<---- FRONT    END --->|

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00180

# WEEK 01
# SCHEDULE

## 01-31-04
## TO
## 02-06-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00181

RUN ON: 01/16/2004 AT 16:06:11
FOR PERIOD ENDING: 02/06/2004

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
ORIGINAL COPY
FROM 01/31/2004 TO 02/06/2004

STORE NO. 356
WEEK NO. 1

Department : 931   NIGHT RECEIVING

HANNA P. AVE.
Asc ID - 1758

| | 01/31/2004 SATURDAY | 02/01/2004 SUNDAY | 02/02/2004 MONDAY | 02/03/2004 TUESDAY | 02/04/2004 WEDNESDAY | 02/05/2004 THURSDAY | 02/06/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | N/A-OT | N/A-OT | | | | | | | | |
| Shift: | FR 1000p-0700a | | | | | | | | | |
| Meals: | | | | | | | | 40.00 | F | IPH NOT AVAILABLE |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 40.00 | F | |
| Avail: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Shift: | FR 1000p-0000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | 32.00 | F | |
| Shift: | 1000p-0700a | 1000p-0700a | | | | | | | | |
| | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Meals: | | | | | | | N/A-DAY | 0.00 | F | |
| Shift: | 1000p-0700a | N/A-SH | 1000p-0700a | N/A-SH | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | |
| Meals: | | | | | | | | 40.00 | F | |
| Shift: | | N/A-DAY | N/A-DAY | 1000p-0700a | N/A-DAY | N/A-DAY | | | | |
| Meals: | | | | | | | N/A-DAY | 40.00 | F | |
| Avail: | | N/A-SH | N/A-SH | N/A-SH | N/A-DAY | | | | | |
| Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | | | |
| | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 34.00 | F | |
| Avail: | 1100p-0700a | 1100p-0700a | 1100p-0700a | 1100p-0700a | 1100p-0700a | 1100p-0700a | 1100p-0700a | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | |
| | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | (P)O/N STO 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | 40.00 | F | |

|<--------- FRONT END --------->|
SIGN-ON  HRS/MIN-SC

REPORT NO. 5as2060sr
PAGE NO. 62

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00182

# WEEK 02
# SCHEDULE

## 02-07-04
## TO
## 02-13-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00183

```
RUN ON: 02/26/2004 AT 17:10:06          W A L * M A R T   S T O R E S,   I N C.        STORE NO. 356        REPORT NO. sas2040r
FOR PERIOD ENDING: 02/13/2004                   ASSOCIATE SCHEDULES                    WEEK NO. 2           PAGE NO. 62
                                                    FINAL COPY
Department: 931    NIGHT RECEIVING        FROM 02/07/2004 TO 02/13/2004

                                                                                                         TOTAL
                     02/07/2004   02/08/2004   02/09/2004   02/10/2004   02/11/2004   02/12/2004   02/13/2004   HOURS  FT/PT  IPH
                     SATURDAY     SUNDAY       MONDAY       TUESDAY      WEDNESDAY    THURSDAY     FRIDAY
                                                                                                                      |<----- FRONT END -----
                                                                                                                        SIGN-ON   HR/MIN=SC
```

(Names and schedule detail heavily redacted)

```
WANDA D. EYE
Asc ID - 1950

            Avail:
            Shift:  FR 1000p-0700a   1000p-0700a   N/A-OT        N/A-OT        1000p-0700a   N/A-OT        1000p-0700a   40.00  F
            Meals:     1000p-0700a   1000p-0700a                               1000p-0700a                 1000p-1200a-0700a SA
                       (PJO/N STO 931)(PJO/N STO 931)                          (PJO/N STO 931)             (PJO/N STO 931)
                       0200a-0300a   0200a-0300a                               0200a-0300a

            Avail:
            Shift:  FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   40.00  F
            Meals:     1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-1200a-0700a SA
                       (PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)
                       0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a

            Avail:
            Shift:     N/A-DAY'      N/A-DAY'      1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a                40.00  F
            Meals:                                 (PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)
                                                   0200a-0300a   0200a-0300a   0200a-0300a   0200a-0300a

            Avail:  FR 1000p-0700a   1000p-0700a   1000p-0700a                 1000p-0700a                 1000p-0700a   32.00  F
            Shift:     (PJO/N STO 931)(PJO/N STO 931)(PJO/N STO 931)           (PJO/N STO 931)
            Meals:     0200a-0300a   0200a-0300a   0200a-0300a                 0200a-0300a

            Avail:
            Shift:     1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a                               32.00  F
            Meals:

            Shift:                                 N/A-DAY'      N/A-DAY'                   1200a-1200a                  24.00  F

            Shift:                                                             N/A-DAY'                                 40.00  F

            Shift:     N/A-DAY'                                               1000p-0700a                  1000p-0700a  40.00  F

            Shift:     1000p-0700a   1000p-0700a   1000p-0700a                                            1000p-0700a

            Shift:     1000p-0700a   1000p-0700a

            Shift:                                                                                        1000p-0700a
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00184

# WEEK 03

# SCHEDULE

## 02-14-04

## TO

## 02-20-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00185

RUN ON: 01/30/2004 AT 19:56:48
FOR PERIOD ENDING: 02/20/2004

WANDA D. AVE...
ASc ID - 1958

Department: 931    NIGHT RECEIVING

# W A L * M A R T   S T O R E S,   I N C.
## ASSOCIATE SCHEDULES
### FINAL COPY
### FROM 02/14/2004 TO 02/20/2004

STORE NO. 356
WEEK N. 3

| | 02/14/2004 SATURDAY | 02/15/2004 SUNDAY | 02/16/2004 MONDAY | 02/17/2004 TUESDAY | 02/18/2004 WEDNESDAY | 02/19/2004 THURSDAY | 02/20/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON HRS:MIN:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shift: | | | | | | | 1000p-0700a | | | | |
| Avail: | | | | | | N/A-DAY | | 6.00 | F | | |
| Meals: | | | | | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | | 1000p-0700a 10-7 | 1000p-0700a 10-7 | 1000p-0700a 10-7 | 1000p-0700a 10-7 p:5:b | 40.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | N/A-DAY | 10-7 OFF | 10-7 | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | | | | |
| Shift: | FR 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | | 32.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Shift: | FR 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a 1100p-0700a (SYSALES A 903) | 32.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Shift: | FR 1000p-0000m 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1100p-0700a 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1100p-0700a 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1100p-0700a 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1100p-0700a 1000p-0700a (FPO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (FPO/N STO 931) 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (FPO/N STO 931) | 40.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Shift: | FR 1000p-0000m | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 40.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Shift: | FR 1000p-0700a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1200a-1200a (FPO/N STO 931) 0200a-0300a | 1200a-1200a 1200a-1200a (FPO/N STO 931) 0200a-0300a | | | 32.00 | F | | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Shift: | | | | | 1000p-0700a | 1100p-0700a | 1100p-0700a | 40.00 | F | IPH NOT AVAILABLE | |
| Avail: | | | | | | | | | | | |
| Meals: | | | | | | | 1000p-0700a | 40.00 | F | | |

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00186

# WEEK 04

# SCHEDULE

## 02-21-04

## TO

## 02-27-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00187

RUN DATE 02/06/2004 AT 17:59:40
FOR PERIOD ENDING: 02/27/2004

Department: 931    NIGHT RECEIVING

WANDA D. AYE.
Assc ID - 1958

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/21/2004 TO 02/27/2004

STORE NO. 356
WEEK NO. 4

REPORT NO. sas2060r
PAGE NO. 62

| | 02/21/2004 SATURDAY | 02/22/2004 SUNDAY | 02/23/2004 MONDAY | 02/24/2004 TUESDAY | 02/25/2004 WEDNESDAY | 02/26/2004 THURSDAY | 02/27/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|

Avail:
Shift:    FR 1000p-0000m-0700a        N/A-SH
Meals:    (SYSALES A 903)

Avail:
Shift:    FR 1000p-0000m-0700a    N/A-SH    1200a-1200a    1200a-1200a    1200a-1200a    1200a-1200a    40.00    F
(PJO/N STO 931)    (PJO/N STO 931)    1000p-0700a    1000p-1200a-0700a    1000p-1200a-0700a
0200a-0300a    0200a-0300a    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)
Meals:    0200a-0300a

Avail:
Shift:    FR 1000p-0700a    N/A-DAY    N/A-DAY    N/A-DAY    N/A-DAY    N/A-DAY    1000p-0700a    34.00    F
Meals:

Avail:
Shift:    N/A-DAY    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    32.00    F
(PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)
Meals:

Avail:
Shift:    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    40.00    F
1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA
(PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)
0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals:

Avail:
Shift:    N/A-OT    N/A-OT    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    40.00    F
1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA
(PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)
0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals:

Avail:
Shift:    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    40.00    F
1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-1200a-0700a SA
(PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)    (PJO/N STO 931)
0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a    0200a-0300a
Meals:

Avail:
Shift:    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    1000p-0700a    34.00    F

# WEEK 05
# SCHEDULE

## 02-28-04
## TO
## 03-05-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00189

RUN ON: 02/13/2004 AT 16:55:37
FOR PERIOD ENDING: 03/05/2004

Department: 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/28/2004 TO 03/05/2004

STORE NO. 356
WEEK NO. 5

HONDA D. AVE.
Asc ID - 1958

| | 02/28/2004 SATURDAY | 02/29/2004 SUNDAY | 03/01/2004 MONDAY | 03/02/2004 TUESDAY | 03/03/2004 WEDNESDAY | 03/04/2004 THURSDAY | 03/05/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-OT | N/A-OT | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 32.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0400a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a (P)O/N STO 931 | N/A-DAY | 40.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a 0000m-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0300a-0400a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | N/A-DAY | 32.00 | F | |
| FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a Shift: Meals: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/N STO 931 | 40.00 | F | | |
| FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a Shift: Meals: | N/A-DAY | N/A-SH | N/A-SH | N/A-DAY | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/N STO 931 | 40.00 | F | | |
| FR 1000p-0000m-0700a (P)O/N STO 931 0200a-0300a Shift: Meals: | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/N STO 931 | | | | 40.00 | F | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00190

# WEEK 06
# SCHEDULE

03-06-04

TO

03-12-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00191

RUN ON: 02/20/2004 AT 18:32:39
FOR PERIOD ENDING: 03/12/2004

Department : 931    NIGHT RECEIVING

WANDA D. AVE-
ASC ID - 1958

**W A L * M A R T   S T O R E S,   I N C.**
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/06/2004 TO 03/12/2004

STORE NO. 356
WEEK NO. 6

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00192

REPORT NO. sas2060P
PAGE NO.    62

| | 03/06/2004 SATURDAY | 03/07/2004 SUNDAY | 03/08/2004 MONDAY | 03/09/2004 TUESDAY | 03/10/2004 WEDNESDAY | 03/11/2004 THURSDAY | 03/12/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON HR:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-OT | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (PJQ/M STO 931 | 34.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | N/A-OT 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (PJQ/M STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-1200a-0700a SA (PJQ/M STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a SA (PJQ/M STO 931 | 32.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0000m-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a (S)SALES A 903 | 40.00 | F | | |
| Avail: Shift: Meals: | 1000p-0000m-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a (PJQ/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a | 1000p-0700a (PJQ/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a (PJQ/M STO 931 0200a-0300a | FR 1000p-0700a (PJQ/M STO 931 0200a-0300a | FR 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a (PJQ/M STO 931 0200a-0300a | 1200a-1200a (PJQ/M STO 931 0200a-0300a | 1000p-0700a (PJQ/M STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJQ/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a SA (PJQ/M STO 931 | 40.00 | F | | |

# WEEK 07

# SCHEDULE

## 03-13-04

## TO

## 03-19-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00193

```
RUN ON: 02/27/2004 AT 17:22:20
FOR PERIOD ENDING: 03/19/2004
```

Department : 931    NIGHT RECEIVING

WANDA D. AYE.
Asc ID - 1958

W A L * M A R T    S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/13/2004 TO 03/19/2004

STORE NO. 356
WEEK NO. 7

REPORT NO. sas2060r
PAGE NO. 61

|  | 03/13/2004 SATURDAY | 03/14/2004 SUNDAY | 03/15/2004 MONDAY | 03/16/2004 TUESDAY | 03/17/2004 WEDNESDAY | 03/18/2004 THURSDAY | 03/19/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0700a | 1000p-0000m-0700a, 1000p-0700a, (S)SALES A 903 0200a-0300a | 1200a-1200a, 1000p-0700a, 0200a-0300a | 1200a-1200a, 1000p-0700a, 0200a-0300a | 1000p-0700a, 1000p-1200a-0700a SA (P)O/N STO 931 | 1000p-0700a, 1000p-1200a-0700a SA (P)O/N STO 931 | 1000p-0700a, 1000p-1200a-0700a SA (P)O/N STO 931 | 40.00 | F | |
| Meals: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0000m-0700a, 1000p-0700a, 0200a-0300a | 1200a-1200a, 1000p-0700a, 0200a-0300a | 1200a-1200a | 1200a-1200a | 40.00 | F | | | |
| Meals: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 | 32.00 | F | | |
| Meals: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 0200a-0300a | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 0200a-0300a | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 0200a-0300a | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 0200a-0300a | 1000p-0700a, 1000p-0700a, (P)O/N STO 931 0200a-0300a | 40.00 | F | | |
| Meals: | 1000p-0700a (P)O/N STO 931 0200a-0300a | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | N/A-IN | N/A-IN | N/A-IN | N/A-IN | N/A-IN | N/A-DAY | N/A-DAY | F | | |
| Meals: | | | | | | | | | | |
| Shift: | | | | | | | | | | |
| Meals: | | | | | | | | | | |

|<----------- FRONT END ----------->|
SIGN-ON  HR:MM:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00194

# WEEK 08
# SCHEDULE

## 03-20-04
## TO
## 03-26-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00195

WAL MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL VERSION
FROM 03/20/2004 TO 03/26/2004

STORE NO. 556
WEEK NO. 8

Department # 931    NIGHT RECEIVING

WARNER E. RYE-
ASC ID - 1759

| | 03/20/2004 SATURDAY | 03/21/2004 SUNDAY | 03/22/2004 MONDAY | 03/23/2004 TUESDAY | 03/24/2004 WEDNESDAY | 03/25/2004 THURSDAY | 03/26/2004 FRIDAY | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00196

# WEEK 09

# SCHEDULE

## 03-27-04

## TO

## 04-02-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00197

RUN ON: 03/12/2004 AT 18:29:59
FOR PERIOD ENDING: 04/02/2004

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/27/2004 TO 04/02/2004

STORE NO. 356
WEEK NO. 9

REPORT NO. sas2060r
PAGE NO. 61

WANDA D. AYE.
Asc ID - 1958

Department = 931   NIGHT RECEIVING

| | | 03/27/2004 SATURDAY | 03/28/2004 SUNDAY | 03/29/2004 MONDAY | 03/30/2004 TUESDAY | 03/31/2004 WEDNESDAY | 04/01/2004 THURSDAY | 04/02/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH | FRONT END SIGN-ON HH:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (PJO/N STO 931 (S)(SALES & 903 0200a-0300a | FR 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 1000p-1200a-0700a SA (PJO/N STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PJO/N STO 931 | | F | | |
| Avail: Shift: Meals: | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-UN | 1% .00 | F | | |
| Avail: Shift: Meals: | N/A-OT | N/A-OT | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 40.00 | F | | |
| Avail: Shift: Meals: | N/A-DAY | N/A-DAY | 1000p-0700a | | | 1000p-0700a | | 40.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a 0000m-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | | 40.00 | F | | |
| Avail: Shift: Meals: | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a (PJO/N STO 931 0200a-0300a | 120a-1200a (PJO/N STO 931 0200a-0300a | 120a-1200a 1000p-0700a (PJO/N STO 931 | 40.00 | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | FR 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0500a | FR 120a-1200a 1000p-0700a (PJO/N STO 931 0200a-0300a | 120a-1200a 1000p-0700a (PJO/N STO 931 0200a-0300a | N/A-SH | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | 120a-1200a 1000p-0700a (PJO/N STO 931 | | F | | |
| Avail: Shift: Meals: | FR 1000p-0700a 000m-0700a (PJO/N STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | N/A-SH | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-0700a (PJO/N STO 931 0200a-0300a | 1000p-1200a-0700a SA (PJO/N STO 931 | | F | | |

EARNINGS HISTORY REPORT - 01R72M      WAL-MART ASSOCIATES, INC.              PAGE 788025
0A WS 0435049791                                                  RUN DATE 12/31/1996

EMPLOYEE NAME                                                 HOURLY
L3  L4  L5

TYPE  ------HOURS------  -----EARNINGS-----  -------------TAXES-------------  ---DED/NET/CK AMT---
CHECK NUM                        FEDERAL         STATE      CITY/COUNTY

AYERS, WANDA D

| | HOURS | EARNINGS | FEDERAL | STATE | CITY/COUNTY | DED/NET/CK AMT |
|---|---|---|---|---|---|---|
| 0356 01 0911 | 56.27 REG | 437.22 REG | 25.32 FIT | 13.60 SIT | .00 CNTY | 166.14 TOT DED |
| C-1 | .00 OT | .00 OT | 29.41 FICA | .00 SDI | 5.09 CITY | 262.84 NET PA |
| 8814057 | 15.92 OTH | 72.06 OTH | 6.08 MED | .00 SDI | | 262.84 CK AMT |
| 01-09-2004 | 72.19 TOT | 509.28 TOT | 61.61 TOT | 13.60 TOT | 5.09 TOT | 7.7700 RATE |
| 0356 01 0911 | 71.90 REG | 559.28 REG | 43.86 FIT | 19.15 SIT | .00 CNTY | 191.38 TOT DED |
| C-1 | .21 OT | 2.50 OT | 37.45 FICA | .00 SDI | 6.40 CITY | 333.24 NET PA |
| 9526106 | 21.91 OTH | 78.46 OTH | 8.76 MED | .00 SDI | | 333.24 CK AMT |
| 01-23-2004 | 94.10 TOT | 640.24 TOT | 90.07 TOT | 19.15 TOT | 6.40 TOT | 7.7700 RATE |
| 0356 01 0911 | 80.00 REG | 621.60 REG | 44.65 FIT | 19.38 SIT | .00 CNTY | 392.33 TOT DED |
| C-1 | .46 OT | 5.50 OT | 37.77 FICA | .00 SDI | 6.46 CITY | 336.08 NET PA |
| 10217540 | 16.15 OTH | 18.40 OTH | 8.83 MED | .00 SUI | | 336.08 CK AMT |
| 02-06-2004 | 96.61 TOT | 645.50 TOT | 91.25 TOT | 19.38 TOT | 6.46 TOT | 7.7700 RATE |
| 0356 01 0911 | 78.80 REG | 612.28 REG | 42.43 FIT | 18.75 SIT | .00 CNTY | 189.66 TOT DED |
| C-1 | .00 OT | .00 OT | 36.86 FICA | .00 SDI | 6.31 CITY | 328.06 NET PA |
| 10912452 | 16.16 OTH | 18.41 OTH | 8.62 MED | .00 SUI | | 328.06 CK AMT |
| 02-20-2004 | 94.96 TOT | 630.69 TOT | 87.91 TOT | 18.75 TOT | 6.31 TOT | 7.7700 RATE |
| 0356 01 0911 | 74.34 REG | 577.62 REG | 40.94 FIT | 18.33 SIT | .00 CNTY | 187.87 TOT DED |
| C-1 | .00 OT | .00 OT | 36.23 FICA | .00 SDI | 6.21 CITY | 322.69 NET PA |
| 11730594 | 14.60 OTH | 43.12 OTH | 8.47 MED | .00 SUI | | 322.69 CK AMT |
| 03-05-2004 | 88.94 TOT | 620.74 TOT | 85.64 TOT | 18.33 TOT | 6.21 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | 38.05 FIT | 17.51 SIT | .00 CNTY | .00 TOT DED |
| C-2 | .00 OT | .00 OT | 35.05 FICA | .00 SDI | 5.65 CITY | 460.75 NET PA |
| 11730535 | .00 OTH | 565.21 OTH | 8.20 MED | .00 SUI | | 460.75 CK AMT |
| 03-05-2004 | .00 TOT | 565.21 TOT | 81.30 TOT | 17.51 TOT | 5.65 TOT | 7.7700 RATE |
| 0356 01 0911 | 24.02 REG | 186.64 REG | .16 FIT | 3.96 SIT | .00 CNTY | 60.79 TOT DED |
| C-1 | .00 OT | .00 OT | 13.61 FICA | .00 SDI | 2.59 CITY | 174.48 NET PA |
| 13001241 | 15.97 OTH | 72.38 OTH | 3.23 MED | .00 SUI | | 174.48 CK AMT |
| 03-19-2004 | 39.99 TOT | 259.02 TOT | 17.20 TOT | 3.96 TOT | 2.59 TOT | 7.7700 RATE |
| 0356 01 0911 | 7.99 REG | 62.08 REG | .00 FIT | .08 SIT | .00 CNTY | 60.79 TOT DED |
| C-1 | .00 OT | .00 OT | 1.74 FICA | .00 SDI | .64 CITY | .75 NET PA |
| 13711036 | .00 OTH | 2.25 OTH | .41 MED | .00 SUI | | .75 CK AMT |
| 04-02-2004 | 7.99 TOT | 64.33 TOT | 2.15 TOT | .08 TOT | .64 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SDI | | |
| 04-16-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .80 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 04-30-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 05-14-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 05-28-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| ADJ- | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 06-11-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 06-11-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |
| 0356 01 0911 | .00 REG | .00 REG | .00 FIT | .00 SIT | .00 CNTY | .00 TOT DED |
| C-1 | .00 OT | .00 OT | .00 FICA | .00 SDI | .00 CITY | .00 NET PA |
| | .00 OTH | .00 OTH | .00 MED | .00 SUI | | |
| 06-25-2004 | .00 TOT | .00 TOT | .00 TOT | .00 TOT | .00 TOT | 7.7700 RATE |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00001

```
EARNINGS HISTORY REPORT - P1R72M          WAL-MART ASSOCIATES, INC.                          PAGE 788026
01 WS 0435049791                                                                             RUN DATE 12/31/1996

                                                                                             HOURLY
          EMPLOYEE NAME
  L3   L4   L5
       TYPE ------HOURS----- -------EARNINGS---------- -----------------TAXES------------------- ----DED/NET/CK AMT----
CHECK NUM                                              FEDERAL           STATE       CITY/COUNTY

     AYERS,  WANDA D

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
07-09-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
07-23-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
08-06-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
08-20-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
09-03-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
09-17-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
10-01-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATH

0356 01  0911    .00  RRG      .00  RRG      .00  FIT      .00  SIT      .00  CNTY       .00  TOT DED
         C-1     .00  OT       .00  OT       .00  FICA     .00  SDI      .00  CITY       .00  NET PA
                 .00  OTH      .00  OTH      .00  MED      .00  SUI
10-15-2004       .00  TOT      .00  TOT      .00  TOT      .00  TOT      .00  TOT   7.7700 RATE

     NET       353.40  RRG  3,056.72  RRG   235.41  FIT   110.68  SIT      .00  CNTY  1,048.96  TOT DE
                 .67  OT      8.00  OT    228.32  FICA     .00  SDI    39.35  CITY  2,218.89  NET PA
              109.71  OTH   870.29  OTH    53.40  MED      .00  SUI
              494.78  TOT  3,935.01  TOT   517.13  TOT   110.68  TOT    39.35  TOT
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00002

```
EARNINGS HISTORY REPORT - P1R72M            WAL-MART ASSOCIATES, INC.                          PAGE  35756
01 WG 0435049791                                                                               RUN DATE 12/28/1995

                                                                                               HOURLY
L1  L4 L5
  * EMPLOYEE NAME
    TYPE  ------HOURS------    -----EARNINGS-----    --------------------TAXES--------------------    ----DED/NET/CK AMT----
    CHECK NUM                                        FEDERAL           STATE         CITY/COUNTY

      AYERS, WANDA D

0356 01  0911     .00 REG          .00 REG        .00 FIT         .00 SIT       .00 CNTY        .00 TOT DED
          ADJ*     .00 OT          .00 OT         .00 FICA        .00 SDI       .00 CITY        .00 NET PA
                 13.80 OTH         .00 OTH        .00 MED         .00 SUI
12-27-2002       13.80 TOT         .00 TOT        .00 TOT         .00 TOT       .00 TOT     7.1000 RATE

0356 01  0911   41.59 REG       295.29 REG      21.54 FIT       11.81 SIT       .00 CNTY    126.39 TOT DED
          C-1      .00 OT          .00 OT        26.95 FICA       .00 SDI      4.62 CITY    266.25 NET PA
          87844677 26.51 OTH    167.17 OTH       6.30 MED         .00 SUI                   266.25 CK AMT
12-27-2002       68.10 TOT      462.46 TOT      54.79 TOT       11.81 TOT      4.62 TOT     7.1000 RATE

0356 01  0911   34.07 REG       241.90 REG       5.67 FIT        5.75 SIT       .00 CNTY     48.39 TOT DED
          C-1      .00 OT          .00 OT        17.11 FICA       .00 SDI      3.07 CITY    223.12 NET PA
          88553091 14.17 OTH     65.22 OTH       4.01 MED         .00 SUI                   223.12 CK AMT
01-10-2003       48.24 TOT      307.12 TOT      26.79 TOT        5.75 TOT      3.07 TOT     7.1000 RATE

0356 01  0911   80.94 REG       574.67 REG      39.29 FIT       17.03 SIT       .00 CNTY    170.32 TOT DED
          C-1      .01 OT          .11 OT        34.53 FICA       .00 SDI      5.89 CITY    314.22 NET PA
          89203476 12.32 OTH     14.57 OTH       8.07 MED         .00 SUI                   314.22 CK AMT
01-24-2003       93.27 TOT      589.35 TOT      81.89 TOT       17.03 TOT      5.89 TOT     7.1000 RATE

0356 01  0911   73.15 REG       519.37 REG      31.14 FIT       14.72 SIT       .00 CNTY    160.53 TOT DED
          C-1      .67 OT         7.22 OT        31.15 FICA       .00 SDI      5.35 CITY    284.83 NET PA
          89884125  6.17 OTH      8.42 OTH       7.39 MED         .00 SUI                   284.83 CK AMT
02-07-2003       79.99 TOT      535.01 TOT      69.58 TOT       14.72 TOT      5.35 TOT     7.1000 RATE

0356 01  0911   76.97 REG       569.58 REG      41.18 FIT       17.56 SIT       .00 CNTY    172.60 TOT DED
          C-1     1.71 OT        19.33 OT        35.31 FICA       .00 SDI      6.02 CITY    321.03 NET PA
          90537111 10.79 OTH     13.04 OTH       8.25 MED         .00 SUI                   321.03 CK AMT
02-21-2003       89.47 TOT      601.95 TOT      84.74 TOT       17.56 TOT      6.02 TOT     7.4000 RATE

0356 01  0911   78.65 REG       582.01 REG      40.34 FIT       17.32 SIT       .00 CNTY    171.58 TOT DED
          C-1      .00 OT          .00 OT        34.96 FICA       .00 SDI      5.96 CITY    317.59 NET PA
          91367606 12.07 OTH     14.32 OTH       8.18 MED         .00 SUI                   317.59 CK AMT
03-07-2003       90.72 TOT      596.33 TOT      83.48 TOT       17.32 TOT      5.96 TOT     7.4000 RATE

0356 01  0911     .00 REG          .00 REG      38.78 FIT       16.88 SIT       .00 CNTY        .00 TOT DED
          C-2      .00 OT          .00 OT        34.31 FICA       .00 SDI      5.53 CITY    449.92 NET PA
          91349060  .00 OTH      553.44 OTH       8.02 MED         .00 SUI                   449.92 CK AMT
03-07-2003        .00 TOT      553.44 TOT      81.11 TOT       16.88 TOT      5.53 TOT     7.4000 RATE

0356 01  0911   72.18 REG       534.13 REG      38.92 FIT       16.92 SIT       .00 CNTY    169.88 TOT DED
          C-1      .00 OT          .00 OT        34.37 FICA       .00 SDI      5.87 CITY    332.87 NET PA
          92545380 12.09 OTH     52.74 OTH       8.04 MED         .00 SUI                   332.87 CK AMT
03-21-2003       84.27 TOT      586.87 TOT      81.33 TOT       16.92 TOT      5.87 TOT     7.4000 RATE

0356 01  0911   54.05 REG       399.97 REG      30.57 FIT       14.56 SIT       .00 CNTY    169.85 TOT DED
          C-1      .00 OT          .00 OT        30.92 FICA       .00 SDI      5.31 CITY    282.78 NET PA
          93215777 26.60 OTH     131.25 OTH       7.23 MED         .00 SUI                   282.78 CK AMT
04-04-2003       80.65 TOT      531.22 TOT      68.72 TOT       14.56 TOT      5.31 TOT     7.4000 RATE

0356 01  0911   80.00 REG       592.00 REG      42.99 FIT       18.07 SIT       .00 CNTY    174.77 TOT DED
          C-1      .64 OT         7.25 OT        36.05 FICA       .00 SDI      6.14 CITY    327.56 NET PA
          93893507 12.51 OTH     14.76 OTH       8.43 MED         .00 SUI                   327.56 CK AMT
04-18-2003       93.15 TOT      614.01 TOT      87.47 TOT       18.07 TOT      6.14 TOT     7.4000 RATE

0356 01  0911   65.96 REG       488.10 REG      25.36 FIT       13.08 SIT       .00 CNTY    153.57 TOT DED
          C-1      .00 OT          .00 OT        28.77 FICA       .00 SDI      4.96 CITY    263.97 NET PA
          94374050  6.09 OTH      8.34 OTH       6.73 MED         .00 SUI                   263.97 CK AMT
05-02-2003       72.05 TOT      496.44 TOT      60.86 TOT       13.08 TOT      4.96 TOT     7.4000 RATE

0356 01  0911   59.61 REG       441.11 REG      19.75 FIT       11.00 SIT       .00 CNTY    130.68 TOT DED
          C-1      .00 OT          .00 OT        25.84 FICA       .00 SDI      4.49 CITY    261.50 NET PA
          95260310  5.95 OTH      8.20 OTH       6.05 MED         .00 SUI                   261.50 CK AMT
05-16-2003       65.56 TOT      449.31 TOT      51.64 TOT       11.00 TOT      4.49 TOT     7.4000 RATE

0356 01  0911   80.00 REG       592.00 REG      51.46 FIT       20.48 SIT       .00 CNTY    184.97 TOT DED
          C-1      .61 OT         6.94 OT        33.57 FICA       .00 SDI      6.71 CITY    358.17 NET PA
          96020147 23.23 OTH     71.69 OTH       9.25 MED         .00 SUI                   358.17 CK AMT
05-30-2003      103.84 TOT      670.63 TOT     100.30 TOT       20.48 TOT      6.71 TOT     7.4000 RATE

0356 01  0911   79.76 REG       590.22 REG      40.03 FIT       18.07 SIT       .00 CNTY    174.80 TOT DED
          C-1      .40 OT         4.54 OT        36.86 FICA       .00 SDI      6.11 CITY    327.65 NET PA
          96710056 13.90 OTH     16.15 OTH       8.39 MED         .00 SUI                   327.65 CK AMT
06-13-2003       94.06 TOT      610.91 TOT      84.28 TOT       18.07 TOT      6.11 TOT     7.4000 RATE
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00003

```
EARNINGS HISTORY REPORT - P1R72N          WAL-MART ASSOCIATES, INC.                    PAGE  35757
01 WS 0435049791                                                                       RUN DATE 12/28/1995

  ?                                                                                     HOURLY
  13   14  15   EMPLOYEE NAME
     TYPE ------HOURS------  ------EARNINGS------  ------------------TAXES------------------  -----DED/NET/CK AMT----
CHECK NUM                                          FEDERAL           STATE       CITY/COUNTY

   AYERS,  WANDA D

0356 01  0911    77.02  REG     569.95  REG      38.03  FIT      17.50  SIT       .00  CNTY     172.41  TOT DED
         C-1       .99  OT       11.26  OT       35.03  FICA      .00  SDI      5.98  CITY     320.46  NET PA
    97398940     14.14  OTH      16.39  OTH       8.19  MED       .00  SUI               320.46  CK AMT
    06-27-2003   92.15  TOT      597.60  TOT      81.25  TOT      17.50  TOT      5.98  TOT      7.4000 RATE

0356 01  0911    80.00  REG     592.00  REG      50.40  FIT      21.03  SIT       .00  CNTY     187.36  TOT DED
         C-1      1.45  OT       16.44  OT       40.18  FICA      .00  SDI      6.81  CITY     365.22  NET PA
    39088474     21.93  OTH      72.14  OTH       9.40  MED       .00  SUI               365.32  CK AMT
    07-11-2003  103.08  TOT      680.58  TOT     100.06  TOT      21.03  TOT      6.81  TOT      7.4000 RATE

0356 01  0911    80.00  REG     592.00  REG      50.34  FIT      20.99  SIT       .00  CNTY     187.19  TOT DED
         C-1      6.26  OT       72.07  OT       40.13  FICA      .00  SDI      6.80  CITY     364.82  NET PA
    98778942     13.33  OTH      15.58  OTH       9.38  MED       .00  SUI               364.82  CK AMT
    07-25-2003   99.69  TOT      679.65  TOT      99.85  TOT      20.99  TOT      6.80  TOT      7.4000A RATE

0356 01  0911    64.20  REG     475.08  REG      26.69  FIT      13.32  SIT       .00  CNTY     158.48  TOT DED
         C-1       .96  OT       10.93  OT       29.02  FICA      .00  SDI      5.01  CITY     263.32  NET PA
    475153       12.37  OTH      14.62  OTH       6.79  MED       .00  SUI               263.32  CK AMT
    08-08-2003   77.53  TOT      500.63  TOT      69.50  TOT      13.32  TOT      5.01  TOT      7.4000 RATE

0356 01  0911    54.71  REG     404.85  REG      47.66  FIT      20.23  SIT       .00  CNTY     187.83  TOT DED
         C-1      2.37  OT       26.82  OT       39.02  FICA      .00  SDI      6.62  CITY     351.36  NET PA
    1180277      41.54  OTH     230.16  OTH       9.12  MED       .00  SUI               351.36  CK AMT
    08-22-2003   98.62  TOT      661.93  TOT      95.80  TOT      20.23  TOT      6.62  TOT      7.4000 RATE

0356 01  0911    64.70  REG     478.78  REG      44.27  FIT      19.24  SIT       .00  CNTY     183.63  TOT DED
         C-1       .00  OT         .00  OT       37.58  FICA      .00  SDI      6.39  CITY     338.76  NET PA
    1883783      30.30  OTH     159.78  OTH       8.79  MED       .00  SUI               338.76  CK AMT
    09-05-2003   95.00  TOT      638.56  TOT      90.54  TOT      19.24  TOT      6.39  TOT      7.4000A RATE

0356 01  0911    74.90  REG     554.26  REG      43.55  FIT      19.07  SIT       .00  CNTY     182.88  TOT DED
         C-1       .38  OT        4.31  OT       37.31  FICA      .00  SDI      6.34  CITY     336.52  NET PA
    2640754      22.38  OTH      75.83  OTH       8.73  MED       .00  SUI               336.52  CK AMT
    09-19-2003   97.66  TOT      634.40  TOT      89.59  TOT      19.07  TOT      6.34  TOT      7.4000 RATE

0356 01  0911    79.48  REG     588.15  REG      40.45  FIT      18.19  SIT       .00  CNTY     179.16  TOT DED
         C-1       .63  OT        7.18  OT       36.04  FICA      .00  SDI      6.14  CITY     325.33  NET PA
    3346488      16.38  OTH      18.43  OTH       8.43  MED       .00  SUI               325.35  CK AMT
    10-03-2003   96.29  TOT      613.76  TOT      84.92  TOT      18.19  TOT      6.14  TOT      7.4000A RATE

0356 01  0911    80.00  REG     592.00  REG      43.50  FIT      19.05  SIT       .00  CNTY     182.82  TOT DED
         C-1      2.23  OT       25.54  OT       37.30  FICA      .00  SDI      6.34  CITY     336.34  NET PA
    4057307      14.48  OTH      16.73  OTH       8.72  MED       .00  SUI               336.34  CK AMT
    10-17-2003   96.71  TOT      634.07  TOT      89.52  TOT      19.05  TOT      6.34  TOT      7.4000 RATE

0356 01  0911    80.00  REG     592.00  REG      53.52  FIT      21.89  SIT       .00  CNTY     198.30  TOT DED
         C-1      8.05  OT       91.44  OT       41.44  FICA      .00  SDI      7.01  CITY     368.99  NET PA
    4772216      15.15  OTH      17.43  OTH       9.69  MED       .00  SUI               368.99  CK AMT
    10-31-2003  103.20  TOT      700.86  TOT     104.65  TOT      21.89  TOT      7.01  TOT      7.4000A RATE

0356 01  0911    79.40  REG     588.15  REG      39.60  FIT      17.97  SIT       .00  CNTY     181.68  TOT DED
         C-1       .17  OT        1.94  OT       35.71  FICA      .00  SDI      6.09  CITY     319.12  NET PA
    5493611      16.26  OTH      18.51  OTH       8.35  MED       .00  SUI               319.12  CK AMT
    11-14-2003   95.91  TOT      608.60  TOT      83.74  TOT      17.97  TOT      6.09  TOT      7.4000A RATE

0356 01  0911    61.92  REG     461.12  REG      47.74  FIT      20.25  SIT       .00  CNTY     191.36  TOT DED
         C-1       .00  OT         .00  OT       39.05  FICA      .00  SDI      6.62  CITY     348.15  NET PA
    6247205      30.00  OTH     181.19  OTH       9.14  MED       .00  SUI               348.15  CK AMT
    11-28-2003   91.92  TOT      662.31  TOT      95.93  TOT      20.25  TOT      6.62  TOT      7.7700 RATE

0356 01  0911    56.00  REG     435.12  REG      19.97  FIT      11.19  SIT       .00  CNTY     131.27  TOT DED
         C-1       .00  OT         .00  OT       26.10  FICA      .00  SDI      4.53  CITY     254.21  NET PA
    7329587      16.00  OTH      18.25  OTH       6.10  MED       .00  SUI               254.21  CK AMT
    12-12-2003   72.00  TOT      453.37  TOT      52.17  TOT      11.19  TOT      4.53  TOT      7.7700 RATE

0356 01  0911    71.99  REG     559.36  REG      53.75  FIT      23.96  SIT       .00  CNTY     198.58  TOT DED
         C-1       .06  OT         .72  OT       41.53  FICA      .00  SDI      7.02  CITY     369.84  NET PA
    8078158      32.01  OTH     142.31  OTH       9.71  MED       .00  SUI               369.84  CK AMT
    12-26-2003  104.06  TOT      702.39  TOT     104.99  TOT      23.96  TOT      7.02  TOT      7.7700 RATE

         NET   1,881.33  REG  13,923.17  REG   1,064.57  FIT     475.13  SIT       .00  CNTY   4,505.87  TOT DN
                 27.69  OT      313.84  OT      961.14  FICA      .00  SDI    163.73  CITY   8,974.42  NET PA
                491.97  OTH   2,136.63  OTH     224.78  MED       .00  SUI
              2,400.99  TOT  16,373.64  TOT   2,250.49  TOT     475.13  TOT    163.73  TOT
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00004

```
...INGS HISTORY REPORT - P1R72M          WAL-MART ASSOCIATES, INC.                    PAGE 870595
...S 0435043791                                                                       RUN DATE 12/28/1995
                                                                                     HOURLY
     EMPLOYEE NAME
    L4  L5
     TYPE ------HOURS------ ------EARNINGS------ ----------------------TAXES--------------------- ----DED/NET/CK AMT----
  CHECK NUM                                     FEDERAL          STATE       CITY/COUNTY

  AYERS,  WANDA D

0356 01  0911     .00 REG      .00 REG       .00 FIT       .00 SIT      .00 CNTY      .00 TOT DED
     ADJ+          .00 OT       .00 OT        .00 FICA      .00 SDI      .00 CITY      .00 NET PA
                   .59 OTH      .00 OTH       .00 MED       .00 SUI
12-28-2001         .59 TOT      .00 TOT       .00 TOT       .00 TOT      .00 TOT     6.5000 RATE

0356 01  0911   41.72 REG   271.18 REG      6.21 FIT      5.86 SIT      .00 CNTY    17.25 TOT DED
     C-1           .00 OT       .00 OT      17.33 FICA      .00 SDI     2.79 CITY   225.99 NET PA
  69152400        6.05 OTH     8.30 OTH      4.05 MED       .00 SUI               225.99 CK AMT
12-28-2001      47.77 TOT   279.48 TOT     27.59 TOT      5.86 TOT     2.79 TOT     6.5000 RATE

0356 01  0911   31.22 REG   202.93 REG       .00 FIT      3.66 SIT      .00 CNTY    17.25 TOT DED
     C-1           .00 OT       .00 OT      13.22 FICA      .00 SDI     2.13 CITY   173.89 NET PA
  69857390        8.06 OTH    10.31 OTH      3.09 MED       .00 SUI               173.89 CK AMT
01-11-2002      39.28 TOT   213.24 TOT     16.31 TOT      3.66 TOT     2.13 TOT     6.5000 RATE

0356 01  0911   52.53 REG   340.15 REG     13.93 FIT      8.56 SIT      .00 CNTY    17.25 TOT DED
     C-1          .00 OT       .00 OT      22.11 FICA      .00 SDI     3.57 CITY   286.04 NET PA
  70493321      14.24 OTH    16.49 OTH      5.18 MED       .00 SUI               286.04 CK AMT
01-25-2002      66.57 TOT   356.64 TOT     41.22 TOT      8.56 TOT     3.57 TOT     6.5000 RATE

0356 01  0911   69.39 REG   451.04 REG     26.50 FIT     13.21 SIT      .00 CNTY    17.25 TOT DED
     C-1          .00 OT       .00 OT      25.12 FICA      .00 SDI     4.70 CITY   371.99 NET PA
  71138225      16.39 OTH    18.44 OTH      6.81 MED       .00 SUI               371.99 CK AMT
02-08-2002      85.78 TOT   469.48 TOT     62.43 TOT     13.21 TOT     4.70 TOT     6.7600 RATE

0356 01  0911   77.19 REG   521.80 REG     36.87 FIT     16.24 SIT      .00 CNTY    17.25 TOT DED
     C-1          .04 OT       .42 OT      33.40 FICA      .00 SDI     5.39 CITY   421.79 NET PA
  71784239      14.28 OTH    16.53 OTH      7.81 MED       .00 SUI               421.79 CK AMT
02-22-2002      91.51 TOT   538.75 TOT     78.08 TOT     16.24 TOT     5.39 TOT     6.7600 RATE

0356 01  0911   70.37 REG   475.70 REG     27.78 FIT     13.67 SIT      .00 CNTY    33.11 TOT DED
     C-1          .00 OT       .00 OT      29.65 FICA      .00 SDI     4.94 CITY   377.93 NET PA
  72593540      16.06 OTH    18.31 OTH      6.93 MED       .00 SUI               377.93 CK AMT
03-08-2002      86.43 TOT   494.01 TOT     64.36 TOT     13.67 TOT     4.94 TOT     6.7600 RATE

0356 01  0911   59.84 REG   404.52 REG     17.55 FIT      9.91 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      24.36 FICA      .00 SDI     4.21 CITY   313.88 NET PA
  73683179      13.84 OTH    16.09 OTH      5.70 MED       .00 SUI               313.88 CK AMT
03-22-2002      73.68 TOT   420.61 TOT     47.61 TOT      9.91 TOT     4.21 TOT     6.7600 RATE

0356 01  0911   73.16 REG   494.36 REG     28.56 FIT     13.89 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      29.97 FICA      .00 SDI     5.11 CITY   381.61 NET PA
  74355988      14.34 OTH    16.59 OTH      7.01 MED       .00 SUI               381.61 CK AMT
04-05-2002      87.50 TOT   511.15 TOT     65.54 TOT     13.89 TOT     5.11 TOT     6.7600 RATE

0356 01  0911   50.88 REG   343.95 REG     10.73 FIT      7.44 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      20.12 FICA      .00 SDI     3.52 CITY   260.86 NET PA
  75036946       6.17 OTH     8.42 OTH      4.70 MED       .00 SUI               260.86 CK AMT
04-19-2002      57.05 TOT   352.37 TOT     35.55 TOT      7.44 TOT     3.52 TOT     6.7600 RATE

0356 01  0911   75.06 REG   507.41 REG     30.81 FIT     14.53 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      30.90 FICA      .00 SDI     5.26 CITY   392.37 NET PA
  75711257      16.44 OTH    18.69 OTH      7.23 MED       .00 SUI               392.37 CK AMT
05-03-2002      91.50 TOT   526.10 TOT     68.94 TOT     14.53 TOT     5.26 TOT     6.7600 RATE

0356 01  0911   76.20 REG   515.11 REG     32.85 FIT     15.04 SIT      .00 CNTY    45.00 TOT DED
     C-1          .62 OT       6.46 OT      31.64 FICA      .00 SDI     5.38 CITY   401.06 NET PA
  76193465      14.31 OTH    16.56 OTH      7.40 MED       .00 SUI               401.06 CK AMT
05-17-2002      91.13 TOT   538.13 TOT     71.65 TOT     15.04 TOT     5.38 TOT     6.7600 RATE

0356 01  0911   46.72 REG   315.83 REG     13.05 FIT      9.26 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      21.57 FICA      .00 SDI     3.76 CITY   278.96 NET PA
  77321652      18.87 OTH    59.82 OTH      5.05 MED       .00 SUI               278.96 CK AMT
05-31-2002      65.59 TOT   375.65 TOT     39.67 TOT      9.26 TOT     3.76 TOT     6.7600 RATE

0356 01  0911   56.02 REG   378.70 REG     14.79 FIT      8.86 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      22.65 FICA      .00 SDI     3.93 CITY   292.47 NET PA
  77802281      12.04 OTH    14.29 OTH      5.29 MED       .00 SUI               292.47 CK AMT
06-14-2002      68.06 TOT   392.99 TOT     42.73 TOT      8.86 TOT     3.93 TOT     6.7600 RATE

0356 01  0911   78.07 REG   527.79 REG     33.26 FIT     15.22 SIT      .00 CNTY    45.00 TOT DED
     C-1          .00 OT       .00 OT      31.91 FICA      .00 SDI     5.42 CITY   404.19 NET PA
  78514556      11.46 OTH    14.71 OTH      7.46 MED       .00 SUI               404.19 CK AMT
06-28-2002      90.53 TOT   542.46 TOT     72.63 TOT     15.22 TOT     5.42 TOT     6.7600 RATE
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00005

```
E ARNINGS HISTORY REPORT - P1R72M              WAL-MART ASSOCIATES, INC.                              PAGE 870596
   WE 0435049791                                                                                      RUN DATE 12/28/1995

                                                                                                      HOURLY
   EMPLOYEE NAME
L3  L4  L5
      TYPE  ------HOURS------    ------EARNINGS------  --------------------------TAXES----------------------  ----DED/NET/CK AMT----
CHECK NUM                                             FEDERAL          STATE        CITY/COUNTY

      AYERS,  WANDA D

0356 01  0911   62.62  REG      424.66  REG      24.36  FIT      12.70  SIT      .00  CNTY      45.00  TOT DED
          C-1     .00  OT          .00  OT       28.24  FICA      .00  SDI     4.83  CITY     361.42  NET PA
       79205132  18.81  OTH       58.50  OTH       6.61  MED      .00  SUI                     361.42  CK AMT
07-12-2002      81.63  TOT       483.16  TOT       59.21  TOT     12.70  TOT     4.83  TOT      6.7600 RATE

0356 01  0911   79.70  REG      538.77  REG      35.18  FIT      15.77  SIT      .00  CNTY      45.00  TOT DED
          C-1     .20  OT         2.07  OT       32.70  FICA      .00  SDI     5.55  CITY     413.41  NET PA
       79889616  12.17  OTH       14.42  OTH       7.65  MED      .80  SUI                     413.41  CK AMT
07-26-2002      92.07  TOT       555.26  TOT       79.53  TOT     15.77  TOT     5.55  TOT      6.7600 RATE

0356 01  0911   70.23  REG      474.75  REG      24.36  FIT      12.70  SIT      .00  CNTY      45.00  TOT DED
          C-1     .00  OT          .00  OT       28.24  FICA      .00  SDI     4.83  CITY     361.42  NET PA
       80570378   6.15  OTH        8.40  OTH       6.60  MED      .00  SUI                     361.42  CK AMT
08-09-2002      76.38  TOT       483.15  TOT       59.20  TOT     12.70  TOT     4.83  TOT      6.7600 RATE

0356 01  0911   69.15  REG      467.45  REG      25.15  FIT      12.92  SIT      .00  CNTY      45.00  TOT DED
          C-1     .65  OT         6.76  OT       28.56  FICA      .00  SDI     4.88  CITY     365.19  NET PA
       81252160  11.92  OTH       14.17  OTH       6.68  MED      .00  SUI                     365.19  CK AMT
08-23-2002      81.72  TOT       488.38  TOT       60.39  TOT     12.92  TOT     4.88  TOT      6.7600 RATE

0356 01  0911   70.87  REG      479.08  REG      45.19  FIT      13.74  SIT      .00  CNTY      45.00  TOT DED
          C-1     .00  OT          .00  OT       38.49  FICA      .00  SDI     6.49  CITY     480.77  NET PA
       81978874  32.39  OTH      169.60  OTH       9.00  MED      .00  SUI                     480.77  CK AMT
09-06-2002     103.26  TOT       648.68  TOT       92.68  TOT     13.74  TOT     6.49  TOT      6.7600 RATE

0356 01  0911   61.60  REG      416.42  REG      17.96  FIT      10.10  SIT      .00  CNTY      45.00  TOT DED
          C-1     .00  OT          .00  OT       24.61  FICA      .00  SDI     4.25  CITY     317.01  NET PA
       82641323   6.02  OTH        8.27  OTH       5.76  MED      .00  SUI                     317.01  CK AMT
09-20-2002      67.62  TOT       424.69  TOT       48.33  TOT     10.10  TOT     4.25  TOT      6.7600 RATE

0356 01  0911   64.61  REG      436.76  REG      19.99  FIT      11.01  SIT      .00  CNTY      45.00  TOT DED
          C-1     .00  OT          .00  OT       25.87  FICA      .00  SDI     4.45  CITY     332.64  NET PA
       83315060   6.00  OTH        8.25  OTH       6.05  MED      .00  SUI                     332.64  CK AMT
10-04-2002      70.61  TOT       445.01  TOT       51.91  TOT     11.01  TOT     4.45  TOT      6.7600 RATE

0356 01  0911   62.11  REG      419.86  REG      17.70  FIT       2.98  SIT      .00  CNTY      45.00  TOT DED
          C-1     .72  OT          .00  OT       24.45  FICA      .00  SDI     4.22  CITY     315.04  NET PA
       83995554    .00  OTH        2.25  OTH       5.72  MED      .00  SUI                     315.04  CK AMT
10-18-2002      62.11  TOT       422.11  TOT       47.87  TOT      9.98  TOT     4.22  TOT      6.7600 RATE

0356 01  0911   61.36  REG      414.79  REG      17.19  FIT       9.75  SIT      .00  CNTY      45.00  TOT DED
          C-1     .40  OT          .00  OT       24.16  FICA      .00  SDI     4.17  CITY     311.15  NET PA
       84678562    .00  OTH        2.25  OTH       5.64  MED      .00  SUI                     311.15  CK AMT
11-01-2002      61.36  TOT       417.04  TOT       46.97  TOT      9.75  TOT     4.17  TOT      6.7600 RATE

0356 01  0911   58.22  REG      413.36  REG      17.05  FIT       9.69  SIT      .00  CNTY      88.78  TOT DED
          C-1     .00  OT          .00  OT       24.05  FICA      .00  SDI     4.16  CITY     266.25  NET PA
       85576624    .00  OTH        2.25  OTH       5.63  MED      .00  SUI                     266.25  CK AMT
11-15-2002      58.22  TOT       415.61  TOT       46.73  TOT      9.69  TOT     4.16  TOT      7.1000 RATE

0356 01  0911   78.85  REG      559.84  REG      46.29  FIT      18.91  SIT      .00  CNTY     172.40  TOT DED
          C-1     .72  OT         7.83  OT       37.30  FICA      .00  SDI     6.29  CITY     339.44  NET PA
       86152672  19.24  OTH       61.68  OTH       8.72  MED      .00  SUI                     339.44  CK AMT
11-29-2002      98.81  TOT       629.35  TOT       92.31  TOT     18.91  TOT     6.29  TOT      7.1000 RATE

0356 01  0911   76.64  REG      544.14  REG      36.34  FIT      16.09  SIT      .00  CNTY     160.44  TOT DED
          C-1     .40  OT         4.36  OT       33.18  FICA      .00  SDI     5.63  CITY     303.57  NET PA
       87117056  12.26  OTH       14.51  OTH       7.76  MED      .00  SUI                     303.57  CK AMT
12-13-2002      89.30  TOT       563.01  TOT       77.28  TOT     16.09  TOT     5.63  TOT      7.1000 RATE

            NET  1,674.33  REG   11,340.51  REG    623.61  FIT     333.81  SIT      .00  CNTY   1,305.96  TOT DR
                    2.63  OT        27.90  OT      707.78  FICA      .00  SDI   119.86  CITY   8,750.34  NET PA
                  309.10  OTH      618.30  OTH     165.53  MED      .00  SUI
                1,986.06  TOT   11,986.71  TOT   1,496.72  TOT     333.81  TOT   119.86  TOT
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00006

```
EARNINGS HISTORY REPORT - P1R72M        WAL-MART ASSOCIATES, INC.                          PAGE 755311
01 WH 0423049791                                                                           RUN DATE 12/28/1995

                                                                                           HOURLY
     EMPLOYEE NAME
L3   L4  L5
     TYPE  ------HOURS------  ------EARNINGS-----  -------------------------TAXES------------------  -----DND/NET/CK AMT----
CHECK NUM                                          FEDERAL              STATE      CITY/COUNTY

     AYERS,  WANDA D

0356 01   0311    6.57  REG        42.71  REG          .00  FIT          .00  SIT        .00  CNTY         .00  TOT DND
         C-1       .00  OT           .00  OT          2.65  FICA         .00  SDI        .43  CITY       39.01  NET PA
     66805880      .00  OTH          .00  OTH          .62  MED          .00  SUI                        39.01  CK AMT
11-16-2001        6.57  TOT        42.71  TOT         3.27  TOT          .00  TOT        .43  TOT       6.5000 RATE

0356 01   0311   73.81  REG       479.77  REG         42.84  FIT        13.96 SIT         .00  CNTY       17.25  TOT DND
         C-1       .49  OT          4.90  OT          30.94  FICA         .00  SDI       4.99  CITY      381.89  NET PA
     67519127    12.19  OTH         34.44 OTH          7.24  MED          .00  SUI                      381.89  CK AMT
11-30-2001       86.49  TOT       439.11  TOT         81.02  TOT        13.96 TOT        4.99  TOT       6.5000 RATE

0356 01   0311   77.34  REG       502.71  REG         45.83  FIT        14.81 SIT         .00  CNTY       17.25  TOT DND
         C-1       .00  OT           .00  OT          32.18  FICA         .00  SDI       5.19  CITY      396.22  NET PA
     68486923    14.04  OTH        16.29  OTH          7.52  MED          .00  SUI                      396.22  CK AMT
12-14-2001       91.38  TOT       519.00  TOT         85.53  TOT        14.81 TOT        5.19  TOT       6.5000 RATE

         NET    157.72  REG     1,025.19  REG         88.67  FIT        28.77 SIT         .00  CNTY       34.50  TOT DE
                  .49  OT          4.90  OT          65.77  FICA         .00  SDI      10.61  CITY      817.12  NET PA
                26.23  OTH         30.73  OTH         15.38  MED          .00  SUI
               184.44  TOT     1,060.82  TOT        169.82  TOT        28.77 TOT       10.61  TOT
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00007

```
DEDUCTIONS/OTHER EARNINGS - PRR403        WAL-MART ASSOCIATES, INC.                        PAGE  1574
PERIOD END DATE 10-15-2004                                       HOURLY            RUN DATE 10-17-2004

L3   L4   L5   EMPL NO                     D/OE    D/OE          CURRENT         MTD           QTD           YTD
EMPLOYEE NAME                             CODE    DESCRIPTION    AMOUNT          AMOUNT        AMOUNT        AMOUNT
```

```
0356 01    0911 0435049791        C-1    AB    INS MED COPD                                              862.95
AYERS,  WANDA D                          AF    INS DEN COPD                                               33.00
                                         AK    INS LIFE COPD                                              14.26
                                         AN    INS LIFE                                                   24.15
                                         AY    INS WALMART PD                                            910.21
                                         BB    INS MEDICAL C*                                            231.42
                                         BH    INS DENTAL C *                                             21.00
                                         GW    CRED GARN COMM                                            624.76
                                         01    SICK   PAY                                                 93.60
                                         03    HOLIDAY PAY                                                61.85
                                         05    CO STK CONT                                                 2.25
                                         16    STOCK  PURCH                                               15.00
                                         76    BENEFIT ACCUM         15.00        30.00         30.00    334.00
                                         82    PERSONAL TIME                                              61.23
                                         83    SAMS ADVAN CRD                                             26.08
                                         94    SUNDAY PREMIUM                                             72.85
                                         98    STAKEHOLDER                                               565.21
```

```
0
0
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00008

DEDUCTIONS/OTHER EARNINGS - PRR403          WAL-MART ASSOCIATES, INC.                    HOURLY              PAGE  8796
PERIOD END DATE 12-31-2003                                                                                  RUN DATE 01-05-2004

L3   L4   L5  EMPL NO                     D/OR      D/OR             CURRENT            MTD              QTD             YTD
EMPLOYEE NAME                            CODE      DESCRIPTION        AMOUNT           AMOUNT           AMOUNT          AMOUNT


0356 01    0913 0435049791         C-0   AB   INS MED COPD                                             486.50          1,863.00
AYERS,   WANDA D                         AF   INS DNM COPD                                              21.00             80.68
                                         AK   INS LIFE COPD                                              8.09             28.07
                                         AN   INS LIFE                                                  17.25             17.25
                                         AY   INS WALMART PD                                           515.89          1,971.75
                                         BA   INS MEDICAL C*                                           206.50            790.71
                                         BR   INS DENTAL C *                                            21.00             80.68
                                         CW   CRED GARN COPN                                           870.79          3,113.24
                                         01   SICK   PAY                                               108.78            488.93
                                         02   VAC    PAY                                                                228.51
                                         03   HOLIDAY PAY                                              124.01            339.94
                                         65   CO SYR CONT                                               15.75             45.00
                                         16   STOCK  PURCH                                             105.00            300.00
                                         78   BENEFIT ACCUM                                            109.00            379.00
                                         82   PERSONAL TIME                                             62.16            149.30
                                         83   SAMS ADVAN CRD                                            26.88             43.24
                                         94   SUNDAY PREMIUM                                           102.12            335.76
                                         98   STAKEHOLDER                                                                553.44

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00009

| DEDUCTIONS/OTHER EARNINGS - PRR403 | | | WAL-MART ASSOCIATES, INC. | | HOURLY | | PAGE 9729 | |
|---|---|---|---|---|---|---|---|---|
| PERIOD END DATE 12-26-2002 | | | | | | | RUN DATE 01-02-2003 | |
| L3  L4  L5  EMPL NO | | | D/OE | D/OE | CURRENT | MTD | QTD | TTD |
| EMPLOYEE NAME | | | CODE | DESCRIPTION | AMOUNT | AMOUNT | AMOUNT | AMOUNT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0356 01  0911 0435049791 | | | C-0 | AB | INS MED COPD | | 354.08 | 1,213.71 |
| AYERS, WANDA D | | | | AF | INS DEN COPD | | 16.50 | 56.57 |
| | | | | AK | INS LIFE COPD | | 4.58 | 15.20 |
| | | | | AY | INS WALMART DD | | 375.08 | 1,285.48 |
| | | | | BB | INS MEDICAL C* | | 150.00 | 514.29 |
| | | | | BR | INS DENTAL C * | | 16.50 | 56.57 |
| | | | | GN | CRHD GARN COPM | | 286.62 | 286.62 |
| | | | | 01 | SICK  PAY | | | 108.16 |
| | | | | 03 | HOLIDAY PAY | | 46.78 | 186.37 |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00010

DEDUCTIONS/OTHER EARNINGS - PRR403        WAL-MART ASSOCIATES, INC.                    PAGE  7975
PERIOD END DATE 12-27-2001                                      HOURLY        RUN DATE 01-02-2002

L3  L4  L5  EMPL NO              D/OE    D/OE        CURRENT        MTD         QTD         YTD
EMPLOYEE NAME                   CODE    DESCRIPTION  AMOUNT         AMOUNT      AMOUNT      AMOUNT

0356 01   0911 G435049791       C-0  05  CO STK CONT                                4.50        4.50
AYERS, WANDA D                       16  STOCK PURCH                              30.00       30.00
                                     24  SUNDAY PREMIUM                           26.23       26.23

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00011

| ACE_ID | ASSOCIATE NAME | Date | DEPT | JOB | SHIFT START-END | ACTUAL PROD | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
|  |  | 12/02/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 12/23/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 12/25/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 12/26/2001 |  |  |  |  | Scheduled did not work | 30 - Other-Mgr. Approved absence |
|  |  | 12/27/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 12/28/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 12/29/2001 |  |  |  |  | Scheduled did not work | 34 - Other-Mgr. Approved absence |
|  |  | 12/30/2001 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 01/01/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 01/05/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 02/15/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 03/05/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 03/24/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 04/04/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 04/17/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 04/21/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 04/22/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Unapproved absence |
|  |  | 05/09/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 05/27/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 05/27/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 05/30/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 06/12/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 06/05/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 06/09/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 06/20/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 07/07/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 08/01/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |
|  |  | 08/27/2002 |  |  |  |  | Scheduled did not work | 38 - Other-Mgr. Approved absence |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00799

The page is a rotated (sideways) attendance/timekeeping log printout consisting of many rows of dates, times, and status codes that are too low-resolution to read reliably. Representative column content includes entries such as "Scheduled did not work", "Other-Mgr. Approved absence", and "Absence caused by 3 Unapproved tardies".

Wal-Mart/Ayars
Docs. Produced to Plaintiff
00799

| REL.ID | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START | SHIFT END | ACTUAL START | ACTUAL END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| 1750 | AYERS; MASON D | 09/20/2003 | 931 | 167 | 22:40 | 07:40 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 09/04/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | Sick-Unapproved -03 |
| 1750 | AYERS; MASON D | 09/05/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | Sick-Unapproved -05 |
| 1750 | AYERS; MASON D | 10/24/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7D - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 10/04/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 10/31/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7D - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 11/14/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 11/22/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 11/23/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 11/21/2003 | 931 | 167 | 22:40 | 07:40 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 15/07/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Schedule did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/01/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Schedule did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/02/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/03/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7D - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/04/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/01/2003 | 931 | 167 | 22:40 | 03:40 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/13/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 12/14/2003 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 01/07/2004 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 06/11/2004 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7D - Other-Mgr. Approved Absence |
| 1750 | AYERS; MASON D | 08/04/2004 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - Other-Unapproved Absence -04 |
| 1750 | AYERS; MASON D | 10/22/2004 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 3H - CON (FMLA AON) |
| 1750 | AYERS; MASON D | 02/04/2004 | 931 | 167 | 22:00 | 07:00 | | | 1H - Scheduled did not work | 7H - CON (FMLA AON) |
| 1750 | AYERS; MASON D | 11/13/2001 | 931 | 167 | | | 17:00 | 13:50 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |
| 1750 | AYERS; MASON D | 11/14/2003 | 931 | 167 | | | 04:55 | 13:03 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |
| 1750 | AYERS; MASON D | 11/11/2001 | 931 | 167 | | | 21:57 | 07:10 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |
| 1750 | AYERS; MASON D | 11/24/2001 | 931 | 167 | | | 21:58 | 03:04 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |
| 1750 | AYERS; MASON D | 11/11/2001 | 931 | 167 | | | 22:00 | 07:00 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |
| 1250 | AYERS; MASON D | 11/24/2001 | 931 | 167 | | | 21:57 | 07:01 | 1G - Worked NOT scheduled | 4J - Manager Approved Non-Sched Worked |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00880

| MSG_ID | ASSOCIATE NAME | DATE | START TIME | END | DEPT | DOB | SHIFT START | SHIFT END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| 1966 | MYERS, MARION D | 11/25/2003 | | | 591 | 449 | 2145 | 2440 | 15 – Worked NOT sc scabes | 12 – Manager Approved Non-Sched Worked |
| 1970 | MYERS, MARION D | 11/27/2003 | | | 591 | 449 | 2159 | 0744 | 16 – Worked NOT sc scabed | 18 – Manager Approved Non-Sched Worked |
| 1991 | MYERS, MARION D | 11/21/2003 | | | 591 | 447 | 2150 | 0144 | 15 – Worked NOT scrapping | 18 – Manager Approved Non-Sched Worked |
| 1994 | MYERS, MARION D | 11/29/2003 | | | 711 | 449 | 2164 | 0140 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1982 | MYERS, MARION D | 11/30/2003 | | | 711 | 469 | 2204 | 0140 | 15 – Sched NOT sc called | 12 – Manager Approved Non-Sched Worked |
| 1994 | MYERS, MARION D | 12/06/2003 | | | 591 | 449 | 2157 | 0740 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1971 | MYERS, MARION D | 01/15/2003 | | | 591 | 467 | 2204 | 0145 | 20 – Absence NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1971 | MYERS, MARION D | 02/28/2002 | | | 591 | 449 | 2157 | 0141 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1981 | MYERS, MARION D | 03/07/2003 | | | 591 | 449 | 2159 | 0740 | 16 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1987 | MYERS, MARION D | 04/05/2003 | | | 591 | 467 | 2157 | 0147 | 15 – Worked NOT sc called | 12 – Manager Approved Non-Sched Worked |
| 1979 | MYERS, MARION D | 04/21/2002 | | | 591 | 467 | 2159 | 0645 | 16 – Worked NOT sc called | 17 – Manager Approved Non-Sched Worked |
| 1986 | MYERS, MARION D | 04/26/2002 | | | 591 | 447 | 2240 | 0157 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1989 | MYERS, MARION D | 04/24/2003 | | | 591 | 469 | 2166 | 0147 | 15 – Worked NOT sc called | 15 – Manager Approved Non-Sched Worked |
| 1990 | MYERS, MARION D | 04/24/2002 | | | 591 | 449 | 2155 | 0140 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1988 | MYERS, MARION D | 04/27/2002 | | | 711 | 449 | 2156 | 0428 | 11 – Absence NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1991 | MYERS, MARION D | 04/29/2002 | | | 591 | 447 | 2156 | 0115 | 11 – Worked NOT sc scabed | 18 – Manager Approved Non-Sched Worked |
| 1979 | MYERS, MARION D | 06/27/2002 | | | 682 | 447 | 2185 | 0300 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1994 | MYERS, MARION D | 10/24/2002 | | | 591 | 449 | 2100 | 0641 | 15 – Earned NOT sc called | 12 – Manager Approved Non-Sched Worked |
| 1940 | MYERS, MARION D | 10/25/2002 | | | 591 | 445 | 2167 | 0240 | 15 – Worked NOT sc called | 11 – Manager Approved Non-Sched Worked |
| 1959 | MYERS, MARION D | 11/14/2002 | | | 591 | 449 | 2100 | 0756 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1996 | MYERS, MARION D | 12/17/2002 | | | 591 | 467 | 2240 | 0159 | 15 – Worked NOT sc called | 12 – Manager Approved Non-Sched Worked |
| 1972 | MYERS, MARION D | 04/28/2003 | | | 591 | 461 | 2167 | 0740 | 16 – Earned NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1981 | MYERS, MARION D | 05/25/2003 | | | 591 | 449 | 2202 | 0145 | 15 – Worked NOT sc scabed | 18 – Manager Approved Non-Sched Worked |
| 1981 | MYERS, MARION D | 03/31/2003 | | | 591 | 449 | 2167 | 0145 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1953 | MYERS, MARION D | 01/16/2003 | | | 591 | 449 | 2210 | 0452 | 15 – Worked NOT sc called | 18 – Manager Approved Non-Sched Worked |
| 1958 | MYERS, MARION D | 02/21/2003 | | | 591 | 449 | 2201 | 2400 | 15 – Worked NOT sc called | 15 – Manager Approved Non-Sched Worked |
| 1983 | MYERS, MARION D | 02/21/2003 | | | 591 | 449 | 2195 | 0659 | 15 – Worked NOT sc scabed | 18 – Manager Approved Non-Sched Worked |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00501

RUN ON: 02/14/2005 AT 14:19:27

REPORT NO: 1m31196r
PAGE NO: 5

STORE NO: 154

WMT = WART STORES= INC.
ATTENDANCE TRACKING PERFORMANCE REPORT

| RSN_ID | ASSOCIATE NAME | DATE | DPT | XXX | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON | REVW |
|---|---|---|---|---|---|---|---|---|---|
| 1949 | MYERS, MARSHA D | 04/15/2003 | 931 | 949 | | 22:40 06:00 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1950 | MYERS, MARSHA D | 04/17/2003 | 931 | 949 | | 21:44 04:31 | 16 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1951 | MYERS, MARSHA D | 04/18/2003 | 931 | 949 | | 21:49 04:23 | 16 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1952 | MYERS, MARSHA D | 04/24/2003 | 931 | 949 | | 22:03 06:14 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1953 | MYERS, MARSHA D | 07/12/2003 | 931 | 949 | | 22:00 07:00 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1954 | MYERS, MARSHA D | 07/03/2003 | 931 | 949 | | 21:57 04:07 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1955 | MYERS, MARSHA D | 08/09/2003 | 931 | 949 | | 22:40 07:04 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1956 | MYERS, MARSHA D | 08/25/2003 | 932 | 949 | | 22:34 06:51 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1957 | MYERS, MARSHA B | 08/26/2003 | 931 | 949 | | 21:57 07:12 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1958 | MYERS, MARSHA B | 08/31/2003 | 931 | 949 | | 22:51 07:17 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1959 | MYERS, MARSHA D | 10/04/2003 | 931 | 949 | | 21:40 07:03 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1960 | MYERS, MARSHA D | 10/20/2003 | 931 | 949 | | 21:56 07:02 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1961 | MYERS, MARSHA D | 10/22/2003 | 931 | 949 | | 22:04 06:58 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1962 | MYERS, MARSHA D | 10/23/2003 | 931 | 949 | | 22:56 04:54 | 16 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1963 | MYERS, MARSHA D | 11/02/2003 | 931 | 949 | | 21:52 07:03 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1964 | MYERS, MARSHA D | 11/09/2003 | 931 | 949 | | 21:49 07:06 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1965 | MYERS, MARSHA B | 11/31/2003 | 931 | 949 | | 21:40 07:02 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1966 | MYERS, MARSHA B | 11/12/2003 | 931 | 949 | | 22:06 04:57 | 16 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1967 | MYERS, MARSHA B | 11/17/2003 | 931 | 949 | | 22:40 07:09 | 16 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1968 | MYERS, MARSHA D | 01/12/2004 | 931 | 949 | | 22:06 07:11 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1969 | MYERS, MARSHA D | 01/31/2004 | 931 | 949 | | 23:10 06:57 | 15 - Worked NOT scheduled | W - Manager Approved Non-Sched Worked | W |
| 1970 | MYERS, MARSHA D | 02/20/2004 | 931 | 949 | | 22:02 07:01 | 16 - Worked NOT scheduled | W - Unapproved Non-Sched Worked — Q |
| 1971 | MYERS, MARSHA D | 02/21/2004 | 931 | 949 | | 22:41 06:57 | 15 - Worked NOT scheduled | W - Unapproved Non-Sched Worked — Q |
| 1972 | MYERS, MARSHA D | 02/22/2004 | 931 | 949 | | 22:02 06:57 | 15 - Worked NOT scheduled | W - Unapproved Non-Sched Worked — Q |
| 1973 | MYERS, MARSHA D | 12/17/2001 | 931 | 949 | 22:48 07:00 | 23:17 04:48 | 6 - Associate was early | W - Manager Approved Tardy | W |
| 1974 | MYERS, MARSHA D | 12/09/2001 | 931 | 947 | 22:49 07:00 | 22:09 06:56 | 7 - Associate Left - early | W - Manager Approved Left Early | W |
| 1975 | MYERS, MARSHA D | 12/26/2001 | 931 | 949 | 22:59 07:00 | 22:19 04:49 | 6 - Associate was early | W - Unapproved Tardy — Q | W |
| 1976 | MYERS, MARSHA D | 12/31/2001 | 931 | 949 | 22:58 07:00 | 22:59 06:58 | 7 - Associate Left - early | W - Manager Approved Left Early | W |
| 1977 | MYERS, MARSHA D | 02/17/2002 | 931 | 949 | | 22:59 06:00 | 7 - Associate Left - early | 12 - Manager Approved Left Early | W |

Wal-Mart/Ayers
Docs, Produced to Plaintiff
00802

| REC_ID | ASSOCIATE NAME | DATE | DEPT | SSN | | | SHIFT START/END | ACTUAL START/END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|---|---|
| 1954 | AYERS, MINDA D | 03/14/2002 | 931 | 147 | | | 22:00 07:50 | 21:39 07:54 | 5 - Associate Left. Early | V2 - Manager Approval Left Early |
| 1955 | AYERS, MINDA B | 03/24/2002 | 931 | 149 | | | 22:00 08:00 | 22:10 03:10 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1956 | AYERS, MINDA | 03/31/2002 | 931 | 147 | | | 22:00 07:50 | 22:00 07:19 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1957 | AYERS, MINDA D | 04/06/2002 | 931 | 147 | | | 22:50 07:40 | 21:50 02:20 | 5 - Associate Left. Early | V1 - Manager Approved Left Early |
| 1958 | AYERS, MINDA B | 04/19/2002 | 931 | 149 | | | 22:00 08:00 | 21:50 04:20 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1959 | AYERS, MINDA D | 04/13/2002 | 931 | 147 | | | 22:00 07:00 | 21:07 04:22 | 5 - Associate Left. Early | V3 - Manager Approved Left Early |
| 1950 | AYERS, MINDA B | 05/18/2002 | 931 | 147 | | | 22:00 07:00 | 22:33 07:23 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1951 | AYERS, MINDA B | 05/17/2002 | 921 | 147 | | | 22:10 07:40 | 22:00 24:00 | 6 - Associate Left. Early | V4 - Manager Approved Left Early |
| 1954 | AYERS, MINDA D | 05/31/2002 | 951 | 149 | | | 22:00 01:00 | 22:12 07:00 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MINDA D | 06/06/2002 | 931 | 149 | | | 22:50 02:00 | 21:51 04:37 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1959 | AYERS, MINDA | 06/17/2002 | 931 | 147 | | | 22:50 02:00 | 21:50 04:22 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MINDA | 06/04/2002 | 931 | 147 | | | 22:00 07:00 | 22:50 04:07 | 6 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MINDA 2 | 06/14/2002 | 931 | 147 | | | 22:00 07:00 | 21:47 05:57 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MINDA 2 | 06/15/2002 | 931 | 149 | | | 22:00 07:00 | 21:55 04:33 | 5 - Associate Left. Early | V3 - Manager Approved Left Early |
| 1958 | AYERS, MINDA | 06/20/2002 | 931 | 143 | | | 22:00 07:00 | 21:59 04:10 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MINDA 9 | 06/22/2002 | 931 | 149 | | | 22:00 07:01 | 22:14 07:00 | 4 - Associate was Tardy | (V1) Disapproved Tardy —02 |
| 1958 | AYERS, MINDA B | 07/18/2002 | 931 | 149 | | | 22:00 07:00 | 21:09 05:01 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1950 | AYERS, MINDA | 07/11/2002 | 951 | 147 | | | 22:00 07:00 | 21:51 04:23 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MINDA 2 | 07/12/2002 | 931 | 149 | | | 22:00 07:00 | 21:01 04:55 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1958 | AYERS, MINDA 0 | 07/16/2002 | 931 | 147 | | | 22:00 07:00 | 21:00 06:22 | 6 - Associate Left. Early | V7 - Manager Approved Left Early |
| 1958 | AYERS, MINDA B | 07/21/2002 | 931 | 147 | | | 22:00 01:00 | 22:14 07:00 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1958 | AYERS, MINDA B | 07/24/2002 | 931 | 149 | | | 22:00 07:00 | 21:57 06:24 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1959 | AYERS, MINDA 9 | 07/25/2002 | 951 | 149 | | | 22:00 07:40 | 22:28 06:47 | 4 - Associate was Tardy | (V1) Disapproved Tardy —02 |
| 1959 | AYERS, MINDA D | 06/01/2002 | 951 | 147 | | | 22:00 07:40 | 22:29 06:57 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1959 | AYERS, MINDA | 06/11/2002 | 931 | 149 | | | 21:00 07:40 | 22:50 07:04 | 4 - Associate was Tardy | V1 - Manager Approved Tardy |
| 1951 | AYERS, MINDA 9 | 06/24/2002 | 951 | 149 | | | 22:50 07:00 | 22:12 05:20 | 4 - Associate was Tardy | (V1) Disapproved Tardy —02 |
| 1952 | AYERS, MINDA B | 07/26/2002 | 951 | 149 | | | 22:50 07:00 | 22:12 06:28 | 5 - Associate Left. Early | V2 - Manager Approved Left Early |
| 1951 | AYERS, MINDA B | 11/04/2002 | 951 | 147 | | | 22:00 06:30 | 22:11 07:05 | 4 - Associate was Tardy | (V1) Disapproved Tardy —02 |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00803

02/14/2005  04:07  8217498                    TUESDAY                          PAGE  08

PAGE NO: 7

INSURANCE TRACKING WORKLOGUES REPORT

| MCLID | ASSOCIATE NAME | DATE | DEPT | 208 | SHIFT START END | ACTUAL START END | DURATION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| 1956 | AYERS, MINNA D | 09/12/2002 | 953 | 547 | 22:00 07:00 | 21:55 06:12 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 09/21/2002 | 953 | 549 | 22:00 07:01 | 22:04 06:50 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 04/24/2002 | 953 | 547 | 21:00 07:00 | 21:00 06:11 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 05/24/2002 | 953 | 547 | 22:00 07:00 | 22:01 07:00 | 4 - Associate was Tardy | V - Manager Approved Tardy |
| 1950 | AYERS, MINNA D | 04/21/2002 | 953 | 547 | 23:00 07:00 | 22:01 06:52 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1950 | AYERS, MINNA D | 11/02/2002 | 953 | 549 | 22:00 07:00 | 21:05 01:05 | 8 - Associate Left Early | 7E - Unapproved Left Early |
| 1955 | AYERS, MINNA D | 10/08/2002 | 953 | 549 | 23:00 07:00 | 21:07 06:24 | 6 - Associate Left Early | V - Manager Approved Left Early |
| 1957 | AYERS, MINNA D | 10/11/2002 | 953 | 547 | 22:00 07:00 | 22:05 06:11 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1950 | AYERS, MINNA D | 10/17/2002 | 953 | 549 | 22:00 07:00 | 22:00 06:49 | 9 - Associate Left Early | V - Manager Approved Left Early |
| 1953 | AYERS, MINNA D | 10/22/2002 | 951 | 547 | 22:00 07:00 | 22:06 06:15 | 5 - Associate Left Early | 4Z - Manager Approved Left Early (O2) |
| 1950 | AYERS, MINNA D | 10/31/2002 | 951 | 568 | 22:00 07:00 | 22:17 06:50 | 6 - Associate was Tardy | TD - Unapproved Tardy - 02 |
| 1950 | AYERS, MINNA D | 11/12/2002 | 951 | 549 | 23:00 07:00 | 21:56 06:17 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1955 | AYERS, MINNA D | 11/19/2002 | 951 | 549 | 23:00 07:00 | 21:50 06:21 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1956 | AYERS, MINNA D | 11/21/2002 | 951 | 567 | 22:00 07:00 | 21:52 06:57 | 4 - Associate was Tardy | 51 - Manager Approved Tardy |
| 1958 | AYERS, MINNA D | 12/05/2002 | 951 | 547 | 23:00 07:00 | 21:57 01:50 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1955 | AYERS, MINNA D | 12/12/2002 | 953 | 549 | 23:00 07:00 | 21:57 06:51 | 6 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 12/17/2002 | 951 | 547 | 22:00 07:00 | 21:58 06:17 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1954 | AYERS, MINNA D | 12/19/2002 | 952 | 547 | 23:00 07:00 | 22:01 06:00 | 6 - Associate Left Early | V - Manager Approved Left Early |
| 1950 | AYERS, MINNA D | 12/21/2002 | 951 | 547 | 22:00 07:00 | 21:57 06:01 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1950 | AYERS, MINNA D | 07/05/2003 | 953 | 547 | 22:00 07:00 | 21:50 04:12 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1950 | AYERS, MINNA D | 10/23/2003 | 951 | 547 | 22:00 07:00 | 21:57 05:00 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 01/26/2003 | 951 | 547 | 22:00 07:00 | 00:10 07:50 | 4 - Associate was Tardy | 51 - Manager Approved Tardy |
| 1955 | AYERS, MINNA D | 02/01/2003 | 951 | 549 | 22:00 07:00 | 22:11 06:01 | 4 - Associate was Tardy | 51 - Manager Approved Tardy |
| 1954 | AYERS, MINNA D | 02/15/2003 | 951 | 547 | 22:00 06:00 | 21:59 06:25 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1961 | AYERS, MINNA D | 02/17/2003 | 951 | 547 | 22:00 06:00 | 21:57 06:05 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1959 | AYERS, MINNA D | 02/20/2003 | 951 | 547 | 22:00 07:00 | 21:07 04:00 | 5 - Associate Left Early | 12 - Manager Approved Left Early |
| 1955 | AYERS, MINNA D | 02/24/2003 | 951 | 545 | 22:00 06:00 | 22:01 06:00 | 5 - Associate Left Early | V - Manager Approved Left Early |
| 1954 | AYERS, MINNA D | 03/06/2003 | 951 | 145 | 22:00 07:00 | 22:02 06:04 | 5 - Associate was Tardy | 12 - Manager Approved Left Early |
| 1954 | AYERS, MINNA D | 03/06/2003 | 951 | 145 | 22:00 07:01 | 22:02 06:04 | 6 - Associate Left Early | 12 - Manager Approved Left Early |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00504

## INTERMEDIATE TARDIES MAINTENANCE REPORT

| ASCLD | ASSOCIATE NAME | DATE | DEPT | JOB | SHIFT START END | ACTUAL START END | EXCEPTION TYPE | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | U - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | A - Associate Was Tardy | V1 - Manager Approved Tardy |
| | | | | | | | D - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V1 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | C - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | L - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Was Tardy | T1 - Disapproved Tardy |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V3 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | D - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Was Tardy | V1 - Manager Approved Tardy |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | S - Associate Left Early | V2 - Manager Approved Left Early |
| | | | | | | | 6 - Associate Was Tardy | T1 - Disapproved Tardy |
| | | | | | | | 6 - Associate Was Tardy | T1 - Disapproved Tardy |
| | | | | | | | S - Associate Left Early | V5 - Approved Left Early |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
04905

02/14/2005  04:07  8217490                    TUESDAY                         PAGE  16

RUN ON: 02/14/2005 AT 14:26:27

WAL * MART STORES, INC.
ATTENDANCE TRACKING MAINTENANCE REPORT

USER ID: RCOOK

STORE NO: 956

Codes and descriptions for ABSENCE are:
APPROVED
30 - Dist-Approved (Consult Only?)
31 - Military
32 - Bereavement
33 - Jury Duty
34 - LOA (FMLA RML)
35 - Workman Comp
36 - Decision Day
37 - Hospital/Med. Emergency
38 - Other-Mgr. Approved Absence
39 - Time Clock Issues
40 - Emergency Volunteer

UNAPPROVED
70 - Dist-Unapproved
74 - Doctor/Dentist Unapproved
75 - Other-Unapproved Absence
76 - No Show

Codes and descriptions for WORKED BUT NOT SCHEDULED area:
APPROVED
43 - Manager Approved Non-Sched Worked

UNAPPROVED
79 - Unapproved Non-Sched Worked

Codes and descriptions for TARDY & LEFT EARLY area:
APPROVED
41 - Manager Approved Tardy
42 - Manager Approved Left Early

UNAPPROVED
77 - Unapproved Tardy
78 - Unapproved Left Early

REPORT: cust/attr TRM ON: 02/14/2005 AT 14:12:27

** END OF XGE **
ATTENDANCE TRACKING MAINTENANCE REPORT

****** WAL-MART STORES, INC. CONFIDENTIAL ******

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00806

02/14/2005 MON 15:20 [TX/RX NO 8780] @010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,              )
                                 )
        Plaintiff,               )
                                 )        Civil Action No.: 3:04cv1002-T
v.                               )
                                 )
WAL-MART CORPORATION,            )
                                 )
        Defendant.               )

## DECLARATION OF DEBRA DAVIDSON

1.      My name is Debra Davidson.  I have been employed by Wal-Mart since June 21, 1985.  I am currently a Store Manager for Wal-Mart at Store # 1338 in Columbus, Georgia.  I have personal knowledge of the matters contained in this declaration.

2.      I was a Co-Manager at Store # 356 in Auburn, Alabama from November, 2002, until April, 2004.

3.      Wanda Ayers submitted an on-line application to Wal-Mart's Management Training Program ("MTP") during the application period beginning in January, 2003.

4.      In March or April, 2003, Store # 356 management received notice that certain Store # 356 associates, including Wanda Ayers, had applied for, but had not been interviewed or selected for the MTP.

5.      I informed Ms. Ayers that she had not been selected to the program before any of the those selected to the program began their training.

6.      I declare under penalty of perjury that the foregoing two-page declaration is true and correct and that I have initialed any changes and each page and signed below on this the 2ʌʌ day of August, 2005.

Debra Davidson
Co-Manager - Store # 1338
Columbus, Georgia

W0520117.DOC

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,                    )
                                       )
         Plaintiff,                    )
                                       )        Civil Action No.: 3:04cv1002-T
v.                                     )
                                       )
WAL-MART CORPORATION,                  )
                                       )
         Defendant.                    )

## DECLARATION OF ALPHONZO CLARK

1.      My name is Alphonzo Clark. I have been employed by Wal-Mart since November, 1999. I have worked at Store # 356 in Auburn, Alabama since that time. I am currently an hourly sporting goods associate at Store #356. I have personal knowledge of the matters contained in this declaration.

2.      I had a dating relationship with Wanda Ayers for six to eight months in 2003.

3.      The last time I saw Ms. Ayers was in November, 2003. Although we both worked at Wal-Mart after that date, we worked different shifts.

4.      I was not aware that Ms. Ayers had filed a charge of discrimination with the EEOC until after she filed a lawsuit against Wal-Mart and I was interviewed as part of the investigation into Ms. Ayers' claims on or about February 14, 2005.

5.      I did not place a listening device in Ms. Ayers' home or tap her cell phone.

6.      I did not steal a vase from Ms. Ayers' home.

7.      I never threatened Ms. Ayers' at Store # 356 in Auburn, Alabama or elsewhere.

8.      I declare under penalty of perjury that the foregoing two-page declaration is true and correct and that I have initialed any changes and each page and signed below on this the ___ day of August, 2005.

Alphonzo Clark
Associate - Store # 356
Auburn, Alabama

W0520120.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,                 )
                                    )
        Plaintiff,                  )
                                    )         Civil Action No.: 3:04cv1002-T
v.                                  )
                                    )
WAL-MART CORPORATION,               )
                                    )
        Defendant.                  )

## DECLARATION OF MATTIE ECHOLS

1.      My name is Mattie Echols.  I have been employed by Wal-Mart since October,

1990.  I have worked at Store # 356 in Auburn, Alabama since that time.  I am currently an

hourly department manager at Store #356 for departments 27 through 31.  I have personal

knowledge of the matters contained in this declaration.

2.      I do not know who Wanda Ayers is.  I never made any threat to her and I was

unaware that she had filed a charge of discrimination with the EEOC against Wal-Mart until

after she filed a lawsuit against Wal-Mart and I was interviewed as part of the investigation into

Ms. Ayers' claims on or about August 1, 2005.

3.      I declare under penalty of perjury that the foregoing one-page declaration is true

and correct and that I have initialed any changes and each page and signed below on this the _____

day of August, 2005.


                                        Mattie D. Echols
                                        Mattie Echols
                                        Associate - Store # 356
                                        Auburn, Alabama


W0520122.DOC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

WANDA DENISE AYERS,    )
                      )
      Plaintiff,        )
                      )     Civil Action No.: 3:04cv1002-T
v.                      )
                      )
WAL-MART CORPORATION,    )
                      )
      Defendant.     )

## DECLARATION OF SHERMAN ALEXANDER

1.    My name is Sherman Alexander. I have been employed by Wal-Mart since November, 1990. I am currently an Assistant Manager for Wal-Mart at Store # 356 in Auburn, Alabama. I have personal knowledge of the matters contained in this declaration.

2.    I was an Assistant Manager at Store # 356 throughout Wanda Ayers' employment with Wal-Mart.

3.    Ms. Ayers never complained to me about receiving any threats from other associates or being followed around the store by other associates.

4.    Openings for hourly supervisory positions at Store #356, such as department manager and support manager, are posted in the store so that interested associates can apply for the positions.

5.    In response to one of these job postings in April, 2003, Heath Allen applied for and was selected for a position as an hourly supervisor in the customer service department. However, Mr. Allen was never selected into a formal mentoring program. Mr. Allen was not given an opportunity to advance in the company greater than that available to any other Wal-Mart associate.

6.    Wal-Mart does not have any record of an application from Ms. Ayers for any of the hourly supervisory positions posted in the store.

7.    I declare under penalty of perjury that the foregoing two-page declaration is true and correct and that I have initialed any changes and each page and signed below on this the ___ day of August, 2005

Sherman Alexander
Assistant Manager - Store # 356,
Auburn, Alabama

W092272.DOC

2