# IN THE UNITED STATES DISTICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

RECEIVED

2005 AUG 22 A 9: 27

WANDA DENISE AYERS,            )
                               )
**Plaintiff,**                 )
vs.                            )        CIVIL ACTION NO.
                               )        3:04cv1002-T
WAL-MART STORES EAST, LP       )
                               )
**Defendant.**                 )

## RESPONSE TO DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR SUMMARY JUDGMENT AND TO RESTAY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT STATEMENTS OF FACTS

## I.    INTRODUCTION ACCORDING TO DOUCMENTED FACTS

There are documented facts of genuine material evidence to address all claims filed by the Plaintiff to support a prima facie case of (1) age discrimination, (2) race discrimination, (3) retaliation, and (4) constructive discharge. The Defendant has no evidential support and the oral statements of declaration do not have any genuine material document to support the statements made. For that reason the Summary Judgment cannot be supported by the profuse collection of legal documents alone.

The claim of age discrimination is supported by the admitted statement made by the Defendant along with the written words that are in the Wal-Mart Handbook which have been submitted as documented facts of genuine material evidence. Those words are established as the voice and guideline for management as well as associates to follow. Additional evidence has been submitted in the Production of Documents. These Documents are facts not speculation, or conclusory allegations, nor an abundance of legal conclusions. The Defendant information is not consistent, and therefore is not reliable.

(1) The Defendant **Admits**:  That all applicants are **under the age of 40 years**. (ANSWER TO AMENDED COMPLAINT Page 2, (h).

(2) The Defendant: Wal-Mart has shown a racial **unbalance** in the selection for the MTP.

(3) The Defendant has Fail: Wal-Mart cut the Plaintiff hours without informing her of a static change from full-time employment. The Defendant admits the frailer to pay the Plaintiff the vacation and sick pay.

(4) The Defendant: Wal-Mart cut hours will support constructive discharge from the period of December 2003– March 2004 random cuts was made that forced the Plaintiff financial condition to be at a strain forcing the Plaintiff into a state of financial hardship and the state homelessness.

The Plaintiff charge is supported by documented evidence of material facts, as the foregoing matter has been overlooked by the Defendant such as the employment contract between Plaintiff and Defendant, which both parties agreed that the Plaintiff was a continuing student. Document to support this oversight are submitted in the Production of Documents of the Plaintiff's employment application. All claims made by the Plaintiff have documental support not statements of affidavits un-supported by material facts or documented evidence. The underlining factor of the Defendant's inability to state truth will enforce the issues that all statements made should be supported with material facts or documented evidence. (Exhibit 24)  See 1

Respectfully presented to the court all documented evidence and material facts to support the Motion for Summary Judgment in favor of the Plaintiff as a matter of law.

## II. STATEMENT OF FACTS:

Wal-Mart Store #356 in Auburn, Alabama hired the Plaintiff, Wanda Denise Ayers, as a continuing student, the Plaintiff was hired on November 15, 2001 in an over-night stocker position. (Exhibit 1, SUM.)

Openings for hourly supervisory positions at Store #356, such as department manager are posted in the store so that interested associates can apply for the positions. During the Plaintiff employment with Wal-Mart, the Plaintiff did apply for a position for a manager in the Vision Center but the Defendant denies that fact. (Exhibit 4, SUM) The Plaintiff did not apply before she graduated for any posted hourly supervisory positions, or seek any hourly role other than her position as an overnight stocker due to the fact that it would interfere with the Plaintiff continual education that was agreed upon at the time of employment. The Plaintiff submitted an application to Wal-Mart's MTP during the February, 2003 application period after she graduated in December 2002. (Exhibit 14 SUM.) Those who successfully complete the 17-weeek-program training are placed in salaried assistant manager positions that the Plaintiff was seeking. (**FACT**) The Plaintiff however was not given that opportunity, and she was not given the opportunity to present all qualifications at an interview.  Therefore the Plaintiff charge is supported with the fact that she was not given the opportunity.  Management was approached asking for help to apply for the MTP, Steven Assistant Manager, also Store Manager Tuesday Crawford and the District Store never stated at the time of the Plaintiff application that there were no vacancies. The Plaintiff applied because Steven announced it in the associates nightly meetings. As stated all openings are posted for associates to apply. (Statement Of Facts Brief In Support of Defendant Wal-Mart Stores East, LP'S Motion For Summary Judgment And In Opposition To The Plaintiff Motion For Summary Judgment Pg. 2) **Therefore defendant's opening statement again has shone a conflict and inconsistence in their information.**

Page 2

The Plaintiff submitted all applications for the MTP on an in-store computer via Wal-Mart's intranet system. (Exhibit 2,3, 4, SUM.) **(FACT) The underlining factor of the Defendant's inability to state truth will enforce the issues that all statements made should be supported by documented evidence.** Application for February has shown **conflict of truth** in the official computerized printout submitted by Wal-Mart Production of Document. The Plaintiff submission time stamp is 2/27/03 (Wal-Mart/Ayers Docs. Produced to Plaintiff 00794(Wal-Mart/Ayers Docs. Produced to Plaintiff 00808-00809-Exhibit 28). However, the Plaintiff is listed on January 2003 application on the Defendant's computerized printout and no lists were submitted for February 2003 for which the Plaintiff is listed. The Plaintiff notices that the deadline had passed for the January-February and Mach applicants and it is now late April and she was not notified of her application that was listed in January and submitted in February. Debra Davidson statement is not supported with any official documents other then her speculation of a date that cannot be justify with official document of evidential facts by via computer documents or any other Wal-Mart documents.

The Plaintiff claim is for the time her Application was official acknowledged, which is April 29 this will support that the Plaintiff has fulfilled all conditions precedent to bringing a charge of discrimination for the time of all Applications at the it was officially recognized by the Defendant. The defendant did not acknowledged the Plaintiff Application in January, February, or March it was only submitted. Due to the conflict of the Defendant official statement when the Plaintiff Applied has not been establish according to the document submitted. The Defendant alleged that eighty-four applications to the MTP applied for District #74. Which they alleged that thirteen of the applicants were interviewed during March which five of those interviewed were selected to the program, yet the Plaintiff was not notify about her application listed in *January and submitted in February* also stating that four of those stating the training program in April. April is the month in question and the Plaintiff application was notify in April placing her in the time required to support all claims. The July and October application places Amanda Dodd in the required time to support the claim of all charges in all applications. (Ex. 32)

Again, **the underlining factor of the Defendant's inability to state truth will enforce the issues that all statements made should be supported with official documents.** The above conflict of computerized official documents give an over whelming reason to doubt the Defendant's trustworthiness and allegation that there were no available positions for the months of July and October. With the denial of the October application shows that the Defendant has tamper with official computerized information. When the Human Resource personnel Ingrid Jensen stated that she was in the room at the time the Plaintiff placed her summer/fall 2003 application. The Plaintiff submitted another application on July

Page 3

21, 2003 but due to the uncooperativeness of management, with the Assistant Manager Steven and Store Manager Tuesday Crawford un-wiliness to assist the Plaintiff in pulling up the on-line application prompt the Plaintiff went to the district store to apply, both Assistant Manger Steven and Store Manager Tuesday are (Caucasian). (Exhibit 3, SUM.) The Defendant alleged that twenty-nine applications to the MTP from the District # 74 during July were accepted due to the lack of vacancies. The Defendant also alleged that NONE of the July applicants was interviewed or selected due to no vacancies. The Plaintiff applied in July and October and Ms. Jensen statement support the October application her statement would not refer to the summer application because the Plaintiff went to the district store to apply. At that time the Management did not state that there were no vacancies when the Plaintiff applied. (Exhibit 3, 4 SUM.) Instead of assisting the Plaintiff in the application they should have full knowledge of the no vacancies at the district store. Once again a conflict of the Defendant's information and **their underlining factor of the Defendant's inability to state truth will show that the Defendant information is not reliable.**

District Manager Don Bost makes the decision as to which applications would be interviewed and selected with the supported statement of store Manager Tuesday Crawford, and Mr. Bost are Caucasian. Race Discrimination Charge, and Age Discrimination is proven by the defendant statement of admitting both charges of all applicants accepted are under 40 years of age and a racial unbalance is evidence to the facts that concur with "Wal-Mart's Discrimination policy that relates directly with the Interviewing Skills Process according to the Theories of Discrimination page 2 of 11 February 2003 (Exhibit 36) This is the documents submitted by the Defendant into official evidence.

On September 2003 the Plaintiff submitted a complaint of discrimination to the EEOC and on October 2003 the Defendant were informed of the charge of race and age discrimination for the none selection to the MTP along with the actions imposed to the Plaintiff by members of management. The Plaintiff, is African American, was in her 40's at the time of all applications. All information was submitted for all applications to the EEOC and to The United District Court Middle District of Alabama Eastern Division. According to the U. S. Equal Employment Opportunity Commission statement and **Dismissal and Notice of Rights**. The EEOC issues the following determination: Based upon its investigation, the EEOC is <u>unable to conclude</u> that the information obtained establishes violations of the statutes. **This dose not certify that the respondent is in compliance with the statues**. (Exhibit 40)

Page 4

The Plaintiff request a leave of absence on April 1, 2004 for the care of her mother who took ill at her residence, doing the strains and pressures placed on the Plaintiff, and the leave of absence were granted for March 2004 ended on August 1, 2004. (Exhibit 19, SUM.) At the time of the Plaintiff leave to support the fact that the Plaintiff hours were cut evidence of March 2003 paycheck and documents **submitted at the disposition** of the cut hours and the paycheck of .75 which would not cover the Plaintiff household expense. The constructive discharge states that the Plaintiff were forced to leave her position due to the random cuts doing the months of December 2003 – March 2004. (Exhibit 7 SUM).

The Plaintiff was unable to return to work at Wal-Mart when her leave of absence expired on August 1, 2004 due to her mother continual illness, which she called and spoke to the store manager Shannon Moser. The Plaintiff made a statement to Ms. Moser to extend time and the request for the vacation and sick pay that was due to her so that she have some kind of income to live on until she could return to work. Yet, again the **underlining factor is in question of the Defendant's inability to state truth will enforce the issues that all statements made should be fully addressed in court allowing a jury to decide. The Defendant admits that they are fully aware of policy and that the Plaintiff was due the request.** The Plaintiff then applied for unemployment when the vacation and sick leave pay that was requested was not mailed as requested. The Plaintiff applied for unemployment and the Defendant stated to the state of Alabama Unemployment office that the Plaintiff has quit, which the Defendant turn around and stated before the court under oat that the Plaintiff is still employed and on payroll. But in the Defendant's statement on (page 27 of **Brief In Support of Defendant Wal-Mart Stores East, LP's Motion For Summary Judgment and Opposition To The Plaintiff's Motion For Summary Judgment**) (Ex. 44) "Moreover, to prevail on a constructive discharge claim, a plaintiff must show that her employer "deliberately created intolerable working conditions with the intention of forcing her to quit, and that she did quit" The statements made to the State Agency was that the Plaintiff Voluntary Quit. With the statement made before court that the Plaintiff is still on payroll the Plaintiff should have not been denied the vacation pay or sick pay and she should have been eligible for unemployment. (Exhibit 9,10,11, SUM.) However, according to the constructive discharge claim ("A constructive discharge claim can result when 'the employer deliberately makes an employee's working conditions so intolerable that the employee is forced into an involuntary resignation….") this statement supports the Plaintiff claim by the Defendant own statement made to a state Agency "Plaintiff Voluntary Quit." The statement also support the claim as presented in regards to the Plaintiff hours which fail below full-time without officially informing the Plaintiff of full-time static change which place the

Page 5

Plaintiff in an emotional and financial stress and undue hardship. If the Plaintiff had not stated to a state agency "Plaintiff Voluntary Quit." The Plaintiff would be eligible for the unemployment; she would also was eligible for vacation and sick pay and eligible to receive unemployment. The Defendant once again shows a conflict **with the underlining factor of the Defendant's inability to state truth.**

**Wal-Mart retaliated** against the Plaintiff after she filed her charge of discrimination with the EEOC. (1) Management had Plaintiff followed around as she performed her normal duties. (2) Management cut Plaintiff hours and she had to demand that they be reinstated so that she could live and this went on for a three weeks period starting in December and randomly until leave the last check and hours will support this claim. Management refused to clock the Plaintiff in when she showed up for work on her regular scheduled days according to the availability agreed upon she was not posted on schedule. (3) Management fails to inform the Plaintiff of the Store Manager meetings change. Which should have been mandatory (4) Management fails to fully investigate the threats, intimidations, and pressures made on the Plaintiff life. (5) Management did not pay the vacation and sick pay and have admitted that it was in fact the oversight of the Defendant. The Defendant made statements that were not true to State and Federal Agency. (6) Management openly made statements relating to the Plaintiff complaint in nightly meetings with the associates, stating the Plaintiff name as the matter is addressed. (7) The Plaintiff first notice her private and personal conversation would come up in some of the discussions in the meetings, the associates would make statements to the Plaintiff to inform her that they were aware of her private conversation. When Plaintiff called to inquire with family this information would also come up at work she investigate the matter when the vase was removed. The Plaintiff have records that show the changes to the cell phone log doing the time that the Plaintiff made the initial complaint with the EEOC has a notable change. At that time the Plaintiff house was violated, the Plaintiff was stolen from and threats were made on the Plaintiff life. Mr. Dorn called the Plaintiff asking her on September 11, 2003 asking her why haven she left town and return home. (Exhibit 8, SUM.)

The Plaintiff made an order in support of the local school for Christmas merchandise with the neighborhood children that live directly across the road from the Plaintiff. This order was never deliver One month latter the school where the children attend received funds from our Store's Manager Tuesday Crawford.

Page 6

No one should have to endure the treatment that the Plaintiff received or should have to demand the hours needed to maintain full-time to receive a full check to pay the necessary bills to maintain a place to stay. The record will show the hours that the Plaintiff had to demand for a three-week period in December at that time the Plaintiff had a over whelming concern for the care and well-being of her mother, which left the Plaintiff with a check of .75 in March because of the cut hours no one could pay or maintain a household with a check for the amount of 75 cents. (See Exhibit 7, SUM)

The Plaintiff requested the vacation and sick pay that was due to her when she contacted Store Manager, Shannon Moser in August 2004, Pursuant to Wal-Mart policy, associates on leave **are entitled** to vacation pay only if it is requested. Which the Plaintiff requested for the vacation and sick pay; it was The Plaintiff was fully aware of her hours scheduled in March and the Plaintiff did not asked for her last check which was five months prior to the request of vacation pay and sick pay the request was made to Store Manager Shannon Moser who is also a Caucasian-Female. The Defendant could have contacted the Plaintiff by the person named that was related on the Plaintiff's application or the check could had been mailed out to her in October or even picked up by the Plaintiff herself before she left town. Ms. Moser admits that she has failed to furnish the needed finances to avoid the finances burden and undue hardship placed on the Plaintiff. The Store Manager did not get in touch with the number and person furnished that was placed on the Plaintiff application as an alternate contact. (See Exhibit 1 SUM)

Finally, the Plaintiff was constructively discharged and forced to leave her position because of the extreme and harsh retaliations. The Plaintiff took a leave of absence when her mother took sick at her residence due the extreme pressures of retaliations, pressured placed on the Plaintiff by members of Wal-Mart that she was forced to endure. The Plaintiff should could not live and maintain a household with hours that add up to .75. The Plaintiff was never informed that she was or officially notice that she was part-time if she was told she would them become eligible for unemployment. The Plaintiff not only had to work to maintain shelter but she had the unnecessary burden to demand ever hour of full-time just to have a place to live. The Plaintiff life had no value to the defendant if she lived or die. The threats on the Plaintiff's life were disregarded and continual. The pressured of survival became more then a demand for the paycheck to pay the monthly expenses but if she would live from day to day. The 911 number was more valuable to her life then the 1-800 number for simple resolution of conflict these action were life threats. (See Ex. 5/6)

The Defendant stated the position was unavailable for the stocker position on February 2004.
The Defendant never informed the Plaintiff are had any intention of contacting the Plaintiff about her position.

Page 7

There is an emergency contact number in which the Defendant could have used and the Defendant has been in contact with the Plaintiff by the Defendant Attorneys. The Defendant never officially contacted the Plaintiff before the court request to verify and even then the Defendant related information under oat that cannot be determine to be true. Fail to do so is not on the Plaintiff lack to contact her employer but her employer lack of follow up on company procurers. The Lack to state the truth, the lack to support all of the action so admitted. (Ex. 48)

The Plaintiff is aware that Wal-Mart has multiple policies prohibiting race and sex discrimination, as well as the Defendant who should have up held such polices. The retaliation statements were more related to sex and religion but retaliation to age was not highly informative or related to associates until after the Plaintiff leave. The Plaintiff used the Open Door policy she talked with ever level of management at the store, even calling the district manager trying to get question in regards to her concerns. She move through the chain of command until the abusive actions became life threatening and the Plaintiff was in fact forced to move because of the lack of management as well as associates to follow company policy. (See Ex. 8 SUM pg. 4 10/03) The Plaintiff followed the Open Door policy to follow progressively higher levels of managements to obtain relief from such pressures until life threats became the concern of the police. (See Exhibit 4 and 5, SUM) Management of the Defendant Wal-Mart have or should have full knowledge of all policies and should also have completed Computer Based Learning Modules on the topics on discrimination of any kind. Management should have full knowledge of all policies on harassment and retaliation and should have followed the guidelines to insure the safety and well being for all employees. When management did not intervene when the plaintiff life was threaded that 800 numbers became 911.

## ARGUMENT

**SUMMARY JUDGMENT** is proper under Fed. R. Civ. P. 56(c) "if the pleadings, depositions, answers to interrogatories, and admissions of file, together with the official declaration, if any, show that there is genuine issue as to any material fact and that the moving party is entitled to summary judgment as a matter of law." Celotex Corp. v. Catrett, 477 U. S. 317 (1987). Without any reasonable doubts Summary Judgment must be resolved in the non-movant's favor, and a trial court is *granted as requested* if and when non-moving party. "resolve all doubts in such a manner." Barnes v. Southwest Forest Indus., inc., 814F.2d 607, 609 (11th Cir. 1987). Indeed, to defeat summary judgment "there must be evidence on which the jury could reasonably find for the **plaintiff**." Anderson v. Liberty Lobby, Inc.,

Page 8

477 U. S. 242, 252 (1986); see also <u>Graham v. State Farm Mut. Ins. Co.</u>, 193 F.3d 1274, 1282 (11th Cir. 1999) ("there must be sufficient evidence on which the jury could reasonably find for the plaintiff....") Respectfully, summary judgment is favoring the non-movant when sufficient evidential facts to supports that party.

The Plaintiff's motion for summary judgment has authenticated documented statement of defendant's interrogatories, supported by the admission on file, however all defendant statement of affidavits are not supported and thus all information should be allowed to be presented before a trail and jury. The defendant's affidavits have no authenticated documents or official evidential fact to support the statements made. The Plaintiff statements are supported with documents of life threats, via computerized application that show tampering by defendant, cut hours. The Plaintiff supports all statements in the Plaintiff's initial complaint with documented fact, and the Plaintiff statements are consistent.

Furthermore, pursuant to Rule 56 (e), "when a motion for summary judgment is made and supported as provided in this rule, and adverse party may not rest upon the mere allegation or denials of the adverse party's pleading, but the adverse party's RESPONSE, by affidavits or as OTHERWISE provided in this rule, must set forth *specific facts* showing that there in genuine issue for trial." The Plaintiff's motion for summary judgment is accompanied by supporting evidence; of interrogatories statements, defendant's response to the allegations, and evidence presented at or after disposition. <u>See also Early v. Champion Int'l Corp.</u>, 907 F. 2d 1077, 1080 (11th Cir. 1990).

The Defendant's motion contain no evidence; of interrogatories statements, authenticated documents or proof, but affidavits made at the last attempt to use conclusory allegations, speculation that are unsupported, and a profuse of legal conclusions. Respectfully, The Plaintiff Motion for Summary Judgment should be granted.

## Defendant Fail To Address All Claims by Merely Highlighting Plaintiff Statements Therefore the Plaintiff Is Entitled To Summary Judgment

### 1.    Title VII & ADEA

The Plaintiff's claims of discriminatory actions of race and age are supported by the United States Supreme Court in <u>McDonnell Douglas Corp. v. Green</u>, 411 U.S. 792 (1973), <u>Texas Dept. of Community Affairs v. Burdine</u>, 450 U.S. 248, 252-53 (1981). "Should the defendant carry

this burden, the plaintiff must then have an opportunity to prove by a preponderance of the evidence that the legitimate reasons offered by the defendant were not its true reasons, but were a pretext for discrimination". <u>Burdine</u>, 450 U.S. at 252-53 (citations omitted). Although the burned of production may shift to the defendant under this framework, the ultimate burden of persuasion "remains at all times with the plaintiff." <u>Id.</u> At 253.

## 2. The Defendants via Computrized Doucument Regarding February 2003/ April 2003 Has Been Tamper With

The underlining factor is the Defendant's inability or lack to state truth will enforce the issues that all statements made by the Plaintiff are in facts by supported documented evidence. The Plaintiff under both title VII and ADEA has the burden of proving all conditions precedent to filing suit, including that she timely filed a charge with the EEOC. <u>Maynard</u>, 256 F. 3d 1259, 1262 (11the Cir. 2001)(citing <u>Jackson v. Seaboard Coast Line R. R. Co.</u>, 678 F. 2d992, 1011 (11th Cir. 1982) ("The timely filing of an EEOC complaint is a condition precedent to a title VII action.") The Plaintiff filed and EEOC charged within 180 days of which the unlawful employment practice occurred.  The application process or selection is show to be over a 90-day period. The Plaintiff submitted the application in February 27, 2003 via computerized document and there is a 90-day time period of selection, and it not unusual for an employer to file an application until a position is needed. Therefore the Plaintiff application had to be reviewed which was noted in April. The review of the application was not done until April 2003 and there is no official documented evidence submitted that inform the Plaintiff of any other date in April, merely Debra Davidson speculations. The Plaintiff notice that February, March and April closing date had passed and she had not been informed this is when she made inquiry about her application.


1. The Statement made by Debra Davison by affidavits is not supported by any official document other then her speculation of a date that cannot be justify with official document of evidential facts by via computer documents or other wise. 2.    The Plaintiff claims is for the time her Application was official recognized by the Defendant which is April this will support that the Plaintiff has fulfilled all conditions precedent to bringing a charge of discrimination for the time of all Applications of the official date recognized by the Defendant. The defendant did not recognize or review the Plaintiff's application in January, February, or March it was only submitted therefore the Plaintiff is in the 180 days that is required from the time she was informed which was April.  3.

Page 10

Due to the conflict of the Defendant official statement when the Plaintiff applied cannot be established according to the document submitted. The Defendant via computerized documents has been tamper with which they alleged that thirteen of the applicants were interviewed during March which five of those interviewed were selected to the program, yet the Plaintiff was not notify about her application listed in *January* but *submitted in February* also stating that four of those stating the training program in April. 4.

April is the month in question and the Plaintiff application was notify in late April placing her in the time required to support all claims. The July and October application places Amanda Dodd in the 180 days required time to support the claim of all charges. **The underlining factor of the Defendant's inability to state truth will enforce the issues that all statements made should be supported with official documents.** The above conflict of computerized official documents give an over whelming *reason to doubt on* the Defendant's trustworthiness but the date of the recognition of Plaintiff application can in fact be agreed upon by both parties. The Defendant allegation that there were no available positions for the months of July and October. With the denial of the October application shows that the Defendant has tamper with official computerized information on more then one occasion. (1) The dates listed the Plaintiff was not notify about her application listed in *January* but <u>submitted in February</u> (2) The October Application denial, the Human Resource support the truth

### 3. The Plaintiff has in Fact Established a Prima Facie Case of Race and Age Discrimination with the Respect of all Applications

1.    The April, July and October applications places Amanda Dodd in the 180... day time period after the discrete discriminatory acts occurred of the Plaintiff claim of bought race and age discrimination. Id. at 113 ("Each discrete discriminatory act starts a new clock for filing charges alleging that act. The charge, therefore, must be filed within the 180...day time period after the discrete discriminatory act occurred.") However the Defendant has shown a flaw of deception in there via computerized documents therefore the actual date of submission can not verify if it is in fact true.

2.    To farther state the claim of Discriminatory acts occurred those acts are not addressing the simple fact that the Plaintiff has applied but that the discriminatory acts occurred when someone else applied and the Plaintiff was not selected with in that 180...day time period. Therefore, if the Plaintiff had just applied and no one was selected with in the 180..day time period the Plaintiff then would not have a claim. However, from the time that Amanda Dodd was selected and the Plaintiff's application,

which was not selected or interviewed, is when the Discriminatory acts occurred. This will establish a *prima facie* case of race and age discrimination, (i) Plaintiff can prove that she belongs to a protected class; (African-American) (ii) She was fully qualified for and applied for a position that the employer was seeking for fill; (The Plaintiff has supervisory skill, and meet all qualifications) (iii) despite qualifications, she was rejected; (Plaintiff was not select, nor interviewed) (iv) the position was filled with an individual outside the protected class. (Caucasian-Female). The Plaintiff fully all claims to establish all four element of her prima facie case with respect to her applications to the MTP in April, July and October.

### The Plaintiff's Retaliation Claim is Support with the
### Evidence Submitted at and after Disposition

The Plaintiff's retaliation claim has evidence submitted at and after the disposition, which support all charges of retaliation.

3.  The Defendant **Admits**: That all applicants are **under the age of 40 years**. (ANSWER TO AMENDED COMPLAINT Page 2, (h).

4.  The Defendant: Wal-Mart has shown a racial **unbalance** in the selection for the MTP.

5.  The Defendant has Fail: Wal-Mart cut the Plaintiff hours without informing her of a static change from full-time employment. The Defendant admits the frailer to pay the Plaintiff the vacation and sick pay.

6.  The Defendant: Wal-Mart cut hours will support constructive discharge from the period of December 2003– March 2004 random cuts was made that forced the Plaintiff financial condition to be at a strain forcing the Plaintiff into a state of financial hardship and the state homelessness.

**Wal-Mart retaliated** against the Plaintiff after she filed her charge of discrimination with the EEOC. (1) Management had Plaintiff followed around as she performed her normal duties. (2) Management cut Plaintiff hours and she had to demand that they be reinstated so that she could live and this went on for a three weeks period starting in December and randomly until leave the last check and hours will support this claim. Management refused to clock the Plaintiff in when she showed up for work on her regular scheduled days according to the availability agreed upon she was not posted on schedule. (3) Management fails to inform the Plaintiff of the Store Manager meetings change. Which should have been mandatory (4) Management fails to fully investigate the threats, intimidations, and

Page 12

pressures made on the Plaintiff life. (5) Management did not pay the vacation and sick pay and have admitted that it was in fact the oversight of the Defendant. The Defendant made statements that were not true to State and Federal Agency. (6) Management openly made statements relating to the Plaintiff complaint in nightly meetings with the associates, stating the Plaintiff name as the matter is addressed. 7) The Plaintiff first notice her private and personal conversation would come up in some of the discussions in the meetings, the associates would make statements to the Plaintiff to inform her that they were aware of her private conversation. When Plaintiff called to inquire with family this information would also come up at work she investigate the matter when the vase was removed. The Plaintiff have records that show the changes to the cell phone log doing the time that the Plaintiff made the initial complaint with the EEOC has a notable change. At that time the Plaintiff house was violated, the Plaintiff was stolen from and threats were made on the Plaintiff life. Mr. Dorn called the Plaintiff asking her on September 11, 2003 asking her why haven she left town and return home. (Exhibit 8, SUM.) Therefore. The establish a prima facie case of retaliation under either title VII or the ADEA; in the Eleventh Circuit, the plaintiff has establish. "(1) She engaged in statutorily protected expression; (The Plaintiff is in the protected expression." (a) EEOC, (b) Untied Stated District Court for The Middle District of Alabama Eastern Division) (2) she suffered an adverse employment action; see (5-8 & 1-7) and (3) the adverse action was causally related to the protected expression. (All actions occurred not before but doing and directly related to the protected expression.)

## THE PLAINTIFF'S CONSTRUCTIVE DISCHARGE CLAIM IS SUPPORTED

The Plaintiff has established a prima facie case of retaliation, constructive discharge claim as a matter of law. To prevail in a constructive discharge claim, a plaintiff must show that her employer "deliberately created intolerable working conditions with the intention of forcing her to quit, and she did quit." Cole v. May Dep't Stores Co., 109 Fed. Apex. 839, 839-42 (8th Cir. 2004);

The Plaintiff was unable to return to work at Wal-Mart when her leave of absence expired on August 1, 2004 due to her mother continual illness, which she called and spoke to the store manager Shannon Moser. The Plaintiff made a statement to Ms. Moser addressing for extended time and the request for the vacation and sick pay that was due to her so that she have some kind of income to live on until she could return to work. Yet, another time the **underlining factor is in question of the Defendant's inability to state truth will enforce the issues that all statements made should be**
Page 13

Page 14

missing from
original
Pleading

The Plaintiff then realized that this was not just a lover fight but Mr. Clark threaded her life on Wal-Mart property at the store and the threat should be reported to the police. That is when the Plaintiff called and informed Assistant Manager Robert Claiborne over the phone of the situation and when the Plaintiff returned to work she spoke with Sherman Alexander.  Mr. Alexander has been shone to distort the truth as seen in the direct contradiction of his written statement and the speculation of ("Employees of Wal-Mart") at the last moment to justify the injustice of the defendant. **(Brief In Support Of Defendant Wal-Mart Stores East, LP's Motion For Summary Judgment and In Opposition To The Plaintiff's Motion For Summary Judgment. Page 6)**

The Defendant information is not consistent, it cannot be verified and they themselves have (*Perjure themselves*). The Plaintiff has documented evidence to support the charge of both claims for retaliation and constructive discharge. Evidence to support all discrimination claims Amanda Dodd does not show any supervisory skills or training as it relate to Associate History Profile before her application to the MTP, Amanda Dodd enter the Trainee Hourly and then Asst Manager. The shows another conflict that the defendant has not addressed. (Exhibit 32)

**Addressing** (1) Plaintiff has despite all allegation of the Defendant and has show in evidence that Wal-Mart show not good faith, is in consistence and deliberately tried to defraud the truth, the Defendant asked the Plaintiff to response before August 4, 2005 the only gave the Plaintiff one day to response and review all allegations.

**Addressing** (2.) The Plaintiff did not give a full date or stated that the situation was in January those days were stated in regards to her mother's sickness not the situation with all that occurred around and doing the time of the complaint. These occurrences happen from October until early November. There were more then one occurrences and it started right after the store received the complaint in October. Mr. Clark and Mr. Dorn were fully aware of the complaint but the Plaintiff stated that she did not tell anyone about it. The Plaintiff did not furnish information at the end but at the very start, which support all claims. Mr. Clark statement or coached which the plaintiff have proof these statements were made to the police at the time of the offence. Mr. Clark was the only individual other then the Plaintiff at her house when the vase was stolen the vase was invaluable to Mr. Clark as stated to the police. This is the Defendant last attempt to defraud the facts. The Plaintiff computer was not even in Alabama in January. The Plaintiff pack the computer up and brought it to New Orleans because of the tampering.

**Addressing** (3).  The Plaintiff would not be able to pay her obligation on part-time static and a check for .75 will confirm the Plaintiff charge.

**Addressing** (4) The Defendant Wal-Mart information is not clear or consistence the information therefore cannot be used if it is not consist. The day is determined from the date the Plaintiff is officially notified and not just the submission that cannot be determined by the information submitted.

**Declaration Statements are Unsupported**: Sherman Alexander has shown conflict and the inability to state the truth as a member or management. The Plaintiff statement does not waver and is consistent and Plaintiff performance or annually evaluations will verify, such statements reported by members of Wal-Mart shows statement of deceptiveness, reprisal, speculation and basic. (Exhibit13, SUM.) (See Answer To Amended Complaint) pg. 4 and (Answers To Complaint) pg. 6. None of the Declaration statements are supported with any original documents at the initial complaint just a last attempt to defer the truth.

Page 15

**CONCLUSION**

The Defendant's inability to stat truth alone has shown and established a *prima facie* case of discrimination both in race and age for all 2003 MTP application periods for which the Plaintiff has applied. The Plaintiff has established a *prima facie* for both the retaliation and the constructive discharge. Moreover, the Plaintiff's motion for summary judgment is based on sound evidences, answers to interrogatories, and admissions on file supports the fact that Defendant's inability to state true facts, and illegally tampering with via computer documents, and Defendant's admission establish a *prima facie* case for trial. However, the Defendant motion for summary judgment is based on nothing more than speculation, conclusory allegation, and profuse legal conclusions, and has therefore tried to cover up their actions by tampering with via computer files, reporting information that is deceitful to both Federal courts and State Agency, and last moment affidavits of speculations, that can not be supported with any legal documents of evidence or any authenticated documents to support there statements. Respectively, Motion for Summary Judgment should be granted to the Plaintiff as a matter of law.

Page 17

WANDA DENISE AYERS,   )
   )
   **Plaintiff,**   )
   Vs.   )   **CIVIL ACTION NO.**
   )   **3:04cv1002-T**
WAL-MART STORES EAST, LP )
   )
   **Defendant.**   )

RECEIVED

2005 AUG 22 A 9: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

### Listing and Brief Description of Exhibits 1-21

| Exhibit | Description | Line | Pg |
|---|---|---|---|
| Exhibit 1 | Plaintiff Application for Employment / Continual Education | *Line 14 ph. 3* | pg. 2 / pg. 2 |
| Exhibit 2 | Plaintiff Application for Employment MTP 1 | *Line 2 ph. 1* | pg. 3 |
| Exhibit 3 | Plaintiff Application for Employment MTP 2 | *Line 2 of ph. 1* | pg. 3 |
| Exhibit 4 | Plaintiff Application for Employment MTP 3 | *Line 18 ph 4 & Line 2 ph. 1* | pg. 2 |
| Exhibit 5/6 | Police Reports | *Line 29 ph 3* | pg. 7 |
| Exhibit 7 | Hours Cut: *See Wal-Mart/Ayers Doc. Produced to Plaintiff* 00797 -00806 | *Line 6 ph 1* | pg. 7 |
| Exhibit 8 | Phone Log See Cell Phone Log | *Line 10 ph 4* | pg. 13 |
| Exhibit 9, 10, 11 | Cutting Off All Financial Income: | *Line 7 ph 3* | pg. 13 |
| Exhibit 13 | **Conflict in Employee Statements** Sherman Alexander Statement **Answer To Amended Complaint pg. 3, 4, 5 Defendant's Response To Plaintiff's Interrogatories page 4, 5, 9, 10 Fifth-Ninth, Tenth, Eleventh and Twelfth, Plaintiff Evaluation 00133-00140 & 00128-00129** | *Line 10 ph 1* | pg. 15 |
| Exhibit 13 | Ingrid Jensen Statement | *Line 10 ph 2* | pg. 15 |
| Exhibit 19 | Leave Request and Hospital Statement | *see Ex. 7* | pg. 5 |
| Exhibit 28 | Submission cannot be Establish | Line 7 ph 1 | pg. 3 |
| Exhibit 32 | Wal-Mart/Ayers Produced to Plaintiff *See Wal-Mart/Ayers Doc. Produced to Plaintiff* Amanda Dodd | *Line 25 ph 3* 00081-00082 | pg. 3 |
| Exhibit 36 | Wal-Mart Policy Retaliation Statement **Interviewing Skills   Feb 2003 00641-00650 &** | *Line 20 ph 2* | pg. 4 |
| Exhibit 36 | Wal-Mart Policy Discrimination Theories | *Line 20 ph 2* | pg. 4 |
| Exhibit 40 | **EEOC Dismissal and Notice of Rights** | *Line 29 ph 3* | pg. 4 |
| Exhibit 44 | **Brief In Support of Defendant Wal-Mart Stores East, LP's Motion For Summary Judgment and Opposition To The Plaintiff's Motion For Summary Judgment** | *Line 20 ph 2* | pg. 5 |
| Exhibit 48 | **Defendant "Deliberately" withheld what is due** | *Line 6 ph 1* | pg. 8 |

Exhibit 1

# Application for Employment

1. Full Time
2. 2 years College = Continual Education
3. Currently a Student
* 4. School on Mondays

Scheduling Availability
No change. Monday
Notice Change. Thursday & Friday

Emergency Information
Josephine Ayers
Jermale Ayers
is terminated contact
Jermale Ayers

4P-24Z REV. 6/01

# OUR PEOPLE MAKE THE
# Difference **WAL★MART** ®Stores, Inc.

RECEIVED
2005 AUG    A 9: 27
U.S. DIST COURT

EOE/M/F/D/V    This application for employment will not be considered unless fully completed.

Please print your name as it appears on your Social Security card.

| Ayers | Wanda | Denise | 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 |
|---|---|---|---|
| Last Name | First Name | Middle Name | Social Security Number |

5791 U.S Hwy 80 E -
Street Address

| Tuskegee, AL 36083 | (334)727-4142 | ( ) |
|---|---|---|
| City, State, and Zip Code | Telephone Number | Alternate Telephone |

Yes ☐   No ☑    If yes:

Have you ever been employed by Wal-Mart or any of its subsidiaries?

Location _____   Dates of Employment _____

Reason for Leaving _____   Name employed under if now different _____

List all positions for which you would like to be considered   Rate of pay expected   Date you can start work

List relatives employed by Wal-Mart, their relationship and where they work. (If you live in California, do not answer.)

Peak Time ☐   Full Time ☑   Temp ☐
Type of employment you are seeking.

Yes ☑   No ☐
Are you 18 years of age or older? If under 18, applicant will be required to submit a birth certificate or a work certificate as required by the state or federal laws.

Yes ☑   No ☐
Can you, after employment, submit verification of your legal right to work in the United States?

Yes ☐   No ☑
Will you now, or in the future, require sponsorship for employment visa status (e.g., H-1B, visa status)?

Elementary ☐  8  or less   High School ☐1 ☐2 ☐3 ☐4   College/Tech ☐1 ☑2 ☐3 ☐4
Check the highest level or equivalent completed:

Yes ☑   No ☐    Faulkner Univeristy
Are you currently a student?   Name of college, university or vo-tech attended

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00125**

Availability - To help us consider you for a job that matches your availability, please tell us the earliest time and the latest time you can work each day.

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Earliest Time | Open | School | Open | Open | Open | Open | Open |
| Latest Time | | School | | | | | |

Check if you are available to work: Days ☑  Evenings ☑  Nights ☑  Saturday ☑  Sunday ☑

First Name: Wanda
Please Print Last Name: Ayers

...ployment history starting with your present employer. For any ...ts or self-employed periods show dates and location. **(Attach additional sheets if necessary.)** | If currently employed, may we contact your employer? Yes ☑ No ☐

| Company Name: LSU Medical Center<br>Address: 1901 Perdido Ave<br>City/State/Zip: N.O. La 70117<br>Phone #: (504) 568-6031 | Your Job: Computer Information<br>Supervisor's Name: Fred Lizt<br>Dates Employed:<br>From: 6/98  To: 1/01 | Last Pay Rate: $8.00 PH<br>Reason for Leaving: School |
|---|---|---|
| Company Name: Delgado Community Col<br>Address: 615 City Park Ave<br>City/State/Zip: N.O La 70119<br>Phone #: (504) 488-4114 | Your Job: Computer Information<br>Supervisor's Name: Patrice Haydel<br>Dates Employed:<br>From: 8/96  To: 5/99 | Last Pay Rate: 7.00 PH<br>Reason for Leaving: New Job |
| Company Name: Orleans Public School<br>Address: 3510 General DeGaulle<br>City/State/Zip: New Orleans La<br>Phone #: (504) 365-8806 | Your Job: Child Nutrition<br>Supervisor's Name: Betty White<br>Dates Employed:<br>From: 3/93  To: 1/96 | Last Pay Rate: 6.00 PH<br>Reason for Leaving: New Job |
| Company Name: Mt Carmel Faith Acad<br>Address: 1115 N Roman<br>City/State/Zip: N.O La 70117<br>Phone #: (504) | Your Job: Classroom Supervisor<br>Supervisor's Name: Pastor Thomas<br>Dates Employed:<br>From: 1/87  To: 12/88 | Last Pay Rate: 5.15 PH<br>Reason for Leaving: New Job |
| Company Name: St Mark DayCare<br>Address: 3000 N Rampart<br>City/State/Zip: N.O La<br>Phone #: (504) | Your Job: Child Care<br>Supervisor's Name: Olga Jackson<br>Dates Employed:<br>From: 6/79  To: 12/87 | Last Pay Rate: Depend on No. of Child<br>Reason for Leaving: To Attend School |

List two (2) people (no relatives) you have worked with and whom we may contact for a reference if necessary.

Name: Ron Ratliff _____ Phone: (504) 588-2116
Name: Carolyn Mays _____ Phone: (504) 945-8781

**If you reside in:**
CA- Do not disclose marijuana convictions (felony or misdemeanor) more than two years old.
CO, MA, MD, NH, OK - Do not disclose criminal records that are sealed, expunged or annulled.
HI - Do not answer the following questions.
IL - Do not disclose prior convictions that have been expunged, sealed or impounded under Section 5 of the Criminal Identification Act.
WA - Do not disclose convictions which occurred more than 7 years ago or for which you were released from prison more than 7 years ago.

Have you ever been convicted of a felony? Yes ☐ No ☑   Have you ever been convicted of any type of theft or fraud or a violent crime? Yes ☐ No ☑

If yes, on a separate sheet, identify the crime for which you were convicted, the date of the conviction and the location of the court in which you were convicted. Please provide any details you feel are relevant. Conviction of a crime will not automatically disqualify you from consideration for employment, but will be considered as part of an overall evaluation of your qualifications.

**IMPORTANT** - We are glad you are interested in joining the Wal-Mart team. Please read the following statement carefully before you sign and return this application. Wal-Mart Stores, Inc., in considering my application for employment, may verify the information set forth on this application and obtain additional background information relating to my background. I authorize all persons, schools, companies, corporations, credit bureaus and law enforcement agencies to supply any information concerning my background. I have read, understand and agree to this statement. (Please initial here.) ~ W/A

I understand that Wal-Mart Stores, Inc. has a commitment to maintain an alcohol/drug-free workplace and that Wal-Mart, unless prohibited by state law, requires a drug screening test as a part of its selection and hiring process. I understand that such drug screening will consist of the testing of a urine sample or other medically recognized test designed to detect traceable amounts of a controlled substance in my body. If after a second confirmatory test approved by SAMHSA, it is determined that my specimen contains a controlled substance or was adultered or substituted, I will be disqualified from consideration for employment and any offer of employment will be withdrawn. I further understand and agree that if I am employed, I may be required to submit to alcohol/drug-testing under certain circumstances during my employment. I have read, understand, and agree to this statement. (Please initial here.) JA

I certify that the information on this application is correct and I understand that any misrepresentation or omission of any information will result in my disqualification from consideration for employment or, if employed, my dismissal. I understand that this application is not a contract, offer, or promise of employment and that if hired, I will be able to resign at any time for any reason. Likewise, the company can terminate my employment at any time with or without cause, unless otherwise required by law. I further understand that no one other than the President of Wal-Mart Stores, Inc., or Vice President of its People Division has the authority to enter into an employment contract or agreement with me, and that my at-will employment can be changed only by a written agreement signed by the President of Wal-Mart Stores, Inc. I have read, understand and agree to this statement. (Please initial here.) JA

I understand that this application is good only for sixty (60) days from today's date. If I still desire a position with the company after this application expires, it will be my responsibility to fill out a new application and file it with the company. Otherwise, the company will not consider me for employment after this application expires.

Date of Application: 9-15-01     Signature as shown on Social Security Card: Xandra D. Ayers

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00126

# Wal*Mart Stores, Inc.
## Customer Service Scheduling Availability
### Applicant

Dear Applicant:

Thank you for considering the many career opportunities at Wal-Mart. We offer a variety of different positions with flexible work hours. At Wal-Mart, customer service is important. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your flexibility in times you can work is important to this process. Please complete the form below to help us schedule you should you come to work with Wal-Mart.

*Wanda Ayers* (Print Name)    *435 04 9791* (Social Security Number)

Please indicate the hours you **ARE AVAILABLE** to work. Changes to your availability must be approved by your facility manager.

Wal-Mart Store #

Is your store 24 hours? Please circle:   Yes   No

(Shifts times vary in 24 Hr. facilities. Please see the Personnel Manager for shift times.)

Store Shifts: (extends slightly beyond store hours)
Overnight Receiving Shifts:

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Your availability: Start Time | 22:00 | " | NA | " | " | " | " |
| Stop Time | 0700 | " | School | " | " | " | " |

Are you seeking?   Part Time _____ (under 28 hours)   Full Time _____ (over 28 hours)

**Weekly**

Minimum hours requested weekly _____
Maximum hours requested weekly _____ (not to exceed 40 hours)

**Daily**

Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning Day | Time | Ending Day | Time | Exception (how often it occurs) | Date To Begin | End |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

You MUST be available for at least 16 hours per week to be considered for a position with Wal-Mart.

Applicant's Signature *Wanda Ayres*    Date 11/13/01
Interviewing Manager's Signature _____    Date 11/13/01

This form is no guarantee of employment, a position, shift, or minimum number of hours.
This form supercedes the availability section contained on the application.

## Maintain this form with the Applicant's Application

Wal-Mart/Ayers Docs. Produced to Plaintiff 00044

Revised Sept./99

WM Applicant

WM/Ayers 00029

*Koped*
*10-7-03*

# Wal-Mart Stores, Inc.

### Customer Service Scheduling Availability
### Associate

Dear Associate:

Thank you for your continued service with Wal-Mart. We strive to provide flexible hours for our Associates while ensuring excellent customer service. Wal-Mart recognizes that opportunities may arise that require an Associate to change their availability. We respect your request to do so. However, we want to remind you how our scheduling process works. We must ensure that we have trained Associates available when our customer traffic is heaviest. Wal-Mart tracks information about where and what time of day our customers are shopping. This aids management in scheduling Associates properly to assist our customers. Your open availability is important to this process. **Changing your availability could affect the number of hours you receive. If you have any questions, please see your facility manager.**

**Wanda Ayers**
(Print Name)

**435   0A   979L**
(Social Security Number)

Please indicate the hours you ARE AVAILABLE to work. Changes to your availability must be approved by your facility manager.

**Wal-Mart Store #**

Is your store 24 hours? Please circle:   Yes   No
(Shift times vary in 24 hr. facilities. Please see the Personnel Manager for shift times.)

**Store Shifts**
(extends slightly beyond store hours)

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Overnight Receiving Shifts** | 10-7 | 10-7 | 10-7 | 10-7 | 10-7 | NA | NA |
| **Your availability: Start Time** | 2200 | 2200 | 2200 | 2200 | 2200 | NA | NA |
| **Stop Time** | 0700 | 0700 | 0700 | 0700 | 0700 | NA | NA |

Are you requesting a status change?
NO _____   YES _____   If YES, Part Time to Full Time (over 34 hours)_____   Full Time to Part Time (under 34 hours)_____

**Weekly**

Minimum hours requested weekly _____
Maximum hours requested weekly _____ (not to exceed 40 hours)

**Daily**

*Minimum hours requested daily _____
Maximum hours requested daily _____

Please indicate any reoccurring times you are not available to work. Some examples include night classes every other Thursday night, military service duty the 2nd weekend of every month, etc.

| Beginning | | Ending | | Exception | Date To | |
|---|---|---|---|---|---|---|
| Day | Time | Day | Time | (how often it occurs) | Begin | End |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ | _____ |

You MUST be available for a minimum of 16 hours per week.

Associate's Signature _____   Date **10·7-03**

Facility Manager's Signature _____   Date **10-7-03**

This form is no guarantee of a shift or minimum number of hours.
This form supersedes the availability section contained on the application.

### Maintain this form in the Associate's Personnel File

Revised Jan./02

WM Associate

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00045

WM/Ayers
00030

# Hourly Associate Information Sheet

In order to ensure compliance with those laws and regulations requiring us to file annual statistical reports concerning the make-up of our workforce, we request your assistance in completing the following form. This information is requested solely for reporting purposes and will not be used in any decision affecting your continued status as an Associate of Wal-Mart Stores, Inc. (After the Associate fills out this form, enter the information in Time and Attendance and retain the form in the Associate's personnel file at the store.)

* Do not fill in this information, it will be filled in by the Personnel Manager

Social Security Number 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   *Store Number 35Le   *Associate ID Number 1958

Last Name: Ayers   First Name: Wanda   Middle Initial D
(Please write your name exactly as it appears on your social security card)

First name as it should appear on name badge: Wanda

Address: 5791 US Highway 80 E

City: Tuskegee   State: AL   Country: USA   Zip Code: 36083

Home Phone: (334) 727-9142   Alt. Phone: _____   Work Phone X: _____

Birth Date: 7-25-58   *Hire Date: 11-15-01

Federal Dependents: 01   (As appears on your W-4)

EEOC Code: 2   (1-White, 2-Black, 3-Hispanic, 4-Asian or Pacific Island, 5-American Indian or Alaskan Native)

State Dependents: 01   Sex: Female   (Male/Female)

Actual Marital: Single   Tax Marital: 3   (S – Single, M – Married, H – Head of Household)

Language Code: English   (E - English, S - Spanish, F – French)

*Associate Type: T   (Full-time, Peak-Time, Temporary)   *Division Number: 01

*Department Number: 931   *Job Code: 4269   *Pay Rate: 6.50

Emergency Information:

Name: Josephine Ayers        Name: Jermale Ayers
Address: 1420 Pauline       Address: 5791 US Highway 80 E
City: New Orleans   State: LA   City: TKg   State: AL
Zip: 70117   Phone: (504) 945-8781   Zip: _____   Phone: (334) 727-9142

In the event my employment with Wal-Mart Stores, Inc. is terminated for any reason, the following person will always know where I can be reached or what my forwarding address will be. DO NOT include your spouse or a member of your immediate family.

Name: Jermale Ayers
Address: 5791 US Highway
City: 5791 US Hwy 80E   State: AL
Zip: _____   Phone: 334 727-9142

Sponsor
Taveta
Sullins

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00108

Exhibit 2

The Date and time that can be verified is April 2003. The Plaintiff's Application was rejected in April and Amada Dodd was accepted.

Exhibit 3    Amada Dodd was accepted and in July the plaintiff was rejected According to the Defendant's statement pg. 2. All openings are posted.

Exhibit 4  Oct .

All opening are posted

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**General
Responsibilities**

You assist your Customers and support the store by:
- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Providing Customers with outstanding service through friendly, quick, efficient, accurate, and safe assistance.
- Ensuring a safe and clean work environment.
- Following loss prevention procedures, risk control, and quality assurance procedures.
- Maintaining pricing and inventory integrity.
- Utilizing job-specific procedures and tools when needed.
- Completing all Company required training, including but not limited to on-the-job, paper, satellite broadcast, and computer based learning.
- Attending store and job related meetings.
- Communicating with Customer and other Associates.
- Following and enforcing all applicable Company, local, state, and federal guidelines.
- Managing and selling tobacco, alcohol, and other sales restricted merchandise.
- Ensuring that your assigned area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned at anytime. Maximizing sales and profitability through the execution of Company programs.
- Maximizing sales and profitability through the efficient execution of Company programs.
- Consistently demonstrates a high sense of urgency, confidentiality, and integrity.
- With your salaried Supervisor, learn how to:
  * Maximize the sales and profitability of the operating unit.
  * Provide a high level of merchandise in-stock position.
  * Execute Company programs.
  * Manage the operating unit's inventory and shrinkage.
  * Manage scheduling and staffing.
  * Tour assigned areas within the store with salaried Supervisor to assess the overall presentation of merchandise and appearance of the store/department.
- Maintain high store standards.
- Ensure good Customer service by:
  * Utilizing hourly Associates to communicate and execute tasks.
  * Providing fast and friendly checkout service.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Follows Company guidelines for managing confidential information, Customer satisfaction, and supervising hourly Associates.
- Know and understand all hourly Associate positions.
- Utilize salaried manager assistance as needed.

Revised: June 2002; Notice: This description supercedes all prior descriptions

OUR PEOPLE
MAKE THE
**Difference**
**WAL★MART** Stores, Inc.

# *Job Description*
# Management Trainee

**Position
Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  * Retail or customer service related experience preferred and the aptitude to manage multiple projects and supervise hourly Associates.
- **Counting and Math Skills**
  * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals, and fractions.
- **Communication and Basic Writing and Reading**
  * Must be able to write, read, and understand printed material, and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Understand and effectively follow all Company procedures involving the completion of Company directed Management Trainee development.
- Learn Company procedures, policies, and culture.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Understand, effectively follow, and learn to enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  * The supervision of all Associates.
  * The sales of restricted items.
  * Environmental codes and ordinances.
  * Store security.
- Accurately and efficiently maintain assigned records, Company funds and property in accordance with Company policies and procedures.
- Visually verify:
  * Small print.
  * Items to shipping labels, pricing labels, shelf labels, and other store signing and to the handheld/SMART terminal and register displays.
- Communicate effectively with Customers and other Wal-Mart Associates.
- Accurately and efficiently prepare/review/file routine paperwork.

I have read and understand these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____  **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____  **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayers
--------------------------
Associate/Applicant Printed Name

Wanda Ayers
--------------------------
Associate/Applicant Signature

10-23-03
--------------------------
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Exhibit 3

**OUR PEOPLE
MAKE THE
Difference**
WAL★MART Stores, Inc.

# Job Description
# Vision Center Manager

**General
Responsibilities**

You assist your Customers and support the store by:

- Practicing the Three Basic Beliefs:
  * Respect for the Individual.
  * Service to our Customers.
  * Strive for Excellence.
- Reviewing records and reports to determine compliance with Company operational expectations.
- Supporting and facilitating open communication with all Associates.
- Ensuring a safe and clean environment.
- Following loss prevention, risk control, and quality assurance procedures.
- Ensuring pricing and inventory integrity.
- Completing all Company required training including but not limited to, on-the-job, paper, satellite broadcast, and computer based learning.
- Managing confidential information and documentation as required by Company policies and local, state, and federal guidelines.
- Managing budgets, projecting sales, and evaluating financial performance to ensure store profitability.
- Ensuring the development and success of all Associates by providing adequate resources and recognition for performance.
- Carrying out supervisory responsibilities in accordance with Company policies and applicable laws.
- Addressing Customer and Associate concerns and providing decisions and resources that facilitate problem resolution.
- Ensuring that your area of responsibility has sufficient supplies to complete assigned duties.
- Performing the responsibilities of other positions as needed.

**Position
Responsibilities**

Primary position responsibilities and functions are listed below. At Wal-Mart, we work together as a team; therefore, additional responsibilities may be assigned anytime.

- Maximize sales and profitability of the operating unit through the efficient execution of Company programs.
- Execute Company programs.
- Maintain high store standards.
- Know and understand all hourly Associates job responsibilities.
- Ensure good Customer service by:
  * Utilizing hourly Associates to execute daily tasks.
  * Managing scheduling and staffing of hourly Associates.
  * Participating in the interviewing, hiring, training, and evaluating of hourly Associates.
- Ensure that equipment is maintained in good working order.
- Tour assigned areas within the store with hourly Associates to assess the overall presentation of merchandise and appearance of the store/department.
- Attend store and job-related meetings.
- Communicate effectively with Customers and other Wal-Mart Associates.

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 1 of 2

*Exhibit 3*

**OUR PEOPLE MAKE THE Difference**
**WAL★MART** Stores, Inc.

# Job Description
# Vision Center Manager

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualification**
  - \* Must be enrolled or have completed the Assistant Manager Training program or have equivalent experience.
- **Counting and Math Skills**
  - \* Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  - \* Must be able to write, read, and understand printed material and be able to communicate with both Customers and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Continuously plan/supervise/evaluate operations, merchandise, and financial areas within the unit to:
  - \* Maximize the sales and profitability of the operating unit.
  - \* Execute Company programs.
  - \* Manage the operating units inventory and shrinkage.
- Understand, effectively follow, and enforce all Company procedures, Company policies, and applicable laws including but not limited to:
  - \* Supervision of hourly Associates.
  - \* Sales of restricted items.
  - \* Environmental codes and ordinances.
  - \* Store security.
- Accurately and efficiently maintain assigned records, Company funds, and property in accordance with Company policies or procedures.
- Effectively resolve Customer and Associate concerns and demonstrate good Customer service.
- Frequently delegate and follow up on tasks assigned to Associates.
- Frequently, accurately, and efficiently prepare/review/file/mail routine paperwork.
- Visually verify:
  - \* Small print.
  - \* Items to pricing labels, shelf labels, other store signing, and register display and handheld/SMART terminal display.
  - \* Information on records and reports.
  - \* Assembly and measurement of eyeglasses.
- Plan and coordinate sales and promotional activities.
- Accurately ensure completed order matches Customer's prescription.

I have read and understood these responsibilities and requirements for this position, and certify that (mark one):

_____✓_____ **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

_____ **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Wanda Ayres
Associate/Applicant Printed Name

Wanda Ayres
Associate/Applicant Signature

10-23-03
Date

Revised: June 2002; Notice: This description supercedes all prior descriptions.

Page 2 of 2

*Exhibit 3*

Exhibit 23

# You have completed your Application

## Please click Submit to finalize your application.

Back

Submit

Wal-Mart Stores, Inc. Confidental

y's Date 7-21-03

SSN#:_ _ _ _ -X-XXXX

Associate. I.D.#_ _ _ _

### TIME ADJUSTMENT REQUEST

: (Print) Wanda Ayers

Missed: _____ Hours Requested: _____

quested/missed (Place date beside the reason)

| 21-03 | Regular | | | Overtime |
| | Holiday | | | Vacation |
| | Sick (self) | | | Bereavement |
| | Sick (family) | | | Military |
| | Jury Duty | | | Decision Day |
| | Personal | | | Worker's Comp |

· Reason: _____

ock/Badge Problems:

gan: 06:55 Aw

ded: 0730 Aw

Apply for management Program

y: _____ Date: _____

e's Signature

Supervisor Signature

Supervisor Signature

Wanda Ayers
Print Associate's Name

7/31/03
Date

Print Hourly Supervisor Name

W Lane
Print Salaried Supervisor Name

7/31/03
Date

: 2/9/01

9964611

Exhibit 5/6

Police Report was reported
when the actions occured

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | | |
|---|---|---|---|
| 1 3 5 - 0 4 - 9 7 9 1 | | | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 2 CASE # | 3 SFX |
|---|---|---|---|---|
| 0 4 3 0 1 0 0 | 0 1 1 2 0 4   13:25 ☐AM ■PM ☐MIL. | AUBURN POLICE DEPART | 0 4 0 0 0 3 4 6 | |

1 INCIDENT  ■ OFFENSE   ☐ SUPPLEMENT

| 8 REPORT BY ■ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) ☒ 2 B 3 S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE |
|---|---|---|
| AYERS, WANDA D | 1945 CO RD 57  NOTASULGA, AL 36866 | |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| WALMART | STOCK CLERK | 1717 S COLLEGE ST  AUBURN, AL 36830 | (334) 329-0036 |

| 19 ☐ RESIDENT ■ NON-RESIDENT | 20 INJURY ☐Y ■N | 21 RACE W | 22 SEX ☐MALE ■FEMALE | 23 HGT 4 11 | 24 WGT 120 | 25 DOB 0 7 2 5 5 8 | 26 AGE 045 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☐N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE | 18 PHONE (334) 821-2493 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ■ MISD. | 31 DEGREE (CIRCLE) 1 2 3 | 32 UCR CODE 1 3 1 4 | 33 STATE CODE/LOCAL ORDINANCE 013A-11-0022 |
|---|---|---|---|
| HARASSMENT | | | |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OF OCCURANCE | 39 SECTOR B 6 Z 3 4 |
|---|---|
| WALMART SUPERCENTER  1717 S COLLEGE ST  AUBURN, AL 36830 | |

| 40 POINT OF ENTRY ☐DOOR ☐WINDOW ☐ROOF ☐OTHER | 41 METHOD OF ENTRY ☐FORCIBLE ■NO FORCE ☐ATT. FORCIBLE | 42 ASSAULT ☐SIMPLE ☒AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐Y ☒N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN | 45 TIME 07:00 ☐AM ☒PM ☐MIL. | 46 ☒ (checkboxes) | 47 LIGHTING ☐NATURAL ☐MOON ☐ART. EXT. ☐ART. INT. ☒UNK. | 48 WEATHER ☒CLEAR ☐CLOUDY ☐RAIN ☐FOG ☐SNOW ☐HAIL ☐UNK. | 49 PREMISE ☐HWY.-ST.-ALLEY ☐RAILROAD ☐RESIDENCE ☐CHURCH ☐CONVENIENCE ☐INDUSTRIAL ☒SERVICE STA. | ☐BANK ☐DRUG STORE ☐APT./TWN. HSE ☐SHOPPING CENTER ☐PARKING LOT ☐OTHER COMMER. ☒OTHER | 50 CODE |
|---|---|---|---|---|---|---|---|
| 0 1 1 0 4 | 52 TIME ☐AM ☐PM ☐MIL. | 53 | | | | | |
| M D Y | | | | | | | |

| 54 VERIFY FOR ☐Y ☐N | 55 TREAT. FOR ☐Y ☐N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☒N | RAPE INJURY ☒N | LOCATION: RAPE | 0 1 |

| 58 WEAPON USED ☐FIREARM ■HANDS, FISTS, VOICE, ETC. ☐KNIFE ☐OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | ☐HANDGUN ☒RIFLE ☐SHOTGUN ☐UNKNOWN |
|---|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) DESCRIBE: | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |

**DOLLAR VALUE**

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

**VEHICLES**

75 CHECK CATEGORIES  ☐STOLEN ☐RECOVERED ☐SUSPECTS VEH. ☐VICTIMS VEH. ☐UNAUTH. USE ☐ABANDONED

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIV. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐BUS. ☐RES. ☐RUR. | 89 OWNERSHIP VERIFIED BY: ☐TAG RECEIPT ☒BILL OF SALE ☐TITLE ☐OTHER | 90 WARRANT SIGNED ☐Y ☐N # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐Y WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐Y WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**

INCHES   1   2   3   4   5   6

ACJIC-32 REV. 6-94

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☐ 1 INCIDENT  ☒ 2 OFFENSE  ☐ 3 SUPPLEMENT | 2 CASE # 0 3 1 1 0 0 0 | 3 SFX |
|---|---|---|---|---|

**4 CRI #** 4 6 0 0 0 0  **5 DATE AND TIME OF THIS REPORT** 1 1 2 5 0 3  11:45 ☒AM ☐PM/MIL  **6 AGENCY NAME** Macon County Sheriff Department  **7 IF SUPPLEMENT ORIGINAL OFFENSE DATE**  **10 PHONE** ( )

☐ REPORTED BY  ☒ VICTIM OR  **9 ADDRESS (STREET, CITY, STATE, ZIP)**

**12 VICTIM (LAST, FIRST, MIDDLE NAME)** ☒1V ☐2B ☐3S Ayers, Wanda Denise  **13 ADDRESS (STREET, CITY, STATE, ZIP)** 1945 Co. Rd. 57, Notsulga, AL 36866  **14 PHONE** (334) 332-8028

**15 EMPLOYER/SCHOOL** Wal-Mart  **16 OCCUPATION** Stock  **17 ADDRESS (STREET, CITY, STATE, ZIP)** 1717 South College St., Auburn, AL  **18 PHONE** (334) 821-2493

**20 INJURY** ☐Y ☒N  **21 RACE** ☒W ☐A ☐B ☐O  **22 SEX** ☒MALE ☐FEMALE  **23 HGT** 5-0  **24 WGT** 110  **25 DOB** 0 7 2 5 5 8  **26 AGE**  **27 WAS OFFENDER KNOWN TO VICTIM?** ☒Y ☐N  **28 VICTIM WAS (EXPLAIN RELATIONSHIP)** Friend  **29 CODE**
☒RESIDENT ☐NON-RESIDENT

**30 TYPE INCIDENT OR OFFENSE** ☐FEL. ☒MISD Theft of Property  **31 DEGREE (CIRCLE)** 1 2 ③  **32 UCR CODE**  **33 STATE CODE/LOCAL ORDINANCE**

**34 TYPE INCIDENT OR OFFENSE** ☐FEL. ☐MISD  1 2 3  **36 UCR CODE**  **37 STATE CODE/LOCAL ORIDNANCE**

**38 PLACE OFF OCCURRENCE** 1945 Co. Rd. 57, Notsulga, AL 36866  **39 SECTOR**

**40 POINT OFENTRY** ☐DOOR ☐WINDOW ☐ROOF ☐OTHER  **41 METHOD OFENTRY** ☐FORCIBLE ☐NO FORCE  ☐ATT. FORCIBLE  **42 ASSAULT** ☐SIMPLE ☐AGGR.  **43 TREATMENT FOR ASSAULT INJURY** ☐Y ☐N

**OCCURRED ON OR BETWEEN** **45 TIME** 10:00 ☐AM ☒PM ☐MIL **46** ... **47 LIGHTING** ☐1-NATURAL ☐2-NOON ☐3-ART.EXT. ☒ART.INT. ☐UNK.  **48 WEATHER** ☒1-CLEAR ☐2-CLOUDY ☐3-RAIN ☐4-FOG ☐5-SNOW ☐6-HAIL ☐7-UNK.  **49 PREMISE** A-HWY.-ST.-ALLEY ☐B-RAILROAD ☒C-RESIDENCE ☐D-CHURCH ☐E-SCHOOL ☐F-CONVENIENCE ☐G-INDUSTRIAL ☐H-SERVICE STA. ☐I-BANK ☐J-DRUG STORE ☐K-ART/TWN. HSE. ☐L-SHOPPING CENTER ☐M-PARKING LOT ☐N-OTHER COMMER. ☐O-OTHER  **50 CODE**

**52 TIME** 11:00 ☐AM ☒PM ☐MIL **53**

**54 VERIFY FOR RAPE EXAM** ☐Y ☐N  **55 TREAT. FOR RAPE INJURY** ☐Y ☐N  **56 CIRCUMSTANCES HOMICIDE & ASSAULT** CODE  LOCATION: RAPE

**58 WEAPON USED** ☐FIREARM ☐KNIFE ☐HANDS, FISTS, VOICE, ETC. ☐OTHER DANGEROUS  **59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE** DESCRIBE  ☐HANDGUN ☐RIFLE ☐SHOTGUN ☐UNKNOWN

**60 QUANTITY** | **61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.)** | **62 DOLLAR VALUE STOLEN** | **DAMAGED** | **63 RECOVERED DATE** | **VALUE**
|---|---|---|---|---|---|
| 1 | White vase - with top | $100 | | | |

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 70 ELECTRONICS | 71 HOUSEHOLD $100 | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

**75 CHECK CATEGORIES** ☐STOLEN ☐RECOVERED ☐SUSPECTS VEH. ☐VICTIMS VEH. ☐UNAUTH. USE ☐ABANDONED

**76 #STOLEN** | **77 LIC.** | **78 LIS.** | **79 LIY.** | **80 TAG COLOR** | **81 VIN**

**02 VYR** | **83 VMA** | **84 VMO** | **35 VST** | **86 VCO.** TOP: BOTTOM: | **87 ADDITIONAL DESCRIPTION**

STOLEN MTR. VEH ONLY | **88 AREA STOLEN** ☐BUS. ☐RES. ☐RUR. | **89 OWNERSHIP VERIFIED BY:** ☐TAG RECEIPT ☐BILL OF SALE ☐TITLE ☐OTHER | **90 WARRANT SIGNED** YES☐ NO☐ #

**21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP)** | **92 PHONE** ( )

MOTOR VEH RECOVERY ONLY REQUIRED FOR 93 OR 94 UCR CODE | **93 STOLEN IN YOUR JURISDICTION?** YES☐ NO☐ WHERE? | **94 RECOVERED IN YOUR JURISDICTION?** YES☐ NO☐ WHERE?

TYPE OR PRINT IN BLACK INK  ACJIC—32 REV. 6-94

Exhibit 1

Cut Hours this A conflict of
Defendant complaint of the
Plaintiff was not accepted
because of Plaintiff's attendance
deficiencies.

*persons with knowledge of such performance deficiencies and attach all documents and electronic records in support of your position.*

**RESPONSE:**

Wal-Mart objects to this interrogatory on the grounds that it is vague and ambiguous as to "within the two years," and Wal-Mart does not know what information is sought by the Plaintiff. Subject to and without waiving this objection, Wal-Mart states that the Plaintiff's job performance was in some ways less than fully satisfactory. In particular, the Plaintiff's attendance was below expectations, as reflected by the Plaintiff's Attendance Tracking Management Report (Bates # 00797). Wal-Mart is not aware and has no reasonable way of ascertaining all persons with knowledge of the Plaintiff's attendance deficiencies. However, the following individuals are believed to have knowledge: Shannon Moser, Sherman Alexander, and Tuesday Crawford.

Additionally, the Plaintiff did not return from her April 1, 2004 – August 1, 2004 leave of absence, as reflected by Shannon Moser's letter to the Plaintiff dated October 8, 2004 (Bates # 00153-00154), nor did she request an extension of her leave of absence. Wal-Mart is not aware and has no reasonable way of ascertaining all persons with knowledge of the Plaintiff's failure to return from her leave of absence or request an extension. However, the following individuals are believed to have knowledge: Shannon Moser and Sherman Alexander.

14.    *Identify all computer files and/or electronic mail relating to this complaint, or the facts alleged therein, at your company and describes [sic] in detail how you store these files and search for such files.*

**RESPONSE:**

Wal-Mart objects to this interrogatory on the grounds that it seeks documents and/or information protected by the attorney-client privilege and/or the work product doctrine, that it seeks the mental impressions of Wal-Mart's attorneys and documents or information prepared in

15

```
EARNINGS HISTORY REPORT - 01R72M                WAL-MART ASSOCIATES, INC.                              PAGE 788025
01 WS 0435049791                                                                                       RUN DATE 12/31/1996

     EMPLOYEE NAME                                                                                      HOURLY
   L3   L4  L5
     TYPE ------HOURS------  -------EARNINGS------  --------------------------TAXES---------------------  -----DED/NET/CK AMT----
CHECK NUM                                          FEDERAL           STATE            CITY/COUNTY

     AYERS, WANDA D

0356 01  0911    56.27  REG      437.22  REG       25.32  FIT       13.60  SIT         .00  CNTY      166.14  TOT DED
   C-1           .00  OT          .00  OT          29.41  FICA        .00  SDI        5.09  CITY      262.84  NET PA
   8814057      15.92  OTN       72.06  OTN         4.88  MED         .00  SUI                        262.84  CK AMT
01-09-2004       72.19  TOT      509.28  TOT        61.61  TOT       13.60  TOT        5.09  TOT         7.7700 RATE

0356 01  0911    71.98  REG      559.28  REG       43.86  FIT       19.15  SIT         .00  CNTY      191.38  TOT DED
   C-1           .21  OT          2.50  OT          37.45  FICA        .00  SDI        6.40  CITY      333.24  NET PA
   9526108      21.91  OTN       78.46  OTN         8.74  MED         .00  SUI                        333.24  CK AMT
01-23-2004       94.10  TOT      640.24  TOT        90.07  TOT       19.15  TOT        6.40  TOT         7.7700 RATE

0356 01  0911    80.00  REG      621.60  REG       44.65  FIT       19.18  SIT         .00  CNTY      192.33  TOT DED
   C-1           .46  OT          5.50  OT          37.77  FICA        .00  SDI        6.46  CITY      336.08  NET PA
   10217540     16.15  OTN       18.40  OTN         8.83  MED         .00  SUI                        336.08  CK AMT
02-06-2004       96.61  TOT      645.50  TOT        91.25  TOT       19.18  TOT        6.46  TOT         7.7700 RATE

0356 01  0911    78.80  REG      612.28  REG       42.43  FIT       18.75  SIT         .00  CNTY      189.66  TOT DED
   C-1           .00  OT          .00  OT          36.86  FICA        .00  SDI        6.31  CITY      328.06  NET PA
   10912452     16.16  OTN       18.41  OTN         8.62  MED         .00  SUI                        328.06  CK AMT
02-20-2004       94.96  TOT      630.69  TOT        87.91  TOT       18.75  TOT        6.31  TOT         7.7700 RATE

0356 01  0911    74.34  REG      577.62  REG       40.94  FIT       18.33  SIT         .00  CNTY      187.87  TOT DED
   C-1           .00  OT          .00  OT          36.23  FICA        .00  SDI        6.21  CITY      322.69  NET PA
   11730594     14.60  OTN       43.12  OTN         8.47  MED         .00  SUI                        322.69  CK AMT
03-05-2004       88.94  TOT      620.74  TOT        85.64  TOT       18.33  TOT        6.21  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG          38.05  FIT       17.51  SIT         .00  CNTY        .00  TOT DED
   C-2           .00  OT          .00  OT          35.05  FICA        .00  SDI        5.65  CITY      460.75  NET PA
   11730595      .00  OTN      565.21  OTN         8.20  MED         .00  SUI                        460.75  CK AMT
03-05-2004       .00  TOT      565.21  TOT         81.30  TOT       17.51  TOT        5.65  TOT         7.7700 RATE

0356 01  0911    24.02  REG     186.64  REG         .16  FIT        3.96  SIT         .00  CNTY       60.79  TOT DED
   C-1           .00  OT          .00  OT          13.81  FICA        .00  SDI        2.59  CITY      174.48  NET PA
   13001241     15.97  OTN       72.38  OTN         3.23  MED         .00  SUI                        174.48  CK AMT
03-19-2004       39.99  TOT      259.02  TOT        17.20  TOT        3.96  TOT        2.59  TOT         7.7700 RATE

0356 01  0911    7.99  REG      62.08  REG          .00  FIT         .00  SIT         .00  CNTY       60.79  TOT DED
   C-1           .00  OT          .00  OT           1.74  FICA        .00  SDI        .64  CITY         .75  NET PA
   13711036      .00  OTN        2.35  OTN          .41  MED         .00  SUI                          .75  CK AMT
04-02-2004       7.99  TOT       64.33  TOT         2.15  TOT         .00  TOT         .64  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
04-16-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
04-30-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
05-14-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
05-28-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   ADJ-          .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
06-11-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
06-11-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE

0356 01  0911    .00  REG        .00  REG           .00  FIT         .00  SIT         .00  CNTY         .00  TOT DED
   C-1           .00  OT          .00  OT           .00  FICA        .00  SDI         .00  CITY         .00  NET PA
                 .00  OTN        .00  OTN          .00  MED         .00  SUI
06-25-2004       .00  TOT        .00  TOT           .00  TOT         .00  TOT         .00  TOT         7.7700 RATE
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00001

```
EARNINGS HISTORY REPORT - P1R72M              WAL-MART ASSOCIATES, INC.                    PAGE 788026
01 WS 0435049791                                                                           RUN DATE 12/31/1996

       EMPLOYEE NAME                                                                       HOURLY
    L3   L4   L5
       TYPE  ------HOURS----- -------EARNINGS----- -------------------TAXES------------------ -----DED/NET/CK AMT----
    CHECK NUM                                        FEDERAL              STATE    CITY/COUNTY

       AYERS, WANDA D

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
07-09-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
07-23-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
08-06-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
08-20-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
09-03-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
09-17-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
10-01-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

0356 01  0911       .00  REG        .00  REG        .00  FIT        .00  SIT        .00  CNTY       .00  TOT DED
        C-1         .00  OT         .00  OT         .00  FICA       .00  SDI        .00  CITY       .00  NET PA
                    .00  OTH        .00  OTH        .00  MED        .00  SUI
10-15-2004          .00  TOT        .00  TOT        .00  TOT        .00  TOT        .00  TOT    7.7700 RATE

        NET     393.40  REG   3,056.72  REG    235.61  FIT    110.68  SIT        .00  CNTY  1,048.96  TOT DE
                   .67  OT        8.00  OT     228.32  FICA                      39.35  CITY  2,218.89  NET PA
                100.71  OTH     870.29  OTH     53.40  MED        .00  SUI
                494.78  TOT   3,935.01  TOT    517.33  TOT    110.68  TOT        39.35  TOT
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
99802

```
EARNINGS HISTORY REPORT - P1R72M                    WAL-MART ASSOCIATES, INC.                          PAGE  35756
01 WC 0435049791                                                                                       RUN DATE 12/28/1995

   < EMPLOYEE NAME                                                                                     MONTHLY
  L1  L4  L5
      TYPE ------HOURS------  -----EARNINGS-----  -----------------------TAXES-----------------------  ---DED/NET/CK AMT----
 CHECK NUM                                        FEDERAL          STATE          CITY/COUNTY

  AYERS,  WANDA D

0356 01  0911       .00  REG        .00  REG       .00  FIT       .00  SIT       .00  CNTY       .00  TOT DED
         ADJ-        .00  OT         .00  OT        .00  FICA      .00  SDI       .00  CITY       .00  NET PA
                   13.80  OTH        .00  OTH       .00  MED       .00  SUI
12-27-2002         13.80  TOT        .00  TOT       .00  TOT       .00  TOT       .00  TOT        7.1000 RATE

0356 01  0911     41.59  REG      235.29  REG     21.54  FIT     11.81  SIT       .00  CNTY     124.39  TOT DED
         C-1         .00  OT         .00  OT       26.95  FICA      .00  SDI      4.62  CITY     266.25  NET PA
         87844677   26.51  OTH      167.17  OTH      6.30  MED       .00  SUI                    266.25  CK AMT
12-27-2002         68.10  TOT      462.46  TOT     54.79  TOT     11.81  TOT      4.62  TOT       7.1000 RATE

0356 01  0911     34.07  REG      241.90  REG      5.67  FIT      5.75  SIT       .00  CNTY      48.39  TOT DED
         C-1         .00  OT         .00  OT       17.11  FICA      .00  SDI      3.07  CITY     223.12  NET PA
         88552091   14.17  OTH       65.22  OTH      4.01  MED       .00  SUI                    223.12  CK AMT
01-10-2003         48.24  TOT      307.12  TOT     26.79  TOT      5.75  TOT      3.07  TOT       7.1000 RATE

0356 01  0911     80.94  REG      574.67  REG     39.29  FIT     17.03  SIT       .00  CNTY     170.32  TOT DED
         C-1         .01  OT         .11  OT       34.53  FICA      .00  SDI      5.89  CITY     314.22  NET PA
         89230476   12.32  OTH       14.57  OTH      8.07  MED       .00  SUI                    314.22  CK AMT
01-24-2003         93.27  TOT      589.35  TOT     81.89  TOT     17.03  TOT      5.89  TOT       7.1000 RATE

0356 01  0911     73.15  REG      519.17  REG     31.14  FIT     14.72  SIT       .00  CNTY     160.53  TOT DED
         C-1         .47  OT         7.22  OT       31.15  FICA      .00  SDI      5.35  CITY     284.83  NET PA
         89864123    6.37  OTH        8.42  OTH      7.29  MED       .00  SUI                    284.83  CK AMT
02-07-2003         79.99  TOT      535.01  TOT     69.58  TOT     14.72  TOT      5.35  TOT       7.1000 RATE

0356 01  0911     76.97  REG      569.58  REG     41.18  FIT     17.56  SIT       .00  CNTY     172.60  TOT DED
         C-1        1.71  OT        19.33  OT       35.31  FICA      .00  SDI      6.02  CITY     321.03  NET PA
         90537111   10.79  OTH       13.04  OTH      8.25  MED       .00  SUI                    321.03  CK AMT
02-21-2003         89.47  TOT      601.95  TOT     84.74  TOT     17.56  TOT      6.02  TOT       7.1000 RATE

0356 01  0911     78.65  REG      582.01  REG     40.34  FIT     17.32  SIT       .00  CNTY     171.58  TOT DED
         C-1         .00  OT         .00  OT       34.96  FICA      .00  SDI      5.96  CITY     317.99  NET PA
         91367608   12.07  OTH       14.32  OTH      8.18  MED       .00  SUI                    317.99  CK AMT
03-07-2003         90.72  TOT      596.33  TOT     83.48  TOT     17.32  TOT      5.96  TOT       7.4000 RATE

0356 01  0911       .00  REG         .00  REG      38.78  FIT     16.88  SIT       .00  CNTY       .00  TOT DED
         C-2         .00  OT         .00  OT       34.31  FICA      .00  SDI      5.53  CITY     449.92  NET PA
         91367605      .00  OTH      553.44  OTH      8.02  MED       .00  SUI                    449.92  CK AMT
03-07-2003          .00  TOT      553.44  TOT     81.11  TOT     16.88  TOT      5.53  TOT       7.4000 RATE

0356 01  0911     72.18  REG      534.13  REG     38.92  FIT     16.92  SIT       .00  CNTY     169.88  TOT DED
         C-1         .00  OT         .00  OT       34.37  FICA      .00  SDI      5.87  CITY     332.67  NET PA
         92545380   12.09  OTH       52.74  OTH      8.04  MED       .00  SUI                    332.67  CK AMT
03-21-2003         84.27  TOT      586.87  TOT     81.33  TOT     16.92  TOT      5.87  TOT       7.4000 RATE

0356 01  0911     54.05  REG      399.97  REG     30.57  FIT     14.56  SIT       .00  CNTY     159.85  TOT DED
         C-1         .00  OT         .00  OT       30.92  FICA      .00  SDI      5.31  CITY     282.78  NET PA
         93215777   26.60  OTH      131.25  OTH      7.23  MED       .00  SUI                    282.78  CK AMT
04-04-2003         80.65  TOT      531.22  TOT     68.72  TOT     14.56  TOT      5.31  TOT       7.4000 RATE

0356 01  0911     80.00  REG      592.00  REG     42.99  FIT     18.07  SIT       .00  CNTY     174.77  TOT DED
         C-1         .64  OT         7.25  OT       36.05  FICA      .00  SDI      6.14  CITY     327.56  NET PA
         93893507   12.51  OTH       14.76  OTH      8.43  MED       .00  SUI                    327.56  CK AMT
04-18-2003         93.15  TOT      614.01  TOT     87.47  TOT     18.07  TOT      6.14  TOT       7.4000 RATE

0356 01  0911     65.96  REG      488.10  REG     25.36  FIT     13.08  SIT       .00  CNTY     153.57  TOT DED
         C-1         .00  OT         .00  OT       28.77  FICA      .00  SDI      4.96  CITY     263.97  NET PA
         94574050    6.09  OTH        8.34  OTH      6.73  MED       .00  SUI                    263.97  CK AMT
05-02-2003         72.05  TOT      496.44  TOT     60.86  TOT     13.08  TOT      4.96  TOT       7.4000 RATE

0356 01  0911     59.61  REG      441.11  REG     19.75  FIT     11.00  SIT       .00  CNTY     120.68  TOT DED
         C-1         .00  OT         .00  OT       25.84  FICA      .00  SDI      4.49  CITY     261.50  NET PA
         95360830    5.95  OTH        8.20  OTH      6.05  MED       .00  SUI                    261.50  CK AMT
05-16-2003         65.56  TOT      449.31  TOT     51.64  TOT     11.00  TOT      4.49  TOT       7.4000 RATE

0356 01  0911     80.00  REG      592.00  REG     51.48  FIT     20.48  SIT       .00  CNTY     186.97  TOT DED
         C-1         .61  OT         6.94  OT       39.57  FICA      .00  SDI      6.71  CITY     358.17  NET PA
         96020147   23.23  OTH       71.69  OTH      9.25  MED       .00  SUI                    358.17  CK AMT
05-30-2003        103.84  TOT      670.63  TOT    100.30  TOT     20.48  TOT      6.71  TOT       7.4000 RATE

0356 01  0911     79.76  REG      590.22  REG     40.03  FIT     18.07  SIT       .00  CNTY     174.80  TOT DED
         C-1         .00  OT         4.54  OT       35.86  FICA      .00  SDI      6.11  CITY     327.65  NET PA
         96710056   13.90  OTH       16.15  OTH      8.39  MED       .00  SUI                    327.65  CK AMT
06-13-2003         94.06  TOT      610.91  TOT     84.28  TOT     18.07  TOT      6.11  TOT       7.4000 RATE
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff

```
EARNINGS HISTORY REPORT - P1R72M              WAL-MART ASSOCIATES, INC.                          PAGE 35757
01 WE 0425049791                                                                                 RUN DATE 12/28/1995
 ?
   EMPLOYEE NAME                                                                                  HOURLY
 L3  L4  L5
        TYPE -----HOURS----- -----EARNINGS-----  -------------TAXES-------------
CHECK NUM                                      FEDERAL          STATE         CITY/COUNTY        ----DED/NET/CK AMT----
```

AYERS, WANDA D

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0356 01  0911 | 77.02 | REG | 569.95 | REG | 39.03 | FIT | 17.50 | SIT | .00 | CNTY | 172.41 TOT DED |
| | C-1 | .99 | OT | 11.26 | OT | 35.03 | FICA | .00 | SDI | 5.98 | CITY | 328.46 NET PA |
| 97358540 | 14.14 | OTH | 16.39 | OTH | 8.19 | MED | .00 | SUI | | | 330.46 CK AMT |
| 04-27-2003 | 92.15 | TOT | 597.60 | TOT | 82.25 | TOT | 17.50 | TOT | 5.98 | TOT | 7.4000 RATE |
| 0356 01  0911 | 80.00 | REG | 592.00 | REG | 50.46 | FIT | 21.03 | SIT | .00 | CNTY | 187.36 TOT DED |
| | C-1 | 1.45 | OT | 16.44 | OT | 40.18 | FICA | .00 | SDI | 6.81 | CITY | 365.33 NET PA |
| 98088474 | 21.63 | OTH | 72.14 | OTH | 9.40 | MED | .00 | SUI | | | 365.32 CK AMT |
| 07-11-2003 | 103.08 | TOT | 680.58 | TOT | 100.04 | TOT | 21.03 | TOT | 6.81 | TOT | 7.4000 RATE |
| 0356 01  0911 | 80.00 | REG | 592.00 | REG | 50.34 | FIT | 20.99 | SIT | .00 | CNTY | 187.19 TOT DED |
| | C-1 | 6.36 | OT | 72.07 | OT | 40.13 | FICA | .00 | SDI | 6.80 | CITY | 364.82 NET PA |
| 98778942 | 13.33 | OTH | 15.58 | OTH | 9.38 | MED | .00 | SUI | | | 364.82 CK AMT |
| 07-25-2003 | 99.69 | TOT | 679.65 | TOT | 99.85 | TOT | 20.99 | TOT | 6.80 | TOT | 7.4000 RATE |
| 0356 01  0911 | 64.20 | REG | 475.08 | REG | 24.69 | FIT | 13.32 | SIT | .00 | CNTY | 158.48 TOT DED |
| | C-1 | .96 | OT | 10.93 | OT | 29.02 | FICA | .00 | SDI | 5.01 | CITY | 263.32 NET PA |
| 475151 | 12.37 | OTH | 14.62 | OTH | 6.79 | MED | .00 | SUI | | | 263.32 CK AMT |
| 08-08-2003 | 77.53 | TOT | 500.63 | TOT | 60.50 | TOT | 13.32 | TOT | 5.01 | TOT | 7.4000 RATE |
| 0356 01  0911 | 54.71 | REG | 404.85 | REG | 47.46 | FIT | 20.23 | SIT | .00 | CNTY | 187.82 TOT DED |
| | C-1 | 2.37 | OT | 26.82 | OT | 39.02 | FICA | .00 | SDI | 6.42 | CITY | 351.36 NET PA |
| 1180277 | 41.54 | OTH | 230.16 | OTH | 9.12 | MED | .00 | SUI | | | 351.36 CK AMT |
| 08-22-2003 | 98.62 | TOT | 661.83 | TOT | 95.80 | TOT | 20.23 | TOT | 6.42 | TOT | 7.4000 RATE |
| 0356 01  0911 | 64.70 | REG | 478.78 | REG | 44.17 | FIT | 19.24 | SIT | .00 | CNTY | 183.63 TOT DED |
| | C-1 | .00 | OT | .00 | OT | 37.58 | FICA | .00 | SDI | 6.39 | CITY | 338.76 NET PA |
| 1881783 | 30.36 | OTH | 159.78 | OTH | 8.79 | MED | .00 | SUI | | | 338.76 CK AMT |
| 09-05-2003 | 95.06 | TOT | 638.56 | TOT | 90.54 | TOT | 19.24 | TOT | 6.39 | TOT | 7.4000 RATE |
| 0356 01  0911 | 74.90 | REG | 554.26 | REG | 43.55 | FIT | 19.07 | SIT | .00 | CNTY | 182.68 TOT DED |
| | C-1 | .38 | OT | 4.31 | OT | 37.31 | FICA | .00 | SDI | 6.34 | CITY | 336.52 NET PA |
| 2640754 | 22.38 | OTH | 75.83 | OTH | 8.73 | MED | .00 | SUI | | | 336.52 CK AMT |
| 09-19-2003 | 97.66 | TOT | 634.40 | TOT | 89.59 | TOT | 19.07 | TOT | 6.34 | TOT | 7.4000 RATE |
| 0356 01  0911 | 79.48 | REG | 588.15 | REG | 40.45 | FIT | 18.19 | SIT | .00 | CNTY | 179.16 TOT DED |
| | C-1 | .63 | OT | 7.18 | OT | 36.04 | FICA | .00 | SDI | 6.14 | CITY | 325.35 NET PA |
| 3346488 | 16.18 | OTH | 18.42 | OTH | 8.43 | MED | .00 | SUI | | | 325.35 CK AMT |
| 10-03-2003 | 96.29 | TOT | 613.76 | TOT | 84.92 | TOT | 18.19 | TOT | 6.14 | TOT | 7.4000 RATE |
| 0356 01  0911 | 80.00 | REG | 592.00 | REG | 43.50 | FIT | 19.05 | SIT | .00 | CNTY | 182.62 TOT DED |
| | C-1 | 2.23 | OT | 25.34 | OT | 37.30 | FICA | .00 | SDI | 6.34 | CITY | 336.34 NET PA |
| 4057307 | 14.48 | OTH | 16.73 | OTH | 8.72 | MED | .00 | SUI | | | 336.34 CK AMT |
| 10-17-2003 | 96.71 | TOT | 634.07 | TOT | 89.52 | TOT | 19.05 | TOT | 6.34 | TOT | 7.4000 RATE |
| 0356 01  0911 | 80.00 | REG | 592.00 | REG | 51.52 | FIT | 21.89 | SIT | .00 | CNTY | 198.30 TOT DED |
| | C-1 | 8.05 | OT | 91.44 | OT | 41.44 | FICA | .00 | SDI | 7.01 | CITY | 368.99 NET PA |
| 4772216 | 15.15 | OTH | 17.40 | OTH | 9.69 | MED | .00 | SUI | | | 368.99 CK AMT |
| 10-31-2003 | 103.20 | TOT | 700.84 | TOT | 104.65 | TOT | 21.89 | TOT | 7.01 | TOT | 7.4000 RATE |
| 0356 01  0911 | 79.48 | REG | 588.15 | REG | 39.68 | FIT | 17.97 | SIT | .00 | CNTY | 181.48 TOT DED |
| | C-1 | .17 | OT | 1.94 | OT | 35.71 | FICA | .00 | SDI | 6.09 | CITY | 319.12 NET PA |
| 5493611 | 16.26 | OTH | 18.51 | OTH | 8.35 | MED | .00 | SUI | | | 319.12 CK AMT |
| 11-14-2003 | 95.91 | TOT | 608.60 | TOT | 83.74 | TOT | 17.97 | TOT | 6.09 | TOT | 7.4000 RATE |
| 0356 01  0911 | 63.92 | REG | 481.12 | REG | 47.74 | FIT | 20.25 | SIT | .00 | CNTY | 151.36 TOT DED |
| | C-1 | .00 | OT | .00 | OT | 39.05 | FICA | .00 | SDI | 6.62 | CITY | 348.25 NET PA |
| 6247205 | 30.00 | OTH | 181.19 | OTH | 9.14 | MED | .00 | SUI | | | 348.25 CK AMT |
| 11-28-2003 | 91.92 | TOT | 662.31 | TOT | 95.93 | TOT | 20.25 | TOT | 6.62 | TOT | 7.7700 RATE |
| 0356 01  0911 | 56.00 | REG | 435.12 | REG | 15.97 | FIT | 11.13 | SIT | .00 | CNTY | 131.27 TOT DED |
| | C-1 | .00 | OT | .00 | OT | 26.10 | FICA | .00 | SDI | 4.53 | CITY | 254.31 NET PA |
| 7329587 | 16.00 | OTH | 18.25 | OTH | 6.10 | MED | .00 | SUI | | | 256.21 CK AMT |
| 12-12-2003 | 72.00 | TOT | 453.37 | TOT | 52.17 | TOT | 11.13 | TOT | 4.53 | TOT | 7.7700 RATE |
| 0356 01  0911 | 71.99 | REG | 559.36 | REG | 53.75 | FIT | 21.96 | SIT | .00 | CNTY | 198.50 TOT DED |
| | C-1 | .06 | OT | .72 | OT | 41.53 | FICA | .00 | SDI | 7.02 | CITY | 369.86 NET PA |
| 8078158 | 32.01 | OTH | 143.31 | OTH | 9.71 | MED | .00 | SUI | | | 369.86 CK AMT |
| 12-26-2003 | 104.06 | TOT | 702.39 | TOT | 104.99 | TOT | 21.96 | TOT | 7.02 | TOT | 7.7700 RATE |
| NET | 3,881.33 | REG | 13,923.17 | REG | 1,064.57 | FIT | 475.13 | SIT | .00 | CNTY | 4,509.87 TOT DE |
| | 27.69 | OT | 313.84 | OT | 961.14 | FICA | .00 | SDI | 163.73 | CITY | 8,974.42 NET PA |
| | 491.97 | OTH | 2,136.63 | OTH | 224.78 | MED | .00 | SUI | | | |
| | 2,400.99 | TOT | 16,373.64 | TOT | 2,250.49 | TOT | 475.13 | TOT | 163.73 | TOT | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00004

```
IMGS HISTORY REPORT - P1R72M                    WAL-MART ASSOCIATES, INC.                              PAGE 870595
S 0435049791                                                                                          RUN DATE 12/28/1995

EMPLOYEE NAME                                                                                         HOURLY
I4  L5
TYPE ------HOURS------ -----EARNINGS----- --------------------TAXES-------------------- ----DED/NET/CK AMT----
CHECK NUM                                        FEDERAL         STATE        CITY/COUNTY

AYERS, WANDA D

0356 01  0911      .00  REG       .00  REG        .00  FIT        .00  SIT        .00  CNTY        .00  TOT DED
        ADJ+       .00  OT        .00  OT         .00  FICA       .00  SDI        .00  CITY        .00  NET PA
                   .59  OTH       .00  OTH        .00  MED        .00  SUI
12-28-2001         .59  TOT       .00  TOT        .00  TOT        .00  TOT        .00  TOT       6.5000 RATE

0356 01  0911    41.72  REG    271.18  REG       6.11  FIT       5.86  SIT        .00  CNTY      17.25  TOT DED
        C-1        .00  OT        .00  OT        17.33  FICA       .00  SDI       2.79  CITY     225.99  NET PA
        69152400  6.05  OTH      8.30  OTH        4.05  MED        .00  SUI                      225.99  CK AMT
12-28-2001       47.77  TOT    279.48  TOT       27.59  TOT       5.86  TOT       2.79  TOT       6.5000 RATE

0356 01  0911    31.22  REG    202.93  REG        .00  FIT       3.66  SIT        .00  CNTY      17.25  TOT DED
        C-1        .00  OT        .00  OT        13.22  FICA       .00  SDI       2.13  CITY     173.89  NET PA
        69857390  8.06  OTH     10.31  OTH        3.09  MED        .00  SUI                      173.89  CK AMT
01-11-2002       39.28  TOT    213.24  TOT       16.31  TOT       3.66  TOT       2.13  TOT       6.5000 RATE

0356 01  0911    52.33  REG    340.15  REG       13.93  FIT       8.56  SIT        .00  CNTY      17.25  TOT DED
        C-1        .00  OT        .00  OT        22.11  FICA       .00  SDI       3.57  CITY     286.04  NET PA
        70493321  14.24  OTH     16.49  OTH        5.18  MED        .00  SUI                      286.04  CK AMT
01-25-2002       66.57  TOT    356.64  TOT       41.22  TOT       8.56  TOT       3.57  TOT       6.5000 RATE

0356 01  0911    69.39  REG    451.04  REG       24.56  FIT      13.31  SIT        .00  CNTY      17.25  TOT DED
        C-1        .00  OT        .00  OT        29.12  FICA       .00  SDI       4.70  CITY     371.99  NET PA
        71136225  16.39  OTH     18.64  OTH        6.81  MED        .00  SUI                      371.99  CK AMT
02-08-2002       85.78  TOT    469.68  TOT       62.63  TOT      13.31  TOT       4.70  TOT       6.5000 RATE

0356 01  0911    77.19  REG    521.80  REG       36.87  FIT      16.24  SIT        .00  CNTY      17.25  TOT DED
        C-1        .04  OT        .42  OT        32.40  FICA       .00  SDI       5.39  CITY     421.79  NET PA
        71784239  14.28  OTH     16.53  OTH        7.81  MED        .00  SUI                      421.79  CK AMT
02-22-2002       91.51  TOT    538.75  TOT       78.08  TOT      16.24  TOT       5.39  TOT       6.7600 RATE

0356 01  0911    70.37  REG    475.70  REG       27.78  FIT      13.67  SIT        .00  CNTY      33.11  TOT DED
        C-1        .00  OT        .00  OT        29.65  FICA       .00  SDI       4.94  CITY     377.93  NET PA
        72593540  16.06  OTH     18.31  OTH        6.93  MED        .00  SUI                      377.93  CK AMT
03-08-2002       86.43  TOT    494.01  TOT       64.36  TOT      13.67  TOT       4.94  TOT       6.7600 RATE

0356 01  0911    59.64  REG    404.52  REG       17.55  FIT       9.91  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        24.36  FICA       .00  SDI       4.21  CITY     313.88  NET PA
        73683179  13.84  OTH     16.09  OTH        5.70  MED        .00  SUI                      313.88  CK AMT
03-22-2002       73.68  TOT    420.61  TOT       47.61  TOT       9.91  TOT       4.21  TOT       6.7600 RATE

0356 01  0911    73.16  REG    494.56  REG       28.56  FIT      13.89  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        29.97  FICA       .00  SDI       5.11  CITY     381.61  NET PA
        74355988  14.34  OTH     16.59  OTH        7.01  MED        .00  SUI                      381.61  CK AMT
04-05-2002       87.50  TOT    511.15  TOT       65.54  TOT      13.89  TOT       5.11  TOT       6.7600 RATE

0356 01  0911    50.88  REG    343.95  REG       10.73  FIT       7.44  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        20.12  FICA       .00  SDI       3.52  CITY     260.86  NET PA
        75036946  6.17  OTH      8.42  OTH        4.70  MED        .00  SUI                      260.86  CK AMT
04-19-2002       57.05  TOT    352.37  TOT       35.55  TOT       7.44  TOT       3.52  TOT       6.7600 RATE

0356 01  0911    75.06  REG    507.41  REG       30.01  FIT      14.53  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        30.90  FICA       .00  SDI       5.26  CITY     392.37  NET PA
        75712257  16.44  OTH     18.69  OTH        7.23  MED        .00  SUI                      392.37  CK AMT
05-03-2002       91.50  TOT    526.10  TOT       68.94  TOT      14.53  TOT       5.26  TOT       6.7600 RATE

0356 01  0911    76.20  REG    515.11  REG       32.63  FIT      15.04  SIT        .00  CNTY      45.00  TOT DED
        C-1        .63  OT        6.46  OT        31.64  FICA       .00  SDI       5.38  CITY     401.86  NET PA
        76393465  14.31  OTH     16.56  OTH        7.40  MED        .00  SUI                      401.86  CK AMT
05-17-2002       91.13  TOT    538.13  TOT       71.65  TOT      15.04  TOT       5.38  TOT       6.7600 RATE

0356 01  0911    46.72  REG    315.83  REG       13.05  FIT       8.26  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        21.87  FICA       .00  SDI       3.76  CITY     278.96  NET PA
        77121652  18.87  OTH     59.82  OTH        5.05  MED        .00  SUI                      278.96  CK AMT
05-31-2002       65.59  TOT    375.65  TOT       39.67  TOT       8.26  TOT       3.76  TOT       6.7600 RATE

0356 01  0911    56.02  REG    378.70  REG       14.79  FIT       8.86  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        23.65  FICA       .00  SDI       3.93  CITY     292.47  NET PA
        77802281  12.04  OTH     14.29  OTH        5.29  MED        .00  SUI                      292.47  CK AMT
06-14-2002       68.06  TOT    392.99  TOT       43.73  TOT       8.86  TOT       3.93  TOT       6.7600 RATE

0356 01  0911    78.07  REG    527.75  REG       33.26  FIT      15.32  SIT        .00  CNTY      45.00  TOT DED
        C-1        .00  OT        .00  OT        31.91  FICA       .00  SDI       5.42  CITY     404.13  NET PA
        78514558  12.46  OTH     14.71  OTH        7.46  MED        .00  SUI                      404.13  CK AMT
06-28-2002       90.53  TOT    542.46  TOT       72.63  TOT      15.32  TOT       5.42  TOT       6.7600 RATE
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00005

Exhibit 8

See Phone Log change Sam.

1 will show a change

2 will show after talking with Magement Plaintiff called the District Store

3 Plaintiff used the Open Door It is magement that is Lacking to follow store policy.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 209 | 10/01 | 08:30PM | 301 847-0998 | LAYHILL | | 4 | 3:00 |
| 210 | 10/02 | 07:07AM | 334 740-0032 | INCOMING | | P | 3:00 |
| 211 | 10/02 | 12:19PM | 301 847-0998 | INCOMING | | P | 12:00 |
| 212 | 10/02 | 04:05PM | 504 945-8781 | NEWORLEANS | | P | 1:00 |
| 213 | 10/02 | 04:18PM | 504 715-5694 | NEWORLEANS | | P | 2:00 |
| 214 | 10/02 | 04:19PM | 504 715-5694 | NEWORLEANS | | 4 | 1:00 |
| 215 | 10/02 | 07:25PM | 504 945-8781 | NEWORLEANS | W O | | 2:00 |
| 216 | 10/02 | 07:26PM | 504 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 217 | 10/02 | 07:29PM | 301 847-0998 | LAYHILL | W O | | 3:00 |
| 218 | 10/02 | 07:29PM | 301 847-0998 | LAYHILL | | 4 | 3:00 |
| 219 | 10/02 | 07:31PM | 504 945-8781 | NEWORLEANS | W O | | 1:00 |
| 220 | 10/02 | 07:32PM | 504 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 221 | 10/02 | 07:35PM | 504 309-0979 | NEWORLEANS | W O | | 8:00 |
| 222 | 10/02 | 07:35PM | 504 309-0979 | NEWORLEANS | | 4 | 7:00 |
| 223 | 10/02 | 07:41PM | 301 847-0998 | INCOMING | W O | | 2:00 |
| 224 | 10/02 | 07:46PM | 301 847-0998 | LAYHILL | W O | | 14:00 |
| 225 | 10/02 | 07:46PM | 301 847-0998 | LAYHILL | | 4 | 14:00 |
| 226 | 10/02 | 08:10PM | 334 725-2600 | TUSKEGEE | W | | 4:00 |
| 227 | 10/02 | 08:26PM | 301 847-0998 | LAYHILL | W O | | 2:00 |
| 228 | 10/02 | 08:26PM | 301 847-0998 | LAYHILL | | 4 | 2:00 |
| 229 | 10/03 | 02:13AM | 334 740-0032 | AUBURN | W O | | 2:00 |
| 230 | 10/03 | 08:03AM | 334 727-1107 | TUSKEGEE | | | 2:00 |
| 231 | 10/03 | 10:20AM | 301 847-0998 | LAYHILL | | P | 4:00 |
| 232 | 10/03 | 10:21AM | 301 847-0998 | LAYHILL | | 4 | 4:00 |
| 233 | 10/03 | 10:24AM | 202 530-9429 | WASHINGTON | | P | 9:00 |
| 234 | 10/03 | 10:24AM | 202 530-9429 | WASHINGTON | | 4 | 8:00 |
| 235 | 10/03 | 10:42AM | 334 740-0032 | AUBURN | | P | 1:00 |
| 236 | 10/03 | 11:01AM | 334 727-5833 | TUSKEGEE | | | 3:00 |
| 237 | 10/03 | 11:10AM | 504 945-8781 | NEWORLEANS | | P | 1:00 |
| 238 | 10/03 | 11:11AM | 504 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 239 | 10/03 | 01:01PM | 301 847-0998 | LAYHILL | | P | 1:00 |
| 240 | 10/03 | 01:01PM | 301 847-0998 | LAYHILL | | 4 | 1:00 |
| 241 | 10/03 | 01:03PM | 301 847-0998 | INCOMING | | P | 3:00 |
| 242 | 10/03 | 07:33PM | 504 945-8781 | NEWORLEANS | W 2 | | 2:00 |
| 243 | 10/03 | 07:33PM | 504 945-8781 | NEWORLEANS | | 4 | 2:00 |
| 244 | 10/03 | 07:35PM | 301 847-0998 | LAYHILL | W 2 | | 16:00 |
| 245 | 10/03 | 07:35PM | 301 847-0998 | LAYHILL | | 4 | 15:00 |
| 246 | 10/04 | 03:13AM | 504 309-0979 | INCOMING | W 2 | | 1:00 |
| 247 | 10/04 | 03:14AM | 504 309-0979 | NEWORLEANS | W 2 | | 1:00 |
| 248 | 10/04 | 03:14AM | 504 309-0979 | NEWORLEANS | | 4 | 1:00 |
| 249 | 10/04 | 03:27AM | 504 309-0979 | NEWORLEANS | W 2 | | 16:00 |
| 250 | 10/04 | 03:27AM | 504 309-0979 | NEWORLEANS | | 4 | 16:00 |
| 251 | 10/04 | 07:46AM | 334 745-6949 | OPELIKA | W 2 | | 4:00 |
| 252 | 10/04 | 12:15PM | 334 332-8028 | AUBURN | W 2 | | 2:00 |
| 253 | 10/04 | 12:17PM | 334 727-7807 | TUSKEGEE | W | | 2:00 |
| 254 | 10/04 | 01:14PM | 301 847-0998 | LAYHILL | W 2 | | 31:00 |
| 255 | 10/04 | 01:14PM | 301 847-0998 | LAYHILL | | 4 | 31:00 |
| 256 | 10/04 | 02:09PM | 301 233-5402 | SILVER SPG | W 2 | | 1:00 |
| 257 | 10/04 | 02:09PM | 301 233-5402 | SILVER SPG | | 4 | 1:00 |
| 258 | 10/04 | 02:11PM | 301 233-5402 | INCOMING | W 2 | | 1:00 |
| 259 | 10/04 | 02:21PM | 301 233-5402 | INCOMING | W 2 | | 2:00 |
| 260 | 10/04 | 03:09PM | 301 233-5402 | SILVER SPG | W 2 | | 2:00 |
| 261 | 10/04 | 03:10PM | 301 233-5402 | SILVER SPG | | 4 | 1:00 |
| 262 | 10/04 | 05:48PM | 334 727-7807 | INCOMING | W 2 | | 4:00 |
| 263 | 10/05 | 10:52AM | 301 847-0998 | LAYHILL | W 2 | | 6:00 |
| 264 | 10/05 | 10:52AM | 301 847-0998 | LAYHILL | | 4 | 6:00 |
| 265 | 10/05 | 10:59AM | 301 233-5395 | SILVER SPG | W 2 | | 1:00 |
| 266 | 10/05 | 10:59AM | 301 233-5395 | SILVER SPG | | 4 | 1:00 |
| 267 | 10/05 | 01:16PM | 504 945-8781 | INCOMING | W 2 | | 6:00 |
| 268 | 10/05 | 01:22PM | 334 332-8028 | AUBURN | W 2 | | 2:00 |
| 269 | 10/05 | 01:30PM | 334 725-2600 | TUSKEGEE | W | | 2:00 |
| 270 | 10/05 | 01:31PM | 504 715-5694 | NEWORLEANS | W 2 | | 2:00 |
| 271 | 10/05 | 01:31PM | 504 715-5694 | NEWORLEANS | | 4 | 2:00 |
| 272 | 10/05 | 01:40PM | 504 945-8781 | NEWORLEANS | W 2 | | 1:00 |
| 273 | 10/05 | 01:40PM | 504 945-8781 | NEWORLEANS | | 4 | 1:00 |
| 274 | 10/06 | 02:04AM | 334 740-0032 | INCOMING | W 2 | | 20:00 |
| 275 | 10/06 | 09:36AM | 504 261-3404 | INCOMING | | P | 7:00 |
| 276 | 10/06 | 04:15PM | 334 750-0857 | INCOMING | | P | 15:00 |
| 277 | 10/06 | 04:45PM | 301 847-0998 | INCOMING | | P | 2:00 |
| 278 | 10/06 | 07:10PM | 301 847-0998 | LAYHILL | W O | | 3:00 |
| 279 | 10/06 | 07:10PM | 301 847-0998 | LAYHILL | | 4 | 3:00 |

✓ (handwritten, next to row 251) Plaintiff called The District Spec for answers

## STATEMENT OF STEPHEN ZIMMER

As of the date of this letter, November 24, 2003 I cannot recall specific remarks, but I do know that I never at any time discouraged Wanda Ayers or anyone else from pursuing advancement with Wal-Mart. I have in fact encouraged my associates to work toward the many opportunities within the Wal-Mart Corporation.

I do recall the incident where Wanda wanted to sign up for the Assistant Manager Program. I tried to help her sign-up and was not successful in getting into the program on the CBL terminals. A few days later, Wanda told me she had signed up at the Opelika, Alabama store. I had no further communication with her involving this topic.

At some point Wanda did ask about advancement and was encouraged to learn as much as possible in her current position and to present herself as a positive role model and be more visible to the other associates as a possible leader.

Signed _Stephen Zimmer_

Date _11-24-03_

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00019

Wal-Mart objects to this interrogatory on the grounds that it is unduly burdensome and overly broad with respect to temporal and geographic scope. Wal-Mart also objects to this interrogatory on the grounds that it is overly broad with respect to subject matter in that the Plaintiff does not state a claim for gender discrimination. Additionally, this interrogatory is objectionable because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving these objections, and pursuant to <u>Fed. R. Civ. P.</u> 33(d), Wal-Mart produces herewith a list of associates from District # 74 admitted to Wal-Mart's Management Training Program in 2003, including each associate's race, age and ~~date of hire~~. (Bates # 00807).

25.     *Identify the management level of the supervisors of the initial Decision Review of the Management Trainee Program implementation and selection, participating stations and any other supervisors involved and any other duties for those employees. Provide the names, race, sex, age and years of service at Wal-Mart.*

**RESPONSE:**

Wal-Mart objects to this interrogatory on the grounds that it is vague and ambiguous, and Wal-Mart does not know what information is sought by the Plaintiff. Wal-Mart further objects on the grounds that this interrogatory is unduly burdensome and overly broad with respect to temporal and geographic scope, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving these objections, Wal-Mart states that ~~Don Bost, District Manager for District # 74, was primarily responsible~~ for determining which Management Training Program applicants would be interviewed for entry into the program. Mr. Bost is a 49-year-old Caucasian who has been employed by Wal-Mart since May 20, 1975.

22

# Interviewing Skills

**RRG 303**
**Discrimination**

| | |
|---|---|
| **What is Discrimination?** | *Illegal Discrimination* is treating a person less favorably than another because of a protected characteristic such as race, color, religion, gender, age, national origin, or disability. |

**Employment Discrimination**

All employers who screen, select, and hire Associates "discriminate" against particular candidates. In this regard, it is important to remember that such discrimination is lawful when an employer takes into account only an individual's performance, skill, training, education, or their ability to do a particular job. Discrimination is unlawful when an employment decision is affected by an Associate's or applicant's protected status (e.g. gender, race, age, religion, disability, national origin, etc.).

Every employment decision you make is subject to a charge of illegal discrimination regardless of whether it involves terminating, hiring, coaching, promoting, demoting, or other condition of employment. It is helpful to understand the theories and laws governing employment discrimination. The following pages list laws, which create categories or "protected classes," on which employment decisions can not be based.

**Theories of Discrimination**

There are three basic theories of employment discrimination:

- Disparate Treatment
- Disparate Impact
- Failure to make reasonable accommodations for an employee's religious beliefs or disability

**Disparate Treatment**

Different treatment of individuals who have status in one or more protected classes (e.g. color, gender, disabled, etc.). This is the most common type of discrimination alleged.



Wal-Mart/Ayers
Docs. Produced to Plaintiff
00641

February 2003 (mjb)

**RRG 303**                                    **Interviewing Skills**
**Discrimination**

| | |
|---|---|
| **Theories of**<br>**Discrimination**<br>**(Cont'd)** | The law does not necessarily require intent be proven, but could be inferred from the circumstances.<br><br>**Disparate Impact**<br>An employment policy or practice that may be neutral or non-discriminatory on its face, but which has an unbalanced or disparate impact on a protected class. Here, the focus is on the consequences that employment decisions or criteria have on protected classes. |



The law does not necessarily require intent be proven, but could be inferred from the circumstances.

**Reasonable Accommodations**
An employer must reasonably accommodate Associates' or prospective Associates' religious beliefs, and any disability, unless doing so would impose an undue hardship on the employer's business.

- Religion Cases - Reasonable accommodation is required when an individual requests accommodation because of his or her religion. Reasonable accommodation include:
    * Allowing Associates to wear forms of religious dress.
    * Switching Associates on religious holidays.
    * Allowing flexible schedules (arrival/departure).
    * Making up time lost due to religious observances.
    * Effecting job transfers or reassignments if an accommodation can not be made in a particular job.

**Wal-Mart/Ayers**
**Docs. Produced to Plaintiff**
**00642**

```
SSN          [REDACTED]      EMPLID    :38989        NAME     : Bost II,Donald R
BIRTHDATE:1955-07-15   HIRE      :1975-05-20   REHIRE  :
```

**Charge Location & Alignment**

```
DIV-STORE:01-8034      SUB-DIVISION:H         REGION  : 22             DISTRICT: 84
```

**Work Location & Alignment**

```
DIV-STORE:01-0355      SUB-DIVISION:B         REGION  : 6             DISTRICT: 74
ADDRESS  :OPELIKA AL                          POSITION: District Manager
REQUESTOR:GDBURGE
```

## EVALUATIONS

[REDACTED]          2003-03-22   [REDACTED]        3.89

Overall Strength

DON IS A VERY GOOD COMMUNICATOR WITH ALL ASSOCIATES, LISTENS WELL TO ALL SUGGESTIONS. HE IS A FIRM BELIEVER IN THE OPEN DOOR, VERY GOOD ROLL MODEL FOR WAL-MART.  SETS HIGH STANDARDS FOR STORES, EXPECTATIONS RE REQUIRED AND DONE.  VERY CONSISTENT IN PERFORMANCE OF JOB.

Area Of Opportunity

REDUCE WEEKS ON HAND TO 5.   GET ALL STORES ON PICK-LIST TO 100% DAILY   IMPROVE COMP. SALES TO 8%

Addition Comments

[REDACTED]          2002-02-26   [REDACTED]        4.1

Overall Strength

Very good expense control for year.  Excellent improvement in profit, 6.24 vs. 5.30. Very good sense of urgency, Don always does what you ask him to do and managers respond well to his direction.  Sets and maintains high standards for his stores. Very good communicator, listener and coach - believes in "Open Door".

Area Of Opportunity

Keep store 733 in line with other supercenters profit - get the associates a stakeholders bonus.   Correct high UPI stores.

Addition Comments

## HONORS & AWARDS

[REDACTED]          [REDACTED]        [REDACTED]                        [REDACTED]

## W-M EDUCATON

| | [REDACTED] | | [REDACTED] |
|---|---|---|---|
| WALTON INSTITUE COACH | 1901-01-02 | ASSISTANT INFO MERCHANDISE | 1978-06-20 |
| FLOOR SETUP CREW | 1978-10-31 | FLOOR SETUP CREW | 1979-04-10 |
| FREIGHT SETUP SUPERVISOR | 1979-08-01 | FLOOR SETUP CREW | 1980-05-01 |
| FLOOR SETUP CREW | 1980-06-01 | ASSISTANT INFO OPERATIONS | 1980-11-01 |
| INVOICE PROCESSING | 1984-02-09 | WALTON INSTITUTE RETAILING | 1986-02-23 |
| WALTON INSTITUTE 2 | 1988-10-01 | WALTON INSTITUTE 2 | 1992-03-29 |
| BETTER HOME GARDEN CENTER | 1994-03-01 | INTERVIEW & SELECTION EXAM | 1994-04-01 |
| MGMT DEV PROG OPERATIONS | 1994-04-01 | MGMT DEV PROG MERCHANDISE | 1994-04-01 |
| MGMT DEV PROGRAM PEOPLE | 1994-04-01 | OPERATIONS PROCESS SEMINER | 1994-05-09 |
| PC TRAINING | 1994-08-10 | OPERATIONS PROCESS SEMINER | 1997-04-15 |
| Advanced Leadership | 1997-05-06 | MDS PI Training | 1997-09-03 |
| HIGH SHRINK | 1999-09-21 | HIGH SHRINK | 2000-07-11 |
| Food Merchant Dev. Seminar | 2001-10-08 | | |
| MTP Phase 2 Introduction | 2003-10-10 | | |

## LICENSES AND CERTIFICATES

[REDACTED]          [REDACTED]        [REDACTED]                        [REDACTED]

## ASSOCIATE STATUS HISTORY

| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |
|---|---|---|---|
| Hire | Existing Position | 1975-05-20 | |
| Promotion | Promotion | 1977-07-21 | |
| Promotion | Promotion | 1978-01-28 | |
| Pay Rate Change | Promotion | 1978-06-03 | |
| Pay Rate Change | Promotion | 1979-08-25 | |
| Pay Rate Change | Promotion | 1980-08-09 | |
| Promotion | Promotion | 1984-03-17 | |
| Pay Rate Change | Promotion | 1986-02-01 | |
| Pay Rate Change | Promotion | 1989-05-06 | |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00016

## ASSOCIATE POSITION HISTORY

[REDACTED]          [REDACTED]                                         [REDACTED]

| | | | |
|---|---|---|---|
| 010190 KENNETT MO | MO 999000 - Field Hrly | 1975-05-20 |
| 010190 KENNETT MO | MO 046000 - Trainee Hourly | 1977-07-21 |
| 010074 OSCEOLA AR | AR 046000 - Trainee Hourly | 1978-01-28 |
| 010074 OSCEOLA AR | AR 043000 - Asst Manager | 1978-06-03 |
| 010285 HUNTSVILLE TX | TX 043000 - Asst Manager | 1979-08-25 |
| 010211 HILLSBORO TX | TX 040000 - Manager | 1980-08-09 |
| 010746 TEMPLE TX | TX 040000 - Manager | 1984-03-17 |
| 018033 BENTONVILLE | AR 000100 - Management | 1986-02-01 |
| 010471 LANCASTER, TX | TX 040000 - Manager | 1987-01-31 |

**Wal-Mart Confidential**

WM/Ayers
00001

```
SSN        ███████        EMPLID   :38989      NAME    : Bost II,Donald R
BIRTHDATE:1955-07-15      HIRE     :1975-05-20 REHIRE  :
Charge Location & Alignment
DIV-STORE:01-8034    SUB-DIVISION:H        REGION  : 22         DISTRICT: 84
Work Location & Alignment
DIV-STORE:01-0355    SUB-DIVISION:B        REGION  : 6          DISTRICT: 74
ADDRESS  :OPELIKA AL                       POSITION: District Manager
REQUESTOR:GDBURGE
```

```
   018033  BENTONVILLE        AR 813145 - District Manager       1989-05-06
   018034  BENTONVILLE        AR 813145 - District Manager       1990-01-27
   019109  BENTONVILLE        AR 813145 - District Manager       1993-08-07
   019109  ALEXANDER CITY AL  AL 813145 - District Manager       1994-02-19
   018034  OPELIKA AL         AL 813145 - District Manager       2001-01-27
```

**ASSOCIATE COMPENSATION HISTORY**

 

**PERSONAL INFORMATION**

USA    White                                    Male

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00017

Wal-Mart Confidential

WM/Ayers
00002

Exhibit 9

because of cut Hours this is
The check. Plaintiff received.

Plaintiff was dinies unemployme
and Defendant (Perjure Themselves)
* "Deliberately" cutting Off all
income.

Exhibit 9

WAL ★ MART
702 S.W. 8th St. BENTONVILLE, ARKANSAS 72716

WAL★MART

BANK OF BENTONVILLE
BENTONVILLE, ARKANSAS

81-701
829

PAY TO
THE ORDER OF WANDA D AYERS

DATE 06-08-2006

CHECK VOID IF NOT CASHED
90 DAYS FROM DATE OF CHECK

PAY THIS AMOUNT
*****75*

SEVENTY-FIVE CENTS

CHECK NUMBER
013711036

01 WS 0356 01    0911   H0356
WANDA D AYERS
1945 CO RD 57
NOTASULGA        AL 36866

Senior Vice President, Finance and Treasurer

"THIS DOCUMENT CONTAINS A COLORED BACKGROUND ON FACE AND ARTIFICIAL WATERMARK ON BACK - HOLD AT ANGLE TO VIEW"

"013711036" :08290701: 193418571"

MONTGOMERY, AL 361
PM
11 AUG

Wanda Ayers
1420 Pauline St
New Orleans, LA 70117

70117+5806

SEQ: M524214

WANDA D AYERS

WAL ★ MART
702 S.W. 8th St.
Bentonville, AR 72716

| DESCRIPTION | RATE | HOURS | EARNINGS | SOCIAL SECURITY # | FEDERAL TAX | |
|---|---|---|---|---|---|---|
| REGULAR EARNING | 77700 | 799 | 6208 | 045504379I | AUBURN | 23561 |
| OVERTIME EARN | | | | SOCIAL SECURITY | 215 | 28172 |
| OVERTIME EARN | | | | 305672INS LIFE | 64 | 3935 |
| SICK PAY | | | | 800INS MEDICAL C* | 365 | 2415 |
| HOLIDAY PAY | | | | 9340INS DENTAL C * | 3325 | 23142 |
| CO. STK. CONT | | | | 61B5CRED GARN CGPN | 00 | 2100 |
| PERSONAL TIME | | | | 22SCO STK CONT | 225 | 62676 |
| SUNDAY PREMIUM | | | | 9125STOCK PURCH | 225 | 225 |
| STAKEHOLDER | | | | 728SSAMS ADVAN CRD | 1500 | 1500 |
| VAC HRS AVAIL | | 7945 | | 5652IALABAMA | 384 | 2688 |
| SICK HRS AVAIL | | 495 | | | 00 | 11068 |

CURRENT
YEAR TO DATE

YEAR TO DATE STOCK PURCHASE DEDUCTIONS START OVER THIS CHECK

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 30355 | 279 | 1B496 | 75 |
| 3467141 | | 118496 | 221889 |

01WS

OIMS

SOCIAL SECURITY #

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

PAY PERIOD 08-07-2004
01-24-2004

013711036





Wanda Ayers
1430 Pauline St
New Orleans, LA 70117

MONTGOMERY, AL 361
11 AUG
PM



6400 0030 XW RP  07  0008392 10042004 NNNNNNYN
October 3, 2004
Account Number: 501 7410 016085401
JOSEPHINE AYERS

Page 3 of 5

## Payments

| Date | Type | Amount |
|---|---|---|
| 09/13/04 | PAYMENT - THANK YOU | -50.00 |
| 09/20/04 | PAYMENT - THANK YOU | -241.00 |
| **Total Payments Received** | | **$-291.00** |

## Adjustments

| Date | Type | Amount |
|---|---|---|
| 10/03/04 | PROCESS FEE-NO PAY BY PREV DUE DATE | 1.25 |
| **Total Adjustments** | | **$1.25** |

## Cox Digital Telephone Service

Telephone Service for
504-945-8781

| Monthly Telephone Service from Oct 7 to Nov 6 | Quantity | Amount |
|---|---|---|
| CONTROL PLUS | 1 | 9.95 |
| FCC ACCESS CHARGE | 1 | 6.50 |
| BASIC MONTHLY SERVICE | 1 | 11.37 |
| NUMBER PORTABILITY FEE | 1 | 0.35 |
| **Total Monthly Telephone Service** | | **$28.17** |

| Telephone Usage Charges | | |
|---|---|---|
| Cox Long Distance | 2 | -0.30 |
| **Total Telephone Usage Charges** | | **$-0.30** |

| **Total Telephone Service for 504-945-8781** | | **$27.87** |
|---|---|---|

| **Total Cox Digital Telephone Service** | | **$27.87** |
|---|---|---|

## Call Detail for 504-945-8781

Cox Long Distance

| Date | Time | Place | Number | Rate/Time | Min:Sec | Amount |
|---|---|---|---|---|---|---|
| August 10 | 03:45P | AUBURN, AL | 334-821-2493 | DD/D | 2:00 | -$0.20 |
| August 10 | 03:47P | AUBURN, AL | 334-821-2493 | DD/D | 1:00 | -$0.10 |
| **Total Cox Long Distance** | | | | | 3:00 | -$0.30 |

Rate Codes

DD = Direct Dialed
OS = Operator Station/Station
CP = Calling Card Person/Person
OP = Operator Person/Person
CC = Calling Card
OC = Operator Collect
WC = WebConferencing

Time Codes

Domestic:    D = Day          E = Evening       N = Night/Weekend
International:R = Standard    T = Discount      Y = Economy          M = Mobile

*Indicates an Unregulated Telephony Charge

# Exhibit 28

Submission Connot be established
shows a conflict Both
Parties That The Plaintiff
Application was rejected
in April. ( See sum Exhibit 1 )

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00794

MTP Applications Received from Wanda D. Ayers

| ssn | store_number | district | first_name | mi | last_name | hire_date | race | dob | job_eff_date | submission_timestamp | jobdesc_area | status | beg_posting_date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 435046791 | 356 | 74 | WANDA | D | AYERS | 11/15/01 | African-American | 7/25/58 | 11/15/01 | 2/27/03 14:42 | assistant manager | Not Interviewing | |
| 435046791 | 356 | 74 | WANDA | D | AYERS | 11/15/01 | African-American | 7/25/58 | 11/15/01 | 7/21/03 22:06 | assistant manager | Not Reviewed | 7/14/03 |

Page 1 of 1

f.    Wal-Mart admits that the Plaintiff applied for the Management Training Program in January or February 2003, and again in July 2003. Except as explicitly admitted, the allegations of Paragraph (f) are denied.

g.    Wal-Mart admits that the Plaintiff applied for the Management Training Program in January or February 2003, and again in July 2003. Except as explicitly admitted, the allegations of Paragraph (g) are denied.

h.    Wal-Mart admits that Christy Fox, a Caucasian female; Mandy Dodd, a Caucasian female; and Marlon McGee, an African-American male, were selected for the Management Training Program and are younger than the Plaintiff. Wal-Mart further admits that Joey McAnally, a Caucasian male; Shane Bowers, a Caucasian male; and Sherita Buford, an African-American female, were selected for the Management Training Program based on applications submitted at times when the Plaintiff did not apply for the Management Training Program, and that they are younger than the Plaintiff. Finally, Wal-Mart admits that Michael Vorhees, a Caucasian male, was an assistant manager at Store # 356. Except as explicitly admitted, the allegations of Paragraph (h) are denied.

i.    Wal-Mart denies that the Plaintiff is entitled to the relief requested in Paragraph (i) or to any other relief. In further defense, Wal-Mart avers:

## FIRST DEFENSE

The Plaintiff's Complaint, in whole or in part, fails to state a claim for which relief may be granted.

2

2003 MTP Admittees
District # 74

## January 2003 Posting

| Birth Date | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date |
|---|---|---|---|---|---|---|---|
| 7/25/1965 | 74 | 1284 | CYNTHIA | M | CABRERA | Asian/Pacific Islander | 11/30/98 |
| 3/01/1973 | 74 | 355 | ALLISON | | GIL | Hispanic | 3/28/02 |
| 12/11/1978 | 74 | 356 | MARLON | T | MCGEE | African-American | 11/4/01 |
| 10/04/1977 | 74 | 356 | THOMAS | N | THOMPSON | Caucasian | 5/2/95 |
| 7/17/1977 | 74 | 356 | CHRISTINE | J | FOX | Caucasian | 5/4/00 |

## April 2003 Posting

| Birth Date | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date |
|---|---|---|---|---|---|---|---|
| 2/01/1975 | 74 | 356 | AMANDA | B | DODD | Caucasian | 12/26/91 |

Page 1 of 1

Wal-Mart/Ayers
Docs. Produced to Plaintiff

## MANAGEMENT TRAINING PROGRAM APPLICANTS
### Store #356 - Auburn, Alabama
### (April 2003)

| NAME | RACE | BIRTHDATE | STATUS |
|------|------|-----------|--------|
| Jimmie A. Crummie | African-American | 3/22/1958 | Not Interviewed |
| David E. Dixon | Caucasian | 4/17/1970 | Interviewed-Not Ready |
| Amanda B. Dodd | Caucasian | 2/1/1975 | Offer Accepted |
| Susan A. Herndon | Caucasian | 11/10/1979 | Offer Declined |
| Marcus L. Jackson | African-American | 7/27/1983 | Not Interviewed |
| Phillip M. Mann | Caucasian | 10/12/1957 | Not Interviewed |
| Ronald E. Peace | Caucasian | 7/2/1959 | Not Interviewed |
| Nathan T. Smith | Caucasian | 12/5/1978 | Rejected |
| Jennifer F. Turner | African-American | 4/15/1961 | Interviewed-Not Ready |
| Juniel A. Whitfield-Jones | African-American | 5/14/1981 | Not Interviewed |
| Elaine Wilson Hucherson | African-American | 7/11/1954 | Not Interviewed |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00089

## MANAGEMENT TRAINING PROGRAM APPLICANTS
### Store #356 - Auburn, Alabama
### (July 2003)

| NAME | RACE | BIRTHDATE | STATUS |
| --- | --- | --- | --- |
| Justin K. Annuk | Caucasian | 10/5/1981 | Not Interviewed |
| Wanda D. Ayers | African-American | 7/25/1958 | Not Interviewed |
| Anthony E. Cooper | Caucasian | 1/25/1980 | Not Interviewed |
| Jimmie A. Crummie | African-American | 3/22/1958 | Not Interviewed |
| David E. Dixon | Caucasian | 4/17/1970 | Not Interviewed |
| Shaniker R. Howard | African-American | 3/12/1980 | Rejected |
| Marcus L. Jackson | African-American | 7/27/1983 | Not Interviewed |
| Robert F. Key | Caucasian | 1/9/1979 | Rejected |
| Demitres M. Morris | African-American | 5/17/1982 | Not Interviewed |
| Shanica L. Pitts | African-American | 12/24/1981 | Not Interviewed |
| Donal K. Poe | Caucasian | 3/14/1978 | Not Interviewed |
| Juniel A. Whitfield-Jones | African-American | 5/14/1981 | Not Interviewed |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00090

WM/Ayers
00075

January 2003

| Birth Date | Status | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date | Effective Date | Min Crit Q3 | Gen Info Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/17/1978 | Not Interviewing | 74 | 355 | WENFORD | T | ANTHONY | African-American | 9/8/00 | 5/4/02 | Above Expectation | High School/GED |
| 8/19/1982 | Rejected | 74 | 355 | CATHERINE | | BARTON | Caucasian | 9/19/00 | 11/16/02 | Meets Expectation | High School/GED |
| 10/04/1961 | Not Interviewing | 74 | 355 | PATRICIA | M | BELLAMY | African-American | 3/26/02 | 3/26/02 | Above Expectation | High School/GED |
| 5/27/1981 | Rejected | 74 | 355 | JEREMY | D | BURNETTE | Caucasian | 5/10/00 | 11/9/02 | Above Expectation | High School/GED |
| 5/25/1971 | Rejected | 74 | 355 | ROBERT | M | BYRD | Caucasian | 4/11/02 | 4/11/02 | Above Expectation | High School/GED |
| 4/02/1970 | Not Interviewing | 74 | 355 | EARNESTINE | O | CALLAWAY | African-American | 11/16/01 | 8/10/02 | Meets Expectation | 2 Year College Degree |
| 11/01/1974 | Not Interviewing | 74 | 355 | NAKIA | | DORSEY | African-American | 4/9/94 | 7/13/02 | Above Expectation | High School/GED |
| 7/03/1958 | Not Interviewing | 74 | 355 | GARY | L | DURHAM | Caucasian | 4/23/02 | 10/5/02 | Meets Expectation | High School/GED |
| 3/01/1973 | Offer Accepted | 74 | 355 | ALLISON | | GIL | Hispanic | 3/28/02 | 10/19/02 | Above Expectation | High School/GED |
| 12/13/1966 | Not Interviewing | 74 | 355 | PAULA | B | HEARD | African-American | 11/21/00 | 11/21/00 | Meets Expectation | 4 Year College Degree |
| 4/17/1970 | Not Interviewing | 74 | 355 | KEVIN | D | MALSY | Caucasian | 5/2/97 | 4/6/02 | Meets Expectation | High School/GED |
| 6/02/1982 | Not Interviewing | 74 | 355 | DERRICK | E | MIDIKIFF | Caucasian | 4/23/02 | 8/24/02 | Above Expectation | High School/GED |
| 7/23/1964 | Offer Not Made | 74 | 355 | CHRISTIN | K | PHILLIPS | Caucasian | 4/25/02 | 8/8/02 | Meets Expectation | High School/GED |
| 8/02/1982 | Not Interviewing | 74 | 355 | IRENE | | PRESLEY | African-American | 6/11/90 | 6/13/98 | Above Expectation | High School/GED |
| 7/10/1972 | Not Interviewing | 74 | 356 | MATTHEW | J | SELF | Caucasian | 11/10/98 | 6/15/02 | Meets Expectation | 2 Year College Degree |
| 2/26/1973 | Offer Not Made | 74 | 356 | ROBERT | J | THOMAS | Caucasian | 11/20/96 | 11/9/02 | Above Expectation | High School/GED |
| 6/17/1978 | Not Interviewing | 74 | 355 | TIFFANY | S | TOLBERT | African-American | 5/30/97 | 7/1/00 | Above Expectation | 2 Year College Degree |
| 10/02/1965 | Rejected | 74 | 355 | TEMEKA | | WASHINGTON | African-American | 4/6/00 | 1/19/02 | Above Expectation | High School/GED |
| 12/19/1970 | Not Interviewing | 74 | 355 | GERALDINE | P | WILLIAMS | African-American | 2/17/94 | 11/23/02 | Meets Expectation | High School/GED |
| 10/05/1981 | Not Interviewing | 74 | 356 | JUSTIN | K | ANNIUK | Caucasian | 7/6/98 | 9/28/02 | Above Expectation | High School/GED |
| 7/25/1958 | Not Interviewing | 74 | 356 | WANDA | D | AYERS | African-American | 11/15/01 | 11/15/01 | Meets Expectation | High School/GED |
| 3/22/1958 | Not Interviewing | 74 | 356 | JIMMIE | L | CRUMMIE | African-American | 10/2/01 | 6/1/02 | Meets Expectation | High School/GED |
| 4/17/1970 | Not Interviewing | 74 | 356 | DAVID | E | DIXON | Caucasian | 4/4/02 | 10/19/02 | Above Expectation | 4 Year College Degree |
| 7/17/1977 | Offer Pending RPM Approved | 74 | 356 | CHRISTINE | J | FOX | Caucasian | 5/4/00 | 12/8/01 | Meets Expectation | High School/GED |
| 2/06/1973 | Not Interviewing | 74 | 356 | JIMMY | L | JACKSON | African-American | 4/19/99 | 12/28/02 | Above Expectation | 2 Year College Degree |
| 7/27/1983 | Not Interviewing | 74 | 356 | MARCUS | L | JACKSON | African-American | 8/29/01 | 7/6/02 | Above Expectation | 2 Year College Degree |
| 2/26/1983 | Not Interviewing | 74 | 356 | ADAM | S | LEVER | Caucasian | 9/4/01 | 9/4/01 | Above Expectation | High School/GED |
| 8/03/1982 | Rejected | 74 | 356 | WILLIAM | D | MCELRATH | African-American | 6/15/00 | 8/24/02 | Above Expectation | High School/GED |
| 12/11/1978 | Offer Accepted | 74 | 356 | MARLON | F | MCGEE | African-American | 11/4/01 | 11/4/01 | Above Expectation | High School/GED |
| 10/04/1977 | Offer Accepted | 74 | 356 | THOMAS | N | THOMPSON | Caucasian | 5/2/95 | 6/23/01 | Above Expectation | 4 Year College Degree |
| 4/15/1961 | Rejected | 74 | 356 | JENNIFER | R | TURNER | African-American | 10/19/00 | 10/21/00 | Meets Expectation | High School/GED |
| 6/17/1971 | Not Interviewing | 74 | 356 | DIMITRI | A | WASHINGTON | African-American | 7/26/00 | 10/21/00 | Above Expectation | 4 Year College Degree |
| 1/06/1960 | Offer Not Made | 74 | 733 | SHARON | A | JOHNSON | Caucasian | 5/20/97 | 4/20/02 | Above Expectation | High School/GED |
| 6/17/1945 | Not Interviewing | 74 | 733 | LAVERNE | S | TEMPLETON | Caucasian | 5/6/02 | 10/12/02 | Above Expectation | High School/GED |
| 12/21/1957 | Not Interviewing | 74 | 733 | TAMMY | W | WALLS | Caucasian | 11/7/01 | 10/12/02 | Meets Expectation | High School/GED |
| 3/13/1953 | Rejected | 74 | 1057 | BARBARA | J | HAMILTON | African-American | 9/9/94 | 8/2/97 | Meets Expectation | 2 Year College Degree |
| 9/30/1975 | Rejected | 74 | 1057 | MONICA | | KELLEY | Caucasian | 10/5/01 | 3/30/02 | Above Expectation | High School/GED |
| 9/11/1983 | Not Interviewing | 74 | 1057 | ERICA | L | ROBINSON | Caucasian | 8/1/01 | 5/4/02 | Above Expectation | High School/GED |
| 4/02/1964 | Not Interviewing | 74 | 1057 | LINDA | K | BATSON | Caucasian | 8/6/98 | 8/31/02 | Above Expectation | High School/GED |
| 1/24/1966 | Rejected | 74 | 1284 | MELISSA | J | BEAUCAMP | Caucasian | 4/4/00 | 12/22/01 | Meets Expectation | High School/GED |
| 4/05/1963 | Not Interviewing | 74 | 1284 | YVONDA | S | BOLTON | African-American | 10/1/01 | 11/2/02 | Meets Expectation | High School/GED |
| 10/07/1969 | Not Interviewing | 74 | 1284 | LEWIS | | BRADLEY | Caucasian | 9/30/97 | 8/10/02 | Meets Expectation | High School/GED |
| 5/31/1963 | Not Interviewing | 74 | 1284 | MYRIAM | M | BROOKINS | Caucasian | 4/8/97 | 9/8/01 | Meets Expectation | High School/GED |
| 8/10/1970 | Offer Not Made | 74 | 1284 | JAMES | C | BROWN | Caucasian | 4/29/99 | 11/2/02 | Meets Expectation | High School/GED |
| 1/21/1970 | Not Interviewing | 74 | 1284 | SHANNON | L | BROWN | Caucasian | 2/4/97 | 11/11/00 | Above Expectation | High School/GED |
| 7/25/1965 | Offer Accepted | 74 | 1284 | JEFFREY | D | BYRD | Caucasian | 9/8/99 | 8/25/01 | Meets Expectation | High School/GED |
| | | 74 | 1284 | CYNTHIA | M | CABRERA | Asian/Pacific Islander | 11/30/98 | 6/16/01 | Above Expectation | High School/GED |

Page 1 of 2

January 2003

| Birth Date | Status | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date | Effective Date | Min Crit Q3 | Gen Info Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/1967 | Not Interviewing | 74 | 1284 | LORNA | M | CARTER | African-American | 7/9/98 | 12/29/01 | Above Expectation | High School/GED |
| 8/12/1974 | Not Interviewing | 74 | 1284 | HEATHER | | CATRON | Caucasian | 4/9/02 | 9/21/02 | Above Expectation | High School/GED |
| 4/21/1978 | Rejected | 74 | 1284 | JACQUISE | J | COOK | Caucasian | 10/2/96 | 8/1/98 | Above Expectation | High School/GED |
| 8/12/1959 | Offer Not Made | 74 | 1284 | JOANN | O | DAVIS | African-American | 11/12/99 | 8/17/02 | Above Expectation | High School/GED |
| 7/17/1965 | Not Interviewing | 74 | 1284 | DANA | R | FIX | African-American | 4/10/89 | 8/1/98 | Above Expectation | 2 Year College Degree |
| 2/24/1965 | Not Interviewing | 74 | 1284 | STEPHEN | W | FORD | Caucasian | 4/8/00 | 8/24/02 | Above Expectation | High School/GED |
| 5/08/1968 | Not Interviewing | 74 | 1284 | ERNEST | T | GREAVES | Caucasian | 8/2/00 | 6/23/01 | Meets Expectation | High School/GED |
| 9/15/1963 | Rejected | 74 | 1284 | JULIA | L | HODGE | Caucasian | 7/15/98 | 3/3/01 | Meets Expectation | High School/GED |
| 5/06/1965 | Not Interviewing | 74 | 1284 | ALICE | M | MCGEE | African-American | 3/25/00 | 9/9/00 | Meets Expectation | High School/GED |
| 10/12/1957 | Not Interviewing | 74 | 1284 | JENNIFER | A | MCNAIR | African-American | 8/30/95 | 1/15/00 | Above Expectation | High School/GED |
| 1/24/1954 | Rejected | 74 | 1284 | RUTHIE | L | NALL | Caucasian | 11/25/97 | 2/28/98 | Above Expectation | High School/GED |
| 4/02/1963 | Offer Not Made | 74 | 1284 | BRENDA | L | PERCY | African-American | 11/5/86 | 7/28/01 | Meets Expectation | High School/GED |
| 5/25/1954 | Not Interviewing | 74 | 1284 | RUSSELL | D | RUHLAND | African-American | 10/31/95 | 3/13/99 | Above Expectation | High School/GED |
| 10/12/1957 | Not Interviewing | 74 | 1284 | TERI | L | SANS | Caucasian | 6/25/98 | 6/30/01 | Meets Expectation | High School/GED |
| 6/01/1978 | Not Interviewing | 74 | 1284 | KENYATTA | Y | SCANDRETT | Caucasian | 8/3/98 | 9/14/02 | Meets Expectation | 4 Year College Degree |
| 9/27/1968 | Not Interviewing | 74 | 1284 | JOAN | | WHITLEY | African-American | 11/27/02 | 11/27/02 | Meets Expectation | 2 Year College Degree |
| 6/09/1967 | Offer Not Made | 74 | 1284 | JUNE | | WILEY | African-American | 2/20/89 | 11/11/00 | Above Expectation | High School/GED |
| 4/05/1978 | Not Interviewing | 74 | 1311 | TYRONE | D | BASKIN | African-American | 1/30/97 | 8/28/99 | Above Expectation | High School/GED |
| 12/23/1977 | Not Interviewing | 74 | 1311 | KEVIN | M | BATES | African-American | 10/3/97 | 4/27/02 | Above Expectation | High School/GED |
| 11/18/1965 | Not Interviewing | 74 | 1311 | GERALDINE | L | COX | Caucasian | 10/2/89 | 10/18/97 | Meets Expectation | High School/GED |
| 9/20/1955 | Offer Not Made | 74 | 1311 | EARL | | DUPASS | African-American | 8/16/01 | 8/16/01 | Meets Expectation | High School/GED |
| 1/31/1953 | Not Interviewing | 74 | 1311 | ROBERT | P | HANCOCK | Caucasian | 7/21/98 | 8/31/02 | Meets Expectation | High School/GED |
| 9/21/1959 | Not Interviewing | 74 | 1311 | DONNA | R | HARRIS | Caucasian | 7/9/98 | 7/28/01 | Above Expectation | 4 Year College Degree |
| 12/02/1972 | Not Interviewing | 74 | 1311 | LARHONDA | M | JACKSON | African-American | 8/17/99 | 3/2/02 | Above Expectation | High School/GED |
| 7/23/1982 | Not Interviewing | 74 | 1311 | ASHLEY | D | JOINER | Hispanic | 8/29/00 | 10/27/01 | Above Expectation | High School/GED |
| 3/08/1969 | Not Interviewing | 74 | 1311 | EMERSON | S | LUSANE | African-American | 6/8/98 | 4/20/02 | Above Expectation | High School/GED |
| 5/27/1981 | Not Interviewing | 74 | 1311 | DENISE | D | MANCE | African-American | 9/11/01 | 9/11/01 | Meets Expectation | High School/GED |
| 3/18/1966 | Not Interviewing | 74 | 1311 | BILLY | A | MILLER | Caucasian | 7/12/01 | 6/8/02 | Above Expectation | High School/GED |
| 1/01/1977 | Rejected | 74 | 1311 | CHRISTINA | D | MONFORT | Caucasian | 3/6/00 | 9/7/02 | Above Expectation | High School/GED |
| 3/06/1981 | Rejected | 74 | 1311 | EMILY | F | POUSHYK | Caucasian | 7/2/02 | 10/19/02 | Above Expectation | High School/GED |
| 10/14/1964 | Not Interviewing | 74 | 1311 | VALENCIA | D | VENABLE | African-American | 10/8/97 | 1/27/01 | Meets Expectation | High School/GED |
| 1/06/1963 | Rejected | 74 | 1311 | HANNAH | O | VICKERY | Caucasian | 8/21/01 | 4/13/02 | Above Expectation | High School/GED |
| 9/07/1974 | Rejected | 74 | 1311 | TOBIE | D | WOODDELL | Caucasian | 2/13/02 | 7/2/02 | Meets Expectation | High School/GED |
| 3/16/1947 | Rejected | 74 | 1311 | GERALDINE | | YOUNG | African-American | 6/4/96 | 11/4/00 | Above Expectation | High School/GED |
| 6/26/1971 | Not Interviewing | 74 | 1338 | CORNELIUS | A | REDDING | African-American | 3/31/99 | 6/23/01 | Meets Expectation | High School/GED |
| 12/18/1953 | Not Interviewing | 74 | 1338 | ROBERT | L | ROLLINS | African-American | 8/22/94 | 7/20/02 | Meets Expectation | 2 Year College Degree |
| 9/16/1972 | Not Interviewing | 74 | 1338 | TAMMY | | SIMMONS | African-American | 2/29/00 | 1/4/03 | Meets Expectation | High School/GED |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00809

April 2003

| Birth Date | Status | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date | Effective Date | Min Crit Q3 | Gen Info Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/04/1975 | Not Reviewed | 74 | 355 | MICHAEL | A | BOONE | African-American | 9/21/98 | 1/18/03 | Meets Expectation | 2 Year College Degree |
| 4/12/1950 | Not Reviewed | 74 | 355 | JAMES | L | MCCALL | Caucasian | 11/11/85 | 10/13/01 | Meets Expectation | 4 Year College Degree |
| 12/31/1970 | Not Reviewed | 74 | 355 | KEVIN | | MEETZE | Caucasian | 3/7/94 | 3/15/03 | Meets Expectation | High School/GED |
| 1/20/1981 | Not Reviewed | 74 | 355 | JOSHUA | M | O'NEAL | Caucasian | 3/11/03 | 3/15/03 | Meets Expectation | High School/GED |
| 3/22/1958 | Not Reviewed | 74 | 356 | JIMMIE | A | CRUMMIE | African-American | 10/2/01 | 3/1/03 | Meets Expectation | 4 Year College Degree |
| 4/17/1970 | Interviewed-NotReady | 74 | 356 | DAVID | E | DIXON | Caucasian | 10/2/01 | 3/1/03 | Meets Expectation | 2 Year College Degree |
| 2/01/1975 | Offer Accepted | 74 | 356 | AMANDA | B | DODD | Caucasian | 4/4/02 | 4/19/03 | Above Expectation | 2 Year College Degree |
| 11/10/1979 | Offer Declined | 74 | 356 | SUSAN | A | HERNDON | Caucasian | 12/26/91 | 11/9/02 | Above Expectation | 2 Year College Degree |
| 7/27/1983 | Not Reviewed | 74 | 356 | MARCUS | L | JACKSON | Caucasian | 6/23/98 | 2/17/01 | Above Expectation | 4 Year College Degree |
| 10/12/1957 | Not Reviewed | 74 | 356 | PHILLIP | M | MANN | African-American | 8/29/01 | 7/6/02 | Meets Expectation | High School/GED |
| 7/02/1959 | Not Reviewed | 74 | 356 | RONALD | E | PEACE | Caucasian | 8/27/02 | 2/1/03 | Meets Expectation | High School/GED |
| 12/05/1978 | Rejected | 74 | 356 | NATHAN | T | SMITH | Caucasian | 2/14/01 | 9/8/01 | Meets Expectation | High School/GED |
| 4/15/1961 | Interviewed-NotReady | 74 | 356 | JENNIFER | F | TURNER | African-American | 4/14/01 | 11/23/02 | Below Expectation | High School/GED |
| 5/14/1981 | Not Reviewed | 74 | 356 | JUNIEL | A | WHITFIELD JONES | African-American | 10/19/00 | 10/21/00 | Above Expectation | 2 Year College Degree |
| 7/11/1954 | Not Reviewed | 74 | 356 | ELAINE | | WILSON HUCHERSON | African-American | 8/7/00 | 11/25/00 | Above Expectation | High School/GED |
| 1/06/1961 | Not Reviewed | 74 | 733 | SHARON | A | JOHNSON | African-American | 2/12/02 | 2/12/02 | Meets Expectation | 2 Year College Degree |
| 1/23/1978 | Not Reviewed | 74 | 733 | FREDERIC | J | LEONARD | Caucasian | 5/2/97 | 4/20/02 | Above Expectation | 2 Year College Degree |
| 12/21/1957 | Not Reviewed | 74 | 733 | TAMMY | W | WALLS | African-American | 8/9/01 | 1/27/02 | Above Expectation | High School/GED |
| 4/02/1964 | Not Reviewed | 74 | 1284 | LINDA | K | BATSON | Caucasian | 11/7/01 | 10/12/02 | Above Expectation | High School/GED |
| 3/22/1958 | Not Reviewed | 74 | 1284 | THOMAS | N | BORGER | Caucasian | 8/6/98 | 8/31/02 | Above Expectation | High School/GED |
| 10/07/1969 | Not Reviewed | 74 | 1284 | LEWIS | S | BRADLEY | Caucasian | 2/17/01 | 2/17/01 | Above Expectation | High School/GED |
| 8/10/1970 | Not Reviewed | 74 | 1284 | SHANNON | L | BROWN | Caucasian | 9/30/97 | 3/1/03 | Meets Expectation | High School/GED |
| 12/23/1977 | Not Reviewed | 74 | 1284 | ERNEST | T | GREAVES | Caucasian | 9/24/97 | 11/11/00 | Above Expectation | High School/GED |
| 10/15/1959 | Not Reviewed | 74 | 1311 | KEVIN | M | BATES | Caucasian | 8/2/00 | 8/24/02 | Meets Expectation | High School/GED |
| 9/21/1959 | Interviewed-NotReady | 74 | 1311 | CAROLINE | | HARPER | Caucasian | 10/3/97 | 4/27/02 | Above Expectation | High School/GED |
| 3/08/1969 | Not Reviewed | 74 | 1311 | DONNA | R | HARRIS | Caucasian | 3/7/96 | 3/27/99 | Above Expectation | High School/GED |
| 3/26/1962 | Not Reviewed | 74 | 1311 | EMERSON | S | LUSANE | Caucasian | 7/9/98 | 7/28/01 | Above Expectation | 2 Year College Degree |
| 9/16/1972 | Not Reviewed | 74 | 1311 | AILESA | A | PAGAN | Caucasian | 6/8/98 | 4/20/02 | Above Expectation | High School/GED |
| | | 74 | 1338 | TAMMY | | SIMMONS | African-American | 2/29/00 | 1/4/03 | Meets Expectation | High School/GED |

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00810

July 2003

| Birth Date | Status | DIST. | STORE | First Name | M.I. | Last Name | Race | Hire Date | Effective Date | Min Crit Q3 | Gen Info Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/1961 | Not Reviewed | 74 | 355 | ESTHER | M | BRADFORD | Caucasian | 9/20/01 | 11/16/02 | Above Expectation | High School/GED |
| 2/02/1974 | Not Reviewed | 74 | 355 | CHRISTOPHER | G | FICARRA | Caucasian | 3/28/02 | 3/8/03 | Above Expectation | High School/GED |
| 7/13/1975 | Not Reviewed | 74 | 355 | TRACY | D | HENDERSON | Caucasian | 11/10/00 | 5/24/03 | Above Expectation | High School/GED |
| 12/31/1970 | Not Reviewed | 74 | 355 | KEVIN | | MEETZE | Caucasian | 3/7/94 | 5/24/03 | Meets Expectation | High School/GED |
| 1/20/1981 | Not Reviewed | 74 | 355 | JOSHUA | M | O NEAL | Caucasian | 3/11/03 | 3/15/03 | Meets Expectation | High School/GED |
| 2/26/1978 | Not Reviewed | 74 | 355 | TIFFANY | S | TOLBERT | African-American | 5/30/97 | 7/1/00 | Above Expectation | 4 Year College Degree |
| 10/05/1981 | Not Reviewed | 74 | 356 | JUSTIN | K | ANNUK | Caucasian | 7/6/98 | 9/28/02 | Meets Expectation | 2 Year College Degree |
| 7/25/1958 | Not Reviewed | 74 | 356 | WANDA | D | AYERS | African-American | 11/15/01 | 11/15/01 | Meets Expectation | High School/GED |
| 1/25/1980 | Not Reviewed | 74 | 356 | ANTHONY | E | COOPER | Caucasian | 4/23/02 | 10/19/02 | Above Expectation | 4 Year College Degree |
| 3/22/1958 | Not Reviewed | 74 | 356 | JIMMIE | A | CRUMMIE | African-American | 10/2/01 | 3/1/03 | Meets Expectation | High School/GED |
| 4/17/1970 | Not Reviewed | 74 | 356 | DAVID | E | DIXON | Caucasian | 4/4/02 | 4/19/03 | Above Expectation | 2 Year College Degree |
| 3/12/1980 | Rejected | 74 | 356 | SHANIKER | R | HOWARD | African-American | 8/20/02 | 9/7/02 | Above Expectation | 2 Year College Degree |
| 7/27/1983 | Not Reviewed | 74 | 356 | MARCUS | L | JACKSON | African-American | 8/29/01 | 7/6/02 | Meets Expectation | High School/GED |
| 1/09/1979 | Rejected | 74 | 356 | ROBERT | F | KEY | Caucasian | 5/19/03 | 5/19/03 | Above Expectation | High School/GED |
| 5/17/1982 | Not Reviewed | 74 | 356 | DEMITRES | M | MORRIS | African-American | 8/1/00 | 6/9/01 | Meets Expectation | High School/GED |
| 12/24/1981 | Not Reviewed | 74 | 356 | SHANICA | L | PITTS | African-American | 10/7/02 | 4/12/03 | Above Expectation | High School/GED |
| 3/14/1978 | Not Reviewed | 74 | 356 | DONALD | K | POE | Caucasian | 5/21/03 | 5/21/03 | Meets Expectation | High School/GED |
| 5/14/1981 | Not Reviewed | 74 | 356 | JUNIEL | A | WHITFIELD JONES | African-American | 8/7/00 | 11/25/00 | Above Expectation | High School/GED |
| 2/04/1980 | Not Reviewed | 74 | 1284 | JERRY | R | BE BEAU | Caucasian | 6/9/98 | 3/29/03 | Meets Expectation | 2 Year College Degree |
| 7/26/1983 | Not Reviewed | 74 | 1284 | MELISSA | | BELLAMY | African-American | 2/12/02 | 2/12/02 | Meets Expectation | High School/GED |
| 9/15/1981 | Not Reviewed | 74 | 1284 | TIFFANY | | BOOKER | Caucasian | 2/12/02 | 2/12/02 | Meets Expectation | High School/GED |
| 5/08/1968 | Not Reviewed | 74 | 1284 | ERNEST | T | GREAVES | Caucasian | 8/2/00 | 8/24/02 | Above Expectation | High School/GED |
| 8/06/1964 | Not Reviewed | 74 | 1284 | MERKEITA | A | MITCHELL | African-American | 4/9/02 | 4/9/02 | Meets Expectation | High School/GED |
| 9/20/1955 | Not Reviewed | 74 | 1311 | EARL | L | DUPASS | African-American | 8/16/01 | 8/16/01 | Meets Expectation | 4 Year College Degree |
| 10/15/1959 | Not Reviewed | 74 | 1311 | CAROLINE | | HARPER | Caucasian | 3/7/96 | 3/27/99 | Meets Expectation | 2 Year College Degree |
| 10/26/1966 | Not Reviewed | 74 | 1311 | ZABRENDA | A | LANGDON | Caucasian | 5/9/01 | 10/26/02 | Meets Expectation | High School/GED |
| 11/27/1959 | Not Reviewed | 74 | 1338 | JERRY | R | CARTER | African-American | 12/9/02 | 12/28/02 | Above Expectation | 2 Year College Degree |
| 10/06/1982 | Not Reviewed | 74 | 1338 | ROBERT | P | FRANKO | Caucasian | 1/18/01 | 3/22/03 | Meets Expectation | 2 Year College Degree |
| 12/18/1953 | Not Reviewed | 74 | 1338 | ROBERT | L | ROLLINS | African-American | 8/22/94 | 7/20/02 | Meets Expectation | High School/GED |

Page 1 of 1

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00811

Exhibit 32

1. Amanda Dodd education Level
   when hired is 10th graded

   Plaintiff has 2 years of college

2. Amanda Dodd is said to have
   Supervisory Skill but are not
   listed in her Profile

   Plaintiff had her own business
   And was a supervisor of infants
   to adults.

aaaaa

## Associate History Profile [HPRO]

| | | | | |
|---|---|---|---|---|
| SSN █████████ | EMPLID :186418 | NAME | : Dodd,Amanda | |
| BIRTHDATE:1975-02-01 | HIRE :1991-12-26 | REHIRE | : | |

**Charge Location & Alignment**

DIV-STORE:01-0355     SUB-DIVISION:B          REGION : 6          DISTRICT: 74

**Work Location & Alignment**

DIV-STORE:01-0355     SUB-DIVISION:B          REGION : 6          DISTRICT: 74
ADDRESS :OPELIKA AL                          POSITION: Asst Manager
REQUESTOR:GDBURGE

### EVALUATIONS

█████████████     2003-10-04     ████████     4.4

   Overall Strength
     VERY KMOWLEDGEABLE ABOUT ALL ASPECTS OF WAL-MART, GREAT; COMMUNICATION SKILLS.;
     MANDY'S BEST ASSET IS HER ABILITY TO BE A PEOPLE PERSON.; SHE WILL BE A GREAT ASSET
     TO WAL-MART AS A MANAGER.
   Area Of Opportunity
     GET OUT ON SALESFLOOR, CBWA, SHARE WHAT YOU KNOW WITH THE; ASSOCIATES.
   Addition Comments

████████████████          ████████

### HONORS & AWARDS

████████          ████     ████████                    ████

### W-M EDUCATON

████                      ████     ████
LEADERSHIP SKILLS 101     2003-09-09  Food School              2004-02-24
MTP Phase 2 Introduction  2003-10-18  MTP 2 People 1           2004-01-03
MTP 2 Operations 1        2004-01-03  MTP 2 Merchandise 1      2004-01-03

### LICENSES AND CERTIFICATES

██████          ███████████          ██████████     ███████████
SERVSAF         ServSafe Certification  2003-09-11    2008-09-11

### ASSOCIATE STATUS HISTORY

████████            ████████          ████          █████████████
Hire                Existing Position  1991-12-26
Pay Rate Change     Promotion          2003-06-14
Pay Rate Change     Promotion          2003-10-18

### ASSOCIATE POSITION HISTORY

████                                                        ████
010356 AUBURN AL          AL 999000 - Field Hrly            1991-12-26
011284 PHENIX CITY AL     AL 046010 - Trainee Hourly        2003-06-14
010355 OPELIKA AL         AL 043000 - Asst Manager          2003-10-18

### ASSOCIATE COMPENSATION HISTORY

████     ████     ██████     ████     ████     █████     ██████          ████

### PERSONAL INFORMATION

████ USA          ████████ ████████     ████████ Female
████     White

Wal-Mart/Ayers
Docs. Produced to Plaintiff
00091

WM/Ayers
00076

Exhibit 40

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Wanda Ayers<br>c/o Carolyn Ayers Mays<br>3401 Robey Terrace Apt 304<br>Silver Spring, MD 20904 | From:  Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South<br>Birmingham, AL 35205 |

[ ]  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2004-00046 | Charles A. Hullett,<br>Investigator | (205) 212-2109 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosure(s)

_____
Bernice  Williams-Kimbrough,
District Director

8/25/04
*(Date Mailed)*

cc:  WAL MART STORES INC.
c/o Alan D. Mathis
Johnson Barton Proctor and Powell
1901 6th Ave No.
Birmingham, AL 35203-2618

Exhibit 44 and 48

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,        )
                           )
        Plaintiff,         )
                           )
v.                         )        Civil Action No.: 3:04cv1002-T
                           )
WAL-MART CORPORATION,      )
                           )
        Defendant.         )
                           )

---

## BRIEF IN SUPPORT OF DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

Jennifer F. Swain (ASB-7761-I67-J)
E-mail: jfs@jbpp.com
Alan D. Mathis (ASB-8922-A59M)
E-mail: adm@jbpp.com
Attorneys for Defendant
Wal-Mart Stores East, LP
**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## II.    STATEMENT OF FACTS[1]

The Plaintiff, Wanda Ayers, was hired by Wal-Mart Store #356 in Auburn, Alabama on November 15, 2001. (Exh. A p. 113, lines 10-15). The Plaintiff worked for Wal-Mart as an overnight stocker. (Exh. A p. 13, lines 16-22).

Openings for hourly supervisory positions at Store #356, such as department manager and support manager, are posted in the store so that interested associates can apply for the positions. (Exh. A p. 125, lines 4-10; Exh. C ¶ 11). During her employment with Wal-Mart, the Plaintiff never applied for any of these posted hourly supervisory positions, nor did she seek any hourly role other than her position as an overnight stocker. (Exh. A p. 125, lines 11-23 to p. 126, lines 1-10). However, the Plaintiff submitted an application to Wal-Mart's MTP during the January 2003 application period. (Exh. A p. 127, lines 10-18; Exh. B ¶ 6). Applicants selected for the MTP participate in a 17-week training program. (Exh. B ¶ 5). Those who successfully complete the program are placed in salaried assistant manager positions. (Exh. B ¶ 5).

Applications for the MTP were made by associates on an in-store computer via Wal-Mart's intranet system. (Exh. A p. 128, lines 3-5; Exh. B ¶ 4). Decisions as to which applicants are interviewed are made by District Managers. (Exh. A p. 143, lines 21-23 to p. 144, line 1; p. 124, lines 5-13; Exh. B ¶ 3). During the Plaintiff's employment with Wal-Mart, the District Manager for District #74, which encompasses Store #356, was Don Bost. (Exh. A p. 124, lines 5-13; Exh. B ¶ 2).

The Plaintiff's first on-line application for the MTP was submitted on February 27, 2003. (Exh. A p. 127, lines 10-18; Exh. B ¶ 6; Plaintiff's Motion for Summary Judgment p. 2). There

---

[1] Despite its good faith efforts to do so, Wal-Mart has been unable to ascertain whether the Plaintiff contests any of the facts contained in Wal-Mart's Statement of Facts. Wal-Mart delivered its Statement of Facts to the plaintiff on August 1, 2005, but did not receive any response from her.

lines 20-23). She speculates that Dorn may have been involved because he worked for Wal-Mart in loss prevention. (Exh. A p. 49, lines 16-22).

The Plaintiff also claims that she was retaliated against by Wal-Mart when some neighborhood children did not deliver Christmas merchandise that she ordered from them. (Exh. A p. 282, lines 8-14). The Plaintiff blames Wal-Mart for this conduct because the situation occurred after she filed her charge.[2] (Exh. A p. 282, lines 17-23 to p. 283, lines 1-10). The Plaintiff admits that it is possible that the children were just being irresponsible, and the situation may have been "random." (Exh. A p. 283, lines 11-22).

The Plaintiff also believes that she was retaliated against when Alphonzo Clark allegedly followed her around the store, berated and "talked down" to her, referred to her as stupid, and stated that she either needed to leave the area or have someone come get her before something happened to her. (Exh. A p. 15, line 23 to p. 16, lines 1-7; p. 19, lines 13-23 to p. 20, lines 1-23, Exh. 2). The Plaintiff does not know why Clark followed her around the store or made these comments. (Exh. A p. 54, lines 4-8, 13-20). Clark was not aware that the Plaintiff had filed an EEOC charge. (Exh. E ¶ 4).

The Plaintiff filed a police report against Clark relating to this incident on January 12, 2004. (Exh. A p. 15, lines 9-22, Exh. 2). The police report indicates that "Ayers said that she ... did not notify Wal-Mart management because of an on going dispute she has with them." (Exh. A, Exh. 2). The Plaintiff claims that she complained to Assistant Managers Robert Claiborne and Sherman Alexander about the incident with Clark. (Exh. A p. 50, lines 9-15). The Plaintiff

---

[2] The Plaintiff testified at her deposition that she also believes that this situation was related to her charge because it occurred around the time that someone erased files from her home computer. (Exh. A p. 282, lines 22-23 to p. 283, lines 1-2). However, she testified that her computer was erased after January 11, 2004. (Exh. A p. 15, lines 16-18, Ex. 2; p. 34, line 23 to p. 35, lines 1-8; p. 80, line 23 to p. 81, lines 1-7). She believes that Alphonzo Clark or Danny Dorn must have erased her computer because they were the only ones who had access to her house. (Exh. A p. 80, lines 4-15).

constructive discharge is higher than the standard for proving underlying hostile environment or retaliation claims. See Hipp v. Liberty Nat'l Life Ins. Co., 252 F.3d 1208, 1231 (11th Cir. 2001), cert. denied, 534 U.S. 1127 (2002); Woods v. Delta Beverage Group, Inc., 274 F.3d 295, 301 (5th Cir. 2001); Hernandez-Torres v. Intercontinental Trading, Inc., 158 F.3d 43, 48 (1st Cir. 1998) (holding that plaintiff's constructive discharge claim fails because he did not succeed on predicate hostile environment claim). That the conduct about which the Plaintiff complains is insufficient to state a claim for retaliation eliminates any possibility that she can demonstrate constructive discharge.

Moreover, to prevail on a constructive discharge claim, a plaintiff must show that her employer "deliberately created intolerable working conditions with the intention of forcing her to quit, and that she did quit." Cole v. May Dep't Stores Co., 109 Fed. Appx. 839, 841-42 (8th Cir. 2004); see also Huddleston v. Roger Dean Chevrolet, Inc., 845 F.2d 900, 905 (11th Cir. 1988) ("A constructive discharge claim can result when 'the employer deliberately makes an employee's working conditions so intolerable that the employee is forced into an involuntary resignation . . . .'") (quoting Young v. Southwestern Sav. & Loan Assoc., 509 F.2d 140, 144 (5th Cir. 1975). The Plaintiff did not resign; she was terminated after she did not return from a leave of absence. (Wal-Mart's Notice of Unavailability of Stocker Position ¶¶ 3-4).

Even if the Plaintiff's requested leave of absence could be treated as a resignation for purposes of her constructive discharge claim, that she was not constructively discharged is made clear by her admission that it was her mother's illness that caused her to request a leave of absence. (Exh. A p. 82, lines 4-9, Exh. 7). Obviously, there can be no constructive discharge when an employee is motivated by reasons other than intolerable and illegal discrimination. See, e.g., Cole, 109 Fed. Appx. at 842 (affirming summary judgment on constructive discharge claim

27

WANDA Ayers

VS

Wal Mart

RECEIVED
2005 AUG 22 A 9:02
U.S. DISTRICT COURT
MIDDLE DISTRICT

Civil Action no:
3:04cv1002-T

I received the information on
August 2 and was asked to respond
to the information by August 3
I will make a respond After I
review the information and
one day is not enough of time
to do so!

Please send me the SCHEDULE
That was POSTED That ALL
employees get to review their
SCHEDLES Time TO WORK AS
STATED DOING Deposition.
Thank You!

Fax 8/2/03 after Received

# WEEK 46
# SCHEDULE

## 12-07-02

## TO

## 12-13-02

**DO NOT DEFACE OR REMOVE FROM SCHEDULE WALL!**

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00116

FOR PERIOD ENDING 12/19/2002

PAGE NO. 62

Department : 931    NIGHT RECEIVING

ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/07/2002 TO 12/13/2002

WEEK NO. 46

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00117

| | 12/07/2002 SATURDAY | 12/08/2002 SUNDAY | 12/09/2002 MONDAY | 12/10/2002 TUESDAY | 12/11/2002 WEDNESDAY | 12/12/2002 THURSDAY | 12/13/2002 FRIDAY | TOTAL HOURS | F1/P1 | IP1 | FROM SIGN-ON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **HANNA D. AYE.** Asc ID - 1958 | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a 1000p-0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | \$0.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | \$0.00 | F | | |
| Meals: | | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | \$0.00 | F | | |
| Meals: | | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 0900p-0800a (SYSALES A 903 0200a-0300a | 0900p-0800a 1000p-0700a (SYSALES A 903 0200a-0300a | 0900p-0800a (SYSALES A 903 0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-0700a SA (SYSALES A 903 | 32.00 | F | | |
| Meals: | 1000p-0700a (SYSALES A 903 0200a-0300a | | | | | | | | | | |
| Shift: | | | | | | | | | | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | \$0.00 | F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a 1200a-1200a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (P)O/M STO 931 | \$0.00 | F | | |
| Meals: | | | | | | | | | | | |

Wal-Mart/Ayers
1D Docs. Produced to Plaintiff
00118

Plaintiff

# WEEK 47 SCHEDULE

## 12-14-02 TO 12-20-02

Department :

WANDA D. AYE
Asc ID - 19



Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00119

Department : 931   NIGHT RECEIVING

FINAL COPY
FROM 12/14/2002 TO 12/20/2002

| | 12/14/2002 SATURDAY | 12/15/2002 SUNDAY | 12/16/2002 MONDAY | 12/17/2002 TUESDAY | 12/18/2002 WEDNESDAY | 12/19/2002 THURSDAY | 12/20/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH | END SIGH-ON | FRONT HE-MHI-SI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail:<br>Shift: | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | | |
| Meals: | | | | 10-7 | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>FR 1000p-0000a-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | | |
| Meals: | | | | 10-7 | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | | |
| Shift: | | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | | | 10-7 | | | | | | | |
| Meals: | | | | | | | | | | | | |
| Avail:<br>Shift: | 0900p-0600a<br>(S)SALES # 905<br>0200a-0300a | 0900p-0600a<br>(P)O/M STO 931<br>0200a-0300a | 0900p-0600a<br>(P)O/M STO 931<br>0200a-0300a | 0900p-0600a | 0900p-0800a | 0900p-0800a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 0900p-0800a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | | |
| Meals: | | | | | | | | | | | | |
| Avail:<br>Shift: | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 32.00 | F | | | |
| Meals: | | | | | | | | | | | | |
| Avail:<br>Shift: | 1200a-1200a<br>1200a-1200a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a<br>1200a-1200a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1200a-1200a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | | |
| Shift: | | 1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | | | | | | | | | | |
| Meals: | | 10-7 | | | | | | | | | | |
| Avail:<br>Shift: | 0700a-0100p<br>FR 1000p-0800a<br>(P)O/M STO 931<br>0200a-0300a | N/A-DAY | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 6.00 | F | | | |
| Meals: | | | 10-7 | 10-7 | 10-7 | 10-7 | 10-7 | | | | | |

HONDA D. AVE.
Asc ID - 1958

# WEEK 48 SCHEDULE

## 12-21-02

## TO

## 12-27-02

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00120

RUN ON: 12/06/2002 AT 20:36:51
FOR PERIOD ENDING: 12/27/2002

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 12/21/2002 TO 12/27/2002

STORE NO. 356
WEEK NO. 48

REPORT NO. sas260dr
PAGE NO. 62

Department : 931   NIGHT RECEIVING

| | | 12/21/2002 SATURDAY | 12/22/2002 SUNDAY | 12/23/2002 MONDAY | 12/24/2002 TUESDAY | 12/25/2002 WEDNESDAY | 12/26/2002 THURSDAY | 12/27/2002 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avail: | | | | | | | | 40.00 | F | |
| | Shift: | FR 1000p-0000a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PPO/M STO 931 | | | |
| | Meals: | | | | | | | | | | |
| WANDA D. AYE. Asc ID - 1958 | Shift: | | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 24.00 | F | |
| | Shift: | FR 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a | 1000p-0700a 0200a-0300a | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-1200a-0700a SA (PPO/M STO 931 | | | |
| | Meals: | | | | | | | | | | |
| | Shift: | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 40.00 | F | |
| | Shift: | FR 1000p-0000a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PPO/M STO 931 | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 26.00 | F | |
| | Shift: | 0900p-0800a (SSALES A 903 0200a-0300a | 0900p-0800a 1000p-0700a (SSALES A 903 0200a-0300a | 0900p-0800a 1000p-0700a (SSALES A 903 0200a-0300a | 0900p-0800a | 0900p-0800a | 0900p-0800a | 0900p-0800a 1000p-1200a-0700a SA (SSALES A 903 | | | |
| | Meals: | | | | | | | | | | |
| | Shift: | | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 32.00 | F | |
| | Shift: | FR 1000p-0000a 1000p-0700a (PPO/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a | N/A-DAY | 1000p-0700a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PPO/M STO 931 | | | |
| | Meals: | | | | | | | | | | |
| | Shift: | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 40.00 | F | |
| | Shift: | FR 1200a-1200a (PPO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1200a-1200a | 1200a-1200a | 1200a-1200a 1000p-0700a (PPO/M STO 931 0200a-0300a | 1200a-1200a 1000p-1200a-0700a SA (PPO/M STO 931 | | | |
| | Meals: | | | | | | | | | | |
| | Shift: | 1000p-0700a (PPO/M STO 931 0200a-0300a | | | | | | | | | |
| | Meals: | | | | | | | | | | |
| | Avail: | | | | | | | | 22.00 | F | |
| | Shift: | FR 0700a-0100p (PPO/M STO 931 0200a-025 | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | 0700a-0600p | | | |
| | Shift: | 1000p-0700a (PPO/M STO 931 | | | | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00121

# WEEK 49
# SCHEDULE

01-03-04

TO

01-09-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00175

# WEEK 50

# SCHEDULE

01-10-04

TO

01-16-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00177

RUN ON: 12/19/2003 AT 22:30:57
FOR PERIOD ENDING: 01/07/2004

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/03/2004 TO 01/09/2004

STORE NO. 356
WEEK NO. 49

REPORT NO. SAS2060r
PAGE NO. 81

Department : 931    NIGHT RECEIVING

HAMADA P. AYC
Asc ID - 1958

| | 01/03/2004 SATURDAY | 01/04/2004 SUNDAY | 01/05/2004 MONDAY | 01/06/2004 TUESDAY | 01/07/2004 WEDNESDAY | 01/08/2004 THURSDAY | 01/09/2004 FRIDAY | TOTAL HOURS | FT/PT | IPM | FRONT END SIGN-ON HR:MN:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: | N/A-OT | N/A-OT | | | | | | | | | |
| Shift: | FR 1000p-0700a | FR 1000p-0000m | FR 1000p-0700a | FR 1000p-0700a | FR 1000p-0700a | FR 1000p-0700a | FR 1000p-0700a | 40.00 F | | | |
| Shift: | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: | | | | | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 F | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | |
| Avail: | | | | | | | | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 40.00 F | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | 1000p-1200a-0700a | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | (P)Q/N STO 931 | | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | N/A-DAY | N/A-DAY | 40.00 F | | | |
| Meals: | | | | | | | | | | | |
| Avail: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | | | 34.00 F | | | |
| Shift: | 1000p-0700a | 1000p-0700a | 1000p-0700a SA | 1000p-0700a SA | 1000p-0700a SA | | | | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | | | | | | | | | |
| Avail: | | | N/A-DAY | N/A-DAY | N/A-DAY | | | 32.00 F | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | | | |
| Avail: | | N/A-SH | | | | | | 40.00 F | | | |
| Shift: | FR 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |
| Avail: | | | N/A-SH | N/A-SH | N/A-DAY | | | 40.00 F | | | |
| Shift: | FR 1000p-0000m | 1000p-0000m | 1000p-0700a | 1000p-0700a | 1000p-0700a | | | | | | |
| | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | (P)Q/N STO 931 | | | | | | |
| Meals: | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | 0200a-0300a | | | | | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00176

# WEEK 51
# SCHEDULE

01-17-04

TO

01-23-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00179

RUN ON: 12/26/2003 AT 19:11:31
FOR PERIOD ENDING: 01/16/2004

W A L * M A R T   S T O R E S,   I N C.
FINAL COPY
FROM 01/10/2004 TO 01/16/2004

STORE NO. 356
WEEK NO. 50

REPORT NO. sa62060r
PAGE NO. 61

Department: 931    NIGHT RECEIVING

| | 01/10/2004 SATURDAY | 01/11/2004 SUNDAY | 01/12/2004 MONDAY | 01/13/2004 TUESDAY | 01/14/2004 WEDNESDAY | 01/15/2004 THURSDAY | 01/16/2004 FRIDAY | TOTAL HOURS | FT/PT | IPM |
|---|---|---|---|---|---|---|---|---|---|---|

HANNA P. ◯◯◯
ASC ID - 1958

Avail:   FR 1000p-0700a
Shift:   FR 1000p-0700a   1000p-0700a   1000p-0700a   N/A-OT   1000p-0700a   N/A-DAY   N/A-DAY
Meals:   (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)            (PTO/M STO 931)  (PTO/M STO 931)  1000p-1200a-0700a SA   24.00   F
         0200a-0300a       0200a-0300a       0200a-0300a                                  0200a-0300a       0200a-0300a        (PTO/M STO 931)

(redacted)
Avail:   FR 1000p-0700a
Shift:   FR 1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   32.00   F
Meals:   (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)  (PTO/M STO 931)
         0200a-0300a       0200a-0300a       0200a-0300a       0200a-0300a       0200a-0300a       0200a-0300a       0200a-0300a

(redacted)
Avail:
Shift:   1000p-0700a   1000p-0700a   N/A-OT   N/A-DAY   N/A-DAY   N/A-DAY   N/A-DAY   6.00   F
Meals:

(redacted)
Avail:   FR 1000p-0700a
Shift:   FR 1000p-0700a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   1200a-1200a   6.00   F
Meals:   (redacted)

(redacted)
Avail:
Shift:   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   1000p-0700a   32.00   F
Meals:

(redacted)
Avail:   FR 1000p-0700a
Shift:   FR 1000p-0700a   N/A-DAY   N/A-DAY   N/A-DAY   N/A-DAY   N/A-DAY   N/A-DAY   6.00   F
Meals:

(redacted)
Avail:   FR 1000p-0700a
Shift:   FR 1000p-0700a              10-7        10-7        10-7        10-7        10-7        40.00   F
Meals:

RUN ON: 01/26/2004 AT 18:16:00
FOR PERIOD ENDING: 01/23/2004

W A L * M A R T   S T O R E S ,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/17/2004 TO 01/23/2004

STORE NO. 356,
WEEK NO. 51

REPORT NO. sas2060r
PAGE NO.   61

Department: 931     NIGHT RECEIVING

| | 01/17/2004 SATURDAY | 01/18/2004 SUNDAY | 01/19/2004 MONDAY | 01/20/2004 TUESDAY | 01/21/2004 WEDNESDAY | 01/22/2004 THURSDAY | 01/23/2004 FRIDAY | TOTAL HOURS | F1/PT | IPN |
|---|---|---|---|---|---|---|---|---|---|---|
| **[REDACTED], B. AVE** Asc ID - 1958 | | | | | | | | | | |
| Avail: Shift: Meals: | FR 1000p-0700a (P)O/M STO 931 | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 40.00 | F | |
| Avail: Shift: Meals: | FR 1000p-0000m-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-SH | N/A-SH | 32.00 | F | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200m-0700a 0000m-0700a (P)O/M STO 931 0400a-0500a | 1200m-0700a 0000m-0700a (P)O/M STO 931 0400a-0500a | N/A-DAY | N/A-DAY | 19.50 | F | |
| Avail: Shift: Meals: | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | 1000p-0700a | 1000p-0700a | N/A-DAY | 34.00 | F | |
| Avail: Shift: Meals: | | 1000p-0700a | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY:0 | N/A-DAY | 40.00 | F | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00180

# WEEK 01
# SCHEDULE

01-31-04

TO

02-06-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00181

RUN ON 01/26/2004 AT 16:06:11
FOR PERIOD ENDING 02/06/2004

Department: 931   NIGHT RECEIVING

HANNAH D. AVE
Asc ID - 1958

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 01/31/2004 TO 02/06/2004

STORE NO. 356
WEEK NO. 1

REPORT NO. sas2060r
PAGE NO. 62

<----- FRONT END ----->
SIGN-ON HRS/MISC

| | 01/31/2004 SATURDAY | 02/01/2004 SUNDAY | 02/02/2004 MONDAY | 02/03/2004 TUESDAY | 02/04/2004 WEDNESDAY | 02/05/2004 THURSDAY | 02/06/2004 FRIDAY | TOTAL HOURS | F1/PT | IFH |
|---|---|---|---|---|---|---|---|---|---|---|
| Shift: | N/A-OT | N/A-DAY | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | 40.00 | F | IFH |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | N/A-DAY | 32.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1200a-0700a SA (P)O/M STO 931 | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)O/M STO 931 | | 0.00 | F | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | | N/A-SH | N/A-SH | N/A-DAY | 1000p-0700a | 1000p-0700a 1200a-0700a SA (P)O/M STO 931 | | 40.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | 1000p-0700a | N/A-SH | N/A-DAY | | 1100p-0700a | | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1000p-0700a (P)O/M STO 931 0200a-0300a | | | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a | 34.00 | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a | | | F | |
| Meals: | | | | | | | | | | |
| Shift: | 1100p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a (P)O/M STO 931 0200a-0300a | 1100p-0700a (P)O/M STO 931 0200a-0300a | | | | F | |
| Meals: | | | | | | | | | | |

IFH NOT AVAILABLE

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00102

# WEEK 02
# SCHEDULE

## 02-07-04
## TO
## 02-13-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00183

RUN ON: 02/26/2004 AT 17:19:06
FOR PERIOD ENDING: 02/13/2004

Department: 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/07/2004 TO 02/13/2004

STORE NO. 356
WEEK NO. 2

REPORT NO. sas2060r
PAGE NO. 62

|  | 02/07/2004 SATURDAY | 02/08/2004 SUNDAY | 02/09/2004 MONDAY | 02/10/2004 TUESDAY | 02/11/2004 WEDNESDAY | 02/12/2004 THURSDAY | 02/13/2004 FRIDAY | TOTAL HOURS | FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Assc ID - 1959 HANNA D. AVE. | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (P)0/M STO 931 | 40.00 | F | |
| Meals: Shift: | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1200a-0700a SA (P)0/M STO 931 | 40.00 | F | |
| Meals: Shift: | FR 1000p-000a-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | N/A-OT | N/A-OT | N/A-DAY | 32.00 | F | |
| Meals: Shift: | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | N/A-OT | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 40.00 | F | |
| Meals: Shift: | N/A-DAY | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a | 1000p-0700a | 1000p-1200a-0700a SA (P)0/M STO 931 | 40.00 | F | |
| Meals: Shift: | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 1200a-1200a | 24.00 | F | |
| Avail: Shift: | 1000p-0700a (P)0/M STO 931 0200a-0300a 1000p-0700a 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (P)0/M STO 931 0200a-0300a | | | N/A-DAY | 1000p-0700a 1200a-0700a SA (P)0/M STO 931 | 32.00 | F | |
| Avail: Shift: | FR 1000p-000a-0700a 0200a-0300a | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a | 40.00 | F | |
| Meals: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a | 32.00 | F | |
| Meals: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a (P)0/M STO 931 | 1000p-0700a 0200a-0300a (P)0/M STO 931 | 1000p-0700a 0200a-0300a (P)0/M STO 931 | 1000p-0700a | | | | |
| Meals: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | | | | | |

<----------- FRONT END ----------->
SIGN-ON  HR-MISC

Wal-Mart/Ayres
ID Docs. Produced to Plaintiff
00184

# WEEK 03

# SCHEDULE

02-14-04

TO

02-20-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00185

RUN ON: 02/20/2004 AT 19:56:46
FOR PERIOD ENDING: 02/20/2004

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/14/2004 TO 02/20/2004

STORE NO. 356
WEEK NO. 3

REPORT NO. SLS2060P
PAGE NO. 61

Department : 931    NIGHT RECEIVING

HONDA D. AYE,
Asc ID - 1958

| | 02/14/2004 SATURDAY | 02/15/2004 SUNDAY | 02/16/2004 MONDAY | 02/17/2004 TUESDAY | 02/18/2004 WEDNESDAY | 02/19/2004 THURSDAY | 02/20/2004 FRIDAY | TOTAL HOURS FT/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|

Wal-Mart/Ayes
ID Docs. Produced to Plaintiff
00186

# WEEK 04
# SCHEDULE

02-21-04

TO

02-27-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00187

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/21/2004 TO 02/27/2004

STORE NO. 356
WEEK NO. 4

REPORT NO. 5AS2060r
PAGE NO. 92

Department: 931   NIGHT RECEIVING

FOR PERIOD ENDING: 02/27/2004

WANDA D. AVE.
Asc ID - 1958

| | 02/21/2004 SATURDAY | 02/22/2004 SUNDAY | 02/23/2004 MONDAY | 02/24/2004 TUESDAY | 02/25/2004 WEDNESDAY | 02/26/2004 THURSDAY | 02/27/2004 FRIDAY | TOTAL HOURS | F1/PT | IFH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | | | | | | | | | | |
| Avail: Shift: Meals: | | | | | N/A-DAY | 1000p-0700a | 40.00 F | | | |
| Avail: Shift: Meals: | | | | | 1000p-0700a | 1000p-1200a 1200a-0706a SA (PJO/M STO 931 | 24.00 F | | | |
| Avail: Shift: Meals: | N/A-OT | N/A-OT | 1000p-0700a | 1000p-0700a 1000p-0700a 0200a-0300a | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 32.00 F | | | |
| Avail: Shift: Meals: | | | 1000p-0700a 0200a-0300a | N/A-DAY | N/A-DAY | 1000p-0700a | 40.00 F | | | |
| Avail: Shift: Meals: | N/A-DAY | N/A-SH | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | N/A-DAY | 1000p-0700a 1000p-0700a 0200a-0300a SA (PJO/M STO 931 | 34.00 F | | | |
| Avail: Shift: Meals: | 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a SA (PJO/M STO 931 | 40.00 F | | | |
| Avail: Shift: Meals: | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1200a-1200a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1000p-0700a 1000p-0700a 0200a-0300a (PJO/M STO 931 | 1200a-1200a 1000p-0700a 0200a-0300a SA (PJO/M STO 931 | 40.00 F | | | |
| Avail: Shift: FR 1000p-0000w-0700a Meals: | N/A-SH | N/A-SH | 1200a-1200a 1000p-0700a 0200a-0300a | 1200a-1200a 1000p-0700a 0200a-0300a | 1000p-0700a | 1200a-1200a 1000p-0700a SA (PJO/M STO 931 | 40.00 F | | | |
| Avail: Shift: FR 1000p-0000w-0700a (SYSALES & 903 Meals: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | | | 34.00 F | | | |
| Avail: Shift: FR 1000p-0700a Meals: | 1000p-0000w-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a | 1000p-0700a | | | 40.00 F | | | |

FRONT END
SIGN-ON HR/MN:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00188

# WEEK 05
# SCHEDULE

02-28-04

TO

03-05-04

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00189

RUN ON: 02/13/2004 AT 16:55:37
FOR PERIOD ENDING: 03/05/2004

Department : 931    NIGHT RECEIVING

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 02/28/2004 TO 03/05/2004

STORE NO. 356
WEEK NO. 5

REPORT NO. 5852060-
PAGE NO. 62

| | 02/28/2004 SATURDAY | 02/29/2004 SUNDAY | 03/01/2004 MONDAY | 03/02/2004 TUESDAY | 03/03/2004 WEDNESDAY | 03/04/2004 THURSDAY | 03/05/2004 FRIDAY | TOTAL HOURS | F/T/PT | IPH | FRONT END SIGN-ON HR/MR.SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WANDA D. NYE<br>Assc ID - 1958 | | | | | | | | | | | |
| Avail:<br>Shift:<br>Meals: | N/A-OT | N/A-OT | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/M STO 931 | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | | | N/A-DAY | 1000p-0700a | N/A-DAY | N/A-DAY | 1000p-0700a<br>1000p-1200a-0700a SA<br>(P)O/M STO 931 | 32.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | N/A-DAY | 1000p-0700a<br>1000p-1200a-0700a<br>(P)O/M STO 931 | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | FR 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1000p-0700a | 40.00 | F | | |
| Avail:<br>Shift:<br>Meals: | N/A-DAY | N/A-DAY | N/A-DAY | N/A-DAY | 1000p-0700a | 1000p-0700a | | | | |
| Avail:<br>Shift:<br>Meals: | N/A-DAY | N/A-SH | N/A-SH | | | | | | | |
| Avail:<br>Shift:<br>Meals: | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | 1200a-1200a<br>1000p-0700a<br>(P)O/M STO 931<br>0200a-0300a | | 40.00 | F | | |

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00190

# WEEK 06
# SCHEDULE

03-06-04

TO

03-12-04

Wal-Mart/Ayers
ID Docs Produced to Plaintiff
00191

RUN ON: 02/20/2004 AT 18:32:37
FOR PERIOD ENDING: 03/12/2004

W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/06/2004 TO 03/12/2004

STORE NO. 356
WEEK NO. 6

REPORT NO. sas2060r
PAGE NO. 62

Department : 931   NIGHT RECEIVING

WANDA D. AYE
Asc ID - 1958

| | 03/06/2004 SATURDAY | 03/07/2004 SUNDAY | 03/08/2004 MONDAY | 03/09/2004 TUESDAY | 03/10/2004 WEDNESDAY | 03/11/2004 THURSDAY | 03/12/2004 FRIDAY | TOTAL HOURS  FT/PT |
|---|---|---|---|---|---|---|---|---|
| Avail: Shift: Meals: | N/A-OT | N/A-OT | N/A-DAY | 03/09/2004 TUESDAY | 1000p-0700a (FP)C/M STO 931 0200a-0300a | N/A-OT | 03/12/2004 FRIDAY | IPH |

(The remainder of this page is a rotated, heavily redacted WAL-MART associate schedule grid with repeated entries of the form "1000p-0700a (FP)C/M STO 931 0200a-0300a", "1200a-1200a", "1000p-0000m-0700a", shift/meal labels (Avail:, Shift:, Meals:) and daily totals such as 34.00 F, 40.00 F, 32.00 F, 40.00 F.)

<------ FRONT END ------>
SIGN-ON   MERCHN:SC

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00192

# WEEK 07
# SCHEDULE

03-13-04
TO
03-19-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00193

RUN ON: 03/22/2004 AT 17:21:20
FOR PERIOD ENDING: 03/19/2004

Department: 931    NIGHT RECEIVING

WANDA D. AYE
Asc ID - 1958

```
W A L * M A R T   S T O R E S,   I N C.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/13/2004 TO 03/19/2004
```

STORE NO. 356
WEEK NO. 7

REPORT NO. SA52060r
PAGE NO. 63

|  | 03/13/2004 SATURDAY | 03/14/2004 SUNDAY | 03/15/2004 MONDAY | 03/16/2004 TUESDAY | 03/17/2004 WEDNESDAY | 03/18/2004 THURSDAY | 03/19/2004 FRIDAY | TOTAL HOURS | F1/PT | IPH |
|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift: | FR 1000p-0000a | 1000p-0700a 1000p-0000a (P)O/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a | N/A-UN | N/A-UN | N/A-UN | N/A-UN | N/A-DAY | N/A-DAY | 0.00 F | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 40.00 F | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | FR 1000p-0000a-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | N/A-DAY | N/A-DAY | 40.00 F | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | N/A-DAY | N/A-DAY | 1000p-0700a (PJO/M STO 931 0200a-0300a | N/A-DAY | 1000p-0700a | 1000p-0700a | 32.00 F | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | N/A-DAY | 40.00 F | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | N/A-DAY | 1000p-0700a | 40.00 F | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1200a-1200a 1000p-0700a (SINGLES A 903 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a (PJO/M STO 931 | 1200a-1200a 1000p-0700a (PJO/M STO 931 | 40.00 F | | | | |
| Meals: | | | | | | | | | | |
| Avail: Shift: | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a 0200a-0300a | 1000p-0700a (PJO/M STO 931 | 40.00 F | | | | |
| Meals: | | | | | | | | | | |
```
!<----------- FRONT END -----------
SIGN-ON  HrzMkt:SC
```

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00194

# WEEK 08
# SCHEDULE

03-20-04

TO

03-26-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00195

RUN DATE 03/05/2004 AT 19:37:56
FOR PERIOD ENDING 03/26/2004

Department: 931  NIGHT RECEIVING

WANDA D. AVE...
ASC ID - 1958

Wal-Mart Stores, Inc.
ASSOCIATE SCHEDULES
FINAL COPY
FROM 03/20/2004 TO 03/26/2004

STORE NO. 561
WEEK NO. 8

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00196

# WEEK 09
# SCHEDULE

03-27-04

TO

04-02-04

Wal-Mart/Ayers
ID Docs. Produced to Plaintiff
00197

WAL*MART STORES, INC.
ASSOCIATE SCHEDULES
FINAL SCHEDULES
FROM 03/27/2004 TO 04/02/2004

STORE NO. 356
WEEK NO. 9

REPORT NO. 5852060r
PAGE NO. 61

Department : 931    NIGHT RECEIVING
FOR PERIOD ENDING: 04/02/2004

MANORA D. AYE, RTC,
Acct ID - 1958

| | | 03/27/2004 SATURDAY | 03/28/2004 SUNDAY | 03/29/2004 MONDAY | 03/30/2004 TUESDAY | 03/31/2004 WEDNESDAY | 04/01/2004 THURSDAY | 04/02/2004 FRIDAY | TOTAL HOURS | F1/PT | IPH | FRONT END SIGN-ON HH:MM:SC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Avail: Shift | FR 1000p | N/A-VH N/A-OT 000m-0700a (PJO/M STO 931 0200a-0300a | N/A-OT | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 40.00 F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | FR 1000p | 000m-0700a (PJO/M STO 931 (S)SALES 6 983 1000p-0700a 0200a-0300a | 1000p-0700a 000m-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 19.00 F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | | N/A-DAY | N/A-VH | N/A-VH | N/A-DAY | N/A-DAY | N/A-DAY | 0.00 F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | | N/A-VH | N/A-VH | N/A-VH | N/A-DAY | N/A-VH | N/A-VH | 40.00 F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | FR 1000p | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 1000p-1200a-0700a SA (PJO/M STO 931 | 40.00 F | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | FR 1000p | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 0200a-0300a | 1200a-1200a 1000p-0700a (PJO/M STO 931 | | | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | FR 1000p | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | N/A-SH | N/A-SH | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a | | | |
| Meals: | | | | | | | | | | | |
| Avail: Shift | FR 1000p | 1000p-0700a 000m-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a 000m-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a (PJO/M STO 931 0200a-0300a | 1000p-0700a | | | |
| Meals: | | | | | | | | | | | |