IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:04cv1002-T |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The court has been informed that the plaintiff's address and telephone number of record have changed and apprised by defense counsel of her current contact information, which has not yet been filed with the clerk.  Therefore, it is hereby

ORDERED that on or before 14 October 2005, the plaintiff shall file with the court her current address and telephone number.  She is further admonished to advise the court immediately should this information change in the future during the course of this lawsuit. Failure to do so may result in the imposition of sanctions, including dismissal of this action.

The clerk is DIRECTED to forward this order by first class mail to the plaintiff at 3401 Robey Terrace, Apartment 304, Silver Springs, Maryland, 20904.

Done this 29th day of September, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE