IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES, EAST, LP )<br>)<br>Defendant. ) | Case No. 3:04CV1002-T |

### DEFENDANT'S WITNESS LIST

Pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3), Defendant Wal-Mart Stores, Inc. ("Wal-Mart") lists the following witnesses it may use at trial:

**I.   WITNESSES**

1.   Wanda Denise Ayers - Primary
     1424 Pauline Street
     New Orleans, LA  70117

2.   Don Bost - Primary
     c/o Johnston Barton Proctor & Powell LLP
     2900 AmSouth/Harbert Plaza
     1901 Sixth Avenue North
     Birmingham, Alabama 35203-2618
     (205) 458-9400

3.   Tuesday Crawford - Primary
     c/o Johnston Barton Proctor & Powell LLP
     2900 AmSouth/Harbert Plaza
     1901 Sixth Avenue North
     Birmingham, Alabama 35203-2618
     (205) 458-9400

4. Debra Davidson - Primary
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

5. Shannon Moser - Primary
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

6. Alphonzo Clark
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

7. Danny Dorn
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

8. Robert Claiborne
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

9. Sherman Alexander - Primary
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203-2618
 (205) 458-9400

10. Ingrid Jensen
    c/o Johnston Barton Proctor & Powell LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    (205) 458-9400

11. Mattie Echols
    c/o Johnston Barton Proctor & Powell LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    (205) 458-9400

12. Stephen Zimmer
    c/o Johnston Barton Proctor & Powell LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    (205) 458-9400

13. Jessica Smith
    c/o Johnston Barton Proctor & Powell LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    (205) 458-9400

14. Amanda Dodd
    c/o Johnston Barton Proctor & Powell LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    (205) 458-9400

15. Marlon McGee
    2608 Moton Circle
    Tuskegee, Alabama  36083

16. Custodian of Employment Records
    New Orleans Public Schools
    3510 General DeGaulle Drive
    New Orleans, Louisiana 70114

17. Custodian of Employment Records
    Delgado Community College
    615 City Park Avenue
    New Orleans, Louisiana 70119

18. Custodian of Employment Records
    LSU Medical Center
    1901 Perdido Avenue
    New Orleans, Louisiana 70117

19. Custodian of Medical Records
    Medical Center of Louisiana at New Orleans
    1532 Tulane Avenue
    New Orleans, Louisiana 70112

20. Custodian of Medical Records
    J.T. Kochinsky, D.O.
    Emergency Department
    Charity University Hospital
    2021 Perdido Street
    New Orleans, Louisiana 70112

21. Custodian of Records
    State of Alabama
    Unemployment Compensation Agency
    Department of Industrial Relations
    649 Monroe Street
    Montgomery, Alabama 36131

22. Any and all witnesses needed for impeachment or rebuttal.

Wal-Mart reserves the right to supplement this list as the relevance of additional witnesses are identified.

s/ *Jennifer F. Swain*
Jennifer F. Swain (ASB-7761-167J)

s/ *Alan D. Mathis*
Alan D. Mathis (ASB-8922-A59M)

Attorneys for Defendant
Wal-Mart Stores East, LP

4

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the following by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed:

Ms. Wanda Denise Ayers
3401 Robey Terrace, Apt. 304
Silver Springs, Maryland 20904

Respectfully submitted,
s/ ***Jennifer F. Swain***
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500
E-mail:  jfs@jbpp.com

W0527560.DOC