**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wanda Denise Ayers
    3401 Robey Terrace
    Apartment 304
    Silver Springs, MD 20904

    04cv1002  9/29/05 order

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    OCT 0 6 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 6037

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540