IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS ) | |
| Plaintiff ) | |
| v. ) | CIVIL ACTION NO. 3:04cv1002-T |
| WAL-MART EAST LLP. ) | |
| Defendant ) | |

ADDRESS CONTACT INFORMATION
DUE TO KATRINA DISATER IN
NEW ORLEANS LOUISIAN

The court has been informed of the plaintiff's address and phone number in which she can be contacted due to the Katrina Disaster. She has submitted this information in her pervious filing for settlement agreement. The clerk is DIRECTED to forward all information for the plaintiff to the address as followed

3401 Robey Terrace Apt. 304
Silver Springs, Maryland 20904
Phone contact no. (301) 847-0998

Wanda Denise Ayers

_Wanda D. Ayers_
10-7-05  Dated mailed