IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In response to the court's order requiring the plaintiff ["Ayers"] to file with the court updated contact information (Doc. # 46), Ayers submitted a document (Doc. # 50) stating, in relevant part:

> The court has been informed of the plaintiff's address and phone number in which she can be contacted due to the Katrina Disaster. She has submitted this information in her pervious [sic] filing for settlement agreement.  The clerk is DIRECTED to forward all information for the plaintiff to the address as followed [sic]. ...

(Doc. # 50).

The court cautions Ayers regarding the notable tone of her filing and reminds her of the following: First, the "settlement agreement" was not a settlement agreement.  It appeared instead to have been a settlement proposal from Ayers to the defendants.  Second, in any case, it was improperly directed to the court and, consequently, returned to her.  The court noted, with some confusion, that, although the return address on her previous submission listed her New Orleans address, the envelope was postmarked in Maryland.

Finally, the court is compelled to admonish Ayers for assuming that she has the

authority to "direct" the Clerk to do anything. That power resides in the court and the court alone, and Ayers' directives are not binding. Accordingly, it is ORDERED as follows:

1. Ayers shall refrain in the future from directing the clerk, the defendants, or any other person to take a certain course of action. She shall confine her requests to prayers for relief from the court.

2. The clerk is DIRECTED to forward the Magistrate Judge's Report and Recommendations (Doc. # 48) as well as all future mailings to the address Ayers has provided unless and until she files a subsequent address change.

DONE this 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE