**RECEIVED**

2005 OCT 20 P 1:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. |
| | )  3:04cv1002-T |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| Defendant. | ) |

MOTION FOR EXTIONTION OF TIME

**I. INTRODUCTION**

The Plaintiff Wanda Denise Ayers appeal to the courts to

**II. Request Extinction of Time:**

The plaintiff is asking that the court extend the time to response to the denial of claims. The Plaintiff is not only displaced but everything that she had has been destroyed due to Kantian. The Plaintiff is requesting that the court consider the disaster of Louisiana and New Orleans.


_____          10-19-05
Wanda Denise Ayers                             Date

Page 1

# CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of Oct, 2005, a copy of this Motion For Extiontion of Time, was mailed, postage prepaid, to

Johnston Barton Proctor + Powell LLP
2900 AmSouth Harbert Plaza
1901 Sixth Avenue North
Birmingham Alabama 35203

_Wanda_ _____ 10/20/05
Wanda D. Ayers