IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES, EAST, LP )<br>)<br>Defendant. ) | Case No. 3:04CV1002-T |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Jennifer F. Swain, Esq. and Alan D. Mathis, Esq. of the law firm Johnston Barton Proctor & Powell LLP respectfully request that they be allowed to withdraw as counsel for defendant Wal-Mart Stores East, LP. Fern H. Singer, Esq. of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. will enter an appearance as counsel for defendant Wal-Mart Stores East, LP.

s/Jennifer F. Swain
Jennifer F. Swain (ASB-7761-I67J)


s/Alan D. Mathis
Alan D. Mathis (ASB-8922-A59M)
Attorneys for Defendant
Wal-Mart Stores East, LP


**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing has been served on the following by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed this, the 21st day of October 2005:

Ms. Wanda Denise Ayers
3401 Robey Terrace, Apt. 304
Silver Springs, Maryland 20904

Fern H. Singer, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower
420 20th Street North
Birmingham, Alabama  35203

    Respectfully submitted,

    s/Jennifer F. Swain
    Jennifer F. Swain (ASB-7761-I67J)
    E-mail:  jfs@jbpp.com
    Alan D. Mathis (ASB-8922-A59M)
    E-mail:  adm@jbpp.com
    Attorneys for Defendant,
    Wal-Mart Stores East, LP
    **JOHNSTON BARTON**
    **PROCTOR & POWELL LLP**
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203-2618
    Telephone:  (205) 458-9400
    Facsimile:  (205) 458-9500