# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WANDA DENISE AYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| v. | ) | **CV-04-1002-T** |
| | ) | |
| **WAL MART STORES EAST, LP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

COME NOW Defendant Wal-Mart Stores East, LP, by and through the undersigned and hereby give notice of appearance of Fern Singer as counsel for said Defendant.

s/ Fern Singer
Fern Singer
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record via electronic mail on this the 21st day of October, 2005:

Alan Daniel Mathis
Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
1901 6th Avenue North, Suite 2900
Birmingham, AL 35203-2618

Wanda Denise Ayers
3401 Robey Terrace, Apt. 304
Silver Springs, Maryland 20904

s/ Fern Singer
OF COUNSEL

B FHS 689622 v1
2825865-000001 10/21/2005