# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | |
| v. ) | CV-04-1002-T |
| ) | |
| WAL MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COME NOW Defendant Wal-Mart Stores East, LP, by and through the undersigned counsel, and hereby give notice of appearance of Patton Hahn as counsel for said Defendant.

s/ Patton Hahn
Patton Hahn
Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record via electronic mail on this the 21st day of October, 2005:

Alan Daniel Mathis
Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
1901 6th Avenue North, Suite 2900
Birmingham, AL 35203-2618

Wanda Denise Ayers
3401 Robey Terrace, Apt. 304
Silver Springs, Maryland 20904

s/ Patton Hahn
OF COUNSEL

B PH 689595 v1
2825865-000001 10/21/2005