IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | CIVIL ACTION NO.  3:04cv1002-T |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

The court has reviewed the plaintiff's timely Motion for an Extension of Time to File Objections (Doc. # 53).  For good cause, it is hereby

ORDERED that the motion be GRANTED.  On or before 14 November, the plaintiff shall file with the Clerk of the court her objections to the Recommendation of the Magistrate Judge.

DONE this 7th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE