UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 3:04-CV-1002-T |
| | ) |
| WAL-MART STORES EAST, L.P. | ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant, Wal-Mart Stores East, L.P. ("Wal-Mart"), by and through counsel, and respectfully moves the Court for an extension of time to file its exhibit list from November 7, 2005 to November 14, 2005. In support of its motion, Wal-Mart states as follows:

1.    Prior counsel for Wal-Mart filed a Motion to Withdraw as Attorney and Substitute Counsel on October 21, 2005. There has been no ruling on this motion.

2.    Current counsel for Wal-Mart filed a notice of appearance October 21, 2005.

3.    Current counsel continues to review the entire file.

4.    Plaintiff would not be unduly prejudiced by a one week extension of time.

WHEREFORE, all premises considered, the Wal-Mart requests that the Court grant this motion and extend the deadline to file its exhibits pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure until Monday, November 14, 2005.

Respectfully submitted,

s/Fern H. Singer
Fern Singer
W. Patton Hahn
Attorneys for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile


## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record by electronic mail or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, this 7th day of November, 2005:

Wande Denise Ayers
3401 Robey Terrace, Apt. 304
Silver Springs, Maryland 20904

                                                           s/Fern Singer
                                                           OF COUNSEL