UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,

    Plaintiff,

vs.                                              CIVIL ACTION NO. 3:04-CV-1002-T

WAL-MART STORES EAST, L.P.

    Defendant.

## DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant Wal-Mart Stores East, L.P. hereby identifies the following exhibits for use at trial:

1. Exhibits to the deposition of Wanda Denise Ayers.

2. The entire FOIA file.

3. Exhibits to the Declaration of Shannon Moser.

4. Plaintiff's Answers to Interrogatories.

5. Plaintiff's Personnel File.

6. Plaintiff's Earnings History Report.

7. Plaintiff's Scheduling Records.

8. Plaintiff's Time Clock Reports

9. The personnel files of the five applicants who were selected for Defendant's Management Training Program:

    a) Allison Gil

    b) Christine Fox

    c) Marlon McGee

    d) Thomas Thompson

        e)      Cynthia Cabrera

10. The personnel files of the other applicants for Defendant's Management Training Program:

        a)      Irene Presley

        b)      June Wiley

        c)      Sharon Johnson

        d)      Tiffany Tolbert

        e)      Shannon Brown

        f)      Earl Dupass

        g)      JoAnn Davis

        h)      Brenda Perry

11. All exhibits to Plaintiff's Motion for Summary Judgment.

12. All exhibits to Plaintiff's Response to Defendant's Motion for Summary Judgment.

13. The following documents identified in Defendant's Response to Request for Production:

        a)      A list of Management Training Program applicants for the application periods beginning January 2003, April 2003, and July 2003 (Bates # 00808-00811)

        b)      The October 2003 applicant list;

        c)      Plaintiff's Request for Leave of Absence Form dated 3/22/04 (Bates # 00152);

        d)      Management Trainee Career Selection printouts & notes regarding the January and April 2003 MTP postings (Bates # 00155-00171);

e) The following handbooks and policies:

(1) Wal-Mart's Management Career Selection Guide (Bates # 00175-00205);

(2) Questions and Answers for the Management Trainee Posting Program, effective 1-8-03 (Bates # 00227-00229);

(3) Questions and Answers for the Management Trainee Posting Program, effective 4-28-03 (Bates # 00218-00226);

(4) Questions and Answers for the Management Trainee Posting Program, effective 10-13-03 (Bates # 00206-00208);

(5) Questions and Answers for the Management Trainee Posting Program, effective 10-24-03 (Bates # 00212-00214);

(6) Questions and Answers for the Management Trainee Posting Program, effective 1-20-04 (Bates # 00215-00217);

(7) Questions and Answers for the Management Trainee Posting Program, effective 4-13-04 (Bates # 00209-00211);

(8) Promotion/Demotion Guidelines, effective 11-12-02 to 10-30-03 (Bates # 00230-00231);

(9) Promotion/Demotion Guidelines, effective 10-31-03 to present (Bates # 00232-00233);

(10) Associate Handbook, effective 4-1-01 to 12-31-03 (Bates # 00234-00283);

(11) Associate Guide, effective 1/1/04 to present (Bates # 00284-00463);

(12) Culture & History: Three Basic Beliefs, effective 2/6/02 to present (Bates # 00465-00466);

(13) Culture & History: Open Door/Open Mind, effective 2/6/02 to 1/25/04 (Bates # 00467-00468);

(14) Culture & History: Teamwork, effective 2-6-02 to present (Bates # 00469-00470);

(15) Corporate Beliefs, effective 12-6-00 to present (Bates # 00471);

(16) Statement of Ethics, effective 1-1-02 to 4-30-03 (Bates # 00472-00481);

(17)    Statement of Ethics, effective 5-1-03 to 6-3-04 (Bates # 00482-00491);

(18)    Harassment/Inappropriate Conduct, effective 2-1-00 to 5-28-04 (Bates # 00496-00500);

(19)    Harassment/Discrimination/Inappropriate Conduct, effective 5-29-04 to present (Bates # 00492-00495);

(20)    Open Door Communications, effective 11-9-98 to 4-30-04 (Bates # 00501-00503);

(21)    Open Door Communications, effective 5-1-04 to 5-1-04 (Bates #00504-00506);

(22)    Open Door Communications, effective 5-1-04 to 5-1-04 (Bates #00507-00509);

(23)    Retention of Records, effective 9/20/01 to 1/20/05 (Bates # 00510-00513);

(24)    Retention of Records, effective 1/21/05 to present (Bates # 00514-00517);

(25)    Guide – Avoiding Discrimination in the Workplace, effective 1997 to present (with accompanying VHS video) (Bates # 00518-00543);

(26)    Guide: Personnel Resource – Avoiding Discrimination, effective 1-12-04 to 1-20-04 (Bates # 00544-00560);

(27)    Guide: Personnel Resource – Avoiding Discrimination, effective 6-11-04 to 12-12-04 (Bates # 00561-00577);

(28)    Guide: Personnel Resource – Avoiding Discrimination, effective 12-13-04 to present (Bates # 00578-00594);

(29)    Guide: Personnel Resource – Avoiding Discrimination, effective 1-21-04 to 6-10-04 (Bates # 00595-00611);

(30)    Guide – Retention Resource – Avoiding Discrimination, effective 12-16-02 to 2-9-03 (Bates # 00629-00640);

(31)    Guide – Retention Resource – Avoiding Discrimination, effective 2-10-03 to 9-25-03 (Bates # 00641-00651);

(32)    Guide – Retention Resource – Avoiding Discrimination, effective 9-26-03 to 10-30-03 (Bates # 00652-00662);

  (33) Guide – Retention Resource – Avoiding Discrimination, effective 10-31-03 to 1-11-04 (Bates # 00612-00628);

  (34) Poster – Harassment/Inappropriate Conduct, effective 12-02 to present (Bates # 00663).

  (35) Transcripts of computer-based learning modules (CBLs) in effect during the events made the subject of the Plaintiff's complaint:

    (a) Diversity Awareness, effective 9-1-97 to 1-6-03 (Bates # 00664-00695);

    (b) Diversity Awareness, effective 1-7-03 to 1-5-04 (Bates # 00696-00719);

    (c) Diversity Awareness, effective 1-6-04 to present (Bates # 00720-00743);

    (d) Inappropriate Behavior, effective 5-13-02 to present (Bates # 00744-00773);

    (e) Integrity, effective 10-25-02 to present (Bates # 00774-00779);

    (f) Three Basic Beliefs, effective 11-27-02 to 2-11-04 (Bates # 00780-00793).

14. All of Plaintiff's exhibits unless otherwise objected to.

15. Rebuttal exhibits as necessary.

16. Impeachment exhibits as necessary.

17. Defendant reserves the right to supplement its Exhibit List.

        Respectfully submitted,


        s/Fern H. Singer
        Fern Singer
        Attorney for Defendant


        s/William Patton Hahn
        William Patton Hahn
        Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile

## CERTIFICATE OF SERVICE

    I certify that the foregoing has been served upon the following counsel of record by electronic mail or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, this 7th day of November, 2005:

    Wanda Denise Ayers
    3401 Robey Terrace, Apt. 304
    Silver Springs, Maryland 20904

                                          s/Fern Singer
                                          OF COUNSEL