IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the order entered on 7 November 2005 is AMENDED to provide the following:

The court has reviewed the plaintiff's timely Motion for an Extension of Time to File Objections (Doc. # 53). For good cause, it is hereby

ORDERED that the motion be GRANTED. On or before 14 November 2005, the plaintiff shall file with the Clerk of the court her objections to the Recommendation of the Magistrate Judge.

DONE this 8th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE