IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,        )
        )
        Plaintiff,        )
        )
v.        )        CIVIL ACTION NO.  3:04cv1002-T
        )
WAL-MART CORPORATION,        )
        )
        Defendant.        )

## ORDER ON MOTION

For good cause, it is

ORDERED that the defendant's Motion For Extension of Time to file its Exhibit List, filed on 7 November 2005 (Doc. # 58), is GRANTED.  Although the defendant filed an Exhibit List on 7 November 2005 (Doc. # 59), it is granted an extension to 14 November 2005 to amend the list.

DONE this 9th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE