IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,           )
                              )
    Plaintiff,                )
                              )
    vs.                       )    CIVIL ACTION NO.
                              )    3:04cv1002-T
                              )
WAL-MART STORES EAST, LP      )
                              )
    Defendant.                )

Notice of Address Change

The address is were the plaintiff can currently be contacted:

Wanda Denise Ayers
335 West Side Drive # 104
Githersburg, MD 20878

## CERTIFICATE OF SERVICE

I hereby certify that United States Mail, has served the above and foregoing via first-class, postage, the 14 day of November ,2005:

Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Jennifer F. Swain
Alan D. Mathis
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117