RECEIVED
2005 NOV 17

IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 3:04cv1002-T |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF OBJECT TO MOTION FOR EXTENSION OF TIME FOR THE DEFENDANT

Plaintiff mailed out on or before the October 5, 2005 in **SECTION 9 of UNIFORM SCHEDULING ORDER.** This information to the Defendant as order by the Courts that all partics "shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure. The Defendant, Wal-mart did not furnished the address or contact information on the dates required as the Court order

## PLAINTIFF'S WITNESS LIST

Plaintiff as ordered by the courts on 25 January 2005, according to Rule 702, 703, of the Federal Rules of Evidence to provide a list of witness and any expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure on or before 31 May 2005.

In the preparation for trial all information must be carefully reviewed. This request is that you furnish a complete statement.

I will need a complete address and how you could be contact. This information will be presented to the Attorneys of the Defendant.

This request is made from the

        Mail To:
        Plaintiff Wanda D. Ayers
        1420 PAULINE STREET
        NEW ORLEANS, LOUISIANA 70117
        (504) 945-8781

page 1

14. Exhibits of Plaintiff's Personal File
15. Defendant's report of Plaintiff's Scheduling Records.
16. Defendant's report of Plaintiff's Time Clock Reports.
17. Defendant's contact to return to work.
18. Defendant's History Profile of Donald Bost.
19. Defendant's handbooks and policies as follows.
    a. Culture & History
        Basic Beliefs
        Open Door/Open Mind
        Teamwork
    b. Wal-Mart's policies:
    c. Harassment/Discrimination/Inappropriate Conduct
    d. Open Door Communications
    e. Interviewing Skills Oct 2003, July 2002, Feb. 2003,
    f. Hiring Process Dec. 13, 2004 Jan. 15, 2004,
20. All exhibits to the Defendant's exhibits unless otherwise objected to.
21. EEOC right to suit.
22. Any Rebuttal exhibits if necessary.
23. Any Impeachment exhibits if necessary.
    a. ORDER OF THE COURT ADDRESSING TERMINATION
        i. UNEMPLOYMENT DOCUMETS
        II. PLAINTIFF'S APPLICATIONS FOR PROMTION
        III. DEFENDANT SHANNON MOSER LETTER TO RETRUN TO WORK
24. Plaintiff reserves the right to supplement the Exhibit List if needed.

RECEIVED

IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 3:04cv1002-T |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant Wal-Mart Stores East, L.P. herby identifies the following exhibits for use at trial

1. Exhibits to the deposition of The defendant Wal-mart

2. The FOIA file in its entirety.

3. Exhibits statement letter of Sherman Alexander

4. Exhibits statement of Stephen Zimmer

5. Exhibits statement of Ingrid Jensen

6. Defendant's Interrogatories Answers.

7. Defendant's to Amended Complaint.

8. Defendant' Answers To Complaint

9. Defendant's personnel files of Amanda Dodd

10. All exhibits to the Defendant's Motion for Summary Judgment.

11. All exhibits to the Plaintiff's Motion for Summary Judgment.

12. All exhibits to the Defendant's documents of Production of documents.

13. All exhibits to the Plaintiff's documents of Production of documents

*This is the list of witness that will be asked to testify.*

(1)   Ayers, Grace
      1420 Pauline Street
      New Orleans, Louisiana
      (504) 945-8781

(2)   Ayers, Michael
      1420 Pauline Street
      New Orleans, Louisiana
      (504) 945-8781

(3)   Ayers, Jermale
      5791 US Highway 57
      Tuskegee, Alabama 36032
      (334) 727-4142

(4)   Ayers, Josephine
      1420 Pauline Street
      New Orleans, Louisiana
      (504) 945-8781

(5)   Ayers, Wanda
      1420 Pauline Street
      New Orleans, Louisiana
      (504) 945-8781

(6)   Benard, Harvey
      P. O Box 955
      Picayune, Mississippi 39466
      (601) 821-7264

(7)   Combre, Janice
      2741 Iberville Street
      New Orleans, Louisiana 70119
      (504) 821-3502

(8)   Green, Robin
      2100 Mesa Via
      Harvey, Louisiana 70058
      (504) 362-2478

(9)   Mays, Carolyn
      3401 Robey Terrace Apt 304
      Silver Springs, MD 20904
      (301) 847-0998

**page 2**

(10)  Ratliff, James (Jr.)
      1423 St. Maurice Street
      New Orleans, Louisiana 70117
      (504) 261-3404

(11)  Ratliff, James (3rd)
      1420 Pauline Street
      New Orleans, Louisiana 70117
      (504) 945-8781

(12)  Ratliff, Rontherin
      1420 Pauline Street
      New Orleans, Louisiana 70117
      (504) 945-8781

| | | | | |
|---|---|---|---|---|
| Beverly Copland | Tuskegee | Al. | 36035 | 334 |
| Roy Copland | Tuskegee | Al. | 36035 | 334 |

(13) Please finished last know address for current or previous employee of store 356

| Name | Address: | City | St. | Zip | phone |
|---|---|---|---|---|---|
| Sherman Alexander | | | | | |
| Heath Allen | | | | | |
| Don Boost | | | | | |
| Tuesday Crawford | | | | | |
| Amanda Dodd | | | | | |
| Heritite Fields | | | | | |
| Shenika Howard | | | | | |
| Lotonya Howard | | | | | |
| Jimmy Jackson | | | | | |
| Jessica Smith | | | | | |

Alphonso Clark
Danny Dorn
Julie Hodges
Michael Reese

Page 3

## CERTIFICATE OF SERVICE

I hereby certify that United States Mail, has served the above and foregoing via first-class, postage, the 14 day of NOVERBER , 2005:

Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ
420 20TH STREET NORTH, SUITE 1600
BIRMINGHAM, ALABAMA 35203

Wanda D. Ayers
1420 Pauline Street
New Orleans, Louisiana 70117