# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

**WANDA DENISE AYERS,**

    **Plaintiff,**

**vs.**                                                                              **CIVIL ACTION NO. 3:04-CV-1002-T**

**WAL-MART STORES EAST, L.P.**

    **Defendant.**

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant Wal-Mart Stores East, L.P. hereby makes the following objections to Plaintiff's Trial Exhibit List:

1.    Plaintiff's "Trial Exhibit List" is untimely. Section 11 of the Court's January 26, 2005 Scheduling Order required the parties to make their exhibits available for inspection and copying by November 7, 2005. According to the certificate of service on this document, Plaintiff did not serve her exhibit list until November 14. It was not filed with the Court until November 17, which was also the date Defendant's counsel received the same through electronic notification of its filing from the Court.[1] Accordingly, Plaintiff's exhibit list is untimely.

2.    Defendant objects to Plaintiff's Exhibit No. 1 ("Exhibits to the Deposition of the Defendant Wal-Mart"). Defendant was not deposed in this case (the only deposition taken in this case was of Plaintiff). This exhibit, thus, does not refer to anything (or could refer to anything Plaintiff chooses to include).

3.    Defendant objects to Plaintiff's Exhibit Nos. 12 ("All exhibits to the Defendant's documents of [sic] Production of documents) and 13 ("All exhibits to the Plaintiff's documents of [sic] Production of documents"). These designations are too vague and indefinite to allow

---

[1] Defendant timely filed its exhibit list on November 7, 2005. While Defendant moved for an additional seven days to file its exhibit list, and was granted this additional time to amend its list, it did not do so. Plaintiff did not move for any such extension of the deadline by which to file her exhibit list.

Defendant to ascertain what documents, if any, Plaintiff intends to use as exhibits from the parties' respective document productions.

                                              s/Patton Hahn
                                              FERN H. SINGER
                                              W. PATTON HAHN
                                              Attorneys for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile

## CERTIFICATE OF SERVICE

      I certify that the foregoing has been served upon the following counsel of record by electronic mail or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, this 7th day of November, 2005:

Wanda Denise Ayers
335 West Side Drive #104
Gaithersburg, MD 20878

                                              s/Patton Hahn
                                              OF COUNSEL