## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

**WANDA DENISE AYERS,**

    **Plaintiff,**

vs.                                            **CIVIL ACTION NO. 3:04-CV-1002-T**

**WAL-MART STORES EAST, L.P.**

    **Defendant.**

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL WITNESS LIST

Pursuant to the Court's Scheduling Order, Defendant Wal-Mart Stores East, L.P. hereby makes the following objections to Plaintiff's "Witness List."

1. The first thirteen witnesses[1] listed on Plaintiff's Witness List appear to be Plaintiff's friends, family, and acquaintances. Plaintiff has never served any initial disclosures in this case and these individuals' names were not identified in Plaintiff's interrogatories or during her deposition. Defendant is unfamiliar with these people and considers it highly unlikely that any of them could have any information relevant to this action. Allowing Plaintiff to parade her friends and relatives to the stand to give irrelevant testimony could be prejudicial to Defendant and would certainly be a waste of time for the Court, the jury, and Defendant.

2. To the extent that these people have any information relevant to this action (an unlikely proposition), Defendant has been prejudiced by Plaintiff's failure to identify them in initial disclosures made pursuant to Rule 26(a)(1), FED. R. CIV. P. Had Plaintiff provided a summary of the information she believed these individuals possessed, Defendant could have made an informed decision as to whether to depose some of them before the close of discovery.

---

[1] One of these witnesses is listed as "Wanda Ayers"; it is unclear by this designation if Plaintiff is listing herself as a witness. The other individuals are Grace Ayers, Michael Ayers, Jermale Ayers, Josephine Ayers, Harvey Bernard, Janice Combre, Robin Green, Marolyn Mays, James Ratliff, Jr., James Ratliff III, and Rontherin Ratliff.

3.      Further, several of the individuals described in Plaintiff's Witness List as "current or former employees of store 356" have never been identified by Plaintiff as having any connection to this case. Specifically, Plaintiff has not explained what knowledge Heath Allen, Heritite Fields, Shenika Howard, Lotonya Howard, Jimmy Jackson, Jessica Smith, Julie Hodges, or Michael Reese have regarding her claims.[2]

WHEREFORE, for the reasons stated above, Defendant objects to Plaintiff's identification of the witnesses contained in "Plaintiff's Witness List," and prays that the Court will not allow Plaintiff to call Grace Ayers, Michael Ayers, Jermale Ayers, Josephine Ayers, Harvey Bernard, Janice Combre, Robin Green, Marolyn Mays, James Ratliff, Jr., James Ratliff III, Rontherin Ratliff, Heath Allen, Heritite Fields, Shenika Howard, Lotonya Howard, Jimmy Jackson, Jessica Smith, Julie Hodges, or Michael Reese as a witness at trial.

s/Patton Hahn
FERN H. SINGER
W. PATTON HAHN
Attorneys for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile

---

[2] The other individuals listed in Plaintiff's Witness List (Sherman Alexander, Don Bost, Tuesday Crawford, Amanda Dodd, Alphonso Clark, and Danny Dorn) are listed as witnesses on Defendant's Witness List. Consequently, Defendant raises no objection to these individuals being called as witnesses at the trial of this action.

## CERTIFICATE OF SERVICE

    I certify that the foregoing has been served upon the following counsel of record by electronic mail or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, on November 22, 2005:

Wanda Denise Ayers
335 West Side Drive #104
Gaithersburg, MD 20878


                                          s/Patton Hahn
                                          OF COUNSEL