RECEIVED

# IN THE UNITED STATES DISTICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

2005 NOV 28  A 10:23

WANDA DENISE AYERS,         )
                            )
Plaintiff,                  )
                            )
vs.                         )
                            )       CIVIL ACTION NO.
                            )       3:04cv1002-T
WAL-MART STORES EAST, LP    )
                            )
Defendant.                  )

## MOTION FOR EXTIONTION OF TIME SECOND REQUEST

**I. INTRODUCTION**

The Plaintiff Wanda Denise Ayers appeal to the courts to

**II. Request Extinction of Time:**

The plaintiff is asking that the court extend the time to response to the denial of claims. The Plaintiff is not only displaced but everything that she had has been destroyed due to Kantian. The Plaintiff is requesting that the court consider the disaster Louisiana and New Orleans.

1. The Defendant either does not understand the severity of the Plaintiff request or have no regards of human suffering. The Plaintiff briefly stated her plead without going into great detail. However the Plaintiff will ask the court to have some consideration for the suffering of others and either overrules the objection of the defendant or ask the defendant to withdraw their objections. One could not possible understand the gravity of the Plaintiff's request unless it is oneself. The current life crisis has been the primary focus for the Plaintiff not that she over looked the obligation to the courts. The Plaintiff once again comes before the courts ask for some consideration.

2. The Defendant can at this time disregard Exhibit No. 1

3. Exhibit Nos. 12 and 13 is somewhat vague and indefinite due to the Defendant mass duplications either of the same documents or the repeated copies of the same information.

4. This is the information in which the Defendant has submitted as documented evidence and therefore it should be able to be used in court.

_____         11/21/05
Wanda Denise Ayers                    Date

The mail was late not only due to the request of the Plaintiff but it was a Federal Holiday and all mail was delay and also you should take in consideration that it is the end of the year Holiday season and a lot of mail is delivered and should expect some delay or take this into consideration as well.

Respectfully submitted,

Wanda Denise Ayers
Pro Se: Plaintiff

By: _____

## CERTIFICATE OF SERVICE

I hereby certify that United States Mail, has served the above and foregoing via first-class, postage, the 21 day of November 2005:

Vanzetta Penn Mepherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Baker Donelson, Bearman, Caldwell,
And Berkowitz, PC
Southtrust Tower
420 Twentieth Street North
Suite 1600
Birmingham, Alabama 35203

_____
Wanda D. Ayers
335 West Side Drive apt 104
Gaithersburg, Maryland 20878