IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04cv1002-T |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In view of the court's order of 9 November 2005 (Doc. # 61), granting the defendant's

Motion for Extension of Time (Doc. # 58), it is

ORDERED that the plaintiff's Objection to defendant's motion, filed on 17 November

2005 (Doc. # 64), is OVERRULED as moot.

DONE this 29th day of November, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE