IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, )<br>)<br>Plaintiff, )<br>)<br>v.            )<br>)<br>WAL-MART CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NO.  3:04cv1002-MHT |

**ORDER**

For good cause, it is

ORDERED that the plaintiff's Motion For Extension of Time, filed on 28 November 2005 (Doc. # 69), is DENIED.

DONE this 10th day of January, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE