IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:04cv1002-MHT |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
|    Defendant. ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The objections (Doc. Nos. 52 & 65) are overruled.

(2) The recommendation of the magistrate judge (Doc. No. 48) is adopted.

(3) Plaintiff's motion for summary judgment (Doc. No. 35) is denied.

(4) Defendant's motion for summary judgment (Doc. No. 40) is denied as to plaintiff's claims that defendant unlawfully discriminated against her on the basis of age

and race when it did not select her for an interview or promotion in connection with her February 2003 application, and the motion is granted in all other respects.

An order setting this case for trial will follow later.

DONE, this the 29th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**