IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WANDA DENISE AYERS,                )
                                   )
        Plaintiff,                 )
                                   )      CIVIL ACTION NO.
        v.                         )      3:04cv1002-MHT
                                   )
WAL-MART CORPORATION,              )
                                   )
        Defendant.                 )

ORDER

It is ORDERED that the jury selection and trial of
this cause are set for March 12, 2007, at 10:00 a.m. at
the Federal Courthouse in Opelika, Alabama.

DONE, this the 3rd day of October, 2006.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE