IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,           )
                              )
    Plaintiff,                )
                              )
    vs.                       )   CIVIL ACTION NO.
                              )   3:04cv1002-T-MHT
WAL-MART STORES EAST, LP      )
                              )
    Defendant.                )
                              )

Transcript and all orders from United States Magistrate Judge Vanzetta Penn Mcpherson

The Plaintiff Wanda Denise Ayers request that the courts to mail a compelet copy of the transcript and all orders from United States Magistrate Judge Vanzatta Penn Mcpherson for Civil Action No. 3:04CV1002-T. Address all documents to Wanda Ayers, P.O. Box 770462, New Orleans, LA 70177. Done, this the 11 day of November, 2006. Civil Action No. 3:04CV1002-MHT.

Wanda Denise Ayers
PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that the United States Mail, has served the above and foregoing via first-class, postage, the 11th day of November 2006.

Vanzetta Penn Mcpherson
United States Magistrate Judge
The United District Court
Middle District of Alabama Eastern Division

Myron H. Thompson
United States District Judge
The United District Court
Middle District of Alabama Eastern Division