IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS,  )<br>  )<br>　　Plaintiff,　　　　 )<br>  )<br>v.　　　　　　　　　 )<br>  )<br>WAL-MART CORPORATION, )<br>  )<br>　　Defendant.　　　　 ) | CIVIL ACTION NO.<br>3:04cv1002-MHT |

### ORDER

It is ORDERED that plaintiff's motion for copies of transcript and orders (doc. no. 75) is denied. Copies of all orders have already been provided to plaintiff, and plaintiff has not explained why she does not still have them. The court is unaware of any available transcripts.

DONE, this the 17th day of November, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE