IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WANDA DENISE AYERS,    )
                       )
    Plaintiff,         )
      vs.              )
                       )   CIVIL ACTION NO.
                       )   3:04cv1002-T
WAL-MART STORES EAST, LP )
                       )
    Defendant.         )
                       )

## Notice of Change of Address

The Plaintiff Wanda Ayers request that the Courts update the records: Change of address Notice!

**Current Address on File**          Change of address from:

Wanda Denise Ayers
335 West Side Drive Apt 104
Gaitherburg, MD 20878

**Change of Address to** New Address currently used

Wanda Denise Ayers
~~335 West Side Drive Apt 104~~
P.O. Box 770462
New Orleans, LA 70177-0462

Certified Of Service

I hereby certify that the above and foregoing has been served by United States Mail. VI first-class, postage and properly addressed on this day 8th of November 2006.

Myron H. Thompson
United States District Judge
The United District Court
Middle District of Alabama Eastern Division

Baker, Donelson, Barman,
Caldwell & Jerkewitz, PC
Southrust Tower
420 20th Street North
Suite 1600
Birmingham, Alabama 35203-5202

Wanda D. Ayers    12/17/06
Wanda Denise Ayers