IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:04cv1002-MHT |
| ) | |
| WAL-MART CORPORATION, ) | |
| ) | |
|    Defendant. ) | |

### ORDER

Pursuant to the notice of consent (Doc. No. 28), it is ORDERED that this case is transferred from the Eastern Division to the Northern Division in the Middle District of Alabama.

DONE, this the 1st day of February, 2007.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE