# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED   February 1, 2007            AT  9:15   A.M./P.M.

DATE COMPLETED   February 1, 2007            AT  10:10  A.M./P.M.

WANDA DENISE AYERS                           Civil Action
                                             3:04cv1002-MHT
         VS.

WAL-MART CORPORATION

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Wanda Denise Ayers (pro-se) | X | Atty Fern H. Singer |
|  | X | Atty William P. Hahn |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        PRETRIAL CONFERENCE

| | |
|---|---|
| 9:15 a.m. | Pretrial conference commenced. Court wants to clarify the remaining issues left for trial. Parties agree that the only remaining issues to be tried are age and race discrimination. Plaintiff briefed about issuing subpoenas. Court will move case to Northern Division and trial date will be 3/26/07. |
| 9:40 a.m. | Break for parties to submit witness list. |
| 10:00 am. | Pretrial conference resumes. Witness list presented as stated on the record. Witness list admitted by court. Parties briefed as to how the trial will proceed. Parties referred to Magistrate Judge Capel for mediation. |
| 10:10 a.m. | Conference concluded. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

WANDA DENISE AYERS

    V                                      3:04cv1002-MHT

WAL-MART CORPORATION

| PLAINITFF | DEFENDANT |
|---|---|

WITNESS LIST

| Plaintiff | Defendant |
|---|---|
| 1. MICHAEL AYERS | 1. DON BOST |
| 2. JOSEPHINE AYERS | 2. TUESDAY CRAWFORD |
| 3. WANDA AYERS | 3. SHERMAN ALEXANDER |
| 4. HARVEY BENARD | |
| 5. CAROLYN MAYS | |
| 6. JAMES RATLIFF, JR. | |
| 7. JAMES RATLIFF, III | |
| 8. RONTHERIN RATLIFF | |
| 9. AMANDA DODD | |
| 10. HENITITE FIELDS | |
| 11. SHENIKA HOWARD | |
| 12. JIMMY JACKSON | |
| 13. DANNY DORN | |