# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  **MYRON H. THOMPSON,**  JUDGE            AT MONTGOMERY  ALABAMA

DATE COMMENCED  <u>February 1, 2007</u>        AT  1:58   A.M./P.M.

DATE COMPLETED  <u>February 1, 2007</u>        AT  2:08   A.M./P.M.

WANDA DENISE AYERS                              Civil Action
                                                3:04cv1002-MHT
        VS.

WAL-MART CORPORATION

| <u>PLAINTIFF/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| Wanda Denise Ayers (pro-se) | X | Atty Fern H. Singer |
|  | X | Atty William P. Hahn |
|  | X |  |
|  | X |  |
|  | X |  |

<u>COURT OFFICIALS PRESENT:</u>
Anthony Green,           Daniel Korobkin,
Courtroom Clerk              Law Clerk

<u>PROCEEDINGS:</u>

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:      SETTLEMENT CONFERENCE

1:58 p.m             Settlement conference commenced. Terms of
                     settlement stated on the record.
2:04 p.m.            Break.
2:06 p.m.            Settlement conference continues. Plaintiff
                     agrees to settlement agreement. Order to
                     issue dismissing case.
2:08 p.m             Conference concluded.