UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WANDA DENISE AYERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST, L.P., )<br>)<br>Defendant. ) | Civil Action No.<br>3:04cv1002-MHT |

**DEFENDANT'S NOTICE OF FILING OF PLAINTIFF'S LETTER**

Pursuant to the Court's instructions, Defendant hereby gives notice of the filing of correspondence Defendant's counsel received from Plaintiff on February 6, 2007 (attached).

/s/ W. Patton Hahn
FERN H. SINGER
W. PATTON HAHN
Attorneys for Defendant

OF COUNSEL:
BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, or via regular mail, to the following counsel of record:

Wanda Denise Ayers
P.O. Box 770462
New Orleans, LA 70177-0462

/s/ W. Patton Hahn
OF COUNSEL

B PH 737945 v1
2825865-000270 2/7/2007

FROM : DUMA1NE DESIGNS          FAX NO. : 504-522-1276          Feb. 06 2007 08:21PM  P1

February 6, 2007

Wanda Denise Ayers
P. O. Box 770462
New Orleans, Louisiana 70177-0462
(301) 377-4042

E-mail Address: lballthings@yahoo.com

Baler Donelson, Bearman,
Caldwell & Berkowitz, P.C
W. Patton Hahn

Wachovia Tower
420 Twentieth Street North Suit 1600
Birmingham, Alabama 35203

Re:  Wand Ayers v. Wal-Mart Corporation, United States District Court, Middle District of Alabama, Civil Action No. 03:04 CV 1002-MHT

Dear Counsel:

In review of the settlement *amount* that was offered under extreme pressure of fatigue and the truly unbalance of legal input without full review or consideration of all evidential document presented I feel that I have nothing more to lose by addressing the evidence at trial.

Wal-Mart can spend all the money that is needed to conceal their action to decimate against not just a black female but against male and female of all races and nationality. Though the legal side was fully addressed the facts were not. I'm relying on the **truth** that is stated in the **factual evidence** in this case to be that "Burden of Proof."

There are two areas of discrimination addressed, race and age and in both areas of discrimination there are evidence to support the claim shown in the Evidential Support Statement "Burden of Proof." Though the amount offered is totally below what was previous requested it is made less agreeable especially with the extra requirement that has been added. The settlement of $20,000.00 is not in agreement at this time. To settle this matter, which both parties can agree fully to address all areas of discrimination I will agree to $77,700.00 this contract will be signed immediately and return the same day.

If you have any questions or need additional information, please do not hesitate to contact me. (301) 377-4042. You can return this by email and it will be sign and return the same day by fax.

Sincerely,

*Wanda Ayers*

Wanda Ayers
Fax to (205) 488-3766

3. **Settlement Sum:** As consideration for signing this Agreement and compliance with the promises made herein Wal-Mart agrees to pay to Ayers the sum of Seventy Seven Thousand Seven hundred Dollars ($77,700.00) as follows: one chick made payable to Ayers in the amount of legally requirements with the **proper** deductions for taxes; and this amount will be disbursed in the form of two checks, which will be reflected as compensatory damages.