IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WANDA DENISE AYERS,        )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )      3:04cv1002-MHT
                           )
WAL-MART CORPORATION,      )
                           )
    Defendant.             )
```

## ORDER

In light of plaintiff's letter dated February 6, 2007 (doc. no. 83), it is ORDERED that defendant file a response, by February 14, 2007, suggesting how the court should proceed in light of the letter.

DONE, this the 9th day of February, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE