# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:04cv1002-MHT |
| WAL-MART STORES EAST, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF FILING ADDITIONAL
## CORRESPONDENCE RECEIVED FROM PLAINTIFF

Defendant hereby gives notice of its receipt this date of additional correspondence from Plaintiff indicating her acceptance of the prior settlement agreement, but indicating that she has "been forced to settle this matter." A copy of this correspondence, which Plaintiff may or may not have sent to the Court, is attached.[1] In light of this latest communication from Plaintiff, Defendant would ask the Court whether it still wishes Defendant to offer suggestions by February 14, 2007, as to how to proceed, as required by the Court's order of February 9, 2007.

---

[1] Plaintiff's communication also enclosed a signed (but not notarized) copy of the settlement agreement Defendant's counsel had previously sent Plaintiff. Given that the Court may yet be required to address the merits of this action, Defendant's counsel has not attached this to the instant filing.

/s/ W. Patton Hahn
FERN H. SINGER
W. PATTON HAHN
Attorneys for Defendant

OF COUNSEL:

BAKER, DONELSON, BEARMAN
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328-0480 phone
(205) 322-8007 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2007, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, or via regular mail, to the following counsel of record:

Wanda Denise Ayers
P.O. Box 770462
New Orleans, LA 70177-0462

/s/ W. Patton Hahn
OF COUNSEL

B PH 738469 v1
2825865-000270 2/12/2007

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on the Defendants, and to the District Court for the Middle District of Alabama by United States Mail, first-class, postage prepaid and properly assessed on this, the _____ of January 2007.

Plaintiff Represent By:
Wanda Denise Ayers
Post Of Box 770462
New Orleans, Louisiana 70177
(301) 377- 4142

(Counsel of Record)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 328 – 0480

Myron H. Thompson
United States District Judge
Middle District of Alabama , U. S. Courthouse Complex,
Eastern Division
United States District Court
P. O. Box 711
Montgomery, Alabama 36101-0711

Chambers 200FMJ
Frank M. Johnson, Jr.
One Church Street
Montgomery, Alabama

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

|  |  |  |
|---|---|---|
| WANDA DENISE AYERS) | ) | |
| PLAINTIFF | ) | |
| V. | ) | CIVIL ACTION NO.<br>3:04CV1002-MHT |
| WAL-MART CORPRATION, | ) | |
| DEFENDANT | ) | |

**Forced Settlement**

I have to the 22 of February 2007 according to the contract to make a final and complete decision in this matter and I have been forced to settle this matter. I accept the full 20,000.00 according to the contract.

Wanda Ayers