# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY   ALABAMA

DATE COMMENCED  February 13, 2007         AT  3:02    A.M./P.M.

DATE COMPLETED  February 13, 2007         AT  3:08    A.M./P.M.

WANDA DENISE AYERS                        Civil Action
                                          3:04cv1002-MHT
     VS.

WAL-MART CORPORATION

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Wanda Denise Ayers (pro-se) | X | Atty William P. Hahn |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )   NON-JURY TRIAL
(x)   OTHER PROCEEDING:       SETTLEMENT CONFERENCE (TELEPHONE)

3:02 p.m.           Settlement conference commenced by telephone. Court wants to discuss the filing of Docs. No. [83] and [85] regarding "forced" settlement accusations by plaintiff. Parties statements regarding the accusations of forced settlement. Plaintiff agrees to previous settlement. Court directs that previous settlement will remain enforced and that the case will remain dismissed. Plaintiff's objections overruled. Order to issue.

3:08 p.m            Conference concluded.