IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA DENISE AYERS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:04cv1002-MHT |
| | ) | |
| WAL-MART CORPORATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff Wanda Denise Ayers's letter dated February 6, 2007 (doc. no. 83) is treated as a motion to withdraw from settlement and said motion is denied as moot.

During an on-the-record hearing on February 13, 2007, plaintiff Ayers acknowledged to the court that she now wants to accept the initial settlement and no longer wishes to withdraw from that settlement. The court also confirmed, during the hearing, that neither defendant

Wal-mart nor the court itself has coerced, or in any way forced, plaintiff Ayers into accepting the settlement.

DONE, this the 14th day of February, 2007.


                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE